AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-183-TKW/MJF

REC'D-USMS-PEN, FL
22 FEB '24 AM 11:37

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sgt. McKinney__
was received by me on *(date)* __2/16/20/24__

☑ I personally served the summons on the individual at *(place)* __ACI Wardens Office__
 on *(date)* __2/16/2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

☐ Designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __2/16/24__

__Kathryn Bundy__
*Server's signature*

__Kathryn Bundy, Admin Asst.__
*Printed name and title*

APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FL 32460

Additional information regarding attempted service, etc:

__[signature]__