UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNEY and JANE DOE

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## PLAINTIFF'S NOTICE OF LEAD COUNSEL

Plaintiff, through counsel, pursuant to Local Rule 2.02(a), hereby files his Notice of Lead Counsel Designation and identifies Attorney James V. Cook as Lead Counsel for the Plaintiff in the above-styled case.

Respectfully Submitted,    *s/James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY a true copy hereof was filed and served by CM/ECF on 6/7/24.

*s/James V. Cook*