UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| DEVON CURRIE,<br><br>　　Plaintiff,<br><br>vs.<br><br>SGT. McKINNEY and JANE DOE<br><br>　　Defendants. | Case No. 5:23-cv-183-TKW/MJF |

## Exhibit A

## ADDENDUM TO CONFIDENTIALITY ORDER

The undersigned has been engaged as a consultant or expert in the above referenced action and hereby acknowledges that he/she has read the Confidentiality Order in this cause, understands the provisions of the Order, and agrees to comply with the Order.

The material or information is being disclosed pursuant and subject to the Order and may not be disclosed other than pursuant to its provisions.

Date:_____, 20__.

_____          _____
NAME                                                                            SIGNATURE