UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.   Case No. 5:23-cv-183-TKW-MJF

SGT. MCKINNEY and JANE DOE,

REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on July 23, 2024

Motion/Pleadings: Joint Motion for Extension of Time to Complete Discovery

Filed by Plaintiff on July 22, 2024   Doc. # 37

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jeremy Wright, Deputy Clerk

The joint motion is **GRANTED**.

The deadline to conduct discovery is **September 20, 2024**.

Any motion to compel discovery must be filed **on or before August 23, 2024.** The court will entertain a motion to compel after this deadline only if the movant shows reasonable diligence during the discovery period and that the dispute in question arose during the last 30 days of the discovery period.

Any dispositive motion must be filed **on or before October 2, 2024**.

**SO ORDERED** this 29th day of July, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**