UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                           Case No.5:23-cv-183-TKW/MJF

SGT. MCKINNEY and JANE DOE,

    Defendants.
_____/

## ORDER

This matter is before this court on the "Joint Motion for Extension of Time to Complete Discovery *(Second Joint Motion)*," Doc. 40.

A discovery deadline set by a scheduling order can be amended only on a showing of *good cause and the court's consent*. Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam). With respect to whether good cause exists, courts primarily consider "the diligence of the party in seeking discovery before the deadline." *Barnes v. District of Columbia*, 289 F.R.D. 1, 7 (D.D.C. 2012).

The parties are advised that **absent a showing of extraordinary circumstances, this court likely will not extend the discovery deadline again**.

Page 1 of 2

Accordingly, it is **ORDERED**:

1. The joint motion to extend the discovery deadline, Doc. 40, is **GRANTED**.

2. Any request for discovery materials must be served **on or before October 4, 2024.**

3. Unless it concerns an issue that arises after October 4, 2024, any motion to compel shall be filed on or before **October 4, 2024.**

4. The deadline to produce discovery materials is **November 4, 2024.**

5. Any dispositive motions shall be filed **on or before November 18, 2024.**

**SO ORDERED** this 13th day of August, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**