# Exhibit B

FILE COPY

## PART B - RESPONSE

| CURRIE, DEVON | A51859 | 2208-102-198 | APALACHEE EAST UNIT | Y2112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows:
The response you received on informal grievance log #102-2208-0258 has been reviewed and is found to adequately address this issue.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9/7/2022
DATE

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**    2208.102.198

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| ~~Currie~~ Currie, Devon | A51859 | A.C.I |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

### Part A – Inmate Grievance

I am writing this grievance in response to the denial of my informal of the Same Nature. My Issue is the fact that 2 officers were in the control station in P dorm and watched me be attacked one time in the bathroom and then a couple minutes later while walking through for formal count, as I was packing my property I attempted to get help from one of these officers but I was basically ignored. These two plain examples of Negligence of Duty lead to me Being attacked a Second time and this time Severly and with weapons. I was stabbed a total of Six times and during this attack, once again no officer in the booth, two at least attempted to interviene and help me, Knowing I was in grave danger. The fact that they never once attempted to help me during this second attack is another example of Negligence of Duty. they claim that they alerted staff but they are staff too so it stands to reason they should help two, since they are on Scene and able to Stop immediatly this attack. By the time anyone even showed up, minutes later I was already passed out and bleeding out, my lung collapsed. The main thing though, even besides those two officers refusing to do their job is the fact that they saw this first attack, and were warned by me of the second possible attack and still, with 2 chances to stop this second attack, failed to act. This is the issue in my grievance, Negligence of duty. I would like this matter taken Seriously and Someone held responsible.

| 8/28/2022 | *(illegible stamp)* | Devon Currie  A51859 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    _____ / _____

**10**    # _____    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

#### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    _____
                    (Date)                                                                                (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.