# Exhibit C

# Erik Kverne

| | |
|---|---|
| **From:** | cookjv@gmail.com |
| **Sent:** | Wednesday, August 7, 2024 2:49 PM |
| **To:** | Erik Kverne |
| **Cc:** | 'Joshua Tarjan' |
| **Subject:** | RE: Currie v. McKinney: Motion to amend/second amended complaint |

**This Message Is From an External Sender**
This message came from outside your organization.

Understood. Thanks.

**James V. Cook, Esq.**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*

**From:** Erik Kverne <Erik.Kverne@myfloridalegal.com>
**Sent:** Wednesday, August 7, 2024 2:21 PM
**To:** cookjv@gmail.com
**Cc:** 'Joshua Tarjan' <josh@tarjanlawfirm.com>
**Subject:** RE: Currie v. McKinney: Motion to amend/second amended complaint

Mr. Cook,

Thank you. Defendant still plans on objecting to the Motion once it is filed based on, at a minimum, exhaustion. Other issues exist with the proposed complaint as well, but we will address those when we file our response after you file your Motion.

As I indicated in previous e-mails, I am not certain that I will get the required declarations within a 7-day period, but I will do my best to do so. I will still file a Response at the 7-day mark, and will supplement with the declarations if necessary.

Thanks,



**Erik Kverne**
Senior Assistant Attorney General
Office of the Attorney General – Corrections Litigation Bureau
PL-01 The Capitol | Tallahassee, FL 32399-1050
Tel.:  850.414.3654
E-mail: Erik.Kverne@myfloridalegal.com

*CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this*

*message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.*

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Wednesday, August 7, 2024 2:02 PM
**To:** Erik Kverne <Erik.Kverne@myfloridalegal.com>
**Cc:** 'Joshua Tarjan' <josh@tarjanlawfirm.com>
**Subject:** Currie v. McKinney: Motion to amend/second amended complaint

Sorry to take so long but this is it.

### James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*