IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                                            Case No.: 5:23-cv-183-TKW/MJF

**MCKINNEY, ET AL.,**

    Defendants.
_____/

### NOTICE OF FILING SUPPLEMENTAL EVIDENCE

Notice is hereby given that undersigned counsel hereby submits additional supplemental evidence in support of Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint. (Doc. 43). As additional Exhibits, **McKinnie** ("Defendant") provides the declarations of Christina Crews and LaWanda Sanders, which are attached to this Notice. *See* (Defendant's Exhibits A, B).

1

        Respectfully submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**
        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399-1050
        Telephone: (850) 414-3300
        Facsimile: (850) 488-4872

        /s/ Erik Kverne
        Erik Kverne
        Assistant Attorney General
        Florida Bar No. 99829
        Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Filing Supplemental Evidence* was e-filed and served on Plaintiff's counsel of record electronically through CM/ECF on August 20, 2024.

        /s/ Erik Kverne
        Erik Kverne
        Assistant Attorney General
        Florida Bar No. 99829
        Erik.Kverne@myfloridalegal.com