Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## PANAMA DIVISION

**DEVON CURRIE**
**DC# A51859,**

      **Plaintiff,**

**v.**                        **Case No.:  4:22-CV-313-MW/MAF**

**SGT. MCKINNEY**
**AND JANE DOE**

      **Defendants.**
_____/

## <u>DECLARATION OF CHRISTINA CREWS</u>

      I, Christina Crews, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1.    I am employed as an Assistant Waden by the Florida Department of Corrections ("FDC"), at Columbia Correctional Institution.  As Assistant Warden, I regularly review inmate grievances filed at Columbia CI to include informal and formal grievances.

2.    At the request of the Florida Office of the Attorney General, I have reviewed the available Formal and Informal Grievance records stored in the FDC's Central database and that of Columbia C.I Annex for inmate Devon Currie, DC# A51859, Formal and Informal Grievances filed between July 1, 2022, to July 5, 2023.

3.    During that period, inmate Currie filed eight (8) Formal Grievances and fourteen (14) Informal Grievances. Mr. Currie filed two (2) Informal Grievances (Log #s 2208-102-198 and 2209-102-048) and one (1) Informal Grievance (Log # 102-0208-0258) relating to the July 20, 2022, incident, of failure to protect, failure to intervene and deliberate indifference.

1

4.    During the period described Plaintiff did not submit any grievances related to failure to preserve video footage and other documents relating to an Inspector General investigation of the July 20, 2022, incident or asking for such information to be preserved.

5.    Additionally, Plaintiff did not submit any grievances which in any reference any wrongdoing or problems relating to the captain or other Office in Charge who investigated the July 20, 2022, incident.

6.    The foregoing facts are known to me to be true and correct based upon my review of the records.  I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter.  I declare under penalties of perjury that I have read the foregoing, and I confirm that the facts stated herein are true and correct.

**Christina Crews**                                    **Date** 8/20/24