# Exhibit B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA DIVISION

**DEVON CURRIE**
**DC# A51859**

    **Plaintiff,**

v.                                              Case No.:  4:22-CV-313-MW/MAF

**SGT. MCKINNEY**
**AND  JANE DOE**

    **Defendants.**
_____/

## DECLARATION OF LAWANDA SANDERS

      I, LaWanda Sanders, pursuant to 28 U.S.C. §1746 and § 92.525, Fla. Stat., make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am employed as an Operations Analyst I, by the State of Florida, Department of Corrections (FDC), Bureau of Policy Management and Inmate Appeals in Tallahassee, Florida.

2. At the request of the Florida Office of the Attorney General, I have reviewed the available grievance records stored in the FDC's Central Office for inmate Devon Currie, DC# A51859 for grievance appeals received by the Bureau of Policy Management and Inmate Appeals between July 1, 2022, to July 5, 2023.

3. During that period, inmate Currie, filed five (5) grievance appeals. Mr. Currie filed one appeal relating to the July 20, 2022, claims of failure to protect, failure to intervene and deliberate indifference (Log # 22-6-27879). The appeal was denied because the response provided on the institution level was sufficient.

4.     During the period described Plaintiff did not submit any appeals related to failure to preserve video footage and other documents relating to an Inspector General investigation of the July 20, 2022, incident or asking for such information to be preserved.

5.     Additionally, Plaintiff did not submit any appeals which in any reference any wrongdoing or problems relating to the captain or other Office in Charge who investigated the July 20, 2022, incident.

6.     The foregoing facts are known to me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing, and I confirm that the facts stated herein are true and correct.

LaWanda Sanders      8/16/2024

*Lawanda Sanders*    8/16/24