UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNEY and JANE DOE

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

    Pursuant to Local Rule 7.1(I), Plaintiff Devon Currie respectfully moves for leave to file a reply to Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint, (Doc. 43), as to the following issues:

  1.  Whether Defendant has misunderstood or misrepresented the need for the Amendment;

  2.  Whether Defendant has misunderstood or misrepresented the basis of Plaintiff's decision not to add other Plaintiffs;

  3.  Whether Defendant has misread the proposed Second Amended Complaint for Damages (Doc. 41-1) as to Defendant McKinnie's location during the incidents giving rise to this lawsuit ("Incidents");

  4.  Whether Defendant has misunderstood the allegation of Defendant McKinnie's involvement in and liability for the Incidents;

1

5. Whether Plaintiff had a plausible basis for adding Defendant as one of the unnamed officers in Plaintiff's grievances;

6. Whether Plaintiff's grievances can be read to support a cause of action for failure to provide access to medical treatment;

7. Whether Plaintiff's pleadings are sufficient regarding the actions and liability of Defendant McKinnie;

8. Whether grievances require a full statement of legal theories or just underlying facts to achieve exhaustion;

9. Whether adding Heffner and Winterburn as Defendants would be futile based on the *Kornagay* case.

10. Whether the grievance process should be used as a 15-day statute of limitations for prisoners.

WHEREFORE, Plaintiff moves this Honorable Court for Leave to Reply to rebut the Defendant's inaccurate or misleading contentions described above in seven or fewer pages.

Respectfully Submitted on August 23, 2024,

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), I hereby certify that on August 21, 2024 I communicated with Defendant's counsel, who on August 22 emailed that he has no objection to the Motion for Leave to Reply.

*/s/ Joshua Tarjan*

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 250 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

*/s/ Joshua Tarjan*

3