UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.                                    Case No. 5:23-cv-183-TKW-MJF

<u>SGT. MCKINNEY and JANE DOE.</u>

<u>REFERRAL AND ORDER</u>

Referred to Magistrate Judge Michael J. Frank on <u>August 23, 2024</u>

Motion/Pleadings: <u>Plaintiff's Unopposed Motion for Leave to File Reply</u>

Filed by <u>Plaintiff</u>  on <u>August 23, 2024</u>  Doc. # <u>45</u>

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

<u>s/ Jeremy Wright, Deputy Clerk</u>

---

Plaintiff's motion to file a reply is **GRANTED**.

Plaintiff shall file any reply on or before **September 2, 2024**.

Any reply shall not exceed **FIVE** pages.

**SO ORDERED** this <u>26th</u> day of August, 2024.

<u>/s/ *Michael J. Frank*</u>
**Michael J. Frank**
**United States Magistrate Judge**