UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.

Case No. 5:23-cv-183-TKW-MJF

SGT. MCKINNEY and JANE DOE,

REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on August 8, 2024

Motion/Pleadings: Plaintiff's Motion to Amend/Correct the First Amended Complaint

Filed by Plaintiff on August 7, 2024   Doc. # 39

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jeremy Wright, Deputy Clerk

---

Plaintiff's Motion to Amend/Correct the First Amended Complaint, Doc. 39, is **DENIED** because it is moot.

**SO ORDERED** this 29th day of August, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**