OCT 07 2022

**PART B - RESPONSE**

| CURRIE, DEVON | A51859 | 22-6-28556 | SUWANNEE C.I | E32131 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to the Bureau of Classification Management, who provided the following:

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

T. Bowden

*T. Bowden* 10/5/22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

RFP 1 000003

Classification

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED SEP 23 2022** Department of Corrections Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse
TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| Currie | Devon | R | A51859 | A.C.I |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**     22-6-28556

7/20/22  10:15pm

I am writing this Appeal because I have been approved for CM1 for defending myself an attack that was motivated by a hate crime. These are the facts of the case, as I will state below, and it will show that I should never been recommended, much less approved for CM(1). I was attacked on two separate occasions & the very first attack happened in plain view of 2 officers and was carried out by 5 members of the Latin King organization. There excuse for attacking me, that I walked by the shower on my way to a completely different sink area that is separated by a block wall and about 15 to 20 feet. I never entered the shower area or looked that way. But it seems that cause im openly gay that everyone here including the Administration agrees that this simple innocent act warranted this brutal attack. Also for the record everything I say here can be corraberated by video footage. (2) after this initial attack I thought it best to leave this environment. So I immediately started packing my property. And wanted to alert one of these officers personally because formal count happened to be in progress. Even though these 2 officers were clearly aware of the activities going on, specifically the attack on myself, I again tried to alert them to my dire situation, in order to be exited from the dorm, only to be told im busy and never even looked at me. (3) As the officer was leaving several of these gang members started yelling racial and anti-gay slurrs, including one that stuck out in my mind "You faggots got to leave this dorm or ill kill you, especially you niggers". Sense the officers were clearly not going to intervene and my life was in mortal danger my only logical choice, and decision was to attempt to talk my way out the situation. Two other inmates who noticed my situation and were also gay felt they were possibly (collateral targets) decided to attempt to go with me. to talk to these oppressors. (4) we were immediately attacked verbally followed by physical attacks almost simultaneously with knives, stick buckets. Myself, Brown Williams #136163, Charles Godbolt A127714 were forced to defend ourselves against this abrupt and unprovoked attack. myself & the 2 others never had weapons.

9/13/2022                                      Devon A51859
DATE                                     SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:     /
                                                                      #        Signature

**INSTRUCTIONS**
This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

SEP 14 2022     **Receipt for Appeals Being Forwarded to Central Office**     2209-102-048
Submitted by the Inmate on: Received C.I. Warden's office  Institutional Mailing Log #: 22-905
                    (Date)                                                                     (Received by)

DISTRIBUTION:  INSTITUTION/FACILITY         CENTRAL OFFICE
               INMATE (2 Copies)            INMATE                                    2C (102)
               INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
               INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

Attachment #1   Grievance Appeal                    9-12-22
                                                    Devon Currie # A51859

(6) There were at least 6 latin king members against myself and the 2 mentioned names and they all had at least one weapon each. (7) The three of us had to be taken to the hospital, Myself to I.C.U. with 6 stab wounds, a collapsed lung and I was informed I flatlined twice due to a lung collapse and major blood loss. Charles Gaddis was also critical and died but was also resessitated and that was also due to blood loss due to a face and neck wound. Brandon Williams had multiple stab wounds to the lower neck and sholders. Not one of the Latin king's had to go to the hospital. (8) All 6 of the Latin king members recieved disciplinary actions in the form of D.R's and neither myself or the two mentioned names did which in itself is further proof that this institution knows we were strictly victims attempting to defend our lives from this unwarranted hate crime. (9) Since it was at least a couple weeks after these Latin kings were served CM papers that I myself recieved CM papers, while also on Protective Management which none of the Latin kings were, say to me two obvious things: one, That somehow Administration came to the agreement several weeks after the fact that I was rightfully attacked because I am a gay black male because in the beginning I was treated as the victim I was and was never in danger of any disciplinary action. Two, that I have no right to defend myself at any cost, even when 2 sworn D.O.C. officers were present through all of this and refused to act or do their job in the slightest sense or attempt to stop or even delay or hinder this attempted deadly attack even though they had several opportunities. (10) I am not a gang member even though the CM Recomendation stated this is believed to be STG Related and purposefully slanted in a way as to portray everyone involved as a gang member, and also made to seem that I had a weapons or never really identified the fact that I was critically injured or severely outnumbered during this attack. (11) This attack was motivated by hate, hate for myself because I am gay, black and open about it, and this was confirmed by the attackers themselves during this attack. These are the facts as I know them. (11) in total that absolutly prove I am a victim in this and had no choice in this matter but to physically defend myself. As no other help was available and all avenue's of escape were cut off

Attachment #2 Grievance Appeal        9-22-22      Devon Currie # A51859

There is no way at all to justify putting me on CM1 right beside the people who attacked me, as IF I also had a knife and attacked them because of what they believe, like our actions were somehow equal. Clearly they were not even close and this is an obvious miscarriage of justice. Please help me, I have been persecuted and suffered enough, Physically, mentally and Emotionally because of this and do not deserve after all of this to be stuck in confinement behind a door for 18 months or longer. My only crimes in this matter were to be gay and to defend myself from attack. Thank You so much for your unbiased help.