# Exhibit A

OCT 07 2022

## PART B - RESPONSE

| CURRIE, DEVON | A51859 | 22-6-28556 | SUWANNEE C.I | E32131 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to the Bureau of Classification Management, who provided the following:

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

T. Bowden

_T. Bowden_ (signature)   12/5/22

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

Classification

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**
SEP 23 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| Currie | Devon | R | A51859 | A.C.I |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

7/20/22  10:15 pm                                                        22-6-28556

I am writing this Appeal because I have been approved for CM1 for defending myself an attack that was motivated by a Hate Crime. These are the facts of the case, as I will state below, and it will show that I should never been recommended, much less approved for CM(1) I was attacked on two separate occasions & the very first attack happened in plain view of 2 officers and was carried out by 3 members of the Latin King organization. There excuse for attacking me, that I walked by the Shower on my way to a completely different sink area that is separated by a block wall and about 15 to 20 feet. I never entered the shower area or looked that way. But it seems that ank in openly gay that everyone here including Administration agrees that this simple innocent act warranted this brutal attack. Also for the record everything I say here can be corraberated by video footage. (2) after this initial attack I thought it best to leave this environment. So I immediatly started packing my property. And waited to alert one of these officers personally because formal count happens to be in progress. Even though these 2 officers were clearly aware of the activities going on, specifically the attack on myself. I again tried to alert them to my dire situation in order to be evicted from the dorm. only to be told im busy and never even looked at me. (3) As the officer was leaving several of these gang members started yelling racial and anti-gay slurrs, including one that stuck out in my mind "You faygots got to leave this dorm or I'll kill you, especially you n*gges". Since the officers were clearly not going to intervene and my life was in mortal danger. My only logical choice and decision was to attempt to talk my way out the situation. Two other inmates who noticed my situation and were also gay felt they were possibly collateral targets decided to attempt to go with me. to talk to these oppressors (4) we were immediatly attacked verbally followed by physical attacks almost simultaniously with knives stick buckets. Myself, Branson Williams #13cc165, Charles Godden A127714 were forced to defend ourselves against this abrupt and unprovoked attack. myself & the 2 others never had weapons

9/13/2022                                                  Devcurrie A51859
DATE                                                        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___/___
                                                                           #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

SEP 14 2022        Receipt for Appeals Being Forwarded to Central Office      2209-102-048

Submitted by the inmate on: Apalachee C.I. Warden's office  Institutional Mailing Log #: 22-905
                          (Date)                                                  (Received By)

                                                                              2C (102)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)         Incorporated by Reference in Rule 33-103.006, F.A.C.

Attachment #1   Grievance Appeal                    9-12-22
                                                    Devon Currie #A51854

(6) There were at least 8 Latin King members against myself and the 2 mentioned names and they all had at least one weapon each. (7) The three of us had to be taken to the hospital, Myself to I.C.U. with 6 stab wounds, a collapsed lung and I was informed I flatlined twice due to a lung collapse and major blood loss. Charles Gaddis was also critical and died but was also resessitated and that was also due to blood loss due to a face and neck wound. Brandon Williams had multiple stab wounds to the lower neck and sholders. Not one of the Latin king's had to go to the hospital. (8) All 6 of the Latin King members recieved disciplinary actions in the form of D.R.'s and neither myself or the two mentioned names did which in itself is further proof that this institution knows we were strictly victims attempting to defend our lives from this unwarrented hate crime. (9) Since it was at least a couple weeks after these Latin king's were served CM papers that I myself recieved CM papers, while also on Protective Management which none of the Latin kings were, say to me two obvious things: one, That somehow Administration came to the agreement several weeks after the fact that I was rightfully attacked because I am a gay black male because in the beginning I was treated as the victim I was and was never in danger of any disciplinary action. Two, that I have no right to defend myself at any cost, even when 2 sworn D.O.C. officers were present through all of this and refused to act or do their job in the slightest sense or attempt to stop or even delay or hinder this attempted deadly attack even though they had several opportunities. (10) I am not a gang member even though the CM Recomendation stated this is believed to be STG Related and purposefully slanted in a way as to portray Everyone involved as a gang member, and also made to seem that I had a weapons or never really identified the fact that I was critically injured or severly outnumbered during this attack. (11) This attack was motivated by hate, hate for myself because I am gay, black and open about it, and this was confirmed by the attackers themselves during this attack. These are the facts as I know them, (11) in total that absolutly prove I am a victim in this and had no choice in this matter but to physically defend myself. As no other help was available and all avenue's of escape were cut off

