UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al.*,

    Defendants.

Case No. 5:23-cv-183-TKW/MJF

## NOTICE OF REQUEST FOR SUMMONSES

NOTICE IS HEREBY GIVEN that Plaintiff, through counsel, seeks the attached Summonses to be issued by the Clerk.

Respectfully submitted,

JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: (850) 222-8080
Fax: (850) 561-0836
Email: cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Counsel for Plaintiff*

1

I CERTIFY the foregoing was filed electronically on September 24, 2024 serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/ Joshua Tarjan*