# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                                                                  Case No. 5:23-cv-183-TKW/MJF

MICHELLE MCKINNIE, *et al.*,

    Defendants.

_____/

## ORDER

    This cause is before this court upon Plaintiff's amended complaint filed under 42 U.S.C. § 1983. Doc. 52. It appears that service of the second amended complaint is appropriate.

    Plaintiff is not responsible for the costs of service, as he is proceeding *in forma pauperis*. Plaintiff is responsible, however, for providing the court with two service copies of his second amended complaint so that this court can direct service. The service copies must be identical to each other and to the amended complaint filed with this court. This court cannot make copies for Plaintiff unless he submits payment in the amount of $.50 per page, prepaid, to the clerk of this court. Upon receipt of the service copies or the appropriate payment for

copies, this court will direct the United States Marshals Service to serve the Defendants.

Accordingly, it is **ORDERED**:

**On or before October 24, 2024**, Plaintiff shall:

a. provide the court with two identical service copies of his second amended complaint; or

b. submit payment in the amount of $11.00 to the clerk of court for the cost of copying.

**SO ORDERED** this 25th day of September 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**