**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEVON CURRIE
DOC# A51859,**

      Plaintiff,

v.                                    Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

      Defendants.
_____/

**UNOPPOSED MOTION FOR LEAVE TO DEPOSE WITNESSES**

**McKinnie** ("Defendant"), through counsel, and pursuant to Rule 30(a)(2), Fed. R. Civ. P., move this Court to depose incarcerated individuals, and in support state the following:

1. On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery is November 4, 2024. (Doc. 42).

2. As part of the reason for the request, Defendant intends to depose several inmate witnesses which have been discovered through investigation that were witnesses or involved in the incident that Plaintiff has sued Defendant about.

1

3. The depositions are necessary because neither Defendant nor Plaintiff have been able to recover video of the incident and witness testimony is necessary to determine what occurred on the date sued upon.

4. The names of the witnesses which Defendant intends to depose are Wilson Rodriguez, DC# K586552; Rascual Rentas, DC# B10151; Chad Shaw, DC# 347470; Luis Rodriguez, DC# 127714; Charles Gaddis, DC# 130662;[1] Brandon Williams, DC# A51859; Alfred Pedro, DC# S71334; Richard Utria, DC# 183499; and Michael Marceau, DC# D37428.

5. Based on this desire to depose the above individuals, Defendant contacted Plaintiff's counsel, who indicated that he had no objection to the request.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

(2) **With Leave.** A party must obtain leave of court, and the court must grant leave to the extent consistent with 26(b)(1) and (2):

…

(B) if the deponent is confined in prison.

Fed. R. Civ. P. 30(a)(2)(B). Defendants have determined that each of the listed individuals was present during and has relevant information about the incident

---

[1] Plaintiff has identified Charles Gaddis, DC# 130662, and Brandon Williams, DC# A51859 as being witnesses that he intends to call at trial.

Plaintiff has sued for. As a result, Defendants would request leave to take the depositions of Wilson Rodriguez, DC# K586552; Rascual Rentas, DC# B10151; Chad Shaw, DC# 347470; Luis Rodriguez, DC# 127714; Charles Gaddis, DC# 130662; Brandon Williams, DC# A51859; Alfred Pedro, DC# S71334; Richard Utria, DC# 183499; and Michael Marceau, DC# D37428.[2]

**WHEREFORE**, Defendant respectfully requests that this Court provide Defendant leave to depose the listed individuals.

    Respectfully submitted,

    **ASHLEY MOODY**
    **ATTORNEY GENERAL**
    Office of the Attorney General
    The Capitol, PL-01
    Tallahassee, Florida 32399-1050
    Telephone: (850) 414-3300
    Facsimile: (850) 488-4872

    /s/ Erik Kverne
    Erik Kverne
    Assistant Attorney General
    Florida Bar No. 99829
    Erik.Kverne@myfloridalegal.com

---

[2] Defendant is also in the process of conferring about the depositions of 4 additional inmate witnesses that Plaintiff has identified as being witnesses to the incident and intends to call as witnesses at trial.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Leave to Depose Witnesses* was e-filed and served electronically on counsel of record through CM/ECF on October 1, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
