# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE

v.

MICHELLE MCKINNIE, *et al.*

Case No.  5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on  October 2, 2024

Type of Motion: Unopposed Motion to Depose Persons Confined in Prison

Filed by Defendant McKinnie   on October 1, 2024   Doc. # 55

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jennifer Wood, Law Clerk

---

Defendant's motion to depose persons confined in prison, Doc. 55, is:

a.   **GRANTED** to the extent the undersigned authorizes the depositions of the following inmates: Rascual Rentas (DC# B10151), Chad Shaw (DC# 347470), Alfredo Pedro (DC# S71334), Richard Utria (DC# 183499), and Michael Marceau (DC# D37428).

b.   **DENIED** without prejudice to file a motion with the correct DC#'s for Wilson Rodriguez, Luis Rodriguez, Charles Gaddis and Brandon Williams, so that prison officials can correctly identify the inmates being deposed.

**SO ORDERED** this 2nd day of October, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**