**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEVON CURRIE
DOC# A51859,**

    Plaintiff,

v.                                         Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

**SECOND UNOPPOSED MOTION FOR LEAVE TO DEPOSE WITNESSES**

    **McKinnie** ("Defendant"), through counsel, and pursuant to Rule 30(a)(2), Fed. R. Civ. P., moves this Court to depose incarcerated individuals, and in support states the following:

1. On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery is November 4, 2024. (Doc. 42).

2. On October 1, 2024, Defendant filed an Unopposed Motion for Leave to Depose Witnesses, (Doc. 55), which was granted in part and denied without prejudice in part. (Doc. 56). This Court denied Defendant's Motion without prejudice because Defendant had provided incorrect Department of

1

        Corrections numbers for 4 witnesses originally identified in Defendant's previous Motion. *Id.*

3. As detailed in Defendant's previous Motion, part of the reason for the request Defendant intends to depose the listed inmate witnesses is because they been discovered through investigation that they were witnesses to or involved in the incident that Plaintiff has sued Defendant about.

4. The depositions are necessary because neither Defendant nor Plaintiff have been able to recover video of the incident and witness testimony is necessary to determine what occurred on the date sued upon.

5. The names of the witnesses which Defendant intends to depose, in addition to those already granted, are Wilson Rodriguez, DC# K86552; Luis Rodriguez, DC# M53592; Charles Gaddis III, DC# 127714;[1] and Brandon Williams, DC# 130662.

6. Based on this desire to depose the above individuals, Defendant contacted Plaintiff's counsel, who indicated that he had no objection to the request.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

---

[1] Plaintiff has identified Charles Gaddis, DC# 127714, and Brandon Williams, DC# 130662 as being witnesses that he intends to call at trial.

>    (2) **With Leave.** A party must obtain leave of court, and the court must grant leave to the extent consistent with 26(b)(1) and (2):
>
>    …
>
>    (B) if the deponent is confined in prison.

Fed. R. Civ. P. 30(a)(2)(B). Defendant has determined that each of the listed individuals was present during and has relevant information related to the incident Plaintiff has sued about. As a result, Defendant would request leave to take the depositions of Wilson Rodriguez, DC# K86552; Luis Rodriguez, DC# M53592; Charles Gaddis III, DC# 127714; and Brandon Williams, DC# 130662.[2]

**WHEREFORE**, Defendant respectfully requests that this Court provide Defendant leave to depose the listed individuals.

---

[2] Defendant is also in the process of conferring about the depositions of 4 additional inmate witnesses, not listed in this Motion or Defendant's previous Motion, that Plaintiff has identified as being witnesses to the incident and intends to call as witnesses at trial.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Unopposed Motion for Leave to Depose Witnesses* was e-filed and served electronically on counsel of record through CM/ECF on October 2, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General