# Exhibit A

RECEIVED
WITH APPEAL TO CLERK
SEP 28 2022
Department of Corrections
Bureau of Inmate Grievance Appeals

# PART B - RESPONSE

| CURRIE, DEVON | A51859 | 22-6-27879 | APALACHEE EAST UNIT | Y2112U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

C. NEEL

_____  
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____  
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

09/22/2022  
DATE

# REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED SEP 19 2022** — Department of Corrections Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Currie | Devon | R | A51859 | A.C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

## Part A – Inmate Grievance

**22-6-27879**

This grievance is in response to the institution denying both former grievances about this same issue. This is a simple issue and if the officers who were present at the time that I was attacked multiple times would have responded immediately or have intervened as I asked, I would have never been stabbed. On the digital footage that recorded this entire incident, July 20, 2022 between about 10:00pm and the exact time of 10:15pm (10:15pm being the time indicated on my incident report) The cameras will show me going towards the bathroom in the back of the dorm and almost immediately 3 or more Hispanic inmates going quickly into the same area. Even if they can't see directly into the sink area, it is obvious by the movements of those 3 inmates and the fact that everyone in the dorm just happened to start looking our way that an altercation was taking place. The cameras no doubt seen this. After being attacked, I went to my bunk and packed my property. During the process of packing Master Roster Count took place and 2 officers came in and did a head count. I attempted to get help from one of the officers closest to me, telling her I needed to leave the dorm, my life was in danger. She didn't even look my way, only stating "I'm busy." She had just observed me being attacked by 3 inmates, it is impossible to claim otherwise if she was doing her job and watching the dorm, the bathroom is literally in direct line of sight and then ignored my plea for help out of this dangerous situation. These 2 actions, Negligence of Duty in every way, resulted in the next phase of this video footage, me being stabbed 6 times, and nearly being killed. During this last and most vicious attack, her and another officer was in the officers station and neither one ever tried to stop this attack, delay it or even show a presence in the dorm at all. The only time any officer actually came into the dorm physically was when the attack was completely over. By then I was

9/12/2022
DATE

D. Currie A51859
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / _____
# Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**FORMAL**

Submitted by the inmate on: SEP 13 2022
(Date)
Apalachee C.I. Warden's office

Receipt for Appeals Being Forwarded to Central Office
Institutional Mailing Log # 22-905

2208-102-198

(Received By)
10c (102)
(N/A)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

Attachment 1

Close to death, having to defend myself from an attack that should have never been allowed to take place, had these two officers who were present have either broke up the first attack and removed all parties from the dorm or been proactive and prevented the second attack when I called to her for help during their master roster count walk through. The captain of day shift, Captain Cochran told me that he saw this video from start to finish and that he seen the beginning of the first altercation, even going so far as to claim he saw me walk by the shower on my way to the sinks on the other side, so there is no doubt what I am claiming here is clear for all to see. If the camera could see it, and the O.I.C. himself made this admission, then the two officers assigned to P-dorm can not deny seeing the same things, supposing of course they were doing their job and observing the dorm they were paid to observe. The fact that all of these things took place, back to back and these two officers never once tried to interviene is a clear case of Neglence of Duty, resulting in great bodily harm for 3 people, myself included going to the hospital by Ambulance. This all could have and should have been avoided. I would like the officers responsible for allowing this attack to be carried out, despite the knowledge I was in danger, to be held responsible. Thank you for your integrity in this situation and for your help.

**PART B - RESPONSE**

| CURRIE, DEVON | A51859 | 2208-102-198 | APALACHEE EAST UNIT | Y2112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows:
The response you received on informal grievance log #102-2208-0258 has been reviewed and is found to adequately address this issue.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9/7/2022
DATE

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse                    2208-102-198

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

~~████~~  Currie    Devon         A51859              A.C.I
Last      First    Middle Initial   DC Number          Institution

### Part A – Inmate Grievance

I am writing this grievance in response to the denial of my informal of the same nature. My issue is the fact that 2 officers were in the control station in P dorm and watched me be attacked one time in the bathroom and then a couple minutes later while walking through for formal count, as I was packing my property I attempted to get help from one of these officers but was basically ignored. These two plain examples of Negligence of Duty lead to me being attacked a second time and this time severly and with weapons. I was stabbed a total of six times and during this attack, once again no officer in the booth, two at least attempted to intervene and help me, knowing I was in grave danger. The fact that they never once attempted to help me during this second attack is another example of Negligence of Duty. They claim that they alerted staff but they are staff too so ~~█~~ it stands to reason they should help too, since they are on scene and able to stop immediatly this attack. By the time anyone even showed up, minutes later I was already passed out and bleeding out, my lung collapsed. The main thing though even besides these two officers refusing to do their job is the fact that they saw this first attack, and were warned by me of the second possible attack and still, with 2 chances to stop this second attack, failed to act. This is the issue in my grievance, Negligence of duty. I would like this matter taken seriously and someone held responsible.

8/28/2022                                     Devon Currie A51859
DATE                                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   /
10                                                                    #     Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    _____
                            (Date)                                                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: **A.C.I**

TO: (Check One) — ☐ Warden  ☑ Asst. Warden  ☐ Classification  ☐ Security  ☐ Medical  ☐ Mental Health  ☐ Dental  ☐ Other _____

FROM:
- Inmate Name: Devon Currie
- DC Number: A51859
- Quarters: P2112
- Job Assignment: N/A
- Date: 8-17-22

**REQUEST**   Check here if this is an informal grievance ☒

I am writing this informal grievance against P dorm officers who were either assigned to P dorm or were in the both at the time that I was attacked, as I just learned during my PM investigation on August 5, 2022, that there were in fact (2) two officers present inside the officers station at the time that I was attacked. I attempted to notify officers during a walk through and was ignored and then directly after, attacked a second time after packing my property. I was unaware that both officers went back in the officers station and were present during these attacks because neither one attempted to help me or defuse the situation in any way. No chemical agents, no yelling or attempting to verbally break it up or stop this attack. I was stabbed a total of 6 times and had to be taken to I.C.U. and nearly died, when I know that just the presence of an officer would have stopped this or at least minimized the damage. This is being filed because I've been made aware of new evidence

Inmate (Signature): D. Currie     DC#: A51859

**INFORMAL**

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**     DATE RECEIVED: AUG 18 2022

102-2208-0258     /oc     Apalachee C.I. Warden's Office

Security staff were interviewed and stated, staff responded to the incident entered the dormitory, all actions ceased, and proper actions were taken. Grievance 102-2208-0258 Denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Denied___. (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J Smith, CO     Official (Signature): J Smith, CO     Date: 08 22 22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.