# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

v.                                            **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL

**McKinnie** ("Defendant"), through counsel, and pursuant to Rule 30(a)(2), Fed. R. Civ. P., moves this Court to allow for extension to file Motions to Compel, and in support states the following:

1. On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery is November 4, 2024. *Id*.

2. Within this Court's Order, a deadline to file Motions to Compel about issues *prior to* the last date to serve Discovery was established for October 4, 2024. (Doc. 42 at ⁋ 3).

3. Currently, the parties are in the process of conferring about an invocation of the work product privilege related to Discovery in this case. The Discovery

1

was sent and responded to prior to October 4, 2024, but to attempt to work through the issues, the conferral period between the parties will end after October 4, 2024.

4. If the parties are unable to resolve the issue prior to the deadline imposed by this Court (which is almost certainly going to be the case), then a Motion to Compel would need to be filed after the court-imposed deadline.

5. As a result, Defendant would request until the end of the Discovery period, November 4, 2024, to file Motions to Compel about the referenced issue.

6. Based on the described issues, undersigned counsel contacted counsel for Plaintiff about filing an extension of time, and Plaintiff's counsel indicated that there is no objection to this Motion.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). Currently, the parties are in the process of conferral about an issue involving potential work product in this case. The parties have exchanged communications about the issue so far but have not been able to come to a concrete

position on the issue which would allow for the filing of a Motion to Compel. The respective positions are expected to be fully established after the October 4, 2024, deadline, and as a result, an extension is necessary to potentially file a Motion to Compel.

**WHEREFORE**, Defendant respectfully requests that this Court grant this Motion and provide the parties with until November 4, 2024, to file Motions to Compel on the described issue, if necessary.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Motions to Compel* was e-filed and served electronically on counsel of record through CM/ECF on October 4, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General