# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE

v.

MICHELLE MCKINNIE, *et al.*

Case No. 5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on October 3, 2024

Type of Motion: Second Unopposed Motion to Depose Witnesses

Filed by Defendant McKinnie on October 2, 2024   Doc. # 57

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jessica Bjerke-Owens, Law Clerk

Defendant's motion to depose persons confined in prison is **GRANTED**. The undersigned authorizes the depositions of the following inmates: Wilson Rodriguez, (DC# K86552); Luis Rodriguez, (DC# M53592); Charles Gaddis III, (DC# 127714); and Brandon Williams, (DC# 130662).

**SO ORDERED** this 10th day of October, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**