IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

**THIRD UNOPPOSED MOTION FOR LEAVE TO DEPOSE WITNESSES**

    **McKinnie** ("Defendant"), through counsel, and pursuant to Rule 30(a)(2), Fed. R. Civ. P., moves this Court to depose incarcerated individuals, and in support states the following:

1.    On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery is November 4, 2024. (Doc. 42).

2.    On October 1, 2024, Defendant filed an Unopposed Motion for Leave to Depose Witnesses, (Doc. 55), which was granted in part and denied without prejudice in part. (Doc. 56). This Court denied Defendant's Motion without prejudice because Defendant had provided incorrect Department of

       Corrections numbers for 4 witnesses originally identified in Defendant's previous Motion. *Id.*

3. Based on this Court's denial, Defendant filed a Second Unopposed Motion for Leave to Depose Witnesses, (Doc. 57), which was granted. (Doc. 61).

4. As detailed in Defendant's previous Motion, part of the reason for the request Defendant intends to depose the listed inmate witnesses is because they have been discovered through investigation that they were witnesses to or involved in the incident that Plaintiff has sued Defendant about.

5. The depositions are necessary because neither Defendant nor Plaintiff have been able to recover video of the incident and witness testimony is necessary to determine what occurred on the date sued upon.

6. Furthermore, the witnesses listed in this Motion have been explicitly described by Plaintiff as being witnesses which he intends to call at trial if necessary.

7. The names of the witnesses which Defendant intends to depose, in addition to those already granted, are Howard Chandler-Smith, DC# J80527; Kenneth Kennedy, DC# 290005; Eric Martin, DC# K59836; Anthony Rose, DC# C06011; and Anthony McCloud, DC# 063660.

8. Based on this desire to depose the above individuals, Defendant contacted Plaintiff's counsel, who indicated that he had no objection to the request.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

> (2) **With Leave.** A party must obtain leave of court, and the court must grant leave to the extent consistent with 26(b)(1) and (2):
>
> …
>
> (B) if the deponent is confined in prison.

Fed. R. Civ. P. 30(a)(2)(B). Defendant has determined that each of the listed individuals should be deposed due to Plaintiff's intent to call them as witnesses at any potential upcoming trial. As a result, Defendant would request leave to take the depositions of Howard Chandler-Smith, DC# J80527; Kenneth Kennedy, DC# 290005; Eric Martin, DC# K59836; Anthony Rose, DC# C06011; and Anthony McCloud, DC# 063660.

**WHEREFORE**, Defendant respectfully requests that this Court provide Defendant leave to depose the listed individuals.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Third Unopposed Motion for Leave to Depose Witnesses* was e-filed and served electronically on counsel of record through CM/ECF on October 15, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General