# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE

v.

MICHELLE MCKINNIE, *et al*.

Case No.  5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on  October 16, 2024

Type of Motion: Third Motion to Depose Witnesses

Filed by Defendant McKinnie    on October 15, 2024        Doc. # 63

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jessica Bjerke-Owens, Law Clerk

    Defendant's motion to depose persons confined in prison is **GRANTED**. The undersigned authorizes the depositions of the following inmates:

Howard Chandler-Smith (DC# J80527);

Kenneth Kenney (DC# 290005);

Eric Martin (DC# K59836);

Anthony McCloud (DC# 063660); and

Anthony Rose (DC# C06011).

    **SO ORDERED** this 17th day of October, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**