UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                               Case No.  5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiff, proceeding *in forma pauperis*, filed a second amended complaint pursuant to 42 U.S.C. § 1983. Doc. 52. Plaintiff has complied with the order directing him to submit a sufficient number of service copies.

Accordingly, it is **ORDERED:**

1.  The clerk of court is directed to issue summons to: ANTOINETTE PATTERSON and DELISIA GREEN. The summons must indicate that each Defendant has **SIXTY DAYS** in which to file a response to the second amended complaint. The clerk of the court is directed to refer the summonses to the United States Marshals Service ("Marshals Service"),

along with service copies of Plaintiff's second amended complaint, Doc. 52, and copies of this order.

2. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Kathryn Bundy** is specially appointed to serve process upon Defendants at Apalachee Correctional Institution. In the absence of **Kathryn Bundy**, the specially appointed process server designated above, **Jacquelyn Jeter Garrett** is designated as an alternate server and must comply with this order as though issued in her name.

3. Within **THIRTY DAYS** from the date of entry of this order on the docket, the Marshals Service is directed to serve a copy of the second amended complaint, a summons, and a copy of this order upon each Defendant. Service should be attempted **by mailing these documents by regular mail to the above-named special process server, who must serve the complaint.** All costs of service must be advanced by the United States.

4. Within **FOURTEEN DAYS** after receipt of the second amended complaint and this order, the specially appointed process server shall serve the second amended complaint upon each Defendant named above, complete and sign each return of service, and return it to the clerk

of court as proof of service. **Each Defendant must also sign the return of service as an acknowledgment of receipt of service.**

5. If a Defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, **the specially appointed process server must report this information to the clerk of court within FOURTEEN DAYS** after receipt of the second amended complaint and this order. If service is returned unexecuted, or if a return is not filed within **FORTY-FIVE DAYS** from the date of this order, the clerk of court is directed to immediately notify chambers.

6. Each defendant has **SIXTY DAYS** in which to file a response to the second amended complaint.

7. Counsel for defendants must file a notice of appearance within **THIRTY DAYS** of the date of service.

8. Unless a party first obtains permission from this court, no party shall file a motion for summary judgment prior to entry of a Case Management and Scheduling Order.

9. The parties shall not file pretrial motions that seek to dismiss or preclude a particular remedy or demand for relief—**such as punitive damages**. The parties may move for limitations on particular remedies

and recovery after the District Court has adjudicated all dispositive motions.

10. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the pleading will be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a motion for leave to amend and a copy of the proposed amended complaint. *See* N.D. Fla. Loc. R. 15.1.

**SO ORDERED** this 23rd day of October, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**