AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-183-TKW-MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Delisia Green**
was received by me on *(date)* **10/29/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because **no longer employed at ACI** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/30/2024**

*Kathryn Bundy*
Server's signature

**Kathryn Bundy**
Printed name and title

APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FL 32460
Server's address

Additional information regarding attempted service, etc:

FILED USDC FLND PN
NOV 5 '24 PM 1:55 mB

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

DEVON CURRIE

*Plaintiff(s)*

v.

MICHELLE MCKINNIE, et al.

*Defendant(s)*

Civil Action No. 5:23-cv-183-TKW-MJF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELISIA GREEN

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tarjan, Esq.
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747

James V. Cook, Esq.,
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/24/2024

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*