

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-183-TKW-MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Antoinette Patterson__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __no longer employed at ACI__ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/30/2024__

_Kathryn Bundy_
Server's signature

_Kathryn Bundy_
Printed name and title

APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FL 32460
Server's address

Additional information regarding attempted service, etc:

FILED USDC FLND PN
NOV 5 '24 PM 1:54

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

REC'D-USMS-PEN, FL
24 OCT '24 AM 11:38

| | |
|---|---|
| DEVON CURRIE<br><br>*Plaintiff(s)*<br>v.<br>MICHELLE MCKINNIE, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:23-cv-183-TKW-MJF<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ANTOINETTE PATTERSON

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Tarjan, Esq.          James V. Cook, Esq.,
The Tarjan Law Firm P.A.     Law Office of James Cook
12372 SW 82 Avenue           314 West Jefferson Street
Pinecrest, FL 33156          Tallahassee, Florida 32301
(305) 423-8747               (850) 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/24/2024                             s/ Jeremy Wright, Deputy Clerk
                                               *Signature of Clerk or Deputy Clerk*