**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEVON CURRIE
DOC# A51859,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

    **McKinnie** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file Motions Motions for Summary Judgment, and in support states the following:

1. On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery was November 4, 2024. *Id.*

2. Within this Court's Order, a deadline to file dispositive motions is November 18, 2024. (Doc. 42 at ¶ 5).

3. Currently, Defendant is in in the process of working on a Motion for Summary Judgment to be filed in this case.

4. However, it is expected that Defendant's Motion will not be completed before the deadline imposed by this Court.

5. The reason why Defendant is unable to complete the Motion currently is because deposition transcripts are still being completed for witnesses in this case and the holidays are impacting Defendant's ability to communicate with witnesses for purposes of creating declarations, when needed.

6. During Discovery, Defendant spoke with twenty-two (22) individuals for investigation purposes and ultimately depositions were taken of fifteen (15) inmates[1]. Nearly all the transcripts of the depositions have been completed, but Defendant is still missing a couple of transcripts at this time.

7. Additionally, Defendant has been having trouble getting in touch with some witnesses for purposes of creating declarations in this case which are intended to support the forthcoming Motion for Summary Judgment. Defendant expects issues with contacting the individuals will continue until after Thanksgiving week.

---

[1] As described in previous Motions, the issue in this case was a significant event involving a fight between multiple inmates and injuries to at least three (3) inmates. Unfortunately, no video footage has been able to be recovered of the incident, necessitating depositions of numerous inmate witnesses.

8. Based on the described issues, undersigned counsel contacted counsel for Plaintiff about filing an extension of time, and Plaintiff's counsel indicated that there is no objection to this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, Defendant has been working on a Motion for Summary Judgment in this case but has not yet been able to complete the filing. Based on the likelihood of not being able to complete the Motion, Defendant reached out to opposing counsel and requested an extension. In response, Plaintiff's counsel indicated that there was no objection to the request.

**WHEREFORE**, Defendant respectfully requests until December 9, 2024, to file her Motion for Summary Judgment.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Motion for Summary Judgment*

4

was e-filed and served electronically on counsel of record through CM/ECF on November 15, 2024.

                                                              /s/ Erik Kverne
                                                              Erik Kverne
                                                              Assistant Attorney General
                                                              Florida Bar No. 99829
                                                              Office of the Attorney General