# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE, *et al.*

Case No. 5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: <u>Defendant McKinnie's Unopposed Motion for Extension of Time to File Motion for Summary Judgment</u>

Doc. # <u>72</u>

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

<u>s/ Jessica Bjerke-Owens, Law Clerk</u>

    Defendant's Unopposed Motion for Extension of Time is **GRANTED.**

    The deadline to file dispositive motions is **December 9, 2024**.

    No further extensions will be granted absent a showing of extraordinary circumstances.

    **SO ORDERED** this <u>22nd</u> day of November, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**