# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al.*,

    Defendants.

Case No. 5:23-cv-183-TKW/MJF

## NOTICE OF REQUEST FOR SUMMONSES

NOTICE IS HEREBY GIVEN that Plaintiff, through counsel, seeks the attached Summonses to be issued by the Clerk.

Respectfully submitted,

| | |
|---|---|
| | */s/ James Cook* |
| Joshua Tarjan (FBN 107092) | JAMES V. COOK, ESQ. |
| THE TARJAN LAW FIRM P.A. | Florida Bar Number 0966843 |
| 12372 SW 82 Avenue | Law Office of James Cook |
| Pinecrest, FL 33156 | 314 West Jefferson Street |
| (305) 423-8747 | Tallahassee, FL 32301 |
| (323) 243-3186 (cell) | Phone: (850) 222-8080 |
| (786) 842-4430 (fax) | Fax: (850) 561-0836 |
| josh@tarjanlawfirm.com | Email: cookjv@gmail.com |

*Counsel for Plaintiff*

I CERTIFY the foregoing was filed electronically on December 3, 2024 serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/ James Cook*