**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEVON CURRIE
DOC# A51859,**

     **Plaintiff,**

**v.**                         **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

     **Defendants.**
_____/

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

     **McKinnie** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file Motions for Summary Judgment, and in support states the following:

1.    On August 13, 2024, this Court extended the Discovery deadline. *See* (Doc. 42). The deadline to complete Discovery was November 4, 2024. *Id.*

2.    Within this Court's Order, a deadline to file dispositive motions was imposed for November 18, 2024. (Doc. 42 at ⁋ 5).

3.    While working on the Motion for Summary Judgment, Defendant determined that an extension of time would be necessary to complete the Motion, and requested until today, December 9, 2024. (Doc. 72). This Court

1

granted Defendant's extension and extended the deadline to today, December 9, 2024. (Doc. 73).

4.    As stated in Defendant's previous Motion for Extension, Defendant is working on a Motion for Summary Judgment on her behalf. However, Defendant needs a very short extension to finalize the Motion.

5.    The reason for the extension is that Defendant is waiting for a declaration to be finalized, and it should be done within the next couple of days. Defendant expects the declaration to be completed by Wednesday, December 11, 2024.

6.    As a result of needing the short extension, Defendant reached out to Plaintiff's counsel, who indicated that there was no objection to this request.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, Defendant has been working on a Motion for Summary Judgment in this case but has not yet been able to complete the filing. Defendant is missing a single piece of evidence – a declaration – which should be completed within the next two days. Based on not being able to complete

2

the Motion, Defendant reached out to opposing counsel and requested an extension. In response, Plaintiff's counsel indicated that there was no objection to this request.

WHEREFORE, Defendant respectfully requests until December 11, 2024, to file her Motion for Summary Judgment.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Unopposed Second Motion for Extension of Time to File Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on December 9, 2024.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
