# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE, *et al.*

Case No. 5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: <u>Defendant McKinnie's Unopposed Motion for a 2-Day Extension of Time to File Motion for Summary Judgment</u>

Doc. # <u>76</u>

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

<u>s/ Jessica Bjerke-Owens, Law Clerk</u>

Defendant's Unopposed Motion for Extension of Time is **GRANTED.**

The deadline to file dispositive motions is **December 11, 2024.**

No further extensions will be considered.

**SO ORDERED** this <u>10th</u> day of December, 2024.

/s/ *Michael J. Frank*

**Michael J. Frank**
**United States Magistrate Judge**