Exhibit B

Devon Currie
September 23, 2024

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                       PANAMA DIVISION

 3                    CASE NO.: 5:23-cv-183-TKW/MJF

 4   DEVON CURRIE
     DC# A51859,
 5
             Plaintiff,
 6
     v.
 7
     SGT. MCKINNEY
 8   AND JANE DOE,

 9           Defendants.
     _____/
10

11

12

13                    REMOTE DEPOSITION OF

14               DEVON CURRIE, DC# A51859

15

16                 VOLUME 1 (Pages 1 - 81)

17

18               Monday, September 23, 2024
                   9:01 a.m. - 10:34 a.m.
19

20              LOCATION:  Remote via Zoom

21

22              Reported by:  Eric Learman,
             Notary Commission No. FL HH 188950
23

24
     Job No.:  377829
25
```

Devon Currie
September 23, 2024

Page 2

1

2    APPEARANCES:

3    On behalf of Devon Currie, DC# A51859:

4         Law Office of James Cook
          314 West Jefferson Street
5         Tallahassee, Florida 32301

6         BY:  JAMES V. COOK, ESQ.
          cookjv@gmail.com
7
          The Tarjan Law Firm P.A.
8         12372 Southwest 82nd Avenue
          Pinecrest, Florida 33156
9
          BY:  JOSHUA MOROSS TARJAN, ESQ.
10        josh@tarjanlawfirm.com

11   On behalf of Sergeant McKinney and Jane Doe:

12        Office of the Attorney General
          (Corrections Litigation Bureau)
13        The Capitol
          PL-01
14        Tallahassee, Florida 32399

15        BY:  ERIK KVERNE, ESQ.
          erik.kverne@myfloridalegal.com.
16

17   Also Present:

18        Daniel Sason Palardy, Office of the
          Attorney General, Observing
19
          Christopher Hunt, Office of the Attorney
20        General, Observing

21

22

23

24

25

Devon Currie
September 23, 2024

Page 3

1                           INDEX OF EXAMINATION

2    EXAMINATION:                                              PAGE

3    Testimony of Devon Currie

4    Direct Examination by Mr. Kverne                            5
     Cross-Examination by Mr. Cook                              69
5    Redirect Examination by Mr. Kverne                         74

6
     Certificate of Oath                                        78
7    Certificate of Digital Reporter                            79
     Read and Sign Letter                                       80
8    Errata                                                     81

9

10                          INDEX TO EXHIBITS

11    (None marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Devon Currie
September 23, 2024

Page 4

1  Proceedings began at 9:01 a.m.:

2        THE REPORTER:  We're going on the record.

3    Today is September 23rd, 2024, and the time is 9:01

4    central standard time.  Good morning, my name is

5    Eric Learman.  I'm the Florida Notary and reporter

6    assigned by Lexitas.  I request all parties

7    stipulate and agree that by videoconference

8    technology, this will be the remote deposition of

9    Devon Currie in the case of Devon Currie v. Sergeant

10   McKinney and Jane Doe.

11        Before going on the record, the witness

12   positively identified himself to me by corrections

13   badge.  Counsel will you please state your

14   appearance for the record, your firm, who you

15   represent, and that you agree to stipulate that I

16   may place this witness under oath and report this

17   proceeding remotely.

18        MR. KVERNE:  Good morning, my name is Erik

19   Kverne and I represent Defendant, Michelle McKinney.

20   And we do so stipulate.

21        MR. COOK:  James Cook.  I'm the attorney for

22   the plaintiff, as is Mr. Tarjan.

23        MR. TARJAN:  We stipulate.

24        THE REPORTER:  All right.  Thank you so much.

25        Mr. Currie, will you please raise your right

Devon Currie
September 23, 2024

Page 5

1    hand?  Do you swear or affirm that the testimony you

2    give today will be the truth, the whole truth, and

3    nothing but the truth?

4         THE WITNESS:  Yes, sir.

5    Thereupon:

6                    DEVON CURRIE,

7         having been first duly sworn, was examined and

8    testified as follows:

9         THE REPORTER:  Thank you very much.  You may

10    put your hand down.  And Counsel, you may proceed.

11                  DIRECT EXAMINATION

12   BY MR. KVERNE:

13        Q.   Good morning, Mr. Currie.  My name is Erik

14   Kverne and I work for the Office of the Attorney General.

15   I represent a defendant by the name of Michelle McKinney.

16   Do you know who she is?

17        A.   Yes, sir.

18        Q.   And we are here for case number Devon Currie v.

19   McKinney and others, in case number 5:23-cv-183-TKW/MJF

20   in the Northern District of Florida, Panama City

21   Division.  Is that the case that you have filed, Mr.

22   Currie?

23        A.   Yes.

24        Q.   And then --

25        A.    Yes, sir.

Devon Currie
September 23, 2024

Page 6

1    Q.   -- can you state your name for the record,
2  please?  Full name.
3    A.   Devon Currie.
4    Q.   Okay.  And what is your DC number?
5    A.   Devon Ramon, A as in apple, 51859.
6    Q.   Okay.  And we are here today doing a deposition
7  over Zoom.  Is that correct?
8    A.   Yes, sir.
9    Q.   Okay.  I'm here on Monday, September 23rd,
10  2024, to ask you some questions about the case that I
11  referenced before.  Would you be able to answer those
12  questions for me?
13    A.   Yes, sir.
14    Q.   Okay.  Have you ever been deposed before?
15    A.   No.
16    Q.   Okay.  A couple of things that I just want to
17  go over about depositions.  All right?  First, obviously
18  you have your attorneys present.  They're here.  If they
19  have any objections that they make, they can state so on
20  the record.  But even if they make objections, you still
21  have to answer the question for me here today.  Okay?
22    A.   Okay.
23        MR. COOK:  Mr. Kverne, can I just interject
24    here?
25        MR. KVERNE:  Yes.

Devon Currie
September 23, 2024

1          MR. COOK:  Unless it is based on a

2      communication with his attorneys.

3          MR. KVERNE:  Yes, of course.  Of course, yes.

4  BY MR. KVERNE:

5      Q.   If there's a communication between you and your

6  attorneys that they object based on privilege, obviously

7  you do not need to respond based on that.  But any other

8  objections, generally you have to respond to.  Okay?

9      A.   Okay.

10      Q.   If you don't know the answer to a question, or

11  you don't know what the answer is, feel free to say, "I

12  don't know."  Just like if you don't understand my

13  question, you can ask me to rephrase it.  Okay?

14      A.   Okay.

15      Q.   If you need to take a break, go to the restroom

16  or anything, just let us know.  We'll be happy to take a

17  break in the middle of the deposition.  I don't expect

18  this is going to take very long, maybe an hour, an hour

19  and a half at most, I think between both sides, because

20  this is not really involved.  But if you need to take a

21  break at all, just let me know, okay?

22      A.   Okay.

23          MR. KVERNE:  Same with you Mr. Cook, Mr.

24      Tarjan, and then Mr. Court Reporter.

25

Devon Currie
September 23, 2024

 1  BY MR. KVERNE:

 2      Q.   Do you have any medications?  Do you take any

 3  medications?

 4      A.   No.

 5      Q.   This is going to sound like a silly question.

 6  Are you under the influence of drugs or alcohol today?

 7      A.   No.

 8      Q.   Okay.  Is there any reason why you would not be

 9  able to testify truthfully here today?

10      A.   No.

11          MR. KVERNE:  Okay.  After the transcripts are

12          complete, Mr. Cook, would you like to read the

13          transcripts?

14          MR. COOK:  Yeah.  Probably, yeah.  Certainly.

15  BY MR. KVERNE:

16      Q.   Okay.  Mr. Currie, Mr. Cook will explain this

17  in more detail, I'm sure, in the future.  But basically

18  you'll have an opportunity to read the transcripts after

19  this is complete to make sure that they're accurate.

20          You can make minor corrections to the

21  transcripts themselves, but basically you can't change

22  the entire substance of answers.  As an example, if you

23  said he and the court reporter translated, she, you could

24  obviously make a change there.  But if you're changing

25  the entire substance of an answer, I can come back and

Devon Currie
September 23, 2024

Page 9

1  ask you questions about it.  Okay?

2       A.   Okay.

3       Q.   Now, this case involves allegations against Ms.

4  McKinney stemming from July 20th, 2022.  Is that correct?

5       A.   Yes, sir.

6       Q.   Okay.  Prior to that date, prior to July 20th,

7  2022, did you have any interactions with Ms. McKinney?

8       A.   I mean, she's -- I've known her because she's

9  our regular serg.  So, yeah, I've talked to her a few.

10 times --

11      Q.   Okay.  Did you have any major problems with her

12 prior to this incident?

13      A.   Major problems?  Like, is it, like,

14 confrontation between her and I?

15      Q.   Yeah.  Any type of confrontational issues?

16 Anything that sticks out in your mind?

17      A.   Definitely not.  Not far as us getting to it.

18 If that what's you mean, no.

19      Q.   Okay.  Is there any other interaction that

20 sticks out in your mind with Ms. McKinney prior to that

21 date?

22      A.   Other than a time before where she packed my

23 property where she knew that I had got into it, the same

24 gang members before, but other than that, no.  But that

25 doesn't have -- that doesn't pertain to this case, but

Devon Currie
September 23, 2024

Page 10

1  those things is the same particular gang, but besides

2  that, no, no.

3      **Q.   So that's actually kind of important.  So**

4  **you've had interactions with this gang before?**

5      A.   She -- I mean, with this gang before, yes.  But

6  it was -- she was the one that was there, that packed our

7  property, and they pushed us, they forced us out of

8  confinement when we checked into -- because, because they

9  tried to put us on the door before, and they did.  They

10  put four gays on the door, and she was one of the ones --

11  she was the officer that was there, and she packed out

12  property and all that.  But other than that, no.

13      **Q.   When was that?**

14      A.   I can't even think of that date.  I don't know

15  off the top of my head, I can't lie.

16      **Q.   Okay.  You don't remember that specific date?**

17      A.   No.

18      **Q.   Okay.  A year before, month before?**

19      A.   It was the same gang itself.  Not the same gang

20  members, the one that was part of this case, no.

21      **Q.   Okay.  But this interaction occurred a month**

22  **before, a year before, a week before.**

23      A.   Probably, probably three months before,

24  probably.

25      **Q.   Okay.  So you're thinking maybe in April, 2022?**

Devon Currie
September 23, 2024

Page 11

1      A.   Around that time.  I, I don't know.  I'm not

2  going to lie.  I can't say.  But I know it's, like,

3  three, four months in between somewhere in that area.

4      **Q.   Okay.  And that's fair.  And I'm just trying to**

5  **get an idea of what's going on.  All right.  So you've**

6  **had prior issues with this gang before.  Which gang was**

7  **this?**

8      A.   Latin Kings.

9      **Q.   Okay.  What were those prior issues with the**

10  **Latin Kings?**

11      A.   They're just homophobic and don't like gays,

12  period, and just be trying to oppress and put down.

13      **Q.   Okay.  And what was the prior issue that you**

14  **had with the Latin Kings before?**

15      A.   They forced four gays into protective custody.

16      **Q.   Okay.  How did they do that?**

17      A.   They forced -- they put us on the door.  They

18  forced us to pack our property, check into confinement,

19  and we did.

20      **Q.   How did they force you to do that?**

21      A.   Threaten us, gather gang members, threaten that

22  they going to do something, and they hit one of -- one of

23  the individuals, and we all checked in.  And when we went

24  --

25      **Q.   Okay.  And that was three months prior from**

Devon Currie
September 23, 2024

Page 12

1   your recollection?

2        A.   Yes.  But they put -- they made us come out of

3   -- they told us -- they made us sign out of protective

4   custody because they said the people that did it is

5   transferred, even though their brothers were still around

6   and floating around.

7        Q.   Okay.  And you said there were four of you.

8   Who were the other three?

9        A.   I can't remember their name.  Ray Fouche, I

10  don't know, someone named Maya and myself, obviously it

11  was four, and I was the fourth one.

12       Q.   And those are nicknames of those individuals?

13       A.   Bray, I don't know if that's his real name or

14  what.  Maya, yes, that's a nickname.  I don't know their

15  real name.  And Fouche, that's his last name.

16       Q.   So Fouche is his last name?

17       A.   Mm-hmm.

18       Q.   And that occurred at Appalachia, you said?

19       A.   Yes.

20       Q.   And any other incidents that you can remember?

21       A.   No.  Not anymore.

22       Q.   And in that particular incident, you said that

23  Ms. McKinney packed up your property.

24       A.   She -- her name was on a property slip.  And

25  she was in a booth, yes.

Devon Currie
September 23, 2024

1    Q.    Okay.  So she was -- she was in the booth

2    during this incident?

3    A.    Yes, she was there.

4    Q.    Okay.  Was that incident a physical incident,

5    or was it just words being exchanged between you and the

6    Latin kings?

7    A.    It was a physical incident.

8    Q.    Okay.  What happened in that incident?  Tell me

9    what happened.

10    A.    They attacked us.  Well, they, they attacked

11    two of us, me and Ray, and forced us into -- try to force

12    us to confinement, and we just checked into confinement.

13    Q.    Okay.  How do they attack you?  What did they

14    do?

15    A.    Sent one of the gang brothers to try to grab my

16    property from up -- because it was an open bed -- try to

17    grab my property from up under the bed, and try to put --

18    try to put me on door, like, trying to put -- forcefully

19    pushed me and would, like, tussled with me because I

20    wasn't -- I wasn't trying to leave.  And, yeah.  Told us

21    to check into the -- check into the protective custody.

22    And we did.

23    Q.    And in that situation, you fought back, I'm

24    assuming?

25    A.    Full of -- did not really, I was just

Devon Currie
September 23, 2024

Page 14

1  protecting myself.

2      Q.   Okay.  But after they attacked you, you

3  protected yourself, and you did fight back to some

4  extent?

5          MR. COOK:  Object to form.

6          THE WITNESS:  You just asked that question now.

7      Not really as in protecting myself, far as trying

8      not to get harm, but not really to fight back, no.

9  BY MR. KVERNE:

10     Q.   Okay.  And you said you can't remember any

11 other major incident that Ms. McKinney was involved in?

12     A.   No.

13     Q.   Okay.  What about after July 20th, 2022 have

14 you had any interactions with Ms. McKinney?

15     A.   No, I didn't.  I haven't seen her after that.

16     Q.   Okay.  You haven't seen her since?

17     A.   No.

18     Q.   Okay.  All right.  So let's talk about July

19 20th, 2022.  What happened?  And what time of day did

20 this occur first?

21     A.   Around 10:00 p.m., give or take.

22     Q.   Around 10:00 p.m.?

23     A.   Yeah.

24     Q.   So what happened?  How did this incident start?

25     A.   I was on my way to the bathroom to brush my

Devon Currie
September 23, 2024

Page 15

1  teeth in a sink area when three gang members just, just

2  literally blindsided me and attacked me while I was

3  brushing my teeth, jumped on me using weapons, hitting me

4  -- I was bloody, hitting me with all type of weapons and

5  jumped on me.

6           The hood was blood all over the bathroom wall.

7  But, okay.  So they, they left out of there.  I stumbled

8  out of the bathroom, shirt bloody, face bloody.

9  Literally beat up, no shoes on.  I walked back to the

10 bunk.  Nobody, everybody, nothing.  CO, nobody helped me,

11 nobody did nothing.

12          Even though I know that the CO stand there

13 because I'm -- as I'm walking back to the bunk, I see the

14 -- I see both of them standing on the glass, and it's

15 like, okay, whatever.  Then he comes -- she comes out of

16 the booth, announces master roster count.

17          When she announced -- when she come out to do

18 master roster, she did her walk through, and which I

19 stopped at my bunk because I was told to pack my property

20 and get off the compound.

21          So as she come through, she see my property

22 packed, she see my clothes bloody, she see my face bleed.

23 Literally, I just got into the altercation.  I'm

24 literally, like, it's fresh altercation.  I just got done

25 getting jumped on.  She see me -- she see me bloody.

Devon Currie
September 23, 2024

1          I tell her, "I'm in fear of my life.  Can I

2  please -- can you please check me into protective

3  custody?"  She says, "I'm busy.  I ain't doing no

4  paperwork," and just walked off.  She see my property

5  packed, it's almost blocking her way to even get -- she

6  just disregards all that and said, "I'm not doing no

7  paperwork."

8          And she said, "I'm busy.  I'm not doing the

9  paperwork," and just left, just kept on walking.  She

10  finished her count.  Before she walked off the floor,

11  they yell out again, "You all faggots got to get up out

12  of here."  And her -- and Mckinney was standing right

13  there the whole time.

14          So she just still ignored all that, walked out

15  -- and just walked up to the booth.  We come back to the

16  booth, somebody -- the two gang members -- I mean, the

17  two ones that was -- not gang members, the two that was

18  on -- that was trying to diffuse the situation, two other

19  -- which is Gaddis and Williams, tried to defuse the

20  situation.  But soon as they tried to defuse the

21  situation, we all was attacked.

22          Like, they literally, like, just -- before they

23  even give words out, trying to, like, comment race and

24  that, they just attacked us all.  Like, six, six of them

25  -- probably six to eight of them ran up on us with knives

Devon Currie
September 23, 2024

Page 17

1  and just, like, just start going crazy, attacking us,

2  stabbing us.

3          Like, literally, like, it was crazy.  Like,

4  scary things got never been through nothing like that in

5  my life, but it's going crazy.  Everybody, everybody --

6  you got, "Hold on -- hold on," going crazy, trying to,

7  like, you know, "What's going on -- what's going on?"

8          Okay.  So now, by the time the help actually

9  finally came, I was already unconscious and literally

10 bled out.  I wasn't even functional.  I don't even know

11 when they came in.  When I came -- I woke up, I was in

12 medical, literally.  I woke up, they was trying to push,

13 push -- press on my wounds, trying to keep me awake.  I

14 kept going in, out of consciousness -- in, out of

15 consciousness.

16         And by saying when -- and when I was up there

17 going in and out of consciousness, I kept telling them

18 when I was waking up, telling them, "I can't breathe -- I

19 can't breathe."

20         And then it was found out that I got stabbed in

21 my lung, that I was bleeding from the inside.  That's why

22 I couldn't breathe, because I got stabbed in my lung,

23 which I went to the hospital and had to stay five days in

24 hospital.

25    Q.  Okay.  So thank you for sharing that, I

Devon Currie
September 23, 2024

Page 18

1   appreciate it.  Now I want to talk with you about a

2   little more specifics.  I want to talk step by step.  So

3   you were in the bathroom.  What were you doing in the

4   bathroom?

5        A.   Brushing my teeth.

6        Q.   Okay.  You weren't taking what's called a bird

7   bath?

8        A.   No.

9        Q.   And you said that you were in the bathroom and

10  you were brushing your teeth, and then a number of Latin

11  Kings came into the bathroom.  Correct?

12       A.   Yes.

13       Q.   Okay.  Did the Latin King say anything to you?

14       A.   No, they just attacked me.

15       Q.   So they just, without saying a word to you,

16  attacked you with weapons?

17       A.   Yes.

18       Q.   Okay.  What kind of weapons did they attack you

19  with?

20       A.   Mop handles and broomsticks.  Things that was

21  right there in the -- things -- just, just mop handles

22  and broomstick, things that was around.

23       Q.   Okay.  And when they attacked you, they brought

24  a bunch of mop handles and broomsticks.  Did they bring

25  any knives or any type of other weapons?

Devon Currie
September 23, 2024

Page 19

1     A.   No.  They --

**2     Q.   Okay.  How many members?**

3     A.   It was three.

**4     Q.   There were three of them?**

5     A.   Yes.

**6     Q.   Okay.  Was there anyone else nearby?**

7     A.   The whole room was right there.

