# Exhibit D - Photo of Dorm