Exhibit E

Anthony Rose
November 01, 2024

```
  1                IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF FLORIDA
  2                         PANAMA DIVISION

  3                 CASE NO.: 5:23-cv-183-TKW/MJF

  4
        DEVON CURRIE DC#A51859,
  5
                Plaintiff,
  6
        v.
  7
        SGT. MCKINNEY AND JANE DOE,
  8
                Defendants.
  9      _____/

 10

 11

 12

 13                     REMOTE DEPOSITION OF

 14                   ANTHONY ROSE DC#C06011

 15                   VOLUME 1 (Pages 1 - 39)

 16

 17                   Friday, November 1, 2024
                        2:04 p.m. - 2:46 p.m.
 18

 19              LOCATION:  Remote via Zoom
                        Lake City, Florida
 20

 21              Reported by:  Latarica Burr,
                 Notary Commission No FL HH 70194
 22

 23

 24      Job No.:  382922

 25
```

Anthony Rose
November 01, 2024

Page 2

```
 1   APPEARANCES:

 2   On behalf of Devon Currie DC#A51859:

 3         The Tarjan Law Firm P.A.
           12372 Southwest 82nd Avenue
 4         Miami, Florida 33156

 5         BY:  JOSHUA TARJAN, ESQ.
           josh@tarjanlawfirm.com
 6
     On behalf of Sergeant McKinney and Jane Doe:
 7
           Florida Office of the Attorney General
 8         Corrections Litigation Bureau
           The Capitol
 9         Suite PL-01
           Tallahassee, Florida 32399
10
           BY:  ERIK KVERNE, ESQ.
11         erik.kverne@myfloridalegal.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Anthony Rose
November 01, 2024

Page 3

1                    INDEX OF EXAMINATION

2    EXAMINATION:                                    PAGE

3    Testimony of Anthony Rose DC#C06011

4    Direct Examination by Mr. Kverne                   5
     Cross-Examination by Mr. Tarjan                   24
5    Redirect Examination by Mr. Kverne               29
     Recross-examination by Mr. Tarjan                32
6
     Certificate of Oath                              36
7    Certificate of Digital Reporter                  37
     Read and Sign Letter                             38
8    Errata                                           39

9                    INDEX TO EXHIBITS

10   PLAINTIFF'S           DESCRIPTION               PAGE

11   Exhibit 1       IMG 9139.JPEG (Confidential)      34

12   (Original exhibit included with original
     transcript.)
13

14

15

16

17

18

19

20

21

22

23

24

25

Anthony Rose
November 01, 2024

Page 4

1   Proceedings began at 2:04 p.m.:

2        THE REPORTER:  We are going on the record.

3   Today is November 1st, 2024.  The time now is 2:04

4   p.m. eastern standard time, 1:04 p.m. central time.

5   Excuse me.  Good afternoon.  My name is Latarica

6   Burr, and I'm the Florida notary and reporter

7   assigned by Lexitas.

8        I request all parties stipulate and agree that

9   by videoconference technology, this will be the

10  remote deposition of Anthony Rose in the case of

11  Devon Currie v. Michelle McKinney et al.

12        Before going on the record, the witness

13  positively identified themselves to me by Department

14  of Corrections identification.  In what city and

15  state are you presently located in?  Just to be

16  sure.

17        THE WITNESS:  Columbia Correctional

18  Institution, Lake City, Florida.

19        THE REPORTER:  Perfect.  Thank you.  Counsel,

20  will you please state your appearance for the

21  record, your firm, who you represent, and that you

22  agree to stipulate that I may place this witness

23  under oath and report this proceeding remotely.

24        MR. KVERNE:  Hello.  My name is Erik Kverne,

25  and I work for the Office of the Attorney General.

Anthony Rose
November 01, 2024

Page 5

1    I represent Mrs. Michelle McKinney.  And yes, we do

2    stipulate to that.

3         MR. TARJAN:  I'm Josh Tarjan with the Tarjan

4    Law Firm for the plaintiff and we stipulate.

5         THE REPORTER:  Thank you.  I will now swear in

6    our witness.  Will you raise your right hand for me,

7    please?  Do you swear or affirm that the testimony

8    you give today will be the truth, the whole truth,

9    and nothing but the truth?

10        THE WITNESS:  Yes, ma'am.

11   Thereupon:

12              ANTHONY ROSE DC#C06011,

13        having been first duly sworn, was examined and

14   testified as follows:

15        THE REPORTER:  Thank you.  Counsel, you may

16   begin.

17              DIRECT EXAMINATION

18   BY MR. KVERNE:

19   **Q.   Good afternoon, Ms. Rose.  My name is Erik**

20   **Kverne, and I work for the Office of the Attorney**

21   **General.  And I represent an officer by the name of**

22   **Michelle McKinney.  Do you know Ms. McKinney?**

23   A.   Yes, sir.

24        MR. KVERNE:  And I'm here for case number Devon

25   Currie v. McKinney and others.  And the case number

Anthony Rose
November 01, 2024

Page 6

