# Exhibit F

Chad Shaw
October 14, 2024

1                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF FLORIDA
2                            PANAMA DIVISION

3                    CASE NO. 5:23-CV-183-TKW/MJF

4
     DEVON CURRIE
5    DC#A51859,

6            Plaintiff,

7    vs.

8    SERGEANT MCKINNEY AND
     JANE DOE,
9
             Defendants.
10   _____/

11

12

13                    REMOTE DEPOSITION OF

14                    CHAD SHAW, DC#347470

15                Monday, October 14, 2024
                  10:12 a.m. - 1:06 p.m.

16

17            LOCATION:  Remote via Zoom
                        Sneads, FL

18

19            Reported by:  Christina Brownlee
                        CER-3680

20

21   Job No.:  380766

22

23

24

25

Chad Shaw
October 14, 2024

Page 2

```
 1    APPEARANCES:

 2    On behalf of Devon Currie:

 3         The Tarjan Law Firm P.A.
           12372 Southwest 82nd Avenue
 4         Pinecrest, Florida 33156-5223
           ph:  305.423.8747
 5         josh@tarjanlawfirm.com
           (Via Zoom)
 6
           BY:  JOSHUA TARJAN, ESQ.
 7
      On behalf of Sergeant McKinney and Jane Doe:
 8
           Florida Office of the Attorney General
 9         The Capitol
           Suite PL-01
10         Tallahassee, Florida 32399
           ph:  850.414.3300
11         erik.kverne@myfloridalegal.com
           (Via Zoom)
12
           BY:  ERIK KVERNE, ASSISTANT ATTORNEY GENERAL
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Chad Shaw
October 14, 2024

Page 3

1                          INDEX OF EXAMINATION

2

3    EXAMINATION:                                      PAGE

4    Testimony of Chad Shaw

5    Direct Examination by Mr. Kverne               8
     Cross-Examination by Mr. Tarjan               42
6    Redirect Examination by Mr. Kverne            119
     Recross-Examination by Mr. Tarjan             122
7    Further Redirect by Mr. Kverne                128

8                          INDEX TO EXHIBITS

9    COURT'S                DESCRIPTION             PAGE

10   Exhibit A     McKinney Photo                   43

11   Exhibit B     Brandon Williams photo           47

12   Exhibit C     Devon Currie photo               47

13   Exhibit D     Charles Gaddis photo             47

14   Exhibit E     Cody Parker photo                45

15   Exhibit F     Louis Rodriguez photo            47

16   Exhibit G     Wilson Rodriguez photo           48

17   Exhibit H     Alfredo Pedro photo              49

18   Exhibit I     Rascual Rentas photo             50

19   Exhibit K     Richard Ultria photo             51

20   Exhibit L     Alfonza Ward photo               53

21   Exhibit M     Michael Marceau photo            54

22   (Reporter's Note: Exhibits retained by counsel for
     Plaintiff.)
23

24

25

Chad Shaw
October 14, 2024

Page 4

1    Proceedings began at 10:12 a.m.:

2         THE REPORTER:  We are going on the record.

3    Today is October 14th, 2024, and the time is 10:12

4    a.m. Eastern Standard Time.  Good morning.  My name

5    is Christina Brownlee, and I'm the Washington

6    notary and reporter assigned by Lexitas.  I request

7    all parties stipulate and agree that by video

8    conference technology, this will be the remote

9    deposition of Chad Shaw in the case of Devon Currie

10   v. Sergeant McKinney.

11        Before going on the record, the witness

12   positively identified themselves to me as Chad Shaw

13   by State Corrections ID card issued by the Florida

14   State Corrections Department.  And the witness is

15   presently located in Sneads, Florida.

16        Counsel, will you please state your appearance

17   for the record, your firm, who you represent, and

18   that you agree to stipulate that I may place this

19   witness under oath and report this proceeding

20   remotely?

21        MR. KVERNE:  My name is Erik Kverne.  I

22   represent Michelle (phonetic) McKinney.  And yes,

23   we so do stipulate that this Mr. Shaw.

24        MR. TARJAN:  And I'm Josh Tarjan.  I'm with

25   the Tarjan Law Firm.  I represent plaintiff Devon

Chad Shaw
October 14, 2024

Page 5

1    Currie, and we stipulate.

2        THE REPORTER:  Will the witness please raise

3    his right hand?

4        Do you swear or affirm the testimony you're

5    about to give is the truth, the whole truth, and

6    nothing but the truth?

7        THE WITNESS:  Yes, ma'am.

8        CHAD SHAW, having been first duly sworn, was

9    examined and testified as follows:

10        THE REPORTER:  Counsel, you may begin.

11        MR. KVERNE:  Good morning, Mr. Shaw.  As I

12    indicated before, my name is Erik Kverne.  I've

13    spoken with you, I think twice, correct?

14        THE WITNESS:  Yes, sir.

15        MR. KVERNE:  And I represent an officer by the

16    name of Michelle McKinney.  Do you know who Ms.

17    McKinney is?

18        THE WITNESS:  Yes.

19        MR. KVERNE:  So I'm here to take your

20    deposition in this case.  Have you ever taken a

21    deposition before?

22        THE WITNESS:  No, sir.

23        MR. KVERNE:  So I'll go over a couple of rules

24    or a couple rules related to that.  But this case

25    number is -- or the case title is Devon Currie v.

Chad Shaw
October 14, 2024

Page 6

1    McKinney and others, 5:23-cv-183-TKW/MJF in the

2    Northern district of Florida, Panama City Division.

3         Is that correct, Mr. Tarjan?

4         MR. TARJAN:  I believe that's correct.  I was

5    not tracking it, but I'm sure you're correct.

6         MR. KVERNE:  And then, Mr. Shaw, can you state

7    your full name for me, please?

8         THE WITNESS:  Chad Terrell (phonetic) Shaw.

9         MR. KVERNE:  And what is your DC number?

10        THE WITNESS:  347470.

11        MR. KVERNE:  And we're doing a deposition

12   that's conducted here over Zoom today; is that

13   correct?

14        THE WITNESS:  Yes, sir.

15        MR. KVERNE:  And today's date is Monday

16   October 14th, 2024; is that correct?

17        THE WITNESS:  Yes, sir.

18        MR. KVERNE:  And you indicated before that

19   you've never been deposed before, right?

20        THE WITNESS:  Right.  Yes, sir.

21        MR. KVERNE:  So you're doing a good job of it

22   so far trying to answer the questions verbally for

23   me.  If you answer the questions nonverbally, the

24   court reporter is just going to create --

25   basically, she's creating a transcript of the

Chad Shaw
October 14, 2024

Page 7

```
 1   entire conversation.  And if you just answer the

 2   question nonverbally, she's just going to put nods

 3   head or shakes head and it isn't really helpful,

 4   okay?

 5        THE WITNESS:  Yes, sir.

 6        MR. KVERNE:  If you don't understand the

 7   question, please ask me to rephrase it.  I'll do my

 8   best to rephrase it and ask you the question in a

 9   manner that you understand, okay?

10        THE WITNESS:  Okay.

11        MR. KVERNE:  If you don't know the answer to a

12   question, it's okay to say, I don't know.  That's

13   an acceptable answer if you really don't know the

14   answer to a question, okay?

15        THE WITNESS:  Okay.

16        MR. KVERNE:  If you need to take a break or

17   anything, please just let us know.  I'll be happy

18   to take a break and we can come back and we can

19   finish up the deposition.

20        Same with you, Madam Court Reporter.

21        Same with you, Mr. Tarjan.

22        Okay, Mr. Shaw?

23        THE WITNESS:  Yes, sir.

24        MR. KVERNE:  The way objections work,

25   Plaintiff's counsel may have some degree of
```

Chad Shaw
October 14, 2024

Page 8

1      objections based on some questions that I may ask
2      you.  We don't have a judge here today, so even if
3      he objects to a question, you still have to answer
4      the question for me here today, okay?
5           THE WITNESS:  Okay.
6           MR. KVERNE:  Basically, it's to preserve the
7      record if I were to basically try to use that
8      portion of the transcript in the future, okay?
9           THE WITNESS:  Okay.
10                    DIRECT EXAMINATION
11   BY MR. KVERNE:
12      Q.  Do you take any medications or anything?
13      A.  I take Zoloft and BuSpar.  Depression
14   medication.
15      Q.  Would either of those medications impact your
16   ability to be truthful here today?
17      A.  No, sir.
18      Q.  Are you under the influence of drugs or
19   alcohol today?
20      A.  No, sir.
21      Q.  Is there any reason why you would not be able
22   to be truthful with me here today?
23      A.  No, sir.
24           MR. KVERNE:  Now, as I indicated, the court
25      reporter, she's creating a transcript of everything

Chad Shaw
October 14, 2024

Page 9

1    that's being said.  She's basically documenting

2    all the conversations that we've had, okay?

3        THE WITNESS:  Okay.

4        MR. KVERNE:  You have the right to read a copy

5    of the transcript if you choose to do so.  The

6    purpose of that is -- you won't be able to keep a

7    copy of it.  You can purchase a copy of it from the

8    court reporter if you choose to do so, but you can

9    read it to make sure it's accurate.  So like for

10   example, if the court reporter transcribed

11   something as she and you really meant he, you can

12   change that.  And there's going to be a sheet

13   called an errata sheet where you can change that --

14   notate where it is and where the change should be

15   made, okay?

16       THE WITNESS:  Okay.

17       MR. KVERNE:  Now you can waive reading of the

18   transcript if you choose to do so.  But it's

19   ultimately your decision what you'd like to do.

20   Would you like to read a copy or would you like to

21   waive the reading and trust the court reporter?

22       THE WITNESS:  Trust the court reporter.

23       MR. KVERNE:  So Madam Court Reporter, he's

24   just going to waive the reading at this time and

25   he'll just trust your ability to properly

Chad Shaw
October 14, 2024

Page 10

1          transcribe.

2     BY MR. KVERNE:

3          Q.   Now, this case involves an incident that

4     occurred on July 20th, 2022.  Do you remember the

5     incident that I'm talking about?

6          A.   Yes, sir.

7          Q.   And this was at Apalachee Correctional

8     Institution, right?

9          A.   Yes, sir.

10         Q.   And what dorm did this occur in?

11         A.   P dorm, side 2.

12         Q.   P dorm, side 2?

13         A.   Yes, sir.

14         Q.   Now, can you describe the layout of the dorm

15    for me a little bit?  How is it laid out?

16         A.   It's, it's like a warehouse.  It's like a

17    warehouse type of dormitory with a bunch of bunk beds.

18    Like a -- like a barracks almost.

19         Q.   And you said it's P2.  Is there like a

20    sister -- is there an adjoining dorm as well that's

21    connected

22         A.   It's -- you have a officer station in the

23    middle.  You have P1 on one side, then the officer

24    station, and then on the other side is P2.

25         Q.   Are there any doors or anything that prevent

Chad Shaw
October 14, 2024

Page 11

1    the connection of the two dorms, or are they basically

2    the same area just with like a hallway or something?

3        A.   It's, it's two separate areas.  You have to go

4    outside the dorm to go to that other side.  So it's two

5    separate dorms really.

6        Q.   So you would have to exit the dorm, go into

7    like a little area in between, and then go into the

8    other dorm if you wanted to go into the other dorm?

9        A.   Yes.  You have to go -- you have to go outside

10   and walk over to the other dorm, and then they have to

11   pop you in their door to go in it.

12       Q.   And the officer station, where's the officer

13   station situated specifically in like this layout?

14       A.   Directly -- it's directly in the middle.

15       Q.   So it's after you exit P dorm 2 and after you

16   exit P dorm 1, there's like a middle area and that's

17   where the officer station specifically is?

18       A.   Yes, sir.

19       Q.   If you were to estimate -- you don't need to

20   be exact, and I'm not going to hold you specifically to

21   it.  What would be the distance from maybe the entrance

22   of P dorm 2 to P dorm 1?  What is that area in between?

23   How big is that area in between?

24       A.   Maybe six feet.

25       Q.   Six feet.  Okay.  So it's a very short -- it's

Page 12

1    a very small area?

2         A.   Yes.

3         Q.   Now the officer station itself, can you

4    describe the way that the officer station looks for me?

5         A.   It's a little small room with computer, the

6    desk, telephone.  And it's a door on each side -- a door

7    to where he can go out on P1 side, or he can go out the

8    door on P2 side.  So it's -- you have a -- like a

9    window.  It's windows and then like a little pull-box

10   slots to where like you got to put a request in or you

11   was requesting medication or something from the officer,

12   you have to -- like a little pull-box like almost.

13        Q.   Kind of like an mailing envelope slot kind of

14   thing?

15        A.   Yes, yes.  Yes, yes.

16        Q.   And to basically communicate with the officer

17   in the officer station, do you have to leave the dorm,

18   or can you remain in the dorm to communicate with that

19   officer?

20        A.   Remain in the dorm.

21        Q.   You can remain in the dorm?

22        A.   Yes.

23        Q.   Now, you said that there were two -- there

24   were doors that would go to either side.  Do those doors

25   lead specifically to the dorm, or do they lead to an

Chad Shaw
October 14, 2024

Page 13

 1    area between the two dorms?

 2        A.    When you exit either side, you're outside, and

 3    then it's a bunch of steps to where you go to the

 4    sidewalk.  So you have to exit the dorm, leave out, and

 5    then walk six feet, and then go in the other side.

 6        **Q.    So for the officer station, they would have to**

 7    **actually physically leave the dorm?**

 8        A.    See, the officer station sits -- okay.  When

 9    you come in the dorm, either side, you come in either P1

10    or P2, when you walk through the door, it's a -- like an

11    open area, maybe like, like a, a -- I see like a small

12    office area, area right there.  And then it's a cage

13    which has bars so you can't get in the officer station.

14    You have to open those bars for the officer to get in

15    there.  And then once he gets inside that cage, it's

16    locked.  Then they open the door for him to go in or she

17    to go in.

18        **Q.    And you said that the dorm itself, P dorm was**

19    **set up kind of like a military barracks, right?**

20        A.    Yes, yes.

21        **Q.    So a bunch of beds in the middle, bunk beds on**

22    **the side you said?**

23        A.    It's got all single bunks in the middle and

24    like along the walls you have bunk beds.  On both sides,

25    so.

Chad Shaw
October 14, 2024

Page 14

1    Q.    About how many people do you think were in

2  that dorm?  Like how many beds and stuff?

3    A.    Roughly 90 inmates.

4    Q.    Around 90?

5    A.    On each side.  Roughly 90 on each side.

6    Q.    Were there any other areas that the inmates

7  could access in the dorm?

8    A.    No.

9    Q.    Was there a bathroom or anything?

10    A.    Yes.

11    Q.    Where was the bathroom?

12    A.    So once you come in the dorm and you had that

13  little area -- you had the bedding area, the bathroom,

14  the toilet area, the shower -- everything is in the

15  back, all the way in the back.  So it's the furthest

16  thing away from the officer station.

17    Q.    So it's on the -- directly like caddy corner,

18  diagonal from the entrance of the dorm?

19    A.    As soon as you step through the door, and --

20  because like as soon as you step through the door, you

21  can walk down the aisle straight to the like toilet

22  area, to the bathroom, all the way in the back to the

23  bathroom.  So I say that's roughly 30, 40 yards.

24  Something like that.

25    Q.    So a little bit less than half a football

Chad Shaw
October 14, 2024

Page 15

1    field is what you're saying?

2         A.   Yes.  Yes.

3         Q.   So July 20th, 2022.  Do you know an inmate

4    named Devon Currie?

5         A.   Yes.

6         Q.   What was he doing on that day?  Do you

7    remember what happened?

8         A.   He was like in the bathroom.  Like, like I

9    said, in the bathroom area all the way in the back, you

10   have -- I'm going to say it's three different sections.

11   You have one section where it's just all sinks.  And so

12   there's maybe like a little hallway, a small hallway,

13   maybe six to eight feet.  And it's like one, maybe like

14   five sinks.  And it's also on that one side.  And that's

15   where Devon Currie was at.

16        Q.   He was at one of the sinks, you said?

17        A.   That's, that's -- a nickname, it's called the

18   birdbath because it's not a shower, but they use it as a

19   shower.  They hook up with the two (indiscernible)

20   things so the water would squirt out at the faucet to

21   run over you.  And it's a blanket up.  And that's how he

22   would take a shower because of his gayness.

23        Q.   So you said it's gay?  What do you mean by

24   that?  I'm sorry.

25        A.   Because like when you go in, like I said,

Chad Shaw
October 14, 2024

Page 16

1    sinks.  And like, they got nails on the walls so you

2    can put your sheet or blanket up to get your privacy.

3    Now you come from around there, you have more sinks, a

4    wall and then the showers, a real shower.  You come from

5    out of that area and go to the next area.  That's where

6    you have the stand-up toilets and the sit-down toilets.

7    So he was all the way on the left, what they call the

8    birdbath, by himself taking a bird bath and --

9         Q.   Was he the only one in the bathroom?

10        A.   Yes.  On his side of the area, yes.

11        Q.   On his side.  Was there anyone else in the

12   bathroom at the time?  Like in any other area?

13        A.   In the shower and in the bathroom area, yes.

14        Q.   There were other people in there?

15        A.   Right.  And it's --

16        Q.   Who was in there?  Do you remember?

17        A.   I can't remember that.  I can't remember.

18        Q.   Do you remember about how many people were in

19   there?

20        A.   In the shower area or around that area, I'd

21   say like maybe like three or four, and then in the

22   bathroom area, maybe somewheres like two or three.  From

23   the bedding area to the bathroom where he's at, because

24   my bed was -- his bed was like, maybe four bunks away

25   from the bathroom, like four bunks up.  But as soon as

Chad Shaw
October 14, 2024

Page 17

1  you come out of the bathroom, there's no separation.

2  There's nothing to separate the bathroom from the

3  bedding area.

4      Q.   So he was basically kind of like washing

5  himself in the in the sink area?

6      A.   Yes.

7      Q.   And you could see him from the dorm?

8      A.   You can't see him because it's a blanket up

9  for his privacy.

10     Q.   Oh, he put a blanket up.  So he blocked

11  himself so you couldn't see him.

12     A.   Right, right.

13     Q.   But you knew he was there?

14     A.   Yes.

15     Q.   While he was doing that, did anyone enter the

16  bathroom, that you remember?

17     A.   Two Spanish guys.  I can't remember the names.

18  Two Spanish guys entered the area where he was at, and

19  they, they said something to each other, and they

20  fought.

21     Q.   So they said something to each other.  You

22  mean the Spanish guys and Mr. Currie said something to

23  each other?

24     A.   These two Spanish guys said something to Mr.

25  Currie about him taking a shower and everything.

Chad Shaw
October 14, 2024

Page 18

1    They're like, hurry up, hurry up.  And he's like, I'm
2    taking my -- whenever I get done, I'll be done,
3    basically.  And I'm not going to say a fight, but an
4    altercation initiated right then.
5         **Q.   Now, you said that it was -- that there was**
6    **like this blanket up.  So could you see exactly what was**
7    **going on because of the blanket?**
8         A.   No, because they couldn't even see it.
9    Because they were talking through the blanket.  Because
10   he's behind the blanket and they're on the outside of
11   the blanket.  So they're talking like through the
12   blanket, really.
13        **Q.   So they're on either side of the blanket**
14   **talking to each other?**
15        A.   Yes, yes.
16        **Q.   What happened next?**
17        A.   At the altercation, Mr. Currie had like a --
18   because the two Spanish guys, he -- they fought, and two
19   Spanish guys, like, basically like jumped him.  They
20   jumped him and he had like a little mark on his -- like,
21   like not a black eye, but like a little bruise, like a
22   little bruise.  So after he dried off, got his stuff
23   together, the two Spanish guys -- by this time of night
24   it was like maybe 6:00 or 7:00, and they were like, you
25   have to get out the dorm.  You have to leave out of here

Chad Shaw
October 14, 2024

Page 19

1    tonight.  Right now, you have to leave out.  You cannot

2    stay here tonight.  You have to leave out.  And that's

3    when like the dorm separated.

4        Q.   So just backing up real quick.  You were

5    describing that there was like a verbal altercation

6    between Currie and the two Spanish guys with the blanket

7    in between.

8        A.   Yes.

9        Q.   So the two Spanish guys passed the blanket at

10   some point and went actually into the bathroom?

11       A.   Yes.

12       Q.   And then that's where they got into a little

13   bit of a physical altercation?

14       A.   Yes.

15       Q.   Was the blanket still up during that time?

16       A.   That side came down.  One side came down to

17   it.  Now it's just hanging, just hanging by one nail.

18       Q.   So the blanket was still hanging by one of the

19   nails, but it was no longer covering the area so you

20   could see inside?

21       A.   Right.  Yes.

22            MR. TARJAN:  Object as to form.

23            But you can keep answering.

24            MR. KVERNE:  Yes.

25   BY MR. KVERNE:

Chad Shaw
October 14, 2024

Page 20

1      Q.   So the blanket was hanging from one nail, but

2   you could see inside the bathroom at that point?

3      A.   Yes.

4      Q.   And you said that there was an -- at that

5   point, the altercation became physical?

6      A.   Yes.

7      Q.   And do you remember like what happened?  Who

8   started it?  Do you remember?

9      A.   I really can't say who started because by the

10   time I looked up and seen what was going on -- it

11   happened just that fast, so.  I can use notes?

12           MR. KVERNE:  Yes.  You can look at your notes.

13       It's fine.

14           THE WITNESS:  This is the -- from Mr. Tarjan.

15           MR. KVERNE:  Okay.

16           THE WITNESS:  So at this time when I looked up

17       to what's going on -- it happened just that fast --

18       and both Spanish guys exited the bathroom, so.  And

19       then Currie was like in the -- still in the

20       bathroom area.  But he was like with his rag like

21       patching up, like blotting a little blood, a little

22       bruises and stuff.  So at this time, this is when I

23       went and got Mr. Brandon Williams (phonetic).

24           I went and got him.  I pretty sure I said, you

25       see what just happened?  You see what happened?

Chad Shaw
October 14, 2024

Page 21

1   Because it happened so fast, you really didn't

2   know what was going on.  And then that's why I say,

3   the dorm, you see what was going on.  It separated.

4   Everybody like, like going to their bunks because

5   there was loud talking and the threatening, the

6   threats.  And Mr. Currie said that he -- we went

7   back to talk to him.  I'm like, what's going on?  I

8   asked him like, what's up?  What's, what's going

9   on?  And he was like, they want me to get out the

10  door, but I'm not going.  I'm not leaving.  I'm not

11  going anywhere.

12      So he started packing his property.  He came

13  to his bed and started packing his property.  While

14  he was packing his property and I was standing back

15  there talking to him, some of the Spanish guys

16  asked was I gay because I was talking to him.  And

17  I had just moved in the dorm, and they were like,

18  no, no, he's not -- he's not -- he's not part of

19  their little organization or their little

20  community.  So while we're standing there, I'm

21  like -- especially I was like, y'all got to go.

22  You got to go.  So I asked for like, what y'all

23  going to do?

24      So Mr. Gaddis, Charles (phonetic) Gaddis,

25  usually he slept in the last bunk right in front of

Chad Shaw
October 14, 2024

Page 22

1          where the bathroom is, where he took a shower at.
2          So his bed's right there.  Mr. Currie's bed was
3          like maybe three other beds forward, and Mr. Gaddis
4          is standing by his bunk.  Mr. Williams is standing
5          by Mr. Currie's bunk while he's packing his
6          property.  I went back to the front of the dorm to
7          my bunk, and at this time that's when they clashed.
8          All the Spanish guys ran over to where their area
9          was at, and it just went -- it, it just went
10         haywire.
11     BY MR. KVERNE:
12         Q.   So I want to back up a little bit.  So you
13     said after the physical altercation in the bathroom.
14     What happened during the physical altercation?  Did they
15     punch each other?  With --
16         A.   Yes.  But it was like --
17         Q.   Go ahead.  They were fighting?
18         A.   They were fighting.  So he fought both of
19     them.  They jumped like -- it was two on one, but they
20     fought and then they ran out.  The two Spanish guys ran
21     out and like I said, Mr. Currie was getting dressed,
22     finished getting dressed, grabbing his, his shower --
23         Q.   So just one second.  So Mr. Currie exits the
24     bathroom, right?
25         A.   Right.

Chad Shaw
October 14, 2024

Page 23

1          Q.   At that point, the two Spanish guys had

2    exited prior to him?

3          A.   Right.

4          Q.   He exited the bathroom.

5          A.   Yes.

6          Q.   You saw it, and you said you -- Mr. Currie

7    then began packing his property, right?

8          A.   Right.

9          Q.   And you asked him what was going on, and he

10   said they want him to get out, but he's not going

11   anywhere?

12         A.   Right.

13         Q.   So why is he packing his property if he's

14   telling you that he's not going anywhere?

15         A.   Because he said he's not -- okay.  How, how to

16   explain it.  When you say he had to get out the -- when

17   they say he had to leave the dorm, the terminology in

18   prison is you have to get out on the door, which is

19   you're going to check in.  And that's what he said he

20   was not going to do; I'm not checking in.  And if we're

21   going to leave, all of us are going to leave.  So if

22   y'all want me going on the door, all of us going on the

23   door, because we just going to have to fight it out or

24   whatever.  And that's what happened.

25         Q.   So basically, Mr. Currie was -- your

Chad Shaw
October 14, 2024

Page 24

1    understanding of what Mr. Currie was telling you is

2    that he's not going to leave willingly.  He's going to

3    fight to stay, and only, basically, after he fights will

4    he leave?

5        A.   Right.

6            MR. TARJAN:  Objection to form.

7    BY MR. KVERNE:

8        Q.   Is that correct?

9        A.   Yes, sir.

10       Q.   And that's your understanding of what he was

11   telling you?

12       A.   Yes.

13       Q.   And so he started packing his property.  You

14   said after you spoke with him, you went and got Brandon

15   Williams.  Who's Brandon Williams in relation to Mr.

16   Currie?

17       A.   He was just a friend.  And because it was like

18   a -- like a stigma in that dorm.  Like they didn't want

19   any gay people in the dorm.  They didn't even want gay-

20   friendly people in the dorm.  So this dorm was like --

21   really like a bunch of -- a bunch of gang, gang members

22   from different gangs.  But it was a bunch of gang

23   members in there and that's what it was.

24           So Devon Currie, he's like all the way out.  He's

25   not hiding.  He's all the way gay.  And Mr. Gaddis, I

Chad Shaw
October 14, 2024

Page 25

 1  think he was part of the gay organization.  They got

 2  the Outkast.  And Mr. Williams, he's not, but he was

 3  just like, I'm going -- I'm, I'm, I'm going to be there

 4  with you.  And, and when he said I'm going to be there

 5  with him, I'm like, hey, what do y'all have?  I said,

 6  because they, they strap; they got weapons.  Do y'all

 7  have any weapons?  And they're like, no.  I'm like,

 8  y'all ain't got no -- how y'all going to fight them?

 9  And asked would I be walk away.  I said, okay, y'all

10  ain't got no weapons.  I walked away, went back to my

11  bunk.

12       And then they were all standing by their -- by Mr.

13  Currie's bunk when like maybe six, seven Spanish guys

14  walked -- like, walked over in that area.  Mr. Gladdis

15  got hit with a broom first and it was just a big -- a

16  big fight just erupted over the whole dorm.

17       Q.   Now I want to break that down a little bit.

18  So the three of them were standing by the bunk, and then

19  you said six or seven Spanish individuals came over,

20  correct?

21       A.   Right.

22       Q.   Those Spanish individuals, were they member of

23  any gang that you know of?

24       A.   They were Latin Kings and Nietas.

25       Q.   Latin Kings and Nietas?  And they came over at

Chad Shaw
October 14, 2024

Page 26

1    that point and they had brought weapons with them?

2        A.   Yes.

3        Q.   And when they came over with the weapons and

4    everything what happened there?  Like, how did the fight

5    start at that point?

6        A.   When they came over, like I said, the first

7    person that I think I got hit was Mr. Gaddis, and he got

8    hit with a broom.  Well, he picked up a broom and swung

9    the broom.  And they were fighting.  And while they were

10   fighting, like I said, the whole dorm was in an uproar.

11   And they're like jumping over the beds, running, trying

12   to get away.

13       And at this time, I actually jumped across bunks.

14   That's when I saw Mr. Currie -- but Mr. Currie got

15   stabbed.  And he was -- he was fighting.  He was

16   fighting.  One Spanish guy grabbed him.  The one who --

17   one of the -- the one that -- one of the ones that

18   jumped him in the bathroom was the one that kind of --

19   they actually was like fighting.  And that's the one who

20   grabbed him from behind, turned him around, and that's

21   the one who stabbed him in the chest.

22       Q.   So one of the two that had fought in the

23   bathroom is the one that stabbed him in the chest?

24       A.   Yes.

25       Q.   So it started, though, with Mr. Gaddis being

Chad Shaw
October 14, 2024

Page 27

1    attacked with a broom, though, you said.  Right?

2        A.    Right.

3        Q.    **From your recollection?**

4        A.    Yes.

5        Q.    **And then the six inmates, what were the**

6    **other -- what were the other Latin Kings doing in**

7    **relation to Mr. Gaddis, Mr. Williams, and Mr. Currie?**

8        A.    There was only three of them.  So it was Mr.

9    Currie, Mr. Gaddis, and Mr. Williams.  Just those three

10   against the six to seven.  So they just, like I said,

11   like they're running across the dorm trying to get away

12   from each other, but also just trying to protect each

13   other, trying to protect themselves.  But it's hard with

14   no weapons.  And all the Spanish guys had knives.

15       So I, I know Mr. Gaddis had got cut across the

16   cheek to his cheek.  His cheek actually showing through

17   the side of his mouth when he walked past my bed,

18   leaving out the dorm with the officers after he got

19   handcuffed.  Mr. Williams had got stabbed in the back of

20   his, say, shoulder blade.  And I saw when Mr. Currie

21   grabbed the Spanish guy off of him and helped Mr.

22   Williams up.  And then that's when he was, like, going

23   back towards his bed.  That's when the Spanish guy

24   grabbed him from behind, turned him around, and that's

25   how he got stabbed, so.

Chad Shaw
October 14, 2024

Page 28

1        It was -- it was just a big uproar, and it was
2   like you had a bunch of Spanish people in the dorm.  So
3   when it all just went down, it was just those three
4   against like everything else.  You had people scattered
5   and people trying to get out the way.  People just
6   trying to like -- because it was -- it wasn't just in
7   one area no more.  It had it had expanded all over the
8   dorm now.  So they're running, jumping across beds,
9   throwing each other.  It was just all everywhere, so.
10       Q.   When this was going down, were there any
11  officers in the dorm?
12       A.   In the officer station.
13       Q.   Do you remember how many officers were in the
14  officers' station?
15       A.   One.
16       A.   It was one officer.  Do you remember who that
17  officer was?
18       A.   Officer Patterson (phonetic).
19       Q.   Patterson (sic)?  So Officer Patterson (sic)
20  was in the officers' station, and you're certain there
21  were no other officers present nearby?
22       A.   No.
23       Q.   Was there anything else going down at the
24  time?  Was there count going down; anything like that?
25       A.   When, when it all settled down and -- they

Chad Shaw
October 14, 2024

Page 29

1    called count.  They flashed a light saying it's count

2    time.  So at this time, Mr. Currie was on his bunk as

3    they were doing master roster count and everyone had to

4    show their ID, and he's telling them that he can't

5    breathe.  He's like, I can't breathe.  And he was losing

6    blood, and he had fell back on his bed.  And as the

7    officers was going around, they was like, okay, well

8    right now.  And he's like, I need medical attention.  He

9    need medical, medical.  We need medical, medical.  And

10   they were like, well right now we're doing a count.

11   Right now, it's count time.  We're not concerned about

12   that right now.  It's just count time.  And then they be

13   like --

14        Q.   So want to break down the sequence of events

15   real quick.  Just make sure that I understand correct.

16   And this is going to be a very -- summary.  The incident

17   in the bathroom occurs, right?

18        A.   Right.

19        Q.   Then Mr. Currie goes back to his bunk.  Then

20   the incident in the dorm area occurs?

21        A.   Right.

22        Q.   No officers in the dorm during that?

23             MR. TARJAN:  Objection as to form.

24   BY MR. KVERNE:

25        Q.   There is an officer in the officer station,

Chad Shaw
October 14, 2024

Page 30

1    but there's no officers physically in the dorm?

2        A.    No.

3        Q.    Then the fight ends, right?

4        A.    Right.

5        Q.    And then an officer comes in and starts doing

6    count?

7        A.    Yes.

8        Q.    Who was that officer?  Do you remember?

9        A.    I can't remember.

10       Q.    Was it the officer that was in the officer

11   station?

12       A.    I'm not sure.  I'm not sure.  I know that when

13   we do count like that, the one in the office station,

14   it's another officer that comes from another dorm that

15   does the count.  And then that officer will go to the

16   station, and then that officer come out and do a

17   verification count, make sure that everything's correct.

18   And then that other officer will leave and go to another

19   dorm and do the count, do the same thing at another

20   dorm.

21       Q.    But you're certain, based on your

22   recollection, the fight had ended before the count

23   began?

24       A.    Yes.

25       Q.    How long did the incident in the bathroom

Chad Shaw
October 14, 2024

Page 31

