Exhibit G

Michael Marceau
October 17, 2024

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF FLORIDA
 2                         PANAMA DIVISION

 3                  Case No.: 5:23-cv-183-TKW/MJF

 4    DEVON CURRIE,

 5
               Plaintiff,
 6
      v.
 7
      MICHELLE MCKINNIE
 8    ET AL.,

 9             Defendants.
      _____/
10

11

12                      REMOTE DEPOSITION OF

13                        MICHAEL MARCEAU

14

15                    VOLUME 1 (Pages 1 - 117)

16

17                  Thursday, October 17, 2024

18                    1:06 p.m. - 3:26 p.m.

19
                    LOCATION:  Remote via Zoom
20                        Sneads, Florida

21
                    Reported by:  Bridgitt Myers,
22                  Notary Commission Michigan RON

23

24

25    Job No.:  380879
```

Michael Marceau
October 17, 2024

Page 2

```
 1   APPEARANCES:

 2   On behalf of Devon Currie:

 3        The Tarjan Law Firm PA
          12372 Southwest 82nd Avenue
 4        Pinecrest, Florida 33156

 5        BY:  JOSHUA M. TARJAN, ESQ.
          josh@tarjanlawfirm.com
 6
     On behalf of Michelle McKinnie et al.:
 7
          Office of the Attorney General
 8        The Capitol
          Suite PL-01
 9        Tallahassee, Florida 32399

10        BY:  ERIK KVERNE, ESQ.
          Erik.Kverne@myfloridalegal.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Michael Marceau
October 17, 2024

Page 3

1                    INDEX OF EXAMINATION

2    EXAMINATION:                                    PAGE

3    Testimony of Michael Marceau

4    Direct Examination by Mr. Kverne                    5
     Cross-Examination by Mr. Tarjan                    44
5    Redirect Examination by Mr. Kverne               107
     Recross-examination by Mr. Tarjan               108
6    Recross-Examination by Mr. Tarjan               112

7    Certificate of Oath                             114
     Certificate of Digital Reporter                 115
8    Read and Sign Letter                            116
     Errata                                          117
9
                     INDEX TO EXHIBITS
10
11              (None marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Marceau
October 17, 2024

Page 4

1   Proceedings began at 1:06 p.m.:

2          THE REPORTER:  We're going on the record.

3   Today is October 17, 2024, and the time is 1:06 p.m.

4   central time.  Good afternoon.  My name is Bridgitt

5   Myers, and I am the Michigan notary and reporter

6   assigned by Lexitas.

7          I request all parties stipulate and agree that

8   by videoconference technology, this will be the

9   remote deposition of Michael Marceau --

10         THE WITNESS:  Marceau, ma'am.

11         THE REPORTER:  -- Marceau, in the case of Devon

12  Currie, DC number, A51859, v. Sergeant McKinnie and

13  Jane Doe.  Before going on the record, the witness

14  positively identified himself to me by his face

15  sheet.

16         Counsel, will you please state your appearance

17  for the record, your firm, who you represent, and

18  that you agree to stipulate that I may place this

19  witness under oath and report this proceeding

20  remotely?

21         MR. KVERNE:  My name is Erik Kverne.  I

22  represent Mrs. Michelle McKinnie.  I work for the

23  Office of the Attorney General, and we do stipulate.

24         MR. TARJAN:  I'm Josh Tarjan, and I represent

25  co-counsel to the plaintiff, with the Tarjan Law

Michael Marceau
October 17, 2024

Page 5

1       Firm PA, and we stipulate.  And by the way, the

2       caption, I believe, has been changed by the court.

3       It is now Devon Currie v. Michelle McKinnie, M-C-K-

4       I-N-N-I-E, et al.

5               THE REPORTER:  Thank you.  Sir, will you please

6       raise your right hand to be sworn?  Do you swear or

7       affirm the testimony you're about to give is the

8       truth, the whole truth, and nothing but the truth?

9               THE WITNESS:  Yes, ma'am.

10  Thereupon:

11                        MICHAEL MARCEAU,

12  having been first duly sworn, was examined and testified

13  as follows:

14              THE REPORTER:  Thank you.  Counsel, you may

15      proceed.

16                      DIRECT EXAMINATION

17  BY MR. KVERNE:

18      Q.   Good afternoon, Mr. Marceau.  My name is Erik

19  Kverne, and I work for the Office of the Attorney

20  General.  We've spoken before, correct?

21      A.   Yes, sir.

22      Q.   Okay.  And I represent an officer by the name

23  of Michelle McKinnie.  Do you know who she is?

24      A.   Yes, I do.  Nice woman.

25      Q.   I'm sorry.  What?

Michael Marceau
October 17, 2024

Page 6

```
 1      A.   She's a nice woman.

 2      Q.   Okay.  Thank you.  I'm sure she appreciates

 3  that, but --

 4      A.   She is.  I'm telling truth on that.

 5      Q.   We're here on the case of Devon Currie v.

 6  McKinnie and others, 5:23-cv-183-TKW/MJF, in the Northern

 7  District of Florida, Panama City Division.

 8           MR. KVERNE:  Is that the case number, Mr.

 9      Tarjan?

10           MR. TARJAN:  That sounds right.

11  BY MR. KVERNE:

12      Q.   And then, can you please state your full name

13  on the record for me, Mr. Marceau?

14      A.   It's Michael John Marceau.

15      Q.   Okay.  Can you spell the last name for me,

16  please?

17      A.   M-A-R-C-E-A-U.

18      Q.   Okay.  And then your middle name, how do you

19  spell your middle name?

20      A.   J-O-H-N.

21      Q.   Okay.  And then your DC number is what?

22      A.   D, as in dog, 37428.

23      Q.   Okay.  And thank you very much for that.  I

24  appreciate it.  And --

25      A.   Yes.  Welcome.
```

Michael Marceau
October 17, 2024

Page 7

1      Q.   -- we are here doing a deposition by Zoom.   Is

2   that correct?

3      A.   Yes, sir.

4      Q.   Okay.  And we're here on Thursday, October

5   17th, 2024, doing this deposition.  Is that correct?

6      A.   Yes, sir, it is.

7      Q.   Okay.  Couple of questions.  Have you ever been

8   deposed before?

9      A.   As in depositionwise?  This?

10      Q.   Yeah.  Have you ever done one before?

11      A.   No, I haven't.

12      Q.   Okay.  So couple of ground rules on the way

13   depositions work, okay?  You're doing a good job of this

14   so far for me.  Please try to answer questions verbally

15   for me.

16      A.   Yes, sir.

17      Q.   The court reporter is creating a transcript of

18   everything that's being said, so if you just nod your

19   head in response to a question, it's just going to read,

20   "Nods head," and it isn't really useful, okay?

21      A.   Yes, sir.

22      Q.   Just keep that up, and just keep doing that for

23   me.

24      A.   Okay.  Not a problem.

25      Q.   Now, if you don't understand a question, please

1  ask me to rephrase.  I'll be happy to ask you the

2  question again.

3       A.  Yes, sir.

4       Q.  If you don't know the answer to a question,

5  it's okay to say, "I don't know," if you don't know the

6  answer, okay?

7       A.  Yes, sir.

8       Q.  If you need to take a break or anything, just

9  please let me know.  I'll be happy to take a break.

10          MR. KVERNE:  Same with you, Mr. Tarjan, same

11      with you, Madam Court Reporter.

12  BY MR. KVERNE:

13      Q.  Does that work, Mr. Marceau?

14      A.  Yes, sir, it does.

15      Q.  Okay.  So from time to time, myself or Mr.

16  Tarjan may object to each other's questioning.

17  Obviously, we don't have a judge here today, so

18  basically, objections can't be ruled upon.  Based on

19  that, if either of us object to any type of question or

20  anything, you still need to answer the question here

21  today, okay?

22      A.  Okay.  Yes, sir.

23      Q.  Now, this is going to sound weird.  Are you

24  under an influence of drugs or alcohol today?

25      A.  No.  I'm not.

Michael Marceau
October 17, 2024

Page 9

1       Q.   Okay.  Do you take any medications?

2       A.   The only thing I take is Keppra for my seizure,

3  seizure medication.

4       Q.   Okay.  Would that impact your ability to be

5  truthful with me here today?

6       A.   Definitely not.

7       Q.   Is there any reason why you would not be able

8  to be truthful with me here today?

9       A.   Definitely not.

10       Q.   Okay.  All right.  Thank you for that.  I

11  appreciate that very much.  Now, I'm going to be talking

12  with you, and we briefly talked about, previously, an

13  event that occurred on July 20th, 2022.

14       A.   Okay.

15       Q.   And this event occurred at Apalachee

16  Correctional Institution in P Dorm.  Do you know the

17  event that I'm talking about?

18       A.   Yes, I do.  In P2.

19       Q.   In Dorm P2, you said?

20       A.   Yes, sir.

21       Q.   And that's P as in Paul, right?

22       A.   Yes, sir.

23       Q.   Okay.  So tell me what happened.  What do you

24  remember from that day?

25       A.   Wow.  That was -- that was an incident that --

1 it happened by the showers, okay?  And what happened was

2 the dude, the -- Devon, okay?  He got into -- he got into

3 an incident with, with one of the Spanish guys who

4 happened to be a Latin King at, at that time, all right?

5 Because he was trying to be with his boyfriend, do

6 something with his boyfriend, okay?

7         He was not allowed to be in the dorm at the

8 time.  He was actually violating the boyfriend, all

9 right?  And we had an agreement in the dorm that we

10 respect what the, the gay guys do, all right?  The

11 homosexual men do, all right?  Just not in front of us,

12 you know, and they -- we all agreed on that.

13         So they started making, making out in front of

14 one of the -- one, one of the, the guys, all right?  And

15 one of them told him, "Just, just stop, please.  You

16 know, we had an agreement, all right?  None of that in

17 front of us, all right?"  He told them -- quick question,

18 all right?  I'm trying -- I, I, I don't want to swear.

19 Is that a -- is that -- is that going to be issue?

20 Because the --

21     **Q.   It is (indiscernible), so --**

22     A.   -- I have -- I'll tell you what he said.

23     **Q.   -- so try not to swear as just part of your**

24 **testimony, but if it's something that is said by someone**

25 **--**

Michael Marceau
October 17, 2024

Page 11

1    A.   Yes.  I'm not saying for me.

**2    Q.   -- you could swear.**

3    A.   I'm not going to swear myself.  I'm just trying

4    to tell you that -- I'm trying to tell you what the

5    person said.

**6    Q.   And that's fine.  That's fine.**

7         MR. TARJAN:  It's all right.

8         THE WITNESS:  I just want to make it clear.

9    Okay.

10        MR. TARJAN:  Yeah.

11        THE WITNESS:  All right.  He told the, the, the

12        Latin King -- he told him, "Get the fuck out my

13        face," all right?  "I do what the hell I want to

14        do," all right?  And then he, he, he continued to --

15        making out with his boyfriend, all right?

16        And then Black King came and tried to separate

17        them and push him, all right?  Then he started

18        fighting, all right?  Then the, the two gay guys

19        were getting the better of the one Black King, then

20        his -- the rest of his brothers came, all right?

21        And they all started fighting together.

22        Then two other gay guys got involved, all

23        right?  And it just became a whole big thing.  Then,

24        like, a bunch of all other Spanish guys got

25        involved, and it turned into a big mess, and then

Michael Marceau
October 17, 2024

Page 12

1    they called the -- the cops came quick.  I actually

2    give them that.  They surprised me, but it was --

3    they, they wanted to get his -- this one, his

4    nickname was Boots at the time, okay?

5         And he got -- he got stabbed, like three times,

6    I think it was, in the back, I think in the chest,

7    if I can remember.  He was bleeding bad too, okay?

8    But for some reason, his adrenaline kept him going.

9    He kept trying to defend himself, and they kept

10   telling him that -- the, the Spanish are telling,

11   "You got to go.  You got to pack up and leave," all

12   right?

13        And he was like, "No.  I ain't going nowhere.

14   I'm saying right here," all right?  And, and then

15   when the cops came, they -- I guess they arrested

16   all of them, okay?  He tried to run out with his

17   boyfriend, but he didn't, all right?  What -- the

18   boyfriend ran out, okay?  He didn't.  He stayed, all

19   right?

20        And they -- he went and passed out on his bunk,

21   alright?  Like, literally fell out, okay?  We

22   thought he died right there and then, all right?

23   They came with a stretcher quick, and wheeled him

24   out on, on the stretcher.

25   BY MR. KVERNE:

Michael Marceau
October 17, 2024

Page 13

1      Q.   Okay.  Just to go a little bit back.  Thank you

2    for that.  I appreciate that, kind of overview and

3    summary.  So you said that there was some type of fight

4    or some type of dispute by the bathroom, right?

5      A.   Yes.

6      Q.   Was this inside the bathroom?

7      A.   It, it -- the argument started in -- inside

8    the, the shower area, in the sink area, because in, in

9    P2, the door -- the, the toilets are in, like, one side

10   of the area, then you got the shower, and you got the

11   sinks, okay?  They're separated, kind of, all right?  But

12   they're all in the back of P -- of P2, all right?

13         So it started -- the tussle started, but it

14   ended, like, right in front of, of the entrance to the --

15   to the showers and dorms, and showers --

16     Q.   So --

17     A.   -- in bathing area.

18     Q.   So it started in the bathroom, and then kind of

19   spilled out into the dorm?

20     A.   Yes.

21     Q.   Okay.  So how many people were in the bathroom

22   when this was going on?

23     A.   Like three or four.

24     Q.   Three or four?  Okay.  Who were the

25   individuals, based on your recollection, that were in the

Michael Marceau
October 17, 2024

Page 14

1  bathroom when this started?

2      A.   Wow.  I know it was -- there was two Latin

3  Kings, because they go -- they, they go to the bathroom

4  and shower together, so this way they, they, like -- so

5  this way nobody comes in while in, in there, okay?

6           They're very homophobic, so they, they have a

7  guard standing with them when each one takes showers,

8  each one uses the bathroom, or something like that, all

9  right?

10     Q.   So there were two Latin -- let's talk about the

11 Latin Kings real quick.  So there were --

12     A.   Yeah.

13     Q.   -- two Latin Kings in the bathroom.

14     A.   Yeah.

15     Q.   Do you remember either of the Latin Kings

16 names?

17     A.   No.  I -- I've been trying to remember that for

18 a while now, okay?  And for some reason, I can't.  And I

19 was cool with them too, but I can't remember them,

20 because they -- it's been so long.

21     Q.   Okay.  Would any type of photos help, maybe, or

22 if you saw photos of potential people, would that help?

23     A.   The only one I remember his name was short one

24 named Peru.  That was his nickname, like, I, I won't -- I

25 can't tell you their real names, because every -- they

Michael Marceau
October 17, 2024

Page 15

1  all went by nicknames.

2      Q.   But if you saw photo of potential Latin Kings,

3  would that help in possibly identifying?  Would you

4  remember maybe?

5      A.   I can only tell you if they were there or not.

6  I can't tell you their names.

7      Q.   Okay.  And that's fair, and I appreciate that.

8  And we're probably going to go through that in a little

9  bit, but I just want to make sure.  So you said that

10  there were two Latin Kings that were in the bathroom.

11  Who else was in the bathroom?

12      A.   There was a -- another Spanish dude, but he

13  wasn't a Latin King, and there was another white guy, but

14  they were using the sink, okay?  And then that's when

15  the, the homosexual dudes, Devon and his boyfriend, tried

16  to go in there, and the way he set up, that -- when

17  they're there, people of that nature are not supposed to

18  be -- we had -- we had a respecting going, okay?

19          So we respect them, they respected us, all

20  right?  So while they're using the, the showers or sinks

21  or bathrooms, okay, the homosexuals have to wait their

22  turn, all right?  So we actually leave, all right?  He

23  wasn't trying to do that, Devon, all right?

24          He wanted to be with his significant other, I

25  guess you could say at the time, all right?  And he

Page 16

1  wasn't being patient, all right?

2      Q.   So --

3      A.   And that -- it started the whole thing.

4      Q.   So you said Devon Currie, and then you said it

5  was also another person.  Do you remember who his

6  significant other was?

7      A.   No, because he was -- he wasn't from the dorm.

8  He was violating.

9      Q.   Okay.  So you had never seen him before prior

10  to that?

11      A.   No.  Like I said, they, they have -- it's a

12  respecting -- we had a real, real respecting going in

13  that dorm, okay?  We respect them, they respected us,

14  okay?  They didn't put their lifestyle on us, we didn't

15  kick them out the dorm or start anything with them, all

16  right?  And let them be.  We just didn't want it shoved

17  in our faces, you know.

18      Q.   When the Latin Kings were in the bathroom, when

19  the two of them -- prior to Mr. Currie entering the

20  bathroom, you said there was a third person in there too?

21      A.   Yeah.  There, there was a third and a fourth.

22  There was a white guy and a Spanish guy, but they were

23  using the sinks.

24      Q.   Okay.  Was there any type of cloth covering the

25  bathroom or anything, so you couldn't see inside, or

Michael Marceau
October 17, 2024

Page 17

1   anything like that?

2        A.   Yeah.  The -- in, in, in -- by the area -- in

3   the -- in -- by the sinks, we call it the, the birdbath,

4   okay?  Where people put up a blanket and use that as a --

5   use the sinks to shower with.  All right?

6        Q.   Was that going on at that time?

7        A.   Yeah.

8        Q.   It was?  Okay.

9        A.   Yes.

10       Q.   And then you said Mr. Currie and his boyfriend

11  entered the bathroom.  Was the cloth up when they entered

12  the bathroom?

13       A.   Yes.  Had a -- he had the one Latin King

14  standing in front of it, telling him, "Yo.  You can't

15  come back here," okay?  And he was just like, "It's our

16  turn.  Hurry up," you know.  He, he, he didn't want -- he

17  was being impatient.

18       Q.   Okay.  So then I'm assuming Mr. Currie and his

19  boyfriend pushed past the cloth and into the bathroom?

20       A.   No.  He -- they tried to push past the, the one

21  Latin King that was standing guard, okay?  Because like I

22  said, all Latin Kings, when they go to shower or when

23  they go use the bathroom, they take one of their brothers

24  with them, okay, to stand guard while they're using the

25  toilet, or while they are taking showers, okay, to, to

Michael Marceau
October 17, 2024

Page 18

1   avoid people from, like, the homosexual men staring at

2   them.  Like I said, they're very homophobic.  Okay?

**3      Q.   All right.  So did Mr. Currie and his boyfriend**

**4   eventually enter the bathroom or no?**

5      A.   Yes.

**6      Q.   They did.  Okay.**

7      A.   And you got to understand whether -- where the

8   -- where -- all right?  I don't know how they explain to

9   you how the setup is, okay?  Where the -- where the

10   bathrooms is, all right?  But the, the last sink that

11   they use is really up against the wall in the corner, in

12   the back of, of the shower area, all right?

13          And it goes -- and, and we use the blanket from

14   wall to wall, okay?  Maybe it's like, two feet, three

15   feet across, all right?  And we, we set it up like that,

16   all right?  So you have another three, four sinks coming

17   from the, the last, like, we -- there's like six sinks,

18   all right?  Three that we use towards the door towards it

19   -- towards the -- what we call the birdbaths, all right?

20          And then three in front, all right?  In the

21   front, three, the endless blankets in the middle of the

22   three, other six, all right?  So the brother is standing

23   in the front of the, the three, in front of the blanket,

24   standing guard, all right?  So you can easily walk in

25   right there and talk to him, be like, "Yo," and then

Michael Marceau
October 17, 2024

Page 19

1  there's a whole open area with a wall that's about maybe

2  two, three feet, all right?

3        Then you can see in, all right?  So he, he

4  could have just talked to them through that area, but he

5  was being impatient, and walked in, which was what went

6  against what our agreement was, all right?

7        So he did enter that -- tried to go into that

8  area, okay?  Trying to rush him and trying to tell the

9  person in -- the, the one -- the one king in the bath

10 sink that was taking a shower, "Yo.  Get out.  Hurry up,"

11 okay?  Rushing him, all right?  And that wasn't -- and

12 that was -- he -- they got mad at that, and he told him,

13 "Yo.  You know you not supposed to be here," okay?

14        So -- and then he just went to, like, ignoring

15 him, started kissing with his boyfriend, and then that's

16 when the one, like, "Oh, hell no," and jumped on them and

17 started  he started trying to separate them and push them

18 out, all right?

19      Q.   Okay.  So just backing up real quick.

20      A.   Yeah.

21      Q.   So Mr. Currie and his boyfriend entered the

22 bathroom, and then you said that they started kissing at

23 that point, and the Latin King that was standing guard

24 then attacked the two of them?

25      A.   Yes.

Michael Marceau
October 17, 2024

Page 20

1      Q.   Okay.  Where were you in relation to all this?

2   Where were you in relation to when it --

3      A.   I was --

4      Q.   -- started going on?

5      A.   I, I slept on Bunk 145, single, in the middle

6   of the dorm, and I -- and I could see, like, I heard them

7   arguing, so we all, like, the whole dorm, just turned and

8   faced that, that way towards the back of the dorm, all

9   right?  And you could see everything clear as day.

10          There's, like, there's nothing blocking, all

11  right?  You know, it's set up that way, so the guards

12  from the booth can see everything that's going on

13  straight from their booth all the way down, all right?

14  So we have an even clearer view when we're in the middle

15  of the dorm.

16     Q.   And how was the sheet -- when the argument was

17  going on, was the sheet still up in the doorway, or could

18  you see clearly inside, because --

19     A.   No.  See, there's not a doorway.  That's what

20  you're not understanding, okay?  Well, it's, it's, it's,

21  it's a sink area, all right?  And we use the blanket as a

22  door -- as a door, all right?  In between the, the six

23  sinks, all right?

24          And we put in the middle of the sinks, hanging

25  up from side to -- at the top, okay?  As long as the

Michael Marceau
October 17, 2024

Page 21

1  length of the blanket down, all right, covering those

2  areas, all right?  And --

3      **Q.   Was it still up when the argument was -- when**

4  **the fight began, or was it down?**

5      A.   Yes.  It was still up, because I guess the, the,

6  brother in there was, was finishing up his shower, all

7  right?  And so --

8      **Q.   The fight began, basically, on the side of the**

9  **blanket that you could see or on --**

10     A.   Yeah.

11     **Q.    -- or past the blanket?**

12     A.   No.  On the side you could see.  Yeah.  He came

13  out, and got involved, because he heard his brother

14  tussling, and he heard the, the, the, the, the fighting

15  and, and, and stuff.  You can hear the, the, the punching

16  and stuff and the yelling at each other.

17     **Q.   So fight's going on.  You said that the one**

18  **Latin King that was standing guard attacked Currie and**

19  **his boyfriend at the time?**

20     A.   Yes.  He said -- he tried to separate -- he

21  told him at first, "Okay, what the hell are you doing?"

22  All right?  And then, then he pushed them, tried to

23  separate them, and then he -- they didn't want to --

24  they, they, they pushed him back, and he started

25  punching.  He started going on, punching him.  And that's

Michael Marceau
October 17, 2024

Page 22

1  when the whole hell broke loose.

2      Q.   All right.  And during this fight, the other

3  two individuals that were not related to the Latin Kings,

4  you said there was a white guy and a Spanish guy?

5      A.   Yeah.  They ran out of the bathroom.

6      Q.   Where were they and what were they doing?

7      A.   They ran out of the bathroom.

8      Q.   They ran out of the bathroom?

9      A.   Yeah.

10     Q.   Okay.  Can you describe the Latin guy?  What

11  did he look like?  The one that was not associated with

12  the Latin Kings.  What does he look like?  Older guy,

13  younger guy, how tall?

14     A.   No.  Maybe 5'9", skinny white guy or older

15  white guy, probably about the same height, maybe a little

16  bit taller.

17     Q.   Okay.  All right.  And you said that the two of

18  them came running out of the bathroom?

19     A.   Yeah.

20     Q.   Okay.  So they were not involved in the fight?

21     A.   No.

22     Q.   Okay.  So --

23     A.   Others -- the other brothers, once they started

24  -- once they saw what was happening back there, they ran

25  from their bunks and went back there.

