Exhibit H - Photo from inside Officer Station