Exhibit I - Photo from inside Officer Station