Exhibit J - Photo from inside Officer Station