# Exhibit K - Photo of Shower