Exhibit L - Photo of Shower