Exhibit M - Photo of Shower