# Exhibit N - Photo of Bird Bath