Exhibit O - Photo of Toilets