Exhibit P - Photo of Toilets