Exhibit Q - Photo of Toilets