# Exhibit R

 (//fdc.myflorida.com/index.html)

# FLORIDA DEPARTMENT OF CORRECTIONS (https://fdc.myflorida.com/index.html)

Ron DeSantis, Governor
Ricky D. Dixon, Secretary

OFFENDER SEARCH (https://pubapps.fdc.myflorida.com/OffenderSearch/InmateInfoMenu.aspx)

VISITING INFORMATION (https://fdc.myflorida.com/ci/visit.html)    INSTITUTIONS (https://fdc.myflorida.com/ci/index.html)

PROBATION SERVICES (https://fdc.myflorida.com/cc/index.html)    PROGRAMS (https://fdc.myflorida.com/development/index.html)

NEWSROOM (https://fdc.myflorida.com/comm/index.html)

## CORRECTIONS OFFENDER NETWORK

### INMATE POPULATION INFORMATION DETAIL

(This information was current as of 10/6/2024)



| | |
|---|---|
| **DC Number:** | 130662 |
| **Name:** | WILLIAMS, BRANDON D |
| **Race:** | BLACK |
| **Sex:** | MALE |
| **Birth Date:** | ▇▇▇▇▇▇▇ |
| **Initial Receipt Date:** | 09/12/2012 |
| **Current Facility:** | MARTIN C.I. (https://fdc.myflorida.com/institution-list/430) |
| **Current Custody:** | CLOSE |
| **Current Release Date:** | 02/24/2027 |

VINELink CLICK HERE for Custody Status Updates (https://www.vinelink.com/vinelink/servlet/SubjectSearch?siteID=10000&agency=900&offenderID=130662)

(Release Date subject to change pending award, gain time forfeiture, or review. Release Date is to be established pending

| | |
|---|---|
| **Confinement Status:** | Disciplinary Confinement |

*Confinement Status is an internal status used by FDC within a correctional facility.*

| | |
|---|---|
| **Visitation Status:** | In Confinement - Not Eligible for Regular |

Visitation Application Form - Part 1 (http://fdc.myflorida.com/ci/visit/430.pdf)

Visitation Application Form - Part 2 (http://fdc.myflorida.com/content/download/1773/file/DC6-111B%20(1).pdf)

How to Apply for Visitation (http://fdc.myflorida.com/ci/visit.html)

Aliases:

BLUE, BLUE WILLIAMS, BRANDON WILLIAMS, BRANDON D WILLIAMS, BRANDON DAKOTA WILLIAMS, BRANDON DEKOTA WILLIAMS, BRANDON NMN WILLIAMS, BRANDON DAKOTA WILLIMAS

Current Prison Sentence History:

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 02/12/2012 | BURG/DWELL/OCCUP.CONVEY | 08/22/2012 | HILLSBOROUGH | 1203352 | 15Y 0M 0D |
| 02/12/2012 | GRAND THEFT,300 L/5,000 | 08/22/2012 | HILLSBOROUGH | 1203352 | 5Y 0M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

Incarceration History:

| Date In-Custody | Date Out-Custody |
|---|---|
| 09/02/2008 | 04/01/2009 |
| 05/26/2010 | 04/06/2011 |
| 09/12/2012 | Currently Incarcerated |

Prior Prison History: (Note: Data reflected covers periods of incarceration with the Florida Dept.of Corrections since January of 1983)

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 04/11/2008 | BURGUNOCCSTRUC/CV OR ATT. | 08/25/2008 | HILLSBOROUGH | 0807203 | 1Y 0M 1D |
| 04/11/2008 | GRAND THEFT,300 L/5,000 | 08/25/2008 | HILLSBOROUGH | 0807203 | 1Y 0M 1D |
| 04/22/2009 | ROBB. NO GUN/DDLY.WPN | 05/17/2010 | HILLSBOROUGH | 0907078 | 2Y 1M 24D |

First | Previous | Next | Last | Return to List    New Search

Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections. For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information ( http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html ). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (/OffenderSearch/search.aspx?TypeSearch=AI) DC#: 130662 Search Aliases: NO Offense Category: County of Commitment: ALL Current Location: ALL

Return to Corrections Offender Information Network (../OffenderSearch/InmateInfoMenu.aspx)



## QUICK LINKS

COURT ORDERED PAYMENTS (HTTPS://FDC.MYFLORIDA.COM/COPAY.HTML)

CONTACT AN INMATE (HTTPS://FDC.MYFLORIDA.COM/CINMATE.HTML)

PUBLIC RECORDS (HTTPS://FDC.MYFLORIDA.COM/COMM/PRR.HTML)

FILE A COMPLAINT (HTTPS://FDC.MYFLORIDA.COM/CARES/COMPLAINT.ASP)

REGULATORY PLAN (HTTPS://FDC.MYFLORIDA.COM/PUB/RMW/ACORRFDC2023-2024 REGULATORY PLAN.PDF)

FFCE (HTTPS://FLCORRECTIONALEXCELLENCE.COM/)

STATISTICS (HTTPS://FDC.MYFLORIDA.COM/PUB/INDEX.HTML)

PRISON RAPE (HTTPS://FDC.MYFLORIDA.COM/COMM/NI1-INCONSIA SPANISH.PDF)

ORG CHART (HTTPS://FDC.MYFLORIDA.COM/ORG/ORGCHART.HTML)

FOUNDATION (HTTPS://WWW.ACORRECTIONSFOUNDATION.ORG/)

PAROLE INFORMATION (HTTPS://WWW.FCOR.STATE.FL.US/INDEX.SHTML)

PRISON RAPE ELIMINATION ACT (HTTPS://FDC.MYFLORIDA.COM/PREA/INDEX.HTML)

## CONTACT US (https://fdc.myflorida.com/citizen/index.html)

501 SOUTH CALHOUN STREET

TALLAHASSEE, FLORIDA 32399-2500

850-488-7052

