# Exhibit W

 (//fdc.myflorida.com/index.html)

# FLORIDA DEPARTMENT OF CORRECTIONS (https://fdc.myflorida.com/index.html)

Ron DeSantis, Governor
Ricky D. Dixon, Secretary

OFFENDER SEARCH (https://pubapps.fdc.myflorida.com/OffenderSearch/InmateInfoMenu.aspx)

VISITING INFORMATION (https://fdc.myflorida.com/ci/visit.html)     INSTITUTIONS (https://fdc.myflorida.com/ci/index.html)

PROBATION SERVICES (https://fdc.myflorida.com/cc/index.html)     PROGRAMS (https://fdc.myflorida.com/development/index.html)

NEWSROOM (https://fdc.myflorida.com/comm/index.html)

## CORRECTIONS OFFENDER NETWORK

INMATE POPULATION INFORMATION DETAIL

(This information was current as of 10/9/2024)



| | |
|---|---|
| DC Number: | 183499 |
| Name: | UTRIA, RICHARD |
| Race: | WHITE |
| Sex: | MALE |
| Birth Date: | █████████ |
| Initial Receipt Date: | 06/19/2009 |
| Current Facility: | S.F.R.C. (https://fdc.myflorida.com/institutions/list/402) |
| Current Custody: | CLOSE |
| Current Release Date: | 10/25/2045 |

VINELink CLICK HERE for Custody Status Updates (https://www.vinelink.com/vinelink/servlet/SubjectSearch?siteID=10000&agency=900&offenderID=183499)

(Release Date subject to change pending award, gain time forfeiture, or review. Release Date is to be established pending

| | |
|---|---|
| Confinement Status: | Not in Confinement |

*Confinement Status is an internal status used by FDC within a correctional facility.*

| | |
|---|---|
| Visitation Status: | By Appointment - Contact Classification |

Visitation Application Form - Part 1 (http://fdc.myflorida.com/ci/visit/402.pdf)

Visitation Application Form - Part 2 (http://fdc.myflorida.com/content/download/1773/file/DC6-111B%20(1).pdf)

How to Apply for Visitation (http://fdc.myflorida.com/ci/visit.html)

Aliases:

RICHARDO GONZALEZ, RICARD HERNANDEZ, ROBERT HERNANDEZ, RICARDO MORAEZ, RICARDO MORALEZ, RICHARD ULTRIA, RICHARD UTRIA

## Current Prison Sentence History:

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 11/10/2006 | BURG/DWELL/OCCUP.CONVEY | 05/11/2009 | MIAMI-DADE | 0701141 | 40Y 0M 0D |
| 11/10/2006 | GRAND THEFT $10K L/$20K | 05/11/2009 | MIAMI-DADE | 0701141 | 40Y 0M 0D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

Detainers:(Further information may be obtained by contacting the detaining agency)

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 07/28/1988 | DADE CO.P&P OFF. | DETAIN | 09/12/1988 |

## Incarceration History:

| Date In-Custody | Date Out-Custody |
|---|---|
| 08/08/1988 | 09/12/1988 |
| 06/12/1989 | 12/08/1989 |
| 08/29/1990 | 03/12/1991 |
| 09/27/1991 | 02/18/1992 |
| 02/26/1992 | 06/01/1992 |
| 03/05/2003 | 06/18/2005 |
| 07/29/2005 | 09/29/2005 |
| 02/13/2006 | 06/10/2006 |
| 06/19/2009 | Currently Incarcerated |

**Prior Prison History:** (Note: Data reflected covers periods of incarceration with the Florida Dept.of Corrections since January of 1983)