Attachment #2   Grievance Appeal                     8-22-22
                                        Devon Currie # A51859

There is no way at all to justify putting me on CM 1 right beside the people who attacked me, as if I also had a knife and attacked them because of what they believe, like our actions were somehow equal. Clearly they were not even close and this is an obvious miscarriage of justice. Please help me, I have been persecuted and suffered enough, physically, mentally and Emotionally because of this and do not deserve after all of this to be stuck in confinement behind a door for 18 months or longer. My only crimes in this matter were to be gay and to defend myself from attack. Thank you so much for your unbiased help.

## PART B - RESPONSE

| CURRIE, DEVON | A51859 | 2209-102-048 | APALACHEE EAST UNIT | Y2112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows: You have been placed on CM1 based on the incident that occurred on 7/20/22, during this incident numerous inmates received injuries and medical care. You were all in a mutual combat where injuries were sustained to others. Therefore, your CM1 placement will remain.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

_____           _____           9/13/22
SIGNATURE AND TYPED OR PRINTED NAME OF      SIGNATURE OF WARDEN, ASST.            DATE
EMPLOYEE RESPONDING                  WARDEN, OR SECRETARY'S
                        REPRESENTATIVE

# REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

2209.102.048

From or IF Alleging Sexual Abuse, on the behalf of:

Currie Devon R.   A51859   A.C.I
Last   First   Middle Initial   DC Number   Institution

## Part A – Inmate Grievance

I am writing this formal grievance because of a CM 1 Approval when I was the victim of a Hate crime attack. Basically I was attacked 2 seperate times by the same group of gang members and because the 2 officers that were in the officers station didn't act to help me or to stop these attackers, I was forced to defend myself. This was obviously a life or Death situation and even though I defended myself from this hate crime, my life was still almost taken due first to these gang members attacking me and 2nd to the fact that the officers failed to act in a timely manner. I was stabbed 6 times and was rushed to the hospital where I spent almost a week recovering from life threatening injuries. I was attacked 2 times for being gay and then recommended and approved for CM 1, the same exact punnishment the attackers got, only because I defended myself and stood my ground for my personal safety. Also the CM reccommendation was very vauge and misleading, saying only that weapons were found, people went to the hospital and that it is believed to be gang related. Well, I never had a weapon, I went to the hospital and I am not gang related. So that leaves really nothing of substance from the reccomendation in which to approve me for CM. Thurefur I should obviously be taken off CM and returned to G.P. Thank You very much.

FORMAL

SEP 08 2022
Apalachee C.I. Warden's office

9/7/2022
DATE

Devon Currie  A51859
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

2   /
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ (Date)   Institutional Mailing Log #: _____   _____ (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY         CENTRAL OFFICE
INMATE (2 Copies)            INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

# INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☐ Warden
☑ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

**FROM:**
Inmate Name: Devon Curra
DC Number: A51859
Quarters: J2112
Job Assignment: N/A
Date: 9/7/22

## REQUEST

Check here if this is an informal grievance ☑

I am writing this informal grievance because I was never officially notified that I was approved for CM1. All I ever got in response to my questions were, Yes I believe so and other vague responses. I was told about 10 days ago that I was approved for CM but was given no exact date. And this was on a once weekly round so there is no way that I can recieve my Due process with my grievance process. I get 15 days to grieve CM1 and if I am not given a date of my CM approval there is no way I can properly prepare or even know when my time starts. I have made a good faith effort to follow rules and file even though I've never been given a date of my official approval. Please help me out.

Inmate (Signature): Devon Curra      DC#: A51859

---

## RESPONSE

102-2209-0098

DATE RECEIVED: SEP 08 2022
Apalachee C.I. Warden's office

Classification staff were interviewed and stated, State classification approved you for CM on 8/19/22, you were advised of this during weekly confinement rounds the following week, and every week thereafter. Grievance 102-2209-0098 Denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J Smith, CO
Official (Signature): J Smith, CO
Date: 09/13/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)