**8     Q.   Okay.  How far --**

9     A.   It's, it's directly right in front of the

10 office station.  The whole dorm was right there and it's

11 directly right here on the office station.

**12     Q.   How far into the bathroom were you?  Well,**

**13 first of all, can you describe the bathroom to me?  How**

**14 big is it?**

15     A.   When you walk into the bathroom, it's the

16 shower area.  This is -- it's a big wall right here that

17 divides the shower area from the sink area.  I went on

18 this side over here in the sink area, and I was standing,

19 like, right -- it's, like, probably five sinks, and I was

20 standing, like, right in the second sink, like, right

21 there about the wall.

**22     Q.   How big is the entire bathroom, would you say?**

23     A.   I don't know measurements.  So I really can't

24 say.  But --

**25     Q.   How many stalls?**

Devon Currie
September 23, 2024

1      A.   Stall?  That's not -- it's, it's a shower area.

2  It's just --

3      Q.   How many shower areas?  Are they separated

4  shower areas?

5      A.   No.  That's, that's like shower head, shower

6  head, shower head.  Probably, like, five shower heads,

7  probably.

8      Q.   So about five shower heads in that room?

9      A.   Yes.

10      Q.   How many sinks?

11      A.   Because you got sinks on this side too, but I

12  didn't go over on this area, but it's, like, probably

13  four or five sinks on each side.  But I went on the

14  opposite side of the showers.

15      Q.   Okay.  Now, you said there are a bunch of

16  inmates, the three inmates, three Latin King members came

17  into the bathroom with mops and broom handles.  Correct?

18      A.   Yes.

19      Q.   All right.  And you said that they attacked

20  you.  Right?

21      A.   Yes.

22      Q.   okay.  But at this point, they were not using

23  knives.  Right?

24      A.   No.

25      Q.   Okay.  And when they attacked you, how did they

Devon Currie
September 23, 2024

Page 21

1  attack you?  Did they break the broom handle?  What did

2  they do?

3      A.   Yes.  Definitely broke the broom handle on me

4  and whatever --

5      Q.   Okay.  In the bathroom?

6      A.   Yes.  I was literally bloody.  Like, bloody,

7  bloody.  The whole -- it was blood all over the bathroom.

8  Literally, literally.

9      Q.   But what I'm saying is that they broke the

10  broom handle before hitting you, or they broke it based

11  on hitting you?

12      A.   Based on hitting me.

13      Q.   So they hit you hard enough that the broom

14  handle snapped when they hit you with the broom?

15      A.   Yes.  And they kept hitting me after that too.

16      Q.   Okay.  And you said that there were three

17  inmates that were doing this.  Right?

18      A.   Yes.

19      Q.   Okay.  And you said you were bloody.  What

20  injuries did you suffer?

21      A.   My face was bleeding and multiple gashes in my

22  face.  My shirt was bloody and just, just, just holes was

23  ripped, shoes was off.  But really just, just, look, just

24  gashes here and there just from, from, from fighting,

25  they jumped on.

Devon Currie
September 23, 2024

Page 22

1      Q.    So scrapes and cuts on your body at that point?

2      A.    Yes.

3            MR. COOK:  Objection to from.

4            THE WITNESS:  Bruises, gashes in my face.

5  BY MR. KVERNE:

6      Q.    Okay.  But there were cuts on your body as a

7  result of that attack?

8      A.    Not necessarily cuts from -- probably from

9  fights.  It was, like, gashes from I don't know whether

10 they fist or whether it was from what they was using.

11 Definitely bruises and cuts in, in my face, definitely.

12           So when she walk out, when I told her I want to

13 check in to protective custody, she see that -- she see

14 all.  She see my face messed up.  She see -- she see my

15 clothes ripped off.  She see my clothes, you know,

16 bloody.  She just don't -- she didn't care -- she didn't

17 care.

18     Q.    Okay.  We'll get to that.  So you were in the

19 bathroom, and you were attacked by three Latin Kings, and

20 they hit you with broom handles.  It was so hard that

21 they broke a broom handle.  And as a result of that, you

22 had bruises and cuts on your body.

23     A.    Yes.

24           MR. COOK:  Object to form.

25 BY MR. KVERNE:

Devon Currie
September 23, 2024

Page 23

1        Q.    All right.  Now, you said you came out of the
2   bathroom.   Right?

3        A.    Yes.

4        Q.    Okay.  And where did you go when you came out
5   of the bathroom?

6        A.    You said I had -- like, one second.  You said I
7   had bruises and cuts on my body?

8        Q.    I'm trying to figure out your injuries.  That's
9   what it seemed like you described.  And you --

10       A.    I had --

11       Q.    -- acknowledged that.

12       A.    I had bruises and little gashes in my face.
13  But I wouldn't say cuts because when you say cuts, that
14  makes it seem like as if it goes back to stab when I
15  didn't get stabbed in the bathroom.  But that's all I
16  want to say.  I don't -- I wouldn't say it's -- but
17  anyway.  Go ahead, continue.

18       Q.    Okay.  So more severe than cuts, less severe
19  than cuts, for these gashes that you're talking about?

20       A.    They're gashes from weapons, from, from, from,
21  from fighting, from being jumped.  And my face and little
22  just bruises here and there and little scrapes and stuff,
23  like blood, period, being jumped.

24       Q.    Okay.  All right.  And you came out of the
25  bathroom and where did you go when you came out of the

Devon Currie
September 23, 2024

Page 24

 1  bathroom?

 2      A.   I went to start trying to pack my property to

 3  leave.  Then --

 4      Q.   **So you went to your bunk, right, and you**

 5  **started to pack your property, is what you said?**

 6      A.   Yes.

 7      Q.   **Where was your bunk in relation to the**

 8  **bathroom?**

 9      A.   Probably in the mid -- it's in the same line as

10  what just happened, right here in the same line in front

11  of office station.  Right here.  Still right here.

12      Q.   **Okay.  Can you describe the type of room that**

13  **you were in, that the bunk was in?**

14      A.   It's an open big dorm.  So when you come in the

15  front door, it's a whole bunch of, like -- a whole bunch

16  of beds, probably like -- I don't even know.  I don't

17  even know.  I'm not even going to say because I don't

18  even know how many bunks it is

19           But anyway, the officer booth is right here,

20  right in front.  When you come door, officer booth is

21  right here.  And mob bunk was along the line.  There's a

22  straight view of the office station, like of the shower

23  and other office station, right here.

24      Q.   **Okay.  And so this room it's a room where**

25  **there's a bunch of beds in it.  Right?**

Devon Currie
September 23, 2024

Page 25

1    A.   Yes.

2    Q.   Yeah.  And each bed has a storage locker that

3 you keep your property in?

4         MR. COOK:  Objection as to form.

5         THE WITNESS:  The locker is -- you pull it out

6      of the bunk.  So it's not like the locker is out of

7      -- the locker is connected to the bunk.

8 BY MR. KVERNE:

9    Q.   Okay.  So it's a storage locker that's part of

10 the bunk itself?

11   A.   Yes.

12   Q.   Okay.  And then in the room there's a bunch of

13 beds.  Would you say there's 40 beds, 50 beds?

14   A.   I don't know -- I don't know -- I don't know.

15 I'm not sure -- I'm not sure.

16   Q.   Okay.  There's a bunch of beds in the middle

17 and then there's beds along the wall that are bunk beds.

18 Right?

19   A.   Yes.  But they're lined up.  It's, like, as

20 neat as -- as neat as it could get.  It's not like they

21 all store it all over the place.

22   Q.   So it's like a military barracks?  Pretty much.

23 Kind of like.  Right?

24   A.   Pretty much.

25   Q.   Okay.  You come out, is your bed right next to

Devon Currie
September 23, 2024

Page 26

1  the bathroom, a couple beds between your bed and the

2  bathroom?  How far is it?  How many beds down is it?

3       A.   Probably like -- probably like four beds --

4  four bunks down -- four or five bunks down, give or take.

5       Q.   Okay.  So four or five bunks between the

6  bathroom and your bed?

7       A.   Yes.

8       Q.   Okay.  All right.  So you go and you go and you

9  start packing your property at your bed?

10      A.   Yes.

11      Q.   Okay.  And at your bed, does anyone come up to

12  you?

13      A.   While I'm at my bed?

14      Q.   Yeah.

15      A.   I mean, the gang members was yelling out,

16 saying, "Gays got to get on the door, got to -- got to

17 check in, got to get out of here."  So a couple of gays

18 came to me and was, was asking me was I okay?  And, you

19 know, like, pretty much trying to figure out what to do.

20      Q.   All right.  Who are those people that came up

21 to you and were trying to figure out what to do?

22      A.   Gadison Williams.

23      Q.   So Brandon Williams --

24      A.   (Inaudible response.)

25      Q.   Brandon Williams and Charles Gaddis.  Right?

Devon Currie
September 23, 2024

Page 27

1       A.    Yes.

2       Q.    Okay.  Anyone else?

3       A.    No.

4       Q.    And the three of you talked for a bit and were

5  trying to figure out what exactly needs to be done.

6  Correct?

7             MR. COOK:  I'm going to object, generally to

8       leading.

9             MR. KVERNE:  Okay.  He's an adverse witness,

10      Cook.  But keep going, Mr. Currie.

11            MR. COOK:  There's a limited ability.

12            MR. KVERNE:  Go ahead, Mr. Currie, go ahead.

13            THE WITNESS:  I wouldn't necessarily say, say

14      how you're saying.  They were talking, but I really

15      was just trying to pack my property.  But I was --

16      because the gang was saying we had to get on door, I

17      was trying to pack my property.  So they was -- they

18      was pretty much wondering.

19            They were just really asking me was I okay?

20      Like, was, like, you know, just really, was I okay?

21      Because they see -- they see what just happened.

22      They really were just asking me was I okay.

23  BY MR. KVERNE:

24      Q.    Okay.  So the three of you were just asking if

25  you're okay.  Meanwhile, the gang members are standing

Devon Currie
September 23, 2024

1   around yelling that you need to get out of the dorm?

2          MR. COOK:  Same objection.

3          THE WITNESS:  Yes.

4   BY MR. KVERNE:

5      Q.    Okay.  What happened next after that?

6      A.    They came in, did -- the officer came and did

7   master roster.

8      Q.    Okay.  Right.  Let's talk about this real

9   quick.  You said that there were two officers in the

10  officer station that you remember.  You remember seeing

11  (indiscernible).  Right?

12     A.    Yes.

13     Q.    Okay.  Which two officers were in the officer

14  station?

15     A.    McKinney and Jane Doe.

16     Q.    McKinney and Jane Doe were in the officer

17  station?

18     A.    Yes.

19     Q.    Okay.  And you're sure about that?

20     A.    Yes.

21          MR. COOK:  Objection to form.

22  BY MR. KVERNE:

23     Q.    Okay.  All right.  And you said one of the

24  officers came out and talked with you.  Which officer was

25  that?

Devon Currie
September 23, 2024

Page 29

1      A.   I would like to see the picture of her.  I
2 would like to see the pictures of the two officers to
3 decide.
4      **Q.   Your counsel can arrange that at a different**
5 **time.  Which officer came out and talked with you?**
6      A.   I don't want to answer that question until I
7 see two -- the two pictures.
8           MR. KVERNE:  Mr. Cook.
9           MR. COOK:  Yeah.  Just let us know if you know
10      by the name.  And if you don't know by the name,
11      then you don't know.
12           THE WITNESS:  I don't know about the name.  But
13      I, I want to see pictures.
14 BY MR. KVERNE:
15      **Q.   Okay.  So you do not know -- it was a Jane Doe**
16 **person, but it was not McKinney that came out and talked**
17 **with you?**
18      A.   McKinney's standing right there.  McKinney
19 here.  McKinney -- we, we, we -- she, she hears
20 everything that's going on.  Because we all -- everybody
21 -- this is open bay dorm.  It's not -- she's right here
22 with.  She hear everything.  She see everything that's
23 going on.  She hears everything.
24      **Q.   Okay.  But I want to make clear.  I just want**
25 **to make sure that I understand.  The person that came out**

Devon Currie
September 23, 2024

Page 30

1  and talked with you was not McKinney.

2      A.   I would like to see the pictures to make sure

3  if I answer that question.

4           MR. KVERNE:  Mr. Cook.

5           MR. COOK:  Yeah, answer if you can.

6           THE WITNESS:  The person that came to see me,

7      if I would have to guess.  If you're forcing me to

8      answer the question, I would have to say Jane Doe.

9  BY MR. KVERNE:

10     Q.   Okay.  So your recollection of it was that it

11 the Jane Doe person that came and talked with you?

12     A.   Yes, if I'm forced to answer the question.

13     Q.   Okay.  So Jane Doe person comes and talks with

14 you and where was McKinney during this?

15     A.   She's standing right there in the office -- in

16 the -- right in the doorway of the -- of the booth.

17     Q.   So she's in the officer station still?

18     A.   No, she's right outside the officer station.

19 She's not in the officer station.  She's outside the

20 officer station.

21     Q.   Okay.  So if you remember that specifically,

22 then it was not McKinney that came and talked with you

23 during that time?

24     A.   If you were making me, yes, because I'm saying

25 it Jane Doe.

Devon Currie
September 23, 2024

Page 31

1      Q.    Okay.  But what I'm saying though, is if you
2  remember Ms. McKinney standing specifically in the
3  doorway of the officer station, that means that she was
4  not the person that came up to your bunk and talked with
5  you?
6      A.    Jane Doe.
7      Q.    Okay.  So Jane Doe was the person that came and
8  talked with you at the bunk.  And McKinney is standing in
9  the doorway.  Is there anyone else in the officer
10 station?
11     A.    I can't remember.  I can't recall.
12     Q.    Okay.  So when Jane Doe comes and talks with
13 you, tell me about that conversation.  How does that
14 conversation go?
15     A.    When she came, we supposed to have -- it's
16 master roster.  So we all supposed to have our IDs out
17 and showing her -- showing her ID so they can see the ID
18 and face and make sure that we're the person that's
19 supposed to be in the bunk.  And I'm trying to talk to
20 her.  I'm telling her that I want to sign into protective
21 custody, that I'm in fear of my life.
22           She's literally -- she sees -- she says, "I'm,
23 I'm busy.  I'm not doing no paperwork."  But she see my
24 face bloody, she see my clothes -- my clothes ripped up,
25 and she see my property pack pretty much blocking her

Devon Currie
September 23, 2024

Page 32

1  way.  But she just disregards all that and just walks off

2  the floor, walk -- and so you can't -- the floor.

3      Q.    Okay.  So this is a communication between you

4  and Jane Doe that's going on.  Right?

5      A.    Yes.

6      Q.    Okay.  When she exited the officer station, did

7  she come straight to your bunk?  She stopped anywhere

8  between?

9      A.    No, no, she did -- she was doing counts.  When

10  she came to my bunk, that's when I stopped her.

11      Q.    Okay.  How many beds between you and the

12  officer station?

13      A.    Probably four -- three, four.

14      Q.    So are you in the first row between --

15      A.    Yes.

16      Q.    -- the officer station --

17      A.    Yes.

18      Q.    -- and the entry?  Yes?  Okay.  So basically,

19  in the center of the room, you're saying that there's

20  maybe, like, seven or eight beds total?

21      A.    Yes.  It's like four rows.  And I'm on this

22  first row, there's shower.  I'm in this first row.  This

23  is the shower, I'm in the middle, and this is the officer

24  station.  But it's like four rows.

25      Q.    Okay.  And each row is about seven or eight

Devon Currie
September 23, 2024

Page 33

1  beds?

2      A.   Most probably.  I have to guess.

3      Q.   So Jane Doe comes into the dorm, she starts

4  doing count.  She counts the first couple beds and comes

5  to you and you talk with her.  Correct?

6      A.   Yes.

7      Q.   Okay.  And remind me again how that

8  conversation went.

9      A.   I asked her -- I told her that I wanted to sign

10 into protective custody, I'm in fear of my life.  She

11 said, "I'm busy I'm not doing all paperwork."  So she

12 could see all my bruises, cold, ripped, blood all over my

13 clothes, properly packed right here in front of her.  She

14 disregards it and just kept doing count.

15     Q.   Anything else going on in the dorm at this

16 time.

17     A.   Yes.  People, they always -- it's ruckus.  They

18 supposed to be sitting down.  Everybody's supposed to be

19 sitting down.  IDs out, quiet, whatever.  You got people

20 standing up because of so much tension in the dorm.

21 They, like -- they got their shoes on.

22     It's just real rally because of threats that's going

23 on there.  And people yelling out threats and saying we

24 got to get off the -- we got -- the gays got to get off

25 the compound.  It's real ruckus, it's real rowdy.  Which

Devon Currie
September 23, 2024

1  she see that,  So she, she is not telling them to sit

2  down.  She's not telling do nothing, which this is

3  mandatory.  You know, they're not supposed to be talking.

4  They're not supposed to be standing up.

5          Literally, like, standing up is a violation

6  itself.  But she's just not -- she ain't thinking about

7  nothing.  She just kept on doing count, act like she --

8  act like she don't see nothing, she don't see.

9          And McKinney, too.  She's standing right here.

10 She see all this going on.  But they disregard all of it.

11 Like, like, if it's nothing.  But she see me bloody, but

12 she, she, she -- as if it didn't matter.  Like, she

13 didn't care.

14     **Q.   Okay.  Were there any other officers around**

15 **that you can remember?  Just McKinney --**

16     A.   Just --

17     **Q.   -- and Jane Doe?**

18     A.   Yes, that I can remember.

19     **Q.   Okay.  And Jane Doe is the only officer that's**

20 **physically in the dorm at that point?**

21     A.   No.  McKinney is standing right there.

22     **Q.   She's standing in the doorway of the officer**

23 **station?**

24     A.   She's standing right there outside of office

25 station, right there in the doorway.  She's seeing

Devon Currie
September 23, 2024

Page 35

1   everything we all seeing here.

2        Q.   All right.  But physically standing in the

3   dorm, because is the doorway --

4        A.   It is in the dorm.

5        Q.   Let me finish my question.  Mr. Currie, let me

6   finish my question.  Okay.  Because I'm just trying to

7   get clarification here.  The doorway to the officer

8   station, is it inside the dorm or is it outside the dorm?

9        A.   Inside the dorm.

10       Q.   Okay.  So the entrance is actually inside the

11  dorm that you're in?

12       A.   Right there, yes.

13       Q.   Okay.  Right.  Okay.  And she's standing in the

14  doorway of that officer station?

15       A.   Yes.

16       Q.   Okay.  So Jane Doe is doing count.  People are

17  yelling.  You said people were putting on shoes.  Who

18  were those people that were putting on shoes?  And what

19  did you mean by that?

20       A.   I didn't say put on shoes, I said they had on

21  their shoes.  But I mean, I don't know.  I can't think of

22  everybody that had on their shoes.  I'm just -- I see

23  that they, they are people, but I can't remember no

24  names.

25       Q.   Why was it important that they had shoes on?

Devon Currie
September 23, 2024

Page 36

1    A.   Because this people that's threatening people.

2 The people that just got jumped in with broom handles and

3 now they threatening people, telling people they got to

4 get on the door.  So everybody is on guard and it's, it's

5 just ruckus all over.

6    Q.   Why do shoes matter?

7    A.   Because those are your protector.  So you don't

8 be -- I guess -- I guess it's for protection, if I had to

9 guess.

10    Q.   You're the one that brought up shoes.  I'm

11 asking you why did you bring up shoes?

12    A.   I just answered your question.  I'm guessing

13 they put on their shoes for protection.  So just they can

14 protect.

15    Q.   Okay.  So who do you remember having shoes on?

16    A.   I don't remember.  I just see -- I'm just

17 seeing -- this is all happening so fast.  I just see

18 people.  I see them standing up.  I see people -- a lot

19 of people walking around with shoes on because the

20 tension in the air, the threats.

21    Q.   Okay.  And you said people are yelling.  Who's

22 yelling?

23    A.   The gang members, the Latin Kings.

24    Q.   The Latin Kings are yelling?

25    A.   Yes.

Devon Currie
September 23, 2024

Page 37