```
 1        is 5:23-cv-183-TKW/MJF in the Northern District of
 2        Florida, Panama City Division.  Is that the correct
 3        case number, Mr. Tarjan?
 4             MR. TARJAN:  Yes.
 5   BY MR. KVERNE:
 6        Q.   And then, Ms. Rose, can you please state your
 7   full name for the record?
 8        A.   Anthony Dantro Devon Rose.
 9        Q.   And do you go by any other names?
10        A.   Tire(phonetic) Rose.
11        Q.   And what is your DC number?
12        A.   C06011.
13        Q.   Thank you.  And we're here today taking a
14   deposition by Zoom, correct?
15        A.   Yes, sir.
16        Q.   And today's date is Friday, November 1st, 2024.
17   And I'm here to ask you a couple questions about the case
18   filed by Mr. Currie.  Okay?
19        A.   Yes, sir.
20        A.   Have you ever been deposed before?
21        A.   Yes, sir.
22        Q.   When were you deposed before?
23        A.   This was 2010.
24        Q.   Was that your criminal case?
25        A.   Yes, sir.
```

Anthony Rose
November 01, 2024

Page 7

 1      A.   And so there may have been some rules back

 2   then.  I just want to go over the rules again to make

 3   sure that we're doing this correctly.  So first, try to

 4   answer the questions verbally for me.  You're doing a

 5   good job of it.

 6           The court reporter is creating a transcript of

 7   everything that's being said here.  So if you answer with

 8   things that aren't clear or just do nonverbal responses,

 9   it's not going to be reflected on the transcript, okay?

10      A.   Yes, sir.

11      Q.   If you don't know the answer to a question,

12   you're okay to say, I don't know the answer to a

13   question.  All right?

14      A.   Yes, sir.

15      Q.   If you don't understand a question that I ask,

16   please ask me to rephrase it.  My job is not to trick

17   you.  I'm just trying to get the answer.  Okay?

18      A.   Yes, sir.

19      Q.   If you do not remember the answer to a

20   question, it's okay to say, I don't remember.  If you

21   don't remember.  Okay?

22      A.   Yes, sir.

23      Q.   If you need to take a break or anything, please

24   just let me know.  Same with you, Mr. Tarjan.  And same

25   with you, Madam Court Reporter.  Do you understand that,

Anthony Rose
November 01, 2024

Page 8

1    Ms. Rose?

2         A.   Yes, sir.

3         Q.   So we're not with the -- we don't have a judge

4    here today, so Mr. Tarjan may have some objections to

5    questions that I ask, and vice versa.  I may object to

6    some types of questions because we don't have a judge

7    here today.  I still need you to answer the question

8    today, okay?

9         A.   Yes, sir.

10        Q.   Now, it's going to sound a little silly, but

11   are you under the influence of drugs or alcohol today?

12        A.   No, sir.  I don't use them.

13        Q.   I'm sorry.  What?

14        A.   I don't -- I don't use no -- I don't use no

15   drugs whatsoever.

16        Q.   I'm glad to hear that.  That's very good.  So

17   do you take any medications?

18        A.   Yes, sir.

19        Q.   What medications do you take?

20        A.   Thorazine and Vistaril.

21        Q.   Would either of those medications impact your

22   ability to be truthful here today?

23        A.   No, sir.

24        Q.   Is there any reason why you would not be able

25   to be truthful here today?

Anthony Rose
November 01, 2024

Page 9

1    A.   No, sir.  I have all the reason to be honest
2  and truthful.
3    Q.   I appreciate that.  I appreciate that very
4  much.  So, as I indicated, there's going to be a
5  transcript that's going to be created of this particular
6  conversation that we're having today.  You have the right
7  to read a copy of it to make sure that it's accurately
8  transcribed.
9        I'm sure Mr. Tarjan would recommend to you that
10  you read a copy if you'd like.  Now, you can choose not
11  to read it and trust that the court reporter is reporting
12  it correctly.  With that said, what would you like to do?
13  Would you want to read a copy or do you want to trust the
14  court reporter?
15    A.   Read a copy.
16        MR. KVERNE:  So what will happen is Mr. Tarjan,
17    are you going to arrange the read?
18        MR. TARJAN:  I can arrange that.
19  BY MR. KVERNE:
20    Q.   So Mr. Tarjan will arrange for you to be able
21  to read a copy of the transcript.  And there will be a
22  sheet called an errata sheet.  It'll have basically
23  different areas for lines and pages, and you can fill it
24  out and change specific portions if it's incorrectly
25  transcribed.

Anthony Rose
November 01, 2024

Page 10

1          Now, the things you'll be able to change are

2    going to be like he versus she.  You know, can't change

3    the entire substance of answers.  Otherwise, I'm going to

4    be able to -- I'm going to be allowed to come back and

5    ask you questions about it, okay?

6        A.   Yes, sir.

7        Q.   And Mr. Tarjan will arrange for you to be able

8    to do that, okay?

9        A.   Yes, sir.

10        Q.   So the case that we are litigating involves an

11    incident that occurred on July 20th, 2022, at Apalachee

12    Correctional Institution.  It happened specifically in P-

13    Dorm.  Were you present during that?

14        A.   No, sir.

15        Q.   So you have no personal knowledge of that

16    particular incident?

17        A.   I wasn't there, but I know of it, and I know

18    what it was -- what it was about.

19        Q.   And that's based on what other people have told

20    you?

21        A.   Other people told me and what I knew about what

22    was going on inside the dorm before I left.

23        Q.   So tell me about that.  Tell me, first of all

24    what you know about what was going on inside the dorm at

25    the time.

Anthony Rose
November 01, 2024

1      A.   Inside the dorm, you have gang members that say

2  they can't be around us gays.  And it was already tension

3  in the dorm where people was about to get stabbed up, and

4  officers was not taking heed to it, and was not

5  protecting other people.

6      Q.   And the gang members that you're referring to,

7  what gang are they members of?

8      A.   The Kings.

9      Q.   Latin Kings?

10     A.   Yes, sir.

11     Q.   Now you said you do know Mr. Currie, right?

12     A.   Yes, sir.

13     Q.   Are you friends with Mr. Currie?

14     A.   Yes, sir.

15     Q.   What about Mr. Brandon Williams?

16     A.   Yes, sir.

17     Q.   Are you friends --

18     A.   That was my ex.

19     Q.   Your ex?

20     A.   Yes, sir.

21     Q.   So the two of you were --

22     A.   Dating.

23     Q.   -- seeing each other, dating?

24     A.   Yes, sir.

25     Q.   What about Mr. Charles Gaddis (phonetic)?

Anthony Rose
November 01, 2024

Page 12

```
 1      A.   No, sir.

 2      Q.   You don't know him?

 3      A.   No, sir.

 4      Q.   Have you ever heard the nickname Mississippi?

 5      A.   Yes, sir.

 6      Q.   Do you know the inmate Mississippi?

 7      A.   Yes, sir.

 8      Q.   And you know that individual though, right?

 9      A.   Yes, sir.

10      Q.   Do you know if Mississippi was Charles Gaddis

11  by any chance?

12      A.   No.  I know Mississippi to have been Williams.

13      Q.   You know Mississippi to have been Williams?

14      A.   Yes.

15      Q.   What about an individual that maybe had a

16  nickname of Blue?  Did you know anyone by that nickname,

17  like the color?

18      A.   Mm-hmm.

19      Q.   Yes?

20      A.   I knew -- I knew of a nickname of, of Blue, but

21  I could not tell you his real name.

22      Q.   Was Blue in the dorm at the time?

23      A.   That I know of, no.

24      Q.   Now, Mr. Williams, you said that he was your

25  ex, right?
```

Anthony Rose
November 01, 2024

Page 13

1     A.   Yes, sir.

2     Q.   So he is gay himself?

3     A.   Yes, sir.

4     Q.   You said you did not know Mr. Gaddis, right?

5     A.   No, sir.

6     Q.   What about Mr. Currie, was he gay as well?

7     A.   Yes, sir.

8     Q.   And you said that there was some ongoing issues

9  between the Latin Kings and the gay members in the dorm,

10  right?

11     A.   Yes, sir.

12     Q.   You were in that dorm at some period of time

13  before, right?

14     A.   Yes, sir.

15     Q.   Do you remember when you left the dorm?

16     A.   I left the dorm like two or three days before

17  that took place.

18     Q.   So you left the dorm.  Why did you leave the

19  dorm?

20     A.   I went to confinement for fighting.

21     Q.   So you were involved in a fight?

22     A.   Yes, sir.

23     Q.   Yourself, Mr. Williams, and Mr. Currie, were

24  you the only ones that were gay in that dorm?

25     A.   No, sir.  It was at least -- it was total eight

Page 14