```
 1   last?
 2        A.   Maybe a minute.  Minute and a half.
 3        Q.   What about the incident in the dorm?  The
 4   fight in the dorm?
 5        A.   Oh, 10 minutes.  15 minutes tops.
 6        Q.   But by the time the officer had arrived in the
 7   dorm and begun count, the fight was over?
 8        A.   Yes.
 9        Q.   And then you said one of the officers was
10   doing count; you can't remember exactly who it was,
11   correct?
12        A.   Right.
13        Q.   Was it a female officer, male officer; do you
14   remember?
15        A.   A female officer.  I know it's a female
16   officer.
17        Q.   So the female officer went up to Mr. Currie,
18   and he was saying that he couldn't breathe, right?
19             MR. TARJAN:  Objection as to form.
20   BY MR. KVERNE:
21        Q.   And she said, when we finish -- what did she
22   say to him?
23        A.   That all they were concerned about the count
24   right now.  We'll deal with medical later.
25        Q.   Did they eventually finish count?
```

Chad Shaw
October 14, 2024

Page 32

1      A.    Yes.

2      Q.    And what happened next?

3      A.    When, when, when -- at this time once they

4   made the call, the officers rushed the dorm.  I'm

5   talking everybody face down on your bed.  Everybody face

6   down on your bed.  Maybe like 10 officers and medical

7   with, like, the stretcher.  There was like 2 or 3

8   nurses, like 10 officers.  But they rushed the dorm, and

9   that's when everything just went to moving.

10      Q.    And when that happened, what was Mr. Currie

11   doing?  Do you remember?

12      A.    Laying on his bed.

13      Q.    He was laying on his bed?  Do you remember if

14   he was conscious?  If he was awake?

15      A.    He was awake.  He was conscious, but he was

16   like -- he was losing blood.  And he was like, I can't

17   breathe, like that type of --

18      Q.    So he was having difficulty breathing?

19      A.    Right.

20      Q.    And then medical arrived.  How long after the

21   incident ended did medical arrive?  Do you remember?

22      A.    30 minutes, 45 minutes.

23      Q.    And when medical arrived, what did they do

24   with Mr. Currie?

25      A.    They put him on a stretcher and, and, and ran

Chad Shaw
October 14, 2024

Page 33

1    him out and ran him to medical.

2        Q.   Was he the first individual to leave?

3        A.   Yes.

4        Q.   What about Mr. Gaddis and Mr. Williams?  What

5    happened with them?

6        A.   They got handcuffed and escorted to the front

7    of the dorm.  And it was just -- the Spanish guys were

8    already handcuffed and standing by the wall.  And when

9    they came and got them, they just kept them separated

10   with -- an officer was holding each one's arm, escort

11   him out.

12       Q.   And you said when the officers arrived, there

13   were a lot of officers.  Do you remember about how many?

14       A.   8 to 10.

15       Q.   Was it all male officers?  Female officers?

16   Mix of officers?

17       A.   Mix.

18       Q.   It was mix.  Do you remember if Ms. McKinney

19   was present during that?

20       A.   I'm not sure.  I can't remember.

21       Q.   Do you remember if Ms. McKinney was present

22   during the count?

23       A.   I'm not sure.

24       Q.   And it's your recollection -- I just want to

25   make clear that Ms. Patterson (sic) was in the officer

Chad Shaw
October 14, 2024

Page 34

1    station, correct?

2        A.    Yes.

3        Q.    The female officer that had gone around and

4    was doing count and had talked with Mr. Currie, was that

5    Ms. McKinney?

6        A.    No.

7        Q.    So it was not Ms. McKinney?

8        A.    Not McKinney.

9        Q.    You're certain that it was not Ms. McKinney?

10       A.    Yes.

11       Q.    Is there anything else that you can remember

12   about that incident that we haven't already talked

13   about.

14       A.    No.

15       Q.    Now, during the course --

16            MR. KVERNE:  Mr. Tarjan.  I'm going to show

17        him the letter.  He already put it up on the

18        screen.  I'm going to show it to him.  But I'm just

19        going to pull up the letter that you pretty much

20        had already shown him.  I'm just going to pull it

21        up so everyone can see it.  Give me one second.

22            Mr. Shaw, can you see the letter?

23            THE WITNESS:  Yes.

24   BY MR. KVERNE:

25       Q.    So is this the letter -- did you receive this

Chad Shaw
October 14, 2024

Page 35

1    letter?

2        A.   Yes, sir.

3        Q.   And this letter was sent to you by an attorney

4    representing Mr. Currie; is that correct?

5        A.   Yes, sir.

6        Q.   Couple of things about the letter.  The letter

7    itself indicates names of potential defendants, correct?

8        A.   Correct.

9        Q.   Potential officers that were involved, right?

10       A.   Yes.

11       Q.   Did any of those names or suggestions impact

12   your ability to remember what was being -- what you've

13   testified to here today?

14       A.   No.

15       Q.   So you remembered the names of the officers

16   without the use of this particular letter?

17       A.   Yes.

18       Q.   Did the letter itself impact your ability to

19   remember any of your testimony here today?

20       A.   Right now, because I see Ms. -- I see a Green

21   (phonetic) and I know Ms. Green (sic), she's, she's,

22   she's, she's a black woman, slim.  And she always -- she

23   normally comes around and does the count because she,

24   she's like real fast with it.  But I can't say for sure

25   that she counted that night, that she was in the dorm.

Chad Shaw
October 14, 2024

Page 36

1    I can't say for sure.

2        Q.    Well, could she have possibly been the person

3    that was doing the count?

4        A.    Yes, it could -- she could have.

5        Q.    Do you remember specifically if it was her?

6        A.    No, I don't.

7        Q.    Anything else about the letter that has

8    impacted your testimony here today?

9        A.    No.

10        Q.    Do you remember any other individuals other

11    than Mr. Gaddis, Mr. Williams, Mr. Currie, that were

12    present during this?

13        A.    No.  They were the only ones that were

14    involved that were like, were together.

15        Q.    And then the Spanish individuals that you

16    don't remember specifically what their names are?

17        A.    No.

18            MR. KVERNE:  Give me one moment, if you would,

19        please.

20            (Pause in proceedings.)

21            MR. KVERNE:  All right.  I'm going to show you

22        a couple of pictures of some individuals, okay?

23        And you tell me if you recognize them as being

24        present on that particular day, okay?

25            THE WITNESS:  Okay.

```
 1              MR. KVERNE:  Does that work?  Can you do that

 2       for me?

 3              THE WITNESS:  Yes, sir.

 4              MR. KVERNE:  So give me one second.  Let me

 5       just finish up with this.  All right.  All right,

 6       can you see my screen?

 7              THE WITNESS:  Yes.

 8  BY MR. KVERNE:

 9       Q.   Is that one of the individuals that was

10  present?

11       A.   I'm not sure.

12       Q.   You don't remember if he was there?  All

13  right.  What about this individual?

14       A.   No.

15       Q.   He wasn't there?  What about this individual?

16       A.   Yes.

17       Q.   He was there?  How was he involved?

18       A.   He wasn't.  He was just -- what happened, he

19  got locked up the next day.  All because -- just because

20  he was Spanish.  But he wasn't involved.

21       Q.   He wasn't involved?

22       A.   Mm-mm.

23       Q.   So he not one of the attackers from your

24  recollection?

25       A.   No.
```

Chad Shaw
October 14, 2024

Page 38

```
 1      Q.    What about this individual?

 2      A.    Yes.  That's the one -- that's the one that

 3  stabbed him in the chest.

 4      Q.    So this individual you're certain is the one

 5  that stabbed him in the chest?

 6      A.    Yes.

 7      Q.    And it's one of the individuals that was

 8  involved in the bathroom?

 9      A.    Right.

10      Q.    And just so the record is clear, his DC number

11  is K86552, correct?

12      A.    Yes.

13      Q.    What about this individual?

14      A.    Yes.

15      Q.    How was he involved?

16      A.    He was just -- like I said, when it all popped

17  up, he was just involved.  But the one before him, he

18  was like the leader.  So he's the one that made all the

19  decisions.

20      Q.    Was he the one -- was he one of the two that

21  was in the bathroom initially?

22      A.    I'm not sure.  I'm not sure.  I just know for

23  the fact the other one is.  But I'm not sure if he was

24  with him.  I'm not sure.

25      Q.    But you're certain that the two of them were
```

Chad Shaw
October 14, 2024

Page 39

1    involved, right?

2         A.    Yeah.

3              MR. KVERNE:   One second.

4              (Pause in proceedings.)

5              MR. KVERNE:   Give me one moment.  I apologize.

6              (Pause in proceedings.)

7    BY MR. KVERNE:

8         Q.    I'm going to show you one more guy.  Tell me

9    if you remember him.  All right.  This guy.  Do you

10   remember him?  Was he involved?

11        A.    Yes.

12        Q.    How was he involved?

13        A.    He was being part of the fight.

14        Q.    He was part of the fight.  Was he involved in

15   the thing in the bathroom?

16        A.    I'm not sure.

17        Q.    And his DC number is B10151, right?

18        A.    Yes.

19        Q.    Anything else based on any of the stuff that

20   I've shown you or talked with you about, that has jogged

21   your memory?

22        A.    No.

23        Q.    Okay --

24        A.    It's --

25        Q.    Go ahead.

Chad Shaw
October 14, 2024

Page 40

1      A.   I was just -- no.  No.

2      Q.   A couple more things that I wanted to just ask

3    you about.  You said that they were -- that Mr. Gaddis,

4    at least, was part of the Outkast gang, right?

5      A.   Right.

6      Q.   You said Mr. Williams was not involved in the

7    Outkast gang?

8      A.   No, he was a NPR (phonetic).

9      Q.   What is the Outkast gang?

10     A.   Outkast is -- are the gay people who all are

11   against being oppressed.  Like the situation in the dorm

12   to where they can't be free or comfortable with

13   themselves and -- or you can't do this; you can't get --

14   y'all have to do this.  You have to do this.  So that's

15   what it was all about.  Like, we're just trying to be

16   ourselves.  We ain't got nothing to do with y'all.  We

17   ain't trying to disrespect y'all.  That's why they took

18   that, that -- the birdbath area was just for like, just

19   like, basically the gay people to take their showers.

20   And the normal shower is for the regular, like, rest of

21   the dorm -- compound or whatever.

22     Q.   So what about Mr. Currie?  Is he a member the

23   Outkast gang?

24     A.   No.  He was just, just -- no.

25     Q.   So he was not a member, to your understanding?

1    A.    Not -- to my understanding, he was not a

2    member.

3         Q.    Are you a member of any gang?

4    A.    Yes.

5         Q.    What gang are you a member of?

6    A.    Black Gangster Disciples.

7         Q.    Has your membership in that gang, has that

8    impacted your ability to be truthful in any way, for any

9    reason today?  Your membership as a gangster disciple,

10   Black Gangster Disciple, has that impacted your ability

11   to be truthful here today in any way?

12   A.    No.

13        Q.    And you were not involved in this.  You were

14   just a witness to this, correct?

15   A.    Right.

16        Q.    Is there anything else based on what I've

17   asked you, that you can remember that you want to --

18   that you think is important?

19   A.    No.

20        MR. KVERNE:  No further questions.

21        MR. TARJAN:  Can we just take a five-minute

22        break, everybody?

23        MR. KVERNE:  Of course.  Yes.

24        MR. TARJAN:  It's it's now 11:00, so we can be

25        back at 11:05.

Chad Shaw
October 14, 2024

Page 42

 1           MR. KVERNE:  That's fine.

 2           THE REPORTER:  We are going off the record.

 3      The time is 11 o'clock am Eastern Standard Time.

 4           (Off the record.)

 5           THE REPORTER:  We are back on the record.  The

 6      time is 11:05 a.m. Eastern Standard Time.

 7           MR. TARJAN:  Mr. Shaw, thank you for your

 8      patience.  And thank you for being here today.  As

 9      I think you know, I'm one of the attorneys for Mr.

10      Currie, and I sent you that letter.  Do you

11      understand that?

12           THE WITNESS:  Yes, sir.

13           MR. TARJAN:  I'm going to ask you some

14      questions at this point.  Starting out, I want to

15      show you some photos, okay?  I'm going to share my

16      screen.  All right.  This is Michelle McKinney.  Do

17      you see this individual on your screen?

18           THE WITNESS:  Yes, ma'am -- yes,

19      sir(indiscernible).

20           MR. TARJAN:  Thank you.  Yes, we have to --

21      you have to answer yes or no or however you answer,

22      but with words so the court reporter can take it

23      all down.

24                      CROSS-EXAMINATION

25      BY MR. TARJAN:

Chad Shaw
October 14, 2024

Page 43

1       Q.   I'm sorry.  Is this Sergeant McKinney that

2    you're referring to before?

3       A.   Yes, sir.

4            MR. TARJAN:  I'm going to show you another

5            photo.  One second.  And by the way, I'm going to

6            mark that as Plaintiff Exhibit A.

7            (Thereupon, marked for identification as

8            Plaintiff's Exhibit A.)

9            MR. KVERNE:  No objection.

10           MR. TARJAN:  I'm now going to share my screen

11           again.

12   BY MR. TARJAN:

13      Q.   I believe this individual -- Mr. Kverne showed

14   you this individual.  Do you recognize this individual?

15      A.   Yes.

16      Q.   And the DC number is X92075, and the name says

17   Parker, Cody.  Cody Parker.  Do you see that?

18      A.   Yes.

19      Q.   Was this person involved in any way in the

20   incidents that we've been speaking about?

21      A.   (Indiscernible)

22           MR. TARJAN:  I can -- sorry.

23           THE WITNESS:  Go ahead.

24           MR. TARJAN:  I can enlarge this.  I can

25           enlarge the picture.  But I have to take it

Chad Shaw
October 14, 2024

Page 44

1              actually into a different location.

2                    THE WITNESS:  I can see him.  I can see him.

3      BY MR. TARJAN:

4              Q.   Was this individual involved in any way?

5              A.   Yes, he was there.

6              Q.   He was there.  But did he do anything?

7              A.   Like I said, it was like six to eight of them

8      and it was like a bunch of movement.  So when they

9      started fighting, all of them were fighting.

10             Q.   Did he attack Mr. Currie?

11             A.   I'm not sure, but I know -- I'm not saying

12     he's the one that, like, stabbed him.  But I can't say

13     that they didn't fight, or they didn't exchange blows or

14     whatever.

15             Q.   Was he part of the group though, of --

16             A.   Yes.

17             Q.   -- gang members who were attacking Mr. Currie?

18             A.   Yes.

19             Q.   Do you know if he was also involved in

20     attacking Mr. Williams?

21             A.   I'm not sure.

22             Q.   Do you know if he was involved in attacking

23     Mr. Gaddis?

24             A.   I'm not sure.

25             Q.   Did you see him use any weapons?  Mr. Parker,

Chad Shaw
October 14, 2024

Page 45

1    did you see Parker use any weapons?

2        A.   No, I can't say I did.

3        Q.   Is it that you don't recall seeing him use

4    weapons or --

5        A.   Right.

6        Q.   -- you're just not sure?

7        A.   I'm just not sure.

8            MR. TARJAN:  I'm going to share another.  I'd

9        like to introduce that as Plaintiff's Exhibit E.

10           (Thereupon, marked for identification as

11       Plaintiff's Exhibit E.)

12           MR. KVERNE:  No objection.

13           MR. TARJAN:  Whoops.  Sorry for the delay.

14       It's just different moving parts here.

15           All right.  I've now shared my screen showing

16       an inmate named Luis Rodriguez, DC number M53592.

17       Do you see this individual on your screen?

18           THE WITNESS:  Yes, sir.

19    BY MR. TARJAN:

20       Q.   And I think you mentioned -- did you say

21    before that he was involved in the incident?

22       A.   Yes, sir.

23       Q.   Did you see Mr. Rodriguez use any weapons?

24       A.   I didn't -- I can't say I've seen any of them

25    use a weapon, per se.

Page 46

1     Q.   Do you know if he had a weapon?

2     A.   Yes.

3     Q.   What weapon did --

4     A.   All of them had weapons.  All of them had

5 weapons.

6     Q.   What type of weapon did Mr. Rodriguez have?

7     A.   Homemade -- what you call a homemade steel

8 knife made out of steel.

9     Q.   And earlier I showed you a picture of Cody

10 Parker.  Do you know what type of weapon he had, if any?

11     A.   All of them had the steel -- homemade steel

12 weapons.

13     Q.   Homemade steel weapons.  Okay.  Did you ever

14 see Mr. Rodriguez, Luis Rodriguez, using a mop handle or

15 any other type of weapon during the incident?

16     A.   No.  I know they're used.  I don't know who

17 used them.

18     Q.   I'm sorry?

19     A.   I know that the mop and the broom were used.

20 I just don't know who used them.

21     Q.   And when were the mop -- when was the mop --

22 you said mop and broom handle?

23     A.   Right.

24     Q.   When were the mop and broom handle used?

25     A.   In the initial -- in not the, the initial

Chad Shaw
October 14, 2024

Page 47

1    altercation in the bathroom, but the pursuant

2    altercation that started in the bedroom area.

3              MR. TARJAN:  And we'll come back to that.  I

4        just want to go through these images first.  I'm

5        not sure.  Did I mark that as Plaintiff Exhibit F?

6              MR. KVERNE:  You didn't mark it.

7              MR. TARJAN:  I'd like to enter it as Plaintiff

8        Exhibit F.

9              (Thereupon, marked for identification as

10        Plaintiff's Exhibit F.)

11              MR. KVERNE:  No objection.

12              MR. KVERNE:  Are you planning to do B through

13        D?  Because you started -- you went from A to E.

14              MR. TARJAN:  Oh yes.  Did I not?

15              MR. KVERNE:  You didn't do B through D, no.

16              MR. TARJAN:  Yes.  B through D are Mr.

17        Williams, Mr. Currie, and Mr. Gaddis, so.

18              (Thereupon, marked for identification as

19        Plaintiff's Exhibits B, C, and D.)

20              MR. KVERNE:  No objection.  I don't know if

21        you want to show it to him, but.

22    BY MR. TARJAN:

23        Q.    Now I've put on the screen an image of -- a

24    photo of Wilson Rodriguez, K86552.  I think this person

25    was shown to you earlier.  You recognize this person?

Chad Shaw
October 14, 2024

Page 48

1     A.   Yes.

**2        Q.   And did you say that he was the ringleader?**

3     A.   Yes.

4          MR. TARJAN:  One second.  And I'd like to

5     introduce that as Plaintiff's Exhibit G.

6          (Thereupon, marked for identification as

7     Plaintiff's Exhibit G.)

8          MR. KVERNE:  No objection.

9          MR. TARJAN:  So this next individual is

10    Alfredo Pedro, DC number S71334.  Do you see that

11    image?  That person on your screen?

12          THE WITNESS:  Yes, sir.

13   BY MR. TARJAN:

**14        Q.   Now, you were shown this person before.  Did**

**15   you say this person was involved or was not involved?**

16    A.   He was involved, but he -- I don't think he

17   was involved in the one in the bathroom area.

**18        Q.   He was involved.  Do you know where he was**

**19   involved if not in the bathroom area?**

20    A.   In the -- in the fight in the bedroom area.

**21        Q.   I'm sorry.  He was involved in the fight in**

**22   the bathroom area?**

23    A.   No.  The bedroom.  Bedroom.

**24        Q.   Bedroom, sorry.  And did you see him with a**

**25   weapon?**

Chad Shaw
October 14, 2024

Page 49

```
 1    A.   Yes.

 2         MR. TARJAN:  And I'm going to introduce that

 3    as Plaintiff's Exhibit H.

 4         (Thereupon, marked for identification as

 5    Plaintiff's Exhibit H.).

 6         MR. TARJAN:  Any objection?

 7         MR. KVERNE:  No objection.

 8  BY MR. TARJAN:

 9    Q.   This next individual I'm sharing is -- I

10  believe you were shown before, Rascual Rentas.