Michael Marceau
October 17, 2024

Page 23

1    Q.    Okay.  And did they get into a fight back there

2    too?

3    A.    Yeah.  And that's when two other -- two other

4    homosexual men that were in the dorm, okay, one that was

5    -- that -- okay -- gang outcast thing, and another one

6    was a, a neutron gang -- neutron, okay, which he's not a

7    gang member, got involved for -- to, to help the --

8    Devon.

9    Q.    Okay.  Do you know either of their names?

10   Those --

11   A.    No.

12   Q.    Okay.  What about other --

13   A.    I don't -- I, I, I -- like I said, okay, I

14   respect them, so I don't get involved in their lifestyle,

15   so I don't -- really don't know none of them.  I remember

16   Devon.  I remember his nickname was Boots, because -- all

17   right, because he was in the dorm the longest, and he,

18   like, was, like, really very respectful.

19        So that's why this surprised me that that even

20   happened with, with him and them, you know?  But it was

21   more that -- I guess, because he had his significant

22   other there, okay, that he made it something more than it

23   -- than it was when he normally wouldn't, all right?

24   Q.    All right.  So then you said bunch of Latin

25   Kings came running over.  What about the Latin Kings, the

Michael Marceau
October 17, 2024

1  additional Latin Kings?  You remember any of them by

2  names?

3      A.   Only by -- only the one that they  -- their

4  nickname was Peru, but because he slept right near me,

5  me, so --

6      Q.   What did Peru look like?

7      A.   Short, real, real short, all right?  Maybe like

8  fucking -- like shooting 5'2", maybe, all right?  And

9  light skin, lighter than me, lighter complexion than me.

10     Q.   Okay.  We've heard some people in other depos

11  talk about a short Mexican guy.  Is that the guy that

12  you're talking about?  You think?

13     A.   Yeah.  He looks Mexican, but he's Peruvian.

14     Q.   Okay.  All right.  And so a bunch of them ran

15  in.  So then what happened when the Latin Kings ran into

16  the bathroom?  What happened next?

17     A.   They all started jumping at each other and

18  beating each other up.  The great thing about that was,

19  all right, the homosexual men were getting the best of

20  them, hate to say, all right?  And if it wasn't for the

21  kings pulling out knives and getting the broomsticks,

22  okay, they would have got to -- they would have had

23  their, their butts handed to them, all right?  That's

24  what saved their lives on that day (indiscernible).

25     Q.   And so you said it spilled out kind of into the

Page 25

1  dorm at some point?

2      A.   In the back area of the dorm.

3      Q.   Okay.  How long did this go on for?

4      A.   Well, wow.  Maybe at least 5 minutes, maybe 10,

5  because everybody still -- is sort of blocking the

6  officers booth, trying to make sure that they couldn't

7  see back there until it was just too much and too noisy

8  and too much commotion, and that's when the, the police

9  started running in.

10     Q.   All right.  So it eventually stopped and became

11  too noisy and stuff.  You said --

12     A.   No.  It didn't stop.  It, it was still going

13  on, okay?  But it just became too much where they

14  couldn't stop it from being noticeable.  The, the

15  inmates, they -- but usually, when something like that

16  happens, all right, the inmates going to block the --

17  block -- go block the, the officers booth, okay?  Windows

18  from seeing back there or try to distract the officer,

19  okay, so they can't see back there and know what's going

20  on, you know?  And so they don't look at the cameras

21  either while this is going on.

22     Q.   All right.  Did it eventually stop?  Did it

23  stop before the officers arrived, or was it continuing

24  while the officers were getting in there?

25     A.   They were just yelling.  Yeah, it stopped right

Michael Marceau
October 17, 2024

Page 26

1  before the officers arrived, but they was yelling and

2  screaming at each other.

3      Q.   Okay.  And then when the officers arrived, was

4  it a lot of officers, couple of officers?

5      A.   I don't remember.  That, I do not remember.  I

6  know there was a bunch of officers, but I don't remember

7  how many.

8      Q.   Okay.  More than 10, less than 10, do you

9  think?

10     A.   Less than 10, definitely.

11     Q.   Okay, less than 10.  More than 5?

12     A.   Probably.  I can't be 100 percent sure, sir.

13     Q.   So maybe somewhere between 5 and 10 officers?

14     A.   I would say so.

15     Q.   Okay.  And the officers that arrived, were they

16  male and female, all female, all male?  Do you remember?

17     A.   Mixed.

18     Q.   It was mixed?  Okay.  Do you remember any --

19     A.   Mostly mixed.

20     Q.   Do you remember any specific officers?

21          MR. TARJAN:  What did he say?  Mostly male?

22          THE WITNESS:  Mostly mixed.

23          MR. TARJAN:  It was mostly mixed?

24          THE WITNESS:  It was mixed.

25          MR. TARJAN:  Yes.  Sorry.  Thank you.

Michael Marceau
October 17, 2024

Page 27

1            THE WITNESS:  Yes, sir.

2  BY MR. KVERNE:

3      Q.   Do you remember any specific officers that
4  arrived at that point?

5      A.   No.  I didn't even think about trying to
6  remember them.

7      Q.   Okay.  But when the officers arrived -- what
8  happened after the officers arrived?

9      A.   They started taking control of the situation,
10 and one went to the booth and looked at -- started
11 looking at the cameras, and that's when they came,
12 started picking up the people that they felt were
13 involved, and they saw that they were involved on the
14 camera.

15     Q.   Okay.  Did the officers recognize that anyone
16 was injured at that point?

17     A.   That what?

18     Q.   Did the officers recognize that anyone was
19 injured at that point?

20     A.   Yeah.

21     Q.   Okay.  So who was injured?

22     A.   I know Devon definitely was, okay?

23     Q.   How was he injured?

24     A.   Because he was -- he --

25     Q.   How was he injured?

Michael Marceau
October 17, 2024

Page 28

1      A.   He was stabbed a couple of times.

2      **Q.   How was he stabbed?  Where was he stabbed?**

3      A.   And like I said, I think the neck, the back,

4   his chest, all right?  I, I can't tell you how many

5   times.  I just know he was bleeding, like, like really

6   leaking everywhere, all right?

7      **Q.   He's the one that you said laid down on the**

8   **bed, and you thought that he died?**

9      A.   Yeah.  We thought he -- because it, like, I

10  guess the -- his adrenaline just failed on him and he

11  couldn't go no more, all right?  Because he was still

12  going after -- we saw that he got stabbed and he was

13  bleeding, because we saw it through his shirt, all right?

14  But we couldn't tell that, like, how bad it was, because

15  he was still going.  He was still trying to fight these

16  dudes while back there, all right?

17          It's when they heard all the, the -- everybody

18  say, "Yo.  Chill, chill, chill.  Police coming -- police

19  coming," all right?  That they separated and went, went -

20  - they all went to their bunks, all right?  And he just

21  sat on his bunk screaming off, "F you.  I'm not going to

22  -- I'm not going nowhere."

23          They're like, "You got to go.  You got to pack

24  up," okay?  The other one tried running out the dorm, all

25  right?  And I guess he got stopped by the police coming

Michael Marceau
October 17, 2024

Page 29

1   in.  I don't know -- I don't know whatever happened to

2   him, all right?  But I know Devon went on his bunk, sat

3   there, all right?

4          While the police were cuffing up the Latin

5   Kings, all right, he fell out on his bum flat, like, with

6   arms stretched out, sprayed out, and we are like, "Wow,"

7   okay?  We're like, "Oof," all right?  They -- we thought

8   he really died right there, and then he was bleeding that

9   badly, all right?

10      Q.   Yeah.  Was anyone --

11      A.   Everywhere.

12      Q.   Was anyone else injured that you remember?

13      A.   Yeah.  Latin Kings, I think one of them got --

14   they, they had a black eye.  Think one of them got hit in

15   the head.  There, there was another black dude that got,

16   got -- that was with -- helping Devon.  He got stabbed as

17   well.  I don't remember where, all right?

18          He also got hit in the head with the

19   broomstick, all right?  You know, but like, most of Latin

20   Kings, they mostly received superficial wounds, like

21   punch, black eyes, busted lips, stuff like that.

22      Q.   Okay.  And you said the Latin Kings is just

23   kind of like, black eyes, nothing significant, right?

24      A.   The -- yeah.  I didn't see nothing, like, no --

25   nobody got stabbed or anything like that.  None of them.

 1  I just seen, like, they had, like, superficial wounds

 2  that you could tell.

 3      Q.  All right.  While this fight was going down,

 4  were any officers in the dorm?

 5      A.  No.

 6      Q.  Okay.  What about in the control area?  The

 7  bubble area?

 8      A.  Inside the officer station?

 9      Q.  Yeah.

10      A.  Yeah.

11      Q.  How many officers do you remember?

12      A.  No.  I don't remember how many.  I know there's

13  definitely one.  There's always definitely one in there,

14  and when it -- actually, there had to have been only one,

15  because it, it went -- if there's less than -- less than

16  two -- okay, like, if there's only one in there, they

17  can't come out the booth, all right?  So --

18      Q.  Do you remember if the person inside the

19  officer station was male or female?

20      A.  That, I don't remember.  I, I, I thought it was

21  male.

22      Q.  Okay.  During this time, now, you said you knew

23  Ms. McKinnie, right?

24      A.  Yes.

25      Q.  Do you remember seeing Ms. McKinnie at any

Michael Marceau
October 17, 2024

Page 31

 1  point during this entire event?

 2       A.   No.  She's usually the, the, the sergeant that

 3  works in medical.

 4       Q.   Okay, so she's the sergeant that works in

 5  medical from your --

 6       A.   Usually is, like, when we go to medical, and we

 7  have to sign in and check in, and she crosses our names

 8  off the callout sheet, she's usually the one that works

 9  there.  And, and usually does that.

10       Q.   Do you remember seeing her before or after this

11  incident at all?

12       A.   Like the next day or something?

13       Q.   Immediately before, or immediately arriving

14  with the officers or anything?

15       A.   No.  I don't remember.

16       Q.   Okay.  You don't remember seeing her at all?

17       A.   No, sir, but like I said, there was a bunch of

18  officers.  I don't remember how many.  I don't remember

19  how many female, I don't remember how many men, okay?

20  And she's kind of a big woman, so she kind of sticks out,

21  so I don't remember her seeing there -- seeing her there.

22            MR. KVERNE:  Okay.  Give me one moment.  Mr.

23       Tarjan, I'm going to go through the photos with him

24       of the stuff, the ones that you already provided, so

25       going to talk with him about that.

Michael Marceau
October 17, 2024

Page 32

 1   BY MR. KVERNE:

 2        Q.   Give me one moment, Mr. Marceau.  I'm going to

 3   show you a couple of photos and everything like that, see

 4   if it jogs your memory about any of them being there,

 5   okay?

 6        A.   Yes, sir.

 7        Q.   So just give me one second.

 8             MR. TARJAN:  And Mr. Kverne, if you could do

 9        something to identify each one you show for the

10        record, whether you want to use a DC number or a

11        name.

12             MR. KVERNE:  I'll do my best.  Yeah.

13             MR. TARJAN:  Thank you.

14             MR. KVERNE:  Yeah.

15             THE REPORTER:  So are you going to be marking

16        these?  I'm sorry.

17             MR. KVERNE:  I wasn't planning to introduce

18        them, but I can identify them by their DC number and

19        stuff.  It's going to be pretty much the same type

20        of photos that he went through in the previous depo.

21             THE REPORTER:  Okay.  You're just not marking

22        them?

23             MR. KVERNE:  Yeah.  I'm planning not to mark

24        them and introduce them.  Mr. Tarjan may introduce

25        them though, so.  Give me one second.

Michael Marceau
October 17, 2024

Page 33

1           THE WITNESS:  Yes, sir.

2   BY MR. KVERNE:

3       Q.   Can you see my screen?

4       A.   So everybody has started sharing?

5       Q.   You see my screen?

6       A.   Devon.  That's Boots.  That's Mr. --

7       Q.   So that's Mr. Currie?

8       A.   Yes.

9       Q.   Okay.  And then --

10      A.   Even though it says it right there, but I --

11  that's -- yeah.  I, I, I -- yeah.  That's --

12      Q.   So he's the individual that you saw that was

13  with his significant other that was trying to enter --

14      A.   Turn it.

15      Q.   -- right?

16      A.   Yes, yes.  Correct.

17      Q.   Okay.  And he's the one that got into a fight

18  with the Latin Kings?

19      A.   Yes.  He's the one that got stabbed and almost

20  -- that almost fell out on his bunk.

21      Q.   And then his DC number is A51859, correct?

22  It's right here.

23      A.   Yes.  It says that right there, A51859.

24      Q.   All right.  What about this individual?

25      A.   He was in the dorm, but he wasn't involved.

Michael Marceau
October 17, 2024

Page 34

1      Q.    Okay, you don't remember him being involved?

2      A.    No.

3      Q.    Okay.  He wasn't the lover that you were

4    talking about, with Mr. Currie or anything?

5      A.    Not that I can recall, no.  I don't remember

6    what the -- what the lover looked like, to be honest with

7    you.

8      Q.    You don't remember what he looked like?

9      A.    No.  Not at all.  I said he was not in the

10   dorm, okay?  So -- but he was in the -- he, he -- this

11   dude actually lived in the dorm.

12     Q.    This guy, his name is Charles Gaddis, you said

13   he lives in the dorm?

14     A.    Yeah.  As --

15     Q.    Okay.  And his DC number is 127714?

16     A.    Yes, sir.

17     Q.    Okay.  And you said you do not remember Mr.

18   Gaddis being involved?

19     A.    No, sir, I don't.

20     Q.    Actually, this is you, so pointless.  What

21   about this individual?

22     A.    Yeah.  He went home.

23     Q.    He went home?

24     A.    Yeah.  He OS.  His name was Taco.

25     Q.    Do you remember him, or --

Michael Marceau
October 17, 2024

Page 35

1      A.   He wasn't -- he wasn't a Latin King though.

2      Q.   **He wasn't a Latin King?**

3      A.   He was on probation to be one, and, and they

4  felt that because he didn't really get involved and help

5  them, that he was too -- excuse the language, he was too

6  pussy to be a Latin King.

7      Q.   **But he was not involved in this particular**

8  **incident?**

9      A.   He, like, ran up there, made it seem like he

10  was, but he didn't do nothing at all, okay?

11      Q.   **Okay.  So you don't remember him attacking**

12  **anyone with a knife or anything like that?**

13      A.   No.  Not at all, okay?  He already lost -- like

14  I said, he was on probation to be Latin King, and because

15  he didn't do nothing, all right, he -- they didn't make

16  him one, and then he, he wasn't going home.

17      Q.   **What about this individual?**

18      A.   Yeah, but he's not Latin King.  He got used --

19  he was there.

20      Q.   **Okay.  Was he the little Mexican guy that you**

21  **were talking about?**

22      A.   No.  There's another one.

23      Q.   **There's another one?  Okay.**

24      A.   Yeah.

25      Q.   **So it's not Mr. Alfredo Pedro and --**

Michael Marceau
October 17, 2024

Page 36

 1      A.   That I was talking about?  No, sir.

 2      Q.   **And his DC number, at least this guy's, is**

 3  **S71334?**

 4      A.   Yes, sir.

 5      Q.   **Okay.  But he's not the individual that we were**

 6  **talking about with the little Mexican guy, right?**

 7      A.   No.

 8           MR. TARJAN:  And, Mr. Kverne, if you could just

 9      for the record, make clear you're showing Alfredo

10      Pedro's picture at that time just now?

11           MR. KVERNE:  Yes, I was showing him Alfredo

12      Pedro's picture.  Yes.

13           MR. TARJAN:  Thank you.

14  BY MR. KVERNE:

15      Q.   **I'm showing you a picture of an individual**

16  **named Rascual Rentas.**

17      A.   Yes.

18      Q.   **Was he involved?**

19      A.   Yes.  He was the one in the shower.

20      Q.   **He was the one in the shower?**

21      A.   Yes.  He was the one taking a shower.

22      Q.   **Okay, so he was taking a shower --**

23      A.   And he --

24      Q.   **-- but he wasn't --**

25      A.   -- came out to help his brother that was

Michael Marceau
October 17, 2024

Page 37

1  guarding the shower.

2        Q.   Okay.  And his DC number is D10151?

3        A.   Yes, sir.

4        Q.   Okay.  And this is the guy that initially was

5  not involved, but became involved after his other brother

6  was attacked, right?

7        A.   Yes.  I didn't see him stab nobody though.

8        Q.   Okay.  What about this individual, Mr. Luis

9  Rodriquez?

10       A.   That's Peru -- that's Peru.

11       Q.   That's Peru?

12       A.   That's him.

13       Q.   That's --

14       A.   Yes.

15       Q.   That's the guy you know as Peru?

16       A.   Yes, sir.

17       Q.   How --

18       A.   He's the one who got -- he end up with a black

19  eye and a -- and a busted lip from that incident, and I

20  was like, "Damn.  You so gangster.  You talk all this big

21  bad boy stuff, and you just got your, your butt handed to

22  you by a homosexual?  That was crazy."  To be honest with

23  you, that's what I told him.  I'm like --

24       Q.   I appreciate it.  I appreciate you being honest

25  with me.  And when he were in the bathroom, he was the

Michael Marceau
October 17, 2024

Page 38

1  one that was in the bathroom?  The guard?

2      A.    No, he's not the one standing guard.  He was

3  the one that came and helped, though --

4      Q.    He was an individual --

5      A.    He --

6      Q.    -- that came and helped though?

7      A.    Yeah.  He's the actual Latin King.

8      Q.    And his name is Luis Rodriquez, and his DC

9  number is M53592?

10      A.    Yes, sir.  If that's his real name, I do not

11  know.  I know him as Peru, okay?  So I need to make that

12  clear, all right?  Like I said, I don't know none of

13  these dudes' real names.  Yeah.  He was -- he's the one

14  standing guard.  He's the one that started the, the, the

15  initial argument with Devon, and he's the one that

16  stabbed him.  He's the person who stabbed him.

17      Q.    His name is Wilson Rodriquez, right?  According

18  to this document?

19      A.    Yes, sir.

20      Q.    Okay.  And his DC number --

21      A.    I can't remember his, his nickname, what he

22  went by.

23      Q.    K86552 --

24      A.    Sorry about that.  Yes, sir.

25      Q.    -- is his DC number?

Michael Marceau
October 17, 2024

Page 39

1      A.    K86552.

2            THE REPORTER:  Excuse me just a moment.  Can we

3      --

4            MR. KVERNE:  Yeah.

5            THE REPORTER:  -- please try not to speak over

6      one another, so that the record is clear?

7            THE WITNESS:  Yes, ma'am.  Sorry.

8            THE REPORTER:  Thank you.

9   BY MR. KVERNE:

10          Q.    What did you just explain?  I'm sorry.

11          A.    That's the, the alias right there, YG, that's

12     him.  That's what we called him.

13          Q.    Okay.  So you know Mr. Wilson Rodriquez as YG?

14          A.    YG.  Yeah.

15          Q.    Okay.  All right.  And then we were talking

16     about -- sorry.

17          A.    If anything you went backward.

18          Q.    -- Mr. Luis Rodriquez earlier, right?  And you

19     said --

20          A.    Yeah.

21          Q.    -- you knew him as Peru?

22          A.    Yes, sir.

23          Q.    And that's one of his aliases on this document.

24     Did you know him by King Lucho or Lucho or anything?

25          A.    No.  Everybody called him Peru, because he is

Michael Marceau
October 17, 2024

Page 40

 1  Peruvian.

 2      Q.   All right.  Do you know this individual?

 3      A.   Yeah, but he didn't get involved.

 4      Q.   Okay.  But he was present though?

 5      A.   Yeah.  He lives in the dorm.

 6      Q.   All right.  He lived in the dorm, and his name

 7  is Chad Shaw, and his DC number is 347470, right?

 8      A.   Yeah.  He slept in the back by, by the -- where

 9  this incident happened, in the corner by, by the, the

10  windows in the back.

11      Q.   But he was present and --

12      A.   Yeah.

13      Q.   -- witnessed what happened?

14      A.   Yes.

15      Q.   Okay.  And do you know him by any of those

16  aliases?

17      A.   No.

18      Q.   Okay.  What about this individual?

19      A.   Don't remember.

20      Q.   You don't remember him?

21      A.   No.

22      Q.   And this is Mr. Richard Utria, and his DC

23  number is 183499.  You do not remember him?

24      A.   No, sir.  Looks familiar, but I, I don't

25  remember at all.

Michael Marceau
October 17, 2024

Page 41

1      Q.   All right.  What about this individual?

2      A.   He definitely wasn't involved.  I know Alfonza.

3      Q.   Okay.  He was not involved though?

4      A.   No.  Definitely not.

5      Q.   But he was present, right?

6      A.   Yeah.  He lived in the dorm.  He slept, like,

7  in the next row from me, two bunks down.  145 single, he

8  was on the other side, okay?

9      Q.   And you know him as Alfonza Ward, right?

10     A.   Yeah.

11     Q.   Okay.  And his DC number is 565863?

12     A.   Yes, sir.  Good, good guy right there.  Even

13 though he's a -- he's a gay man, but he's a, a really

14 good guy, smart, intelligent, okay?  He definitely didn't

15 get involved in nothing like that.

16     Q.   Okay.  And then what about this individual?

17     A.   He's one of the ones that helped Devon.

18     Q.   So he's an individual that joined in after

19 Devon Currie was being attacked?

20     A.   Yeah.

21          MR. TARJAN:  Object to form, but you can

22     answer.

23 BY MR. KVERNE:

24     Q.   He participated in the fight after Mr. Currie

25 was being attacked?

Page 42

```
 1      A.   Yes.  He tried to help him.
 2      Q.   And his name is Brandon, right?
 3           MR. TARJAN:  I'm objecting to the form of that
 4      previous question, Mr. Kverne.  I'm sorry.
 5  BY MR. KVERNE:
 6      Q.   And his name is Brandon Williams?
 7      A.   Yes, sir.
 8      Q.   And his DC number is 130662?
 9      A.   Yes, sir.
10      Q.   Do you know him by anything else?
11      A.   No.
12      Q.   Okay.  Any of those aliases, do they ring a
13  bell?
14      A.   No.
15      Q.   Okay.  All right.  Any other individuals, now
16  that I've shown you some photos or anything like that,
17  that you can remember being present or anything?
18      A.   No, but there was more people than that.
19      Q.   Okay.  All right.  Is there anything else that
20  we've talked about that we haven't gone over that you
21  think is important to basically what happened on that
22  day?
23      A.   No.  I told you everything that I can remember.
24      Q.   That's everything you remember?
25      A.   Yes, sir.  Like I said, there was more people
```

Michael Marceau
October 17, 2024

Page 43

1  involved in that.  You didn't show me pictures of them,

2  so I can't tell you if they were there or not.

3      Q.   Okay.  Give me one moment, if you would,

4  please.

5      A.   Yes, sir.

6      Q.   I'm going to show you a photo real quick.  You

7  said this guy's name is Peru, right?

8      A.   No.  That's YG.

9      Q.   Sorry.  This is YG, right?  You said --

10     A.   Yeah.  Me and him didn't get along, so.

11 (indiscernible).

12     Q.   YG, and his name is -- Wilson Rodriquez --

13     A.   Yes, sir.

14     Q.   -- is YG?  How was he involved in this fight?

15     A.   He was the one standing guard of the other

16 brother taking a shower.

17     Q.   Do you remember --

18     A.   He was standing guard and everything.

19     Q.   Do you remember if he injured anyone, if he

20 stabbed anyone, or anything?

21     A.   Yes.  He's the one that initially stabbed

22 Devon.

23     Q.   Okay.  So Wilson Rodriquez is the individual

24 that stabbed Devon initially, right?

25     A.   Yes.

Michael Marceau
October 17, 2024

Page 44

1      Q.    Was he the one that stabbed him all the times

2  that you described earlier?