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 12/08/1987 | BURGUNOCCSTRUC/CV OR ATT. | 07/28/1988 | MIAMI-DADE | 8802131 | 1Y 0M 0D |
| 10/05/1988 | GRAND THEFT MOTOR VEHICLE | 05/23/1989 | MIAMI-DADE | 8834210 | 2Y 6M 0D |
| 12/28/1988 | GRAND THEFT MOTOR VEHICLE | 05/23/1989 | MIAMI-DADE | 8845187 | 2Y 6M 0D |
| 12/09/1987 | BURGUNOCCSTRUC/CV OR ATT. | 05/23/1989 | MIAMI-DADE | 8916704 | 2Y 6M 0D |
| 12/09/1987 | GRAND THEFT MOTOR VEHICLE | 05/23/1989 | MIAMI-DADE | 8916704 | 2Y 6M 0D |
| 12/13/1989 | BURGUNOCCSTRUC/CV OR ATT. | 08/08/1990 | MIAMI-DADE | 8948115 | 3Y 0M 0D |
| 12/13/1989 | AGG ASSLT-W/WPN NO INTENT TO K | 08/08/1990 | MIAMI-DADE | 8948115 | 3Y 0M 0D |
| 12/13/1989 | BURGLARY TOOLS-POSSESS | 08/08/1990 | MIAMI-DADE | 8948115 | 3Y 0M 0D |
| 05/24/2000 | DRIV W/LIC S/R/C/D FELONY | 01/17/2002 | MIAMI-DADE | 0016408 | 5Y 0M 0D |
| 02/04/2001 | L/L CONDUCT V<16 OFF 18+ | 02/24/2003 | MIAMI-DADE | 0103877 | 5Y 0M 0D |

First    Previous    Next    Last    Return to List            New Search

Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections. For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information ( http://prod.fdc-wpws001.fdc.myflorida.com/ci/index.html ). This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (/OffenderSearch/search.aspx?TypeSearch=AI) DC#: 183499 Search Aliases: NO Offense Category: County of Commitment: ALL Current Location: ALL

Return to Corrections Offender Information Network (../OffenderSearch/InmateInfoMenu.aspx)



QUICK LINKS

COURT ORDERED PAYMENTS (HTTPS://FDC.MYFLORIDA.COM/CO/COPS.HTML)

STATISTICS (HTTPS://FDC.MYFLORIDA.COM/PUB/INDEX.HTML)

EN ESPAÑOL (HTTPS://FDC.MYFLORIDA.COM/NI1-

CONTACT AN INMATE (HTTPS://FDC.MYFLORIDA.COM/CI/CONTACTINMATE.HTML)

[PUBLIC RECORDS (HTTPS://FDC.MYFLORIDA.COM/PUBLIC.HTML)](HTTPS://FDC.MYFLORIDA.COM/PUBLIC.HTML)

[FILE A COMPLAINT (HTTPS://FDC.MYFLORIDA.COM/COMPLAINT.HTML)](HTTPS://FDC.MYFLORIDA.COM/COMPLAINT.HTML)

[REGULATORY PLAN (HTTPS://FDC.MYFLORIDA.COM/REGULATORY/FDC 2023-2024 REGULATORY PLAN.PDF)](HTTPS://FDC.MYFLORIDA.COM/REGULATORY/FDC)

[FFCE (HTTPS://FLCORRECTIONALELEADERS.COM/)](HTTPS://FLCORRECTIONALELEADERS.COM/)

[101-ENGLISH-SPANISH-PRR.HTML](HTTPS://...101-ENGLISH-SPANISH-PRR.HTML)

[ORG CHART (HTTPS://FDC.MYFLORIDA.COM/ORG/ORGCHART.HTML)](HTTPS://FDC.MYFLORIDA.COM/ORG/ORGCHART.HTML)

[CORRECTIONS FOUNDATION (HTTPS://WWW.CORRECTIONSFOUNDATION.ORG/)](HTTPS://WWW.CORRECTIONSFOUNDATION.ORG/)

[PAROLE INFORMATION (HTTPS://WWW.FCOR.STATE.FL.US/INDEX.SHTML)](HTTPS://WWW.FCOR.STATE.FL.US/INDEX.SHTML)

[PRISON RAPE ELIMINATION ACT (HTTPS://FDC.MYFLORIDA.COM/PREA/INDEX.HTML)](HTTPS://FDC.MYFLORIDA.COM/PREA/INDEX.HTML)

[CONTACT US (https://fdc.myflorida.com/citizen/index.html)](https://fdc.myflorida.com/citizen/index.html)

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
850-488-7052