```
 1        Q.    Anyone else yelling?

 2        A.    The Latin Kings is the one that's saying, yeah

 3   -- putting the threats out there, saying, "You all gays

 4   got to get out and get on the door.  You all got to get

 5   up out of here.  You all got sign into protective

 6   custody."

 7        Q.    Anyone else?

 8        A.    Nobody was yelling back and arguing with them,

 9   no.

10        Q.    Nobody was saying anything in response to them?

11        A.    No.

12        Q.    Not Brandon Williams or Charles Gaddis?

13        A.    Not at that moment, no.  Not when they said

14   that --  when they said that the officer was right there.

15   They heard that -- McKinney and Jane Doe heard that.

16   When they was saying -- they said, while the officers

17   were right there.  But no, they didn't -- Gaddis, and

18   Williams didn't do it right then and there, no.

19             By time -- that was about time they tried to

20   defuse the situation.  That's when he was instantly

21   attacked.  So, no, they didn't.  They yelled that out

22   while -- the Latin Kings yelled that out while they --

23   while McKinney and Jane Doe was still right there.

24        They were still in the -- right, right there on the

25   floor.  So nobody else yelled back to them and arguing
```

Devon Currie
September 23, 2024

Page 38

1  with them while the officer was standing right there.

2          This is (indiscernible) the most important time

3  of the -- the most important count of the day, we all

4  know to be quiet.  So by them (indiscernible)

5  disrespecting the count that just showed, like this,

6  this, this is just --

7       Q.   And the purpose of count is?

8       A.   To kind of make sure all the inmates are in

9  there.

10      Q.   So it's to make sure that all the inmates are

11  there.  So Jane Doe is trying to make sure that every

12  single inmate is in the dorm and no one's escaped?

13      A.   Yes.

14      Q.   Okay.  And people are yelling and she's trying

15  to keep count and you're trying to talk with her at the

16  same time.

17          MR. COOK:  Object to form.

18          THE WITNESS:  She --

19          MR. KVERNE:  I'm sorry, what?  What?

20          THE WITNESS:  I would just -- I wouldn't twist

21      it like that.  But I'm trying to talk to her.  She's

22      standing right here in my face, talking to me.  But

23      when I say, people yelling, that was -- that was the

24      Latin King, the one that, you know, was said, you

25      all faggot got to get up out of here.

Devon Currie
September 23, 2024

Page 39

1          But she's standing right here in my face.  It

2     wasn't always yelling that she can't -- she can't

3     understand what I'm saying right here.  She -- the

4     master roster is the point of seeing this inmate,

5     seeing that this is the same person.  So she's

6     looking at me in my face.  She got to make sure that

7     I'm the person that's, that's on her pictures.

8          So she's seeing me.  She's seeing that I'm beat

9     up on bad, that I'm literally -- like, my wounds is,

10    like, fresh.  She see that, you know, that I'm

11    literally clothed.  Like, she, she see all this.

12         She, she, she didn't -- she didn't care.  She

13    just disregarded even though I told her I'm trying

14    to check into the protective custody.  She didn't --

15    she said, she pretty much said no.

16 BY MR. KVERNE:

17    Q.   During counts, what are inmates expected to do?

18    A.   Sitting on a block, quiet, IDs out.

19    Q.   Okay.  And the reason for that is to make sure

20 that all the inmates are present?

21         MR. COOK:  Object to form.

22         THE WITNESS:  Yes.

23 BY MR. KVERNE:

24    Q.   Okay.  All right.  So she sees you bloody.  She

25 sees you doing this.  One other question about count too.

Devon Currie
September 23, 2024

Page 40

1  Can inmates be transported anywhere until count is

2  cleared?

3              MR. COOK:  Object to form.  Basis and

4       foundation.

5              THE WITNESS:  I mean, they can do anything, I

6       guess.  They do, I mean -- I'm sure it probably

7       happened before.  I'm not sure where -- I don't

8       know, I don't know.

9  BY MR. KVERNE:

10       Q.   Have you ever been transported while count is

11  going on?

12       A.   No, not while count is going on, no.  Before

13  count, probably, yeah.  But not while count is going on,

14  no.

15       Q.   Okay.  So Jane Doe is in the middle of count,

16  and you're trying to talk with her.  She's trying to keep

17  count and get this done so that she can transport people

18  around the -- so that the institution can operate again.

19              MR. COOK:  Object to form.

20              THE WITNESS:  No, you definitely just -- you

21       got the wrong idea, no.  There's no inmates moving

22       after master roster anyway.  So no, she's not

23       transporting nobody nowhere after master.  But

24       that's master roster count.  It's time to lay down,

25       cut the lights out.  So no, she's not --

Devon Currie
September 23, 2024

Page 41

 1  BY MR. KVERNE:

 2      Q.   Well, you needed to go to medical.  Right?

 3      A.   You're saying -- yeah.  Before -- I'm -- I was

 4  trying to check into protective custody at that time.

 5      Q.   Okay.  And to get checked into protective

 6  custody, you would have to get medically assessed to go

 7  into protective custody.  Correct?

 8           MR. COOK:  Object to form.

 9           THE WITNESS:  I would assume so, yes.

10  BY MR. KVERNE:

11      Q.   Okay.  so you would be transported after master

12  roster count?

13           MR. COOK:  Object to form.

14  BY MR. KVERNE:

15      Q.   Yes?

16      A.   Yes, I assume.

17      Q.   Okay.  So what you said earlier about people

18  not being transported after master roster count is

19  incorrect.

20      A.   Definitely not.  You -- you've taken it out of

21  context.  Of course, I said -- and I said they could do

22  whatever they want to do.  But no, you're not

23  transporting.  No, no movements goes on -- goes on after

24  master roster.  But of course, if it's important and it's

25  an emergency.  So yes, they do whatever they want to do.

Devon Currie
September 23, 2024

Page 42

1   But, like --

2        Q.   All right.  And you be --

3        A.   But you just -- you just try to use really,

4   like, taking a different -- no.  It's not what you --

5   kind of how you put it.

6        Q.   Okay.  You can take issue with whatever I'm

7   asking you, and that's fine, but I'm just trying to make

8   sure that I understand what you're saying.

9        A.   Okay.  Well, that's --

10        Q.   You were cut.

11        A.   Let's take it back and ask the question again

12   so I can answer correctly how you asked.  Ask me the

13   question again.

14        Q.   You were cut at this point.  You were cut and

15   you were bleeding.  Correct?  Yes?

16        A.   I was bleeding from, from bruises, from, from

17   gashes in my face, and from being hit with the mop

18   handles and broom handles.

19        Q.   Okay.  And you're telling her that you need to

20   be taken to medical to get medically assessed?

21             MR. TARJAN:  Objection.  Leading.

22             MR. COOK:  Please, Josh.

23             MR. TARJAN:  Sorry.

24             MR. COOK:  Yeah, we're going to object to

25        putting words in his mouth and basically leading

Devon Currie
September 23, 2024

 1    when it's not necessary.  I don't think there's a

 2    predicate for leading at this point.

 3         MR. KVERNE:  Again, he's an adverse witness.  I

 4    can lead him if I want.

 5         MR. COOK:  No, you can't.

 6  BY MR. KVERNE:

 7    Q.   Anyways, Mr. Currie, go ahead.

 8    A.   What's the question?

 9    Q.   The question is, you were cut.  You were

10  bleeding on your bunk.  You were communicating with Jane

11  Doe, "I need to go to medical."  Is that correct?

12         MR. COOK:  Erik--.

13         THE WITNESS:  I just told --

14         MR. COOK:  -- he keeps saying he has gashes and

15    you keep saying he has cuts.

16         THE WITNESS:  Cuts.  That's, that's what I

17    keep saying, he keeps saying cuts.  I didn't say I

18    was cut.  I didn't say that.  I'm not -- not cuts.

19    Gashes and bruises from the mop handles and broom

20    handles.  There was no knives used at that time.

21  BY MR. KVERNE:

22    Q.   All right.  Sorry.  Let me rephrase then.

23  Okay?  To make Mr. Cook happy and make you happy.

24         You had gashes and bruises and you were

25  bleeding at that point in time and you needed to go to

Devon Currie
September 23, 2024

Page 44

1  medical.

2      A.   I wanted to sign to protective custody.  That's

3  what I was telling her.  The medical part is all -- that

4  all comes with it, I guess.  But I want to sign to

5  protective because I wanted to get around -- from around

6  these inmates that just attacked me.  I didn't tell her

7  nothing about medical.  I said I want to sign into

8  protective custody.

9      Q.   So you weren't concerned about medical

10  treatment at that point in time?

11          MR. COOK:  Object to form.

12          THE WITNESS:  I wanted to protect my life.

13      That's what I was trying to do.  I was trying to get

14      out of danger.

15  BY MR. KVERNE:

16      Q.   Okay.  So you're communicating with her.  She

17  moves on, right, at that point after telling you she's

18  not doing paperwork?

19      A.   Yes.

20      Q.   What happens next?

21      A.   She continues doing count, finish -- trying to

22  finish her count.  And before she walked off the floor,

23  the Latin Kings yell out again, "You all faggot got to

24  get up out of here."  Because they see me talk to her.

25  They just see me, I was talking to her, me trying to --

Page 45

1 me trying to stop her at my bunk too.

2          So they see that she didn't try to help me, so

3 that's why they did it.  And let her know it's a problem,

4 "You all got to get -- got to get up out of here."  But

5 she see that, she still ignores it.  And McKinney too,

6 she's standing there too.

7     Q.   Okay.  And so McKinney is still standing in the

8 doorway, and Jane Doe is doing count in the dorm.  And

9 she had moved on, and the inmates are yelling at her that

10 you need to get out.  Correct?

11    A.   They're, they're just yelling in general.  But,

12 yes.  Correct.  And they're just yelling in general,

13 saying, "You all faggot got to get up out of here."  But

14 she here.  She's there.  She's right there.

15    Q.   Does she eventually finish count?

16    A.   Yes.

17    Q.   And when she finished this count, what happens

18 next?

19    A.   After they said that, she finished count and

20 walked out.  As she walked into the booth, she didn't say

21 that she wasn't going to do nothing.  So they just -- as

22 they  the -- that's when Gadison and Williams was trying

23 to diffuse the situation.  Trying to, like -- okay, well,

24 we tried to tell them, like, okay, well, I just tried to

25 check into protective.  She said -- that's what we were

Devon Currie
September 23, 2024

Page 46

1  trying to say, but they just took off on it.  Just

2  started attacking us from all over the places and pull

3  his knives everywhere.

4      Q.   Okay.  So after she left and she went back into

5  the booth, you said -- I think you said earlier, five,

6  five to six inmates attacked you, or was it more?  I'm

7  sorry.

8      A.   It was at least six plus.

9      Q.   At least six.  So at least six inmates attacked

10  you.  During this circumstance where Jane Doe is in the

11  dorm, and she's talking with you, and then she continues

12  with count.  Where were these six inmates?  Where were

13  they standing?  Where were they sitting?

14      A.   They was all over.  I mean, everybody got their

15  assignment wherever they was at.  I know a few -- couple

16  of them all the way over here.  And I, I think, like, two

17  more ones up here in the front, right by, McKinney.

18          Other ones, I don't know.  One probably right

19  here on my roll.  I don't know.  I can't.  I'm just --

20  I'm trying to picture, but I really can't say.  I can't

21  really -- I'm -- and I don't know the bunk by numbers

22  anyway, so I really can't.  But it was there were around

23  there.  Everybody is in different spots, you know.

24      Q.   Okay.  So the minimum of six inmates are spread

25  out around the dorm.

Devon Currie
September 23, 2024

Page 47

1      A.   Yes.

2      Q.   Okay.  And so they weren't standing in a circle

3   talking to one another at that point.  Right?

4           MR. COOK:  Form.

5           THE WITNESS:  Not necessarily.  Not at that

6       point at master roster count itself, no.  But before

7       that, yes, but no, not right there at master roster

8       count.

9   BY MR. KVERNE:

10     Q.   Okay.  And you said that at least two of the

11  inmates were across the dorm from you?

12     A.   Yes.

13     Q.   Okay.  What about the other four that you

14  remember where were they?

15     A.   I really can't.  They, they around there.  At

16  least one right here, about McKinney up here.  I know one

17  right here on my roll.  He was just around.  Everybody at

18  specific bunks.  So everybody is -- everybody is at

19  wherever we supposed to be.

20     Q.   Yeah.  You said that Jane Doe then went to the

21  officer station.  How long did it -- how long after she

22  went into the officer station, did the minimum of six

23  inmates attack you?

24     A.   When they seen she -- when they seen that, they

25  said that comment while she was right there, that you all

Devon Currie
September 23, 2024

Page 48

1   got to -- you all faggot got to get up out of here while

2   she's right there on the floor -- while both the officers

3   right there on the floor.  She -- they see I tried to

4   talk to her too.  That's why they said -- that's why they

5   pushed it, to, to let her know this ain't -- yeah, this

6   ain't play, play.  That's really what they was doing.

7   But she still ignores it.  Why?  Even though she heard

8   it, she still ignores it.  McKinney ignores it.

9          And just -- and right -- so she walked through

10  the door.  They just, just went -- they just pretty much

11  attack us right then and there.  We see them coming.  We

12  trying to, like -- we -- I try -- can you get none of

13  that.  They just went crazy.

14       Q.   All right.  So you just said, we see them

15  coming.  Who do you mean by we?

16       A.   You got Gaddis and you got --

17       Q.   Williams.

18       A.   Williams, right.  Yes.  They, they, they see

19  what's going on.  They, they -- we the -- we the LGBT --

20  we the one -- we part of the ones they talked about.

21       Q.   Okay.  And where were they in relation to your

22  bunk?

23       A.   I think they -- I think they on this road too.

24  Gaddis is like two bunks down.  Gaddis is, like, that

25  first bunk right there.  The first bunk about, about the

Devon Currie
September 23, 2024

Page 49

1  bathroom area and about a sink area.  And I just -- I

2  can't even remember what Willie's bunk was.  I don't even

3  know.  I can't remember where his bunk was.

4      Q.   It wasn't right next yours, though.  Right?

5      A.   I don't know.

6      Q.   Okay.  Before the six inmates came and

7  converged on you, did Brandon Williams and Charles

8  Gaddis, did they get close to you first?

9      A.   Yes.