```
 1  of us.
 2      Q.   Eight of you total?
 3      A.   Yes, sir.
 4      Q.   Were any of you members of any type of gang or
 5  anything like that?
 6      A.   Yes, sir.
 7      Q.   Who?
 8      A.   Outcast.
 9      Q.   You were all members of the Outcast Gang?
10      A.   Yes, sir.  Except Mr. Currie.  (indiscernible).
11      Q.   Mr. Currie was not a member of the Outcast
12  Gang?
13      A.   No, sir.
14      Q.   But all of the other gay members in that dorm
15  were members of the Outcast Gang or just the you
16  individuals that you referenced?
17      A.   Just us individuals.
18      Q.   And what were the issues that were ongoing with
19  the Latin Kings?
20      A.   Well, it was actually all the gang members
21  because they said it couldn't be around us gays couldn't
22  be housed with us.  If you try to even bunk us in open
23  bay with a gang member, they want to fight us, stab us up
24  or something in that nature to get us away from them or
25  out the dorm.
```

Anthony Rose
November 01, 2024

Page 15

1       Q.   So the Latin Kings, specifically, they wanted

2   you to leave the dorm?

3       A.   Yes, sir.

4       Q.   Do you remember any of the Latin Kings that you

5   had interactions with?  Any of their nicknames or names?

6       A.   No, sir.

7       Q.   As it relates to showering and using the

8   bathroom, was there any kind of agreement that you guys

9   had -- the gay members had, with the Latin Kings, about

10  shower use or bathroom use?

11      A.   Yes, sir.

12      Q.   What was that agreement?

13      A.   Well, we shower alone, but there, there is a

14  little space in P-Dorm was there sinks right.  And we had

15  two screws screwed into the walls where we could put our

16  blanket up and shower where the sinks at without nobody

17  being there to see -- to see us.

18      Q.   And so the gay individuals were supposed to

19  shower over there, right?

20      A.   Yes.

21      Q.   And you were not supposed to be using the

22  regular showers, is that what you're saying?

23      A.   Yes.

24      A.   Not when gang members were around.  We're not

25  allowed to go over there, period.

Anthony Rose
November 01, 2024

Page 16

1      Q.   So if the gang members were also -- so, for

2   example, if the Latin Kings were using the shower or near

3   or in the shower itself, you were not allowed to go into

4   the bathroom?

5      A.   Yes, sir.  How the showers are set up -- how

6   the showers are set up -- the showers and the sinks are

7   right there together.  And the stalls where you use the

8   restroom is, is on the other side of the wall.  It's on

9   another side of the wall.

10      Q.   The area with the -- where you said you had the

11   screws where you could take the shower and stuff, was

12   that separate from the shower area or was there a wall

13   divider or anything there?

14      A.   There was a wall divider.

15      Q.   There's a wall divider?

16      A.   Wall divider, yes, sir.

17          MR. KVERNE:  Mr. Tarjan, I'm going to show him

18      a couple pictures.  It's the pictures we talked

19      about that you have.  I'm going to talk them through

20      that real quick.  You have any issue with that?

21          MR. TARJAN:  No.

22   BY MR. KVERNE:

23      Q.   So give me one second.  I'm going to show you a

24   couple pictures.  Okay?  All right.  Can you see my

25   screen?  Can you see the picture here?

Anthony Rose
November 01, 2024

Page 17

 1      A.    Yes, sir.

 2      Q.    And this is like a picture of the dorm, right?

 3      A.    Yes, sir.

 4      Q.    And this would be pretty much from the officer

 5 station, right?

 6      A.    Yes, sir.

 7      Q.    So I'm going to just zoom in here real quick.

 8 The area that I zoomed in on in the back here, this is

 9 where the bathrooms are, right?

10      A.    Yes, sir.

11      Q.    And this is the toilet area that you're talking

12 about?

13      A.    Yes.  Where the hand is at?

14      Q.    Yes.

15      A.    That's where -- that's, that's where the toilet

16 area is.

17      Q.    So these areas right here, these holes in the

18 wall, are these basically windows?

19      A.    No.

20      Q.    So does this go all the way to the floor, or

21 does it -- like this area right here?

22      A.    It goes all the way to the floor.

23      Q.    This goes all the way to -- well, I'm saying it

24 looks like there's a gap here, right, that you can see

25 inside, and then there's a wall below it.  Does the gap

Page 18

1  go all the way to the floor, or is it kind of like a

2  window?

3      A.   Is -- that's, that's screws look like.  That's

4  screws.  Those were people put the screws at for that

5  part.  So the day room will not see -- so the bedding

6  area would not see in the showers.  But if you look to

7  your left --

8      Q.   **Right here?**

9      A.   Right here on -- come over further.

10      Q.   **Here?**

11      A.   Come over right there on that side.  That's

12  where the sinks at that we use to take our showers in.

13      Q.   **So this is back where the sinks are.  You guys**

14  **take your showers, right?**

15      A.   Yes, sir.

16      Q.   **And then over here, kind of like where this**

17  **window was, where I was doing this -- where I was moving**

18  **originally, this is where the regular shower is, right?**

19      A.   Yes, sir.

20      Q.   **Give me one second.  All right, I'm sharing my**

21  **screen again.  This is the shower area, right?**

22      A.   Yes.

23      Q.   **And then so basically in this area this was the**

24  **middle opening area.  And then to the right on that**

25  **picture that I showed you before, right?**

Page 19

1      A.   Yes.

2      Q.   And this is the area that you weren't supposed

3   to be taking a shower, but the Latin Kings could take the

4   shower and everyone else in the dorm that was not gay

5   could take the shower here, right?

6      A.   Yes, sir.

7      Q.   So I'm going to show you a couple more pictures

8   real quick.   Okay, I show you another picture.   All

9   right.   This picture, this is like the area where you

10  were supposed to be taking the showers, right?

11     A.   Yes, sir.   If you look -- if you look up on

12  your -- go -- come over a little bit against the wall

13  part, you can see where there's a screws -- where the

14  screws are at in the wall.

15     Q.   I can't move it or anything like that.   But

16  you're saying basically there are screws like on the left

17  and right hand side?

18     A.   Yes, sir.   You can see them is one -- is one --

19  is two on your left hand side and two on your right hand

20  side.

21     Q.   And this is kind of like a window, right?

22  Looking in?

23     A.   Yes sir.   That, that would be where we hanging

24  our blanket up.   We take our blanket and we hook them up

25  to the screws where they go drape down to the ground, to

Anthony Rose
November 01, 2024

Page 20

1  the floor where nobody can see over there, period.

2       Q.   And this is to the -- this is basically, if

3  you're looking inwards, this is to the left of where the

4  shower area is, right?

5       A.   Yes.

6       Q.   So this is to the left of it.  Okay.  So let me

7  do this again.  So just to clarify, this is the original

8  picture that I showed you.  So basically, this is where

9  the main shower area is, where the other inmates would be

10 taking the shower, right?  Right around this area?

11      A.   Yes, sir.

12      Q.   And then over here to the left is basically

13 that back area with all the sinks.  But it's the area

14 that you talked about with the screws in the window and

15 where the gay members would take a shower, right?

16      A.   On your left that's, that's where we'll be

17 taking the showers at.

18      Q.   Yeah.  Okay.  On the left here, right?

19      A.   Yes.  In the middle is where the gang members

20 will take a shower and the regular people that's not gay.

21      Q.   Thank you.  That's actually extremely helpful.

22 This thing right here, I'm just pointing it out.  You see

23 this blue thing right here?  Can you pull this across as

24 well and cover the shower area, the window, like right

25 here?

Anthony Rose
November 01, 2024

Page 21

1      A.   I really can't tell you because that, that
2 seems like that was new that was put in there after I
3 left out.
4      **Q.   So that portion was not there, the blue like**
5 **cloth looking thing was not there when you were in the**
6 **dorm?**
7      A.   No, sir.
8      **Q.   Thank you.  I appreciate that.  Okay, so you**
9 **were constantly running into issues with the Latin Kings**
10 **about showers or was the agreement pretty much, like, was**
11 **there not really a problem?  Tell me.**