11  R-A-S-C-U-A-L, last name R-E-N-T-A-S, DC number B10151.

12  Do you recognize this person?

13    A.   Yes.

14    Q.   And did you ever see this person with a weapon

15  on that incident day?

16    A.   No.

17    Q.   No.  Okay.  Was he involved in any way?

18    A.   Yes.

19    Q.   How was he involved?

20    A.   He was part of the fight too.  In the bedding

21  area.

22    Q.   Did you see him use a mop handle or a broom,

23  anything like that?

24    A.   No.

25    Q.   How did he fight?
```

Chad Shaw
October 14, 2024

Page 50

 1      A.   I don't know how he fought.  It was just

 2   that, like I say, all the Spanish guys fought and all of

 3   them had to have weapons.  That was part of their, their

 4   gang -- it's culture or whatever.

 5      Q.   So you think that Mr. Rentas did have a

 6   weapon?

 7      A.   Yes.

 8           MR. TARJAN:  And I'd like to introduce as

 9      Plaintiff Exhibit I.

10           (Thereupon, marked for identification as

11      Plaintiff's Exhibit I.)

12           MR. KVERNE:  No objection.

13   BY MR. TARJAN:

14      Q.   I'm now showing you someone who was shown

15   before, Richard Utria, U-T-R-I-A, DC number 183499.  Do

16   you remember seeing this person previously?

17      A.   Yes.

18      Q.   Did you say that he was not involved in the

19   incident?

20      A.   He wasn't involved.

21      Q.   Was he accused of being involved in the

22   incident?

23      A.   When -- the next day, when the warden and the

24   administration came down to the dorm and made us all lay

25   down on the -- on the beds again.  And that's when they

Page 51

1  came and picked up all the rest of the -- if you had a

2  Spanish name, they came and picked up the rest of them

3  and locked them up.

4      Q.   So anyone with a Spanish name was taken and

5  locked up?

6      A.   Yes.

7      Q.   Do you know how long this individual was

8  locked up?

9      A.   I don't know.  They never came back out.

10     Q.   Oh.  Did you ever see him again?

11     A.   No.

12     Q.   Did you see him doing anything during the

13 incident, like hiding or just sitting on a bunk or?

14     A.   He was just sitting on his bunk.

15     Q.   Do you know if he was a member of a gang?

16     A.   I'm not sure.  I'm not sure.

17          MR. TARJAN:  I only have a couple more.  I'd

18          like to introduce that as Plaintiff Exhibit K.

19          (Thereupon, marked for identification as

20          Plaintiff's Exhibit K.)

21          MR. KVERNE:  No objection.

22          MR. TARJAN:  I'm showing you a picture of

23          Alfonza, A-L-F-O-N-Z-A, last name Ward.

24          THE WITNESS:  Yes.

25          MR. TARJAN:  565863 is the DC number.  Do you

Chad Shaw
October 14, 2024

Page 52

```
 1        see that individual on your screen?
 2               THE WITNESS:  Yes, sir.
 3   BY MR. TARJAN:
 4        Q.   Do you recognize this person?
 5        A.   Yes, sir.
 6        Q.   Was he involved in any way on the day of the
 7   incident?
 8        A.   No.
 9        Q.   Have you ever spoken to him about this
10   incident?
11        A.   No.  Look, like right after it happened, yes,
12   because like we was all talking about it.  Because he
13   slept right -- he slept directly beside inmate Currie.
14        Q.   What do you mean, "he stepped beside him"?
15        A.   Currie.  Mr. Currie slept on the wall on the
16   bottom bunk, which was a bunk, bunk beds.  But Mr.
17   Currie slept on the bottom bunk.  And in the first row
18   in that first aisle, which is a single bunk, Mr., Mr.
19   Ward slept right there, right in front of him.
20        Q.   At what point was that during the incident?
21   Was that after the battle?
22               MR. KVERNE:  I think he's saying "slept".
23               MR. TARJAN:  Oh, slept.
24               THE WITNESS:  Yeah.  Slept.
25               MR. TARJAN:  I see.  I'm sorry.
```

Chad Shaw
October 14, 2024

Page 53

1    BY MR. TARJAN:

2        Q.   Did he have any involvement, like, in any

3    way -- saying anything during the incident, or did he

4    just keep to himself?

5        A.   He just stayed to himself.

6             MR. TARJAN:  I'm going to introduce that as

7        Plaintiff Exhibit L.

8             (Thereupon, marked for identification as

9        Plaintiff's Exhibit L.)

10            MR. KVERNE:  No objection.

11            MR. TARJAN:  And I have one last person to

12       share.  This is Michelle -- I'm sorry.  Michael

13       Marceau, M-A-R-C-E-A-U, DC Number D, as in dog,

14       37428.  Do you see this individual on your screen?

15            THE WITNESS:  Yes, sir.

16   BY MR. TARJAN:

17       Q.   Was this individual involved in the incident?

18       A.   I'm not sure.

19       Q.   Do you know if he was a gang member?

20       A.   I know he's a gang member.

21       Q.   Was that yes?  I'm sorry.

22       A.   Yes, yes, yes.

23       Q.   What gang?

24       A.   I'm not sure.

25       Q.   So you think you think he was a gang member,

Page 54

1   but you're not sure which gang?

2       A.   Right.

3       Q.   Do you know how close he slept to Mr. Currie's

4   bed?

5       A.   No.

6            MR. TARJAN:  And I'm going to introduce that

7       as Plaintiff Exhibit M.

8            (Thereupon, marked for identification as

9       Plaintiff's Exhibit M.)

10           MR. KVERNE:  No objection.

11           MR. TARJAN:  Thank you.

12  BY MR. TARJAN:

13      Q.   I want to go back through some of the points

14  that you discussed earlier.  When Mr. Currie was in the

15  bathroom, where were you starting out?

16      A.   I was at my bunk.

17      Q.   And where was your bunk relative to the

18  bathroom?

19      A.   My bed was the first bed, the first single bed

20  as soon as you come through the front door.  So I was

21  all the way in the front.

22      Q.   And how close is that to the bathroom?

23      A.   My bed is like right from the officer station

24  almost.  So from the officer station to the bathroom all

25  the way up.  I'm all the way up front.

Chad Shaw
October 14, 2024

Page 55

1          Q.    So you're near the -- you're near the

2     officers' station?

3          A.    Yes.  Yes.

4          Q.    Now you said Mr. Currie had a -- like a -- did

5     Mr. Currie himself have a blanket or there just happened

6     to be a blanket in the bathroom?

7          A.    I know that we kept a -- we always kept like a

8     designated shower -- like a shower sheet or shower

9     blanket that is just used specifically for that reason.

10         A.    And how long was Mr. Currie at the sink before

11    the two individuals came into the bathroom who

12    approached him?

13         A.    Maybe 15, 20 minutes.

14         Q.    And how long were those two individuals in the

15    bathroom with Mr. Currie, total?

16         A.    No more than two and a half minutes.

17         Q.    You said like two and a half minutes?

18         A.    Yes, sir.

19         Q.    And was Mr. Currie attacked during that two

20    and a half minutes?

21         A.    Yes.

22         Q.    And did he receive any injuries?

23         A.    He had like a -- I know he had like a cut

24    either above -- like right on his, his eyebrow.  Like a

25    cut above his eye and maybe like a little bruise up

Chad Shaw
October 14, 2024

Page 56

1   under his eye.

2       Q.   And you just now were pointing what, to

3   your -- you were pointing to your right eye?

4       A.   Right.  I'm not saying it was his right eye.

5   I was just using that as an example.  Like up in this

6   area right here.

7       Q.   You're kind of pointing, for the record, kind

8   of to the right -- above your eye, sort of to the right.

9   Above your right eyebrow?

10      A.   Eyebrow.  Yes, sir.

11      Q.   Now at that point, did those two individuals

12  have any weapons?

13      A.   No.

14      Q.   Like did they have a broom or a mop handle,

15  anything like that?

16      A.   If they did, they didn't use them.  Just, just

17  hands.

18      Q.   And was there any noise that you heard during

19  those two and a half minutes?

20      A.   Just the, the, the, the noise from them

21  scuffling, whatever.  From them having another

22  altercation.

23      Q.   You said scuffling.  Do you mean like were

24  their cries, were they're shouting, anything like that?

25      A.   No.  Just like just yelling, bumping into each

Page 57

1   other, fighting.  Just, just the boom, boom, boom, ha,

2   ha, ha, because it happened so fast.

3       Q.   And at that point, were you on your bed near

4   the officers' station?

5       A.   I was walking back that way.  That's how I

6   seen what was going on.  To maybe go get Mr. Williams.

7   Like, did you just see what happened?

8       Q.   Were you like halfway between the officer

9   station and the bathroom?

10      A.   Yes.

11      Q.   Where were you relative to the --

12      A.   I'd say halfway between.

13      Q.   Now when you heard that, were you walking away

14  from the bathroom or toward the bathroom?

15      A.   Towards the bathroom.

16      Q.   And of the attack, what actions by those two

17  individuals were you able to see, if anything?  Did you

18  see a punch?  Did you see a strike, a kick, anything?

19      A.   They swinging.  Both -- all three of them were

20  swinging.

21      Q.   I believe before, you said that you didn't see

22  the very beginning of the fight?

23      A.   No, I didn't.

24      Q.   What did Mr. Currie have with him in the

25  bathroom, if anything?

Chad Shaw
October 14, 2024

Page 58

1   A.   His towel, rag, soap dish, maybe a shampoo

2   bottle.  Just what you would take -- take a shower with.

3   Hygiene items --

4       Q.   Sorry, I interrupted you.

5       A.   Hygiene items, just.

6       Q.   We heard earlier a mention of like a mop or a

7   broom handle.  Do you know if there was a mop or a broom

8   inside the bathroom at that point?

9       A.   The, the brooms and the mops are, are stored

10  back there in that area.  Just in that area, period.

11      Q.   You said "that area".  Do you mean like back

12  in the bathroom area where the showers and all that are,

13  or is that outside the bathroom?

14      A.   Yes.  It's outside that area, but it's in the

15  back of the dorm back there.

16      Q.   So back of the dorm near the bathroom?

17      A.   Yes, sir.

18      Q.   By the way, how long had you been in P dorm at

19  that point?

20      A.   P dorm?

21      Q.   Yes.  And I mean in terms of days.

22      A.   I'd say two weeks at the most.

23      Q.   Where had you come from?

24      A.   O Dorm.  O1.

25      Q.   Why were you moved?

Chad Shaw
October 14, 2024

Page 59

1      A.    Because that was the, the kitchen dorm.    And

2    I was just being housed there.    And then they moved me

3    to P dorm.

4          Q.    But was it any kind of punishment, anything

5    like that?

6          A.    No, no, no, no.

7          Q.    So there's this two and a half minute period.

8    Did you see all three, Mr. Currie and those two

9    individuals, all exit the bathroom at the same time?    Or

10    what's the order that they leave?

11          A.    The two Spanish guys left first, and Mr.

12    Currie stayed in the bathroom area.

13          Q.    Did you hear the two Spanish guys say anything

14    at that point?

15          A.    No.

16          Q.    Did they run out or did they walk out?    How

17    did they leave?

18          A.    They rushed out.

19          Q.    They rushed out.    Where did they go?

20          A.    Over to their -- to their leader's bed.    Back

21    to his bed area.

22          Q.    Do you know if the leader had been drinking at

23    that point?

24          A.    He had been drinking.

25          Q.    He had been drinking.    How do you know that?

Chad Shaw
October 14, 2024

Page 60

1        A.    Because from after the incident that's what

2    everybody was saying.  That that was him being

3    intoxicated is what caused all this to take place.

4        Q.    Do you know what he drank?

5        A.    Buck.  Sour, sour juice from fruit.

6        Q.    Sour juice.  What is that?

7        A.    Like what they call buck prison wine.

8        Q.    Did you say buck, like B-U-C-K?

9        A.    Yes.

10       Q.    Is it strong?

11       A.    Yes.

12       Q.    Do you know where the leader had kept his

13   buck?

14       A.    No.

15       Q.    Was it common knowledge in the dorm that the

16   leader had alcohol?

17       A.    Yes.

18       Q.    Was it known to the officers?

19       A.    No.

20       Q.    Do you know where it was hidden?

21       A.    No.

22       Q.    I have to ask this question.  So I'm not

23   trying to impugn your honesty or anything, but had you

24   been drinking that day?

25       A.    No, sir.

Chad Shaw
October 14, 2024

Page 61

```
 1        Q.   Had you taken any drugs of any kind?

 2        A.   My, my psych meds.

 3        Q.   Anything else?

 4        A.   No, sir.

 5        Q.   At that date, did the psych meds affect your

 6   mental state in any way?

 7        A.   No.

 8        Q.   And do you have any eye issues?

 9        A.   But like I wear glasses.

10        Q.   You wear glasses?  Okay.

11        A.   Yes.

12        Q.   Were you wearing your -- what do you wear

13   glasses for?

14        A.   Distance.

15        Q.   Were you wearing your glasses on that day?

16        A.   Yes, sir.

17        Q.   At the time that you saw Mr. Currie exiting

18   the bathroom?

19        A.   Yes, sir.

20        Q.   So you could see clearly?

21        A.   Yes.

22        Q.   So now you saw the two Latin Kings leave, rush

23   out.  At what point does Mr. Currie exit the bathroom?

24   How much later?

25        A.   I'd say maybe it was like three to five
```

Chad Shaw
October 14, 2024

Page 62

 1  minutes later.  Because I went to help him like clean

 2  up some of the blood that was like on the wall and, and

 3  that was like on the sink and on the -- on, on the floor

 4  and stuff --

 5        Q.   You said you said you went in.  I'm sorry.

 6  You went into the bathroom?

 7        A.   Yeah, I went back to help, help Mr. Currie

 8  clean up the blood that was on the sink, on the walls,

 9  and make sure that he was just good.

10        Q.   Now can you describe where the blood was?

11        A.   It was like splatters.

12        Q.   What do you mean by splatters?

13        A.   Like, I mean like if you got hit in the eye

14  and eye and it like splattered on the wall or like drips

15  on the sink, stuff like that, on the floor.

16        Q.   So let me go through this.  Did you see drips

17  on the sink?

18        A.   Yes.

19        Q.   Did you see drips on the floor?

20        A.   Yes.

21        Q.   Did you see drips on the wall?

22        A.   Yes.

23        Q.   Did you see blood on Mr. Currie?

24        A.   On his shirt.

25        Q.   Now where on Mr. Currie's shirt where was the

Chad Shaw
October 14, 2024

Page 63

1    blood?

2        A.   Like, I'd say on this top area, on the top

3    chest.  I'm talking about where it just dripped down

4    from off his face to his shirt.

5        Q.   And just for the record, you were kind of

6    moving your hand across, like, directly underneath your

7    neck, basically; is that correct?

8        A.   Yes.  Yes.

9        Q.   And what color shirt was Mr. Currie wearing?

10       A.   A white T-shirt.

11       Q.   How much blood did you see on the shirt?

12       A.   Maybe a little bigger than a quarter.  Maybe.

13       Q.   Bigger than a quarter.  What do you mean?

14       A.   Like from where on his shirt, the area.  I'd

15   say the area, when it all said and done, maybe it would

16   be the size of a quarter.

17       Q.   Oh, the size of a quarter.

18       A.   Yeah.

19       Q.   You mean like a like a quarter money wise?

20       A.   Yes, sir.  Yes, sir.

21       Q.   Was it dark red, light red?  What was the

22   color?

23       A.   Dark red.

24       Q.   And was his shirt dirty otherwise?

25       A.   No.

```
 1      Q.   Would you say that Mr. Currie was generally a

 2  clean person in your experience at that point?

 3      A.   Very clean.

 4      Q.   Did you see blood on him?  Did you see blood

 5  on Mr. Currie anywhere else?

 6      A.   Definitely by the bruises on his face.

 7      Q.   Now was any effort at that point made to clean

 8  up Mr. Currie while he was still in the bathroom?

 9      A.   Yes.  He cleaned himself up.

10      Q.   What did he do?

11      A.   He got his rag, and he had his -- he did,

12  because he had his mirror back there with him.  So he

13  was looking in the mirror as he cleaned his face up,

14  like patting it, blotting it with the rag.

15      Q.   So he's cleaning his face up.  Did he clean

16  his shirt?

17      A.   I'm not sure.

18      Q.   Was it pretty obvious that the quarter -- of

19  that amount of blood that you saw, that it was blood?