3      A.    That I can't recall.  I just know he was the --

4  one of the ones that did it.  I don't know if there were

5  -- the other ones did it or not, okay?  But I know he was

6  one of them.

7            MR. KVERNE:  Okay.  One moment.  No further

8      questions.  Mr. Tarjan, go ahead.

9            MR. TARJAN:  Thank you.

10                  CROSS-EXAMINATION

11  BY MR. TARJAN:

12     Q.    Mr. Marceau, I appreciate your time today.  I

13  do have some --

14     A.    Okay.  Sorry.

15     Q.    And nothing I ask you today I'm trying to

16  embarrass you, right, or get you in trouble, anything

17  like that.  I'm just trying to do my job and ask the

18  questions I need to ask.  Do you understand?

19     A.    Yes, sir.

20     Q.    Are you a member of a gang?

21     A.    No, sir.

22     Q.    Okay.  Were you a member of a gang back at

23  2022?

24     A.    No, sir.

25     Q.    How long had you been in P Dorm up until July

Michael Marceau
October 17, 2024

Page 45

1  20th, 2022?

2      A.   I got there -- wow.  I think some -- either end

3  -- beginning of March 2022.

4      Q.   Okay.  So you were there from around beginning

5  of March 2022 to July, to the time of the incident?

6      A.   Yes.  I didn't leave P2 until actually, July

7  last year, 2023, then I was, was sent to the West Unit of

8  ACI.

9      Q.   Where are you currently?

10     A.   Right now, I'm currently in Q1203, Low.

11     Q.   But you're still at ACI?

12     A.   Yes.  ACI, East Unit now.  I'm back at the East

13  Unit.

14     Q.   Okay.  You're back in the East Unit, but I'm

15  sorry, what dorm are you in now?

16     A.   Q Dorm.

17     Q.   Q as in queen?

18     A.   Yes, sir.

19     Q.   So let's start with the incident in the

20  bathroom.  When this incident began, where were you?

21     A.   On my bunk.

22     Q.   What were you doing?

23     A.   Just hanging out, talking with people.

24     Q.   And how is your view of the bathroom?  Is it

25  obstructed by other bunks, straight line, clear view?

Michael Marceau
October 17, 2024

Page 46

1    A.   Straight line, clear view.  The -- I'm in the
2    middle aisle where there's no double bunks.
3       Q.   Okay.  When the incident began, did anyone
4    obstruct your view, like stand in your way, so you
5    couldn't see?
6       A.   If they did, I made sure I could see what was
7    going on.
8       Q.   Okay.  Now, did you see Mr. Currie and -- well,
9    you said he had his significant other boyfriend, how
10   would you refer to that person?
11      A.   I would assume it's -- I'd say significant
12   other.  I don't know what they called each other, okay?
13   I don't know how intimate they were, all right?  You
14   know, because the way here is, it's like, he's -- one
15   minute they're with someone, the next minute with
16   somebody else.  So, you know, I can't exactly say if they
17   were just a onetime thing or for a long-term thing, okay?
18   Like I said, I didn't -- I, I don't get involved in that.
19      Q.   I understand.
20      A.   All right, so --
21      Q.   So let's say the boyfriend, this person you're
22   referring to, how did that person get into the dorm?
23      A.   When they -- people go out for callouts,
24   there's no officer at the door, okay?  And as somebody's
25   coming out, they -- he just sneak, sneak right in.

Michael Marceau
October 17, 2024

Page 47

1    Q.   What is a callout?  You mean, like to go to the

2  infirmary, or someplace like that?

3    A.   For infirmary or classification, medical,

4  anything, property, even when we go to rake, okay?  To

5  the yard and stuff, or go -- or go to canteen or library,

6  all right?  It's easy -- we have to be on a callout for

7  certain things, all right?  And as we're going out, they

8  can easily slide right in.  We call that violating.  They

9  call it being in an unauthorized area.

10    Q.   Got it.  And so, how does the door get open?

11  Does someone in the booth open the door, or does an

12  officer by the door open the door?

13    A.   A officer in the booth opens the door.

14    Q.   So there's not necessarily anyone at the door

15  when somebody else sneaks into the dorm?

16    A.   No.  Definitely not.

17    Q.   Okay.  Did you see that person violate, coming

18  into the dorm?

19    A.   No.  Just heard the yelling when they went --

20  when he was  when the one brother who was watching the

21  shower was like, "What the hell are you doing?"  You

22  know, I can't swear, so I'm not going to use that word,

23  like --

24    Q.   You're welcome to swear.  You're free to

25    swear during deposition if you're describing

Michael Marceau
October 17, 2024

Page 48

1    testimony or things that were said or you said.  So
2    do you know if the person came, this boyfriend
3    person, came in, and Mr. Currie, he immediately went
4    to the shower, to the bathroom, or did some time
5    elapse, or do you not know?
6    A.   I do not know.
7    Q.   Okay.  Did you see Mr. Currie and this other
8  person go to the bathroom?
9    A.   No.  I just heard them back there, and then we
10  -- and then, like, the whole dorm turned that way when
11  the argument started, when they -- when they started
12  getting louder with each other.
13    Q.   How loud did it get?
14    A.   Loud enough where you hear it across the dorm.
15    Q.   And how big is the dorm?
16    A.   I don't know.  I can't really say, all right?
17    Q.   Is it like the size of a football field, or?
18    A.   No.  No where near as big as that, maybe half
19  one, little bit less.
20    Q.   Okay.  But it's like a pretty big open -- it's
21  like an open bay dorm?
22    A.   Yes, it is a open bay dorm.  It's just only --
23  yeah.  Only the whole middle section is single bunks.
24  There's no double bunks.  Only double bunks on the side
25  against the wall, by the windows, so there's no

Michael Marceau
October 17, 2024

Page 49

1  obstruction of view.

2      Q.   How far away --

3      A.   We have straight --

4      Q.   Sorry.  Go ahead.

5      A.   We have straight view of -- from the front to

6  the back, okay?  And the better your vision is, you can

7  see everything, front and the back, like, perfect, okay?

8  From the officer booth all the way into, into the end of

9  the, the -- where the showers are, end of the toilet

10 area, okay?  Perfectly.

11     Q.   And the --

12     A.   That's -- go ahead.

13     Q.   Sorry.  Go ahead.

14     A.   No.  Go ahead.  Sorry.  That was it.

15     Q.   Thank you.  So when an officer is in the

16 security booth, can they see into the bathroom?

17     A.   Yeah.  Perfectly.

18     Q.   How far into the bathroom can they see?

19     A.   All the way to the end of it.

20     Q.   And when you say to the end, do you mean the

21 showers, the sinks, the toilets?

22     A.   Everything.

23     Q.   Okay.  Are there urinals in the bathroom?

24     A.   Yes.  See, the, the, the -- that's the thing,

25 okay?  You have the urinals, the toilets.  They're in,

Michael Marceau
October 17, 2024

Page 50

1  like, one section back there, okay?  Then you have the

2  shower and the sinks in another section back there.

3       **Q.    Okay.  So are there sometimes female officers**

4  **in the security booth?**

5       A.    Yes.

6       **Q.    And are the showers closed doors, or do they**

7  **have open doors?**

8       A.    They're open.  There are no doors.  We have to

9  -- there's no -- in the showers -- there are not

10  individual showers, that we have privacy, we -- it --

11  there -- there's like six showers, you know, and we have

12  to shower together, all six of us, if we want to take a

13  shower at the same time.

14       **Q.    And when you do that, is there any**

15  **accommodation for privacy if the officer is female?**

16       A.    No.  They don't allow us to put nothing up or

17  block anything.  They feel that there's, like, a, a two-

18  foot wall, okay?  Blocking that area, that -- that's

19  enough privacy for us.

20       **Q.    So you're saying there's a two-foot wall, a**

21  **short little wall that kind of protects the lower part of**

22  **the body?**

23       A.    Yes, you could say, but it doesn't, because it

24  depends on how tall you are, but they can see directly

25  into the showers while we're showering.

Michael Marceau
October 17, 2024

Page 51

1       Q.   Okay.  And when you say they, you mean the

2  officers from the booth?

3       A.   Yes.  Even the inmates.  That's why most of us

4  use that, what we call the birdbath, okay?  Because we

5  can put the blanket up, all right, and it covers the

6  whole -- the, the length of the whole blanket that they -

7  - that they -- that they give us, okay?  That -- we use

8  that, we take that back with us there, and we hang it up

9  from wall to wall, okay?  In between -- like I said, the

10  -- in between the six sinks, okay, from -- three from the

11  back and three from the front, in the middle of those,

12  all right, and we hang the towel up in between them,

13  okay?

14       Q.   Does someone who wants to take a birdbath,

15  bring a towel themselves or is there always a towel there

16  for them to use for privacy?

17       A.   No.  We usually bring our own -- our own

18  blanket and our own -- we all have  we all get issued

19  towels for ourselves, okay?  Our own blankets for

20  ourselves.  So most of the time, if there -- because when

21  they are -- technically, we're not allowed to do that,

22  okay?  Some officers let us do it, all right?  That's not

23  a -- that's not a legal thing, all right?

24            So they let us do it for -- because they

25  understand certain privacy that we, we want or, you know,

Michael Marceau
October 17, 2024

Page 52

1  and, and to hurry up with showers, because there's only

2  six showers, okay?  We're not allowed to take showers

3  from -- anytime after 4:30 p.m., all right?  And then,

4  it's all -- the showers turn off about 10:30 p.m., all

5  right?

6              So for about 100 people -- that's not enough

7  time for 100 people take a shower during that time, all

8  right?  Some people to -- want to take a half hour-

9  shower, five-minute shower, all right?  That's not enough

10 time, so we set up the birdbath, which we call it, all

11 right, which is taking it out the sink, all right?

12 Showering out the sink, and so we have more time to --

13 and everybody can take a shower during the day, during,

14 during that time period.

15       Q.   So --

16       A.   That was the --

17       Q.   Go ahead.  Sorry.

18       A.   That was the whole point of the -- that was the

19 whole point of the, the birdbath, all right?  Because we

20 don't -- we don't get enough time to shower.

21       Q.   Now, you said that Mr. Wilson Rodriquez, YG,

22 was standing guard while Rascual Rentas was taking a

23 shower, right?

24       A.   Yes.

25       Q.   Was there anybody else taking a shower?  Was it

Michael Marceau
October 17, 2024

Page 53

1  just Mr. Rentas?

2      A.   He was in a birdbath, so it was just him.

3      Q.   So Rentas was at the birdbath?

4      A.   Yes.

5      Q.   Okay.  And did he have a towel up?

6      A.   Yeah.  He had a blanket up.  There's a blanket

7  -- the, the blanket that we're issued, okay?  That's what

8  we use to cover the, the front, okay?  Because it -- it's

9  dark, it's not see through, all right?  So we use that to

10  block, so nobody can see back there, all right?

11         That's the whole point of us having that, so

12  it's private, all right?  Where you take -- you use the

13  regular showers, there's no privacy, all right?  And

14  anybody can walk in and see you in the shower, all right?

15  And so can officers, you know, so --

16      Q.   So Mr. Currie and this other individual went

17  back there, they went into the bathroom, and do you know

18  how long they were back there altogether?

19      A.   No.  I don't know.  I can't -- I can't say

20  nothing.

21      Q.   And do you remember how Mr. Currie was dressed?

22      A.   In his blues.

23      Q.   What do you mean his blues?

24      A.   His prison blues.

25      Q.   Like long pants, short pants?

Michael Marceau
October 17, 2024

Page 54

1    A.   If I recall, long pants.

2    Q.   Long pants.  Okay.  Is there a particular

3 category that that particular uniform is called?

4    A.   Well, it would be Class A.

5    Q.   Class A?

6    A.   Yeah.

7    Q.   Did he have a blue shirt on as well?

8    A.   Yes.  That's Class A.  Class A is your full

9 uniform, blue shirt, blue pants.

10    Q.   Did you ever see him wearing only a T-shirt?

11    A.   Sure.  He lives in the dorm.

12    Q.   I'm sorry.  When he was in the bathroom at that

13 time, did you see him at any point while he was in the

14 bathroom during this incident just in a T-shirt?

15    A.   Not that I recall, but he could have taken it

16 off while he was scuffling, or while that was going on.

17 I do not recall.

18    Q.   Okay.  Well, later, when you saw Mr. Currie on

19 the bed, did you see him still dressed in the Class A, or

20 was he wearing a T-shirt of some kind?  Do you remember?

21    A.   So I really -- I think he took the, the blue

22 shirt off because he was bleeding, okay?  But I really

23 cannot say 100 percent, but I know he was sitting on his

24 bed, and I know he was bleeding, bro, he was bleeding a

25 lot, okay?  We were scared for him, all right?

Michael Marceau
October 17, 2024

Page 55

1      Q.   Now, going back to -- and I appreciate you
2  saying that -- the bathroom, before this fight sort of
3  spilled out of the bathroom, type of blows or attacks did
4  you see in the bathroom itself?
5      A.   Just punches, and, and, and they got him down -
6  - they, they, they -- he was getting knocked on the
7  floor, kicking, but he jumped right back up.  He didn't
8  stay down long, okay?  And he's a short, little dude, so,
9  you know, we, we -- that, that was surprising as well,
10  okay?  Because he was taking it, and then he was given
11  addition right back out, okay?
12      Q.   Now, so breaking this down a little bit, and
13  you were speaking about this, but I just want to clarify.
14  Mr. Currie went back there, and the Latin King guard,
15  what exactly did the Latin King guard say, if you know?
16      A.   He told him, "You know you're not supposed to
17  be back here.  What the fuck are you doing?"  He shouted
18  out too, okay, for everybody to hear.
19      Q.   Like everybody in the dorm?
20      A.   Yes.
21      Q.   Everybody even across the dorm?
22      A.   Yes.  But the one thing about that dorm, it
23  echoes, okay?  So you can hear when, when people raise
24  their voices to a certain tone, all right?  You can hear
25  it across the dorm.  Not -- I don't know if you can hear

Michael Marceau
October 17, 2024

Page 56

1  it in the officers' booth.  I've never been in there,

2  okay?  So I can't tell you that, but I know it crosses

3  the dorm from the front to the back.  If you, you people

4  talking, and if they're talking to -- really loud, you

5  can hear them from the bathroom, at the end of the

6  bathroom, all the way to the front, all right?

7       **Q.   So the Latin King guard said that you're not**

8  **basically supposed to be.  What was Mr. Currie's direct**

9  **response to that?**

10      A.   I don't give a fuck.  I'm going to do what I

11  want.

12      **Q.   And did he say anything else, or what was the**

13  **next response from either the Latin King or anybody else?**

14      A.   He turned to his boyfriend and then they

15  started kissing, and his boyfriend was trying to pull him

16  away, okay?  And then that's when YG took off and tried

17  to separate them and punch them.

18      **Q.   So let me stop you there.  So Mr. Currie said,**

19  **"I don't give a fuck.  I can do what I want."  He then**

20  **turned to the boyfriend and started kissing, and the**

21  **boyfriend tried to pull Mr. Currie away?**

22      A.   Yeah.

23      **Q.   Okay.  And what did YG say at that point?  He -**

24  **-**

25      A.   He just --

Michael Marceau
October 17, 2024

Page 57

1       Q.    Sorry.

2       A.    He took off.  He just was -- started swinging

3   on him, trying to -- he just wanted to try to -- it

4   looked like he wasn't trying to separate them, okay?  And

5   it -- and then he -- they started, like punching each

6   other.

7       Q.    Who threw the first blow?

8       A.    YG.

9       Q.    Okay.  Did Mr. Currie do anything to threaten

10  YG before --

11      A.    If --

12      Q.    -- before YG threw the blow?

13      A.    If he did, I can't recall.  I think it was just

14  enough the fact that he went to -- tried to do something

15  with, with the dude, and that was enough as it is.  Like

16  I told you, Latin, Latin, Latin Kings are very

17  homophobic, man, okay?

18      Q.    So basically, YG, it sounds like was just kind

19  of offended by this action of kissing, and then

20  spontaneously struck Mr. Currie?

21      A.    Yes.

22      Q.    Okay.  And do you remember whether YG used his

23  right hand or his left hand?

24      A.    No, can't recall that.

25      Q.    Okay.  And where did YG strike Mr. Currie at

Michael Marceau
October 17, 2024

Page 58

 1  that point?

 2       A.   In the face.

 3       Q.   Do you remember left side of face, right side

 4  of face?

 5       A.   No.

 6       Q.   Okay.  And once Mr. Currie is struck in the

 7  face, are they off to the races, essentially?  Does all

 8  the fighting break out with Mr. Currie and YG?

 9       A.   Yes.

10       Q.   Okay.  So Currie fights back --

11       A.   Oh, yeah.  Definitely.

12       Q.   Does the boyfriend get involved?

13       A.   He tries to separate them --

14       Q.   Did he --

15       A.   -- but I, I, I didn't really see much of him,

16  because that's when, like, the rest of the brothers came,

17  and that's when the one came out the shower, okay?  And

18  at one point, I think he helped -- he helped him get up,

19  because Currie was on the floor.

20       Q.   Let's go back.  How did Currie end up on the

21  floor?

22       A.   Getting punched.

23       Q.   Okay.  So how many times did YG punch him

24  before he ended up on the floor?

25       A.   Can't recall that.

Michael Marceau
October 17, 2024

1      Q.    Okay.  And so Currie though, ends up on the

2   floor.  Was he punched in other parts of his body too,

3   Mr. Currie, that you saw?

4      A.    I would assume so.

5      Q.    Well, that you saw.  That you saw.

6      A.    I saw -- when he was on the floor, I know he

7   got kicked, okay?  I know he got -- I saw mostly kicking

8   when he was on the floor until he got -- until he got --

9   the, the other dude helped him -- helped him get up.  He

10  tried kind of, like, blocked it a little from -- trying

11  to push -- kind of pushed YG out the way, and, and kind

12  of help him get up, but he, like --

13     Q.    Who was -- go ahead.  Sorry.  Go ahead.  Sorry.

14     A.    And he kind of, like, sprang up and went back

15  at YG.

16     Q.    So Mr. Currie sprang up and went back at YG?

17     A.    Yes.

18     Q.    And who kicked Mr. Currie on the floor?

19     A.    YG.

20     Q.    YG?

21     A.    It was just them two at first, okay?

22     Q.    Got it.  That's why I asked, because you said

23  someone else came over.  How long did it take for Rascual

24  Rentas to come over?

25     A.    He was the one that's -- he's the one in the

Page 60

1  birdbath.  Peru was the one that came first, okay?  He

2  and, and then, then, I, I guess Rascual Rentas finally

3  got dressed, showered, all because he was the one taking

4  the, the shower in the birdbath area, okay?  So I guess

5  he finally got, got ready and came out and joined in

6  after --

7      Q.  Do you know --

8      A.  -- Peru was in -- already in there.

9      Q.  How long did it take Rentas (indiscernible)

10  hour to get involved after the initial blow from YG?

11      A.  Maybe like a couple of  minutes.  I really

12  can't recall.  It was -- it seemed like everything was

13  happening so fast, but it, it really didn't.

14      Q.  Why do you think Rentas did not come like in a

15  split second?

16      A.  Because he's -- was taking a shower.  He was --

17  I guess he was still naked and had to dry off.  He's not

18  going to come out in his boxers, okay?  So he's going to

19  get dressed, at least in his shorts, T-shirt, or

20  something like that, or just at least shorts where it's

21  covering his boxers, okay?  I keep telling you, these,

22  these Latin Kings are very homophobic, man, okay?

23          So they're not going to walk around in their

24  boxes in front of this, and then if his brother's

25  fighting, all right?  He's definitely not going to do

Michael Marceau
October 17, 2024

Page 61

1  that.  He's going to want to have shoes on, okay?  Want

2  to have -- be at least ready, so if he has to do

3  something to get involved, all right, he won't slip or

4  fall, all right?  It, it won't be something that he can't

5  handle, you know?  That's basically anybody that gets

6  into a fight.  I want to be prepared too.  If I -- If I

7  know I have somebody that I know getting into a fight, I

8  would want to be ready, you know?

9           I don't want to be where, where I'm a, a reason

10  why this person gets beat up, because I, I, I can't

11  defend myself, because I'm slipping and falling.  I'm in

12  my boxes or something, you know?

13      **Q.   Understood, understood.  So it takes, you said**

14  **maybe a couple of minutes before the person in the shower**

15  **comes over.  By that point, have other Latin Kings come**

16  **over and joined in attacking Mr. Currie?**

17      A.   Yes.

18      **Q.   How many would you say?**

19      A.   First of them was Peru, okay?  And then -- then

20  the one in the shower came out, and then that's when the

21  other ones got involved.  It was like --

22      **Q.   About how many would you say?**

23      A.   So --

24      **Q.   The other Latin Kings?**

25      A.   The -- okay.  The total?  There was four Latin

Michael Marceau
October 17, 2024

Page 62

1  Kings and two other Spanish guys that were not Latin

2  Kings that got involved.

3      **Q.   Okay.  Now, at this point that you're talking**

4  **about, is everything still in the bathroom, or has**

5  **everything spilled out of the bathroom?**

6      A.   It spilled out right in front of -- front of --

7  in front of the shower area.

8      **Q.   Okay.  So is the fight still taking place in**

9  **the shower, in the shower area, or is it like outside of**

10  **the bathroom?**

11      A.   See -- okay.  So you're not understanding, all

12  right?  The -- what you guys would consider shower and

13  the bathroom, is separate, all right?  They're side by

14  side, yes, but the, the -- it -- it's separated by the

15  long wall going straight down, all right?

16          So the, the showers on one side of this wall,

17  the toilets and urinals on the other side, all right?

18  This happened on the side where the showers and the sinks

19  are, all right?  You have to get a -- you, you guys are

20  not understanding design, how P2 is set up, all right?

21          And that's the issue you guys are having with

22  the shower, bathroom thing, you calling it, and unless

23  you realize what -- how they're set up, you're not going

24  to understand what I'm trying to explain.  Where this

25  fight took place, how it took place, and where exactly

Michael Marceau
October 17, 2024

Page 63

1  they were standing, okay?  You need to know that thing

2  specifically, all right?  Or else you -- you're just

3  going to confuse yourselves, and nobody's going to get

4  what's going on, how it happened, really, all right?

5      Q.   And I completely appreciate that.  And you've

6  actually helped clarify for me the picture of there.  So

7  now I'm -- when you're looking into that sort of, let's

8  say shower, sink, toilet area, if in that direction, are

9  the sinks on the left side, and the what's on the right

10  side?

11      A.   Okay.  You got six sinks, a wall, another six

12  sinks, the showers, and you got a big ass wall from up

13  and down, okay, coming all the way out, and then you got

14  the urinals -- the, the toilets, then you got the

15  urinals, okay?

16          And there's only like a, a two-foot wall, okay,

17  blocking the showers, the -- where the sinks are.  Then

18  you got the entrance, another wall blocking the showers,

19  and then you got the -- nothing blocking the, the, the

20  toilets, but little, like, privacy things that are about

21  three-feet high, okay?

22          And then you got the urinals that, that

23  individual, but they face each other, the toilets and the

24  urinals, okay?  One's on one side of wall, one's in the

25  other side of the wall, all right?  So that -- that's how

Michael Marceau
October 17, 2024

Page 64

1  it's set up, all right?  So this started in the last area

2  of the sinks, all right?  In the front, all right?  And

3  bred out into the entrance of, of the shower and the sink

4  area, alright?

5      And then right there in the front, all right,

6  there's a door to your left, okay, that the officers use,

7  and maintenance uses, all right?  And then the -- that's

8  when all the bunks start.  Maybe like three feet from

9  that area, all right?

10     Q.   Are there mops and brooms in that area that you

11  just talked about near that door?

12     A.   Yes, yes, sir.

13     Q.   Did the fight ever get near that area?

14     A.   Yeah.

15     Q.   Okay.  And did anyone pick up a mop or a broom

16  handle and start using it at --

17     A.   Yes.  I said that already.

18     Q.   I --

19     A.   I'm sorry -- I'm sorry.  You're right.  I, I, I

20  got --

21     Q.   I'm really not --

22     A.   I don't -- I'm still getting the, the, the gist

23  of this, okay?  I apologize, all right?