10      Q.   So they came up to you first.  So there was a

11  little bit of a delay because they got to you first.

12  Right?

13      A.   Yes.

14      Q.   Okay.  So Gaddis and Williams are standing

15  there.  Six inmates start to come.  What do they do when

16  they see the six inmates coming?

17      A.   They trying to like -- they try to -- they

18  trying to tell them, like, hold on.  Like, you see, the,

19  the officers are not trying to do -- that's what you're

20  trying to say.  But they just -- they wasn't trying to

21  hear that.  The Latin Kings wasn't trying to hear that.

22  They just went crazy.

23      Q.   So they weren't trying to attack Gadison

24  Williams, but they were just trying to attack you?

25      A.   They trying to attack gays, period.  The gays -

Devon Currie
September 23, 2024

Page 50

1    - the LGBT period.  They said gays -- you all gays got to

2    get up out of here.

3        Q.   Okay.  But Gaddis and Williams are both gay.

4    Right?  And you just said that they weren't trying to

5    attack them.

6        A.   I can't -- I can't speak for them, who they

7    were trying to attack, but I know that they saying, "You

8    all gays got to get out of here."  So I really can't -- I

9    can't say that they knew what's on their mind.  That's

10   all I can say, what they did.

11       Q.   Okay.  So the six inmates converge, and they

12   converge on the three of you.  They ignore Gadison

13   Williams and go straight to you?

14            MR. COOK:  Object to form.

15            THE WITNESS:  We was all standing right there.

16       So I don't know who really was going for.  And --

17       just started to way in.  I don't know.  I can't say

18       who they was going for.

19            They wasn't trying to get to nobody

20       specifically, like, "Let's go get him."  No, it

21       wasn't like that.  There was six of them.  There

22       were at least six of them.  So you can't say, "Oh,

23       we want to get this person."  No, it was not like

24       that, no.  They just --

25   BY MR. KVERNE:

Devon Currie
September 23, 2024

Page 51

1      Q.    Well, did Gadison Williams get attacked at the
2  same time as you?

3      A.    We all got attacked at the same time, yes.

4      Q.    So all three of you got attacked at the same
5  time?

6      A.    Right there, yes.

7      Q.    Okay.  All right.  So how many inmates
8  specifically attacked you of those six?

9      A.    I don't know.  I don't know.  It was -- I don't
10  know.  I don't know.  I just know it, it was a lot.  I
11  know that it was sudden.  I know that one.  I know I was
12  trying to get away and get out of the danger.  I know
13  that.  I don't -- I think I wasn't kind of like -- I'm,
14  I'm not sure.  That was -- I don't know.  I don't know.

15      Q.    More than one?

16      A.    Definitely.

17      Q.    Okay.  And tell me how it went down from what
18  you remember.  How did it go down with you?

19      A.    They ran and say they try to -- as we try to
20  walk over there to really -- but we see them coming.  So
21  we really trying, like, we see, like, they -- how they
22  had a rushing.

23            I just, like, I can tell that they really
24  finish trying to, like, come in so we can feel by their
25  movement that they try -- come try to forcefully do

Devon Currie
September 23, 2024

Page 52

1  something again, like they just did.  So as we walking up

2  to -- as we try to stop them, like, you know, hold on,

3  and they just start attacking us.  Me stabbing me all

4  over the place.

5        I'm trying to get away from, trying to block,

6  trying to defend myself, trying to get away at the same

7  time, but that was nothing.  They wasn't trying to hear

8  that.  Gaddis got stabbed in the face and ran -- and ran

9  in trying to run.  He's stabbing William, chasing him all

10 around.

11    **Q.   Were there any other inmates in that dorm that**

12 **were gay?**

13    A.   Yes.

14    **Q.   And none of those other inmates were attacked?**

15    A.   No, they was not attacked.  No.

16    **Q.   Okay.  So it's just the three of you that were**

17 **attacked by the Latin Kings because you were gay?**

18    A.   That's not to say that they wouldn't be -- if

19 we wouldn't have left, that they weren't going to be.

20 But I, I mean -- I know we the three that got attacked.

21 I know that.  But it was more gays in there.

22    **Q.   Now, you said you were stabbed.  How many times**

23 **were you stabbed?**

24    A.   Six times.

25    **Q.   Okay.  Where were you stabbed?**

Devon Currie
September 23, 2024

Page 53

1      A.   I was stabbed in my chest.  I was stabbed in my

2   neck right here.  You can see right there.  You see

3   there's still a keloid -- a big keloid right there.  And

4   there's, there's a big -- all of the keloid except right

5   here, my lung, where they puncture my lung, above that

6   again, and both of my shoulders, all of them there's

7   keloid.

8           If you can see right here, it's a stab wound

9   right here.  That is just an ugly wound.  All of it,

10  every scar, a big keloid.  You want to see the one, well,

11  I got stabbed in my lungs, bigger than this, bigger

12  keloid than that.  Both my shoulders.  Big, big keloids

13  on both sides of my shoulders.

14      Q.   Okay.  And the ones that you're referencing,

15  those you're calling keloids.  Right?

16      A.   Yes

17      Q.   Okay.  And those keloids are all from the

18  second attack?

19      A.   Yes.

20      Q.   They were not from the first attack?

21      A.   No.

22      Q.   All right.  So you said you --

23      A.   My chest, it was two -- it was an inch and a

24  half from my Adam's apple, from my windpipe.

25      Q.   Okay.  I'm not contesting that you were

Devon Currie
September 23, 2024

Page 54

1    injured.  I believe that you were injured and I believe
2    that you were attacked.  I'm just trying to find out what
3    happened.  Now, you said eventually, because of the
4    attack on you fell to unconsciousness.  Correct?
5          A.   Yes.
6          Q.   Okay.  About how long after the attack did you
7    fall into unconsciousness?  Do you remember?
8          A.   I don't want to guess because I really don't
9    know.  It all was just -- I don't want to guess.
10         Q.   Had the attack stopped when you fell into
11   unconsciousness?  Do you remember that?
12         A.   It had stopped.  Yes.
13         Q.   Okay.  So it had stopped.  All right.  How long
14   did the attack last?
15         A.   My timing could be off.  So I really can't
16   answer that question because I don't know.  All I know is
17   I was in fear and scared and -- I don't know.  I can't --
18   I don't want to answer the question because I could be
19   wrong.  Because it could be -- I don't -- I'm not sure --
20   I'm not sure.  Because it felt like forever.  It felt
21   like it was -- it wouldn't end.  But I'm not going to
22   answer the question.  I really -- I really -- I can't
23   say.
24         Q.   All right.  And when the officer -- I'm sorry.
25   You said that you fell into unconsciousness and you woke

Devon Currie
September 23, 2024

Page 55

1    up in medical or where did you wake up?

2        A.    In medical.

3        Q.    You woke up in medical.  Okay.  And do you know

4    how you got to medical or anything?

5        A.    I was told I was still on a gurney.

6        Q.    Were you on a gurney at the time?

7        A.    When? At medical?

8        Q.    When you woke up.  Yeah.

9        A.    I was laying on something, a table or something

10   when I was in medical, when I woke up.

11       Q.    And when you woke up, at that point, what

12   happened after that?

13       A.    They was, the officers and the nurses was

14   applying pressure to all my wounds and trying to stop the

15   bleeding.  Stop the bleeding.  But I just kept going in,

16   out of consciousness.  In, out of consciousness trying to

17   tell me to stay awake, but I couldn't stay awake.  It

18   just kept going out, going out.

19            And when they put pressure on my wounds, like,

20   especially on this one, and I'm like, I feel the pain.

21   That's when I get back up.  They, like, keep, stay,

22   wherever, you got to keep your eyes up, keep your eyes

23   up.  And I'll just go back out again.  But I'm trying to

24   tell them that I could not breathe.  I can't breathe.  I

25   can't breathe.

Devon Currie
September 23, 2024

1          One of the nurses, I guess she thought I was

2    lying.  I don't know why she think I'm lying, but I'm

3    telling her I can't breathe.  She's, she's trying to

4    think.  I don't know, but I'm telling her I can't

5    breathe.  I can't breathe.  And then another nurse came

6    in.  She seemed.  I was stabbed in my -- in my -- in my

7    side, and she told me that I was -- that I got stabbed in

8    my lung, and I went out again.

9          Q.   And so you woke up with the nurses and officers

10   treating your wounds?

11         A.   Yes.

12         Q.   And then you went out again.  When was the next

13   time you woke up?

14         A.   It was just back and forth, back and forth.

15   They trying to apply pressure, trying to keep me awake

16   and trying to stop the bleeding.  So it was just really

17   like a back and forth, back and forth, back and forth.

18   Then my body start.  I start hyperventilating, sweating

19   even though they took off -- they took off all my

20   clothes.  I'm sweating, but yet I'm cold.  Like it was --

21   I was out of there.  I was out of there.

22         Q.   Eventually, you were transported to the

23   hospital.  Is that correct?

24         A.   Yes.

25         Q.   What treatment did you receive at the hospital?

Devon Currie
September 23, 2024

Page 57

1      A.   They had to pump my lung they said.  They said
2  I had to stay in the hospital until my lung was drained
3  of all the blood, which took five days -- on an operating
4  table.  But they said I have stay in the hospital until
5  my whole blood pumped from my lung.  And that took five
6  days.
7      Q.   Okay.  So you were in the hospital for five
8  days and anything else that you could -- oh, anything
9  else.  Any other treatment?
10      A.   No, no -- wound care -- wound care.  I'm not
11  sure.
12      Q.   Okay.  So you don't know when medical got there
13  initially.  Right?  Because you were unconscious at the
14  time.
15      A.   Correct.
16      Q.   Okay.  Because you fell unconscious just -- was
17  it moments after the attack ended or how long after the
18  attack ended, do you remember, that you fell into
19  unconsciousness?
20      A.   I went unconscious a little while, probably --
21  that would be guessing, but I know I was bleeding,
22  bleeding, bleeding, bleeding, bleeding.  And I went
23  unconscious about it.  It was right there, right when I
24  got stabbed.  No, I really can't say because it felt like
25  forever.  It felt like forever.  So I really can't say.

Devon Currie
September 23, 2024

Page 58

1  It felt like -- then I went out.

2      Q.   Gadison Williams, are they members of a gang?

3      A.   A gang?  Not to my knowledge, no.  I don't

4  know.

5      Q.   They're not members of the outcast gang?

6      A.   I'm not sure -- I'm not sure because I'm not

7  outcast.  So I don't know if they outcast.  I don't

8  actually know they're outcast because I'm not -- I'm not

9  a gang.  So we don't really bother.  You don't really --

10 out of my mind -- I don't work asking other people if

11 they gang because I'm not a gang member.  So why do I

12 care if another person is gang if I'm not gang.  I don't

13 know.  I'm not sure.

14     Q.   But you know about the outcast gang.  Right?

15     A.   I do.

16     Q.   Okay.  And you know that it's a LGBT gang.

17 Right?

18     A.   Yes.

19     Q.   Okay.  Now, you filed your initial complaint.

20 Is that correct?

21     A.   Yes.

22     Q.   And you filed an amended complaint afterwards?

23     A.   Yes.

24     Q.   Okay.  And in both of those complaints, you did

25 not name any of the attackers as defendants?

Devon Currie
September 23, 2024

Page 59

1      A.    As defendants?

2      Q.    Yes.  You're not suing any of the attackers?

3      A.    From all of the inmates.

4      Q.    Absolutely.  Is that correct?

5      A.    I didn't know that I could even do that, but I

6  guess.

7      Q.    Oh, well, you can.  Does that change your mind

8  on whether you want to sue those inmates?

9      A.    I would have --

10           MR. COOK:  Object to form.  Calls for

11      conclusion.

12           MR. KVERNE:  What Mr. Currie?

13           THE WITNESS:  I would like to talk to my lawyer

14      about that.

15  BY MR. KVERNE:

16      Q.    Okay.  But if you can sue them, you would want

17  to sue them.  Right?

18           MR. COOK:  Object to form.

19           THE WITNESS:  Probably.  If I can -- if I know

20      if I would.  Yes.  probably about -- yes, yes, I

21      would love to sue them if I knew that they -- yes.

22      They try to kill me.  So, yes, I probably would sue

23      them if I knew, if I could.

24  BY MR. KVERNE:

25      Q.    Okay.  And the reason why is because, as you

Devon Currie
September 23, 2024

Page 60

1   said, it's because they tried to kill you.  Right?

2   They're the actual attackers?

3              MR. COOK:  Object to form.

4              THE WITNESS:  They are actually attackers.

5   BY MR. KVERNE:

6        Q.   Okay.  And it's the officers -- McKinney and

7   this Jane Doe, didn't instigate them to attack you.

8   Correct?

9              MR. COOK:  Object to form.

10             THE WITNESS:  As in, did they tell them to stab

11       me?

12             MR. KVERNE:  Yes.

13             THE WITNESS:  No, they didn't say -- no, I

14       wouldn't say that they told them stabbed me, no.

15  BY MR. KVERNE:

16       Q.   Okay.  So why did you not -- and the reason why

17  you didn't sue them initially is because you didn't know

18  you could?

19             MR. COOK:  Object to form?

20             THE WITNESS:  I still not even sure if I could.

21       But yes, if that's -- if what you're saying is true,

22       then I guess, yes.

23  BY MR. KVERNE:

24       Q.   Okay.  So if you can sue them, you'd want to?

25             MR. COOK:  Object to form.

Devon Currie
September 23, 2024

Page 61

1          THE WITNESS:  I would like to talk to my lawyer
2      about it, and I will.
3  BY MR. KVERNE:
4      Q.   Okay.  I suggest you talk with them too about
5  that then.  One more topic pretty much that I want to
6  talk with you about.  After this incident, you filed
7  grievances.  Correct?
8      A.   Yes.
9      Q.   Okay.  And before we actually get to that, you
10  were placed on close management as a result of this
11  incident.  Right?
12      A.   Yes, everybody was.  Even --
13      Q.   The attackers, you guys, Brandon Williams and
14  Gaddis.  Right?
15      A.   The attackers?  We wasn't the attackers.  They
16  were the attackers.
17      Q.   I'm saying the other six inmates, Brendan,
18  Williams, Gaddis and yourself, to your knowledge, were
19  placed on close management.
20          MR. COOK:  Object to form.  As to the number.
21          THE WITNESS:  They put everybody on close
22      management, even though we told them that we was
23      trying to -- that they, they attacked us and we
24      didn't have no weapons, and they -- we were the ones
25      that got stabbed and sent to the hospital.

Devon Currie
September 23, 2024

Page 62