12      A.   It was a -- it was a problem, but it wasn't a
13 problem, but every now and then you have a gang member
14 come over there to where, where we shower at.  They use
15 the sinks and they'll make sly remarks.
16           Or if you asking -- or if you're calling for
17 somebody to get something for you from your locker is no
18 telling who might answer.  Or who might answer -- who
19 might be over there trying to look on the sly, because
20 you have people that are undercover.  What I mean by
21 undercover is they're not known to be gay, but they're
22 gay.
23      **Q.   So I guess another term for it would be I guess**
24 **they're in the closet kind of thing?**
25      A.   Yes, in the closet.  That's all the term for

Anthony Rose
November 01, 2024

Page 22

1  it.  In the closet.

2      Q.    There's one question that I want to ask about

3  this as well.  I'm going to go back to the picture again

4  real quick.  The entrance area right here behind this

5  wall, so like the blue thing here and then this wall

6  right here, is that a solid wall or can you walk to the

7  left?

8      A.    Where -- where the -- where the hand is at?

9      Q.    Yeah, where I'm moving right here behind this

10  wall, is this a solid wall or can you walk to the left

11  and right?

12      A.    You can walk to the left and right.

13      Q.    So it's not a solid -- this wall does not

14  connect to the wall behind it, right?

15      A.    No, sir.

16      Q.    Thank you.  Now you said you were not present

17  on the night of the incident but you were aware of some

18  issues beforehand?

19      A.    Yes, sir.

20      Q.    Give me one moment.  You hinted at some people

21  being in the closet a little bit.  What do you mean by

22  that?  Are you referring to the gang members or are you

23  referring to just other general people?

24      A.    I can't see.

25      Q.    I'm sorry, what?

Anthony Rose
November 01, 2024

Page 23

1      A.   Hold on, I can't see.  Okay, I can see you now.

2      Q.   Did you hear my question?

3      A.   What was that again, sir?

4      Q.   Earlier, you were saying that some people were

5  in the closet.  Were you referring to the gang members or

6  just referring to just general people?

7      A.   General people, gang members.  You have the

8  mixtures.  You won't know if they're in the closet unless

9  they approach you and, and they ask you about sexual

10  favors or things like that in that nature.

11      Q.   Were any of the Latin Kings from your

12  understanding in the closet?

13      A.   Not that I know of, sir.

14      Q.   What do you know -- well, how do you know about

15  this incident?  How do you know about the facts of this

16  incident?

17      A.   Due to other people in the community -- in the

18  LGBTQ community telling me what was going on.  And a lot

19  of them also said that they're glad that I wasn't in the

20  dorm because I would have been part of it, because I'm

21  really big on my community.

22           And with the incident, the officers, Ms.

23  McKinney, you can ask her for help and she would not help

24  you.  And she feel like it's going way out of her way,

25  she'll ignore you and cuss you out or throw you with

Page 24

1    confinement.

2        Q.    You don't know if Ms. McKinney was there that

3    night, though, right?

4        A.    No.

5              MR. TARJAN:  Objection as to form.  You can

6        answer.

7              MR. KVERNE:  I'm sorry.

8              MR. TARJAN:  That was an objection as to form.

9    BY MR. KVERNE:

10       Q.    Ms. Rose?

11       A.    I don't know.

12             MR. KVERNE:  Just trying to think.  Sorry, give

13       me one moment.  I don't have any further questions,

14       Mr. Tarjan.  Thank you for talking with me, Ms.

15       Rose.  Mr Tarjan?

16             MR. TARJAN:  I have some questions.  One

17       second.  I'm going to share my screen.

18             MR. KVERNE:  That's fine.  What are you going

19       to show, the photos?

20             MR. TARJAN:  Yeah I'm going to --

21                        CROSS-EXAMINATION

22    BY MR. TARJAN:

23       Q.    Ms. Rose, can you see on your screen a picture?

24       A.    Yes, sir.

25       Q.    And, yes, I'm going to show the photo from

Anthony Rose
November 01, 2024

1   before.  This is a photo of Michelle McKinney provided by

2   the Department of Corrections.  Is this the McKinney that

3   you were referring to earlier?

4        A.   Yes, sir.

5        Q.   Actually, now I've put another photo on your

6   screen.  This is according to the sheet, Charles Gaddis.

7   Do you recognize this person?

8        A.   No, sir.

9        Q.   I've just changed to another photo.  Do you

10  recognize this person?

11       A.   Yes, sir.

12       Q.   Is that Brandon Williams?

13       A.   Yes, sir.

14       Q.   Is that your ex?

15       A.   Yes, sir.

16       Q.   And was his nickname Mississippi?

17       A.   Yes.

18       Q.   One second.  Thanks for your patience.  I'm

19  going to share my screen one more time.  This is going to

20  be -- I think this is the photo Mr. Kverne just showed

21  you.  All right.  Do you see -- no, I didn't share that.

22  Sorry.  Okay, do you see on your screen the photo that

23  was previously shown?

24       A.   Yes, sir.

25       Q.   I'm just going to zoom out.  So this appears to

Anthony Rose
November 01, 2024

Page 26

1   be a photo from behind some bars.  Is this photo appear

2   to be taken from inside, like an officer station as far

3   as you know?

4        A.   Yes, sir.

5        Q.   I'm zooming back in.  I just wanted to clarify

6   for the record, there's three yellow kind of entrance

7   ways here.  Do you see that?

8        A.   Yes, sir.

9        Q.   Now, just so we have it cleanly on the record,

10  the yellow entrance that is most to the left.  Okay.

11  What is that entrance?

12       A.   That's where -- that's where we shower at.

13       Q.   And then there's kind of -- Mr. Kverne was

14  pointing to kind of a -- just to the right of that first

15  entrance.  Is that correct?

16       A.   Yes, that's, that's the piece of the wall.

17  That is -- it's the same thing where the main shower is.

18  It's, it's a wall piece and it covers the bottom part.

19  But when you walk in, you can turn to your left.

20       Q.   So we talked about a first entrance way on the

21  left and then on the other side of this kind of wall

22  piece, there's like a middle entrance way.  That's also

23  to the shower area?

24       A.   Yes, sir.

25       Q.   So to the right, to the third yellow box --

Anthony Rose
November 01, 2024

Page 27

1  well, what is this yellow box to the right entrance way?

2      A.   That's the main showers.

3      Q.   That's the main shower.  And can you walk from

4  the middle -- If you enter into the middle yellow area,

5  can you walk through to this right side, yellow shower

6  area?

7      A.   Yes, you walk to both of them.

8      Q.   Now moving further to the right, there's a

9  doorway here.  Do you see that?

10     A.   Yes, sir.

11     Q.   Do you know if anything is kept in that --

12  well, what's on the other side of that door?

13     A.   Other side of the door is, is the -- that's,

14  that's where everything is at.  The pipes, the drain

15  pipes and everything for the showers and the -- in the

16  walls and stuff for the toilets.

17     Q.   And were mops and -- well, were there mops and

18  buckets and brooms in the dorm when you were there?

19     A.   Yes.

20     Q.   Do you know where they were typically kept?

21     A.   We normally kept them right there.  We normally

22  keep them just out in the open.

23     Q.   When you say right there, do you mean in front

24  of this door?

25     A.   Yes.

1      Q.   And moving to the right, there's like a fourth

2   entrance way all the way to the right -- well, not all --

3   the right of that door, is that the toilet area?

4      A.   Yes, sir.

5      Q.   And so the area where the screws were up with

6   a, like, a blanket going across.  Which yellow space was

7   Â -- which yellow entrance way was that?

8      A.   Well, if you go to the middle part right there,

9   you can zoom in and -- okay, now you see where the guy is

10  at on your left, right there when you -- where you at

11  right now as soon as you walk in, you can look to your

12  left or you can look to your right.

13           And you're looking at, on your right hand side,

14  you're looking at the main showers.  When you turn to

15  your left, you're going to walk in a little bit, like

16  take about four steps and then you can make another left

17  or right and you'll be at the showers, you'll be at the

18  sinks.