20  Or did it look like something else?

21      A.   It was blood.

22      Q.   So it was obvious that it was blood?

23      A.   Yes.

24      Q.   I've gone through a lot of details here with

25  you.  Is there anything else you remember blood wise,
```

Page 65

1  with respect to the bathroom?

2      A.   No.

3      Q.   Did anyone else besides yourself go into the

4  bathroom to assist?

5      A.   Me and Mr. Williams.

6      Q.   What did Mr. Williams do in the bathroom?

7      A.   Same thing.  We just like -- if I was wiping,

8  and he was mopping.  So we were like trying to get Mr.

9  Currie out the bathroom.  We were trying to rush him

10  from back there, saying that if they come back here

11  again, you're trapped because there's no way.  If they

12  come back here now, you can't go back because there's

13  nothing but a wall.  Come on.  You're going to clean

14  this up.  You get from back here.  You get from back

15  here so if they do come, you can least run and get out

16  of the here.  You're not trapped.  Get out this area.

17  Get out this area.  So that's what we were doing.

18  Trying to get him out that area back to his bed.

19      Q.   Was it you saying that or was it Mr. Williams

20  or both of you saying that we got to get out of here,

21  get out of here?

22      A.   It was both of us saying it because, like I

23  said, when I first seen what was going on, I went and

24  got Mr. Williams, like, did you just see what's going

25  on?  Did you see what happened?  So that's what made

Chad Shaw
October 14, 2024

Page 66

1    both of us walk back there, you know what I'm saying.

2    So by the time we got back there, like I said, the fight

3    was already over.  They rushed out.  And when they

4    rushed out, me and Mr. Williams went straight in.  We

5    didn't.  We went straight in, like, what's going on?

6    Because we was trying to figure out what, what really

7    happened.

8         **Q.   So you went in, and you said you were wiping**

9    **and Mr. Williams was mopping.  Where did he get a mop**

10   **from?**

11        A.   Like I said, the brooms and mops, the mop

12   handles, the mop buckets -- everything is stored back

13   there in that area.

14        **Q.   So from that same area you described earlier?**

15        A.   Right.

16        **Q.   How long did you guys spend in the bathroom?**

17   **Let me strike that.**

18        **How long did you spend in the bathroom?**

19        A.   That's maybe a minute, minute and a half.

20        **Q.   So you were working pretty quickly?**

21        A.   Yes.

22        **Q.   What did you wipe the bathroom down with?**

23        A.   Because in the same area, it's like we have

24   torn towels, which we call cleaning rags.  So we were

25   just grabbing cleaning rags that were just available to

Chad Shaw
October 14, 2024

Page 67

1   grab cleaning rags and cleaning up.  Because like we --

2   and but we're doing this is because they got what they

3   say in here, he got away.  They got away.  They didn't

4   get caught.  So we're just trying to clean up so there's

5   no evidence, no nothing.  Just to like, okay.

6   Everything's good.

7        Q.   You didn't want any evidence?  Well, did you

8   believe at that point that Mr. Currie had attacked the

9   two gang members or that the two gang members had

10  initiated the attack against Mr. Currie?

11       A.   Made attacks against him --

12       Q.   So you believe the Latin Kings initiated the

13  attack against Mr. Currie?

14       A.   Because he was already behind the shower gate,

15  behind the curtain.  So they went to him.

16       Q.   Did Mr. Currie, in your understanding, at that

17  point act in self-defense?

18       A.   Yes.

19       Q.   Why would Mr. Currie need to get rid of

20  evidence if he had acted in self-defense?

21       A.   Because you don't like want to go to

22  confinement.  So whatever happened, you clean up so

23  everything goes back to normal.  Sometimes you see; you

24  don't see.  You hear, you don't hear.  So you just clean

25  it up if everything's going to settle down and go back

Page 68

1  to normal.  Okay, ain't no evidence.  Ain't no blood.

2  Everything's clean.

3      Q.   So there was a concern that he might get sent

4  to confinement at that point?

5      A.   Right.

6      Q.   So in your experience, why would a corrections

7  officer send someone to confinement if they acted in

8  self-defense?

9      A.   Because in, in the Florida prison system,

10  that's the only place we have self-defense.  But in here

11  they feel like if you fight back, you, you're going to

12  confinement for fighting.  But if you don't fight back

13  and just get beat up, then okay, yes.  They want you

14  just to, like, I guess, tuck your tail and just get beat

15  up.  Keep getting beat, run, whatever, and they'll

16  charge the other person with assault or whatever.  But

17  just as an instinct and just natural instincts, if

18  someone's coming at you, especially in this type of

19  environment, you're going to respond to try to protect

20  yourself.

21      Q.   When you said "they" a moment ago, you were

22  referring to corrections officers?

23      A.   Yes.

24      Q.   So you said you spent maybe a minute and a

25  half.  And how long did Mr. Williams spend in the

Chad Shaw
October 14, 2024

Page 69

1    bathroom?

2        A.   He, he left before I did.

3        Q.   **And why did he leave before you did?**

4        A.   He went with over to where Mr. Gaddis and

5    Currie were at, so.

6        Q.   **Did --**

7        A.   Go ahead.

8        Q.   **Did Mr. Currie leave before you?**

9        A.   Yes, yes.

10       Q.   **Did Currie leave with Mr. Williams at the same**

11   **time?**

12       A.   I ain't going to say the same time, but it was

13   it was very quick.  He left out and then Williams left

14   out right behind him.  And then I finished cleaning up.

15   And because even though he was in the shower, it's like

16   people were waiting in line.  So we cleaned up real

17   quick because the next person was getting in.

18       Q.   **By the way, before this incident, did you know**

19   **Mr. Currie?**

20       A.   Yes.

21       Q.   **How did you know him?**

22       A.   We were just friends.  We were just cool, so.

23       Q.   **And Mr. Currie was homosexual?**

24       A.   Yes.

25       Q.   **I'm going to ask the question.  Are you gay?**

Chad Shaw
October 14, 2024

Page 70

 1    Are you a member of the LGBTQ community?

 2         A.    I mess around, yes.  I say bisexual.  So

 3    that's what made them ask -- that's what made the

 4    Spanish guys ask other Spanish people and other people

 5    in the dorm about me.  When I talk to Mr. Currie, when I

 6    was over there asking like, what's up, y'all?  What

 7    y'all going to do?  What's going on?  So while they seen

 8    me, because I was new in the dorm also, so they just

 9    watching me.  They felt more threatened by me.  They

10    felt like I was a threat.

11         So they wanted to know was I part of that -- the OK

12    gang, the Outkast gang.  And everybody's like, no, no,

13    no.  He's, he's not part of that.  He's a -- he's a --

14    he's a G.  He's a gangster.  So that's when they kind of

15    like took the vision off me and that's when they went

16    towards them.

17         **Q.    So my understanding what you're saying is that**

18    **when you arrived in the dorm, the Latin Kings were -- or**

19    **the gangs, were interested to know whether you were gay,**

20    **someone to be threatened, whether you were threatening?**

21         A.    At that time -- after the fight in the

22    bathroom.  And then once I went back there to talk to

23    him, they see me cleaning up with him.  I'm talking.

24    I'm at his bed asking what's going on?  What's they --

25    they want you to get in the door.  What you going to do?

Chad Shaw
October 14, 2024

Page 71

1    You going to check in?  What you going to do?  And they

2    like no.  I'm going.  I'm going.  I'm going to fight.

3    I'm going wherever.

4        So I'm like, man, you sure this is what you want to

5    do?  I'm like, I don't know if that's the right -- a

6    good decision.  I said that's it.  But you got to make

7    your own decision.  I said, that's not a good decision

8    if you think you're going to go against them and y'all

9    don't have no weapons, and they got weapons.  Because

10   they're actually showing their weapons.  They already

11   got them in their hands.  Y'all can leave out here

12   tonight.  So I'm like, y'all see what's going to go on.

13       And then Mr. Currie actually got mad at me.  So

14   that's what made me leave and walk back to my bunk.

15   Because like I said, we were cool.  And it's just at

16   that time he had his mind made up.  So like some of the

17   property -- my property was back there and everything

18   because I just, like, hang out back there.  So I hang

19   out all my stuff and took it back to my bed.  And while

20   I was going back to my bed, that's when everything just

21   took off.  Once I got back to my bed, everything took

22   off.

23       Q.  Before you got back to your bed, was there --

24   well first of all, at any point was anybody using mops

25   or broom handles to attack Mr. Currie and Mr. Gaddis or

Page 72

1    **Mr. Williams?**

2         A.    Mr. Gaddis picked up a -- Mr. Gaddis picked up

3    the broom when they were coming, and he was using that

4    as a weapon to protect himself.  So I -- like I said,

5    after the fact -- after the fact once, you know what I'm

6    saying.  It all happened in the hours and days

7    afterwards.  We sat around, people sat around and talked

8    and just this and that, so.  And that's when we found

9    out that he swung the broom.  When they were coming, he

10   swung the broom.  It broke and --

11        **Q.    And you say "he", you mean Gaddis?**

12        A.    Gaddis, yes.  Because when they were coming,

13   he was just like -- he was really just trying to like,

14   y'all stay away.  Like, get back, get back.  But they

15   were coming, and it broke.  And I'm still -- I'm still

16   unsure how his face got cut.  Because when he passed up

17   my bunk up front -- I'm in the front.  So he came all

18   the way handcuffed.  And he's walking by my bed.  He's

19   looking at the Spanish -- the Spanish dudes, because

20   they're already cuffed up and he's looking at them and

21   he's telling them, I got you; I got you.  But his -- the

22   side of his face is split open so you can actually see

23   his teeth to the side of his face --

24        **Q.    Gaddis?  You're talking about Gaddis?**

25        A.    Yes.

Chad Shaw
October 14, 2024

1       Q.   Gaddis's face was split open so you could see

2   his teeth?

3       A.   Yes.

4       Q.   You said that Gaddis picked up a broom when

5   they were coming.  That he did that to protect himself.

6   Was that the first time that the Latin Kings rushed Mr.

7   Currie?

8       A.   That was the second time, because the first

9   time was in the bathroom area.  But then the second time

10  was when they rushed all three of them.  Because all --

11  because Mr. Williams actually stood back there too.  He

12  didn't go to his bed.  His bed was up by my bed, but he

13  stayed back there in the back with them.

14      Q.   So did you see the -- I may have asked this

15  before, but I want to go back to this.  Did you see the

16  Latin Kings themselves using mop handles or brooms at

17  any point?

18      A.   No.

19      Q.   Now let's talk about timing for a second here.

20  So you, Mr. Currie, Mr. Williams all leave the bathroom,

21  what?  Within seconds of each other, a minute of each

22  other?

23      A.   Within seconds of each other.

24      Q.   And then Mr. Currie went to his bunk; is that

25  correct?

Chad Shaw
October 14, 2024

Page 74

1     A.   Yes, sir.
2     Q.   And how much time passes before the Kings then
3   go to Mr. Currie and Mr. Williams and Mr. Gaddis?
4     A.   20, 20 to 25 minutes.
5     Q.   So 20 to 25 minutes passes before they --
6   before the Latin Kings go and started trying to attack
7   Mr. Currie?
8     A.   Yes.
9     Q.   And that's the second attack after the
10  bathroom attack?
11    A.   Yes, sir.
12    Q.   Now during that 20 to 25 minutes, what's going
13  on?
14    A.   All the -- like I said, Mr. Williams, Mr.
15  Gaddis, and Currie, they're talking.  But then you have
16  other Outkast members that's in the dorm.  You have Mr.
17  Ward, who's also -- who's also gay and homosexual.  So
18  they're trying to figure out who, who's all going to
19  stand up.  Who's all going to, like, be there.  And they
20  were all talking like, yeah, if they do this, if they
21  come, we're going to do this.  We're going to do that.
22  But when they came it was only just them three, you
23  know.  And that's up.
24    Q.   Let me stop.  Did Mr. Currie at any point say
25  I'm going to go and attack them?

Chad Shaw
October 14, 2024

Page 75

1    A.    No.

2    Q.    **So was it your understanding he was speaking**

3    **about defending himself?**

4    A.    Yes.  Because they were already saying that he

5    had to get on the door.  They were like either you going

6    to leave or we're going to make you leave.

7    Q.    **Let's go back to that.  At what point was Mr.**

8    **Currie told that he needed to get on the door?**

9    A.    Yes.

10   Q.    **At what point?**

11   A.    I'd say within -- let's say five minutes after

12   the fight in the bathroom.  Within five minutes after

13   that fight, they left.  And by the time they got back,

14   he was gone.  That's when the messengers or whatever you

15   would call them sent word.  Hey, they got to get him.

16   They got to go --

17   Q.    **I'm sorry.  Finish your thought.**

18   A.    And that person was saying -- they, they were

19   saying that all the gays had to get on the door.  It

20   wasn't just Currie.  Since you're gay, all the gay

21   people are going to get on the door.

22   Q.    **Now, you said messengers were sent.  Who was**

23   **sent?**

24   A.    I'm not for sure who.  It's just that because,

25   like, whoever walked over was like, hey, man, they said

Chad Shaw
October 14, 2024

Page 76

 1    that you had to go, that you can't stay here.  You got

 2    to do this here.  So it was the -- just a quick verbal,

 3    whoever's, whoever came up and said it.  And that's when

 4    Mr. Currie let me know what was said.

 5         Q.   So was it one person or multiple people who

 6    came over as messengers?

 7         A.   I'm not really sure.  I'm not really sure.

 8    I'm not going to say one or two.  I'm not sure.

 9         Q.   But they were Latin Kings?

10         A.   Yes.  And I do know that Mr. Currie asked.  He

11    asked.  He was like, like, listen.  I'm tired of

12    everything.  The leader, whatever his name was, he's

13    like, I just want a fade, which is a head up.  Just me

14    and him, one on one.

15         Q.   I just want a what?

16         A.   A one on one.  And this Spanish guy, the

17    leader, sent word back saying, I'm not going to fight no

18    pump.  I'm not going to fight no pump.  So that's when

19    we knew that the weapons were going to be involved.

20         Q.   Now, you said that Mr. Currie said I want a

21    heads -- did you say he said I want a heads up?

22         A.   He said I want a heads up.  He said, man, I

23    just want a heads up with that one, with the leader

24    dude, because he's the one that would like initiate the

25    fight in the bathroom.  So he sends -- like all the

Chad Shaw
October 14, 2024

Page 77

1    problems that they had in the dorm before and until

2    this point, it all stimulated from the leader because he

3    was the one that -- he's a leader.  So he's the one

4    that's putting all these laws and making all these rules

5    in the dorm about what can happen, what can't happen,

6    what can't be done, what can't be done, so.

7         Q.   What does that mean, though, a heads up?  What

8    did you understand Mr. Currie to mean?

9         A.   One on one.  Ain't just me and you.  Not none

10   of my friends or homeboys.  None of your brothers.  Just

11   me and you.  Head up, one on one.  That's what it is.

12        Q.   And did Mr. Currie say that to the messenger?

13        A.   Yes.

14        Q.   Did Mr. Currie at that point go over and start

15   doing a fight with the leader?

16        A.   He never left his bed area.  Because the whole

17   time --

18        Q.   Sorry, go ahead.

19        A.   -- the whole time he was just packing his

20   property, so he never left his bedding area.

21        Q.   When Mr. Currie got back to his bed, how soon

22   did he start packing his property?

23        A.   Within minutes.

24        Q.   Was that before or after the messenger

25   arrived?

Chad Shaw
October 14, 2024

Page 78

1    A.    After.

2    Q.    So why did Mr. -- you were asked this before,

3    but I want to try to understand.  Why did Mr. Currie

4    start packing his property?

5    A.    Because in here in this environment with the

6    gangs, it's just certain things that you know that's

7    going to happen.  When they say, okay, you got to get

8    out of here.  You just -- you're not staying here -- one

9    way or another it's going down.  So he just was

10   preparing that.  Securing his personal property.

11   Q.    He was securing his property because he knew

12   that he was going to get removed at some point or?

13   A.    Yes.  By, by choice or by force.  So he was

14   just securing his personal property, making sure that

15   whatever happened, that his personal property was -- he

16   knew it was secured.

17   Q.    Now there was a count at some point, correct?

18   A.    That's correct.  Yes, sir.

19   Q.    How long after the bathroom incident was the

20   count?

21   A.    45 minutes to an hour.

22   Q.    So the the count was 45 minutes to an hour

23   after the bathroom incident, correct?

24   A.    Right.

25   Q.    The messenger came over, you said about --

Chad Shaw
October 14, 2024

Page 79

1  well, actually, how long?  How long was it after the

2  bathroom that the messenger came over?

3      A.   Maybe like two to three minutes.

4      Q.   So two to three minutes after the bathroom

5  incident, one of the Latin Kings' messengers comes over,

6  correct?

7      A.   And it wasn't like -- it was like a -- it was

8  like he came over, but he was like, he's, he's speaking

9  out loud.  It wasn't like he whispering, hey, you got to

10  go, man.  You got to get on the door.  You got to leave

11  out here.

12      Q.   When you say he was speaking out loud, like

13  was he shouting it?

14      A.   I wouldn't say shouting, but he's talking loud

15  enough to everyone in that area can hear what's going

16  on.

17      Q.   How far away was the messenger from Mr.

18  Currie's bed?

19      A.   Maybe 12 to 15 feet.

20      Q.   12 to 15 feet away from Mr. Currie's bed?  Did

21  the messenger stay, or did he turn and go?

22      A.   He turned to go because he wasn't going to

23  come in the area over there by himself like that.

24      Q.   I showed you earlier images of people,

25  pictures of people.  Were any of those people the

Chad Shaw
October 14, 2024

Page 80

1    messenger?

2        A.   I'm not sure.

3        Q.   So the messenger comes about two to three

4    minutes after the bathroom incident.  And then you said

5    it was 20 to 25 minutes elapsing from the bathroom

6    before the Latin Kings attacked.  Now when the Latin

7    Kings do that second attack, was that an attack with

8    weapons?

9        A.   Yes.

10       Q.   And how many Latin kings was it?

11       A.   I'm not sure exactly how many Latin Kings,

12   because I just know they were all Spanish.  So I can't

13   say which ones were Kings or which ones were Nietas or

14   MS-13.  But just.

15       Q.   Well, let me ask this.  How many attackers

16   were there total who came after Mr. Currie?

17       A.   At least six to eight.

18       Q.   At least six to eight, okay.  And all of them

19   had weapons?

20       A.   Yes.

21       Q.   So how long -- well, strike that.

22       How long did this second attack with weapons last?

23       A.   I'd say maybe 7 to 10 minutes.  Maybe.

24       Q.   7 to 10 minutes.  I'm sorry.  You said 7 to 10

25   minutes?

Chad Shaw
October 14, 2024

Page 81

1    A.   7 to 10 minutes.

2    Q.   And during that 7 to 10 minutes, was that the

3    period -- well, who was stabbed during that period of

4    time?

5    A.   Mr. Gaddis.  Well, all three of them.

6    Q.   Was there a second -- was there a third attack

7    at any point?

8    A.   No.

9    Q.   So this attack lasts 7 to 10 minutes.  And how

10   much later, how much time passed before any -- well, let

11   me.  During that second attack, was there any officer in

12   the dorm area?

13   A.   No, sir.

14   Q.   Was there any officer -- during the second

15   attack, was there any officer in the security booth?

16   A.   Yes.  Yes, sir.

17   Q.   Do you know which officer that was?

18   A.   Officer Patterson (sic).

19   Q.   Do you know whether she -- how do you know

20   Officer Patterson (sic) was there?

21   A.   Because we were -- because like we were cool.

22   And we would go up to ask her like, can we turn on the

23   TV?  Can we do this?  Can we do things?  Can we do?  So

24   that's how.  And it's like -- like I said, the officer

25   station is right there.  And then, like anytime they

Chad Shaw
October 14, 2024

Page 82

 1    need something done, they have to come out and address
 2    it because it's like not a microphone.  So they have to
 3    come out and say, hey, come here.  Can you let this
 4    inmate know or can you let the dorm know this?  So
 5    that's how.  That's, that's how we know who's working in
 6    the dorm and who's who.
 7         Q.   So there's no microphone?  There's no loud
 8    speaker that the officer in the station can use to speak
 9    to the dorm?
10         A.   It might be, but they don't use it.
11         Q.   So no loudspeaker was used that day?
12         A.   No.
13         Q.   And so if I understand, you're saying that
14    typically officers just come outside the booth and give
15    an order or instruction?
16         A.   Yes.  Yes.
17         Q.   How did the fight, this -- I'm sorry.  How did
18    the second attack end?
19         A.   If I'm not mistaken, it was because of the
20    count.  When they were saying like, get ready for count,
21    get ready for count.  Like when they were like
22    announcing recall to get prepared for count.  And then
23    that's how it all, like, settled down.
24         Q.   So in other words, the attack stopped because
25    of the count and not just on its own that it faded out?

Chad Shaw
October 14, 2024

Page 83

1      A.   I can say both.  I say both.  I say both

2  because by the time it faded out, they were tired,

3  stressed out from running all over the dorm, jumping

4  over beds, and all type of stuff.  They were tired.

5      Q.   Now, you said that there was -- people were

6  jumping over beds.

7      A.   Yes.

8      Q.   Who did you see jumping over beds?

9      A.   They were chasing each other.  I know -- I

10  know for a fact that Mr. Williams jumped over the bed,

11  and when he was jumping over the bed, he fell because he

12  was trying to look back to see where the Spanish guy was

13  at who was chasing him, and he fell and --

14      Q.   I'm sorry.  Go ahead.

15      A.   That's how he got stabbed in the back in his

16  shoulder blade too, to once he fell.

17      Q.   So Mr. Williams fell.  He jumped over a bed.

18  He fell.  He was trying to get away from somebody.  And

19  that's when he was stabbed?

20      A.   Yes, sir.

21      Q.   And who else did you see?  Did you see Mr.

22  Williams jump over a bed at any other point?

23      A.   No.

24      Q.   Did you see anyone else jump over a bed?

25      A.   I just -- I, I can't say for sure who it was,

Chad Shaw
October 14, 2024

Page 84

 1    but it was just a lot of movement and people getting

 2    out of the way because like I said, people swinging

 3    knives and people running and you not knowing what's

 4    what and who's who.  So it's like people backing up,

 5    hiding, trying to just stay their distance.

 6        Q.   What was the noise level during this second

 7    attack?

 8        A.   It wasn't that loud.  It was just really the

 9    ones who were involved making the noise.

10        Q.   Well, were people yelling?  Were they

11    shouting?  What kind of sounds were people making?

12        A.   Like really just in awe.  Like, like, couldn't

13    believe we're really going on like this because it's how

14    how active it was, how aggressive.  So everyone was just

15    like in awe and shock.

16        Q.   Do you know, during -- you said Officer

17    Patterson (sic) -- well, was Patterson (sic) a sergeant

18    at that point?

19        A.   I'm not sure.

20        Q.   Regardless, what was Patterson (sic) doing in

21    the security booth during this time, if you know?  And I

22    mean during this second attack.

23        A.   You, you froze up, so I didn't hear what you

24    said.

25        Q.   I apologize.  What was Officer or Sergeant

Chad Shaw
October 14, 2024

Page 85

1    Patterson (sic) doing in the security booth during this
2    second attack?
3         A.   I can't say because I wasn't watching her.
4         Q.   Do you know if at any point she called for
5    backup?
6         A.   After count.  After the master roster count
7    when all the officers rushed in.
8         Q.   So you believe she called for backup after the
9    second -- after the master count?
10        A.   Right.  Because after, there's so many people.
11   The three were, like, bleeding.  And Mr. Currie couldn't
12   hardly breathe.  And then, like Mr. Gaddis's face.  So
13   it was a lot of blood being lost.  So they were getting
14   weak.  So that's when, like I said, the noise level kind
15   of went up because they're like, hey, man, y'all, we got
16   to get medical.  Get medic, get medical, get medical,
17   get medical, get medical down here.  They need medical
18   attention.  So that's when the noise got kind of raised
19   up.
20        Q.   Wait.  I'm sorry.  Did you say that or did
21   somebody else say they need medical attention?
22        A.   That was -- inmates were yelling, telling
23   other inmates to get officers to call for medical
24   attention.
25        Q.   So inmates were yelling for officers to get

Chad Shaw
October 14, 2024

Page 86

1    medical attention?

2         A.   Yes, sir.

3         Q.   Like, at what point was that?  I'm trying to

4    understand was that -- after the fight, was that the

5    second fight -- was that after the count --

6         A.   Yes.

7         Q.   Was that before the count?

8         A.   After the count.

9         Q.   After the count.  So would it have been -- to

10   your knowledge, would it have been obvious to somebody

11   in the security booth that something was going on in the

12   dorm during that second attack?

13             MR. KVERNE:  Objection.  Speculation.

14             THE WITNESS:  If they were --

15             MR. TARJAN:  You can answer.

16             THE WITNESS:  If they were paying attention to

17        that side, yes.  But if they were paying attention

18        to the other side, then they would have never seen

19        anything.  Because you got one officer that's

20        watching both sides.

21   BY MR. TARJAN:

22        Q.   How long is the officer booth from side to

23   side?

24        A.   Oh, 10 feet maybe.

25        Q.   So it's about 10 feet from one side of P dorm

Chad Shaw
October 14, 2024

Page 87

1    to the other side of P dorm, like P1 to P2?

2         A.   Just for the officer station?

3         **Q.   Yes.**

4         A.   I'd say about, yes.  And the small office --

5    like the office, that's basically what it is.  The

6    office.

7         **Q.   And is it fully -- well, where are the**

8    **windows?  Well, does it have windows?**

9         A.   Yes.  All three sides.

10        **Q.   What did you say?**

11        A.   You got -- you got side windows for P1 and P2.

12   Then you got the windows in the front because there's a

13   dayroom area in front of the offices where they -- you

14   can watch TV.  But then behind them, there is no windows

15   because that's just a wall with like the file cabinets.

16   So there's windows from side to side and in front.

17        **Q.   So there's windows on three sides?**

18        A.   Yes.

19        **Q.   So if I understand, there's a side for P1**

20   **where an officer can look and see into P1?**

21        A.   Yes sir.

22        **Q.   There's a side for P2.  And then there's also**

23   **a window for the front to a dayroom?**

24        A.   Area for both sides.  P1 has a dayroom area,

25   and P2 has a dayroom where the TV was at.  Like where we

Chad Shaw
October 14, 2024

Page 88

1  get to go watch TV at.

2      Q.   How thick is the glass; do you know?

3      A.   It's thick Plexi.

4      Q.   What did you say?  Like Plexiglas?  What did

5  you say?

6      A.   Yes.  Thick Plexi.  It wouldn't just break.

7  If you hit it with something, it wouldn't break.

8      Q.   Had you ever gone to that that particular

9  security booth and spoken to an officer through the

10 glass?

11     A.   Yes.

12     Q.   Is there like a speaker at the glass for

13 inmates to talk through?

14     A.   There's a -- there's a metal piece with like

15 holes through it.  So like, you can speak through.

16     Q.   When you speak to an officer, just generally

17 that particular booth, when you speak to an officer, do

18 you have to crouch down to speak into the hole?  Or can

19 you just talk wherever you are and speak and be heard?

20     A.   Depending on who it is.  Sometimes you have to

21 just like go to that hole like.  It's like a little

22 round hole with a round thing, with the holes where you

23 can speak through and you just like lean forward and

24 speak through it.

25     Q.   And just for the record, you were basically

Chad Shaw
October 14, 2024

Page 89

1   holding up your hands, like basically taking your

2   thumbs together and your index fingers and holding them

3   like in a circle; is that correct?

4        A.   Correct.  Yes.

5        Q.   And that's about the size of that booth hole

6   with the slots?

7        A.   Yes.

8        Q.   Is there any kind of electronic speaker that

9   you know of?

10       A.   No.

11       Q.   What's the color of the glass?

12       A.   It's like it's clear.  But like a grayish or

13   barely white.  White smokish.  Smokish, was it.

14       Q.   Is it one-way glass so you can't see into the

15   booth, or can you see into the booth?

16       A.   Yes.  You can see both ways, in and out.

17       Q.   During the second attack, what was the

18   lighting in the dorm?

19       A.   Bright.

20       Q.   When you say bright, what do you mean?

21       A.   That all the lights were on.  It wasn't like

22   it was they were dimmed or turned down.  The -- all the

23   lights were on.

24       Q.   So it wasn't like it was turned down for,

25   like, sleeping?

Chad Shaw
October 14, 2024

Page 90

1    A.   No, sir.  All the lights were on.

2    Q.   Did the lights stay on during this entire

3    incident?  From the time it began to the time Mr.

4    Currie, Mr. Gaddis, and Mr. Williams left?

5    A.   Yes.  The lights stayed on all night that

6    night.

7    Q.   Now when you talk through -- just generally

8    speaking, when you talk through this slotted glass, this

9    slotted circular piece into the booth, you have to

10   shout, or can you just talk?

11   A.   Just talk.

12   Q.   Now, after the second attack, where was Mr.

13   Currie?  Was he on his bed?  Where was he?

14   A.   He was on his bed.

15   Q.   Where was Mr. Williams?

16   A.   On his bed.  At count, everyone has to be on

17   their bunks.

18   Q.   So when the attack -- when the attack ends,

19   Mr. Currie is on his bed?

20   A.   He walked back to his bed because when it

21   ended, as it ended, I remember him picking Mr. Williams

22   up.  I remember him picking Mr. Williams up and then

23   asking him, are you okay?  And then that's when they

24   were walking back.

25   Q.   Did Mr. Williams go to his bunk?

Chad Shaw
October 14, 2024

Page 91

 1      A.    Yes.

 2      Q.    And did Mr. Gaddis go to his bunk?

 3      A.    Yes.

 4      Q.    So at this point, I know you're saying that

 5  the count kind of -- or there was a preparation for the

 6  count.   What did that preparation involve?

 7      A.    You got a couple minutes to get your water,

 8  use the bathroom, and get all that out of the way.

 9      Q.    How long does a count usually take?

10      A.    About an hour.

11      Q.    So this is a long process?

12      A.    Yes.

13      Q.    How do you get a warning that a count is going

14  to happen?  Or do you get a warning?

15      A.    Sometimes, but the majority of time we just

16  pay attention to the time.  We, we already know what

17  time counts are at -- what time counts are.

18      Q.    What time was the count in that dorm supposed

19  to be that night?

20      A.    10 o'clock, master roster count.

21      Q.    And was there a clock on the wall for you to

22  observe?

23      A.    No.

24      Q.    How do you know the time?

25      A.    We wear watches.  Or it's a -- it's a clock

Chad Shaw
October 14, 2024

Page 92

1    it's at the officer station.  But you have to walk way

2    up there to look.  Or we have our tablets or a watch.

3        Q.   Is the clock in the officer station or hanging

4    on the officer station?

5        A.   Inside, hanging on the wall.

6        Q.   So you can basically go to the officer station

7    and look in and see the time?

8        A.   Yes, sir.

9        Q.   And where is it?  Is it on the far wall?  Is

10   it on one of the --

11       A.   Back wall.

12       Q.   Back wall, okay.  Did another officer enter

13   the -- so up until that point, was it only Officer

14   Patterson (sic) who had been in the dorm?

15       A.   Yeah.

16       Q.   That's a yes?

17       A.   Yes.

18            MR. TARJAN:  By the way, do you need a break?

19            THE WITNESS:  No.  I'm good.

20            MR. TARJAN:  Anyone else need a break?

21            MR. KVERNE:  Nope.

22            THE REPORTER:  If we could take a quick five

23       minutes, that would be great.

24            MR. TARJAN:  Absolutely.

25            MR. KVERNE:  Fine.

Chad Shaw
October 14, 2024

Page 93

 1          THE REPORTER:  We're going off the record.
 2      The time is 12:12 p.m. Eastern Standard Time.
 3          (Off the record.)
 4          THE REPORTER:  We are back on the record.  The
 5      time is 12:18 p.m. Eastern Standard Time.
 6  BY MR. TARJAN:
 7      Q.   Before we took a break, I think you were
 8  saying that only Officer Patterson (sic) was in the dorm
 9  through -- was that through the end of the second fight?
10      A.   Yes.
11      Q.   So how soon after that second fight ended --
12  and I know people were preparing for the count, but how
13  soon after the fight ended did the count actually start?
14      A.   Ooh.  Maybe 15 minutes, 20 minutes.
15      Q.   And I'm sorry.  You said maybe 15 --
16      A.   15, 20 minutes.
17      Q.   25 minutes.  Well does another officer come
18  into the dorm for the count?
19      A.   Yes.  Because that one --
20      Q.   At what point -- sorry.
21      A.   Because that one officer can't leave the
22  booth.
23      Q.   So who came into the dorm to assist?  Or who
24  came into the unit to assist?
25      A.   The, the count or?

Chad Shaw
October 14, 2024

Page 94

1      Q.   The count.

2      A.   Actually, I'm not -- I'm not -- I'm going to

3  say I'm not sure.  I'm just going to say I'm not sure.

4      Q.   By the way, Officer Patterson (sic) -- can you

5  describe her?

6      A.   I'd say she --

7      Q.   Like physically.

8      A.   Five five, brown skin.  She would like -- I

9  know she used to wear braids, so I can't say if she had

10  short or long hair, so.

11      Q.   Skinny, overweight?

12      A.   I'd say overweight, right.

13      Q.   African American, Caucasian --

14      A.   Yes.  African American.

15      Q.   And you think she had braids at that point?

16      A.   Yes.

17      Q.   Are you familiar with an Officer Green (sic)?

18      A.   Yes.

19      Q.   Do you remember seeing Officer Green (sic)

20  that evening?

21      A.   I'm not sure.  I know she used to always come

22  to our dorm to count or come over there, but I'm not --

23  I can't say for sure that she came that night.

24      Q.   But she almost always?

25      A.   Yes.

Chad Shaw
October 14, 2024

Page 95

1    Q.    How frequently did she come to the dorm for

2    count?

3    A.    I'd say at least three or four times a week.

4    Q.    And would she do the count herself, or would

5    she go into the officers' station while someone else did

6    the count?

7    A.    She would come in and do the count, and then

8    relay her, her numbers to the one in the booth.

9    Q.    And so going back to that night, you're not

10   sure who it was who came in to do the count?

11   A.    Right.

12   Q.    And can you describe Officer Green (sic)?  And

13   I don't have a photograph to show you of her or Officer

14   Patterson (sic), but can you describe Officer Green

15   (sic)?

16   A.    Slim, slim-skinny, dark skin, real long hair.

17   And I'd say about five five, five six, maybe.

18   Q.    African American?

19   A.    Yes.  African American.

20   Q.    Before the count started, from the time the

21   fight ends and the count starts, what is Mr. Currie

22   doing?

23   A.    Because our bunks are so far apart, I think

24   that he was on his bunk.  That's when he went back to

25   his bunk.

Chad Shaw
October 14, 2024

Page 96

1          Q.   So do you know what he's doing on his bunk?

2          A.   No.  I just know that --

3          Q.   I'm sorry.

4          A.   I know -- I know, once they did the count,

5     whoever came out for the count, he was -- he had fell

6     back on his bed on his back.  And that's when he

7     couldn't breathe.  He was having trouble breathing.

8          Q.   That was after the count?

9          A.   That -- yes.

10         Q.   So when the count starts, at this point, what

11    injuries does Mr. Currie have?

12         A.   He was already stabbed.  All -- Mr. Currie had

13    already been -- all three of them had already been --

14    had been suffered their injuries.  So I know Mr. Gaddis,

15    it was like his face, they were trying to patch him up,

16    see if they could -- like he didn't have to go to

17    medical or something.  The same thing with, with Currie.

18    They was trying to see if he had to go but he couldn't

19    breathe.  That's why I said that about the inmates.

20    Hey, get medical.  We need -- we need medical down here.

21    We need medical.  That's when I said the noise level

22    raised up because they were trying to get the officer's

23    attention now.  Hey, call medical down here.  Call

24    medical down here.  And then that's when all the medical

25    and all the other officers came.

Page 97

```
 1      Q.   And that was after count?

 2      A.   Yes.  We were still in count when they came,

 3  though.  Count had not cleared yet, but they came while

 4  we were still in count, sitting on our beds.

 5      Q.   So how much time elapsed from when count began

 6  to officers coming into the dorm for the situation?  And

 7  I don't mean for the count itself, but to deal with what

 8  had taken place.