24     Q.   Yeah.  Please be --

25     A.   I know I should go back and forth.  I

Michael Marceau
October 17, 2024

Page 65

1  apologize.

2      Q.   Please be patient with me.  I'm just trying to

3  --

4      A.   I -- I'm sorry.

5      Q.   Okay.  And also because you might say something

6  and I might not understand at what point in time

7  something is taking place, so if I asked you a question,

8  I'm trying to clarify, okay?  I'm not trying to --

9      A.   No.

10     Q.   -- irritate you or anything like that.

11     A.   I understand.  It's just -- it's just that I

12  don't understand how, how you can ask certain questions

13  when you guys don't even understand the area where this

14  happened at.

15     Q.   That's fair.

16     A.   If you do, all right, you -- you're making it

17  seem like you don't, you know, and that's, that's

18  irritating, because I keep trying to explain it to you,

19  and it's, like, it's going over your heads, you know, and

20  I, I don't get it.

21     Q.   Let me push forward then.  How long from the

22  time that YG threw the first blow at Mr. Currie did

23  someone pick up a broom or a mop handle, and start to use

24  it as a weapon?

25     A.   Wow.  I can't recall how long that, sir.  I

Michael Marceau
October 17, 2024

Page 66

1   know it was -- it was quick, because like I said, he, he

2   -- Devon and, and them, were getting the best of the

3   Latin Kings, okay?  Like, if they -- if they didn't have

4   weapons and they didn't -- okay, they, they were the

5   first ones to pick up the brooms, okay, and get the

6   knives, all right?

7       Q.   Who are they?

8       A.   The Latin Kings.

9       Q.   You said they?  You mean --

10      A.   The Latin Kings.

11      Q.   So the Latin Kings were the -- I'm trying to

12  get this also clear for the record, which is why I

13  sometimes repeat.  So the Latin Kings were the first ones

14  to pick up the, you said brooms or --

15      A.   Broom sticks -- the broomsticks and come with

16  the knives.

17      Q.   Okay.  From the time that -- did the Latin

18  Kings -- let me start again.  Did the Latin Kings come

19  after Mr. Currie with the knives around the same time

20  that they -- did they start with knives around the same

21  time that they started with brooms?

22      A.   Yeah.

23      Q.   Well, who did you specifically -- who do you

24  remember actually using a broom?

25      A.   Broom?  YG.

Michael Marceau
October 17, 2024

Page 67

1       Q.    Anyone else?

2       A.    Not that I can recall.

3       Q.    And do you remember -- well, let me ask this.

4    Who else, and I know you were asked this before, so

5    please don't get irritated again.

6       A.    No.  It's okay.  No, no, no.  I understand.  It

7    was just trying to explain the, the, the --

8       Q.    Yeah.  Sure.

9       A.    -- shower thing and all of that.  That's what

10   was frustrating, okay?

11      Q.    Yeah.

12      A.    But I got you.

13      Q.    We're good.

14      A.    Everything else is fine.  I don't care about

15   that.

16      Q.    We're good.

17      A.    Yes, sir.

18      Q.    Did you say that Mr. Williams went into the

19   bathroom?  Did somebody go in -- who was the first person

20   who went over to help Mr. Currie?

21      A.    That I don't -- I don't recall.

22      Q.    Was it any of the people that Mr. Kverne

23   previously showed you?

24      A.    Oh, yeah.  One of them was the, the one that

25   they, they, they -- I didn't know -- the thing is they

1  did say it was Blue or something like that, his alias or

2  something.

3      Q.   I'm just going to quickly show you -- one

4  second.  Do you see on your screen a person?

5      A.   Yeah.  That's the one.  Yes.

6      Q.   I put on the screen Brandon Williams.

7      A.   Yes, sir.

8      Q.   Okay.  I'm stopping the share.

9      A.   Okay.

10      Q.   So my understanding from you is that Brandon

11  Williams was the first person to go and assist Mr.

12  Currie?

13      A.   Yeah, to actually get involved and try to help

14  him from not getting killed or jumped anymore.

15      Q.   Okay.  What did he say --

16      A.   But there was somebody else too, because it was

17  -- it was the three of them.  It was three, three

18  homosexual men, okay?  One of them was part of that

19  outcast thing, okay, and then there was like four Latin

20  Kings and then two other Spanish dudes that were not no

21  gang members, all right?

22      Q.   So Mr. Williams was one of the first to get

23  involved to help Mr. Currie.  What did he do?

24      A.   He went to punching the dudes, punching the,

25  the Latin King guys.  I don't know which one he hit

Michael Marceau
October 17, 2024

Page 69

 1  first.  I just know he went -- he got involved in the

 2  middle of it and started swinging on them, and you

 3  started seeing them drop.

 4      Q.   How long did it take for Mr. Williams to get

 5  involved from the first punch thrown in this entire

 6  incident?  Was it pretty much instantaneously, or was it

 7  5 minutes, 10?

 8      A.   I'm not sure.  No, it was not instantaneous.

 9      Q.   How long would you say?

10      A.   Two minutes.

11      Q.   Okay.  And did you ever see Mr. Williams use

12  any kind of weapon?

13      A.   Not that I can recall.  If he did, it was most

14  likely a broomstick.

15      Q.   Okay.  But you don't recall seeing him use a

16  broomstick?

17      A.   No.

18      Q.   All right.  You said there was another

19  individual who assisted -- let's see --

20      A.   I -- who assisted Devon.

21      Q.   Who assisted Devon, right.

22      A.   Yes, sir.

23      Q.   Boots.  I'm just going to share my screen

24  again.  Do you see on your screen, Charles Gaddis?

25      A.   Yes.  I don't recall him being involved, sir.

Michael Marceau
October 17, 2024

Page 70

1    Q.   Okay.  One second.  Not asking about him.

2    A.   That's me.

3    Q.   That's you.  What about any --

4    A.   He -- no.  That -- the last picture you just

5    saw, he slept -- that -- in the last bunk, okay, where

6    there is -- in between the entrance to the -- to the

7    showers, and, and this door were, were basing the, the

8    main the fight took place.  The -- that's why he's, I

9    guess you guys got him, but he was not involved at all.

10   Q.   Okay.  So we're talking about Charles Shaw?

11   A.   Yeah, but his bunk was the last one back there.

12   One of the last back there.

13        MR. KVERNE:  Chad Shaw, right?  Chad.

14        THE WITNESS:  Yeah.

15        MR. TARJAN:  I'm sorry.

16        THE WITNESS:  Chad T. Shaw.

17   BY MR. TARJAN:

18   Q.   Chad Shaw.  Thank you.  So the person I have on

19   my screen is the person you were just talking about?

20   A.   Yes, sir.

21   Q.   Okay.  And so I just want to make sure I

22   understand, so did you see Chad Shaw do anything in this

23   incident?

24   A.   No.

25   Q.   Okay.  Did you see Chad Shaw anywhere near the

Michael Marceau
October 17, 2024

Page 71

 1  birdbaths?

 2      A.   No.  Once they started arguing, he went

 3  towards, like, the middle of the dorm.  He got away from

 4  that area.

 5      Q.   Okay.  All right.  So you never saw him near

 6  the birdbaths.  Did you see him -- and I'm just asking

 7  the question.  I think I know the answer.  Did you see

 8  him near the toilets or the showers during the incident

 9  at all?

10      A.   No.  But you got to think, like, his bunk was

11  back there, so he slept back there.  So, you know, when

12  he --

13      Q.   When you say back there -- sorry.  When you say

14  back there, you mean where?  Near that cleansing area,

15  the --

16      A.   Exactly.  He -- he's in the last bunk, okay,

17  right before you walk into the -- into the shower area.

18      Q.   Okay.  All right.  I'm actually going to show

19  you another -- do you see on your screen a picture of a

20  woman?

21      A.   Is that a woman?  Looks like a dude.

22      Q.   Well, the name is Delisia Green, and this is a

23  LinkedIn picture.  She's a correctional officer.  Do you

24  recognize this person at all?  Obviously she's not in

25  uniform.

Michael Marceau
October 17, 2024

Page 72

1      A.   I don't know.  No.

2      Q.   No?  Okay.  Well, at the time of this incident

3   that Mr. Currie is being attacked, do you -- and I know

4   Mr. Kverne asked you these questions, but some of my

5   questions are repeats, because I may go in a certain

6   direction.  So I'm --

7      A.   I understand.

8      Q.   -- I'm starting out.  Do you remember who was

9   in the -- do you remember who was in the officer booth?

10     A.   No, I don't.

11     Q.   Okay.  Do you remember whether a female or a

12  man was in the officer booth?

13     A.   That I do not recall either.

14     Q.   Do you remember whether the person in the

15  officer booth was African American, Caucasian, Hispanic?

16     A.   Most likely African American.  That's mostly

17  the officers we have in -- that work here and work that

18  dorm.

19     Q.   Okay.  So what you're saying is it was most

20  likely an African American person in the booth at that

21  time?

22     A.   Yes, sir.

23     Q.   Would the person in the -- I understand you've

24  -- well, have you ever been in the officer booth?

25     A.   No.

Michael Marceau
October 17, 2024

Page 73

1      Q.    Would the person in the officer booth have been
2  able to see the very beginning of the fight, when YG
3  threw the first punch?
4      A.    Yeah.  If they were looking in that direction,
5  definitely.
6      Q.    Okay.  And if they were looking in that
7  direction, would they have been -- well, are there
8  monitors in the officer booth?
9      A.    Yes.
10     Q.    Do you know how many cameras are in the entire
11 dorm, P?
12     A.    Inside the bedding area?  Four.
13     Q.    Four cameras?  Okay.
14     A.    That I can remember, okay?
15     Q.    That's fair.  Now, and those four cameras, do
16 the monitors in the booth show what's on those cameras?
17     A.    Yes.
18     Q.    Have you ever get a glimpse from outside the
19 booth of what's on the monitors, or can you --
20     A.    Yeah.
21     Q.    -- just not see that?
22     A.    Yes, sir.
23     Q.    Okay.  Do the monitors from the booth show
24 what's in the bathroom?
25     A.    Directly in the bathroom?  No.  They, they,

1  like, I, I don't know, well, how they did it, but they're

2  set up where it's like they, they get blocked and they

3  get cut off once they hit that, that, like, that, that

4  two-foot wall in the shower area, okay?  Which is weird,

5  but they, they did it.

6        They like that -- they -- if they do -- if they

7  are able to do that, then I would never know, because

8  they would never -- you can't see it on the -- on the

9  screen like that, but you, you --

10      Q.   Do you know --

11      A.   Go ahead.

12      Q.   Sorry.  Do you know whether any of the cameras

13  would have shown that initial punch of Mr. Currie?  Would

14  they have been able to show that?

15      A.   I doubt it.  They would have shown everything

16  afterwards, definitely, but that initial?  No.

17      Q.   And when you after --

18      A.   It was too far in -- it was too far into the

19  entrance of, of, of the shower, sink area.

20      Q.   Okay.  At what point would a camera pick up the

21  fight?

22      A.   Once they step out of that area, like, maybe a

23  foot or two out.

24      Q.   Is that near, like, the broom handle, mop area?

25      A.   See, there is no broom handle, mop area.  This

Michael Marceau
October 17, 2024

1  is just where we put the brooms and mops there, okay, so

2  we can get ready to clean the showers and this -- and the

3  sinks.  So they're just back there.

4      Q.   Okay.  But so basically, once the fight comes

5  about a foot or two out, that's the point that you think

6  that a camera would pick up and show what was taking

7  place?

8      A.   Yes, sir.

9      Q.   Okay.  Do you know how clear the cameras are

10  when you're looking from a monitor?

11      A.   Clear, very clear, okay?  They try to say

12  they're not, all right?  And that, that is foggy or

13  something like that, but when it's all said and done, if

14  it's able to use against you, then things are clear as

15  day, all right?

16      Q.   Have you yourself seen footage from dorm --

17  have you yourself ever had a disciplinary hearing where

18  you were able to call the video from, say, dorm P?

19      A.   No, but I've had a disciplined hearing before,

20  and I was told that -- I was told exactly that.  That the

21  cameras in it, pick up exactly what I was saying.  That's

22  their excuse here.

23      Q.   Were you able to ever look at that video

24  footage yourself?

25      A.   No.

Michael Marceau
October 17, 2024

Page 76

1      Q.   Okay.  But you've seen the monitors in the P

2   Dorm booth, right?

3      A.   Yes, because you can see -- the way they angled

4   and set up in the booth, you can see them from the day

5   room, okay?  And you can see them, depending how you're

6   looking into the -- into the officers' booth when they

7   get into the booth, okay, they have a door with the

8   window, okay?

9           First you got a cell that they have to go into,

10  and then you have a door that they get buzzed into or

11  unlock, all right?  And that has a window.  You can see

12  directly to the screen, all right?  And it has all the

13  cameras, all right?  They're like, maybe each little

14  digital thing on the screen is about, maybe three by

15  three, little bit bigger, but clear.

16          You can see everything perfectly, okay?  And

17  depending how close you are, you can even better, and

18  depending on how, how good your eyes are, you see even

19  way better, you know?  And then they have capabilities to

20  zoom, all right, to -- I don't even know how much

21  magnification, but from what I understand, real, real

22  close, all right?

23      Q.   And are the cameras in color or black and

24  white?

25      A.   Color.  How do they show up on the screen?

Michael Marceau
October 17, 2024

Page 77

1  Color.  How they get printed out or, or, or they review

2  later?  I cannot say.  I've never seen that, but I know

3  on the screen, in the officer booth, they're color.

4       Q.   Now, the officers' booth, it has windows

5  showing both Wing One and Wing Two?

6       A.   Yes, sir.

7       Q.   So if an officer is -- so one officer might be

8  responsible for looking at both wings?

9       A.   Yes, sir.  Definitely.

10      Q.   Do you know if the officers are -- are the

11  officers allowed, if you know, to just ignore one wing?

12      A.   Yeah.  They do that all the time.

13      Q.   Okay.  How so?  What do you mean?  They'll just

14  ignore one side of the entire dorm?

15      A.   Yeah.  They -- depending who's doing more,

16  making more noise, or, or they think that it is the worst

17  side, they'll pay attention and stay on that side all day

18  long, okay, pay -- and pay attention to it, all right?

19  Or if they don't want to be bothered, they just sit back

20  and ignore both sides, all right?  It happens all the

21  time here at ACI.

22      Q.   Okay.  So do you know if there was any -- so

23  while the incident with Ms. (indiscernible) was going on,

24  do you know if there was anything else going on in Wing

25  One that would have distracted an officer?

Michael Marceau
October 17, 2024

Page 78

1    A.    Not that I'm aware of.  Wing One's the faith --
2    was the faith-based dorm.
3        Q.    And are you saying -- if I'm saying that, does
4    that imply that -- are you implying that people are kind
5    of better behaved in a way, in that dorm?
6        A.    Yeah.
7        Q.    In that wing?
8        A.    Yes, sir.
9        Q.    Are there fewer troubles in that wing?
10       A.    Yes, sir.
11       Q.    Okay.  So from your knowledge, from your
12   experience, did the security booth officers spend more or
13   did they spend most of their time focusing on Wing Two?
14       A.    You want my honest -- my -- the honest truth?
15       Q.    Yes.
16       A.    Okay.  They spend more time paying attention to
17   themselves, reading, okay, and ignoring us, okay?
18       Q.    What do you think that they are -- what kind of
19   things are they reading?  Magazines, books, what?
20       A.    Both.  Newspapers, magazine, books, whatever
21   they bring or whatever, whatever they ask an inmate to
22   borrow.
23       Q.    I'm sorry.  You said whatever they ask you, or
24   they borrow items from inmates?
25       A.    Yes, sir.

1      Q.   Like newspapers and things like that?

2      A.   Books, newspapers, magazines, whatever, to keep

3  the time busy.

4      Q.   And then the officer in the booth will read

5  that item in the booth?

6      A.   Yes, sir.

7      Q.   Do you know how well an officer can hear in the

8  booth?  Do you have any concept of that?

9      A.   No.  Like I said, I've never been in there, so

10  I can't tell you.

11      Q.   Well, from their reaction to things that have

12  happened outside in the dorm, do you know whether they

13  can hear things that happen in the dorm?

14      A.   Their reaction to things that happen in the

15  dorm is based on the movements that us inmates make.

16  It's never usually what they hear.  It's usually how we

17  moving, if we're moving any different, okay?  That's what

18  they look -- basically look for, okay?  So I doubt it's

19  sounds, because from what I understand, the, the cameras

20  in the dorm don't pick up sounds.

21      Q.   But when you want to talk to an officer in the

22  booth, do you talk through a speaker or through a little

23  grill?

24      A.   Like a little holes in the -- in the -- in the

25  plexiglass.

Michael Marceau
October 17, 2024

Page 80

1          Q.    Okay.  So holes directly in the plexiglass?

2          A.    Yes, sir, or in, in that one, they have the

3     holes, and they have a, a drawer that pulls out, that

4     they put the request forms in and our mail in, and that's

5     how we interact with them when they want to give us stuff

6     or we need to give them anything.  And we usually talk

7     through that, or through the little holes.

8          Q.    Okay.  Now, so people are fighting with broom

9     handles.  From the time that Mr. Currie is first punched,

10    how much time elapses until the first stabbing that

11    you're aware of?

12         A.    I can't say.  I just saw blood on him.  I can't

13    -- I, I just know who did it, who did the first one,

14    okay?  I can't exactly say where, okay?  I just saw him -

15    - we didn't even know that he even got, like, he, like,

16    he even got stabbed at first, because it wasn't until we

17    saw the blood dripping coming off of his shirt and coming

18    down, that we're like, "Oh," you know.

19         Q.    Well, do you have any sense for whether it was,

20    like 2 minutes, 5 minutes, or 10 minutes, or 30 minutes,

21    after the first punch?

22         A.    No, sir.  Definitely wasn't no more -- no more

23    than -- no 10 minutes or more.

24         Q.    Okay, so you're basically saying Mr. Currie was

25    stabbed within that first punch?

Michael Marceau
October 17, 2024

Page 81

```
 1    A.   Within a few minutes, five minutes at most.
 2         MR. TARJAN:  Does anyone need a break for any
 3    reason?
 4         THE WITNESS:  No, sir.
 5         THE REPORTER:  Can we take just a five-minute
 6    quick break, please?
 7         MR. TARJAN:  Sure.  We'll take a five-minute
 8    break.  It's now 3:36
 9         THE REPORTER:  Thank you.  We are off the
10    record.  The time is 2:36 p.m.
11         (Off the record.)
12         THE REPORTER:  We are on the record, this time
13    is 2:44 p.m.
14    BY MR. TARJAN:
15    Q.   You said earlier that there were two guys who
16    ran back to help Devon, including the neutron guy.  Who
17    do you mean by the -- who's the neutron guy?
18    A.   I don't recall who he was.  I just know that
19    one of them was part of the OK Gang, and one of them was
20    not.  And they were -- and from what I heard for -- on
21    the talk of the town the next day, okay?  The OK Gangs
22    were -- kind of said that they even -- that somebody in -
23    - that was part of them got involved, because they didn't
24    want beef with the Latin Kings.
25         They thought that that would have started a war
```

Michael Marceau
October 17, 2024

Page 82

1  with them, you know, because Devon ain't, ain't -- he's,

2  he's a neutron, is what we call him.  A nongang member is

3  what we call a neutron.  So he was -- technically was not

4  supposed to get involved, but I guess he got involved,

5  because he was homosexual as well.

6      Q.   Got it.  Was this a black Latino?  What --

7      A.   They were all black.  All three -- all the two

8  guys that helped Devon were black, black men.

9      Q.   Okay.  And now, earlier, you said that when

10  there's movement in the dorm, that might be enough to get

11  the attention of the officer in the booth.  Is that

12  right?

13      A.   Yeah.  Yes, sir.

14      Q.   Yeah.  So now when Devon gets stabbed, now

15  there's a whole bunch of activity.  Should that activity

16  have been sufficient to grab the officer's attention?

17      A.   Yes.  Definitely.

18      Q.   Okay.  And what were other people doing?  Were

19  they running around?  Were they kind of shifting over to

20  get closer to the scene?  What was going on with other

21  people?

22      A.   Well, when something like that occurs, we just

23  try to -- like, like I said, the majority of people go

24  try to distract the officer in the booth, okay?  And

25  block their view, and the rest of us just sit around, act

Michael Marceau
October 17, 2024

Page 83

1  like we're not watching, but we are watching, okay,

2  pretending like we're doing something else.

3      Q.   Okay.  Did a bunch of people go and stand

4  directly in front of the officer booth?

5      A.   Yeah.  See, the -- also the way the day room is

6  set up, all right, they have a clear view into the day

7  room, so you can go into the day room.  It has a

8  plexiglass there as well that you can tap on and distract

9  the officer from paying attention into the dorm area, all

10  right, and they're watching the people in the day room

11  now and talking to that person while all this is going

12  on.

13      Q.   Okay.  Do you know for a fact that's what

14  happened on this particular day, or it's generally what

15  happens?

16      A.   That's generally what happens, and I don't

17  recall which way they went.  I'm sure they probably went

18  to booth to try to distract the officer.

19      Q.   Okay.  So you think on that day, someone tried

20  to distract whoever was in the booth?

21      A.   Yeah.  Definitely.  That's, that's a mandatory

22  thing when something like this happens.

23      Q.   Okay.  That sort of blocking movement, would

24  that still block the cameras from seeing what's going on?

25      A.   Definitely not.  The cameras are up in -- up in

Michael Marceau
October 17, 2024

Page 84

1  the ceiling.

2      Q.   All right.  So if the officer's in the booth,
3  they could look at -- and even if people are trying to
4  block the booth, the officer could look in the camera and
5  see regardless?

6      A.   If they thought something was going on?  Yes.

7      Q.   When something like this occurs, what is an
8  officer, to your knowledge, supposed to do?

9      A.   If they're by themselves, click the panic
10 button and call it in.

11     Q.   Okay.  Do you know what happened?  Do you know
12 if anyone hit the panic button?

13     A.   I guess yeah.  Definitely, because there was
14 officers that came running in.  Otherwise, they, they
15 wouldn't have came and known anything, came running in.

16     Q.   Okay.  You said it was about no more than five
17 minutes from the time of the stabbing, from the first
18 punch.  From the first punch, how long did it take before
19 the first officer came into the dorm in response?

20     A.   That, I definitely can't recall.

21     Q.   Well, do you know if it was more than 15
22 minutes?

23     A.   Just think -- I don't know when -- you're
24 saying from the first punch or, like, what the officer
25 was doing?

Michael Marceau
October 17, 2024

Page 85

1        Q.    No.   From the first to the -- from the first
2   time that Devon was punched, how long --
3        A.    Yeah.   Something like that.   Definitely, like,
4   yeah, yeah, yeah.   It was going for, for a while, it
5   seems, so I would say about 15 minutes, 20 minutes,
6   maybe.
7        Q.    Okay.   So 15 to 20 minutes from the first punch
8   to the time that the first officer arrived in response?
9        A.    Yes, sir.   I was -- I, I was -- I would assume
10  that.   Yes.
11       Q.    Okay.   Now, was it nighttime at that point?
12       A.    It was getting dark.
13       Q.    Okay.   And so we talked about a security -- we
14  talked about an officer being in the security booth.   Let
15  me start again.   We talked about an officer being in a
16  security booth.   Do you remember any other officer just
17  being present during the fight before other officers came
18  in, really in response?
19       A.    No.
20       Q.    Are you saying there was none, or you just
21  don't remember?
22       A.    What, in the dorm area?   That came out?
23       Q.    Yeah.
24       A.    No.   There was none.
25       Q.    Okay.   Let's talk about the master roster

Michael Marceau
October 17, 2024

Page 86

1    count.  Do you remember the master roster count that

2    evening?