```
 1            Me, Brandon, we were the ones that got stabbed.
 2       We the ones who -- with the injuries, but we still
 3       -- they still sent us to close management as well
 4       with them too.
 5  BY MR. KVERNE:
 6       Q.   Okay.  And obviously you took issue with the
 7  fact that you were on close management right?
 8       A.   Sorry.
 9       Q.   You didn't believe that you should be placed on
10  close management.
11            MR. COOK:  Object  to form.
12            THE WITNESS:  I don't think it was fair that
13       they put us on close management seeing that we was
14       the one that I was attacked because that's not
15       usually how it goes.
16  BY MR. KVERNE:
17       Q.   So it wasn't fair that you were placed in close
18  management.  Right?
19       A.   Definitely not.
20       Q.   Okay.  And because you didn't feel it was fair,
21  you filed grievances about the issue?
22            MR. COOK:  Object to form.
23            THE WITNESS:  Not necessarily why.  But I -- I
24       filed grievances because the officers did not
25       protect me.  That's why I filed grievances.  I filed
```

Devon Currie
September 23, 2024

Page 63

1    grievances because I was scared and I was telling

2    her that I  was -- that I want the sign to

3    protective custody, that I'm in fear of my life, and

4    she didn't help me.

5         Literally, she did not help me.  And that's why

6    I filed grievances.  And I got hurt like bad after

7    that.  That's why I filed grievances.

8  BY MR. KVERNE:

9         Q.   All right.  I'm going to show you something.

10  I'm going to show you your grievances.  Okay?  Can you

11  see your grievances?  Can you see them?

12        MR. COOK:  Mr. Kverne, I didn't know you had

13    exhibits.  We didn't receive copies of these.

14        MR. KVERNE:  No -- exhibits.

15        THE WITNESS:  One second.

16        MR. COOK:  Well, if you produce them in

17    deposition, we should have seen them.

18        MR. KVERNE:  Are you saying you haven't seen

19    these grievances, Mr. Cook?

20        MR. COOK:  I don't know.

21        MR. KVERNE:  These are the grievances that we

22    argued about in motion practice over the last week.

23        MR. COOK:  Well, that's what you say, but I

24    just see one grievance here.  I don't know what

25    you're going to show, so I'm going to object to

Devon Currie
September 23, 2024

Page 64

1    these.

2         MR. KVERNE:  Let's go right ahead.

3         THE WITNESS:  These grievance -- this is not

4    the grievances for -- this is the grievance for the

5    CM.  This is -- this is totally out of the character

6    of the -- this has nothing to do with me telling her

7    that I want to sign into protective custody.

8         This has nothing to do with me, with the two

9    officers not helping me.  This is them trying to --

10   this is for -- this is -- this agreement for

11   classification now, trying to put me on CM for, for

12   what happened.  And we was -- even though we was the

13   -- we were the ones that was attacked.  This, this

14   is not having nothing to do with the lawsuit.

15        This is not, this is not even, this is not to

16   the lawsuit.  This is a whole separate situation.

17   This is not even has nothing to do with the lawsuit.

18   BY MR. KVERNE:

19   **Q.   So the grievance that I'm showing you only has**

20   **to do with CM placement.  Right?**

21        MR. COOK:  Object to form.  This is a legal

22   conclusion that you're asking him and he's got

23   lawyers.  We're right here.

24        MR. KVERNE:  His intent in filing the grievance

25   is important, Mr. Cook in this.  So  --

Devon Currie
September 23, 2024

Page 65

1           MR. COOK:  the legal --

2           MR. KVERNE:  -- Mr. Currie --

3           MR. COOK:  The legal basis of his filing these

4      grievances is not a matter for him to expound on.

5           MR. KVERNE:  Mr. Cook, your objection is noted.

6  BY MR. KVERNE:

7      **Q.   Mr. Currie, the purpose of this grievance was**

8  **to complain about your CM placement.**

9           MR. COOK:  Do you mind if I have a continuing

10      objection to the use of these grievances and

11      questions?

12           MR. KVERNE:  That is fine Mr. Cook, you can

13      have a continuing objection.  You don't need to

14      object every time.

15  BY MR. KVERNE:

16      **Q.   Okay.  Mr. Currie, the purpose of this**

17  **grievance was to complain about your CM placement.**

18      A.   Yes.

19           MR. COOK:  Leading.

20           THE WITNESS:  But it doesn't have nothing to do

21      with the lawsuit.  Yes.  It doesn't have nothing to

22      do with the complaints.  This is -- I'm told this is

23      -- this is with the -- this is with the

24      classification and award trying to put us on CM for

25      us being attacked when we was the victims.

Devon Currie
September 23, 2024

Page 66

1            That's what this was for.  This has nothing to

2       do with the officers not doing their job.  This is

3       --

4            MR. COOK:  I'm also --

5            THE WITNESS:  -- this is not even in my

6       complaints.

7            MR. COOK:  Excuse me.  I'm also going to move

8       to strike the witness's testimony based on

9       foundation.

10           MR. KVERNE:  He acknowledged he filed the

11      grievances, Mr. Cook.

12  BY MR. KVERNE:

13      Q.   Anyways, I'm going to show you your second

14  grievance.  This is the second, this is the formal that

15  you filed in response.  Right?

16      A.   Okay.

17      Q.   This is also a formal that's complaining about

18  your CM placement.  Right?

19      A.   Okay.

20      Q.   Is that correct?

21      A.   Yes.

22      Q.   Okay.  And this also has nothing to do with

23  your lawsuit?

24           MR. COOK:  Object to form.

25           THE WITNESS:  I already talked to my lawyer

Devon Currie
September 23, 2024

Page 67

1    about that and I didn't like that they tried to put

2    us on CM too.  It's that they tried to put us on CM

3    as well even though we was the victims.  But that

4    wasn't -- that wasn't why I filed a complaint,

5    because they tried to put us on -- because they

6    tried to put us on CM.

7         That's -- I filed a complaint because she

8    didn't help me and I almost died because she didn't

9    help me.  But this is -- these grievances is not

10   even -- this is not in my complaint.  This had

11   nothing to do with the complaints.

12        Now I don't have nothing to hide but you free

13   to do whatever you want to do with them, but no,

14   these, these does not have nothing to do with this

15   case.  This -- they -- this comes from them trying

16   to put me on CM for me being stabbed.

17        MR. COOK:  Move to strike all this testimony.

18   BY MR. KVERNE:

19   **Q.   All right.   And then this is your appeal of**

20   **said grievance.  Right?  It's three pages long so if you**

21   **need me to scroll down on it, I'll be happy to do so.  Or**

22   **if you need me to zoom in or anything.**

23        MR. COOK:  Why don't you maximize the width?

24        MR. KVERNE:  Yeah, give me a second.  And I'll

25   just zoom in a bit, too much.

Devon Currie
September 23, 2024

Page 68

 1  BY MR. KVERNE:

 **2**      Q.   **Is that better?**

 3       A.   Yes.  What exactly are we getting at with this?

 **4**      Q.   **I'm just asking you questions.**

 5       A.   What's the question?

 **6**      Q.   **Question is, the purpose of this grievance is**

 **7**  **about CM placement.  Correct?**

 8            MR. COOK:  Object to form.

 9            THE WITNESS:  Yes, but this is not the, the --

10            this is not the grievances that I wrote for the --

11            in my complaints.  These are not same grievances

12            that I wrote in my complaints.  These are --

13            MR. KVERNE:  Okay.  But --

14            MR. COOK:  Move to strike all this testimony.

15  BY MR. KVERNE:

**16**      Q.   **These documents have nothing to do with your**

**17**  **complaint?**

18       A.   It's of the nature but the complaint is because

19  the officers did not help me.  The officers knew that it

20  was the altercation both occasions and did not help me.

21  These grievances are for -- they're going straight to for

22  -- was for the administration about them trying to put us

23  on CM, for us being the ones that was attacked.

24       But of course it's the same nature.  Yes, it is.  It

25  goes -- coincide with each other.  But these are not the

Devon Currie
September 23, 2024

Page 69

1  grievances that -- these are not the grievances that I

2  wrote for the complaints.  No.

3      Q.  Okay.  Thank you very much, Mr. Currie.  I

4  appreciate that.  Is there anything else you want to add

5  regarding the questions that I haven't asked you today?

6      A.  I'm not sure.  I can't think off top of my

7  head, so I'm going to say no.

8      Q.  No further questions.

9          MR. COOK:  Thank you.  I have a couple.

10                  CROSS-EXAMINATION

11  BY MR. COOK:

12      Q.  Now, throughout the deposition you have talked

13  about the number six and I think you said it was at least

14  six.  What's the maximum number?

15      A.  The maximum, maximum, I would say, is 11.

16  That's the maximum.

17      Q.  Okay.  And I think you described the scene in

18  the dorm as being kind of chaotic.  Is that fair?

19      A.  Yes.

20      Q.  I believe that you testified that or acceded

21  that the inmates are supposed to be sitting on their

22  bunks.  Were they?

23      A.  A lot of inmates was not.  And that was also

24  true to alarm the officers.  That was really to tell them

25  like something is wrong.  Like, you know, like -- but

Devon Currie
September 23, 2024

1   she's, she's, she's right there, and she know that, that,

2   that was disrespecting count.  Because as soon as they

3   come out, they know, they, they announce, "Quiet, be

4   quiet, sit in your bunks and have your IDs out."  But we

5   already know to do that.

6       So by them even standing up with their shoes on --

7   with their own, with, with -- that's just disrespecting

8   the count by her even allowing it to even happen, it just

9   showed that she just was not -- that she just disregarded

10  everything, purposely disregard.

11      Q.   Now, you said she, does master roster count

12  require two officers?

13      A.   Yes, yes.  Every count requires two officers.

14      Q.   Okay.  And when Jane Doe left the wing after

15  talking to you, you said she never came back?

16      A.   No.

17      Q.   Okay.  And you ended up being stabbed in the

18  lung and spent five days in the hospital.  Is that

19  correct?

20      A.   Yes.

21      Q.   Okay.  Now, when people are standing in the

22  officers station, can you always see their faces or

23  identify them?

24      A.   I mean, depending on where you standing, yes,

25  you can see.  I mean, it's clear.  It's a clear view.

Devon Currie
September 23, 2024

Page 71

1   It's not blocked.  It's a big glass.  So, yeah.

2        Q.   How is it illuminated at 10 o'clock at night?

3        A.   It's not illuminated.  It's plexiglass.

4   There's no blocking.  Nothing.  It's just plexiglass.

5        Q.   But are there lights on in the officer station

6   at that hour?

7        A.   At master Roster count?  You can see in office

8   station, period.  They do got a light, but the light

9   doesn't have to be on.  You can see because it's light in

10  the dorm and it's light on the other side of the dorm.

11  So it's, it's plexiglass on both sides.

12            So you can see it's always light in the office

13  station because you can see from the light from being

14  this dorm from this side to this side, so you can always

15  see in opposition anyway, it's not dark.

16       Q.   Do you know who Delicia Green is?

17       A.   Yes, yes, she's an officer.

18       Q.   And if you could see a photograph of Delicia