19      Q.   So there's the three yellow entrance areas,

20  we're talking about the middle one.  You walk into the

21  middle one to your right is the shower area.

22      A.   Yeah.

23      Q.   But if you go a few feet more and you turn to

24  the left.  So we're kind of in the left yellow entrance

25  area, that's where the sinks are, where people took bird

Anthony Rose
November 01, 2024

Page 29

 1  baths?

 2      A.  Yes, sir.

 3          MR. TARJAN:  I don't have any additional

 4      questions.  Thank you.  Mr. Kverne?

 5          MR. KVERNE:  You don't have any further

 6      questions, you said?  I'm sorry.

 7          MR. TARJAN:  No.

 8                  REDIRECT EXAMINATION

 9  BY MR. KVERNE:

10      Q.  I just want to clarify something.  One second.

11  Sorry, it was just about the pictures.  You see this

12  picture here, right?

13      A.  Yes, sir.

14      Q.  This is from outside the officer station,

15  right?

16      A.  Yes, sir.

17      Q.  So I'm going to zoom in again a little bit

18  right here, the left and the right and the center where

19  the bathroom area is, where the shower and everything,

20  that's where I'm zoomed in right now, right?

21      A.  Yes, sir.

22      Q.  So I was asking you about this opening on the

23  left here, the far left opening that's a window, right?

24  That doesn't go all the way to the floor?

25      A.  No.

Anthony Rose
November 01, 2024

1        Q.    It's not a window or it is a window?

2        A.    It's not a window.  That's open -- that's open

3    space.  And you can put your hand.  That's a wall --

4    that's a wall area.  And you can put your hand exactly on

5    the wall or reach across and your hand will go on the

6    other side of the wall.

7        Q.    Sorry, we're using different ways of window.

8    I'm not meaning to say that there's glass or something in

9    the way.  But I'm saying that there's an opening there

10   that doesn't go to the floor.  It stops about halfway up,

11   right?

12       A.    Yes.

13       Q.    That's what I mean by window.  I don't mean

14   physically like a piece of glass or something.  I mean a

15   window as it isn't a doorway that goes all the way to the

16   ground, right?

17       A.    Yes, sir.

18       Q.    Am I correct that it doesn't go all the way to

19   the ground?

20       A.    Correct.  No, it goes all the way to the

21   ground.

22       Q.    I'm sorry, what?

23       A.    It goes all the way to the ground, sir.

24       Q.    This opening goes all the way to the ground?

25       A.    That part -- if you go right there where you

Anthony Rose
November 01, 2024

 1  just was at that wall part right there, it goes all the

 2  way to the ground.

 3      Q.   So there's about a wall like halfway up, right?

 4  And then there's an opening, but the opening itself does

 5  not go all the way to the ground.  Like it's not a

 6  complete doorway.

 7          MR. TARJAN:  Objection as to form.  But you can

 8      answer.

 9  BY MR. KVERNE:

10      Q.   Am I correct?

11      A.   Correct.

12      Q.   And then on the right side, it's the same type

13  of thing.  There's about a wall that goes like a little

14  bit, couple feet off the ground and then there's an

15  opening that you can see through?

16      A.   Yes.

17      Q.   But the opening itself does not -- like you

18  can't walk straight in there.  You'd have to go through

19  the middle opening to get to there, right?

20      A.   Correct.

21      Q.   And the same thing is true on the left hand

22  side?

23      A.   Correct.

24          MR. KVERNE:  Thank you.  I just wanted that

25      clarification.  I appreciate it.  Okay.

Anthony Rose
November 01, 2024

Page 32

 1          MR. TARJAN:  Did you have more questions, Mr.

 2     Kverne?

 3          MR. KVERNE:  Hold on one second.  Okay, I don't

 4     have any further questions.  Do you have any follow

 5     up, Mr. Tarjan?

 6          MR. TARJAN:  I do, thank you.  I'm going to

 7     share my screen.

 8          MR. KVERNE:  That's fine.

 9               RECROSS EXAMINATION

10  BY MR. TARJAN:

11     Q.   Ms. Rose, do you see this pretty much the same

12  picture on your screen?

13     A.   Yes, sir.

14     Q.   So now we talked about there's this kind of

15  yellow lighted area, and from what you said, it seems

16  that to get in there, you walk in through the center

17  entranceway to get to the left or to the right.  Is that

18  correct?

19     A.   That's correct.

20     Q.   Now there's also the toilet area more to the

21  right on the other side of this door.  Can you go from

22  the yellow lit area to the toilet area without having to

23  come back out into the sleeping bay area?

24     A.   You have to come out, sir.

25     Q.   And what is in the toilet area?  Are there

Anthony Rose
November 01, 2024

Page 33

1  sinks in there?

2      A.   No, sir.

3           MR. TARJAN:  I have no further questions.

4           MR. KVERNE:  No further questions.  Thank you,

5      Ms. Rose, I appreciate it.  You've actually been

6      extremely helpful in walking us through these

7      particular photographs and stuff and explaining

8      everything a little bit more.  That was actually

9      extremely helpful.  So thank you.

10          Mr. Tarjan is going to arrange for you to be

11     able to read the copy of the transcript to make sure

12     it's accurate.  And, yeah, I wish you the best of

13     luck and I want you to have a good day.  Okay?

14          THE WITNESS:  Yes, sir.

15          THE REPORTER:  Do I have any transcript orders?

16          MR. KVERNE:  Yeah, I'm going to request a copy

17     of the transcript.  Just an electronic copy.

18          MR. TARJAN:  I'll order it as well.

19     Electronic, no rush.

20          THE REPORTER:  I have that noted.  And I know

21     you guys showed a couple of photos.  Will any of

22     those photos be entered in as exhibits or are they

23     just examples?

24          MR. KVERNE:  I was using it as an example.  I

25     was not planning to introduce them as exhibit.  Mr.

1   Tarjan?

2        MR. TARJAN:  I'm thinking.  Yes, I would like

3   to introduce this as an exhibit and I can tell you

4   what it was if Mr. Kverne has no objection.

5        MR. KVERNE:  No objection.  No.

6        MR. TARJAN:  It's image 9139.  So it's IMG

7   9139.JPEG, move to introduce.

8        (Plaintiff's Exhibit 1 marked for

9   identification.)

10       MR. KVERNE:  No objection.  The only thing that

11  I would request is, as Mr. Tarjan knows, this is

12  inside a corrections institution.  Is there any way,

13  Madam Court Reporter, you can denote it as kind of

14  like being sealed or confidential or something like

15  that?

16       THE REPORTER:  Yes.

17       MR. KVERNE:  Can you please note it in that

18  particular fashion?

19       THE REPORTER:  Will do.  I'm just taking a note

20  down for that.

21       MR. KVERNE:  Yes.  Ms. Rose, we're done with

22  you.  We don't need anything else from you, so

23  you're free to go if you'd like.  It's up to you.

24       THE WITNESS:  Yes, sir.

25       THE REPORTER:  I'm going to officially close

Anthony Rose
November 01, 2024

Page 35

1    off the record.  The time is 2:46 p.m. eastern

2    standard time.

3        (Deposition concluded at 2:46 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Anthony Rose
November 01, 2024

Page 36

1                        CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6         I, the undersigned authority, Latarica Burr, Notary

7    Public, certify that ANTHONY ROSE remotely appeared

8    before me and was duly sworn on November 1, 2024.

9         WITNESS my hand and official seal this 6th day of

10   November 2024.

11

12

13   _____

14   Latarica Burr
     Notary Commission FL HH 70194
     Commission Expires: December 8, 2024

15

16

17

18

19

20

21

22

23

24

25

Anthony Rose
November 01, 2024

Page 37

1                    CERTIFICATE OF DIGITAL REPORTER

2

3          I, LATARICA BURR, a Digital Reporter and Notary

4    Public within and for the State of Florida, do hereby

5    certify:

6

7          That the foregoing proceeding hereinbefore set forth

8    was accurately captured with annotations by me during the

9    proceeding.

10

11         I further certify that I am not related to any of

12   the parties to this action by blood or marriage, and that

13   I am in no way interested in the outcome of this matter.

14

15         IN WITNESS THEREOF, I have hereunto set my hand this

16   1st day of November, 2024.

17

18

19         _____

           Latarica Burr, Notary
20         Notary Commission FL HH 70194
           Commission Expires: December 8, 2024
21

22

23

24

25

Anthony Rose
November 01, 2024

Page 38