 9      A.   I'd say 45 minutes.  It was --

10      Q.   I'm sorry.

11      A.   30 to 45 minutes, in that range right there.

12      Q.   So just to be clear, after the count, 30 to 45

13  minutes passed before other officers come into the dorm?

14      A.   Right.

15      Q.   Does that include anyone from medical?

16      A.   Yes.

17      Q.   Did anyone from medical, like a nurse or a

18  doctor, come into the dorm prior to those other officers

19  entering the dorm?

20      A.   No.  They all came at the same time.

21      Q.   So medical and the officers basically arrived

22  at the same time?

23      A.   Yes.  The two -- I think -- I think it was two

24  medical orderlies pushing the, the stretcher thing.

25      Q.   So let's talk about the injuries that Mr.
```

Chad Shaw
October 14, 2024

Page 98

1    Currie had after that second attack.  Like, what did

2    you see his injuries to be?

3         A.   Well, there was the ones from the first one,

4    like above his eye and the little -- in his face, those

5    little bruises, and then the stab wound in his chest.

6    And that's when they --

7         Q.   So he had a stab wound in his chest?

8         A.   You asked me how the blood like.  It was like

9    caked on his shirt and everything.  But it's real, real.

10        Q.   Was there blood anywhere -- do you know if he

11   was -- at that point, did you know if he had been

12   stabbed anywhere else?

13        A.   No.  No.

14        Q.   Now would it have been obvious to anyone

15   looking at Mr. Currie that he had been stabbed?

16        A.   Yes.

17        Q.   How much blood was showing?  Well, I'm

18   assuming he was bleeding from being stabbed, correct?

19        A.   I'm going to say the -- his whole chest

20   area -- like his whole chest of like on the shirt -- the

21   whole chest area of his shirt right here was, like, all

22   blood.

23        Q.   And you're kind of -- it's hard for me to see

24   on the camera, but you are basically showing what?

25        A.   About right here at this area.

Chad Shaw
October 14, 2024

Page 99

1      Q.   For the record, you're kind of showing

2   like --

3      A.   The breastplate.  The breastplate.

4      Q.   Did it look like a lot of blood?

5      A.   Yes.

6      Q.   And what about Mr. Williams?  At that point,

7   what were his injuries that you could observe?

8      A.   I'm not sure what shoulder blade it was on,

9   but I think that it was on, on one of his shoulder

10   blades.

11      Q.   You're not sure if it was the left or the

12   right?

13      A.   I'm not sure.  No.

14      Q.   And was it obvious that he had been stabbed?

15      A.   Yes.

16      Q.   Was there a lot of blood for him as well?

17      A.   I'm not going to say it was a lot, but you

18   could tell from where it had soaked out.  Where it had

19   leaked out on his shirt, where it was like.

20      Q.   Do you know if he was stabbed anywhere else?

21      A.   No.  I'm not sure.

22      Q.   What color shirt was he wearing?

23      A.   He had on -- he was -- he was class A, which

24   is the whole blue uniform.

25      Q.   The blue uniform.  What was Mr. Currie's

Page 100

1    classification?  Do you mean that the class -- do you

2    mean that the uniform is called a class A uniform?  Or

3    he wears that uniform because he is class A?

4        A.   That -- it's just -- it's called -- it's

5    considered a class A uniform.

6        Q.   Got it.  What type of uniform was Mr. Currie

7    wearing?

8        A.   He had, if I'm not mistaken, he had on -- I

9    think he when came out the shower and put his shorts on.

10   I don't know if he put pants on top of his shorts.  I

11   know he had a T-shirt on.  I want to say he had on his,

12   his T-shirt and blue pants.

13       Q.   But if he's bathing, he would not necessarily

14   have worn his uniform?

15       A.   No.  Because you only have to wear your class-

16   A uniform like when you're going outside to call outs,

17   to food service, and stuff like that.  In the dorm, you

18   could be class B, class C.  You can wear your shorts.

19   You can wear your pajamas.  So he didn't have to have

20   been in his class A uniform.  It's just that he still

21   had it on.

22       Q.   And let's talk about Mr. Gaddis's injuries.

23   What did you observe for Mr. Gaddis after that second

24   attack?

25       A.   And the only reason I observed that was

Chad Shaw
October 14, 2024

Page 101

 1  because he walked directly past my bunk in handcuffs,

 2  and I'm sitting right there.  That's how I was able to

 3  see his face when he was talking to the Spanish.  He was

 4  saying -- saying what he was saying.  I'm going to get

 5  you.  I'm going to get you.  But he was already

 6  handcuffed and leaving out.

 7      Q.   And you said that his -- was it the left or

 8  the right side of his face?

 9      A.   His left.  Because I was sitting on my bed.

10  So when he passes by, it's his left side.  It's his left

11  side.

12      Q.   Could you see his teeth as he passed you?

13      A.   Yes.

14      Q.   How was he able to talk if he had this major

15  wound?

16      A.   He was calm.  He was real calm.

17      Q.   If someone had looked at him like right after

18  the attack, would it have been obvious to them that he

19  was -- he'd been attacked?

20      A.   Yes.

21      Q.   Stabbed?

22      A.   Yes.

23      Q.   Right after the attack, Mr. Currie goes to his

24  bed.  Do you know if there was blood on the bed?

25      A.   No, I don't.  I know it was -- when he went to

Chad Shaw
October 14, 2024

Page 102

1  bed for that count and everyone in that area who slept

2  out that way around him, everyone was like, just around

3  him.  So then they came for count, everyone sat in their

4  beds.  And then like I said, when they came in, count

5  was never cleared so we couldn't get off our bunks.

6  They rushed in.  They just told everyone to lay down,

7  face down on their beds.  And that's when they went to

8  just dealing with Currie.  And that's when the other,

9  other ones stepped up because they went back and

10  reviewed the camera and seeing who was who and like,

11  come on, we got you.  And after they seen all the

12  injuries and then that's when they tried to get the

13  medical.

14      **Q.   Well, when the count began, were you counted**

15  **before all those other officers rushed in?**

16      A.   Yes.

17      **Q.   What does that mean?  What does the count**

18  **mean?  What happens?**

19      A.   They -- you sit on your bed and an officer

20  walks around with, with the -- with the master roster

21  sheet.  So it's a -- it's the master roster sheet with

22  every bunk number.  It has every inmate's name.  You

23  have to show your ID.  You have to show your ID when he

24  comes to your bunk and you say your name, your DC

25  number, and he matches it with the -- with the master

Chad Shaw
October 14, 2024

Page 103

1    roster sheet.  And he goes from bunk to bunk doing

2    this, from bed to bed, all the way around the whole dorm

3    doing this.

4        Q.    So it's not like that the officer is standing

5    50 feet away and saying, hey, show me your card.

6        A.    No, he's, he's, he's present right there.  I

7    mean, within like maybe two feet.  He's right on top of

8    you.

9        Q.    Did you see the person doing count go to Mr.

10   Currie for count?

11       A.    Yes.

12       Q.    How long into the count did that take place?

13       A.    But he, he would been -- 13, 14, 15.  Because

14   he slept on like bunk 17.  So he, he would have been the

15   17th to 18th person to have been seen by the officers.

16   I slept on bunk 50.  So he slept on bunk 17 -- 16, 17.

17   So as they going 1, 2, 3, 4, 5 he would got to -- he

18   would have got to Mr. Gaddis first because he slept in

19   13.  Then he would have got to Mr. Currie, and he would

20   have got to Mr. Williams and then I would have been last

21   because I'm about 50.  So that's the order.  He was --

22   the officer would have seen each one.  He would have

23   seen Gaddis first, then Currie, then Williams.

24       Q.    So when you saw -- well, you said you saw Mr.

25   Currie get counted.  In other words, are you saying that

Chad Shaw
October 14, 2024

Page 104

1    you saw the officer go to Mr. Currie's bunk and do the

2    count?

3         A.   Yes.

4         Q.   And did you hear that interaction?

5         A.   No.  No.

6         Q.   What did you observe of that interaction?

7         A.   I just seen -- I'm looking in the back towards

8    that area and the showing the ID and everything.  But he

9    also -- I know that he was -- Mr. Currie was trying to

10   tell the officer something.  And that's when -- like I

11   said, after the fact it was the, oh we trying to get

12   count right now.  We doing a count right now.  We worry

13   about medical later.  We -- our count comes first.  And

14   then that's -- like I said, that's after the fact that I

15   got that information.

16        Q.   In other words, you were told that "our count

17   comes first" afterwards.

18        A.   Right.

19        Q.   Who did you hear that from?

20        A.   That, that came from the inmate which said

21   that the officer said that.

22        Q.   Do you remember which inmate said that?

23        A.   No.

24        Q.   Did anyone else tell you what they heard

25   during Mr. Currie's count?

Chad Shaw
October 14, 2024

Page 105

1      A.   I know me and -- I know me and Mr. Ward

2   talked.  I just can't -- I'm not going to say I can

3   remember the conversation verbatim, but I know we did

4   talk about the situation because he slept right there.

5   And he was telling me little bits and pieces and about

6   how he made sure that -- because when they came and how

7   they had to -- they had to, like, disrupt that whole

8   area.  They had -- to get to him -- to get to Mr.

9   Currie, they had to throw beds out the way.  They had to

10  snatch beds and move beds.  I'm talking about literally

11  push them all out the way to get to him.  Because to get

12  the -- to get the stretcher and get to him, because how

13  he was just like splayed out on the bed.  He had fell

14  back, was just splayed out and they rushed to --

15      Q.   I'm sorry.  I interrupted you.  Keep going.

16      A.   That was Currie.  That was Mr. Currie, so.

17      Q.   Did you say that you and Ward talked, or who

18  did you say?

19      A.   Ward.  Alfonzo Ward.

20      Q.   What was the first name?

21      A.   Alfonzo.

22      Q.   Alfonzo, okay.  W-A-R-D?

23      A.   Yes.

24      Q.   How long was the interaction between the

25  counting officer and Mr. Currie during Mr. Currie's

Chad Shaw
October 14, 2024

Page 106

1    count?

2        A.   Seconds.

3        Q.   You said you know Mr. Currie was trying to

4    tell the officer something.  How did you know that

5    from -- I mean, did you visually see him trying to tell

6    the officer something?

7        A.   All I know, that I seen him with his ID.  So I

8    knew he was telling me his name and DC number.  Again, I

9    don't know verbatim what he said after that.

10       Q.   Got it.  Was Mr. Currie sitting up during this

11   interaction?

12       A.   At first, yes.

13       Q.   And so when he encountered the counting

14   officer, was he sitting up?

15       A.   He was sitting up.

16       Q.   Would he have been bleeding at that point?

17       A.   Yes.

18       Q.   Now I think you were talking about the

19   counting officer.  I think you might have said he, but

20   you said you don't really know whether -- who it

21   actually was.

22       A.   Right.

23       Q.   Do you know whether it was a woman or a man?

24       A.   No, I don't.

25       Q.   And during the count, was Officer Patterson

Chad Shaw
October 14, 2024

Page 107

1    (sic) all that time in the booth?

2        A.   Yes.

3        Q.   Did any other officer -- during the count

4    before everybody else rushed in, did any other officer

5    come into the count -- come into the dorm to assist with

6    count?

7        A.   No.

8        Q.   So the counting officer -- okay.  You said you

9    were counted before officers rushed in and you were the

10   last person.  So did the officer -- the counting officer

11   complete the count?

12       A.   Yes.

13       Q.   So the officer completed the count before all

14   these other officers and medical people rushed in?

15       A.   Yes, sir.

16       Q.   And how much time would you say elapsed

17   between the time the count completed and everybody else

18   rushed in?

19       A.   15 minutes.  15 to 20 minutes.

20       Q.   During the count at some point, did Mr. Currie

21   lie down on the bed?

22       A.   Yes.

23       Q.   At what point did you see him lie -- or what

24   point?

25       A.   That was after the -- after the count.  After

Chad Shaw
October 14, 2024

Page 108

1   the count had been done.  I guess once they passed by

2   his bed and he gave his name, they kept going.  He lay

3   down and then after the count finished, that's when we

4   were able to get up or whatever.  That's when we was

5   all, hey, man, he need help.  He -- hey, man, he can't

6   breathe.  Like he can't breathe.  And that's when all

7   the uproar.  Hey, get medical, man.  Get medical.  We

8   need medical.  We need medical.  We need medical

9   attention.  We need medical attention.  Man -- our term

10  is, "man down, man down".  We need medical.

11       **Q.   So if I understand, during the count Mr.**

12  **Currie gets counted.  He's sitting up during that time,**

13  **during -- when he's counted.  But then he laid down**

14  **during the count after that?**

15       A.   Yes.

16       **Q.   And then once the count is done, other inmates**

17  **start saying man down and asking for help?**

18       A.   Right.  Right.

19       **Q.   Why don't people do that during the count?**

20       A.   Because at that time he was still sitting up.

21  So once the count had, had passed by him and he was

22  done, that's when he fell back or like got weak, was

23  getting -- like from the loss of blood or whatever, he

24  was getting weak.  That's when he fell back.  And he

25  went to wheezing.  I can't breathe.  I can't breathe.

Chad Shaw
October 14, 2024

Page 109

1   So as long as --

2        Q.   Sorry.  Go ahead.

3        A.   As long as he was sitting up and he was

4   breathing, everybody feel like everything's,

5   everything's good.  Okay.  He's okay.  And okay, he

6   going to make it because he's still sitting up.  I guess

7   his adrenaline had kept, kept him going.

8        Q.   How much longer after the -- after he was

9   counted -- let me start again.  How much longer after

10   Mr. Currie was counted elapsed -- how much time elapsed

11   before he then laid down?  If you know.

12       A.   I want to say like maybe two or three minutes

13   that after the officer passed his bed.

14       Q.   And did he stay laying down through the end of

15   the -- through the rest of the count?

16       A.   Yes.  He was laying down all the way till they

17   came and got him on the stretcher.

18       Q.   Do you know who called for help?  Do you know

19   if it was Officer Patterson (sic)?  If it was the count

20   officer?  Any idea?

21       A.   No.  It --

22       Q.   I'm sorry.

23       A.   Go ahead.

24       Q.   How do officers call for help?

25       A.   On the phone or over the radio.  They can get

Chad Shaw
October 14, 2024

1   on the phone and call directly to medical, or they can

2   go over the radio and call.

3        Q.   Does the booth have a phone in it?

4        A.   Yes.

5        Q.   Does each officer have a radio?

6        A.   Yes.

7        Q.   Did Officer Patterson (sic) have a radio that

8   night?

9        A.   Yes.

10        Q.   Did the counting officer have a radio that

11   night?

12        A.   Yes.

13        Q.   How do you know?  Where is the radio worn?

14        A.   On their belts.

15        Q.   Do you know whether -- do the officers have

16   like bear (sic) spray or mace?

17        A.   Yes.

18        Q.   I'm sorry, I can't remember the name of the

19   actual --

20        A.   Pepper spray.  Pepper spray.

21        Q.   Pepper spray.  Did Patterson (sic) have pepper

22   spray on her?

23        A.   I'm not sure.

24        Q.   Did the counting officer have pepper spray?

25        A.   I'm not sure.  I'm going to say -- I'm going

Chad Shaw
October 14, 2024

Page 111

1    to say I'm not sure.  But majority of them wear the

2    small cans and the sergeants wear the big cans.

3         Q.   So you said a whole bunch of -- you said a lot

4    of people rushed in.  Are you familiar with Captain

5    Heffner?

6         A.   Yes.

7         Q.   Did Captain Heffner come in?

8         A.   Yes.

9         Q.   Tell me about you saw Heffner do.

10        A.   When he came in, that's -- he's the one who

11   made all everybody lay down, face down in their bunks.

12   When he came in, everybody lay down, face down, face

13   down.

14        Q.   Did he come in with the general group of

15   people who came in around the same time?

16        A.   Yes.

17        Q.   Did the counting officer leave the dorm before

18   all these other people came in?

19        A.   Yes.

20        Q.   Well, actually, tell me about this.  So you

21   get counted.  You're like the last person to get

22   counted.  Well, do you know if you were actually the

23   last person or just one of the last people?

24        A.   Not the last.  I'm like -- I'm bunk 50, but I

25   think it's like bunk 60 or 61 is the last bunk, so.

Chad Shaw
October 14, 2024

Page 112

1    Q.   Did the last bunk get counted before all
2    these other people came in?

3    A.   Yes.

4    Q.   What does the counting officer then do at that
5    point?

6    A.   Goes to the officer station, hands back the
7    master roster sheet, gives the count to verify it, and
8    then leaves and goes to another dorm and counts.

9    Q.   Patterson (sic) stays in the security booth?

10   A.   Yes.

11   Q.   Heffner came in and made everyone lay down.
12   Did you see Heffner do anything else?

13   A.   No.

14   Q.   Were there video cameras in the dorm?

15   A.   Yes.

16   Q.   Could you see the cameras?

17   A.   Yes.

18   Q.   How many cameras were there that you know of?

19   A.   Six.

20   Q.   Where were they?

21   A.   You got two in the back by the shower in the
22   bathroom area and the rest of them like in the middle of
23   the dorm and in the front.  It's like they're spaced out
24   to where they're going to cover every inch of the dorm.
25   All the cameras are set to what they're going to cover.

Chad Shaw
October 14, 2024

Page 113

1   One camera might miss this area, but another camera's

2   going to pick up that area.

3        Q.   Are they overhead cameras?

4        A.   Yes.

5        Q.   Are any of them on a wall, like fixed on a

6   wall?

7        A.   They're hanging like on the ceiling.  Like

8   that little black ball back in the malls or something.

9        Q.   Did you ever see any video of the incident?

10       A.   No.

11       Q.   Did you ever hear anyone talk about video from

12   the incident?

13       A.   No.

14       Q.   Were you asked to write a statement by anyone?

15       A.   No.

16       Q.   Have you written any statements about this

17   incident?

18       A.   No.

19       Q.   Did anyone from Florida Department of

20   Corrections -- and Mr. Kverne is with the Attorney

21   General's office.  But did anyone from FDC question you

22   about the incident?

23       A.   No.

24       Q.   Has Mr. Kverne shown you any video from this

25   incident?

Chad Shaw
October 14, 2024

Page 114

1      A.   No, sir.

2      Q.   Prior to this deposition, did he show you any

3   evidence or documents relating to the incident?

4      A.   No, sir.

5      Q.   And Mr. Kverne earlier showed you a letter

6   that I actually sent.  Did you receive the letter?

7      A.   Yes, sir.

8      Q.   And how did you -- thank you.  And for the

9   record, you're showing the envelope, right?  With my law

10   firm return address on the top left.  Thank you.

11      A.   This is the return.

12      Q.   With the return -- there's a return envelope.

13      A.   Right.

14      Q.   And you're showing now the letter.  Yes.  The

15   envelope to you, does it say that it's legal mail?

16      A.   Yes.

17      Q.   What does it say?

18      A.   It says, "Special legal mail.  Open in

19   presence of MA only".

20      Q.   And the return envelope, the self-addressed

21   stamped envelope, does that have a legal-mail stamp on

22   it?

23      A.   Yes, sir.

24      Q.   Did you turn over that letter to anybody?

25      A.   No, sir.  No, sir.

Chad Shaw
October 14, 2024

Page 115

1      Q.    So since you received that letter, you have
2   retained that letter the entire time?
3      A.    Yes, sir.
4      Q.    Up until today?
5      A.    Yes, sir.
6      Q.    It's basically effectively been in your care,