3         A.   No, I don't.

4         Q.   Okay.  Do you know whether the fight with Mr.

5    Currie started before master roster count, started

6    afterward, or somehow went from before and continued

7    after?  Do you have any idea?

8         A.   Before.  Before, sir.

9         Q.   Did anything --

10        A.   The master, master roster count is at -- about

11   10:30, 11:00, every night.

12        Q.   Okay.  You don't remember the master roster

13   count from that evening, but do you have any idea of who

14   might have come to do the count that night?

15        A.   No, because if the -- if officer in the booth

16   was alone, then either Security Nine or another sergeant

17   will come and do the -- do the master roster count.  And

18   then they'll switch, and that officer will come out the

19   booth.

20        Q.   So each officer does their own count?

21        A.   Yes, sir.  That's -- one thing they're very

22   strict on is count procedures here, okay?

23        Q.   I'm sorry.  What?

24        A.   They're very strict on count procedures here.

25   They don't put -- mess around with that, especially

Michael Marceau
October 17, 2024

Page 87

1   master roster.

2       Q.   Okay.  So if the officer in the booth was

3   alone, then some other officer would what, have come from

4   outside the dorm into the dorm to then do the count?

5       A.   Yes.

6       Q.   How long does that first count usually take?

7   Not talking about the second officer then doing count,

8   but just for one officer to do the count.

9       A.   It all depends how they go around asking the

10  image, and some officers ask for a DC number, some

11  officers ask for your name and DC number when they pass

12  your bunk, all right?

13          And then, guess what?  In P Dorm -- P Dorm,

14  like I said, there's about 80, 80some people in that

15  dorm, and, and against the walls, they're double bunks.

16  So they got to go one, one bottom, one top, two bottom,

17  two top, all the way around, okay, until they get to the

18  middle bunks that are single.  So --

19      Q.   What could that take like 60 minutes, or?

20      A.   For them to do that?

21      Q.   Yeah.

22      A.   Definitely.

23      Q.   Okay.  What's the average amount of time you

24  would say it takes?

25      A.   Don't know.  I never paid attention.  I just --

Michael Marceau
October 17, 2024

Page 88

1   what takes the longest is then to clear count, you know.

2   Other than that, when they -- when, when they actually do

3   their counting, it's usually quick, okay?

4        Q.   Okay.  It's usually quick, but is it usually

5   more than 30 minutes?

6        A.   Definitely not.  Nowhere near that amount of

7   time.  I would say maybe 5 minutes at most, 10, max, and

8   that's for both officers to count.

9        Q.   I'm sorry?

10       A.   That's for both officers to count, 10 max.

11       Q.   Got it.

12       A.   Master roster.

13       Q.   Okay, so for both officers to count, 10 minutes

14   max, but then you have to wait for the count to clear,

15   and that involves the count for all other dorms?

16       A.   Yes, sir.

17       Q.   And when the master roster count is happening,

18   where are you supposed to be?

19       A.   You're on your bunk.  You cannot leave your

20   bunks.

21       Q.   Are you sitting on your --

22       A.   Nobody is allowed to leave the bunks.

23       Q.   Are you sitting or lying down?

24       A.   You could -- either all.  It depends on, on, on

25   what the officer allows you to do.  Most of the officers

1  allow us to lay down on our bunks during, during that

2  time until it's clear.  Some want us to just sit up and -

3  - on, on our bunks.  It all depends on the officer's

4  question.

5      **Q.   Do you remember, going back to that time**

6  **period, whether Sergeant McKinnie ever did the count?**

7      A.   She's done counts before in, in that dorm, but

8  I don't recall that night.

9      **Q.   So basically, you just don't remember which**

10  **officer, right?**

11     A.   No, sir.  So I'm, I'm the type of person, okay,

12  that -- I don't like to talk to police.  I don't like to

13  deal with police, okay?  I respect them, okay?  I would

14  never disrespect them, all right, but I do my best to

15  stay away from them and not talk to them, all right?

16          So I try not to know their names, I try not to

17  know what they look like, okay?  I'm not into trying to

18  start no type of relationship with none of them, okay?

19  I'm not trying to do none of that stuff, okay?  And

20  that's how I've always been.  I was raised in New York,

21  so it was way different up there than down here, all

22  right?

23          So I still stick to that, all right?  And I

24  will not change that for nothing, all right?  So I was

25  raised we don't talk to police, we don't deal with

Michael Marceau
October 17, 2024

Page 90

1 police, we don't like police, all right?  But we will

2 respect them as long as they respect us, all right?  And

3 I'm not going to change that for nothing, all right?  So

4 I'm, I'm -- I still do that here.

5     Q.   So you're basically saying that you don't

6 really -- I understand.  You said before that Sergeant

7 McKinnie was, I think you said she was very nice, or

8 something like that?

9     A.   Yes, because the times that I did interact with

10 her was when I went to medical, okay?  And she was a very

11 nice lady, and she treated people with respect and, and,

12 and kind, all right?  Which is rare on this panel,

13 because there's a lot of inmates that have ruined these

14 officers and turned them foul, all right?  The way they

15 talk to them and disrespect them, which I understand it.

16     Q.   Do you remember interacting with Sergeant

17 McKinnie at all in P Dorm?

18     A.   No.  I don't interact with officers when I

19 don't have to.

20     Q.   Got it.  Well, interacting like the officer

21 might even be you or give you some kind of command

22 whether you like it or not.  Do you remember anything

23 like that with Sergeant McKinnie?

24     A.   No, sir.  That woman never raised a voice that

25 I've ever seen, okay?  Never got loud with people, all

Michael Marceau
October 17, 2024

Page 91

1  right?

2      Q.   Do you remember her at any time going into P?

3      A.   Her going into P?

4      Q.   Yeah.  Just Dorm P, from your knowledge?

5      A.   She's done -- worked in the dorm before.

6  There's plenty of officers, like, when they're

7  understaffed, they bring officers from other areas to

8  fill in those places, okay?  So she has worked there.  I

9  just don't recall her being there that night, because she

10 usually works during the day, the a.m. shifts, from 8:30

11 to 4:00.

12     Q.   Okay.  So she usually works -- you said she

13 usually works during when?

14     A.   The a.m. shift.  A -- the 8:30 to -- 8:30 a.m.

15 to 4:30.

16     Q.   Okay.  8:30 a.m. to 4:30 p.m. shift?

17     A.   Yes.

18     Q.   Okay.  So that's first and second shift?

19     A.   I don't know what they call it here.

20     Q.   Okay.  Are you familiar with someone named

21 Antoinette Patterson, an officer, a sergeant?

22     A.   Antoinette Patterson?  Can't recall.

23     Q.   Sergeant Patterson?  Yeah.

24     A.   I can't recall, sir.

25     Q.   Okay.  And earlier I showed you a picture of

Michael Marceau
October 17, 2024

Page 92

1  Delilia (sic) Green, an officer.  And any recollection of

2  Officer Green, whatsoever?

3      A.   So I'm trying to recall her.  I -- that

4  picture, I don't recognize nothing about her, okay?  But

5  then here, she would not be wearing her hair down if she

6  did, okay?  She probably would been wearing a hat, or had

7  her hair tied back, okay?  So that makes a whole bigger

8  difference, okay?

9          Then I don't know if that's her real hair,

10  okay?  She could have had it longer while she was here,

11  she got a weave in, or extensions, all right, while she

12  was working here, all right?  I just know now, I've never

13  seen her up to -- so I can't recall.

14      Q.   Okay.  And the name Green, do you remember any

15  officer named Green at Apalachee?

16      A.   Yeah, but you also got to understand it's more

17  than, like, that's a common last name, sir.

18      Q.   Yeah.

19      A.   Okay.  So it -- it's hard.  I can't -- I can't

20  tell you yes, I can't tell you no, if that was

21  specifically her, but yes, there's been Greens that

22  worked here, okay?  Same way there's a bunch of Browns

23  that worked here.  Same there's a, you know, bunch of

24  Scotts that worked here, and there's -- some are white,

25  some are black, okay, with those same names, all right?

Michael Marceau
October 17, 2024

Page 93

1          So I can't -- I can't recall if they -- if, if,

2  if she was here at that time, like it's -- her hair could

3  have been different, all right?  You know, you showed me

4  a picture of her on the street.  That's a completely

5  different thing that they're allowed to do when they're

6  not in here.

7          Q.   That's completely --

8          A.   She never has looked like that in here.

9          Q.   That's completely fair, what you're saying, and

10  at this point, unfortunately, that is the only photo of

11  her that I have, so if I had --

12          A.   I apologize then, sir.

13          Q.   What's that?

14          A.   I apologize then, sir.  I really can't help you

15  there.

16          Q.   Understood.  The officers, do they have their

17  names on their uniforms?

18          A.   Most of them, but they all have ID cards.

19          Q.   Okay.  So would the name be stitched on the

20  uniform, or it would just be on the ID card?

21          A.   Some have ones that they -- they've stitched

22  on.  It depends what shirt they're wearing.  They have

23  different shirts that they wear.  Some have to wear

24  stitch, some have to wear -- it's velcroed on, okay?  And

25  then -- and then most of them where their ID tags turned

Michael Marceau
October 17, 2024

Page 94

1    around, so you can't see their picture or their name.

2        Q.    When the officers responds, do you know how

3    many officers arrived?

4        A.    No.  I cannot recall.

5        Q.    Okay.  Do you remember any messenger from the

6    Latin Kings, or one of those gangs, coming over to Mr.

7    Currie and giving any directive?

8        A.    Coming over to him?  No.

9        Q.    Okay.  Do you remember any messenger or someone

10   from the Latin Kings, or one of those gangs, giving Mr.

11   Currie any kind of directive, like to leave the dorm,

12   other than --

13       A.    Yes.

14       Q.    Other than in the bathroom area?

15       A.    Yeah.  When they -- when -- before the police

16   came, okay?  When we heard that they were coming, and

17   they was yelling at -- they were yelling back and forth

18   across the dorm.

19       Q.    Okay.  You said they were yelling.  What was

20   being yelled?

21       A.    "You need to pack your shit and go," okay?  He

22   was telling them -- Devon was telling them, "Hell no.

23   I'm not going nowhere," okay?  "You guys need to pack

24   your shit and go."  It was just going back and forth like

25   that.

Michael Marceau
October 17, 2024

Page 95

1      Q.    Devon was telling them to pack their shit and

2  go?

3      A.    Yeah.  They were telling each other.  He was

4  telling them, "I'm not going."  And he's saying, "You

5  guys need to pack your shit and go."  So he did not back

6  down for nothing, okay, when it came to them, okay?  He

7  stood up to them 100 percent, no matter how many there

8  were, no matter what was going on to him, no matter how

9  much he was bleeding, okay?

10        He was not backing down, all right?  He was

11  standing up to them still saying, "I ain't going

12  nowhere," okay?  "You guys got to kill me.  Get me the

13  hell out of here," okay?  All type shit.  They was like,

14  "Okay.  We can do that," okay?  And he was telling them,

15  "Get the hell out," okay?  He's like, "You guys got

16  another gang coming," okay?  So --

17      Q.    At this point, was -- at this point, had he --

18  at this point, when they're telling each other to pack

19  their stuff and go, Mr. Currie, had he been stabbed at

20  this point?

21      A.    Yes.  He was sitting on his bunk.  There, there

22  was always for the police to come in.  Everybody was on

23  their bunks acting like, like nothing happened, but he

24  was leaking -- he was bleeding so, so badly.  You could

25  tell that something happened.

Michael Marceau
October 17, 2024

Page 96

1      Q.   Why did the fightings -- how did the fighting

2  stop?  What caused it to stop?

3      A.   The officer noticed what was going on, and he

4  called it in, he or she called it in.

5      Q.   Okay.  And no (indiscernible) in?

6      A.   And then somebody that was blocking the booth

7  was like, "Yo.  Police come -- police are going to come."

8  They just go, "The officers called it in."

9      Q.   Do you know who was saying that?

10      A.   No, sir.  I was paying attention more towards

11  what was going on in the back.  I just heard it.

12      Q.   And so when you say an officer noticed what was

13  going on, you personally didn't see the officer noticing

14  what was going on?  Is that correct?

15      A.   No, sir.

16      Q.   And did you see an officer calling it off?

17      A.   No, sir.

18      Q.   So your knowledge of the officer calling in is

19  basically from other inmates?

20      A.   Basic hearsay, sir.

21      Q.   Did you at any point hear Mr. Currie say that

22  he wanted to check in?

23      A.   No, sir.

24      Q.   Do you know if -- you didn't hear it, but do

25  you know if he was trying to check in?

Michael Marceau
October 17, 2024

Page 97

 1      A.   Definitely not.

 2      Q.   I'm sorry.  Definitely not what?  That he was

 3   definitely not trying --

 4      A.   He was definitely not trying to check in.  It

 5   was up to him, and he was not, like, bleeding profusely.

 6   He would have stayed in that dorm.  He was that adamant

 7   about that.

 8      Q.   And when Mr. Currie was on the bed, his bed,

 9   how close were you to him?

10      A.   I was maybe one row and three bunks down from

11   him, in between us.

12      Q.   Okay.  So to your knowledge, he was never

13   trying to check in.  Did you at any point see Mr. Currie

14   speaking with an officer after the fight started, but

15   before he exited the dorm?

16      A.   Sir, he was -- he was exited on a -- on a

17   gurney, okay?  He didn't have a chance to talk.  I told -

18   - I, I -- he passed out on the bunk.  I guess all this

19   adrenaline went -- left him, okay, and we thought he was

20   dead, all right?  They had to bring the, the stretcher

21   in, and wheel him out, okay?  So he was not talking.

22      Q.   So I just have to ask the question for the

23   record.  Did you see any officer speaking with Mr.

24   Currie?

25      A.   Just trying to get his attention to acknowledge

1  that, that we're here to help him, you know, trying to

2  wake him up, revive him.  Other than that, there was

3  nobody trying to tell him, "You want to check in," or, or

4  anything like that?  He, he really looked like he was

5  dead.

6      Q.    Yeah.

7      A.    Okay?

8      Q.    Do you know Captain Heffner?

9      A.    Yeah.

10     Q.    And I'm just going to spell it for the court

11  reporter, H-E-F-F-N-E-R.  Do you know if Captain Heffner

12  was involved in this incident in anyway?

13     A.    I don't know if he was a captain on duty, so I

14  can't -- I can't tell you.

15     Q.    Did you see him in the dorm at any point

16  regarding this incident?

17     A.    I don't recall.

18     Q.    Do you know of a Captain Cochran?

19     A.    Yes.

20     Q.    Was Captain Cochran involved in this incident

21  in any way?

22     A.    That I definitely can't recall, but that

23  usually his time shift that he works.

24     Q.    Okay.  Did anyone after this whole incident

25  come and question you?  I'm not talking about Mr. Kverne,

Michael Marceau
October 17, 2024

Page 99

1  but did anyone from FTC come and try to get a statement

2  from you, speak to you about the incident, anything like

3  that?

4       A.   No, until I was written -- I was written in --

5  by a letter from some other -- in the mail from somebody,

6  okay?  And I just tore it up, threw it in trash, because

7  it didn't concern me, and then I -- it wasn't until Mr.

8  Kverne contacted me a few weeks ago, and that's when I

9  started recalling everything, because he asked me to sit

10 -- to sit, when I -- when I went back, to try to recall

11 everything, okay, and try to remember the incident.

12          Because everything kept saying Devon Currie v.

13 Sergeant McKinnie.  I'm like, when the hell -- what is it

14 that happened with Sergeant McKinnie, you know?  So that

15 totally blew my mind until he started saying about the

16 incident with the Latin Kings, okay?

17          And then it really jogged everything when you

18 actually showed me Devon Currie's picture, okay, because

19 I know him as Boots, all right?  That was his nickname,

20 all right?  I remember his nickname is Boots because I

21 recalled with Dora the Explorer that my kids used to

22 watch Boots the Monkey, okay?

23          Not trying to be racist and nothing, because

24 he's black, okay?  It's just he called himself Boots,

25 bro, okay?  So -- and that's how I, I recalled -- I

Michael Marceau
October 17, 2024

Page 100

1  recall certain people's names like that.  I'm bad with

2  names, but I'm good with faces, all right?  So I recall

3  people, things, with stuff that I remember or seen, stuff

4  like that.

5          Q.   You said you received a letter.  Did you

6  receive a letter that had three pictures of Mr. Williams,

7  Mr. Gaddis, and Mr. Currie on it, from the law office?

8          A.   That, I do not recall.  I just know I received

9  a -- another letter months ago from the law office, okay?

10  And it didn't concern me, and I was trying to remember

11  the incident, and I didn't remember.  I even tried to ask

12  people that we are -- that we're in the -- in east,

13  because this came to me in the -- in the West Unit, all

14  right, while I was still in the West Unit, and early this

15  year, and they couldn't even recall.

16          I'm like, "Who's Devon Currie?  Who's -- what

17  the hell did Ms. McKinnie get into?"  You know, and I was

18  like -- he's like, "No, I don't remember," okay?  He's

19  like -- they were like, "It don't concern me.  Just tear

20  them, throw it away," you know?  So I did that.  I didn't

21  think nothing of it.

22          Q.   Okay.  I'm just going to quickly share my

23  screen with you.

24          A.   Yes, sir.

25          Q.   All right, do you see on your screen -- is this

Michael Marceau
October 17, 2024

Page 101

1   your letter on your screen?

2       A.   I see the, the, the letter from your law

3   office, but that wasn't -- no.  None of the pictures were

4   there.  If it was your law office, it was -- none of

5   those pictures were there.

6       Q.   Okay.  So you didn't receive this particular

7   letter?

8       A.   No, sir.  If I had, I would have recognized

9   Boots.  Like when Mr. Kverne showed me Boots, I, I --

10  "Yeah, that's Boots."  I said instantaneously, you know?

11      Q.   Okay.  Going back to the day of the incident, I

12  have to ask you this question.  I'm not trying --

13      A.   Yes.

14      Q.   -- again to offend you.

15      A.   Go on.

16      Q.   Were you under the -- had you been drinking or

17  using any narcotics on that day?

18      A.   No, sir.

19      Q.   And do you wear glasses or require glasses?

20      A.   No, sir.

21      Q.   All right.  We're almost done from my end.  Is

22  there anything that we haven't discussed that you feel

23  like -- I mean, other than the layout of the bathroom, is

24  there something that you think I'm not understanding or

25  that you want to convey about this incident?  Is there

Michael Marceau
October 17, 2024

Page 102

 1    anything else?

 2         A.    No, sir.  I've explained everything exactly how

 3    it -- so you guys get a better understanding of the

 4    cameras, okay?  The bathroom set up, the dorm set up, all

 5    right?  The view from the officers' booth all the way

 6    down, okay?  The sound, you know, there's nothing more I

 7    can tell you.

 8         Q.    And with Mr. Currie, how well did you know him

 9    prior to the incident?

10         A.    Well, like I said, I got there March.  He was

11    already in the dorm, so between that -- there and then,

12    you know, respectful, he was nice guy, you know, when he

13    went by you, "Excuse me, please, and "Thank you," if, if,

14    you know, that much.  That was it.

15              I didn't know his personal life, he didn't know

16    mine, you know.  We didn't sit down and hang out

17    together, you know, because is -- it's --

18         Q.    Did you know --

19         A.    Down here -- like I said, I'm, I'm raised in

20    New York, so it's way different.  So down here, these

21    dudes are very homophobic, okay?  And if you're straight,

22    you're not supposed to be around the homosexuals, okay?

23    If you're gay, you're not supposed to be around straight

24    guys.

25              It's, it's stupid down here, okay?  I hate that

Michael Marceau
October 17, 2024

Page 103

1  I got caught up down here.  I wish I was back in New

2  York, but that's besides the point.  But overall, from

3  what I've seen, he's very respectful dude, all right?

4  And, you know --

5      Q.   Did you otherwise know him to be a violent

6  person?

7      A.   Not that I ever heard of, no, or ever seen.

8  That was the first time I ever seen get into that, or

9  even get, like, foul with anybody.

10     Q.   What about Mr. Williams?  Did you know Mr.

11 Williams as being violent in any way?

12     A.   No.  I didn't know --  I don't know him that

13 well.

14     Q.   Okay.  Did you have any sense of Mr. Williams

15 as being respectful, a nice guy, anything like that, or

16 you just didn't know?

17     A.   Respectful.

18     Q.   Okay.  And what about Mr. Gaddis?  What was

19 your knowledge of him?

20     A.   I didn't really interact with him.  I didn't

21 know him that well, at all.  Overall, they -- overall

22 into this incident, okay, like, I would keep saying that

23 this dorm we had was very respectful, okay?  Which is

24 rare down here for these dorms, all right?  Mostly,

25 everybody's on, on that, "Me, me, me," or "I got shit

Michael Marceau
October 17, 2024

1  going on," okay?  "I don't care what you got going on,

2  don't mess it up.  I got stuff going on, whether you got

3  stuff going on or not," all right?

4          Ain't about respect down here, all right?  And

5  I'm not on that, and we actually had a dorm, up to that

6  incident, that was so very respectful, bro, okay?  And

7  that incident, like, did mess it up for a little bit, but

8  then we've kind of got it back in order, you know, and

9  went on -- and went on living after, after a few days,

10  but up until that incident, everybody was respectful with

11  each other.

12      Q.   Do you know whether Mr. Currie was going into

13  the bathroom to have sex with his boyfriend?  Do you have

14  any idea why he was going in there?

15      A.   No.

16      Q.   Okay.  I'm just looking through my notes to see

17  if I have any further questions.

18      A.   Yes, sir.  Not a problem.

19      Q.   And I really appreciate your patience.

20      A.   Don't mind.  I raise three kids.  I understand.

21  So you have a lot -- to have a lot of patience in here,

22  okay?

23      Q.   We talked earlier about the Class A blue shirt

24  you said Mr. Currie was wearing.  Do you remember what

25  type of -- do you remember if he was wearing shoes of any

Michael Marceau
October 17, 2024

Page 105

1  kind or flip flops or anything when he was in the

2  bathroom?

3        A.   Cannot I recall that.  Because that's the only

4  thing that would be -- have been obstructing my view,

5  from his, like, knees down, okay?  Because the bunks, the

6  single bunks, are up to -- up to your knees, depending on

7  how tall you are.  He's short, so.

8        Q.   Got it.  And you said before that you don't

9  recall seeing him in a T-shirt.  When he was on the bunk,

10  do you have any image of him on the bunk?  I know that he

11  was bleeding, but what do you remember of -- tell me what

12  you saw.

13        A.   All right.  After he started yelling across the

14  dorm, back and forth with the -- with the -- with the

15  Latin King guys, all I saw him -- we were paying more

16  attention to how much he was bleeding, okay, and how he

17  was bleeding everywhere, all right?  I wasn't paying

18  attention to what he was wearing, okay?  I was more

19  scared that fucking -- he was going to die, you know?

20        Q.   Yeah.

21        A.   As in, that, that would be worse for us in

22  there.

23        Q.   Why do you say that?  What does that mean?

24        A.   Because if they lock down the, the facility for

25  three days or -- and, and all that extra stuff, we won't

Michael Marceau
October 17, 2024

Page 106

 1  be able to get off our bunks, won't be able to use a

 2  phone, call contact our families, do nothing, okay?  We

 3  don't want to go through that, you know?  Even though

 4  they did do that, because of what happened, but, you

 5  know, if we could avoid it, we, we try to, you know?

 6      Q.   This is hopefully the very last thing.  I'm

 7  going to share my screen.  You were shown this individual

 8  earlier, Richard Utria.  I think you said that you don't

 9  remember anything about him.  Do you remember him being

10  attacked at all on that day?

11      A.   No, I don't remember.  I don't -- I don't even

12  remember who he is, bro.

13      Q.   Okay.  All right.  Do you remember someone

14  referred to as the Colombian?

15      A.   No, no, because there is -- there -- there's

16  more than one Colombian in the dorm.  They're all called

17  Colombian.  And I call Colombian, all the Colombian, they

18  would be called Colombia.