19  Green, would that help you to determine whether she was

20  present?

21       A.   Yes.

22       Q.   Do you know who Antoinette Patterson is?

23       A.   I would have to see a picture.

24       Q.   Okay.  If you saw a picture, would that help

25  you to determine whether she was present at all during

Devon Currie
September 23, 2024

Page 72

 1  these events?

 2       A.   I don't know.  Probably, probably.

 3       Q.   Would you like to see pictures of the officers

 4  who were assigned or --

 5       A.   Yes.

 6       Q.   -- were known to be in the dorm?

 7       A.   Yes.

 8       Q.   Okay.  You were asked about the significance of

 9  inmates having their shoes on.  10:00 at night, was that

10  normally bedtime?

11       A.   One second.  It was two -- I say my opinion, it

12  was two officers in the office station, but it could have

13  probably been three.  I just want to note that.  Yes.

14  Because it might have been three officers, but it could

15  have possibly been two, but I, I know it was two, they

16  know it was always two, but it could have been three.  It

17  could happen.

18       Q.   Okay.  And I think you said that you'd like to

19  see photographs so that you could see --

20       A.   Yes.

21       Q.   -- whether certain officers are the people you

22  saw at the time?

23       A.   Yes.

24       Q.   Now, you were asked whether other gays in the

25  dormitory were attacked other than you and the two other

Devon Currie
September 23, 2024

Page 73

1  persons you mentioned.  Do you know whether that was

2  because the two you mentioned tried to help you?

3      A.    You said I mentioned that there was other gays

4  in the dorm.  And what happened -- what did you say after

5  that?  They mow the grass -- they were mowing the grass

6  right here outside the window.

7      Q.    Okay.  I'll talk loud.  Do you happen to know

8  whether the fact that the two inmates you mentioned,

9  Gaddis and Williams, were attacked because they tried to

10  help you or because they were gay, or both?

11      A.    It could be both.

12            MR. KVERNE:  Objection.  Leading.

13            THE WITNESS:  I was going to say both anyway.

14  BY MR. COOK:

15      Q.    Now, you were asked whether you wanted to add

16  the inmates who attacked you to your lawsuit.  Do you

17  understand the law relating to civil rights?  What

18  constitutes a civil rights violation?

19      A.    Not fully.  That's why I -- you -- that's why I

20  come talk to you about --

21      Q.    You hired us?

22      A.    Exactly.

23      Q.    If you punch your cell mate, is that a civil

24  rights violation?

25      A.    I'm not sure.  That's why -- that's why you're

1    here.  I'm not sure.

2         Q.   Okay.  Does civil rights violations have

3    anything to do with acts of the state or of state

4    officials?

5              MR. KVERNE:  Objection.  Speculation.

6              THE WITNESS:  I don't know.

7    BY MR. COOK:

8         Q.   Okay.  Do you prefer to rely on your attorneys

9    rather than speculating on the basis of legal actions?

10        A.   Of course.  Definitely.

11        Q.   Just a second.  Let me quickly review my notes.

12   Yeah, I don't think I have anything else.

13             MR. KVERNE:  I got a little bit of follow up.

14                    REDIRECT EXAMINATION

15   BY MR. KVERNE:

16        Q.   You've heard of assault and battery before.

17   Right?

18        A.   Yes.

19        Q.   Okay.  And you know that you can sue anyone for

20   an assault or battery on you?

21        A.   It's on inmate and inmate or officer on inmate?

22        Q.   Inmate on inmate.  Person on the street punches

23   you in the face.

24        A.   Oh, on the street?

25        Q.   Yeah.

Devon Currie
September 23, 2024

Page 75

1      A.   Yes.  People on the street, yes.

2      Q.    Okay.  So --

3      A.   I thought you were talking about inmates

4      Q.   Well, even an inmate on inmate, they can be

5  charged with battery in an inmate.  Right?

6      A.   I don't know -- I don't know.

7      Q.   I suggest you talk with your attorneys about

8  that.  One or two additional things.  I'm going to show

9  you the screen again.

10          MR. KVERNE:  And Mr. Cook, your objection is

11      still noted to this, and that's fine.

12          MR. COOK:  Okay.

13  BY MR. KVERNE:

14      Q.   I'm showing the grievance again, your informal

15  grievance, the log number is 10222090098.  Is that

16  correct?

17      A.   Yes.

18      Q.   And that's the grievance that we talked about?

19      A.   Yes.

20      Q.   Okay.  The formal grievance, the log number is

21  2209102048.  And that's the formal grievance we talked

22  about.

23          MR. COOK:  Can you give me that again?  That

24      number?

25          MR. KVERNE:  2209102048.

Devon Currie
September 23, 2024

Page 76

1           MR. COOK:  Thank you.

2           THE WITNESS:  I could like to read the

3      grievances.

4  BY MR. KVERNE:

5      Q.    Sure.  You can read that fine?

6      A.    Yes.  Okay.

7      Q.    And that's the grievance that we talked about

8  earlier.  Right?

9      A.    Yes, but that's not the grievance for the

10  claim.  But that's what we talked about.

11     Q.    Thank you.  And then the appeal is 22-6-28556.

12  Right?

13     A.    Yes.  Can I read it?

14     Q.    Yeah.  Is that okay?

15     A.    Yes, that's fine.

16     Q.    Let me know when you want me to scroll down.

17     A.    You can scroll down.  Okay.  It's fine.

18  Because, I mean, there's nothing in it.  I don't have

19  nothing to hide.  I don't have to read that one.  I don't

20  have nothing to hide.

21     Q.    And that grievance was about CM placement.

22  Right?

23     A.    Yes.

24           MR. KVERNE:  Okay.  Thank you.  No further

25      questions.

Devon Currie
September 23, 2024

Page 77

1          MR. COOK:  Okay.  That's all.  And as we said,

2    we'll read.

3          MR. KVERNE:  Okay.  All right.  Thank you, Mr.

4    Currie, for talking with me.  I appreciate it.  I

5    wish you the best of luck, and I hope that you're

6    okay, otherwise.

7          Mr. Court Reporter, we can go off the record at

8    this point and we'll conclude the deposition.

9          THE REPORTER:  Okay.  Before I take us off the

10   record officially, will there be any orders for

11   today's transcript from either parties?

12         MR. KVERNE:  We will order a copy of the

13   transcript, yes.

14         THE REPORTER:  Mr. Cook.

15         MR. COOK:  Yeah, we'll get a copy of whatever

16   you send Mr. Kverne.

17         MR. KVERNE:  We just want an electronic version

18   we do not need a hard copy version.

19         MR. COOK:  Same here.

20         THE REPORTER:  All right.  Thank you so much.

21   And with that, we'll go off the record.  The time is

22   now 10:34 central standard time, and we're off the

23   record.

24         (Deposition concluded at 10:34 a.m.)

25

Devon Currie
September 23, 2024

Page 78

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6        I, the undersigned authority, Eric Learman, Notary

7    Public, certify that DEVON CURRIE remotely appeared

8    before me and was duly sworn on September 23, 2024.

9        WITNESS my hand and official seal this 1st day of

10   October 2024.

11

12

13   _____
                    Eric Learman
14                  Notary Commission FL HH 188950
                    Commission Expires: October 19, 2025
15

16

17

18

19

20

21

22

23

24

25

Devon Currie
September 23, 2024

Page 79

1                  CERTIFICATE OF DIGITAL REPORTER

2

3        I, ERIC LEARMAN, a Digital Reporter and Notary

4   Public within and for the State of Florida, do hereby

5   certify:

6

7        That the foregoing proceeding hereinbefore set forth

8   was accurately captured with annotations by me during the

9   proceeding.

10

11       I further certify that I am not related to any of

12   the parties to this action by blood or marriage, and that

13   I am in no way interested in the outcome of this matter.

14

15       IN WITNESS THEREOF, I have hereunto set my hand this

16   23rd day of September, 2024.

17

18

19   _____

        Eric Learman, Notary
20      Notary Commission FL HH 188950
        Commission Expires: October 19, 2025
21

22

23

24

25

Devon Currie
September 23, 2024

Page 80

1   OCTOBER 1ST, 2024

2   DEVON CURRIE c/o JAMES V. COOK
    314 WEST JEFFERSON STREET, TALLAHASSEE, FLORIDA 32301
3   IN RE: DEVON CURRIE DC# A51859 V. SERGEANT MCKINNEY AND
    JANE DOE
4   CASE NO.: 5:23-cv-183-TKW/MJF

5   Please take notice that on the 23rd day of SEPTEMBER
    2024, you gave your deposition in the above cause. At
6   that time you did not waive your signature.

7   The above-addressed attorney has ordered a copy of
    this transcript and will make arrangements with you to
8   read their copy. Please execute the Errata Sheet,
    which can be found at the back of the transcript, and
9   have it returned to us for distribution to all parties.

10  If you do not read and sign the deposition within 30
    days, the original, which has already been forwarded to
11  the ordering attorney, may be filed with the Clerk of
    the Court.

12
    If you wish to waive your signature now, please sign
13  your name in the blank at the bottom of this letter and
    return it to the address listed below.

14
    Very truly yours,

15
    ERIC LEARMAN
16  Lexitas Legal
    fl.production@lexitaslegal.com
17  I do hereby waive my signature.

18  _____
    DEVON CURRIE
19  Job No.:  377829

20

21

22

23

24

25

Devon Currie
September 23, 2024

                                                              Page 81
 1                        ERRATA SHEET

 2                 DO NOT WRITE ON THE TRANSCRIPT
                   ENTER CHANGES ON THIS SHEET
 3
     DEVON CURRIE DC# A51859 V. SERGEANT MCKINNEY AND JANE DOE
 4   Deponent:  DEVON CURRIE
     Date of Deposition:  September 23, 2024
 5   Case No.:  5:23-cv-183-TKW/MJF

 6   PAGE        LINE              REMARKS

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
20   are true.

21
     Signature of Witness: _____
22
     Dated this _____ day of _____ , _____
23
     Email to fl.production@lexitaslegal.com
24   Job No.:  377829

25

Devon Currie
September 23, 2024

**1**

**10**
71:2

**10222090 098**
75:15

**10:00**
14:21, 22 72:9

**10:34**
77:22, 24

**11**
69:15

**2**

**2022**
9:4,7
10:25
14:13, 19

**2024**
4:3
6:10

**20th**
9:4,6
14:13, 19

**22-6-28556**
76:11

**22091020 48**
75:21, 25

**23rd**
4:3 6:9

**4**

**40**
25:13

**5**

**50**
25:13

**51859**
6:5

**5:23-cv-183-tkw/ mjf**
5:19

**9**

**9:01**
4:1,3

**A**

**a.m.**
4:1
77:24

**ability**
27:11

**Absolutely**
59:4

**acceded**
69:20

**accurate**
8:19

**acknowledged**
23:11
66:10

**act**
34:7,8

**actions**
74:9

**acts**
74:3

**actual**
60:2

**Adam's**
53:24

**add**
69:4
73:15

**additional**
75:8

**administration**
68:22

**adverse**
27:9
43:3

**affirm**
5:1

**agree**
4:7,15

**agreement**
64:10

**ahead**
23:17
27:12
43:7
64:2

**air**
36:20

**alarm**
69:24

**alcohol**
8:6

**allegations**
9:3

**allowing**
70:8

**altercation**
15:23, 24
68:20

**amended**
58:22

**announce**
70:3

**announced**
15:17

**announces**
15:16

**answers**
8:22

**Antoinette**
71:22

**anymore**
12:21

**Appalachia**
12:18

**appeal**
67:19
76:11

**appearance**
4:14

**apple**
6:5
53:24

**apply**
56:15

**applying**
55:14

**April**
10:25

**area**
11:3
15:1
19:16, 17,18
20:1,12
49:1

**areas**
20:3,4

**argued**
63:22

**arguing**
37:8,25

**arrange**
29:4

**assault**
74:16, 20

**assessed**
41:6
42:20

**assigned**
4:6
72:4

**assignment**
46:15

**assume**
41:9,16

**assuming**
13:24

**attack**
13:13
18:18
21:1
22:7
47:23
48:11
49:23, 24,25
50:5,7
53:18, 20
54:4,6, 10,14
57:17, 18 60:7

**attacked**
13:10
14:2
15:2
16:21, 24
18:14, 16,23
20:19, 25
22:19
37:21
44:6
46:6,9
51:1,3, 4,8
52:14, 15,17, 20 54:2
61:23
62:14
64:13
65:25

Devon Currie
September 23, 2024

2

68:23
72:25
73:9,16

**attackers**

58:25
59:2
60:2,4
61:13,
15,16

**attacking**

17:1