```
 1  NOVEMBER 5TH, 2024

 2  ANTHONY ROSE DC#C06011  c/o JOSHUA MOROSS TARJAN
    THE TARJAN LAW FIRM P.A.
 3  12372 SOUTHWEST 82ND AVENUE
    PINECREST, FLORIDA 33156
 4  IN RE: DEVON CURRIE DC# A51859 v. SGT. MCKINNEY AND JANE
    DOE
 5  CASE NO.: 5:23-cv-183-TKW/MJF

 6  Please take notice that on the 1st day of November 2024,
    you gave your deposition in the above cause. At that
 7  time you did not waive your signature.

 8  The above-addressed attorney has ordered a copy of
    this transcript and will make arrangements with you to
 9  read their copy. Please execute the Errata Sheet,
    which can be found at the back of the transcript, and
10  have it returned to us for distribution to all parties.

11  If you do not read and sign the deposition within 30
    days, the original, which has already been forwarded to
12  the ordering attorney, may be filed with the Clerk of
    the Court.
13
    If you wish to waive your signature now, please sign
14  your name in the blank at the bottom of this letter and
    return it to the address listed below.
15
    Very truly yours,
16
    Latarica Burr
17  Lexitas Legal
    fl.production@lexitaslegal.com
18  I do hereby waive my signature.