7   custody, and control?
8      A.    Yes, sir.
9      Q.    Did you show the letter to anybody?
10      A.    Yes.  To about maybe two or three people in my
11   dorm.  Because they weren't here when the incident
12   happened.  It was just the asking them, do you know --
13   do you know any.  They knew some of the individuals.
14   Because when I got the mail, I was like -- because when
15   I first got it, it didn't come through legal mail.  It
16   came through regular mail, and it was already open when
17   I got it.  So I was showing everybody like, hold on.
18   This says open the presence of MA only because it's
19   already open.
20          So when I open it up and I seen the pictures, I was
21   like, hey, y'all know any of these people.  Because I
22   know they wasn't here when this when this occurred.  And
23   like, someone like, yeah, I know him from another camp.
24   Or yeah, I know him or da da da like that.  But it
25   wasn't -- like they didn't read the letter or nothing

Chad Shaw
October 14, 2024

Page 116

1    like that.  They just looked at the pictures.

2         Q.   So you said you received it through regular

3    mail.  What's the difference between receiving something

4    through regular mail and legal mail?

5         A.   Legal mail, they put you on a call-out and you

6    go to the center gate and there's a a special lady who

7    go through the legal-mail process and you have to sign

8    it -- signature.  And then she opens it in front of you

9    right there.  Regular mail -- regular mail just is in

10   the dorm at night and the officers come pass it out.

11        Q.   And you just received this like in the dorm at

12   night, regular mail?

13        A.   Regular mail in the dorm at night.

14        Q.   Did an officer give it to you or an inmate?

15        A.   An officer.

16        Q.   And you said when you go to the center gate

17   for the call out, is it an officer or just a general

18   employee?

19        A.   It's -- she's -- I guess she's a DOC employee,

20   but she's not an officer.

21        Q.   Do you know her name?

22        A.   No.

23        Q.   But ordinarily you would sign for the letter?

24        A.   It would be -- it would be a piece of paper.

25   It would be a piece of paper with everyone who's

Chad Shaw
October 14, 2024

Page 117

1    received legal mail, who it came from, what firm it

2    came from.  All that's already typed on there.  And then

3    in the box to the right, you put your initials saying

4    that, okay -- beside your name -- that I received this

5    legal mail, and you put your initials right there.  And

6    then she opens it in front of you, shakes it out, and

7    hands it to you.

8        Q.   And so is she reading the letter or is she

9    just making sure there's, like, no contraband?

10       A.   Just making sure there's no contraband.

11       Q.   And the letter I sent you, the letter itself,

12   does it have "The Tarjan Law Firm" in large font at the

13   top right of the letter?

14       A.   Yes.

15       Q.   Is it hard to read that or is it easy to read?

16       A.   Easy.

17       Q.   Is my name, comma ESQ. at the top left of that

18   letter?

19       A.   Yes, sir.

20       Q.   Have you heard anything before today about

21   Florida Department of corrections obtaining a copy of

22   that letter?

23       A.   No.

24            MR. TARJAN:  Let me see if I have any more

25            questions.

Chad Shaw
October 14, 2024

Page 118

1  BY MR. TARJAN:

2      Q.   At this point, is there anything about this

3  matter that you like you would like to tell me, clarify,

4  something I haven't asked you that you think I should

5  have asked you?

6      A.   No, sir.

7           MR. TARJAN:  One second please.

8  BY MR. TARJAN:

9      Q.   Have you seen Mr. Currie since this incident?

10     A.   No.

11     Q.   Have you communicated with him in any way?

12     A.   No.

13     Q.   Have you seen or communicated with -- well,

14  have you seen Mr. Williams since the incident?

15     A.   No, sir.

16     Q.   Have you communicated with Mr. Williams since

17  then?

18     A.   No, sir.

19     Q.   Same for Mr. Gaddis.  Have you seen Mr. Gaddis

20  since the incident?

21     A.   No, sir.

22     Q.   Have you communicated with him since this

23  incident?

24     A.   No, sir.

25     Q.   And just to be clear, other than Mr. Kverne

Chad Shaw
October 14, 2024

Page 119

1    and maybe his own personal assistant, have you spoken

2    to any Florida Department of Corrections staff about

3    this incident?

4         A.   No, sir.

5         MR. TARJAN:  I don't think I have any more

6    questions.

7         MR. KVERNE:  Just one second, just on the

8    side.  Josh, after this, just hang on.  I want to

9    talk with you about that letter real quick.  I'll

10   explain my understanding of what happened.  We'll

11   do it off the record, though, okay?

12        MR. TARJAN:  Okay.

13        MR. KVERNE:  A couple questions, Mr. Shaw.  I

14   appreciate it.  I appreciate you talking with me

15   about this and talking with Mr. Tarjan about this

16   as well.

17                  REDIRECT EXAMINATION

18   BY MR. KVERNE:

19        Q.   You said that after the first incident, there

20   didn't seem to be any action taken by the person inside

21   the officer station, right?

22        A.   Right.

23        Q.   Did Mr. Currie complain about any injuries to

24   anyone after the first incident?

25        A.   After the first incident, no.

Chad Shaw
October 14, 2024

Page 120

1          Q.    After the first one, no.  Okay.  Second

2     incident, you had indicated that potentially if the

3     officers were looking in the other dorm, they may have

4     not seen what was going on in in your dorm; is that

5     correct?

6          A.    Right.

7          Q.    And during that period of time while the

8     incident was going on, there didn't seem to be any

9     action by any of the officers, right?

10         A.    Right.

11         Q.    And then when the other officer entered the

12    dorm to do count, you said that they had cleared count

13    in your particular dorm, and that's when medical arrived

14    immediately thereafter?

15         A.    They hadn't cleared count yet.  The officer

16    had already left from doing the count.  So we were still

17    in count when they came in because of the emergency.

18         Q.    So they were still doing count in your

19    particular dorm when medical arrived?

20         A.    No, we were just still in count as far as

21    like -- the count, we were waiting for it to clear.

22    Like, they came around counting --

23         Q.    So institution wide, waiting for the count --

24         A.    Right.

25         Q.    -- waiting for the count to clear institution

Chad Shaw
October 14, 2024

Page 121

1   wide?

2       A.   Right.

3       Q.   But they had already completed at least the

4   aspect of what needed to be done of count in your dorm?

5       A.   Yes, sir.  Yes, sir.

6       Q.   About how long after Mr. Currie was taken out

7   did count finally clear; do you know?

8       A.   I don't.  But we were still on our bunks, and

9   by this time we were still face down on our bunks.  And

10  they had assigned two officers to stay inside the quad

11  to sit in the dorm with us.  One sat in the front, one

12  sat in the back, in chairs.  So that's why I had made

13  the statement the lights stayed on all night that night.

14  Because the officers had to sit in there with us.  Just,

15  I guess, just to see if they were going to make it.  I

16  didn't know if he was going to die or not.  So they were

17  trying to make sure don't let nothing be touched because

18  it might be a crime scene and this and that.

19      Q.   Did they move anyone?  Like, did they move you

20  guys out of the dorm, or did you guys still remain in?

21      A.   Remained in the dorm.

22      Q.   You just weren't allowed near that bunk or

23  anything?

24      A.   Right.

25      Q.   What about Mr. Gaddis's and Mr. Williams's

Chad Shaw
October 14, 2024

Page 122

1    bunks?

2         A.   There wasn't no issue.

3         Q.   No issue.  Okay.  Is there anything else after

4    talking with Mr. Tarjan and myself that you can remember

5    that we haven't talked about that you think would be

6    important for this?

7         A.   No, sir.

8              MR. KVERNE:  No further questions.

9              Mr. Tajan?

10             MR. TARJAN:  I have just a couple of follow-up

11        questions.  And we're really almost done.

12             Thank you for your time, sir.

13                       RECROSS-EXAMINATION

14   BY MR. TARJAN:

15        Q.   How how does a count clear?  Like how does

16   that work?  Is a siren given or someone says count

17   cleared?

18        A.   A lot of times the officers blink their

19   lights.  And then a inmate that sleeps up front will

20   like go up to the booth and be like, is count clear or

21   like, what are you like sitting there?  You trying to

22   just continue it?  And they'd be like, no, I'm just

23   letting you that count is clear.  And then they would --

24   we would let the rest of the dorm know, hey, count's

25   clear.  Anyone want to go watch TV or go take showers or

Chad Shaw
October 14, 2024

Page 123

 1    start doing what.  We're playing cards, whatever we do.

 2    So that way, the count's clear.

 3        Q.   You said that they had officers stay in the

 4    dorm because it could be a crime scene.  Did you see an

 5    investigation take place in the dorm?

 6        A.   No.

 7        Q.   Did you see anybody, any staff, collect, for

 8    example, Mr. Currie's sheets?

 9        A.   No.

10        Q.   Did you believe that the inmates who attacked

11    Mr. Currie were trying to kill him?

12        A.   I'm not going to say they were trying to kill

13    him, but they were trying to hurt him.

14        Q.   Just rough him up a little bit or hurt him

15    badly?

16        A.   Hurt him badly.  To prove a point.

17        Q.   Did you see anyone from the local sheriff's

18    department come out to the scene?

19        A.   No.

20        Q.   Did you see correction staff speaking with any

21    other inmates about the incident?

22        A.   No.

23        Q.   Do you know which inmates were placed in

24    confinement?

25        A.   All three, Currie, Gaddis, and Williams that

Chad Shaw
October 14, 2024

Page 124

1   night.  And then I would say like that night they got

2   like maybe five or six Spanish guys that night.  And

3   that's when they came back the next morning and got

4   like, the rest of them.

5        Q.   You said Mr. Currie was put in confinement.

6   But do you know whether Mr. Currie went to the hospital

7   that night?

8        A.   He went to the hospital that night.

9        Q.   Do you know Mr. Gaddis -- go ahead.

10       A.   All three of them went to hospital that night.

11   And then when they came back, it was just they said that

12   Mr. Currie had the worst injuries, but he was going to

13   make it.

14       Q.   He wasn't going to make it or he was going to

15   make it?

16       A.   Was.  He was.

17       Q.   And how was Mr. Currie removed from the dorm?

18   Did he walk out?  Was he in a wheelchair?  On a

19   stretcher?

20       A.   Stretcher.

21       Q.   Was he rushed out or just kind of casually

22   taken out?  Or how so?

23       A.   Rushed out.

24       Q.   Who rushed him out?

25       A.   The orderlies.  Medical orderlies.

Chad Shaw
October 14, 2024

Page 125

1      Q.    Did you hear anyone saying anything about him

2    when he was being rushed out?

3      A.    No.

4      Q.    And I should have asked this before.  From the

5    officers' booth, could an officer from the booth see

6    into the bathroom?

7      A.    When you say the bathroom -- because the

8    officer station, they can see the, the, the urinals,

9    which is the stand-up toilets, from the officer station.

10   But the toilets is on the left-hand side, so from the

11   officer station you can't see that side.

12     Q.    What about the sinks where the birdbaths take

13   place?

14     A.    From the officer station, she would have to

15   stand up and get at an angle to even just look back that

16   way.  But just sitting down from her desk, no.

17     Q.    Do you know what Officer Patterson (sic)

18   generally did in the booth?  I guess I'm wondering

19   whether -- was she observant, if you know?  Would she be

20   looking out or would she just generally be looking down,

21   doing paperwork?  Or what do you know about her

22   generally being in the booth?

23     A.    Really like most -- like most officers, they

24   just sit in the booth and, and like if they don't -- if

25   you don't go up there and need anything, they just stay

Chad Shaw
October 14, 2024

Page 126

1    there.

2         Q.    And another question I should have asked.  Did

3    you see Ms. -- did you see Officer McKinney that night?

4         A.    Sergeant McKinney normally works -- at that

5    time she used to work medical.  She was like in medical,

6    but if she worked a double if they needed help, then she

7    would stay.  But the majority of time she worked in the,

8    the lobby booth in medical.  She's the one who would

9    check you in if you had a medical call out.

10        Q.    Do you remember seeing her that night though?

11        A.    No.

12        Q.    No, you didn't see her, or you do not remember

13   seeing her?

14        A.    I don't remember.  I don't remember.

15        Q.    Was Sergeant McKinney ever assigned to work in

16   P dorm?

17        A.    Sometimes.

18        Q.    Prior to that incident day, was Sergeant

19   McKinney ever assigned to work in P dorm?

20        A.    Yes.

21        Q.    Like a regular-type shift?

22        A.    On the day shift, not the night.  Like the

23   night shift when this happened, she would normally work

24   the 8:00 to 4:00 or 8:00 to 5:00 shift.

25        Q.    Do you know if Sergeant McKinney went to the

Page 127

1    hospital with Mr. Currie or Mr. Williams or Mr. Gaddis?

2        A.   No, I don't.

3        Q.   You said she worked medical.  What do you mean

4    she worked -- like what did that entail?

5        A.   She was the one that that there'd be a call

6    out and when the inmates come through the door in the

7    lobby area, they'll have to report to her.  Show her

8    your ID, and she would mark you off and okay.  And then

9    she would let the medical department in the back know

10   this inmate who's coming to see so-and-so is here to see

11   you.  And she just really just monitored the, the lobby

12   area, so.

13       Q.   When she worked in the in P dorm, what did she

14   do in the P dorm?

15       A.   She was -- she would be the dorm sergeant.  So

16   she was like -- would just sit in the booth.

17       Q.   Did she ever do count?

18       A.   Yes.  Because like on that shift, the

19   sergeants are really like the ones who like try to do --

20   try to do the master rosters.

21       Q.   But do you know, today, as you sit here,

22   whether the person who actually did count was a sergeant

23   or not a sergeant?

24       A.   I'm not sure.

25       Q.   Anything else you can remember about Sergeant

Chad Shaw
October 14, 2024

Page 128

1    McKinney from that evening?  Any involvement she may or

2    may not have had?

3         A.   No, sir.

4              MR. TARJAN:  I have no further questions.

5              MR. KVERNE:  Just one quick question.

6                   FURTHER REDIRECT EXAMINATION

7    BY MR. KVERNE:

8         Q.   **You said this was the last count of the day,**

9    **correct?**

10        A.   Right.

11        Q.   **Around 10 o'clock; is that right?**

12        A.   It happened a little bit before 10 o'clock.

13             MR. KVERNE:  A little bit before 10:00.  Okay.

14   Thank you.  No further questions.

15             MR. TARJAN:  Thank you.

16             MR. KVERNE:  Thank you, Madam Court Reporter,

17   we're going to be done.

18             Thank you, Mr. Shaw, for talking with us.  We

19   appreciate it.

20             THE WITNESS:  Thank you.

21             THE REPORTER:  Counsel Kverne, will you be

22   ordering?

23             MR. KVERNE:  I will be ordering a copy of the

24   transcript.

25             THE REPORTER:  Counsel Tarjan?

Chad Shaw
October 14, 2024

Page 129

1        MR. TARJAN:  I will be ordering a digital

2   copy.  No rush.

3        MR. KVERNE:  Yes.  Same thing.  All I need is

4   an electronic copy.  I do not need a hard copy and

5   no rush on it.

6        THE REPORTER:  We are going off the record at

7   the time is 1:06 p.m. Eastern Standard Time.

8        (Deposition concluded at 1:06 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Chad Shaw
October 14, 2024

Page 130

1            CERTIFICATE OF TRANSCRIBER

2

3        I, Elizabeth Gauen, a digital transcriber, do

4    hereby certify that I was authorized to and did

5    transcribe the foregoing proceedings and that the

6    transcript is a true and correct record of said

7    proceedings.

8            DATED this 18th day of October, 2024.

9

10

11                        *Elizabeth Gauen*
                          Elizabeth Gauen,
12                        Digital Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25

Chad Shaw
October 14, 2024

Page 131

1            CERTIFICATE OF DIGITAL REPORTER

2

3            I, CHRISTINA BROWNLEE, a Digital Reporter, do

4       hereby certify:

5

6            That the foregoing proceeding hereinbefore set

7       forth was accurately captured with annotations by

8       me during the proceeding

9

10            I further certify that I am not related to any

11       of the parties to this action by blood or marriage,

12       and that I am in no way interested in the outcome

13       of this matter.

14

15            IN WITNESS THEREOF, I have hereunto set my

16       hand this 18th day of October, 2024.

17

18

19

20       _____
        Christina Brownlee
21       Digital Reporter
        CER-3680
22

23

24

25

Chad Shaw
October 14, 2024

Page 132

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA )

4    COUNTY OF LEON   )

5

6        I, Christina Brownlee, Notary Public, State of

7    Florida, certify that CHAD SHAW remotely appeared before

8    me on October 14, 2024 and was duly sworn.

9

10       Signed this 14th day of October, 2024.

11

12

13

14

     Christina Brownlee
15   Notary Commission No.: WA/RON 23031140
     Commission Expires: September 13, 2027
16

17

18

19

20

21

22

23

24

25

Chad Shaw
October 14, 2024

---

**1**

---

**1**
  11:16,
  22
  103:17
**10**
  31:5
  32:6,8
  33:14
  80:23,
  24
  81:1,2,
  9
  86:24,
  25
  91:20
  128:11,
  12
**10:00**
  128:13
**10:12**
  4:1,3
**11**
  42:3
**11:00**
  41:24
**11:05**
  41:25
  42:6
**12**
  79:19,
  20
**12:12**
  93:2
**12:18**
  93:5
**13**
  103:13,

19
**14**
  103:13
**14th**
  4:3
  6:16
**15**
  31:5
  55:13
  79:19,
  20
  93:14,
  15,16
  103:13
  107:19
**16**
  103:16
**17**
  103:14,
  16
**17th**
  103:15
**183499**
  50:15
**18th**
  103:15
**1:06**
  129:7,8

---

**2**

---

**2**
  10:11,
  12
  11:15,
  22 32:7
  103:17
**20**
  55:13

74:4,5,
  12 80:5
  93:14,
  16
  107:19
**2022**
  10:4
  15:3
**2024**
  4:3
  6:16
**20th**
  10:4
  15:3
**25**
  74:4,5,
  12 80:5
  93:17

---

**3**

---

**3**
  32:7
  103:17
**30**
  14:23
  32:22
  97:11,
  12
**347470**
  6:10
**37428**
  53:14

---

**4**

---

**4**
  103:17
**40**
  14:23

**45**
  32:22
  78:21,
  22
  97:9,
  11,12
**4:00**
  126:24

---

**5**

---

**5**
  103:17
**50**
  103:5,
  16,21
  111:24
**565863**
  51:25
**5:00**
  126:24
**5:23-cv-
183-tkw/
mjf**
  6:1

---

**6**

---

**60**
  111:25
**61**
  111:25
**6:00**
  18:24

---

**7**

---

**7**
  80:23,
  24

**81:1,2,
  9
7:00**
  18:24

---

**8**

---

**8**
  33:14
**8:00**
  126:24

---

**9**

---

**90**
  14:3,4,
  5

---

**A**

---

**A-L-F-O-
N-Z-A**
  51:23
**a.m.**
  4:1,4
  42:6
**ability**
  8:16
  9:25
  35:12,
  18
  41:8,10
**Absolute
ly**
  92:24
**acceptab
le**
  7:13
**access**
  14:7

**accurate**
  9:9
**accused**
  50:21
**act**
  67:17
**acted**
  67:20
  68:7
**action**
  119:20
  120:9
**actions**
  57:16
**active**
  84:14
**actual**
  110:19
**address**
  82:1
  114:10
**adjoinin
g**
  10:20
**administ
ration**
  50:24
**adrenali
ne**
  109:7
**affect**
  61:5
**affirm**
  5:4
**African**
  94:13,
  14
  95:18,

19

**aggressive**
84:14

**agree**
4:7,18

**ahead**
22:17
39:25
43:23
69:7
77:18
83:14
109:2,
23
124:9

**aisle**
14:21
52:18

**alcohol**
8:19
60:16

**Alfonza**
51:23

**Alfonzo**
105:19,
21,22

**Alfredo**
48:10

**allowed**
121:22

**altercation**
18:4,17
19:5,13
20:5
22:13,
14
47:1,2

56:22

**American**
94:13,
14
95:18,
19

**amount**
64:19

**angle**
125:15

**announcing**
82:22

**answering**
19:23

**anytime**
81:25

**Apalachee**
10:7

**apologize**
39:5
84:25

**appearance**
4:16

**approached**
55:12

**area**
11:2,7,
16,22,
23 12:1
13:1,
11,12
14:13,
14,22

15:9
16:5,
10,12,
13,20,
22,23
17:3,5,
18
19:19