19      Q.   Colombia.

20      A.   Yeah.

21      Q.   All right.  And when the incident with Mr.

22  Currie was going on close to the toilets and all the

23  sinks and all that, how close were you to the security

24  booth?

25      A.   My bunk is -- my bunk is directly --

Michael Marceau
October 17, 2024

Page 107

1        Q.    Do you get up --

2        A.    My bunk is directly in the middle of the dorm.

3        Q.    Did you get up in your bunk and go closer to

4    the incident, or you stayed at the bunk?

5        A.    I can see perfectly clear from my bunk.  Maybe

6    I may -- I may have went probably to the next bunk

7    closer, okay, maybe one or two closer, but that's it.

8    Otherwise, I stay mostly between that bunk and my bunk,

9    and you can see everything perfectly right there.  The --

10   my, my bunk is directly in the middle of the dorm, across

11   and diagonal and horizontally.  I'm directly in the

12   middle.  145 single.

13       Q.    Okay.  All right.  I don't have any other

14   questions.

15                    REDIRECT EXAMINATION

16   BY MR. KVERNE:

17       Q.    I just have a couple.

18       A.    Yes, sir.

19       Q.    Mr. Marceau, do you remember anyone --  what

20   major injuries do you remember people receiving as a

21   result of this?  Obviously, we've talked about Mr. Currie

22   being stabbed multiple times and stuff.  Do you remember

23   if Mr. Brandon Williams received any injuries?

24       A.    I think he got stabbed once.

25       Q.    Okay.  Do you remember where?

Michael Marceau
October 17, 2024

Page 108

1      A.    No, I don't remember where.

2      Q.    Okay.  Do you remember anyone getting cut in

3  the face or anything?

4      A.    No.  I remember people getting punched in the

5  face and having bruises on their face and having black

6  eyes.

7      Q.    Do you remember anyone receiving a major cut in

8  their face where you could have seen in through the jaw

9  or anything like that?

10      A.    Not that I recall.  No.

11      Q.    Okay.  So the only really significant injuries,

12  at least with stab wounds or knives, were to Mr. Williams

13  and Mr. Currie?

14      A.    Yes, sir.

15      Q.    Okay.  Give me one moment.

16      A.    Yes, sir.

17           MR. KVERNE:  I don't think I have any more

18      questions.  Mr. Tarjan, do you have any follow-up

19      based on what I asked?

20           MR. TARJAN:  I do.

21                     RECROSS EXAMINATION

22  BY MR. TARJAN:

23      Q.    You were talking about Mr. Williams getting

24  stabbed.  Did you ever see Mr. Williams get stabbed?

25      A.    No.  I just saw him bleeding.

Michael Marceau
October 17, 2024

1    Q.   Okay.  Did you see Mr. Williams ever jumping

2  over a bunk?

3    A.   No, because he, he, he had a direct line up, up

4  the aisle and into right there.  He was on the -- he's on

5  the wall, slept on a wall by the -- facing the, the, the,

6  the showers.  It was on the left side, okay?  And he slept

7  closer to the, the, the showers than I did.

8    Q.   Did you ever --

9    A.   He was able to reach out the showers on the

10  wall.

11    Q.   Did you ever see anyone chasing Mr. Williams at

12  any point?

13    A.   Can't recall.

14    Q.   Okay.  And earlier we spoke about Chad Shaw.

15  Do you remember him getting involved in any way?

16    A.   I don't remember.

17    Q.   Okay.  Are you saying no, he didn't get

18  involved, or you just don't remember him getting

19  involved?

20    A.   I don't remember.  Just don't remember, sir.

21    Q.   Okay.  I have no further questions.

22         MR. KVERNE:  Okay.  Thank you, Mr. Marceau, for

23         talking with me.  One last thing that I do want to

24         go over, is I want to go over -- basically, the way

25         this is going to happen is, as I indicated before,

Michael Marceau
October 17, 2024

Page 110

1  the court reporter is basically creating a

2  transcript of what's being said here.

3       You have the right to be able to read a copy of

4  the transcript to make sure that everything that she

5  recorded is accurate.

6       THE WITNESS:  Yes, sir.

7       MR. KVERNE:  Or you can waive the reading of

8  that, and you can trust everything, that she

9  recorded everything accurately, okay?  If you wanted

10  to read it, basically, there's a form attached.

11  It's called an errata sheet, where you can basically

12  make minor changes to things.

13       So, for example, let's say you said he and the

14  court reporter recorded she, you could make a change

15  like that, but you couldn't change the entire

16  substance of answers.  If you did, myself or Mr.

17  Tarjan can come back and talk with you about it,

18  okay?

19       THE WITNESS:  Yes, sir.

20       MR. KVERNE:  With that in mind, do you want to

21  read a copy of it to make sure that it's accurate,

22  or you trust the court reporter recorded everything

23  accurately?

24       THE WITNESS:  I would like to read it, but I do

25  trust her.  That, that doesn't doubt that I have no

Michael Marceau
October 17, 2024

Page 111

1    trust and no faith in her, but I do, would like to

2    read it though.

3          MR. KVERNE:  That's fair.  Okay.

4          THE WITNESS:  And my only issue is that, okay,

5    I'm currently in confinement.  I don't have issues

6    to stamps, to send it back.

7          MR. KVERNE:  No, no, no.  So this is the way it

8    would work.  I would get it -- I would get the copy

9    of it, I'd arrange for your classification officer

10   to be able to -- for you to be able to read it, make

11   sure that there's anything, fill out the form.

12         THE WITNESS:  Like, kind, kind of like this?

13         MR. KVERNE:  Yeah.  Kind of like this.

14         THE WITNESS:  Okay.

15         MR. KVERNE:  Fill out the form, and then your

16   classification officer would return it to me.

17         THE WITNESS:  Okay.  Yes, sir.

18         MR. KVERNE:  So you would like to read a copy

19   of it?

20         THE WITNESS:  Yes, sir.

21         MR. KVERNE:  Okay.  Then Madam Court Reporter

22   will arrange for him to be able to read it.  Just

23   provide us a copy and then we'll arrange for him to

24   read it and we'll get it to you, okay?

25         THE REPORTER:  Okay.  And will you be ordering

Michael Marceau
October 17, 2024

Page 112

1     the original?

2            MR. KVERNE:  We will be ordering, yes, we will

3     be ordering a copy of it and same thing, electronic.

4            THE REPORTER:  Okay.  And Mr. Tarjan?

5            MR. TARJAN:  Yeah, we'll order electronic copy.

6     And I actually have one more question I would like

7     to ask --

8            MR. KVERNE:  Sure.  Go ahead.

9            MR. TARJAN:  -- if Mr. Kverne has no objection.

10           MR. KVERNE:  Yeah, no objection.

11                       RECROSS-EXAMINATION

12    BY MR. TARJAN:

13       Q.   Mr. Marceau?

14       A.   Yes, sir.

15       Q.   Do you remember whether there was any blood in

16    the bathroom after this incident?

17       A.    In front of it.  I can't recall inside, because

18    we had to be on our bunks that -- while we -- while they

19    cleaned it up.  They had to bring in somebody in medical

20    that's trained to clean up the blood to come and clean it

21    up.

22       Q.   Okay.  All right.  When you say in -- when you

23    said in front of it, what area do you mean?

24       A.    In between before the bunk start and before --

25    and before you -- the entrance of the shower area.

Michael Marceau
October 17, 2024

Page 113

1  That's where most of the fight took place.

2      Q.    Okay.  Was there a lot of blood?  Do you know?

3      A.    Yeah.

4      Q.    In that area?

5      A.    Yeah.  Yes, sir.

6      Q.    All right.  No further questions.  Thank you

7  very much.  Appreciate your time, Mr. Marceau.

8      A.    Yes, sir.

9          MR. KVERNE:  Thank you, Mr. Marceau, for

10     talking with us.  Madam Court Reporter, we're going

11     to conclude the deposition at this point in time.

12          THE REPORTER:  We're off the record.  The time

13     is 3:26 p.m.  Thank you.

14     (Deposition concluded at 3:26 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Michael Marceau
October 17, 2024

Page 114

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6        I, the undersigned authority, Bridgitt Myers, Notary

7    Public, certify that MICHAEL MARCEAU remotely appeared

8    before me and was duly sworn on October 17, 2024.

9        WITNESS my hand and official seal this 25th day of

10   October 2024.

11

12

13    _____

14    Bridgitt Myers
      Notary Commission RON/MI
      Commission Expires: July 6, 2029

15

16

17

18

19

20

21

22

23

24

25

Michael Marceau
October 17, 2024

Page 115

1                    CERTIFICATE OF DIGITAL REPORTER

2

3          I, BRIDGITT MYERS, a Digital Reporter and Notary

4    Public within and for the State of Florida, do hereby

5    certify:

6

7          That the foregoing proceeding hereinbefore set forth

8    was accurately captured with annotations by me during the

9    proceeding.

10

11         I further certify that I am not related to any of

12   the parties to this action by blood or marriage, and that

13   I am in no way interested in the outcome of this matter.

14

15         IN WITNESS THEREOF, I have hereunto set my hand this

16   16th day of October, 2024.

17

18

19   _____

20   Bridgitt Myers
     Notary Commission RON/MI
21   Commission Expires: July 6, 2029

22

23

24

25

Michael Marceau
October 17, 2024

Page 116

1  OCTOBER 25TH, 2024

2  MICHAEL MARCEAU c/o ERIK KVERNE
   THE CAPITOL, SUITE PL-01,
3  TALLAHASSEE, FLORIDA 32399
   IN RE:  DEVON CURRIE v. MICHELLE MCKINNIE ET AL.
4  CASE NO.: 5:23-cv-183-TKW/MJF

5  Please take notice that on the 17th day of October 2024,
   you gave your deposition in the above cause. At that
6  time you did not waive your signature.

7  The above-addressed attorney has ordered a copy of
   this transcript and will make arrangements with you to
8  read their copy. Please execute the Errata Sheet,
   which can be found at the back of the transcript, and
9  have it returned to us for distribution to all parties.

10 If you do not read and sign the deposition within 30
   days, the original, which has already been forwarded to
11 the ordering attorney, may be filed with the Clerk of
   the Court.

12
   If you wish to waive your signature now, please sign
13 your name in the blank at the bottom of this letter and
   return it to the address listed below.
14 Very truly yours,

15 Bridgitt Myers
   Lexitas Legal
16 fl.production@lexitaslegal.com
   I do hereby waive my signature.

17

18 _____
   MICHAEL MARCEAU
19 Job No.:  380879

20

21

22

23

24

25

Michael Marceau
October 17, 2024

Page 117

1                          ERRATA SHEET

2                     DO NOT WRITE ON THE TRANSCRIPT
                      ENTER CHANGES ON THIS SHEET
3
     DEVON CURRIE v. MICHELLE MCKINNIE ET AL.
4    Deponent:  MICHAEL MARCEAU
     Date of Deposition:  October 17, 2024
5    Case No.:  5:23-cv-183-TKW/MJF

6    PAGE        LINE              REMARKS

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
20   are true.

21
     Signature of Witness: _____
22
     Dated this _____ day of _____ , _____
23
     Email to fl.production@lexitaslegal.com
24

25   Job No.:  380879

Michael Marceau
October 17, 2024

---

**1**

**10**
25:4
26:8,
10,11,
13 69:7
80:20,
23
88:7,
10,13

**100**
26:12
52:6,7
54:23
95:7

**10:30**
52:4
86:11

**11:00**
86:11

**127714**
34:15

**130662**
42:8

**145**
20:5
41:7
107:12

**15**
84:21
85:5,7

**17**
4:3

**17th**
7:5

**183499**
40:23

---

**1:06**
4:1,3

---

**2**

**2**
80:20

**20**
85:5,7

**2022**
9:13
44:23
45:1,3,
5

**2023**
45:7

**2024**
4:3 7:5

**20th**
9:13
45:1

**2:36**
81:10

**2:44**
81:13

---

**3**

**30**
80:20
88:5

**347470**
40:7

**37428**
6:22

**3:26**
113:13,
14

---

**3:36**
81:8

---

**4**

**4:00**
91:11

**4:30**
52:3
91:15,
16

---

**5**

**5**
25:4
26:11,
13 69:7
80:20
88:7

**5'2"**
24:8

**5'9"**
22:14

**565863**
41:11

**5:23-cv-
183-tkw/
mjf**
6:6

---

**6**

**60**
87:19

---

**8**

**80**
87:14

---

**80some**
87:14

**8:30**
91:10,
14,16

---

**A**

**a.m.**
91:10,
14,16

**A51859**
4:12
33:21,
23

**ability**
9:4

**accommod
ation**
50:15

**accurate**
110:5,
21

**accurate
ly**
110:9,
23

**ACI**
45:8,
11,12
77:21

**acknowle
dge**
97:25

**act**
82:25

**acting**
95:23

---

**action**
57:19

**activity**
82:15

**actual**
38:7

**adamant**
97:6

**addition**
55:11

**addition
al**
24:1

**adrenali
ne**
12:8
28:10
97:19

**affirm**
5:7

**African**
72:15,
16,20

**afternoo
n**
4:4
5:18

**afterwar
d**
86:6

**agree**
4:7,18

**agreed**
10:12

**agreemen
t**
10:9,16
19:6

---

**ahead**
44:8
49:4,
12,13,
14
52:17
59:13
74:11
112:8

**aisle**
46:2
109:4

**alcohol**
8:24

**Alfonza**
41:2,9

**Alfredo**
35:25
36:9,11

**alias**
39:11
68:1

**aliases**
39:23
40:16
42:12

**allowed**
10:7
51:21
52:2
77:11
88:22
93:5

**alright**
12:21
64:4

**altogeth
er**
53:18

American
72:15,
16,20
amount
87:23
88:6
angled
76:3
answers
110:16
Antoinette
91:21,
22
anymore
68:14
anytime
52:3
Apalachee
9:15
92:15
apologize
64:23
65:1
93:12,
14
appearance
4:16
appreciates
6:2
area
13:8,
10,17
17:2
18:12

19:1,4,
8 20:21
25:2
30:6,7
47:9
49:10
50:18
60:4
62:7,9
63:8
64:1,4,
9,10,13
65:13
71:4,
14,17
73:12
74:4,
19,22,
24,25
83:9
85:22
94:14
112:23,
25
113:4
areas
21:2
91:7
arguing
20:7
71:2
argument
13:7
20:16
21:3
38:15
48:11
arms
29:6
arrange
111:9,

22,23
arrested
12:15
arrived
25:23
26:1,3,
15
27:4,7,
8 85:8
94:3
arriving
31:13
ass
63:12
assigned
4:6
assist
68:11
assisted
69:19,
20,21
assume
46:11
59:4
85:9
assuming
17:18
attached
110:10
attacked
19:24
21:18
37:6
41:19,
25 72:3
106:10
attacking
35:11

61:16
attacks
55:3
attention
77:17,
18
78:16
82:11,
16 83:9
87:25
96:10
97:25
105:16,
18
Attorney
4:23
5:19
average
87:23
avoid
18:1
106:5
aware
78:1
80:11

—————

**B**

back
12:6
13:1,12
17:15
18:12
20:8
21:24
22:24,
25 23:1
25:2,7,
18,19

28:3,16
40:8,10
44:22
45:12,
14 48:9
49:6,7
50:1,2
51:8,11
53:10,
17,18
55:1,7,
11,14,
17 56:3
58:10,
20
59:14,
16
64:25
70:11,
12
71:11,
13,14
75:3
77:19
81:16
89:5
92:7
94:17,
24 95:5
96:11
99:10
101:11
103:1
104:8
105:14
110:17
111:6
backing
19:19
95:10
backward

39:17
bad
12:7
28:14
37:21
100:1
badly
29:9
95:24
based
8:18
13:25
79:15
108:19
Basic
96:20
basically
8:18
21:8
42:21
56:8
57:18
61:5
75:4
79:18
80:24
89:9
90:5
96:19
109:24
110:1,
10,11
basing
70:7
bath
19:9
bathing
13:17

| | | | | | |
|---|---|---|---|---|---|
| **bathroom** | **bathroom s** | 63:12 | 21:1,9, 11 | **blood** | 73:1,8, 16,19, 23 |
| 13:4,6, 18,21 | 15:21 | **bigger** | 51:5,6, 18 | 80:12, 17 | 76:2,4, 6,7 |
| 14:1,3, 8,13 | 18:10 | 76:15 | 53:6,7 | 112:15, 20 | 77:3,4 |
| 15:10, 11 | **bay** | 92:7 | **blankets** | 113:2 | 78:12 |
| 16:18, 20,25 | 48:21, 22 | **birdbath** | 18:21 | **blow** | 79:4,5, 8,22 |
| 17:11, 12,19, 23 18:4 | **beat** | 17:3 | 51:19 | 57:7,12 | 82:11, 24 |
| 19:22 | 61:10 | 51:4,14 | **bleeding** | 60:10 | 83:4, 18,20 |
| 22:5,7, 8,18 | **beating** | 52:10, 19 | 12:7 | 65:22 | 84:2,4 |
| 24:16 | 24:18 | 53:2,3 | 28:5,13 | **blows** | 85:14, 16 |
| 37:25 | **bed** | 60:1,4 | 29:8 | 55:3 | 86:15, 19 87:2 |
| 38:1 | 28:8 | **birdbath s** | 54:22, 24 | **blue** | 96:6 |
| 45:20, 24 | 54:19, 24 97:8 | 18:19 | 95:9,24 | 54:7,9, 21 68:1 | 102:5 |
| 48:4,8 | **bedding** | 71:1,6 | 97:5 | 104:23 | 106:24 |
| 49:16, 18,23 | 73:12 | **bit** | 105:11, 16,17 | **blues** | **Boots** |
| 53:17 | **beef** | 13:1 | 108:25 | 53:22, 23,24 | 12:4 |
| 54:12, 14 | 81:24 | 15:9 | **blew** | **body** | 23:16 |
| 55:2,3, 4 56:5, | **began** | 22:16 | 99:15 | 50:22 | 33:6 |
| 6 62:4, 5,10, | 4:1 | 48:19 | **block** | 59:2 | 69:23 |
| 13,22 | 21:4,8 | 55:12 | 25:16, 17 | **books** | 99:19, 20,22, |
| 67:19 | 45:20 | 76:15 | 50:17 | 78:19, 20 79:2 | 24 |
| 73:24, 25 | 46:3 | 104:7 | 53:10 | **booth** | 101:9, 10 |
| 94:14 | **beginnin g** | **black** | 82:25 | 20:12, 13 | **borrow** |
| 101:23 | 45:3,4 | 11:16, 19 | 83:24 | 25:6,17 | 78:22, 24 |
| 102:4 | 73:2 | 29:14, 15,21, 23 | 84:4 | 27:10 | **bothered** |
| 104:13 | **behaved** | 37:18 | **blocked** | 30:17 | 77:19 |
| 105:2 | 78:5 | 76:23 | 59:10 | 47:11, 13 | **bottom** |
| 112:16 | **bell** | 82:6,7, 8 92:25 | 74:2 | 49:8,16 | 87:16 |
| | 42:13 | 99:24 | **blocking** | 50:4 | **boxers** |
| | **big** | 108:5 | 20:10 | 51:2 | 60:18, 21 |
| | 11:23, 25 | **blanket** | 25:5 | 56:1 | |
| | 31:20 | 17:4 | 50:18 | 72:9, 12,15, | |
| | 37:20 | 18:13, 23 | 63:17, 18,19 | 20,24 | |
| | 48:15, 18,20 | 20:21 | 83:23 | | |
| | | | 96:6 | | |

boxes
  60:24
  61:12
boy
  37:21
boyfriend
  10:5,6,
  8 11:15
  12:17,
  18
  15:15
  17:10,
  19 18:3
  19:15,
  21
  21:19
  46:9,21
  48:2
  56:14,
  15,20,
  21
  58:12
  104:13
Brandon
  42:2,6
  68:6,10
  107:23
break
  8:8,9
  58:8
  81:2,6,
  8
breaking
  55:12
bred
  64:3
Bridgitt
  4:4

briefly
  9:12
bring
  51:15,
  17
  78:21
  91:7
  97:20
  112:19
bro
  54:24
  99:25
  104:6
  106:12
broke
  22:1
broom
  64:15
  65:23
  66:15,
  24,25
  74:24,
  25 80:8
brooms
  64:10
  66:5,
  14,21
  75:1
broomstick
  29:19
  69:14,
  16
broomsticks
  24:21
  66:15
brother
  18:22
  21:6,13

36:25
  37:5
  43:16
  47:20
brother's
  60:24
brothers
  11:20
  17:23
  22:23
  58:16
Browns
  92:22
bruises
  108:5
bubble
  30:7
bum
  29:5
bunch
  11:24
  23:24
  24:14
  26:6
  31:17
  82:15
  83:3
  92:22,
  23
bunk
  12:20
  20:5
  28:21
  29:2
  33:20
  45:21
  70:5,11
  71:10,
  16

87:12
  88:19
  95:21
  97:18
  105:9,
  10
  106:25
  107:2,
  3,4,5,
  6,8,10
  109:2
  112:24
bunks
  22:25
  28:20
  41:7
  45:25
  46:2
  48:23,
  24 64:8
  87:15,
  18
  88:20,
  22
  89:1,3
  95:23
  97:10
  105:5,6
  106:1
  112:18
busted
  29:21
  37:19
busy
  79:3
butt
  37:21
button
  84:10,
  12

butts
  24:23
buzzed
  76:10

_____

C

call
  17:3
  18:19
  47:8,9
  51:4
  52:10
  75:18
  82:2,3
  84:10
  91:19
  106:2,
  17
called
  12:1
  39:12,
  25
  46:12
  54:3
  96:4,8
  99:24
  106:16,
  18
  110:11
calling
  62:22
  96:16,
  18
callout
  31:8
  47:1,6
callouts
  46:23
camera

27:14
  74:20
  75:6
  84:4
cameras
  25:20
  27:11
  73:10,
  13,15,
  16
  74:12
  75:9,21
  76:13,
  23
  79:19
  83:24,
  25
  102:4
canteen
  47:5
capabilities
  76:19
captain
  98:8,
  11,13,
  18,20
caption
  5:2
card
  93:20
cards
  93:18
care
  67:14
  104:1
case
  4:11
  6:5,8

category
54:3
Caucasian
72:15
caught
103:1
caused
96:2
ceiling
84:1
cell
76:9
central
4:4
Chad
40:7
70:13,
16,18,
22,25
109:14
chance
97:17
change
89:24
90:3
110:14,
15
changed
5:2
Charles
34:12
69:24
70:10
chasing
109:11
check
31:7
96:22,

25
97:4,13
98:3
chest
12:6
28:4
chill
28:18
City
6:7
clarify
55:13
63:6
65:8
Class
54:4,5,
8,19
104:23
classifi
cation
47:3
111:9,
16
clean
75:2
112:20
cleaned
112:19
cleansing
71:14
clear
11:8
20:9
36:9
38:12
39:6
45:25
46:1

66:12
75:9,
11,14
76:15
83:6
88:1,14
89:2
107:5
clearer
20:14
click
84:9
close
76:17,
22 97:9
106:22,
23
closed
50:6
closer
82:20
107:3,7
109:7
cloth
16:24
17:11,
19
co-
counsel
4:25
Cochran
98:18,
20
Colombia
106:18,
19
Colombia
n
106:14,

16,17
color
76:23,
25
77:1,3
command
90:21
common
92:17
commotio
n
25:8
complete
ly
63:5
93:4,7,
9
complexi
on
24:9
concept
79:8
concern
99:7
100:10,
19
conclude
113:11
conclude
d
113:14
confinem
ent
111:5
confuse
63:3
contact
106:2

contacte
d
99:8
continue
d
11:14
86:6
continui
ng
25:23
control
27:9
30:6
convey
101:25
cool
14:19
cops
12:1,15
copy
110:3,
21
111:8,
18,23
112:3,5
corner
18:11
40:9
correct
5:20
7:2,5
33:16,
21
96:14
correcti
onal
9:16
71:23