46:2
52:3

**attorney**

4:21
5:14

**attorneys**

6:18
7:2,6
74:8
75:7

**awake**

17:13
55:17
56:15

**award**

65:24

_____

**B**

**back**

8:25
13:23
14:3,8
15:9,13
16:15
23:14

37:8,25
42:11
46:4
55:21,
23
56:14,
17
70:15

**bad**

39:9
63:6

**badge**

4:13

**barracks**

25:22

**based**

7:1,6,7
21:10,
12 66:8

**basically**

8:17,21
32:18
42:25

**basis**

40:3
65:3
74:9

**bath**

18:7

**bathroom**

14:25
15:6,8
18:3,4,
9,11
19:12,
13,15,
22
20:17
21:5,7

22:19
23:2,5,
15,25
24:1,8
26:1,2,
6 49:1

**battery**

74:16,
20 75:5

**bay**

29:21

**beat**

15:9
39:8

**bed**

13:16,
17
25:2,25
26:1,6,
9,11,13

**beds**

24:16,
25
25:13,
16,17
26:1,2,
3
32:11,
20
33:1,4

**bedtime**

72:10

**began**

4:1

**big**

19:14,
16,22
24:14
53:3,4,
10,12

71:1

**bigger**

53:11

**bird**

18:6

**bit**

27:4
49:11
67:25
74:13

**bled**

17:10

**bleed**

15:22

**bleeding**

17:21
21:21
42:15,
16
43:10,
25
55:15
56:16
57:21,
22

**blindsided**

15:2

**block**

39:18
52:5

**blocked**

71:1

**blocking**

16:5
31:25
71:4

**blood**

15:6

21:7
23:23
33:12
57:3,5

**bloody**

15:4,8,
22,25
21:6,7,
19,22
22:16
31:24
34:11
39:24

**body**

22:1,6,
22 23:7
56:18

**booth**

12:25
13:1
15:16
16:15,
16
24:19,
20
30:16
45:20
46:5

**bother**

58:9

**Brandon**

26:23,
25
37:12
49:7
61:13
62:1

**Bray**

12:13

**break**

7:15,
17,21
21:1

**breathe**

17:18,
19,22
55:24,
25
56:3,5

**Brendan**

61:17

**bring**

18:24
36:11

**broke**

21:3,9,
10
22:21

**broom**

20:17
21:1,3,
10,13,
14
22:20,
21 36:2
42:18
43:19

**broomstick**

18:22

**broomsticks**

18:20,
24

**brothers**

12:5
13:15

**brought**

18:23
36:10

**bruises**
22:4,
11,22
23:7,
12,22
33:12
42:16
43:19,
24

**brush**
14:25

**brushing**
15:3
18:5,10

**bunch**
18:24
20:15
24:15,
25
25:12,
16

**bunk**
15:10,
13,19
24:4,7,
13,21
25:6,7,
10,17
31:4,8,
19
32:7,10
43:10
45:1
46:21
48:22,
25
49:2,3

**bunks**

24:18
26:4,5
47:18
48:24
69:22
70:4

**busy**
16:3,8
31:23
33:11

_____

**C**

**called**
18:6

**calling**
53:15

**Calls**
59:10

**care**
22:16,
17
34:13
39:12
57:10
58:12

**case**
4:9
5:18,
19,21
6:10
9:3,25
10:20
67:15

**cell**
73:23

**center**
32:19

**central**
4:4

77:22

**change**
8:21,24
59:7

**changing**
8:24

**chaotic**
69:18

**character**
64:5

**charged**
75:5

**Charles**
26:25
37:12
49:7

**chasing**
52:9

**check**
11:18
13:21
16:2
22:13
26:17
39:14
41:4
45:25

**checked**
10:8
11:23
13:12
41:5

**chest**
53:1,23

**circle**
47:2

**circumstance**
46:10

**City**
5:20

**civil**
73:17,
18,23
74:2

**claim**
76:10

**clarification**
35:7

**classification**
64:11
65:24

**clear**
29:24
70:25

**cleared**
40:2

**close**
49:8
61:10,
19,21
62:3,7,
10,13,
17

**clothed**
39:11

**clothes**
15:22
22:15
31:24
33:13
56:20

**CM**
64:5,
11,20
65:8,
17,24
66:18
67:2,6,
16
68:7,23
76:21

**coincide**
68:25

**cold**
33:12
56:20

**comment**
16:23
47:25

**communicating**
43:10
44:16

**communication**
7:2,5
32:3

**complain**
65:8,17

**complaining**
66:17

**complaint**
58:19,
22
67:4,7,
10
68:17,
18

**complaints**
58:24
65:22
66:6
67:11
68:11,
12 69:2

**complete**
8:12,19

**compound**
15:20
33:25

**concerned**
44:9

**conclude**
77:8

**concluded**
77:24

**conclusion**
59:11
64:22

**confinement**
10:8
11:18
13:12

**confrontation**
9:14

**confrontational**
9:15

**connected**
25:7

consciou
sness
  17:14,
  15,17
  55:16
constitu
tes
  73:18
contesti
ng
  53:25
context
  41:21
continue
  23:17
continue
s
  44:21
  46:11
continui
ng
  65:9,13
converge
  50:11,
  12
converge
d
  49:7
conversa
tion
  31:13,
  14 33:8
Cook
  4:21
  6:23
  7:1,23
  8:12,
  14,16
  14:5

22:3,24
25:4
27:7,
10,11
28:2,21
29:8,9
30:4,5
38:17
39:21
40:3,19
41:8,13
42:22,
24
43:5,
12,14,
23
44:11
47:4
50:14
59:10,
18
60:3,9,
19,25
61:20
62:11,
22
63:12,
16,19,
20,23
64:21,
25
65:1,3,
5,9,12,
19
66:4,7,
11,24
67:17,
23
68:8,14
69:9,11
73:14
74:7

75:10,
12,23
76:1
77:1,
14,15,
19
copies
  63:13
copy
  77:12,
  15,18
correct
  6:7 9:4
  18:11
  20:17
  27:6
  33:5
  41:7
  42:15
  43:11
  45:10,
  12 54:4
  56:23
  57:15
  58:20
  59:4
  60:8
  61:7
  66:20
  68:7
  70:19
  75:16
correcti
ons
  4:12
  8:20
correctl
y
  42:12
counsel

4:13
5:10
29:4
count
  15:16
  16:10
  33:4,14
  34:7
  35:16
  38:3,5,
  7,15
  39:25
  40:1,
  10,12,
  13,15,
  17,24
  41:12,
  18
  44:21,
  22
  45:8,
  15,17,
  19
  46:12
  47:6,8
  70:2,8,
  11,13
  71:7
counts
  32:9
  33:4
  39:17
couple
  6:16
  26:1,17
  33:4
  46:15
  69:9
court
  7:24
  8:23

77:7
crazy
  17:1,3,
  5,6
  48:13
  49:22
CROSS-
EXAMINAT
ION
  69:10
Currie
  4:9,25
  5:6,13,
  18,22
  6:3
  8:16
  27:10,
  12 35:5
  43:7
  59:12
  65:2,7,
  16 69:3
  77:4
custody
  11:15
  12:4
  13:21
  16:3
  22:13
  31:21
  33:10
  37:6
  39:14
  41:4,6,
  7 44:2,
  8 63:3
  64:7
cut
  40:25
  42:10,

14
43:9,18
cuts
  22:1,6,
  8,11,22
  23:7,
  13,18,
  19
  43:15,
  16,17,
  18

_____

D

danger
  44:14
  51:12
dark
  71:15
date
  9:6,21
  10:14,
  16
day
  14:19
  38:3
days
  17:23
  57:3,6,
  8 70:18
DC
  6:4
decide
  29:3
defend
  52:6
defendan
t
  4:19
  5:15

defendants
  58:25
  59:1
defuse
  16:19,
  20
  37:20
delay
  49:11
Delicia
  71:16,
  18
depending
  70:24
deposed
  6:14
deposition
  4:8 6:6
  7:17
  63:17
  69:12
  77:8,24
depositions
  6:17
describe
  19:13
  24:12
detail
  8:17
determine
  71:19,
  25
Devon
  4:9

5:6,18
6:3,5
died
  67:8
diffuse
  16:18
  45:23
DIRECT
  5:11
directly
  19:9,11
disregard
  34:10
  70:10
disregarded
  39:13
  70:9
disregards
  16:6
  32:1
  33:14
disrespecting
  38:5
  70:2,7
District
  5:20
divides
  19:17
Division
  5:21
documents
  68:16
Doe

4:10
28:15,
16
29:15
30:8,
11,13,
25
31:6,7,
12 32:4
33:3
34:17,
19
35:16
37:15,
23
38:11
40:15
43:11
45:8
46:10
47:20
60:7
70:14
door
  10:9,10
  11:17
  13:18
  24:15,
  20
  26:16
  27:16
  36:4
  37:4
  48:10
doorway
  30:16
  31:3,9
  34:22,
  25
  35:3,7,
  14 45:8

dorm
  19:10
  24:14
  28:1
  29:21
  33:3,
  15,20
  34:20
  35:3,4,
  8,9,11
  38:12
  45:8
  46:11,
  25
  47:11
  52:11
  69:18
  71:10,
  14 72:6
  73:4
dormitory
  72:25
drained
  57:2
drugs
  8:6
duly
  5:7

_____

E

earlier
  41:17
  46:5
  76:8
electronic
  77:17

emergency
  41:25
end
  54:21
ended
  57:17,
  18
  70:17
entire
  8:22,25
  19:22
entrance
  35:10
entry
  32:18
Eric
  4:5
Erik
  4:18
  5:13
Erik--
  43:12
escaped
  38:12
events
  72:1
eventually
  45:15
  54:3
  56:22
Everybody's
  33:18
EXAMINATION
  5:11

74:14
examined
  5:7
exchanged
  13:5
Excuse
  66:7
exhibits
  63:13,
  14
exited
  32:6
expect
  7:17
expected
  39:17
explain
  8:16
expound
  65:4
extent
  14:4
eyes
  55:22

_____

F

face
  15:8,22
  21:21,
  22
  22:4,
  11,14
  23:12,
  21
  31:18,
  24
  38:22

39:1,6
42:17
52:8
74:23
**faces**
70:22
**fact**
62:7
73:8
**faggot**
38:25
44:23
45:13
48:1
**faggots**
16:11
**fair**
11:4
62:12,
17,20
69:18
**fall**
54:7
**fast**
36:17
**fear**
16:1
31:21
33:10
54:17
63:3
**feel**
7:11
51:24
55:20
62:20
**fell**
54:4,
10,25

57:16,
18
**felt**
54:20
57:24,
25 58:1
**fight**
14:3,8
**fighting**
21:24
23:21
**fights**
22:9
**figure**
23:8
26:19,
21 27:5
**filed**
5:21
58:19,
22 61:6
62:21,
24,25
63:6,7
66:10,
15
67:4,7
**filing**
64:24
65:3
**finally**
17:9
**find**
54:2
**fine**
42:7
65:12
75:11
76:5,

15,17
**finish**
35:5,6
44:21,
22
45:15
51:24
**finished**
16:10
45:17,
19
**firm**
4:14
**fist**
22:10
**floating**
12:6
**floor**
16:10
32:2
37:25
44:22
48:2,3
**Florida**
4:5
5:20
**follow**
74:13
**force**
11:20
13:11
**forced**
10:7
11:15,
17,18
13:11
30:12
**forcefully**

13:18
51:25
**forcing**
30:7
**forever**
54:20
57:25
**form**
14:5
22:24
25:4
28:21
38:17
39:21
40:3,19
41:8,13
44:11
47:4
50:14
59:10,
18
60:3,9,
19,25
61:20
62:11,
22
64:21
66:24
68:8
**formal**
66:14,
17
75:20,
21
**Fouche**
12:9,
15,16
**fought**
13:23

**found**
17:20
**foundation**
40:4
66:9
**fourth**
12:11
**free**
7:11
67:12
**fresh**
15:24
39:10
**front**
19:9
24:10,
15,20
33:13
46:17
**Full**
6:2
13:25
**fully**
73:19
**functional**
17:10
**future**
8:17

--------

G

**Gaddis**
16:19
26:25
37:12,
17
48:16,

24
49:8,14
50:3
52:8
61:14,
18 73:9
**Gadison**
26:22
45:22
49:23
50:12
51:1
58:2
**gang**
9:24
10:1,4,
5,19
11:6,21
13:15
15:1
16:16,
17
26:15
27:16,
25
36:23
58:2,3,
5,9,11,
12,14,
16
**gashes**
21:21,
24
22:4,9
23:12,
19,20
42:17
43:14,
19,24
**gather**
11:21

| | | | | | |
|---|---|---|---|---|---|
| **gay** | **grab** | **guess** | 72:17 | 74:16 | **hospital** |
| 50:3 | 13:15, | 30:7 | 73:7 | **hears** | 17:23, |
| 52:12, | 17 | 33:2 | **happened** | 29:19, | 24 |
| 17 | **grass** | 36:8,9 | 13:8,9 | 23 | 56:23, |
| 73:10 | 73:5 | 40:6 | 14:19, | **helped** | 25 |
| **gays** | **Green** | 44:4 | 24 | 15:10 | 57:2,4, |
| 10:10 | 71:16, | 54:8,9 | 24:10 | **helping** | 7 61:25 |
| 11:11, | 19 | 56:1 | 27:21 | 64:9 | 70:18 |
| 15 | **grievance** | 59:6 | 28:5 | **hide** | **hour** |
| 26:16, | | 60:22 | 40:7 | 67:12 | 7:18 |
| 17 | 63:24 | **guessing** | 54:3 | 76:19, | 71:6 |
| 33:24 | 64:3,4, | 36:12 | 55:12 | 20 | **hurt** |
| 37:3 | 19,24 | 57:21 | 64:12 | **hired** | 63:6 |
| 49:25 | 65:7,17 | **gurney** | 73:4 | 73:21 | **hyperven** |
| 50:1,8 | 66:14 | 55:5,6 | **happening** | **hit** | **tilating** |
| 52:21 | 67:20 | **guys** | | 11:22 | 56:18 |
| 72:24 | 68:6 | 61:13 | 36:17 | 21:13, | |
| 73:3 | 75:14, | | **happy** | 14 | ___ |
| **general** | 15,18, | ___ | 7:16 | 22:20 | **I** |
| 5:14 | 20,21 | **H** | 43:23 | 42:17 | ___ |
| 45:11, | 76:7,9, | ___ | 67:21 | **hitting** | **ID** |
| 12 | 21 | **half** | **hard** | 15:3,4 | 31:17 |
| **generally** | **grievances** | 7:19 | 21:13 | 21:10, | **idea** |
| | | 53:24 | 22:20 | 11,12, | 11:5 |
| 7:8 | 61:7 | **hand** | 77:18 | 15 | 40:21 |
| 27:7 | 62:21, | 5:1,10 | **harm** | **hold** | **identified** |
| **give** | 24,25 | **handle** | 14:8 | 17:6 | |
| 5:2 | 63:1,6, | 21:1,3, | **head** | 49:18 | 4:12 |
| 14:21 | 7,10, | 10,14 | 10:15 | 52:2 | **identify** |
| 16:23 | 11,19, | 22:21 | 20:5,6 | **holes** | 70:23 |
| 26:4 | 21 64:4 | **handles** | 69:7 | 21:22 | **IDS** |
| 67:24 | 65:4,10 | 18:20, | **heads** | **homophob** | 31:16 |
| 75:23 | 66:11 | 21,24 | 20:6,8 | **ic** | 33:19 |
| **glass** | 67:9 | 20:17 | **hear** | 11:11 | 39:18 |
| 15:14 | 68:10, | 22:20 | 29:22 | **hood** | 70:4 |
| 71:1 | 11,21 | 36:2 | 49:21 | 15:6 | **ignore** |
| **Good** | 69:1 | 42:18 | 52:7 | **hope** | 50:12 |
| 4:4,18 | 76:3 | 43:19, | **heard** | 77:5 | **ignores** |
| 5:13 | **guard** | 20 | 37:15 | | 45:5 |
| | 36:4 | **happen** | 48:7 | | 48:7,8 |
| | | 70:8 | | | |

illuminated
71:2,3
important
10:3
35:25
38:2,3
41:24
64:25
inaudible
26:24
inch
53:23
incident
9:12
12:22
13:2,4,
7,8
14:11,
24
61:6,11
incidents
12:20
incorrect
41:19
indiscernible
28:11
38:2,4
individuals
11:23
12:12
influence

8:6
informal
75:14
initial
58:19
initially
57:13
60:17
injured
54:1
injuries
21:20
23:8
62:2
inmate
38:12
39:4
74:21,
22
75:4,5
inmates
20:16
21:17
38:8,10
39:17,
20
40:1,21
44:6
45:9
46:6,9,
12,24
47:11,
23
49:6,
15,16
50:11
51:7
52:11,
14

59:3,8
61:17
69:21,
23 72:9
73:8,16
75:3
inside
17:21
35:8,9,
10
instantly
37:20
instigate
60:7
institution
40:18
intent
64:24
interaction
9:19
10:21
interactions
9:7
10:4
14:14
interject
6:23
involved
7:20
14:11
involves
9:3

issue
11:13
42:6
62:6,21
issues
9:15
11:6,9

___

J

James
4:21
Jane
4:10
28:15,
16
29:15
30:8,
11,13,
25
31:6,7,
12 32:4
33:3
34:17,
19
35:16
37:15,
23
38:11
40:15
43:10
45:8
46:10
47:20
60:7
70:14
job
66:2
Josh
42:22

July
9:4,6
14:13,
18
jumped
15:3,5,
25
21:25
23:21,
23 36:2

___

K

keloid
53:3,4,
7,10,12
keloids
53:12,
15,17
kill
59:22
60:1
kind
10:3
18:18
25:23
38:8
42:5
51:13
69:18
King
18:13
20:16
38:24
kings
11:8,
10,14
13:6
18:11
22:19

36:23,
24
37:2,22
44:23
49:21
52:17
knew
9:23
50:9
59:21,
23
68:19
knives
16:25
18:25
20:23
43:20
46:3
knowledge
58:3
61:18
Kverne
4:18,19
5:12,14
6:23,25
7:3,4,
23 8:1,
11,15
14:9
22:5,25
25:8
27:9,
12,23
28:4,22
29:8,14
30:4,9
38:19
39:16,
23 40:9
41:1,

10,14
43:3,6,
21
44:15
47:9
50:25
59:12,
15,24
60:5,
12,15,
23 61:3
62:5,16
63:8,
12,14,
18,21
64:2,
18,24
65:2,5,
6,12,15
66:10,
12
67:18,
24
68:1,
13,15
73:12
74:5,
13,15
75:10,
13,25
76:4,24
77:3,
12,16,
17

**L**

**Latin**
11:8,
10,14
13:6
18:10,

13
20:16
22:19
36:23,
24
37:2,22
38:24
44:23
49:21
52:17
**law**
73:17
**lawsuit**
64:14,
16,17
65:21
66:23
73:16