19  _____
    ANTHONY ROSE
20  Job No.:  382922

21

22

23

24

25
```

Anthony Rose
November 01, 2024

Page 39

1                          ERRATA SHEET

2                    DO NOT WRITE ON THE TRANSCRIPT
                     ENTER CHANGES ON THIS SHEET
3
    DEVON CURRIE DC# A51859 v. SGT. MCKINNEY AND JANE DOE
4   Deponent:  ANTHONY ROSE DC#C06011
    Date of Deposition:  November 1, 2024
5   Case No.:  5:23-cv-183-TKW/MJF

6   PAGE        LINE               REMARKS

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it
20  are true.

21
    Signature of Witness: _____
22
    Dated this _____ day of _____ , _____
23
    Email to fl.production@lexitaslegal.com
24  Job No.:  382922

25

Anthony Rose
November 01, 2024                                                                1

_____

**Exhibits**

382922AR
ose11012
4 PLF Ex
001
  3:11
  34:8

_____

**1**

1
  34:8
1:04
  4:4
1st
  4:3
  6:16

_____

**2**

2010
  6:23
2022
  10:11
2024
  4:3
  6:16
20th
  10:11
2:04
  4:1,3
2:46
  35:1,3

_____

**5**

5:23-cv-
183-tkw/
mjf
  6:1

_____

**9**

9139
  34:6
9139.
JPEG
  34:7

_____

**A**

ability
  8:22
accurate
  33:12
accurate
ly
  9:7
addition
al
  29:3
affirm
  5:7
afternoo
n
  4:5
  5:19
agree
  4:8,22
agreemen
t
  15:8,12
  21:10

alcohol
  8:11
allowed
  10:4
  15:25
  16:3
answers
  10:3
Anthony
  4:10
  5:12
  6:8
Apalache
e
  10:11
appearan
ce
  4:20
appears
  25:25
approach
  23:9
area
  16:10,
  12
  17:8,
  11,16,
  21
  18:6,
  21,23,
  24
  19:2,9
  20:4,9,
  10,13,
  24 22:4
  26:23
  27:4,6
  28:3,5,
  21,25
  29:19

30:4
32:15,
20,22,
23,25
areas
  9:23
  17:17
  28:19
arrange
  9:17,
  18,20
  10:7
  33:10
assigned
  4:7
Attorney
  4:25
  5:20
aware
  22:17

_____

**B**

back
  7:1
  10:4
  17:8
  18:13
  20:13
  22:3
  26:5
  32:23
bars
  26:1
based
  10:19
basicall
y
  9:22
  17:18

18:23
19:16
20:2,8,
12
bathroom
  15:8,10
  16:4
  29:19
bathroom
s
  17:9
baths
  29:1
bay
  14:23
  32:23
bedding
  18:5
began
  4:1
begin
  5:16
big
  23:21
bird
  28:25
bit
  19:12
  22:21
  28:15
  29:17
  31:14
  33:8
blanket
  15:16
  19:24
  28:6
blue
  12:16,

20,22
20:23
21:4
22:5
bottom
  26:18
box
  26:25
  27:1
Brandon
  11:15
  25:12
break
  7:23
brooms
  27:18
buckets
  27:18
bunk
  14:22
Burr
  4:6

_____

**C**

C06011
  6:12
called
  9:22
calling
  21:16
case
  4:10
  5:24,25
  6:3,17,
  24
  10:10
center
  29:18

32:16

central
4:4

chance
12:11

change
9:24
10:1,2

changed
25:9

Charles
11:25
12:10
25:6

choose
9:10

city
4:14,18
6:2

clarification
31:25

clarify
20:7
26:5
29:10

cleanly
26:9

clear
7:8

close
34:25

closet
21:24,
25
22:1,21
23:5,8,
12

cloth
21:5

color
12:17

Columbia
4:17

community
23:17,
18,21

complete
31:6

concluded
35:3

confidential
34:14

confinement
13:20
24:1

connect
22:14

constantly
21:9

conversation
9:6

copy
9:7,10,
13,15,
21
33:11,
16,17

correct
6:2,14
26:15

30:18,
20
31:10,
11,20,
23
32:18,
19

Correctional
4:17
10:12

corrections
4:14
25:2
34:12

correctly
7:3
9:12

Counsel
4:19
5:15

couple
6:17
16:18,
24 19:7
31:14
33:21

court
7:6,25
9:11,14
34:13

cover
20:24

covers
26:18

created
9:5

creating
7:6

criminal
6:24

CROSS-
EXAMINATION
24:21

Currie
4:11
5:25
6:18
11:11,
13
13:6,23
14:10,
11

cuss
23:25

D

Dantro
6:8

date
6:16

dating
11:22,
23

day
18:5
33:13

days
13:16

DC
6:11

DC#
C06011
5:12

denote
34:13

Department
4:13
25:2

deposed
6:20,22

deposition
4:10
6:14
35:3

Devon
4:11
5:24
6:8

DIRECT
5:17

District
6:1

divider
16:13,
14,15,
16

Division
6:2

door
27:12,
13,24
28:3
32:21

doorway
27:9
30:15
31:6

dorm
10:13,
22,24

11:1,3
12:22
13:9,
12,15,
16,18,
19,24
14:14,
25 15:2
17:2
19:4
21:6
23:20
27:18

drain
27:14

drape
19:25

drugs
8:11,15

Due
23:17

duly
5:13

E

earlier
23:4
25:3

eastern
4:4
35:1

electronic
33:17,
19

enter
27:4

entered
33:22

entire
10:3
entrance
22:4
26:6,
10,11,
15,20,
22 27:1
28:2,7,
19,24
entrance
way
32:17
Erik
4:24
5:19
errata
9:22
et al
4:11
EXAMINAT
ION
5:17
29:8
32:9
examined
5:13
examples
33:23
Excuse
4:5
exhibit
33:25
34:3,8
exhibits
33:22
explaining
ng
33:7

extremel
y
20:21
33:6,9

_____

F

facts
23:15
fashion
34:18
favors
23:10
feel
23:24
feet
28:23
31:14
fight
13:21
14:23
fighting
13:20
filed
6:18
fill
9:23
fine
24:18
32:8
firm
4:21
5:4
floor
17:20,
22 18:1
20:1
29:24
30:10

Florida
4:6,18
6:2
follow
32:4
form
24:5,8
31:7
fourth
28:1
free
34:23
Friday
6:16
friends
11:13,
17
front
27:23
full
6:7

_____

G

Gaddis
11:25
12:10
13:4
25:6
gang
11:1,6,
7 14:4,
9,12,
15,20,
23
15:24
16:1
20:19
21:13
22:22

23:5,7
gap
17:24,
25
gay
13:2,6,
9,24
14:14
15:9,18
19:4
20:15,
20
21:21,
22
gays
11:2
14:21
general
4:25
5:21
22:23
23:6,7
give
5:8
16:23
18:20
22:20
24:12
glad
8:16
23:19
glass
30:8,14
good
4:5
5:19
7:5
8:16
33:13

ground
19:25
30:16,
19,21,
23,24
31:2,5,
14
guess
21:23
guy
28:9
guys
15:8
18:13
33:21

_____

H

halfway
30:10
31:3
hand
5:6
17:13
19:17,
19 22:8
28:13
30:3,4,
5 31:21
hanging
19:23
happen
9:16
happened
10:12
hear
8:16
23:2
heard
12:4

heed
11:4
helpful
20:21
33:6,9
hinted
22:20
Hold
23:1
32:3
holes
17:17
honest
9:1
hook
19:24
housed
14:22

_____

I

identifi
cation
4:14
34:9
identifi
ed
4:13
ignore
23:25
image
34:6
IMG
34:6
impact
8:21
incident
10:11,
16

22:17
23:15,
16,22
**incorrectly**
9:24
**indiscernible**
14:10
**individual**
12:8,15
**individuals**
14:16,
17
15:18
**influence**
8:11
**inmate**
12:6
**inmates**
20:9
**inside**
10:22,
24 11:1
17:25
26:2
34:12
**institution**
4:18
10:12
34:12
**interactions**
15:5

**introduce**
33:25
34:3,7
**involved**
13:21
**involves**
10:10
**inwards**
20:3
**issue**
16:20
**issues**
13:8
14:18
21:9
22:18

———————

**J**

**job**
7:5,16
**Josh**
5:3
**judge**
8:3,6
**July**
10:11

———————

**K**

**kind**
15:8
18:1,16
19:21
21:24
26:6,
13,14,
21
28:24

32:14
34:13
**Kings**
11:8,9
13:9
14:19
15:1,4,
9 16:2
19:3
21:9
23:11
**knew**
10:21
12:20
**knowledge**
10:15
**Kverne**
4:24
5:18,
20,24
6:5
9:16,19
16:17,
22
24:7,9,
12,18
25:20
26:13
29:4,5,
9 31:9,
24
32:2,3,
8 33:4,
16,24
34:4,5,
10,17,
21

———————

**L**

———————

**Lake**
4:18
**Latarica**
4:5
**Latin**
11:9
13:9
14:19
15:1,4,
9 16:2
19:3
21:9
23:11
**Law**
5:4
**leave**
13:18
15:2
**left**
10:22
13:15,
16,18
18:7
19:16,
19
20:3,6,
12,16,
18 21:3
22:7,
10,12
26:10,
19,21
28:10,
12,15,
16,24
29:18,
23
31:21

32:17
**Lexitas**
4:7
**LGBTQ**
23:18
**lighted**
32:15
**lines**
9:23
**lit**
32:22
**litigating**
10:10
**located**
4:15
**locker**
21:17
**lot**
23:18
**luck**
33:13

———————