20:20
22:8
25:14
28:7
29:20
40:18
47:2
48:17,
19,20,
22
49:21
56:6
58:10,
11,12,
14
59:12,
21
63:2,
14,15
65:16,
17,18
66:13,
14,23
73:9
77:16,
20
79:15,
23
81:12
87:13,
24
98:20,
21,25
102:1

104:8
105:8
112:22
113:1,2
127:7,
12

**areas**
11:3
14:6

**arm**
33:10

**arrive**
32:21

**arrived**
31:6
32:20,
23
33:12
70:18
77:25
97:21
120:13,
19

**aspect**
121:4

**assault**
68:16

**assigned**
4:6
121:10
126:15,
19

**assist**
65:4
93:23,
24
107:5

**assistant**
119:1

**assuming**
98:18

**attack**
44:10
57:16
67:10,
13
71:25
74:6,9,
10,25
80:7,22
81:6,9,
11,15
82:18,
24
84:7,22
85:2
86:12
89:17
90:12,
18 98:1
100:24
101:18,
23

**attacked**
27:1
55:19
67:8
80:6
101:19
123:10

**attackers**
37:23
80:15

**attacking**
44:17,
20,22

**attacks**

67:11

**attention**
29:8
85:18,
21,24
86:1,
16,17
91:16
96:23
108:9

**attorney**
35:3
113:20

**attorneys**
42:9

**awake**
32:14,
15

**awe**
84:12,
15

—————

**B**

**B-U-C-K**
60:8

**B10151**
39:17
49:11

**back**
7:18
14:15,
22 15:9
21:7,14
22:6,12
25:10
27:19,
23

Chad Shaw
October 14, 2024

3

29:6,19
41:25
42:5
47:3
51:9
54:13
57:5
58:10,
11,15,
16
59:20
62:7
64:12
65:10,
12,14,
18
66:1,2,
12
67:23,
25
68:11,
12
70:22
71:14,
17,18,
19,20,
21,23
72:14
73:11,
13,15
75:7,13
76:17
77:21
83:12,
15
90:20,
24
92:11,
12 93:4
95:9,24
96:6
102:9

104:7
105:14
108:22,
24
112:6,
21
113:8
121:12
124:3,
11
125:15
127:9
**backing**
19:4
84:4
**backup**
85:5,8
**badly**
123:15,
16
**ball**
113:8
**barely**
89:13
**barracks**
10:18
13:19
**bars**
13:13,
14
**based**
8:1
30:21
39:19
41:16
**basically**
6:25
8:6,7
9:1

11:1
12:16
17:4
18:3,19
23:25
24:3
40:19
63:7
87:5
88:25
89:1
92:6
97:21
98:24
115:6
**bath**
16:8
**bathing**
100:13
**bathroom**
14:9,
11,13,
22,23
15:8,9
16:9,
12,13,
22,23,
25
17:1,2,
16
19:10
20:2,
18,20
22:1,
13,24
23:4
26:18,
23
29:17
30:25
38:8,21

39:15
47:1
48:17,
19,22
54:15,
18,22,
24
55:6,
11,15
57:9,
14,15,
25
58:8,
12,13,
16
59:9,12
61:18,
23 62:6
64:8
65:1,4,
6,9
66:16,
18,22
69:1
70:22
73:9,20
74:10
75:12
76:25
78:19,
23
79:2,4
80:4,5
91:8
112:22
125:6,7
**battle**
52:21
**bear**
110:16

**beat**
68:13,
14,15
**bed**
16:24
21:13
22:2
27:17,
23 29:6
32:5,6,
12,13
54:4,
19,23
57:3
59:20,
21
65:18
70:24
71:19,
20,21,
23
72:18
73:12
77:16,
21
79:18,
20
83:10,
11,17,
22,24
90:13,
14,16,
19,20
96:6
101:9,
24
102:1,
19
103:2
105:13
107:21
108:2

109:13
**bed's**
22:2
**bedding**
14:13
16:23
17:3
49:20
77:20
**bedroom**
47:2
48:20,
23,24
**beds**
10:17
13:21,
24 14:2
22:3
26:11
28:8
50:25
52:16
83:4,6,
8 97:4
102:4,7
105:9,
10
**began**
4:1
23:7
30:23
90:3
97:5
102:14
**begin**
5:10
**beginning**
57:22

begun
31:7
belts
110:14
big
11:23
25:15,
16 28:1
111:2
bigger
63:12,
13
bird
16:8
birdbath
15:18
16:8
40:18
birdbaths
125:12
bisexual
70:2
bit
10:15
14:25
19:13
22:12
25:17
123:14
128:12,
13
bits
105:5
black
18:21
35:22
41:6,10
113:8

blade
27:20
83:16
99:8
blades
99:10
blanket
15:21
16:2
17:8,10
18:6,7,
9,10,
11,12,
13
19:6,9,
15,18
20:1
55:5,6,
9
bleeding
85:11
98:18
106:16
blink
122:18
blocked
17:10
blood
20:21
29:6
32:16
62:2,8,
10,23
63:1,11
64:4,
19,21,
22,25
68:1
85:13
98:8,

10,17,
22
99:4,16
101:24
108:23
blotting
20:21
64:14
blows
44:13
blue
99:24,
25
100:12
boom
57:1
booth
81:15
82:14
84:21
85:1
86:11,
22
88:9,17
89:5,15
90:9
93:22
95:8
107:1
110:3
112:9
122:20
125:5,
18,22,
24
126:8
127:16
bottle
58:2

bottom
52:16,
17
box
117:3
braids
94:9,15
Brandon
20:23
24:14,
15
break
7:16,18
25:17
29:14
41:22
88:6,7
92:18,
20 93:7
breastpl
ate
99:3
breathe
29:5
31:18
32:17
85:12
96:7,19
108:6,
25
breathin
g
32:18
96:7
109:4
bright
89:19,
20
broke

72:10,
15
broom
25:15
26:8,9
27:1
46:19,
22,24
49:22
56:14
58:7
71:25
72:3,9,
10 73:4
brooms
58:9
66:11
73:16
brothers
77:10
brought
26:1
brown
94:8
Brownlee
4:5
bruise
18:21,
22
55:25
bruises
20:22
64:6
98:5
buck
60:5,7,
8,13
buckets
66:12

bumping
56:25
bunch
10:17
13:3,21
24:21,
22 28:2
44:8
111:3
bunk
10:17
13:21,
24
21:25
22:4,5,
7
25:11,
13,18
29:2,19
51:13,
14
52:16,
17,18
54:16,
17
71:14
72:17
73:24
90:25
91:2
95:24,
25 96:1
101:1
102:22,
24
103:1,
14,16
104:1
111:24,
25
112:1

121:22
**bunks**
13:23
16:24,
25 21:4
26:13
90:17
95:23
102:5
111:11
121:8,9
122:1
**Buspar**
8:13

---

C

**cabinets**
87:15
**caddy**
14:17
**cage**
13:12,
15
**caked**
98:9
**call**
16:7
32:4
46:7
60:7
66:24
75:15
85:23
96:23
100:16
109:24
110:1,2
116:17
126:9

127:5
**call-out**
116:5
**called**
9:13
15:17
29:1
85:4,8
100:2,4
109:18
**calm**
101:16
**camera**
98:24
102:10
113:1
**camera's**
113:1
**cameras**
112:14,
16,18,
25
113:3
**camp**
115:23
**cans**
111:2
**Captain**
111:4,7
**card**
4:13
103:5
**cards**
123:1
**care**
115:6
**case**
4:9
5:20,

24,25
10:3
**casually**
124:21
**Caucasia**
**n**
94:13
**caught**
67:4
**caused**
60:3
**ceiling**
113:7
**center**
116:6,
16
**Chad**
4:9,12
5:8 6:8
**chairs**
121:12
**change**
9:12,
13,14
**charge**
68:16
**Charles**
21:24
**chasing**
83:9,13
**check**
23:19
71:1
126:9
**checking**
23:20
**cheek**
27:16

**chest**
26:21,
23
38:3,5
63:3
98:5,7,
19,20,
21
**choice**
78:13
**choose**
9:5,8,
18
**Christin**
**a**
4:5
**circle**
89:3
**circular**
90:9
**City**
6:2
**clarify**
118:3
**clashed**
22:7
**class**
99:23
100:1,
2,3,5,
18,20
**class-**
100:15
**classifi**
**cation**
100:1
**clean**
62:1,8
64:2,3,

7,15
65:13
67:4,
22,24
68:2
**cleaned**
64:9,13
69:16
**cleaning**
64:15
66:24,
25 67:1
69:14
70:23
**clear**
33:25
38:10
89:12
97:12
118:25
120:21,
25
121:7
122:15,
20,23,
25
123:2
**cleared**
97:3
102:5
120:12,
15
122:17
**clock**
91:21,
25 92:3
**close**
54:3,22
**Cody**
43:17

46:9
**collect**
123:7
**color**
63:9,22
89:11
99:22
**comforta**
**ble**
40:12
**comma**
117:17
**common**
60:15
**communic**
**ate**
12:16,
18
**communic**
**ated**
118:11,
13,16,
22
**communit**
**y**
21:20
70:1
**complain**
119:23
**complete**
107:11
**complete**
**d**
107:13,
17
121:3
**compound**
40:21

Chad Shaw
October 14, 2024

6

computer
12:5
concern
68:3
concerned
29:11
31:23
concluded
129:8
conducted
6:12
conference
4:8
confinement
67:22
68:4,7,
12
123:24
124:5
connected
10:21
connection
11:1
conscious
32:14,
15
considered
100:5
continue
122:22

contraband
117:9,
10
control
115:7
conversation
7:1
105:3
conversations
9:2
cool
69:22
71:15
81:21
copy
9:4,7,
20
117:21
128:23
129:2,4
corner
14:17
correct
5:13
6:3,4,
5,13,16
24:8
25:20
29:15
30:17
31:11
34:1
35:4,7,
8 38:11
41:14
63:7
73:25

78:17,
18,23
79:6
89:3,4
98:18
120:5
128:9
correction
123:20
Correctional
10:7
corrections
4:13,14
68:6,22
113:20
117:21
119:2
counsel
4:16
5:10
7:25
128:21,
25
count
28:24
29:1,3,
10,11,
12
30:6,
13,15,
17,19,
22
31:7,
10,23,
25
33:22
34:4

35:23
36:3
78:17,
20,22
82:20,
21,22,
25
85:6,9
86:5,7,
8,9
90:16
91:5,6,
9,13,
18,20
93:12,
13,18,
25
94:1,22
95:2,4,
6,7,10,
20,21
96:4,5,
8,10
97:1,2,
3,4,5,
7,12
102:1,
3,4,14,
17
103:9,
10,12
104:2,
12,13,
16,25
106:1,
25
107:3,
5,6,11,
13,17,
20,25
108:1,
3,11,

14,16,
19,21
109:15,
19
112:7
120:12,
15,16,
17,18,
20,21,
23,25
121:4,7
122:15,
16,20,
23
127:17,
22
128:8
count's
122:24
123:2
counted
35:25
102:14
103:25
107:9
108:12,
13
109:9,
10
111:21,
22
112:1
counting
105:25
106:13,
19
107:8,
10
110:10,
24
111:17

112:4
120:22
counts
91:17
112:8
couple
5:23,24
35:6
36:22
40:2
51:17
91:7
119:13
122:10
court
6:24
7:20
8:24
9:8,10,
21,22,
23
42:22
128:16
cover
112:24,
25
covering
19:19
create
6:24
creating
6:25
8:25
cries
56:24
crime
121:18
123:4

CROSS-
EXAMINAT
ION
  42:24
crouch
  88:18
cuffed
  72:20
culture
  50:4
Currie
  4:9
  5:1,25
  15:4,15
  17:22,
  25
  18:17
  19:6
  20:19
  21:6
  22:21,
  23
  23:6,25
  24:1,
  16,24
  26:14
  27:7,9,
  20
  29:2,19
  31:17
  32:10,
  24 34:4
  35:4
  36:11
  40:22
  42:10
  44:10,
  17
  47:17
  52:13,
  15,17

54:14
55:4,5,
10,15,
19
57:24
59:8,12
61:17,
23
62:7,23
63:9
64:1,5,
8 65:9
67:8,
10,13,
16,19
69:5,8,
10,19,
23 70:5
71:13,
25
73:7,
20,24
74:3,7,
15,24
75:8,20
76:4,
10,20
77:8,
12,14,
21 78:3
80:16
85:11
90:4,
13,19
95:21
96:11,
12,17
98:1,15
100:6
101:23
102:8
103:10,

19,23,
25
104:9
105:9,
16,25
106:3,
10
107:20
108:12
109:10
118:9
119:23
121:6
123:11,
25
124:5,
6,12,17
127:1
Currie's
22:2,5
25:13
54:3
62:25
79:18,
20
99:25
104:1,
25
105:25
123:8
curtain
67:15
custody
115:7
cut
27:15
55:23,
25
72:16

_____
    D
_____
da
  115:24
dark
  63:21,
  23
  95:16
date
  6:15
  61:5
day
  15:6
  36:24
  37:19
  49:15
  50:23
  52:6
  60:24
  61:15
  82:11
  126:18,
  22
  128:8
dayroom
  87:13,
  23,24,
  25
days
  58:21
  72:6
DC
  6:9
  38:10
  39:17
  43:16
  45:16
  48:10
  49:11
  50:15

51:25
53:13
102:24
106:8
deal
  31:24
  97:7
dealing
  102:8
decision
  9:19
  71:6,7
decision
s
  38:19
defendan
ts
  35:7
defending
  75:3
degree
  7:25
delay
  45:13
departme
nt
  4:14
  113:19
  117:21
  119:2
  123:18
  127:9
Depending
  88:20
deposed
  6:19

depositi
on
  4:9
  5:20,21
  6:11
  7:19
  114:2
  129:8
Depressi
on
  8:13
describe
  10:14
  12:4
  62:10
  94:5
  95:12,
  14
describi
ng
  19:5
designat
ed
  55:8
desk
  12:6
  125:16
details
  64:24
Devon
  4:9,25
  5:25
  15:4,15
  24:24
diagonal
  14:18
die
  121:16

Chad Shaw
October 14, 2024

8

difference
116:3
difficulty
32:18
digital
129:1
dimmed
89:22
DIRECT
8:10
directly
11:14
14:17
52:13
63:6
101:1
110:1
dirty
63:24
disciple
41:9,10
Disciples
41:6
discussed
54:14
dish
58:1
disrespect
40:17
disrupt
105:7
distance
11:21

61:14
84:5
district
6:2
Division
6:2
DOC
116:19
doctor
97:18
documenting
9:1
documents
114:3
dog
53:13
door
11:11
12:6,8
13:10,
16
14:19,
20
21:10
23:18,
22,23
54:20
70:25
75:5,8,
19,21
79:10
127:6
doors
10:25
12:24
dorm
10:10,

11,12,
14,20
11:4,6,
8,10,
15,16,
22
12:17,
18,20,
21,25
13:4,7,
9,18
14:2,7,
12,18
17:7
18:25
19:3
21:3,17
22:6
23:17
24:18,
19,20
25:16
26:10
27:11,
18
28:2,8,
11
29:20,
22
30:1,
14,19,
20
31:3,4,
7 32:4,
8 33:7
35:25
40:11,
21
50:24
58:15,
16,18,
20,24

59:1,3
60:15
70:5,8,
18
74:16
77:1,5
81:12
82:4,6,
9 83:3
86:12,
25 87:1
89:18
91:18
92:14
93:8,
18,23
94:22
95:1
97:6,
13,18,
19
100:17
103:2
107:5
111:17
112:8,
14,23,
24
115:11
116:10,
11,13
120:3,
4,12,
13,19
121:4,
11,20,
21
122:24
123:4,5
124:17
126:16,
19

127:13,
14,15
dormitory
10:17
dorms
11:1,5
13:1
double
126:6
drank
60:4
dressed
22:21,
22
dried
18:22
drinking
59:22,
24,25
60:24
dripped
63:3
drips
62:14,
16,19,
21
drugs
8:18
61:1
dude
76:24
dudes
72:19
duly
5:8

———————
E
———————
earlier
46:9
47:25
54:14
58:6
66:14
79:24
114:5
Eastern
4:4
42:3,6
93:2,5
129:7
easy
117:15,
16
effectively
115:6
effort
64:7
elapsed
97:5
107:16
109:10
elapsing
80:5
electronic
89:8
129:4
emergency
120:17
employee
116:18,
19

Chad Shaw
October 14, 2024

9

encountered
106:13
end
82:18
93:9
109:14
ended
30:22
32:21
90:21
93:11,
13
ends
30:3
90:18
95:21
enlarge
43:24,
25
entail
127:4
enter
17:15
47:7
92:12
entered
17:18
120:11
entering
97:19
entire
7:1
90:2
115:2
entrance
11:21
14:18

envelope
12:13
114:9,
12,15,
20,21
environment
68:19
78:5
Erik
4:21
5:12
errata
9:13
erupted
25:16
escort
33:10
escorted
33:6
ESQ
117:17
estimate
11:19
evening
94:20
128:1
events
29:14
eventually
31:25
everybody's
70:12
everything's
30:17

67:6,25
68:2
109:4,5
evidence
67:5,7,
20 68:1
114:3
exact
11:20
EXAMINATION
8:10
119:17
128:6
examined
5:9
exchange
44:13
Exhibit
43:6,8
45:9,11
47:5,8,
10
48:5,7
49:3,5
50:9,11
51:18,
20
53:7,9
54:7,9
Exhibits
47:19
exit
11:6,
15,16
13:2,4
59:9
61:23
exited
20:18

23:2,4
exiting
61:17
exits
22:23
expanded
28:7
experience
64:2
68:6
explain
23:16
119:10
eye
18:21
55:25
56:1,3,
4,8
61:8
62:13,
14 98:4
eyebrow
55:24
56:9,10

F

face
32:5
63:4
64:6,
13,15
72:16,
22,23
73:1
85:12
96:15
98:4
101:3,8

102:7
111:11,
12
121:9
fact
38:23
72:5
83:10
104:11,
14
fade
76:13
faded
82:25
83:2
familiar
94:17
111:4
fast
20:11,
17 21:1
35:24
57:2
faucet
15:20
FDC
113:21
feel
68:11
109:4
feet
11:24,
25 13:5
15:13
79:19,
20
86:24,
25
103:5,7

fell
29:6
83:11,
13,16,
17,18
96:5
105:13
108:22,
24
felt
70:9,10
female
31:13,
15,17
33:15
34:3
field
15:1
fight
18:3
23:23
24:3
25:8,16
26:4
30:3,22
31:4,7
39:13,
14
44:13
48:20,
21
49:20,
25
57:22
66:2
68:11,
12
70:21
71:2
75:12,
13

Chad Shaw
October 14, 2024

10

76:17,
18,25
77:15
82:17
86:4,5
93:9,
11,13
95:21

**fighting**
22:17,
18
26:9,
10,15,
16,19
44:9
57:1
68:12

**fights**
24:3

**figure**
66:6
74:18

**file**
87:15

**finally**
121:7

**fine**
20:13
42:1
92:25

**fingers**
89:2

**finish**
7:19
31:21,
25 37:5
75:17

**finished**
22:22
69:14

108:3

**firm**
4:17,25
114:10
117:1,
12

**five-
minute**
41:21

**fixed**
113:5

**flashed**
29:1

**floor**
62:3,
15,19

**Florida**
4:13,15
6:2
68:9
113:19
117:21
119:2

**follow-
up**
122:10

**font**
117:12

**food**
100:17

**football**
14:25

**force**
78:13

**form**
19:22
24:6
29:23
31:19

**forward**
22:3
88:23

**fought**
17:20
18:18
22:18,
20
26:22
50:1,2

**found**
72:8

**free**
40:12

**frequent
ly**
95:1

**friend**
24:17

**friendly**
24:20

**friends**
69:22
77:10

**front**
21:25
22:6
33:6
52:19
54:20,
21,25
72:17
87:12,
13,16,
23
112:23
116:8
117:6
121:11
122:19

**froze**
84:23

**fruit**
60:5

**full**
6:7

**fully**
87:7

**furthest**
14:15

**future**
8:8

———————

G

**Gaddis**
21:24
22:3
24:25
26:7,25
27:7,9,
15 33:4
36:11
40:3
44:23
47:17
69:4
71:25
72:2,
11,12,
24 73:4
74:3,15
81:5
90:4
91:2
96:14
100:23
103:18,
23
118:19
123:25

124:9
127:1

**Gaddis's**
73:1
85:12
100:22
121:25

**gang**
24:21,
22
25:23
40:4,7,
9,23
41:3,5,
7 44:17
50:4
51:15
53:19,
20,23,
25 54:1
67:9
70:12

**gangs**
24:22
70:19
78:6

**gangster**
41:6,9,
10
70:14

**gate**
67:14
116:6,
16

**gave**
108:2

**gay**
15:23
21:16
24:19,

25 25:1
40:10,
19
69:25
70:19
74:17
75:20

**gay-**
24:19

**gayness**
15:22

**gays**
75:19

**general**
111:14
116:17

**General'
s**
113:21

**generall
y**
64:1
88:16
90:7
125:18,
20,22

**get all**
91:8

**give**
5:5
34:21
36:18
37:4
39:5
82:14
116:14

**Gladdis**
25:14

**glass**

88:2,
10,12
89:11,
14 90:8

**glasses**
61:9,
10,13,
15

**good**
4:4
5:11
6:21
62:9
67:6
71:6,7
92:19
109:5

**grab**
67:1

**grabbed**
26:16,
20
27:21,
24

**grabbing**
22:22
66:25

**grayish**
89:12

**great**
92:23

**Green**
35:20,
21
94:17,
19
95:12,
14

**group**
44:15

111:14

**guess**
68:14
108:1
109:6
116:19
121:15
125:18

**guy**
26:16
27:21,
23
39:8,9
76:16
83:12

**guys**
17:17,
18,22,
24
18:18,
19,23
19:6,9
20:18
21:15
22:8,20
23:1
25:13
27:14
33:7
50:2
59:11,
13
66:16
70:4
121:20
124:2

———————
**H**
———————

**H**
49:5

**ha**
57:1,2

**hair**
94:10
95:16

**half**
14:25
31:2
55:16,
17,20
56:19
59:7
66:19
68:25

**halfway**
57:8,12

**hallway**
11:2
15:12

**hand**
5:3
63:6

**handcuffed**
27:19
33:6,8
72:18
101:6

**handcuffs**
101:1

**handle**
46:14,
22,24
49:22
56:14
58:7

**handles**
66:12

71:25
73:16

**hands**
56:17
71:11
89:1
112:6
117:7

**hang**
71:18
119:8

**hanging**
19:17,
18 20:1
92:3,5
113:7

**happen**
77:5
78:7
91:14

**happened**
15:7
18:16
20:7,
11,17,
25 21:1
22:14
23:24
26:4
32:2,10
33:5
37:18
52:11
55:5
57:2,7
65:25
66:7
67:22
72:6
78:15
115:12

119:10
126:23
128:12

**happy**
7:17

**hard**
27:13
98:23
117:15
129:4

**haywire**
22:10

**he'll**
9:25

**head**
7:3
76:13
77:11

**heads**
76:21,
22,23
77:7

**hear**
59:13
67:24
79:15
84:23
104:4,
19
113:11
125:1

**heard**
56:18
57:13
58:6
88:19
104:24
117:20

**Heffner**
111:5,

7,9
112:11,
12

**helped**
27:21

**helpful**
7:3

**hey**
25:5
75:15,
25 79:9
82:3
85:15
96:20,
23
103:5
108:5,7
115:21
122:24

**hidden**
60:20

**hiding**
24:25
51:13
84:5

**hit**
25:15
26:7,8
62:13
88:7

**hold**
11:20
115:17

**holding**
33:10
89:1,2

**hole**
88:18,
21,22
89:5

Chad Shaw
October 14, 2024

12

holes
88:15,
22
homeboys
77:10
homemade
46:7,
11,13
homosexu
al
69:23
74:17
honesty
60:23
hook
15:19
hospital
124:6,
8,10
127:1
hour
78:21,
22
91:10
hours
72:6
housed
59:2
hurry
18:1
hurt
123:13,
14,16
Hygiene
58:3,5

———————
I
———————
ID
4:13
29:4
102:23
104:8
106:7
127:8
idea
109:20
identifi
cation
43:7
45:10
47:9,18
48:6
49:4
50:10
51:19
53:8
54:8
identifi
ed
4:12
image
47:23
48:11
images
47:4
79:24
immediat
ely
120:14
impact
8:15
35:11,
18

impacted
36:8
41:8,10
importan
t
41:18
122:6
impugn
60:23
inch
112:24
incident
10:3,5
29:16,
20
30:25
31:3
32:21
34:12
45:21
46:15
49:15
50:19,
22
51:13
52:7,
10,20
53:3,17
60:1
69:18
78:19,
23 79:5
80:4
90:3
113:9,
12,17,
22,25
114:3
115:11
118:9,
14,20,

23
119:3,
19,24,
25
120:2,8
123:21
126:18
incident
s
43:20
include
97:15
index
89:2
indiscer
nible
15:19
43:21
individu
al
33:2
37:13,
15
38:1,4,
13
42:17
43:13,
14 44:4
45:17
48:9
49:9
51:7
52:1
53:14,
17
individu
als
25:19,
22
36:10,

15,22
37:9
38:7
55:11,
14
56:11
57:17
59:9
115:13
influenc
e
8:18
informat
ion
104:15
initial
46:25
initiall
y
38:21
initials
117:3,5
initiate
76:24
initiate
d
18:4
67:10,
12
injuries
55:22
96:11,
14
97:25
98:2
99:7
100:22
102:12
119:23
124:12

inmate
15:3
45:16
52:13
82:4
104:20,
22
116:14
122:19
127:10
inmate's
102:22
inmates
14:3,6
27:5
85:22,
23,25
88:13
96:19
108:16
123:10,
21,23
127:6
inside
13:15
19:20
20:2
58:8
92:5
119:20
121:10
instinct
68:17
instinct
s
68:17
institut
ion
10:8
120:23,

25
**instruct**
**ion**
  82:15
**interact**
**ion**
  104:4,6
  105:24
  106:11
**interest**
**ed**
  70:19
**interrup**
**ted**
  58:4
  105:15
**intoxica**
**ted**
  60:3
**introduc**
**e**
  45:9
  48:5
  49:2
  50:8
  51:18
  53:6
  54:6
**investig**
**ation**
  123:5
**involve**
  91:6
**involved**
  35:9
  36:14
  37:17,
  20,21
  38:8,

15,17
39:1,
10,12,
14 40:6
41:13
43:19
44:4,
19,22
45:21
48:15,
16,17,
18,19,
21
49:17,
19
50:18,
20,21
52:6
53:17
76:19
84:9
**involvem**
**ent**
  53:2
  128:1
**involves**
  10:3
**issue**
  122:2,3
**issued**
  4:13
**issues**
  61:8
**items**
  58:3,5

_____

**J**

_____

**job**
  6:21

**jogged**
  39:20
**Josh**
  4:24
  119:8
**judge**
  8:2
**juice**
  60:5,6
**July**
  10:4
  15:3
**jump**
  83:22,
  24
**jumped**
  18:19,
  20
  22:19
  26:13,
  18
  83:10,
  17
**jumping**
  26:11
  28:8
  83:3,6,
  8,11

_____

**K**

_____

**K86552**
  38:11
  47:24
**kick**
  57:18
**kill**
  123:11,
  12

**kind**
  12:13
  13:19
  17:4
  26:18
  56:7
  59:4
  61:1
  63:5
  70:14
  84:11
  85:14,
  18 89:8
  91:5
  98:23
  99:1
  124:21
**kings**
  25:24,
  25 27:6
  61:22
  67:12
  70:18
  73:6,16
  74:2,6
  76:9
  80:6,7,
  10,11,
  13
**Kings'**
  79:5
**kitchen**
  59:1
**knew**
  17:13
  76:19
  78:11,
  16
  106:8
  115:13

**knife**
  46:8
**knives**
  27:14
  84:3
**knowing**
  84:3
**knowledg**
**e**
  60:15
  86:10
**Kverne**
  4:21
  5:11,
  12,15,
  19,23
  6:6,9,
  11,15,
  18,21
  7:6,11,
  16,24
  8:6,11,
  24 9:4,
  17,23
  10:2
  19:24,
  25
  20:12,
  15
  22:11
  24:7
  29:24
  31:20
  34:16,
  24
  36:18,
  21
  37:1,4,
  8 39:3,
  5,7
  41:20,

23 42:1
43:9,13
45:12
47:6,
11,12,
15,20
48:8
49:7
50:12
51:21
52:22
53:10
54:10
86:13
92:21,
25
113:20,
24
114:5
118:25
119:7,
13,18
122:8
128:5,
7,13,
16,21,
23
129:3

_____

**L**

_____

**lady**
  116:6
**laid**
  10:15
  108:13
  109:11
**large**
  117:12
**lasts**
  81:9

Chad Shaw
October 14, 2024

14

| | | | | | |
|---|---|---|---|---|---|
| **Latin** | 76:12, | 59:11 | **letting** | **location** | **loss** |
| 25:24, | 17,23 | 69:2,13 | 122:23 | 44:1 | 108:23 |
| 25 27:6 | 77:2,3, | 75:13 | **level** | **locked** | **lost** |
| 61:22 | 15 | 77:16, | 84:6 | 13:16 | 85:13 |
| 67:12 | **leader's** | 20 90:4 | 85:14 | 37:19 | **lot** |
| 70:18 | 59:20 | 99:11 | 96:21 | 51:3,5, | 33:13 |
| 73:6,16 | **leaked** | 101:7, | **Lexitas** | 8 | 64:24 |
| 74:6 | 99:19 | 9,10 | 4:6 | **long** | 84:1 |
| 76:9 | **lean** | 114:10 | **LGBTQ** | 30:25 | 85:13 |
| 79:5 | 88:23 | 117:17 | 70:1 | 32:20 | 99:4, |
| 80:6, | **leave** | 120:16 | **lie** | 51:7 | 16,17 |
| 10,11 | 12:17 | **left-** | 107:21, | 55:10, | 111:3 |
| **law** | 13:4,7 | **hand** | 23 | 14 | 122:18 |
| 4:25 | 18:25 | 125:10 | **light** | 58:18 | **loud** |
| 114:9 | 19:1,2 | **legal** | 29:1 | 66:16, | 21:5 |
| 117:12 | 23:17, | 114:15, | 63:21 | 18 | 79:9, |
| **laws** | 21 | 18 | **lighting** | 68:25 | 12,14 |
| 77:4 | 24:2,4 | 115:15 | 89:18 | 78:19 | 82:7 |
| **lay** | 30:18 | 116:4,5 | **lights** | 79:1 | 84:8 |
| 50:24 | 33:2 | 117:1,5 | 89:21, | 80:21, | **loudspea** |
| 102:6 | 59:10, | **legal-** | 23 | 22 | **ker** |
| 108:2 | 17 | **mail** | 90:1,2, | 86:22 | 82:11 |
| 111:11, | 61:22 | 114:21 | 5 | 91:9,11 | **Luis** |
| 12 | 69:3,8, | 116:7 | 121:13 | 94:10 | 45:16 |
| 112:11 | 10 | **letter** | 122:19 | 95:16 | 46:14 |
| **laying** | 71:11, | 34:17, | **listen** | 103:12 | |
| 32:12, | 14 | 19,22, | 76:11 | 105:24 | ——— |
| 13 | 73:20 | 25 | **literall** | 109:1,3 | **M** |
| 109:14, | 75:6 | 35:1,3, | **y** | 121:6 | |
| 16 | 79:10 | 6,16,18 | 105:10 | **longer** | **M-A-R-C-** |
| **layout** | 93:21 | 36:7 | **lobby** | 19:19 | **E-A-U** |
| 10:14 | 111:17 | 42:10 | 126:8 | 109:8,9 | 53:13 |
| 11:13 | **leaves** | 114:5, | 127:7, | **looked** | **M53592** |
| **lead** | 112:8 | 6,14,24 | 11 | 20:10, | 45:16 |
| 12:25 | **leaving** | 115:1, | **local** | 16 | **MA** |
| **leader** | 21:10 | 2,9,25 | 123:17 | 101:17 | 114:19 |
| 38:18 | 27:18 | 116:23 | **located** | 116:1 | 115:18 |
| 59:22 | 101:6 | 117:8, | 4:15 | **losing** | **mace** |
| 60:12, | **left** | 11,13, | | 29:5 | 110:16 |
| 16 | 16:7 | 18,22 | | 32:16 | **mad** |
| | | 119:9 | | | |

Chad Shaw
October 14, 2024

15

71:13
Madam
  7:20
  9:23
  128:16
made
  9:15
  32:4
  38:18
  46:8
  50:24
  64:7
  65:25
  67:11
  70:3
  71:14,
  16
  105:6
  111:11
  112:11
  121:12
mail
  114:15,
  18
  115:14,
  15,16
  116:3,
  4,5,9,
  12,13
  117:1,5
mailing
  12:13
major
  101:14
majority
  91:15
  111:1
  126:7
make
  9:9

29:15
30:17
33:25
62:9
71:6
75:6
109:6
121:15,
17
124:13,
14,15
making
  77:4
  78:14
  84:9,11
  117:9,
  10
male
  31:13
  33:15
malls
  113:8
man
  71:4
  75:25
  76:22
  79:10