Counsel
4:16
5:14
count
86:1,5,
10,13,
14,17,
20,22,
24
87:4,6,
7,8
88:1,8,
10,13,
14,15,
17 89:6
counting
88:3
counts
89:7
couple
7:7,12
26:4
28:1
32:3
60:11
61:14
107:17
court
5:2
7:17
8:11
98:10
110:1,
14,22
111:21
113:10
cover
53:8
covering
16:24

21:1
60:21
**covers**
51:5
**crazy**
37:22
**creating**
7:17
110:1
CROSS-
EXAMINAT
ION
44:10
**crosses**
31:7
56:2
**cuffing**
29:4
**Currie**
4:12
5:3 6:5
16:4,19
17:10,
18 18:3
19:21
21:18
33:7
34:4
41:19,
24 46:8
48:3,7
53:16,
21
54:18
55:14
56:18,
21
57:9,
20,25
58:6,8,

10,19,
20
59:1,3,
16,18
61:16
65:22
66:19
67:20
68:12,
23 72:3
74:13
80:9,24
86:5
94:7,11
95:19
96:21
97:8,
13,24
99:12
100:7,
16
102:8
104:12,
24
106:22
107:21
108:13
**Currie's**
56:8
99:18
**cut**
74:3
108:2,7

———————

D

**D10151**
37:2
**Damn**
37:20

**dark**
53:9
85:12
**day**
9:24
20:9
24:24
31:12
42:22
52:13
75:15
76:4
77:17
81:21
83:5,6,
7,10,
14,19
91:10
101:11,
17
106:10
**days**
104:9
105:25
**DC**
4:12
6:21
32:10,
18
33:21
34:15
36:2
37:2
38:8,
20,25
40:7,22
41:11
42:8
87:10,
11

**dead**
97:20
98:5
**deal**
89:13,
25
**defend**
12:9
61:11
**Delilia**
92:1
**Delisia**
71:22
**depending**
76:5,
17,18
77:15
105:6
**depends**
50:24
87:9
88:24
89:3
93:22
**depo**
32:20
**depos**
24:10
**deposed**
7:8
**deposition**
4:9
7:1,5
47:25
113:11,
14

**depositions**
7:13
**depositionwise**
7:9
**describe**
22:10
**describing**
47:25
**design**
62:20
**Devon**
4:11
5:3 6:5
10:2
15:15,
23 16:4
23:8,16
27:22
29:2,16
33:6
38:15
41:17,
19
43:22,
24 66:2
69:20,
21
81:16
82:1,8,
14 85:2
94:22
95:1
99:12,
18
100:16
**diagonal**
107:11

**die**
105:19
**died**
12:22
28:8
29:8
**difference**
92:8
**digital**
76:14
**direct**
5:16
56:8
109:3
**direction**
63:8
72:6
73:4,7
**directive**
94:7,11
**directly**
50:24
73:25
76:12
80:1
83:4
106:25
107:2,
10,11
**disciplinary**
75:17
**disciplined**
75:19

discussed
101:22
dispute
13:4
disrespect
89:14
90:15
distract
25:18
82:24
83:8,
18,20
distracted
77:25
District
6:7
Division
6:7
document
38:18
39:23
Doe
4:13
dog
6:22
door
13:9
18:18
20:22
46:24
47:10,
11,12,
13,14
64:6,11
70:7
76:7,10

doors
50:6,7,
8
doorway
20:17,
19
Dora
99:21
dorm
9:16,19
10:7,9
13:19
16:7,
13,15
20:6,7,
8,15
23:4,17
25:1,2
28:24
30:4
33:25
34:10,
11,13
40:5,6
41:6
44:25
45:15,
16
46:22
47:15,
18
48:10,
14,15,
21,22
54:11
55:19,
21,22,
25 56:3
71:3
72:18
73:11

75:16,
18 76:2
77:14
78:2,5
79:12,
13,15,
20
82:10
83:9
84:19
85:22
87:4,
13,15
89:7
90:17
91:4,5
94:11,
18
97:6,15
98:15
102:4,
11
103:23
104:5
105:14
106:16
107:2,
10
dorms
13:15
88:15
103:24
double
46:2
48:24
87:15
doubt
74:15
79:18
110:25

drawer
80:3
dressed
53:21
54:19
60:3,19
drinking
101:16
dripping
80:17
drop
69:3
drugs
8:24
dry
60:17
dude
10:2
15:12
29:15
34:11
55:8
57:15
59:9
71:21
103:3
dudes
15:15
28:16
68:20,
24
102:21
dudes'
38:13
duly
5:12
duty
98:13

E

earlier
39:18
44:2
81:15
82:9
91:25
104:23
106:8
109:14
early
100:14
easily
18:24
47:8
east
45:12,
14
100:12
easy
47:6
echoes
55:23
elapse
48:5
elapses
80:10
electronic
112:3,5
embarrass
44:16
end
37:18
45:2
49:8,9,

19,20
56:5
58:20
101:21
ended
13:14
58:24
endless
18:21
ends
59:1
enter
18:4
19:7
33:13
entered
17:11
19:21
entering
16:19
entire
31:1
69:5
73:10
77:14
110:15
entrance
13:14
63:18
64:3
70:6
74:19
112:25
Erik
4:21
5:18
errata
110:11

Michael Marceau
October 17, 2024

essentially
  58:7
et al
  5:4
evening
  86:2,13
event
  9:13,
  15,17
  31:1
eventually
  18:4
  25:10,
  22
everybody's
  103:25
EXAMINATION
  5:16
  107:15
  108:21
examined
  5:12
excuse
  35:5
  39:2
  75:22
  102:13
exited
  97:15,
  16
experience
  78:12
explain
  18:8

39:10
62:24
65:18
67:7
explained
  102:2
Explorer
  99:21
extensions
  92:11
extra
  105:25
eye
  29:14
  37:19
eyes
  29:21,
  23
  76:18
  108:6

——————

F

——————

face
  4:14
  11:13
  58:2,3,
  4,7
  63:23
  108:3,
  5,8
faced
  20:8
faces
  16:17
  100:2
facility

105:24
facing
  109:5
fact
  57:14
  83:13
failed
  28:10
fair
  15:7
  65:15
  73:15
  93:9
  111:3
faith
  78:1
  111:1
faith-
based
  78:2
fall
  61:4
falling
  61:11
familiar
  40:24
  91:20
families
  106:2
fast
  60:13
feel
  50:17
  101:22
feet
  18:14,
  15 19:2
  64:8

fell
  12:21
  29:5
  33:20
felt
  27:12
  35:4
female
  26:16
  30:19
  31:19
  50:3,15
  72:11
fewer
  78:9
field
  48:17
fight
  13:3
  21:4,8
  22:2,20
  23:1
  28:15
  30:3
  33:17
  41:24
  43:14
  55:2
  61:6,7
  62:8,25
  64:13
  70:8
  73:2
  74:21
  75:4
  85:17
  86:4
  97:14
  113:1
fight's

21:17
fighting
  11:18,
  21
  21:14
  58:8
  60:25
  80:8
  96:1
fightings
  96:1
fights
  58:10
fill
  91:8
  111:11,
  15
finally
  60:2,5
fine
  11:6
  67:14
finishing
  21:6
firm
  4:17
  5:1
five-
minute
  52:9
  81:5,7
flat
  29:5
flip
  105:1
floor
  55:7

58:19,
21,24
59:2,6,
8,18
flops
  105:1
Florida
  6:7
focusing
  78:13
foggy
  75:12
follow-
up
  108:18
foot
  50:18
  74:23
  75:5
footage
  75:16,
  24
football
  48:17
form
  41:21
  42:3
  110:10
  111:11,
  15
forms
  80:4
forward
  65:21
foul
  90:14
  103:9
fourth
  16:21

Michael Marceau
October 17, 2024

free
  47:24
front
  10:11,
  13,17
  13:14
  17:14
  18:20,
  21,23
  49:5,7
  51:11
  53:8
  56:3,6
  60:24
  62:6,7
  64:2,5
  83:4
  112:17,
  23
frustrat
ing
  67:10
FTC
  99:1
fuck
  11:12
  55:17
  56:10,
  19
fucking
  24:8
  105:19
full
  6:12
  54:8

———

G

Gaddis
  34:12,

18
69:24
100:7
103:18
gang
  23:5,6,
  7
  44:20,
  22
  68:21
  81:19
  95:16
gangs
  81:21
  94:6,10
gangster
  37:20
gay
  10:10
  11:18,
  22
  41:13
  102:23
General
  4:23
  5:20
generall
y
  83:14,
  16
get alon
g
  43:10
gist
  64:22
give
  5:7
  12:2
  31:22

32:2,7,
25 43:3
51:7
56:10,
19
80:5,6
90:21
108:15
giving
  94:7,10
glasses
  101:19
glimpse
  73:18
good
  4:4
  5:18
  7:13
  41:12,
  14
  67:13,
  16
  76:18
  100:2
grab
  82:16
great
  24:18
Green
  71:22
  92:1,2,
  14,15
Greens
  92:21
grill
  79:23
ground
  7:12

guard
  14:7
  17:21,
  24
  18:24
  19:23
  21:18
  38:1,2,
  14
  43:15,
  18
  52:22
  55:14,
  15 56:7
guarding
  37:1
guards
  20:11
guess
  12:15
  15:25
  21:5
  23:21
  28:10,
  25
  60:2,4,
  17 70:9
  82:4
  84:13
  87:13
  97:18
gurney
  97:17
guy
  15:13
  16:22
  22:4,
  10,12,
  13,14,
  15
  24:11

34:12
35:20
36:6
37:4,15
41:12,
14
81:16,
17
102:12
103:15
guy's
  36:2
  43:7
guys
  10:3,
  10,14
  11:18,
  22,24
  62:1,
  12,19,
  21
  65:13
  68:25
  70:9
  81:15
  82:8
  94:23
  95:5,
  12,15
  102:3,
  24
  105:15

———

H

H-E-F-F-
N-E-R
  98:11
hair
  92:5,7,
  9 93:2

half
  48:18
  52:8
hand
  5:6
  57:23
handed
  24:23
  37:21
handle
  61:5
  64:16
  65:23
  74:24,
  25
handles
  80:9
hang
  51:8,12
  102:16
hanging
  20:24
  45:23
happen
  79:13,
  14
  109:25
happened
  9:23
  10:1,4
  23:20
  24:15,
  16 27:8
  29:1
  40:9,13
  42:21
  62:18
  63:4
  65:14
  79:12

83:14
84:11
95:23,
25
99:14
106:4
**happening**
22:24
60:13
88:17
**happy**
8:1,9
**hard**
92:19
**hat**
92:6
**hate**
24:20
102:25
**head**
7:19,20
29:15,
18
**heads**
65:19
**hear**
21:15
48:14
55:18,
23,24,
25 56:5
79:7,
13,16
96:21,
24
**heard**
20:6
21:13,
14

24:10
28:17
47:19
48:9
81:20
94:16
96:11
103:7
**hearing**
75:17,
19
**hearsay**
96:20
**Heffner**
98:8,11
**height**
22:15
**hell**
11:13
19:16
21:21
22:1
47:21
94:22
95:13,
15
99:13
100:17
**helped**
38:3,6
41:17
58:18
59:9
63:6
82:8
**helping**
29:16
**high**
63:21

**Hispanic**
72:15
**hit**
29:14,
18
68:25
74:3
84:12
**holes**
79:24
80:1,3,
7
**home**
34:22,
23
35:16
**homophob**
**ic**
14:6
18:2
57:17
60:22
102:21
**homosexu**
**al**
10:11
15:15
18:1
23:4
24:19
37:22
68:18
82:5
**homosexu**
**als**
15:21
102:22
**honest**
34:6
37:22,

24
78:14
**horizont**
**ally**
107:11
**hour**
60:10
**hour-**
52:8
**hurry**
17:16
19:10
52:1

———————
**I**
———————
I-N-N-I-
E
5:4
**ID**
93:18,
20,25
**idea**
86:7,13
104:14
**identifi**
**ed**
4:14
**identify**
32:9,18
**identify**
**ing**
15:3
**ignore**
77:11,
14,20
**ignoring**
19:14
78:17

**image**
87:10
105:10
**immediat**
**ely**
31:13
48:3
**impact**
9:4
**impatient**
17:17
19:5
**imply**
78:4
**implying**
78:4
**important**
42:21
**incident**
9:25
10:3
31:11
35:8
37:19
40:9
45:5,
19,20
46:3
54:14
69:6
70:23
71:8
72:2
77:23
98:12,
16,20,
24
99:2,

11,16
100:11
101:11,
25
102:9
103:22
104:6,
7,10
106:21
107:4
112:16
**including**
81:16
**indiscer**
**nible**
10:21
24:24
43:11
60:9
77:23
96:5
**individual**
33:12,
24
34:21
35:17
36:5,15
37:8
38:4
40:2,18
41:1,
16,18
43:23
50:10
53:16
63:23
69:19
106:7

Michael Marceau
October 17, 2024

11

individuals
  13:25
  22:3
  42:15
infirmary
  47:2,3
influence
  8:24
initial
  38:15
  60:10
  74:13,
  16
initially
  37:4
  43:21,
  24
injured
  27:16,
  19,21,
  23,25
  29:12
  43:19
injuries
  107:20,
  23
  108:11
inmate
  78:21
inmates
  25:15,
  16  51:3
  78:24
  79:15
  90:13
  96:19

inside
  13:6,7
  16:25
  20:18
  30:8,18
  73:12
  112:17
instantaneous
  69:8
instantaneously
  69:6
  101:10
Institution
  9:16
intelligent
  41:14
interact
  80:5
  90:9,18
  103:20
interacting
  90:16,
  20
intimate
  46:13
introduce
  32:17,
  24
involved
  11:22,
  25
  21:13
  22:20

23:7,14
27:13
33:25
34:1,18
35:4,7
36:18
37:5
40:3
41:2,3,
15
43:1,14
46:18
58:12
60:10
61:3,21
62:2
68:13,
23
69:1,5,
25  70:9
81:23
82:4
98:12,
20
109:15,
18,19
involves
  88:15
irritate
  65:10
irritated
  67:5
irritating
  65:18
issue
  10:19
  62:21
  111:4

issued
  51:18
  53:7
issues
  111:5
item
  79:5
items
  78:24

————

J

J-O-H-N
  6:20
Jane
  4:13
jaw
  108:8
job
  7:13
  44:17
jogged
  99:17
jogs
  32:4
John
  6:14
joined
  41:18
  60:5
  61:16
Josh
  4:24
judge
  8:17
July
  9:13
  44:25
  45:5,6

jumped
  19:16
  55:7
  68:14
jumping
  24:17
  109:1

————

K

K86552
  38:23
  39:1
Keppra
  9:2
kick
  16:15
kicked
  59:7,18
kicking
  55:7
  59:7
kids
  99:21
  104:20
kill
  95:12
killed
  68:14
kind
  13:2,
  11,18
  24:25
  29:23
  31:20
  50:21
  54:20
  57:18
  59:10,
  11,14

69:12
78:4,18
81:22
82:19
90:12,
21
94:11
104:8
105:1
111:12,
13
king
  10:4
  11:12,
  16,19
  15:13
  17:13,
  21
  19:9,23
  21:18
  35:1,2,
  6,14,18
  38:7
  39:24
  55:14,
  15
  56:7,13
  68:25
  105:15
kings
  14:3,
  11,13,
  15
  15:2,10
  16:18
  17:22
  22:3,12
  23:25
  24:1,
  15,21
  29:5,

13,20,
22
33:18
57:16
60:22
61:15,
24
62:1,2
66:3,8,
10,11,
13,18
68:20
81:24
94:6,10
99:16

**kissing**
19:15,
22
56:15,
20
57:19

**knees**
105:5,6

**knew**
30:22
39:21

**knife**
35:12

**knives**
24:21
66:6,
16,19,
20
108:12

**knocked**
55:6

**knowledge**
78:11
84:8

91:4
96:18
97:12
103:19

**Kverne**
4:21
5:17,19
6:8,11
8:10,12
12:25
27:2
31:22
32:1,8,
12,14,
17,23
33:2
36:8,
11,14
39:4,9
41:23
42:4,5
44:7
67:22
70:13
72:4
98:25
99:8
101:9
107:16
108:17
109:22
110:7,
20
111:3,
7,13,
15,18,
21
112:2,
8,9,10
113:9

———————

**L**
———————

**lady**
90:11

**laid**
28:7

**language**
35:5

**Latin**
10:4
11:12
14:2,
10,11,
13,15
15:2,
10,13
16:18
17:13,
21,22
19:23
21:18
22:3,
10,12
23:24,
25
24:1,15
29:4,
13,19,
22
33:18
35:1,2,
6,14,18
38:7
55:14,
15
56:7,13
57:16
60:22
61:15,
24,25

62:1
66:3,8,
10,11,
13,17,
18
68:19,
25
81:24
94:6,10
99:16
105:15

**Latino**
82:6

**law**
4:25
100:7,9
101:2,4

**lay**
89:1

**layout**
101:23

**leaking**
28:6
95:24

**leave**
12:11
15:22
45:6
88:19,
22
94:11

**left**
57:23
58:3
63:9
64:6
97:19
109:6

**legal**
51:23

**length**
21:1
51:6

**letter**
99:5
100:5,
6,9
101:1,
2,7

**Lexitas**
4:6

**library**
47:5

**life**
102:15

**lifestyle**
16:14
23:14

**light**
24:9

**lighter**
24:9

**Linkedin**
71:23

**lip**
37:19

**lips**
29:21

**literally**
12:21

**lived**
34:11
40:6
41:6

**lives**
24:24
34:13

40:5
54:11

**living**
104:9

**lock**
105:24

**long**
14:20
20:25
25:3
44:25
53:18,
25
54:1,2
55:8
59:23
60:9
62:15
65:21,
25
69:4,9
77:18
84:18
85:2
87:6
90:2

**long-
term**
46:17

**longer**
92:10

**longest**
23:17
88:1

**looked**
27:10
34:6,8
57:4
93:8
98:4

Michael Marceau
October 17, 2024

13

loose
  22:1
lost
  35:13
lot
  26:4
  54:25
  90:13
  104:21
  113:2
loud
  48:13,
  14 56:4
  90:25
louder
  48:12
lover
  34:3,6
Low
  45:10
lower
  50:21
Lucho
  39:24
Luis
  37:8
  38:8
  39:18
lying
  88:23

_____

**M**

M-A-R-C-
E-A-U
  6:17
M-C-K-
  5:3

M53592
  38:9
mad
  19:12
Madam
  8:11
  111:21
  113:10
made
  23:22
  35:9
  46:6
magazine
  78:20
magazine
s
  78:19
  79:2
magnific
ation
  76:21
mail
  80:4
  99:5
main
  70:8
maintena
nce
  64:7
major
  107:20
  108:7
majority
  82:23
make
  11:8
  15:9
  25:6
  35:15

36:9
38:11
70:21
79:15
110:4,
12,14,
21
111:10
makes
  92:7
making
  10:13
  11:15
  65:16
  77:16
male
  26:16,
  21
  30:19,
  21
man
  41:13
  57:17
  60:22
  72:12
mandator
y
  83:21
Marceau
  4:9,10,
  11
  5:11,18
  6:13,14
  8:13
  32:2
  44:12
  107:19
  109:22
  112:13
  113:7,9

March
  45:3,5
  102:10
mark
  32:23
marking
  32:15,
  21
master
  85:25
  86:1,5,
  10,12,
  17 87:1
  88:12,
  17
matter
  95:7,8
max
  88:7,
  10,14
Mckinnie
  4:12,22
  5:3,23
  6:6
  30:23,
  25 89:6
  90:7,
  17,23
  99:13,
  14
  100:17
medical
  31:3,5,
  6 47:3
  90:10
  112:19
medicati
on
  9:3

medicati
ons
  9:1
member
  23:7
  44:20,
  22 82:2
members
  68:21
memory
  32:4
men
  10:11
  18:1
  23:4
  24:19
  31:19
  68:18
  82:8
mess
  11:25
  86:25
  104:2,7
messenge
r
  94:5,9
Mexican
  24:11,
  13
  35:20
  36:6
Michael
  4:9
  5:11
  6:14
Michelle
  4:22
  5:3,23
Michigan

4:5
middle
  6:18,19
  18:21
  20:5,
  14,24
  46:2
  48:23
  51:11
  69:2
  71:3
  87:18
  107:2,
  10,12
mind
  99:15
  104:20
  110:20
mine
  102:16
minor
  110:12
minute
  46:15
minutes
  25:4
  60:11
  61:14
  69:7,10
  80:20,
  23 81:1
  84:17,
  22
  85:5,7
  87:19
  88:5,7,
  13
mixed
  26:17,
  18,19,

22,23,
24

moment
31:22
32:2
39:2
43:3
44:7
108:15

monitor
75:10

monitors
73:8,
16,19,
23 76:1

Monkey
99:22

months
100:9

mop
64:15
65:23
74:24,
25

mops
64:10
75:1

movement
82:10
83:23

movements
79:15

moving
79:17

multiple
107:22

Myers
4:5

**N**

naked
60:17

named
14:24
36:16
91:20
92:15

names
14:16,
25 15:6
23:9
24:2
31:7
38:13
89:16
92:25
93:17
100:1,2

narcotics
101:17

nature
15:17

necessarily
47:14

neck
28:3

neutron
23:6
81:16,
17
82:2,3

newspapers
78:20
79:1,2

nice
5:24
6:1
90:7,11
102:12
103:15

nickname
12:4
14:24
23:16
24:4
38:21
99:19,
20

nicknames
15:1

night
86:11,
14 89:8
91:9

nighttime
85:11

nobody's
63:3

nod
7:18

Nods
7:20

noise
77:16

noisy
25:7,11

nongang
82:2

Northern
6:6

notary
4:5

notes
104:16

noticeable
25:14

noticed
96:3,12

noticing
96:13

number
4:12
6:8,21
32:10,
18
33:21
34:15
36:2
37:2
38:9,
20,25
40:7,23
41:11
42:8
87:10,
11

**O**

oath
4:19

object
8:16,19
41:21

objecting
42:3

objection
112:9,
10

objections
8:18

obstruct
46:4

obstructed
45:25

obstructing
105:4

obstruction
49:1

occurred
9:13,15

occurs
82:22
84:7

October
4:3 7:4

offend
101:14

offended
57:19

office
4:23
5:19
100:7,9
101:3,4

officer
5:22
25:18
30:8,19
46:24

47:12,
13
49:8,15
50:15
71:23
72:9,
12,15,
24
73:1,8
77:3,7,
25
79:4,7,
21
82:11,
24
83:4,9,
18
84:4,8,
19,24
85:8,
14,15,
16
86:15,
18,20
87:2,3,
7,8
88:25
89:10
90:20
91:21
92:1,2,
15
96:3,
12,13,
16,18
97:14,
23
111:9,
16

officer's

82:16
84:2
89:3

**officers**
25:6,
17,23,
24
26:1,3,
4,6,13,
15,20
27:3,7,
8,15,18
30:4,11
31:14,
18 50:3
51:2,22
53:15
64:6
72:17
77:10,
11
78:12
84:14
85:17
87:10,
11
88:8,
10,13,
25
90:14,
18
91:6,7
93:16
94:2,3
96:8

**officers'**
56:1
76:6
77:4
102:5

**older**
22:12,
14

**one's**
63:24
78:1

**onetime**
46:17

**Oof**
29:7

**open**
19:1
47:10,
11,12
48:20,
21,22
50:7,8

**opens**
47:13

**order**
104:8
112:5

**ordering**
111:25
112:2,3

**original**
112:1

**OS**
34:24

**other's**
8:16

**outcast**
23:5
68:19

**overview**
13:2

─────────
─────────
          **P**
─────────
─────────

**p.m.**
4:1,3
52:3,4
81:10,
13
91:16
113:13,
14

**P2**
9:18,19
13:9,12
45:6
62:20

**PA**
5:1

**pack**
12:11
28:23
94:21,
23
95:1,5,
18

**paid**
87:25

**Panama**
6:7

**panel**
90:12

**panic**
84:9,12

**pants**
53:25
54:1,2,
9

**part**
10:23
50:21

68:18
81:19,
23

**particip
ated**
41:24

**parties**
4:7

**parts**
59:2

**pass**
87:11

**passed**
12:20
97:18

**past**
17:19,
20
21:11

**patience**
104:19,
21

**patient**
16:1
65:2

**Patterso
n**
91:21,
22,23

**Paul**
9:21

**pay**
77:17,
18

**paying**
78:16
83:9
96:10
105:15,

17

**Pedro**
35:25

**Pedro's**
36:10,
12

**people**
13:21
14:22
15:17
17:4
18:1
24:10
27:12
42:18,
25
45:23
46:23
52:6,7,
8 55:23
56:3
67:22
78:4
80:8
82:18,
21,23
83:3,10
84:3
87:14
90:11,
25
100:3,
12
107:20
108:4