**lawyer**
59:13
61:1
66:25
**lawyers**
64:23
**lay**
40:24
**laying**
55:9
**lead**
43:4
**leading**
27:8
42:21,
25 43:2
65:19
73:12
**Learman**
4:5
**leave**

13:20
24:3
**left**
15:7
16:9
46:4
52:19
70:14
**legal**
64:21
65:1,3
74:9
**Lexitas**
4:6
**LGBT**
48:19
50:1
58:16
**lie**
10:15
11:2
**life**
16:1
17:5
31:21
33:10
44:12
63:3
**light**
71:8,9,
10,12,
13
**lights**
40:25
71:5
**limited**
27:11
**lined**
25:19

**literally**
15:2,9,
23,24
16:22
17:3,9,
12
21:6,8
31:22
34:5
39:9,11
63:5
**locker**
25:2,5,
6,7,9
**log**
75:15,
20
**long**
7:18
47:21
54:6,13
57:17
67:20
**lot**
36:18
51:10
69:23
**loud**
73:7
**love**
59:21
**luck**
77:5
**lung**
17:21,
22 53:5
56:8
57:1,2,
5 70:18

**lungs**
53:11
**lying**
56:2

**M**

**made**
12:2,3
**major**
9:11,13
14:11
**make**
6:19,20
8:19,
20,24
29:24,
25 30:2
31:18
38:8,
10,11
39:6,19
42:7
43:23
**makes**
23:14
**making**
30:24
**management**
61:10,
19,22
62:3,7,
10,13,
18
**mandatory**
34:3
**master**
15:16,

18 28:7
31:16
39:4
40:22,
23,24
41:11,
18,24
47:6,7
70:11
71:7
**mate**
73:23
**matter**
34:12
36:6
65:4
**maximize**
67:23
**maximum**
69:14,
15,16
**Maya**
12:10,
14
**Mckinney**
4:10,19
5:15,19
9:4,7,
20
12:23
14:11,
14
16:12
28:15,
16
29:16,
18,19
30:1,
14,22
31:2,8

34:9,
15,21
37:15,
23
45:5,7
46:17
47:16
48:8
60:6
**Mckinney's**
29:18
**means**
31:3
**measurements**
19:23
**medical**
17:12
41:2
42:20
43:11
44:1,3,
7,9
55:1,2,
3,4,7,
10
57:12
**medically**
41:6
42:20
**medications**
8:2,3
**member**
58:11
**members**
9:24
10:20

11:21
15:1
16:16,
17 19:2
20:16
26:15
27:25
36:23
58:2,5
**mentioned**
73:1,2,
3,8
**messed**
22:14
**Michelle**
4:19
5:15
**mid**
24:9
**middle**
7:17
25:16
32:23
40:15
**military**
25:22
**mind**
9:16,20
50:9
58:10
59:7
65:9
**minimum**
46:24
47:22
**minor**
8:20
**Mm-hmm**

12:17
**mob**
24:21
**moment**
37:13
**moments**
57:17
**Monday**
6:9
**month**
10:18,
21
**months**
10:23
11:3,25
**mop**
18:20,
21,24
42:17
43:19
**mops**
20:17
**morning**
4:4,18
5:13
**motion**
63:22
**mouth**
42:25
**move**
66:7
67:17
68:14
**moved**
45:9
**movement**
51:25

**movements**
41:23
**moves**
44:17
**moving**
40:21
**mow**
73:5
**mowing**
73:5
**multiple**
21:21

_____

**N**

_____

**named**
12:10
**names**
35:24
**nature**
68:18,
24
**nearby**
19:6
**neat**
25:20
**necessarily**
22:8
27:13
47:5
62:23
**neck**
53:2
**needed**
41:2
43:25

**nickname**
12:14
**nicknames**
12:12
**night**
71:2
72:9
**Northern**
5:20
**Notary**
4:5
**note**
72:13
**noted**
65:5
75:11
**notes**
74:11
**number**
5:18,19
6:4
18:10
61:20
69:13,
14
75:15,
20,24
**numbers**
46:21
**nurse**
56:5
**nurses**
55:13
56:1,9

_____

**O**

_____

**oath**

4:16
**object**
7:6
14:5
22:24
27:7
38:17
39:21
40:3,19
41:8,13
42:24
44:11
50:14
59:10,
18
60:3,9,
19,25
61:20
62:11,
22
63:25
64:21
65:14
66:24
68:8
**objection**
22:3
25:4
28:2,21
42:21
65:5,
10,13
73:12
74:5
75:10
**objections**
6:19,20
7:8

occasions
68:20

occur
14:20

occurred
10:21
12:18

office
5:14
19:10,
11
24:11,
22,23
30:15
34:24
71:7,12
72:12

officer
10:11
24:19,
20
28:6,
10,13,
16,24
29:5
30:17,
18,19,
20
31:3,9
32:6,
12,16,
23
34:19,
22
35:7,14
37:14
38:1
47:21,
22
54:24

71:5,17
74:21

officers
28:9,
13,24
29:2
34:14
37:16
48:2
49:19
55:13
56:9
60:6
62:24
64:9
66:2
68:19
69:24
70:12,
13,22
72:3,
12,14,
21

officially
77:10

officials
74:4

one's
38:12

open
13:16
24:14
29:21

operate
40:18

operating
57:3

opinion
72:11

opportunity
8:18

opposite
20:14

opposition
71:15

oppress
11:12

order
77:12

orders
77:10

outcast
58:5,7,
8,14

———————

**P**

p.m.
14:21,
22

pack
11:18
15:19
24:2,5
27:15,
17
31:25

packed
9:22
10:6,11
12:23
15:22
16:5
33:13

packing
26:9

pages
67:20

pain
55:20

Panama
5:20

paperwork
16:4,7,
9 31:23
33:11
44:18

part
10:20
25:9
44:3
48:20

parties
4:6
77:11

Patterson
71:22

people
12:4
26:20
33:17,
19,23
35:16,
17,18,
23
36:1,2,
3,18,
19,21
38:14,
23
40:17
41:17

58:10
70:21
72:21
75:1

period
11:12
23:23
49:25
50:1
71:8

person
29:16,
25
30:6,
11,13
31:4,7,
18
39:5,7
50:23
58:12
74:22

persons
73:1

pertain
9:25

photograph
71:18

photographs
72:19

physical
13:4,7

physically
34:20
35:2

picture
29:1

46:20
71:23,
24

pictures
29:2,7,
13 30:2
39:7
72:3

place
4:16
25:21
52:4

placement
64:20
65:8,17
66:18
68:7
76:21

places
46:2

plaintiff
4:22

play
48:6

plexiglass
71:3,4,
11

point
20:22
22:1
34:20
39:4
42:14
43:2,25
44:10,
17
47:3,6

55:11
77:8

**positively**
4:12

**possibly**
72:15

**practice**
63:22

**predicate**
43:2

**prefer**
74:8

**present**
6:18
39:20
71:20,
25

**press**
17:13

**pressure**
55:14,
19
56:15

**pretty**
25:22,
24
26:19
27:18
31:25
39:15
48:10
61:5

**prior**
9:6,12,
20
11:6,9,
13,25

**privilege**
7:6

**problem**
45:3

**problems**
9:11,13

**proceed**
5:10

**proceeding**
4:17

**Proceedings**
4:1

**produce**
63:16

**properly**
33:13

**property**
9:23
10:7,12
11:18
12:23,
24
13:16,
17
15:19,
21 16:4
24:2,5
25:3
26:9
27:15,
17
31:25

**protect**
36:14
44:12
62:25

**protected**
14:3

**protecting**
14:1,7

**protection**
36:8,13

**protective**
11:15
12:3
13:21
16:2
22:13
31:20
33:10
37:5
39:14
41:4,5,
7 44:2,
5,8
45:25
63:3
64:7

**protector**
36:7

**pull**
25:5
46:2

**pump**
57:1

**pumped**
57:5

**punch**
73:23

**punches**

74:22

**puncture**
53:5

**purpose**
38:7
65:7,16
68:6

**purposely**
70:10

**push**
17:12,
13

**pushed**
10:7
13:19
48:5

**put**
5:10
10:9,10
11:12,
17 12:2
13:17,
18
35:20
36:13
42:5
55:19
61:21
62:13
64:11
65:24
67:1,2,
5,6,16
68:22

**putting**
35:17,
18 37:3
42:25

**Q**

**question**
6:21
7:10,13
8:5
14:6
29:6
30:3,8,
12
35:5,6
36:12
39:25
42:11,
13
43:8,9
54:16,
18,22
68:5,6

**questions**
6:10,12
9:1
65:11
68:4
69:5,8
76:25

**quick**
28:9

**quickly**
74:11

**quiet**
33:19
38:4
39:18
70:3,4

**R**

**race**

16:23

**raise**
4:25

**rally**
33:22

**Ramon**
6:5

**ran**
16:25
51:19
52:8

**Ray**
12:9
13:11

**read**
8:12,18
76:2,5,
13,19
77:2

**real**
12:13,
15 28:8
33:22,
25

**reason**
8:8
39:19
59:25
60:16

**recall**
31:11

**receive**
56:15
63:13

**recollection**
12:1
30:10

record
4:2,11,
14 6:1,
20
77:7,
10,21,
23
REDIRECT
74:14
referenc
ed
6:11
referencing
53:14
regular
9:9
relating
73:17
relation
24:7
48:21
rely
74:8
remember
10:16
12:9,20
14:10
28:10
30:21
31:2,11
34:15,
18
35:23
36:15,
16
47:14
49:2,3
51:18
54:7,11

57:18
remind
33:7
remote
4:8
remotely
4:17
rephrase
7:13
43:22
report
4:16
reporter
4:2,5,
24 5:9
7:24
8:23
77:7,9,
14,20
represent
4:15,19
5:15
request
4:6
require
70:12
requires
70:13
respond
7:7,8
response
26:24
37:10
66:15
restroom
7:15
result

22:7,21
61:10
review
74:11
rights
73:17,
18,24
74:2
ripped
21:23
22:15
31:24
33:12
road
48:23
roll
46:19
47:17
room
19:7
20:8
24:12,
24
25:12
32:19
roster
15:16,
18 28:7
31:16
39:4
40:22,
24
41:12,
18,24
47:6,7
70:11
71:7
row
32:14,
22,25

rowdy
33:25
rows
32:21,
24
ruckus
33:17,
25 36:5
run
52:9
rushing
51:22

——— S ———

scar
53:10
scared
54:17
63:1
scary
17:4
scene
69:17
scrapes
22:1
23:22
screen
75:9
scroll
67:21
76:16,
17
sees
31:22
39:24,
25
send
77:16

separate
64:16
separated
20:3
September
4:3 6:9
serg
9:9
Sergeant
4:9
severe
23:18
sharing
17:25
shirt
15:8
21:22
shoes
15:9
21:23
33:21
35:17,
18,20,
21,22,
25
36:6,
10,11,
13,15,
19 70:6
72:9
shoulders
53:6,
12,13
show
63:9,
10,25

66:13
75:8
showed
38:5
70:9
shower
19:16,
17
20:1,3,
4,5,6,8
24:22
32:22,
23
showers
20:14
showing
31:17
64:19
75:14
side
19:18
20:11,
13,14
56:7
71:10,
14
sides
7:19
53:13
71:11
sign
12:3
31:20
33:9
37:5
44:2,4,
7 63:2
64:7

significance
72:8

silly
8:5

single
38:12

sink
15:1
19:17,
18,20
49:1

sinks
19:19
20:10,
11,13

sir
5:4,17,
25 6:8,
13 9:5

sit
34:1
70:4

sitting
33:18,
19
39:18
46:13
69:21

situation
13:23
16:18,
20,21
37:20
45:23
64:16

slip
12:24

snapped
21:14

sound
8:5

speak
50:6

specific
10:16
47:18

specifically
30:21
31:2
50:20
51:8

specifics
18:2

speculating
74:9

Speculation
74:5

spent
70:18

spots
46:23

spread
46:24

stab
23:14
53:8
60:10

stabbed
17:20,
22
23:15
52:8,

22,23,
25
53:1,11
56:6,7
57:24
60:14
61:25
62:1
67:16
70:17

stabbing
17:2
52:3,9

Stall
20:1

stalls
19:25

stand
15:12

standard
4:4
77:22

standing
15:14
16:12
19:18,
20
27:25
29:18
30:15
31:2,8
33:20
34:4,5,
9,21,
22,24
35:2,13
36:18
38:1,22
39:1
45:6,7

46:13
47:2
49:14
50:15
70:6,
21,24

start
14:24
17:1
24:2
26:9
49:15
52:3
56:18

started
24:5
46:2
50:17

starts
33:3

state
4:13
6:1,19
74:3

station
19:10,
11
24:11,
22,23
28:10,
14,17
30:17,
18,19,
20
31:3,10
32:6,
12,16,
24
34:23,
25
35:8,14

47:21,
22
70:22
71:5,8,
13
72:12

stay
17:23
55:17,
21
57:2,4

stemming
9:4

step
18:2

sticks
9:16,20

stipulate
4:7,15,
20,23

stop
45:1
52:2
55:14,
15
56:16

stopped
15:19
32:7,10
54:10,
12,13

storage
25:2,9

store
25:21

straight
24:22
32:7

50:13
68:21

street
74:22,
24 75:1

strike
66:8
67:17
68:14

stuff
23:22

stumbled
15:7

substance
8:22,25

sudden
51:11

sue
59:8,
16,17,
21,22
60:17,
24
74:19

suffer
21:20

suggest
61:4
75:7

suing
59:2

supposed
31:15,
16,19
33:18
34:3,4
47:19
69:21

| | | | | | |
|---|---|---|---|---|---|
| swear | 69:12 | tension | 4:3,4 | 15:19 | 40:1,10 |
| 5:1 | 75:18, | 33:20 | 9:22 | 22:12 | 41:11, |
| sweating | 21 | 36:20 | 11:1 | 33:9 | 18 |
| 56:18, | 76:7,10 | testified | 14:19 | 39:13 | 56:22 |
| 20 | talking | 5:8 | 16:13 | 43:13 | transporting |
| sworn | 23:19 | 69:20 | 17:8 | 55:5 | 40:23 |
| 5:7 | 27:14 | testify | 29:5 | 56:7 | 41:23 |
| | 34:3 | 8:9 | 30:23 | 60:14 | treating |
| T | 38:22 | testimony | 33:16 | 61:22 | 56:10 |
| | 44:25 | 5:1 | 37:19 | 65:22 | treatment |
| table | 46:11 | 66:8 | 38:2,16 | top | 44:10 |
| 55:9 | 47:3 | 67:17 | 40:24 | 10:15 | 56:25 |
| 57:4 | 70:15 | 68:14 | 41:4 | 69:6 | 57:9 |
| taking | 75:3 | things | 43:20, | topic | true |
| 18:6 | 77:4 | 6:16 | 25 | 61:5 | 60:21 |
| 42:4 | talks | 10:1 | 44:10 | total | 69:24 |
| talk | 30:13 | 17:4 | 51:2,3, | 32:20 | truth |
| 14:18 | 31:12 | 18:20, | 5 52:7 | totally | 5:2,3 |
| 18:1,2 | Tarjan | 21,22 | 55:6 | 64:5 | truthfully |
| 28:8 | 4:22,23 | 75:8 | 56:13 | transcript | 8:9 |
| 31:19 | 7:24 | thinking | 57:14 | 77:11, | tussled |
| 33:5 | 42:21, | 10:25 | 65:14 | 13 | 13:19 |
| 38:15, | 23 | 34:6 | 72:22 | transcripts | twist |
| 21 | technology | thought | 77:21, | 8:11, | 38:20 |
| 40:16 | 4:8 | 56:1 | 22 | 13,18, | type |
| 44:24 | teeth | 75:3 | times | 21 | 9:15 |
| 48:4 | 15:1,3 | threaten | 9:10 | transferred | 15:4 |
| 59:13 | 18:5,10 | 11:21 | 52:22, | 12:5 | 18:25 |
| 61:1,4, | telling | threatening | 24 | translated | 24:12 |
| 6 73:7, | 17:17, | 36:1,3 | timing | 8:23 | |
| 20 75:7 | 18 | threats | 54:15 | transport | U |
| talked | 31:20 | 33:22, | today | 40:17 | |
| 9:9 | 34:1,2 | 23 | 4:3 5:2 | transported | ugly |
| 27:4 | 36:3 | 36:20 | 6:6,21 | | 53:9 |
| 28:24 | 42:19 | 37:3 | 8:6,9 | | unconscious |
| 29:5,16 | 44:3,17 | time | 69:5 | | |
| 30:1, | 56:3,4 | | today's | | |
| 11,22 | 63:1 | | 77:11 | | |
| 31:4,8 | 64:6 | | told | | |
| 48:20 | | | 12:3 | | |
| 66:25 | | | 13:20 | | |

Devon Currie
September 23, 2024                                                                16

17:9
57:13,
16,20,
23
**unconsci**
**ousness**
54:4,7,
11,25
57:19
**understa**
**nd**
7:12
29:25
39:3
42:8
73:17

_____
**V**

**version**
77:17,
18
**victims**
65:25
67:3
**videocon**
**ference**
4:7
**view**
24:22
70:25
**violatio**
**n**
34:5
73:18,
24
**violatio**
**ns**
74:2

_____
**W**

**wake**
55:1
**waking**
17:18
**walk**
15:18
19:15
22:12
32:2
51:20
**walked**
15:9
16:4,
10,14,
15
44:22
45:20
48:9
**walking**
15:13
16:9
36:19
52:1
**walks**
32:1
**wall**
15:6
19:16,
21
25:17
**wanted**
33:9
44:2,5,
12
73:15
**weapons**
15:3,4

18:16,
18,25
23:20
61:24
**week**
10:22
63:22
**width**
67:23
**William**
52:9
**Williams**
16:19
26:22,
23,25
37:12,
18
45:22
48:17,
18
49:7,
14,24
50:3,13
51:1
58:2
61:13,
18 73:9
**Willie's**
49:2
**window**
73:6
**windpipe**
53:24
**wing**
70:14
**witness'**
**s**
66:8
**woke**

17:11,
12
54:25
55:3,8,
10,11
56:9,13
**wondering**
**g**
27:18
**word**
18:15
**words**
13:5
16:23
42:25
**work**
5:14
58:10
**wound**
53:8,9
57:10
**wounds**
17:13
39:9
55:14,
19
56:10
**wrong**
40:21
54:19
69:25
**wrote**
68:10,
12 69:2

_____
**Y**

**year**
10:18,
22

**yell**
16:11
44:23
**yelled**
37:21,
22,25
**yelling**
26:15
28:1
33:23
35:17
36:21,
22,24
37:1,8
38:14,
23 39:2
45:9,
11,12

_____
**Z**

**zoom**
6:7
67:22,
25