**M**

**Madam**
7:25
34:13
**main**
20:9
26:17
27:2,3
28:14
**make**
7:2 9:7
21:15
28:16
33:11

**marked**
34:8
**Mckinney**
4:11
5:1,22,
25
23:23
24:2
25:1,2
**meaning**
30:8
**medications**
8:17,
19,21
**member**
14:11,
23
21:13
**members**
11:1,6,
7 13:9
14:4,9,
14,15,
20
15:9,24
16:1
20:15,
19
22:22
23:5,7
**Michelle**
4:11
5:1,22
25:1
**middle**
18:24
20:19
26:22
27:4

28:8,
20,21
31:19
**Mississi
ppi**
12:4,6,
10,12,
13
25:16
**mixtures**
23:8
**Mm-hmm**
12:18
**moment**
22:20
24:13
**mops**
27:17
**move**
19:15
34:7
**moving**
18:17
22:9
27:8
28:1

_____

**N**

**names**
6:9
15:5
**nature**
14:24
23:10
**nickname**
12:4,
16,20
25:16

**nickname
s**
15:5
**night**
22:17
24:3
**nonverba
l**
7:8
**Northern**
6:1
**notary**
4:6
**note**
34:17,
19
**noted**
33:20
**November**
4:3
6:16
**number**
5:24,25
6:3,11

_____

**O**

**oath**
4:23
**object**
8:5
**objection**
24:5,8
31:7
34:4,5,
10

**objectio
ns**
8:4
**occurred**
10:11
**Office**
4:25
5:20
**officer**
5:21
17:4
26:2
29:14
**officers**
11:4
23:22
**officiall
y**
34:25
**ongoing**
13:8
14:18
**open**
14:22
27:22
30:2
**opening**
18:24
29:22,
23
30:9,24
31:4,
15,17,
19
**order**
33:18
**orders**
33:15

**original**
20:7
**originall
y**
18:18
**Outcast**
14:8,9,
11,15

_____

**P**

**P-**
10:12
**P-DORM**
15:14
**p.m.**
4:1,4
35:1,3
**pages**
9:23
**Panama**
6:2
**part**
18:5
19:13
23:20
26:18
28:8
30:25
31:1
**parties**
4:8
**patience**
25:18
**people**
10:19,
21
11:3,5
18:4

20:20
21:20
22:20,
23
23:4,6,
7,17
28:25
**Perfect**
4:19
**period**
13:12
15:25
20:1
**person**
25:7,10
**personal**
10:15
**phonetic**
11:25
**photo**
24:25
25:1,5,
9,20,22
26:1
**photogra
phs**
33:7
**photos**
24:19
33:21,
22
**physical
ly**
30:14
**picture**
16:25
17:2
18:25
19:8,9

20:8
22:3
24:23
29:12
32:12
**pictures**
16:18,
24 19:7
29:11
**piece**
26:16,
18,22
30:14
**pipes**
27:14,
15
**place**
4:22
13:17
**plaintif
f**
5:4
**plaintif
f's**
34:8
**planning**
33:25
**pointing**
20:22
26:14
**portion**
21:4
**portions**
9:24
**positive
ly**
4:13
**present**
10:13

22:16
**presently**
4:15
**pretty**
17:4
21:10
32:11
**previously**
25:23
**problem**
21:11,
12,13
**proceeding**
4:23
**Proceedings**
4:1
**protecting**
11:5
**provided**
25:1
**pull**
20:23
**put**
15:15
18:4
21:2
25:5
30:3,4

---

**Q**

**question**
7:11,
13,15,

20 8:7
22:2
23:2
**questions**
6:17
7:4
8:5,6
10:5
24:13,
16
29:4,6
32:1,4
33:3,4
**quick**
16:20
17:7
19:8
22:4

---

**R**

**raise**
5:6
**reach**
30:5
**read**
9:7,10,
11,13,
15,17,
21
33:11
**real**
12:21
16:20
17:7
19:8
22:4
**reason**
8:24

9:1
**recognize**
25:7,10
**recommend**
9:9
**record**
4:2,12,
21 6:7
26:6,9
35:1
**RECROSS**
32:9
**REDIRECT**
29:8
**referenced**
14:16
**referring**
11:6
22:22,
23
23:5,6
25:3
**reflected**
7:9
**regular**
15:22
18:18
20:20
**relates**
15:7
**remarks**
21:15
**remember**
7:19,

20,21
13:15
15:4
**remote**
4:10
**remotely**
4:23
**rephrase**
7:16
**report**
4:23
**reporter**
4:2,6,
19 5:5,
15 7:6,
25
9:11,14
33:15,
20
34:13,
16,19,
25
**reporting**
9:11
**represent**
4:21
5:1,21
**request**
4:8
33:16
34:11
**responses**
7:8
**restroom**
16:8

**room**
18:5
**Rose**
4:10
5:12,19
6:6,8,
10 8:1
24:10,
15,23
32:11
33:5
34:21
**rules**
7:1,2
**running**
21:9
**rush**
33:19

---

**S**

**screen**
16:25
18:21
24:17,
23
25:6,
19,22
32:7,12
**screwed**
15:15
**screws**
15:15
16:11
18:3,4
19:13,
14,16,
25
20:14
28:5

**sealed**
34:14
**separate**
16:12
**set**
16:5,6
**sexual**
23:9
**share**
24:17
25:19,
21 32:7
**sharing**
18:20
**she'll**
23:25
**sheet**
9:22
25:6
**show**
16:17,
23
19:7,8
24:19,
25
**showed**
18:25
20:8
25:20
33:21
**shower**
15:10,
13,16,
19
16:2,3,
11,12
18:18,
21
19:3,4,

5 20:4,
9,10,
15,20,
24
21:14
26:12,
17,23
27:3,5
28:21
29:19

**showering**
15:7

**showers**
15:22
16:5,6
18:6,
12,14
19:10
20:17
21:10
27:2,15
28:14,
17

**shown**
25:23

**side**
16:8,9
18:11
19:17,
19,20
26:21
27:5,
12,13
28:13
30:6
31:12,
22
32:21

**silly**
8:10

**sinks**
15:14,
16 16:6
18:12,
13
20:13
21:15
28:18,
25 33:1

**sir**
5:23
6:15,
19,21,
25
7:10,
14,18,
22 8:2,
9,12,
18,23
9:1
10:6,9,
14
11:10,
12,14,
16,20,
24
12:1,3,
5,7,9
13:1,3,
5,7,11,
14,22,
25
14:3,6,
10,13
15:3,6,
11
16:5,16
17:1,3,
6,10
18:15,
19
19:6,

11,18,
23
20:11
21:7
22:15,
19
23:3,13
24:24
25:4,8,
11,13,
15,24
26:4,8,
24
27:10
28:4
29:2,
13,16,
21
30:17,
23
32:13,
24
33:2,14
34:24

**sleeping**
32:23

**sly**
21:15,
19

**solid**
22:6,
10,13

**sound**
8:10

**space**
15:14
28:6
30:3

**specific**
9:24

**specific
ally**
10:12
15:1

**stab**
14:23

**stabbed**
11:3

**stalls**
16:7

**standard**
4:4
35:2

**state**
4:15,20
6:6

**station**
17:5
26:2
29:14

**steps**
28:16

**stipulat
e**
4:8,22
5:2,4

**stops**
30:10

**straight**
31:18

**stuff**
16:11
27:16
33:7

**substanc
e**
10:3

**supposed**

15:18,
21
19:2,10

**swear**
5:5,7

**sworn**
5:13

——————

**T**

**taking**
6:13
11:4
19:3,10
20:10,
17
34:19

**talk**
16:19

**talked**
16:18
20:14
26:20
32:14

**talking**
17:11
24:14
28:20

**Tarjan**
5:3
6:3,4
7:24
8:4
9:9,16,
18,20
10:7
16:17,
21
24:5,8,
14,15,

16,20,
22
29:3,7
31:7
32:1,5,
6,10
33:3,
10,18
34:1,2,
6,11

**technolo
gy**
4:9

**telling**
21:18
23:18

**tension**
11:2

**term**
21:23,
25

**testifie
d**
5:14

**testimon
y**
5:7

**thing**
20:22,
23
21:5,24
22:5
26:17
31:13,
21
34:10

**things**
7:8
10:1
23:10

Anthony Rose
November 01, 2024

8

thinking
34:2
Thorazine
8:20
throw
23:25
time
4:3,4
10:25
12:22
13:12
25:19
35:1,2
Tire(
phonetic
)
6:10
today
4:3 5:8
6:13
8:4,7,
8,11,
22,25
9:6
today's
6:16
toilet
17:11,
15 28:3
32:20,
22,25
toilets
27:16
told
10:19,
21
total
13:25

14:2
transcri
bed
9:8,25
transcri
pt
7:6,9
9:5,21
33:11,
15,17
trick
7:16
true
31:21
trust
9:11,13
truth
5:8,9
truthful
8:22,25
9:2
turn
26:19
28:14,
23
type
14:4
31:12
types
8:6
typicall
y
27:20

_____

U

undercov
er
21:20,

21
understa
nd
7:15,25
understa
nding
23:12

_____

V

verbally
7:4
versa
8:5
versus
10:2
vice
8:5
videocon
ference
4:9
Vistaril
8:20

_____

W

walk
22:6,
10,12
26:19
27:3,5,
7
28:11,
15,20
31:18
32:16
walking
33:6
wall

16:8,9,
12,14,
15,16
17:18,
25
19:12,
14
22:5,6,
10,13,
14
26:16,
18,21
30:3,4,
5,6
31:1,3,
13
walls
15:15
27:16
wanted
15:1
26:5
31:24
ways
26:7
30:7
whatsoev
er
8:15
Williams
11:15
12:12,
13,24
13:23
25:12
window
18:2,17
19:21
20:14,
24

29:23
30:1,2,
7,13,15
windows
17:18
work
4:25
5:20

_____

Y

yellow
26:6,
10,25
27:1,4,
5 28:6,
7,19,24
32:15,
22

_____

Z

zoom
6:14
17:7
25:25
28:9
29:17
zoomed
17:8
29:20
zooming
26:5