  85:15
  106:23
  108:5,
  7,9,10,
  17
manner
  7:9
Marceau
  53:13
mark
  18:20
  43:6
  47:5,6

127:8
marked
  43:7
  45:10
  47:9,18
  48:6
  49:4
  50:10
  51:19
  53:8
  54:8
master
  29:3
  85:6,9
  91:20
  102:20,
  21,25
  112:7
  127:20
matches
  102:25
matter
  118:3
Mckinney
  4:10,22
  5:16,17
  6:1
  33:18,
  21
  34:5,7,
  8,9
  42:16
  43:1
  126:3,
  4,15,
  19,25
  128:1
meant
  9:11

medic
  85:16
medical
  29:8,9
  31:24
  32:6,
  20,21,
  23 33:1
  85:16,
  17,21,
  23 86:1
  96:17,
  20,21,
  23,24
  97:15,
  17,21,
  24
  102:13
  104:13
  107:14
  108:7,
  8,9,10
  110:1
  120:13,
  19
  124:25
  126:5,
  8,9
  127:3,9
medication
  8:14
  12:11
medications
  8:12,15
meds
  61:2,5
member
  25:22

40:22,
25
41:2,3,
5 51:15
53:19,
20,25
70:1
members
  24:21,
  23
  44:17
  67:9
  74:16
membership
  41:7,9
memory
  39:21
mental
  61:6
mention
  58:6
mentioned
  45:20
mess
  70:2
messenger
  77:12,
  24
  78:25
  79:2,
  17,21
  80:1,3
messengers
  75:14,
  22 76:6

79:5
metal
  88:14
Michael
  53:12
Michelle
  4:22
  5:16
  42:16
  53:12
microphone
  82:2,7
middle
  10:23
  11:14,
  16
  13:21,
  23
  112:22
military
  13:19
mind
  71:16
minute
  31:2
  59:7
  66:19
  68:24
  73:21
minutes
  31:5
  32:22
  55:13,
  16,17,
  20
  56:19
  62:1
  74:4,5,
  12

75:11, 12
77:23
78:21, 22
79:3,4
80:4,5, 23,24, 25
81:1,2, 9 91:7
92:23
93:14, 16,17
97:9, 11,13
107:19
109:12

**mirror**
64:12, 13

**mistaken**
82:19
100:8

**mix**
33:16, 17,18

**Mm-mm**
37:22

**moment**
36:18
39:5
68:21

**Monday**
6:15

**money**
63:19

**monitored**
127:11

**mop**
46:14, 19,21, 22,24
49:22
56:14
58:6,7
66:9, 11,12
73:16

**mopping**
65:8
66:9

**mops**
58:9
66:11
71:24

**morning**
4:4
5:11
124:3

**mouth**
27:17

**move**
105:10
121:19

**moved**
21:17
58:25
59:2

**movement**
44:8
84:1

**moving**
32:9
45:14
63:6

**MS-13**
80:14

**multiple**
76:5

**N**

**nail**
19:17
20:1

**nails**
16:1
19:19

**named**
15:4
45:16

**names**
17:17
35:7, 11,15
36:16

**natural**
68:17

**nearby**
28:21

**necessarily**
100:13

**neck**
63:7

**needed**
75:8
121:4
126:6

**nickname**
15:17

**Nietas**
25:24, 25
80:13

**night**
18:23
35:25
90:5,6
91:19
94:23
95:9
110:8, 11
116:10, 12,13
121:13
124:1, 2,7,8, 10
126:3, 10,22, 23

**nods**
7:2

**noise**
56:18, 20
84:6,9
85:14, 18
96:21

**nonverbally**
6:23
7:2

**normal**
40:20
67:23
68:1

**Northern**
6:2

**notary**
4:6

**notate**
9:14

**notes**
20:11, 12

**NPR**
40:8

**number**
5:25
6:9
38:10
39:17
43:16
45:16
48:10
49:11
50:15
51:25
53:13
102:22, 25
106:8

**numbers**
95:8

**nurse**
97:17

**nurses**
32:8

**O**

**O1**
58:24

**oath**
4:19

**Object**
19:22

**objection**
24:6

29:23
31:19
43:9
45:12
47:11, 20 48:8
49:6,7
50:12
51:21
53:10
54:10
86:13

**objections**
7:24
8:1

**objects**
8:3

**observant**
125:19

**observe**
91:22
99:7
100:23
104:6

**observed**
100:25

**obtaining**
117:21

**obvious**
64:18, 22
86:10
98:14
99:14
101:18

**occur**
10:10

occurred
10:4
115:22
occurs
29:17,
20
October
4:3
6:16
office
13:12
30:13
87:4,5,
6
113:21
officer
5:15
10:22,
23
11:12,
17
12:3,4,
11,16,
17,19
13:6,8,
13,14
14:16
28:12,
16,17,
18,19
29:25
30:5,8,
10,14,
15,16,
18
31:6,
13,15,
16,17
33:10,
25 34:3
54:23,

24 57:8
68:7
81:11,
14,15,
17,18,
20,24
82:8
84:16,
25
86:19,
22
87:2,20
88:9,
16,17
92:1,3,
4,6,12,
13
93:8,
17,21
94:4,
17,19
95:12,
13,14
102:19
103:4,
22
104:1,
10,21
105:25
106:4,
6,14,
19,25
107:3,
4,8,10,
13
109:13,
19,20
110:5,
7,10,24
111:17
112:4,6
116:14,

15,17,
20
119:21
120:11,
15
125:5,
8,9,11,
14,17
126:3
officer'
s
96:22
officers
27:18
28:11,
13,21
29:7,22
30:1
31:9
32:4,6,
8
33:12,
13,15,
16
35:9,15
60:18
68:22
82:14
85:7,
23,25
96:25
97:6,
13,18,
21
102:15
103:15
107:9,
14
109:24
110:15
116:10

120:3,9
121:10,
14
122:18
123:3
125:23
officers
'
28:14,
20 55:2
57:4
95:5
125:5
offices
87:13
one's
33:10
one-way
89:14
Ooh
93:14
open
13:11,
14,16
72:22
73:1
114:18
115:16,
18,19,
20
opens
116:8
117:6
oppresse
d
40:11
order
59:10
82:15

103:21
ordering
128:22,
23
129:1
orderlie
s
97:24
124:25
ordinari
ly
116:23
organiza
tion
21:19
25:1
Outkast
25:2
40:4,7,
9,10,23
70:12
74:16
outs
100:16
overhead
113:3
overweig
ht
94:11,
12

———————

**P**

p.m.
93:2,5
129:7,8
P1
10:23
12:7

13:9
87:1,
11,19,
20,24
P2
10:19,
24 12:8
13:10
87:1,
11,22,
25
packing
21:12,
13,14
22:5
23:7,13
24:13
77:19,
22 78:4
pajamas
100:19
Panama
6:2
pants
100:10,
12
paper
116:24,
25
paperwor
k
125:21
Parker
43:17
44:25
45:1
46:10
part
21:18
25:1

Chad Shaw
October 14, 2024

39:13,
14 40:4
44:15
49:20
50:3
70:11,
13

**parties**
4:7

**parts**
45:14

**pass**
116:10

**passed**
19:9
72:16
81:10
97:13
101:12
108:1,
21
109:13

**passes**
74:2,5
101:10

**past**
27:17
101:1

**patch**
96:15

**patching**
20:21

**patience**
42:8

**Patterson**
28:18,
19
33:25

81:18,
20
84:17,
20 85:1
92:14
93:8
94:4
95:14
106:25
109:19
110:7,
21
112:9
125:17

**patting**
64:14

**pause**
36:20
39:4,6

**pay**
91:16

**paying**
86:16,
17

**Pedro**
48:10

**people**
14:1
16:14,
18
24:19,
20
28:2,4,
5
40:10,
19
69:16
70:4
72:7
75:21

76:5
79:24,
25 83:5
84:1,2,
3,4,10,
11
85:10
93:12
107:14
108:19
111:4,
15,18,
23
112:2
115:10,
21

**pepper**
110:20,
21,24

**period**
58:10
59:7
81:3
120:7

**person**
26:7
36:2
43:19
47:24,
25
48:11,
14,15
49:12,
14
50:16
52:4
53:11
64:2
68:16
69:17
75:18

76:5
103:9,
15
107:10
111:21,
23
119:20
127:22

**personal**
78:10,
14,15
119:1

**phone**
109:25
110:1,3

**phonetic**
4:22
6:8
20:23
21:24
28:18
35:21
40:8

**photo**
43:5
47:24

**photograph**
95:13

**photos**
42:15

**physical**
19:13
20:5
22:13,
14

**physically**
13:7
30:1

94:7

**pick**
113:2

**picked**
26:8
51:1,2
72:2
73:4

**picking**
90:21,
22

**picture**
43:25
46:9
51:22

**pictures**
36:22
79:25
115:20
116:1

**piece**
88:14
90:9
116:24,
25

**pieces**
105:5

**place**
4:18
60:3
68:10
97:8
103:12
123:5
125:13

**plaintiff**
4:25
43:6
47:5,7

50:9
51:18
53:7
54:7

**Plaintiff's**
7:25
43:8
45:9,11
47:10,
19
48:5,7
49:3,5
50:11
51:20
53:9
54:9

**planning**
47:12

**playing**
123:1

**Plexi**
88:3,6

**Plexiglas**
88:4

**point**
19:10
20:2,5
23:1
26:1,5
42:14
52:20
56:11
57:3
58:8,19
59:14,
23
61:23
64:2,7

67:8,17
68:4
71:24
73:17
74:24
75:7,10
77:2,14
78:12,
17 81:7
83:22
84:18
85:4
86:3
91:4
92:13
93:20
94:15
96:10
98:11
99:6
106:16
107:20,
23,24
112:5
118:2
123:16

pointing
56:2,3,
7

points
54:13

pop
11:11

popped
38:16

portion
8:8

positively
4:12

possibly
36:2

potential
35:7,9

potentially
120:2

preparation
91:5,6

prepared
82:22

preparing
78:10
93:12

presence
114:19
115:18

present
28:21
33:19,
21
36:12,
24
37:10
103:6

presently
4:15

preserve
8:6

pretty
20:24
34:19
64:18
66:20

prevent
10:25

previously
50:16

prior
23:2
97:18
114:2
126:18

prison
23:18
60:7
68:9

privacy
16:2
17:9

problems
77:1

proceeding
4:19

proceedings
4:1
36:20
39:4,6

process
91:11
116:7

properly
9:25

property
21:12,
13,14
22:6
23:7,13
24:13
71:17

77:20,
22
78:4,
10,11,
14,15

protect
27:12,
13
68:19
72:4
73:5

prove
123:16

psych
61:2,5

pull
34:19,
20

pull-box
12:9,12

pump
76:18

punch
22:15
57:18

punishment
59:4

purchase
9:7

purpose
9:6

pursuant
47:1

push
105:11

pushing
97:24

put
7:2
12:10
16:2
17:10
32:25
34:17
47:23
100:9,
10
116:5
117:3,5
124:5

putting
77:4

———————

Q

quad
121:10

quarter
63:12,
13,16,
17,19
64:18

question
7:2,7,
8,12,14
8:3,4
60:22
69:25
113:21
126:2
128:5

questions
6:22,23
8:1
41:20
42:14
117:25

119:6,
13
122:8,
11
128:4,
14

quick
19:4
29:15
69:13,
17 76:2
92:22
119:9
128:5

quickly
66:20

———————

R

R-A-S-C-
U-A-L
49:11

R-E-N-T-
A-S
49:11

radio
109:25
110:2,
5,7,10,
13

rag
20:20
58:1
64:11,
14

rags
66:24,
25 67:1

raise
5:2

raised
85:18
96:22
ran
22:8,20
32:25
33:1
range
97:11
Rascual
49:10
read
9:4,9,
20
115:25
117:15
reading
9:17,
21,24
117:8
ready
82:20,
21
real
16:4
19:4
29:15
35:24
69:16
95:16
98:9
101:16
119:9
reason
8:21
41:9
55:9
100:25
recall
45:3

82:22
receive
34:25
55:22
114:6
received
115:1
116:2,
11
117:1,4
receiving
116:3
recognize
36:23
43:14
47:25
49:12
52:4
recollection
27:3
30:22
33:24
37:24
record
4:2,11,
17 8:7
38:10
42:2,4,
5 56:7
63:5
88:25
93:1,3,
4 99:1
114:9
119:11
129:6

RECROSS-
EXAMINATION
122:13
red
63:21,
23
REDIRECT
119:17
128:6
referring
43:2
68:22
regular
40:20
115:16
116:2,
4,9,12,
13
regular-
type
126:21
related
5:24
relating
114:3
relation
24:15
27:7
relative
54:17
57:11
relay
95:8
remain
12:18,
20,21
121:20

Remained
121:21
remember
10:4
15:7
16:16,
17,18
17:16,
17
20:7,8
28:13,
16
30:8,9
31:10,
14
32:11,
13,21
33:13,
18,20,
21
34:11
35:12,
19
36:5,
10,16
37:12
39:9,10
41:17
50:16
64:25
90:21,
22
94:19
104:22
105:3
110:18
122:4
126:10,
12,14
127:25

remembered
35:15
remote
4:8
remotely
4:20
removed
78:12
124:17
Rentas
49:10
50:5
rephrase
7:7,8
report
4:19
127:7
reporter
4:2,6
5:2,10
6:24
7:20
8:25
9:8,10,
21,22,
23
42:2,5,
22
92:22
93:1,4
128:16,
21,25
129:6
represent
4:17,
22,25
5:15

representing
35:4
request
4:6
12:10
requesting
12:11
respect
65:1
respond
68:19
rest
40:20
51:1,2
109:15
112:22
122:24
124:4
retained
115:2
return
114:10,
11,12,
20
reviewed
102:10
Richard
50:15
rid
67:19
ringleader
48:2
Rodriguez
45:16,
23

46:6,14
47:24

**room**
12:5

**roster**
29:3
85:6
91:20
102:20,
21
103:1
112:7

**rosters**
127:20

**rough**
123:14

**roughly**
14:3,5,
23

**round**
88:22

**row**
52:17

**rules**
5:23,24
77:4

**run**
15:21
59:16
65:15
68:15

**running**
26:11
27:11
28:8
83:3
84:3

**rush**
61:22

65:9
129:2,5

**rushed**
32:4,8
59:18,
19
66:3,4
73:6,10
85:7
102:6,
15
105:14
107:4,
9,14,18
111:4
124:21,
23,24
125:2

---

**S**

**S71334**
48:10

**sat**
72:7
102:3
121:11,
12

**scattered**
28:4

**scene**
121:18
123:4,
18

**screen**
34:18
37:6
42:16,
17

43:10
45:15,
17
47:23
48:11
52:1
53:14

**scuffling**
56:21,
23

**seconds**
73:21,
23
106:2

**section**
15:11

**sections**
15:10

**secured**
78:16

**securing**
78:10,
11,14

**security**
81:15
84:21
85:1
86:11
88:9
112:9

**self-addressed**
114:20

**self-defense**
67:17,
20

68:8,10

**send**
68:7

**sends**
76:25

**separate**
11:3,5
17:2

**separated**
19:3
21:3
33:9

**separation**
17:1

**sequence**
29:14

**sergeant**
4:10
43:1
84:17,
25
126:4,
15,18,
25
127:15,
22,23,
25

**sergeants**
111:2
127:19

**service**
100:17

**set**
13:19
112:25

**settle**
67:25

**settled**
28:25
82:23

**shakes**
7:3
117:6

**shampoo**
58:1

**share**
42:15
43:10
45:8
53:12

**shared**
45:15

**sharing**
49:9

**Shaw**
4:9,12,
23 5:8,
11 6:6,
8 7:22
34:22
42:7
119:13
128:18

**sheet**
9:12,13
16:2
55:8
102:21
103:1
112:7

**sheets**
123:8

**sheriff's**

123:17

**shift**
126:21,
22,23,
24
127:18

**shirt**
62:24,
25
63:4,9,
11,14,
24
64:16
98:9,
20,21
99:19,
22

**shock**
84:15

**short**
11:25
94:10

**shorts**
100:9,
10,18

**shoulder**
27:20
83:16
99:8,9

**shout**
90:10

**shouting**
56:24
79:13,
14
84:11

**show**
29:4
34:16,
18

| | | | | | |
|---|---|---|---|---|---|
| 36:21 | 71:10 | 13:2,5, | 17:5 | 86:2 | 14 97:4 |
| 39:8 | 98:17, | 9,22 | 55:10 | 87:21 | 101:2,9 |
| 42:15 | 24 99:1 | 14:5 | 62:3,8, | 90:1 | 106:10, |
| 43:4 | 104:8 | 15:14 | 15,17 | 92:8 | 14,15 |
| 47:21 | 114:9, | 16:10, | **sinks** | 107:15 | 108:12, |
| 95:13 | 14 | 11 | 15:11, | 114:1, | 20 |
| 102:23 | 115:17 | 18:13 | 14,16 | 4,7,23, | 109:3,6 |
| 103:5 | **shown** | 19:16 | 16:1,3 | 25 | 122:21 |
| 114:2 | 34:20 | 27:17 | 125:12 | 115:3, | 125:16 |
| 115:9 | 39:20 | 72:22, | **sir** | 5,8 | **situated** |
| 127:7 | 47:25 | 23 | 5:14,22 | 117:19 | 11:13 |
| **showed** | 48:14 | 86:17, | 6:14, | 118:6, | **situatio** |
| 43:13 | 49:10 | 18,22, | 17,20 | 15,18, | **n** |
| 46:9 | 50:14 | 23,25 | 7:5,23 | 21,24 | 40:11 |
| 79:24 | 113:24 | 87:1, | 8:17, | 119:4 | 97:6 |
| 114:5 | **sic** | 11,16, | 20,23 | 121:5 | 105:4 |
| **shower** | 28:19 | 19,22 | 10:6,9, | 122:7, | **size** |
| 14:14 | 33:25 | 101:8, | 13 | 12 | 63:16, |
| 15:18, | 35:21 | 10,11 | 11:18 | 128:3 | 17 89:5 |
| 19,22 | 81:18, | 119:8 | 24:9 | **sir(** | **skin** |
| 16:4, | 20 | 125:10, | 35:2,5 | **indiscer** | 94:8 |
| 13,20 | 84:17, | 11 | 37:3 | **nible)** | 95:16 |
| 17:25 | 20 85:1 | **sides** | 42:12 | 42:19 | **Skinny** |
| 22:1,22 | 92:14 | 13:24 | 43:3 | **siren** | 94:11 |
| 40:20 | 93:8 | 86:20 | 45:18, | 122:16 | **sleeping** |
| 55:8 | 94:4, | 87:9, | 22 | **sister** | 89:25 |
| 58:2 | 17,19 | 17,24 | 48:12 | 10:20 | **sleeps** |
| 67:14 | 95:12, | **sidewalk** | 52:2,5 | **sit** | 122:19 |
| 69:15 | 14,15 | 13:4 | 53:15 | 102:19 | **slept** |
| 100:9 | 107:1 | **sign** | 55:18 | 121:11, | 21:25 |
| 112:21 | 109:19 | 116:7, | 56:10 | 14 | 52:13, |
| **showers** | 110:7, | 23 | 58:17 | 125:24 | 15,17, |
| 16:4 | 16,21 | **signatur** | 60:25 | 127:16, | 19,22, |
| 40:19 | 112:9 | **e** | 61:4, | 21 | 23,24 |
| 58:12 | 125:17 | 116:8 | 16,19 | **sit-down** | 54:3 |
| 122:25 | **side** | **single** | 63:20 | 16:6 | 102:1 |
| **showing** | 10:11, | 13:23 | 74:1,11 | **sits** | 103:14, |
| 27:16 | 12,23, | 52:18 | 78:18 | 13:8 | 16,18 |
| 45:15 | 24 11:4 | 54:19 | 81:13, | **sitting** | 105:4 |
| 50:14 | 12:6,7, | **sink** | 16 | 51:13, | |
| 51:22 | 8,24 | | 83:20 | | |

Chad Shaw
October 14, 2024

23

slim
  35:22
  95:16
slim-
skinny
  95:16
slot
  12:13
slots
  12:10
  89:6
slotted
  90:8,9
small
  12:1,5
  13:11
  15:12
  87:4
  111:2
smokish
  89:13
snatch
  105:10
Sneads
  4:15
so-and-
so
  127:10
soaked
  99:18
soap
  58:1
someone'
s
  68:18
somewher
es
  16:22

sort
  56:8
sounds
  84:11
sour
  60:5,6
spaced
  112:23
Spanish
  17:17,
  18,22,
  24
  18:18,
  19,23
  19:6,9
  20:18
  21:15
  22:8,20
  23:1
  25:13,
  19,22
  26:16
  27:14,
  21,23
  28:2
  33:7
  36:15
  37:20
  50:2
  51:2,4
  59:11,
  13 70:4
  72:19
  76:16
  80:12
  83:12
  101:3
  124:2
speak
  82:8
  88:15,

16,17,
18,19,
23,24
speaker
  82:8
  88:12
  89:8
speaking
  43:20
  75:2
  79:8,12
  90:8
  123:20
special
  114:18
  116:6
specific
ally
  11:13,
  17,20
  12:25
  36:5,16
  55:9
Speculat
ion
  86:13
spend
  66:16,
  18
  68:25
spent
  68:24
splatter
ed
  62:14
splatter
s
  62:11,
  12

splayed
  105:13,
  14
split
  72:22
  73:1
spoke
  24:14
spoken
  5:13
  52:9
  88:9
  119:1
spray
  110:16,
  20,21,
  22,24
squirt
  15:20
stab
  98:5,7
stabbed
  26:15,
  21,23
  27:19,
  25
  38:3,5
  44:12
  81:3
  83:15,
  19
  96:12
  98:12,
  15,18
  99:14,
  20
  101:21
staff
  119:2
  123:7,

20
stamp
  114:21
stamped
  114:21
stand
  74:19
  125:15
stand-up
  16:6
  125:9
Standard
  4:4
  42:3,6
  93:2,5
  129:7
standing
  21:14,
  20 22:4
  25:12,
  18 33:8
  103:4
start
  26:5
  77:14,
  22 78:4
  93:13
  108:17
  109:9
  123:1
started
  20:8,9
  21:12,
  13
  24:13
  26:25
  44:9
  47:2,13
  74:6
  95:20

starting
  42:14
  54:15
starts
  30:5
  95:21
  96:10
state
  4:13,
  14,16
  6:6
  61:6
statemen
t
  113:14
  121:13
statemen
ts
  113:16
station
  10:22,
  24
  11:12,
  13,17
  12:3,4,
  17
  13:6,8,
  13
  14:16
  28:12,
  14,20
  29:25
  30:11,
  13,16
  34:1
  54:23,
  24 55:2
  57:4,9
  81:25
  82:8

87:2
92:1,3,
4,6
95:5
112:6
119:21
125:8,
9,11,14
**stay**
19:2
24:3
72:14
76:1
79:21
84:5
90:2
109:14
121:10
123:3
125:25
126:7
**stayed**
53:5
59:12
73:13
90:5
121:13
**staying**
78:8
**stays**
112:9
**steel**
46:7,8,
11,13
**step**
14:19,
20
**stepped**
52:14
102:9

**steps**
13:3
**stigma**
24:18
**stimulated**
77:2
**stipulate**
4:7,18,
23 5:1
**stood**
73:11
**stop**
74:24
**stopped**
82:24
**stored**
58:9
66:12
**straight**
14:21
66:4,5
**strap**
25:6
**stressed**
83:3
**stretcher**
32:7,25
97:24
105:12
109:17
124:19,
20
**strike**
57:18
66:17
80:21

**strong**
60:10
**stuff**
14:2
18:22
20:22
39:19
62:4,15
71:19
83:4
100:17
**suffered**
96:14
**suggestions**
35:11
**summary**
29:16
**supposed**
91:18
**swear**
5:4
**swinging**
57:19,
20 84:2
**sworn**
5:8
**swung**
26:8
72:9,10
**system**
68:9

———————

**T**

———————

**T-SHIRT**
63:10
100:11,
12

**tablets**
92:2
**tail**
68:14
**Tajan**
122:9
**taking**
16:8
17:25
18:2
89:1
**talk**
21:7
70:5,22
73:19
88:13,
19
90:7,8,
10,11
97:25
100:22
101:14
105:4
113:11
119:9
**talked**
34:4,12
39:20
72:7
105:2,
17
122:5
**talking**
10:5
18:9,
11,14
21:5,
15,16
32:5
52:12

63:3
70:23
72:24
74:15,
20
79:14
101:3
105:10
106:18
119:14,
15
122:4
128:18
**Tarjan**
4:24,25
6:3,4
7:21
19:22
20:14
24:6
29:23
31:19
34:16
41:21,
24
42:7,
13,20,
25
43:4,
10,12,
22,24
44:3
45:8,
13,19
47:3,7,
14,16,
22
48:4,9,
13
49:2,6,
8 50:8,
13

51:17,
22,25
52:3,
23,25
53:1,6,
11,16
54:6,
11,12
86:15,
21
92:18,
20,24
93:6
117:12,
24
118:1,
7,8
119:5,
12,15
122:4,
10,14
128:4,
15,25
129:1
**technology**
4:8
**teeth**
72:23
73:2
101:12
**telephone**
12:6
**telling**
23:14
24:1,11
29:4
72:21
85:22
105:5

| | | | | | |
|---|---|---|---|---|---|
| 106:8 | 81:23 | 61:17 | **tired** | 17 | **truthful** |
| **term** | **thought** | 66:2 | 76:11 | **tops** | 8:16,22 |
| 108:9 | 75:17 | 69:11, | 83:2,4 | 31:5 | 41:8,11 |
| **terminol** | **threat** | 12 | **title** | **torn** | **tuck** |
| **ogy** | 70:10 | 70:21 | 5:25 | 66:24 | 68:14 |
| 23:17 | **threaten** | 71:16 | **today** | **total** | **turn** |
| **terms** | **ed** | 73:6,8, | 4:3 | 55:15 | 79:21 |
| 58:21 | 70:9,20 | 9 74:2 | 6:12 | 80:16 | 81:22 |
| **Terrell** | **threaten** | 75:13 | 8:2,4, | **touched** | 114:24 |
| 6:8 | **ing** | 77:17, | 16,19, | 121:17 | **turned** |
| **testifie** | 21:5 | 19 | 22 | **towel** | 26:20 |
| **d** | 70:20 | 81:4,10 | 35:13, | 58:1 | 27:24 |
| 5:9 | **threats** | 83:2 | 19 36:8 | **towels** | 79:22 |
| 35:13 | 21:6 | 84:21 | 41:9,11 | 66:24 | 89:22, |
| **testimon** | **throw** | 90:3 | 42:8 | **tracking** | 24 |
| **y** | 105:9 | 91:15, | 115:4 | 6:5 | **TV** |
| 5:4 | **throwing** | 16,17, | 117:20 | **transcri** | 81:23 |
| 35:19 | 28:9 | 18,24 | 127:21 | **be** | 87:14, |
| 36:8 | **thumbs** | 92:7 | **today's** | 10:1 | 25 88:1 |
| **there'd** | 89:2 | 93:2,5 | 6:15 | **transcri** | 122:25 |
| 127:5 | **till** | 95:20 | **toilet** | **bed** | **type** |
| **thick** | 109:16 | 97:5, | 14:14, | 9:10 | 10:17 |
| 88:2,3, | **time** | 20,22 | 21 | **transcri** | 32:17 |
| 6 | 4:3,4 | 107:1, | **toilets** | **pt** | 46:6, |
| **thing** | 9:24 | 16,17 | 16:6 | 6:25 | 10,15 |
| 12:14 | 16:12 | 108:12, | 125:9, | 8:8,25 | 68:18 |
| 14:16 | 18:23 | 20 | 10 | 9:5,18 | 83:4 |
| 30:19 | 19:15 | 109:10 | **told** | 128:24 | 100:6 |
| 39:15 | 20:10, | 111:15 | 75:8 | **trapped** | **typed** |
| 65:7 | 16,22 | 115:2 | 102:6 | 65:11, | 117:2 |
| 88:22 | 22:7 | 120:7 | 104:16 | 16 | **typicall** |
| 96:17 | 26:13 | 121:9 | **tonight** | **trouble** | **y** |
| 97:24 | 28:24 | 122:12 | 19:1,2 | 96:7 | 82:14 |
| 129:3 | 29:2, | 126:5,7 | 71:12 | **trust** | |
| **things** | 11,12 | 129:7 | **top** | 9:21, | **U** |
| 15:20 | 31:6 | **times** | 63:2 | 22,25 | |
| 35:6 | 32:3 | 95:3 | 100:10 | **truth** | **U-T-R-I-** |
| 40:2 | 42:3,6 | 122:18 | 103:7 | 5:5,6 | **A** |
| 78:6 | 59:9 | **timing** | 114:10 | | 50:15 |
| | | 73:19 | 117:13, | | |

ultimately
  9:19
underneath
  63:6
understand
  7:6,9
  29:15
  42:11
  77:8
  78:3
  82:13
  86:4
  87:19
  108:11
understanding
  24:1,10
  40:25
  41:1
  67:16
  70:17
  75:2
  119:10
uniform
  99:24,
  25
  100:2,
  3,5,6,
  14,16,
  20
unit
  93:24
unsure
  72:16
uproar
  26:10
  28:1

108:7
urinals
  125:8
Utria
  50:15

_____

**V**

_____

verbal
  19:5
  76:2
verbally
  6:22
verbatim
  105:3
  106:9
verification
  30:17
verify
  112:7
video
  4:7
  112:14
  113:9,
  11,24
vision
  70:15
visually
  106:5

_____

**W**

_____

W-A-R-D
  105:22
Wait
  85:20
waiting
  69:16

120:21,
  23,25
waive
  9:17,
  21,24
walk
  11:10
  13:5,10
  14:21
  25:9
  59:16
  66:1
  71:14
  92:1
  124:18
walked
  25:10,
  14
  27:17
  75:25
  90:20
  101:1
walking
  57:5,13
  72:18
  90:24
walks
  102:20
wall
  16:4
  33:8
  52:15
  62:2,
  14,21
  65:13
  87:15
  91:21
  92:5,9,
  11,12
  113:5,6

walls
  13:24
  16:1
  62:8
wanted
  11:8
  40:2
  70:11
Ward
  51:23
  52:19
  74:17
  105:1,
  17,19
warden
  50:23
warehouse
  10:16,
  17
warning
  91:13,
  14
washing
  17:4
Washington
  4:5
watch
  87:14
  88:1
  92:2
  122:25
watches
  91:25
watching
  70:9
  85:3
  86:20

water
  15:20
  91:7
ways
  89:16
weak
  85:14
  108:22,
  24
weapon
  45:25
  46:1,3,
  6,10,15
  48:25
  49:14
  50:6
  72:4
weapons
  25:6,7,
  10
  26:1,3
  27:14
  44:25
  45:1,4,
  23
  46:4,5,
  12,13
  50:3
  56:12
  71:9,10
  76:19
  80:8,
  19,22
wear
  61:9,
  10,12
  91:25
  94:9
  100:15,
  18,19
  111:1,2

wearing
  61:12,
  15 63:9
  99:22
  100:7
wears
  100:3
week
  95:3
weeks
  58:22
wheelchair
  124:18
wheezing
  108:25
whispering
  79:9
white
  63:10
  89:13
whoever's
  76:3
Whoops
  45:13
wide
  120:23
  121:1
Williams
  20:23
  22:4
  24:15
  25:2
  27:7,9,
  19,22
  33:4
  36:11

Chad Shaw
October 14, 2024

40:6
44:20
47:17
57:6
65:5,6,
19,24
66:4,9
68:25
69:10,
13 72:1
73:11,
20
74:3,14
83:10,
17,22
90:4,
15,21,
22,25
99:6
103:20,
23
118:14,
16
123:25
127:1

**Williams
's**
121:25

**willingl
y**
24:2

**Wilson**
47:24

**window**
12:9
87:23

**windows**
12:9
87:8,
11,12,

14,16,
17

**wine**
60:7

**wipe**
66:22

**wiping**
65:7
66:8

**wise**
63:19
64:25

**woman**
35:22
106:23

**wonderin
g**
125:18

**word**
75:15
76:17

**words**
42:22
82:24
103:25
104:16

**work**
7:24
37:1
122:16
126:5,
15,19,
23

**worked**
126:6,7
127:3,
4,13

**working**
66:20

82:5

**works**
126:4

**worn**
100:14
110:13

**worry**
104:12

**worst**
124:12

**wound**
98:5,7
101:15

**write**
113:14

**written**
113:16

-------

**X**

-------

**X92075**
43:16

-------

**Y**

-------

**y'all**
21:21,
22
23:22
25:5,6,
8,9
40:14,
16,17
70:6,7
71:8,
11,12
72:14
85:15
115:21

**yards**
14:23

**yelling**
56:25
84:10
85:22,
25

-------

**Z**

-------

**Zoloft**
8:13

**Zoom**
6:12