**people's**
100:1

**percent**
26:12
54:23
95:7

**perfect**
49:7

**perfectl
y**
49:10,
17
76:16
107:5,9

**period**
52:14
89:6

**person**
11:5
16:5,20
19:9
30:18
38:16
46:10,
21,22
47:17
48:2,3,
8
61:10,
14
67:19
68:4,11
70:18,
19
71:24
72:14,
20,23
73:1
83:11
89:11
103:6

**personal**
102:15

**personal
ly**
96:13

Michael Marceau
October 17, 2024

**Peru**
14:24
24:4,6
37:10,
11,15
38:11
39:21,
25 43:7
60:1,8
61:19

**Peruvian**
24:13
40:1

**phone**
106:2

**photo**
15:2
43:6
93:10

**photos**
14:21,
22
31:23
32:3,20
42:16

**pick**
64:15
65:23
66:5,14
74:20
75:6,21
79:20

**picking**
27:12

**picture**
36:10,
12,15
63:6
70:4
71:19,

23
91:25
92:4
93:4
94:1
99:18

**pictures**
43:1
100:6
101:3,5

**place**
4:18
62:8,25
65:7
70:8
75:7
113:1

**places**
91:8

**plaintiff**
4:25

**planning**
32:17,
23

**plenty**
91:6

**plexiglass**
79:25
80:1
83:8

**point**
19:23
25:1
27:4,
16,19
31:1
52:18,
19

53:11
54:13
56:23
58:1,18
61:15
62:3
65:6
74:20
75:5
85:11
93:10
95:17,
18,20
96:21
97:13
98:15
103:2
109:12
113:11

**pointless**
34:20

**police**
25:8
28:18,
25 29:4
89:12,
13,25
90:1
94:15
95:22
96:7

**positively**
4:14

**possibly**
15:3

**potential**
14:22

15:2
**prepared**
61:6
**present**
40:4,11
41:5
42:17
85:17
**pretending**
83:2
**pretty**
32:19
48:20
69:6
**previous**
32:20
42:4
**previously**
9:12
67:23
**printed**
77:1
**prior**
16:9,19
102:9
**prison**
53:24
**privacy**
50:10,
15,19
51:16,
25
53:13
63:20
**private**
53:12

**probation**
35:3,14
**problem**
7:24
104:18
**procedures**
86:22,
24
**proceed**
5:15
**proceeding**
4:19
**Proceedings**
4:1
**profusely**
97:5
**property**
47:4
**protects**
50:21
**provide**
111:23
**provided**
31:24
**pull**
56:15,
21
**pulling**
24:21
**pulls**
80:3
**punch**
29:21

56:17
58:23
69:5
73:3
74:13
80:21,
25
84:18,
24 85:7
**punched**
58:22
59:2
80:9
85:2
108:4
**punches**
55:5
**punching**
21:15,
25 57:5
68:24
**push**
11:17
17:20
19:17
59:11
65:21
**pushed**
17:19
21:22,
24
59:11
**pussy**
35:6
**put**
16:14
17:4
20:24
50:16
51:5

Michael Marceau
October 17, 2024

68:6
75:1
80:4
86:25

**Q**

Q1203
  45:10
**queen**
  45:17
**question**
  7:19,25
  8:2,4,
  19,20
  10:17
  42:4
  65:7
  71:7
  89:4
  97:22
  98:25
  101:12
  112:6
**questioning**
  8:16
**questions**
  7:7,14
  44:8,18
  65:12
  72:4,5
  104:17
  107:14
  108:18
  109:21
  113:6
**quick**
  10:17

12:1,23
14:11
19:19
43:6
66:1
81:6
88:3,4
**quickly**
  68:3
  100:22

**R**

**races**
  58:7
**racist**
  99:23
**raise**
  5:6
  55:23
  104:20
**raised**
  89:20,
  25
  90:24
  102:19
**rake**
  47:4
**ran**
  12:18
  22:5,7,
  8,24
  24:14,
  15 35:9
  81:16
**rare**
  90:12
  103:24
**Rascual**
  36:16

52:22
59:23
60:2
**reach**
  109:9
**reaction**
  79:11,
  14
**read**
  7:19
  79:4
  110:3,
  10,21,
  24
  111:2,
  10,18,
  22,24
**reading**
  78:17,
  19
  110:7
**ready**
  60:5
  61:2,8
  75:2
**real**
  14:11,
  25
  16:12
  19:19
  24:7
  38:10,
  13 43:6
  76:21
  92:9
**realize**
  62:23
**reason**
  9:7
  12:8

14:18
61:9
81:3
**recall**
  34:5
  44:3
  54:1,
  15,17
  57:13,
  24
  58:25
  60:12
  65:25
  67:2,21
  69:13,
  15,25
  72:13
  81:18
  83:17
  84:20
  89:8
  91:9,
  22,24
  92:3,13
  93:1
  94:4
  98:17,
  22
  99:10
  100:1,
  2,8,15
  105:3,9
  108:10
  109:13
  112:17
**recalled**
  99:21,
  25
**recalling**
  99:9

**receive**
  100:6
  101:6
**received**
  29:20
  100:5,8
  107:23
**receiving**
  107:20
  108:7
**recognize**
  27:15,
  18
  71:24
  92:4
**recognized**
  101:8
**recollection**
  13:25
  92:1
**record**
  4:2,13,
  17 6:13
  32:10
  36:9
  39:6
  66:12
  81:10,
  11,12
  97:23
  113:12
**recorded**
  110:5,
  9,14,22
**RECROSS**
  108:21

**RECROSS-EXAMINATION**
  112:11
**REDIRECT**
  107:15
**refer**
  46:10
**referred**
  106:14
**referring**
  46:22
**regular**
  53:13
**related**
  22:3
**relation**
  20:1,2
**relationship**
  89:18
**remember**
  9:24
  12:7
  14:15,
  17,19,
  23 15:4
  16:5
  23:15,
  16 24:1
  26:5,6,
  16,18,
  20
  27:3,6
  29:12,
  17
  30:11,
  12,18,

20,25
31:10,
15,16,
18,19,
21
34:1,5,
8,17,25
35:11
38:21
40:19,
20,23,
25
42:17,
23,24
43:17,
19
53:21
54:20
57:22
58:3
66:24
67:3
72:8,9,
11,14
73:14
85:16,
21
86:1,12
89:5,9
90:16,
22 91:2
92:14
94:5,9
99:11,
20
100:3,
10,11,
18
104:24,
25
105:11
106:9,

11,12,
13
107:19,
20,22,
25
108:1,
2,4,7
109:15,
16,18,
20
112:15
**remote**
4:9
**remotely**
4:20
**Rentas**
36:16
52:22
53:1,3
59:24
60:2,9,
14
**repeat**
66:13
**repeats**
72:5
**rephrase**
8:1
**report**
4:19
**reporter**
4:2,5,
11 5:5,
14 7:17
8:11
32:15,
21
39:2,5,
8 81:5,
9,12

98:11
110:1,
14,22
111:21,
25
112:4
113:10,
12
**represent**
4:17,
22,24
5:22
**request**
4:7
80:4
**require**
101:19
**respect**
10:10
15:19
16:13
23:14
89:13
90:2,11
104:4
**respected**
15:19
16:13
**respectful**
23:18
102:12
103:3,
15,17,
23
104:6,
10

**respecting**
15:18
16:12
**responds**
94:2
**response**
7:19
56:9,13
84:19
85:8,18
**responsible**
77:8
**rest**
11:20
58:16
82:25
**result**
107:21
**return**
111:16
**review**
77:1
**revive**
98:2
**Richard**
40:22
106:8
**ring**
42:12
**Rodriquez**
37:9
38:8,17
39:13,
18
43:12,
23

52:21
**room**
76:5
83:5,7,
10
**roster**
85:25
86:1,5,
10,12,
17 87:1
88:12,
17
**row**
41:7
97:10
**ruined**
90:13
**ruled**
8:18
**rules**
7:12
**run**
12:16
**running**
22:18
23:25
25:9
28:24
82:19
84:14,
15
**rush**
19:8
**Rushing**
19:11

——————

**S**

——————

S71334

36:3
**sat**
28:21
29:2
**saved**
24:24
**scared**
54:25
105:19
**scene**
82:20
**Scotts**
92:24
**screaming**
26:2
28:21
**screen**
33:3,5
68:4,6
69:23,
24
70:19
71:19
74:9
76:12,
14,25
77:3
100:23,
25
101:1
106:7
**scuffling**
54:16
**section**
48:23
50:1,2
**security**

Michael Marceau
October 17, 2024

49:16
50:4
78:12
85:13,
14,16
86:16
106:23

**seizure**
9:2,3

**send**
111:6

**sense**
80:19
103:14

**separate**
11:16
19:17
21:20,
23
56:17
57:4
58:13
62:13

**separated**
13:11
28:19
62:14

**sergeant**
4:12
31:2,4
86:16
89:6
90:6,
16,23
91:21,
23
99:13,
14

**set**
15:16
18:15
20:11
52:10
62:20,
23 64:1
74:2
76:4
83:6
102:4

**setup**
18:9

**sex**
104:13

**share**
68:8
69:23
100:22
106:7

**sharing**
33:4

**Shaw**
40:7
70:10,
13,16,
18,22,
25
109:14

**sheet**
4:15
20:16,
17 31:8
110:11

**shift**
91:14,
16,18
98:23

**shifting**
82:19

**shifts**
91:10

**shirt**
28:13
54:7,9,
22
80:17
93:22
104:23

**shirts**
93:23

**shit**
94:21,
24
95:1,5,
13
103:25

**shoes**
61:1
104:25

**shooting**
24:8

**short**
14:23
24:7,11
50:21
53:25
55:8
105:7

**shorts**
60:19,
20

**shouted**
55:17

**shoved**
16:16

**show**
32:3,9
43:1,6

68:3
71:18
73:16,
23
74:14
75:6
76:25

**showed**
67:23
91:25
93:3
99:18
101:9

**shower**
13:8,10
14:4
17:5,22
18:12
19:10
21:6
36:19,
20,21,
22 37:1
43:16
47:21
48:4
50:2,
12,13
52:7,9,
13,20,
23,25
53:14
58:17
60:4,16
61:14,
20
62:7,9,
12,22
63:8
64:3
67:9

71:17
74:4,19
112:25

**showered**
60:3

**showering**
50:25
52:12

**showers**
10:1
13:15
14:7
15:20
17:25
49:9,21
50:6,9,
10,11,
25
52:1,2,
4 53:13
62:16,
18
63:12,
17,18
70:7
71:8
75:2
109:6,
7,9

**showing**
36:9,
11,15
77:5

**shown**
42:16
74:13,
15
106:7

**sic**

92:1

**side**
13:9
20:25
21:8,12
41:8
48:24
58:3
62:13,
14,16,
17,18
63:9,
10,24,
25
77:14,
17
109:6

**sides**
77:20

**sign**
31:7

**significant**
15:24
16:6
23:21
29:23
33:13
46:9,11
108:11

**single**
20:5
41:7
48:23
87:18
105:6
107:12

**sink**
13:8
15:14

18:10
19:10
20:21
52:11,
12 63:8
64:3
74:19

**sinks**
13:11
15:20
16:23
17:3,5
18:16,
17
20:23,
24
49:21
50:2
51:10
62:18
63:9,
11,12,
17 64:2
75:3
106:23

**sir**
5:5,21
7:3,6,
16,21
8:3,7,
14,22
9:20,22
26:12
27:1
31:17
32:6
33:1
34:16,
19
36:1,4
37:3,16

38:10,
19,24
39:22
40:24
41:12
42:7,9,
25
43:5,13
44:19,
21,24
45:18
64:12
65:25
67:17
68:7
69:22,
25
70:20
72:22
73:22
75:8
77:6,9
78:8,
10,25
79:6
80:2,22
81:4
82:13
85:9
86:8,21
88:16
89:11
90:24
91:24
92:17
93:12,
14
96:10,
15,17,
20,23
97:16
100:24

101:8,
18,20
102:2
104:18
107:18
108:14,
16
109:20
110:6,
19
111:17,
20
112:14
113:5,8

**sit**
77:19
82:25
89:2
99:9,10
102:16

**sitting**
54:23
88:21,
23
95:21

**situation**
27:9

**size**
48:17

**skin**
24:9

**skinny**
22:14

**slept**
20:5
24:4
40:8
41:6
70:5

71:11
109:5,6

**slide**
47:8

**slip**
61:3

**slipping**
61:11

**smart**
41:14

**sneak**
46:25

**sneaks**
47:15

**somebody
's**
46:24

**someplac
e**
47:2

**sort**
25:5
55:2
63:7
83:23

**sound**
8:23
102:6

**sounds**
6:10
57:18
79:19,
20

**Spanish**
10:3
11:24
12:10
15:12
16:22

22:4
62:1
68:20

**speak**
39:5
99:2

**speaker**
79:22

**speaking**
55:13
97:14,
23

**specific**
26:20
27:3

**specific
ally**
63:2
66:23
92:21

**spell**
6:15,19
98:10

**spend**
78:12,
13,16

**spilled**
13:19
24:25
55:3
62:5,6

**split**
60:15

**spoke**
109:14

**spoken**
5:20

**spontane
ously**
57:20

**sprang**
59:14,
16

**sprayed**
29:6

**stab**
37:7
108:12

**stabbed**
12:5
28:1,2,
12
29:16,
25
33:19
38:16
43:20,
21,24
44:1
80:16,
25
82:14
95:19
107:22,
24
108:24

**stabbing**
80:10
84:17

**stamps**
111:6

**stand**
17:24
46:4
83:3

**standing**
14:7

Michael Marceau
October 17, 2024

17:14,
21
18:22,
24
19:23
21:18
38:2,14
43:15,
18
52:22
63:1
95:11
**staring**
18:1
**start**
16:15
45:19
64:8,16
65:23
66:18,
20
85:15
89:18
112:24
**started**
10:13
11:17,
21
13:7,
13,18
14:1
16:3
19:15,
17,22
20:4
21:24,
25
22:23
24:17
25:9
27:9,

10,12
33:4
38:14
48:11
56:15,
20
57:2,5
64:1
66:21
69:2,3
71:2
81:25
86:5
97:14
99:9,15
105:13
**starting**
72:8
**state**
4:16
6:12
**statement**
99:1
**station**
30:8,19
**stay**
55:8
77:17
89:15
107:8
**stayed**
12:18
97:6
107:4
**step**
74:22
**stick**
89:23

**sticks**
31:20
66:15
**stipulate**
4:7,18,
23  5:1
**stitch**
93:24
**stitched**
93:19,
21
**stood**
95:7
**stop**
10:15
25:12,
14,22,
23
56:18
96:2
**stopped**
25:10,
25
28:25
**stopping**
68:8
**straight**
20:13
45:25
46:1
49:3,5
62:15
102:21,
23
**street**
93:4
**stretched**

29:6
**stretcher**
12:23,
24
97:20
**strict**
86:22,
24
**strike**
57:25
**struck**
57:20
58:6
**stuff**
21:15,
16
25:11
29:21
31:24
32:19
37:21
47:5
80:5
89:19
95:19
100:3
104:2,3
105:25
107:22
**stupid**
102:25
**substance**
110:16
**sufficient**
82:16
**summary**

13:3
**superficial**
29:20
30:1
**supposed**
15:17
19:13
55:16
56:8
82:4
84:8
88:18
102:22,
23
**surprised**
12:2
23:19
**surprising**
55:9
**swear**
5:6
10:18,
23
11:2,3
47:22,
24,25
**swinging**
57:2
69:2
**switch**
86:18
**sworn**
5:6,12

_____
**T**
_____

**T-SHIRT**
54:10,
14,20
60:19
105:9
**Taco**
34:24
**tags**
93:25
**takes**
14:7
61:13
87:24
88:1
**taking**
17:25
19:10
27:9
36:21,
22
43:16
52:11,
22,25
55:10
60:3,16
62:8
65:7
75:6
**talk**
14:10
18:25
24:11
31:25
37:20
79:21,
22  80:6
81:21
85:25

89:12,
15,25
90:15
97:17
110:17

**talked**
9:12
19:4
42:20
64:11
85:13,
14,15
104:23
107:21

**talking**
9:11,17
24:12
34:4
35:21
36:1,6
39:15
45:23
56:4
62:3
70:10,
19
83:11
87:7
97:21
98:25
108:23
109:23
113:10

**tall**
22:13
50:24
105:7

**taller**
22:16

**tap**
83:8

**Tarjan**
4:24,25
6:9,10
8:10,16
11:7,10
26:21,
23,25
31:23
32:8,
13,24
36:8,13
41:21
42:3
44:8,9,
11
70:15,
17
81:2,7,
14
108:18,
20,22
110:17
112:4,
5,9,12

**tear**
100:19

**technically**
51:21
82:3

**technology**
4:8

**telling**
6:4
12:10
17:14
60:21
94:22
95:1,3,
4,14,18

**testified**
5:12

**testimony**
5:7
10:24
48:1

**thing**
9:2
11:23
16:3
23:5
24:18
46:17
49:24
51:23
55:22
62:22
63:1
67:9,25
68:19
76:14
83:22
86:21
93:5
105:4
106:6
109:23
112:3

**things**
47:7
48:1
63:20
75:14
78:19
79:1,
11,13,
14
100:3
110:12

**thought**
12:22
28:8,9
29:7
30:20
81:25
84:6
97:19

**threaten**
57:9

**three-feet**
63:21

**threw**
57:7,12
65:22
73:3
99:6

**throw**
100:20

**thrown**
69:5

**Thursday**
7:4

**tied**
92:7

**time**
4:3,4
8:15
10:4,8
12:4
15:25
17:6
21:19
30:22
36:10
44:12
45:5
48:4
50:13

51:20
52:7,
10,12,
14,20
54:13
65:6,22
66:17,
19,21
72:2,21
77:12,
21
78:13,
16 79:3
80:9,10
81:10,
12
84:17
85:2,8
87:23
88:7
89:2,5
91:2
93:2
98:23
103:8
113:7,
11,12

**times**
12:5
28:1,5
44:1
58:23
90:9
107:22

**today**
4:3
8:17,
21,24
9:5,8
44:12,
15

**toilet**
17:25
49:9
63:8

**toilets**
13:9
49:21,
25
62:17
63:14,
20,23
71:8
106:22

**told**
10:15,
17
11:11,
12
19:12
21:21
37:23
42:23
55:16
57:16
75:20
97:17

**tone**
55:24

**top**
20:25
87:16,
17

**tore**
99:6

**total**
61:25

**totally**
99:15

**towel**
51:12,

Michael Marceau
October 17, 2024

23

15 53:5

towels
51:19

town
81:21

trained
112:20

transcri
pt
7:17
110:2,4

trash
99:6

treated
90:11

trouble
44:16

troubles
78:9

trust
110:8,
22,25
111:1

truth
5:8 6:4
78:14

truthful
9:5,8

turn
15:22
17:16
33:14
52:4

turned
11:25
20:7
48:10
56:14,
20

90:14
93:25

tussle
13:13

tussling
21:14

two-
50:17

two-foot
50:20
63:16
74:4

type
8:19
13:3,4
14:21
16:24
32:19
55:3
89:11,
18
95:13
104:25

————

U

unauthor
ized
47:9

understa
ffed
91:7

understa
nd
7:25
18:7
44:18
46:19
51:25
62:24

65:6,
11,12,
13 67:6
70:22
72:7,23
76:21
79:19
90:6,15
92:16
104:20

understa
nding
20:20
62:11,
20
68:10
101:24
102:3

understo
od
61:13
93:16

uniform
54:3,9
71:25
93:20

uniforms
93:17

Unit
45:7,
12,13,
14
100:13,
14

unlock
76:11

urinals
49:23,
25
62:17

63:14,
15,22,
24

Utria
40:22
106:8

————

V

velcroed
93:24

verbally
7:14

video
75:18,
23

videocon
ference
4:8

view
20:14
45:24,
25
46:1,4
49:1,5
82:25
83:6
102:5
105:4

violate
47:17

violatin
g
10:8
16:8
47:8

violent
103:5,
11

vision
49:6

voice
90:24

voices
55:24

————

W

wait
15:21
88:14

waive
110:7

wake
98:2

walk
18:24
53:14
60:23
71:17

walked
19:5

wall
18:11,
14 19:1
48:25
50:18,
20,21
51:9
62:15,
16
63:11,
12,16,
18,24,
25 74:4
109:5,
10

walls
87:15

wanted
12:3
15:24
57:3
96:22
110:9

war
81:25

Ward
41:9

watch
99:22

watching
47:20
83:1,10

weapon
65:24
69:12

weapons
66:4

wear
93:23,
24
101:19

wearing
54:10,
20
92:5,6
93:22
104:24,
25
105:18

weave
92:11

weeks
99:8

weird
8:23
74:4

Michael Marceau
October 17, 2024                                                                24

| | | | |
|---|---|---|---|
| **West** | **windows** | 91:10, | 13,14 |
| 45:7 | 25:17 | 12,13 | 43:8,9, |
| 100:13, | 40:10 | 98:23 | 12,14 |
| 14 | 48:25 | **worse** | 52:21 |
| **whatsoev** | 77:4 | 105:21 | 56:16, |
| **er** | **wing** | **worst** | 23 |
| 92:2 | 77:5, | 77:16 | 57:8, |
| **wheel** | 11,24 | **wounds** | 10,12, |
| 97:21 | 78:1,7, | 29:20 | 18,22, |
| **wheeled** | 9,13 | 30:1 | 25 |
| 12:23 | **wings** | 108:12 | 58:8,23 |
| **white** | 77:8 | **wow** | 59:11, |
| 15:13 | **witnesse** | 9:25 | 15,16, |
| 16:22 | **d** | 14:2 | 19,20 |
| 22:4, | 40:13 | 25:4 | 60:10 |
| 14,15 | **woman** | 29:6 | 65:22 |
| 76:24 | 5:24 | 45:2 | 66:25 |
| 92:24 | 6:1 | 65:25 | 73:2 |
| **Williams** | 31:20 | **written** | **Yo** |
| 42:6 | 71:20, | 99:4 | 17:14 |
| 67:18 | 21 | | 18:25 |
| 68:6, | 90:24 | ——— | 19:10, |
| 11,22 | **word** | **Y** | 13 |
| 69:4,11 | 47:22 | ——— | 28:18 |
| 100:6 | **work** | **yard** | 96:7 |
| 103:10, | 4:22 | 47:5 | **York** |
| 11,14 | 5:19 | **year** | 89:20 |
| 107:23 | 7:13 | 45:7 | 102:20 |
| 108:12, | 8:13 | 100:15 | 103:2 |
| 23,24 | 72:17 | **yelled** | **younger** |
| 109:1, | 111:8 | 94:20 | 22:13 |
| 11 | **worked** | **yelling** | |
| **Wilson** | 91:5,8 | 21:16 | ——— |
| 38:17 | 92:22, | 25:25 | **Z** |
| 39:13 | 23,24 | 26:1 | ——— |
| 43:12, | **working** | 47:19 | **zoom** |
| 23 | 92:12 | 94:17, | 7:1 |
| 52:21 | **works** | 19 | 76:20 |
| **window** | 31:3,4, | 105:13 | |
| 76:8,11 | 8 | **YG** | |
| | | 39:11, | |