Exhibit Z

Richard Utria
October 17, 2024

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF FLORIDA
 2                         PANAMA DIVISION


 3

 4                  CASE NO. 5:23-cv-183-TKW/MJF

 5
      DEVON CURRIE,
 6    DC# A51859

 7            Plaintiff,

 8    v.

 9    MICHELLE MCKINNIE
      ET AL.,
10
              Defendants.
11    _____/

12

13
                        REMOTE DEPOSITION OF
14
                          RICHARD UTRIA
15
                     VOLUME 1 (Pages 1 - 76)
16

17
                    Thursday, October 17, 2024
18                    9:18 a.m. - 10:59 a.m.

19
                    LOCATION:  Remote via Zoom
20                         Doral, Florida

21

22             Reported by:  Bridgitt Myers,
                      Cert No. CDR-2895
23

24

25    Job No.:  380879
```

Richard Utria
October 17, 2024

Page 2

```
 1   APPEARANCES:

 2   On behalf of Devon Currie:

 3        The Tarjan Law Firm, P.A.
          12372 Southwest 82nd Avenue
 4        Pinecrest, Florida 33156

 5        BY:  JOSHUA M. TARJAN, ESQ.
          joshua@tarjanlawfirm.com
 6
     On behalf of Devon Currie:
 7
          Law Offices of James Cook
 8        314 West Jefferson Street
          Tallahassee, Florida 32301
 9
          BY:  JAMES V. COOK, ESQ.
10        cookjv@gmail.com

11   On behalf of Michelle McKinnie, et al.:

12        Office of Attorney General
          The Capitol
13        Suite PL-01
          Tallahassee, Florida 32399
14
          BY:  ERIK KVERNE, ESQ.
15        Erik.Kverne@myfloridalegal.com

16

17

18

19

20

21

22

23

24

25
```

Richard Utria
October 17, 2024

Page 3

1   INDEX OF EXAMINATION

2

    EXAMINATION:                                    PAGE
3
    Testimony of Richard Utria
4
    Direct Examination by Mr. Kverne            5
5   Cross-Examination by Mr. Tarjan             26

6   Certificate of Oath                         73
    Certificate of Digital Reporter            74
7   Read and Sign Letter                       75
    Errata                                     76
8
                     INDEX TO EXHIBITS
9
    PLAINTIFF'S          DESCRIPTION            PAGE
10
    Exhibit A     Photograph Michelle McKinnie    45
11
    Exhibit D     Photograph Brandon Williams     46
12
    Exhibit C     Photograph Charles Gaddis       50
13
    Exhibit J     Photograph Chad Shaw            50
14
    Exhibit I     Photograph Rascual Rentas       51
15
    Exhibit L     Photograph Alfonza Ward         52
16
    Exhibit B     Photograph Devon Currie         54
17
    Exhibit E     Photograph Parker Cody          54
18
    Exhibit F     Photograph Luis Rodriguez       60
19
    Exhibit G     Photograph Wilson Rodriguez     61
20
    Exhibit H     Photograph Alfredo Pedro        67
21
    Exhibit M     Photograph Michael Marceau      68
22
    Exhibit S     Photograph Delisia Green        70
23
    (Original exhibits retained by counsel for
24  Plaintiff.)

25

Richard Utria
October 17, 2024

Page 4

1   Proceedings began at 9:18 a.m.:

2          THE REPORTER:  We're going on the record.

3   Today is October 17th, 2024, and the time is 9:18

4   a.m. central time.  Good morning.  My name is

5   Bridgitt Myers and I'm the Michigan notary and

6   reporter assigned by Lexitas.

7          I request all parties stipulate and agree that

8   by videoconference technology this will be the

9   remote deposition of Richard Utria in the case of

10  Devon Currie, DC number A51859 v. Sergeant McKinnie

11  and Jane Doe.  Before going on the record the notary

12  positively identified the witness to me.

13         Counsel, will you please state your appearance

14  for the record, your firm, who you represent, and

15  that you agree to stipulate that I may place this

16  witness under oath and report this proceeding

17  remotely?

18         MR. KVERNE:  Yes, ma'am.  My name is Erik

19  Kverne.  I work for the Office of the Attorney

20  General for the state of Florida.  I represent Mrs.

21  Michelle McKinnie, who's currently only served

22  defendant in this case.  And we do stipulate that

23  Mr. Utria is who he is based on the representations

24  from notary earlier.

25         MR. TARJAN:  My name is Josh Tarjan, attorney

Richard Utria
October 17, 2024

Page 5

1    for Mr. Currie, cocounsel with James Cook.  My law

2    firm is the Tarjan Law Firm, P.A.  And we stipulate.

3         MR. COOK:  James Cook, for the Law Office of

4    James Cook for the plaintiff in this case.  And we

5    also stipulate.

6         THE REPORTER:  Thank you.  I will now swear in

7    the witness.  Sir, can you please raise your right

8    hand?  Do you swear or affirm the testimony you're

9    about to give is the truth, the whole truth, and

10   nothing but the truth?

11        THE WITNESS:  Yes, ma'am.

12   Thereupon:

13                  RICHARD UTRIA,

14        having been first duly sworn, was examined and

15   testified as follow:

16        THE REPORTER:  Thank you.  You may lower your

17   hand.

18        MR. KVERNE:  All right.  Ready Madam Court

19   Reporter?

20        THE REPORTER:  Yes.  Go ahead.

21                  DIRECT EXAMINATION

22   BY MR. KVERNE:

23        Q.  Good morning, Mr. Utria.  My name is Erik

24   Kverne and I work for the Office of the Attorney General.

25   As you just heard me say, I represent Mrs. Michelle

Richard Utria
October 17, 2024

Page 6

1  McKinnie, who is a corrections officer that used to work

2  at Apalachee Correctional Institution.  Do you know who

3  she is?

4      A.   No, sir.

5      Q.   Okay.  All right.  So you don't know her

6  personally, but I represent her in this case and it's a

7  case that's brought by an inmate named Devon Currie.  Do

8  you know Mr. Currie?

9      A.   Currie?

10     Q.   Currie, C-U-R-R-I-E.  Devon is his first name.

11 No?

12     A.   No.

13         MR. TARJAN:  Can we ask Mr. Utria, Mr. Utria,

14     are you able to sit a little closer to the computer

15     screen so we can hear you better?

16         THE WITNESS:  Yes, sir.

17         MR. TARJAN:  Thank you.

18         MR. KVERNE:  All right.  Thank you, Mr. Utria.

19     Well, I'm here in the case of Devon Currie v.

20     Michelle McKinnie and others, 5:23-cv-183-TKW/MJF in

21     the Northern District of Florida, Panama City

22     Division.  Is that the case number Mr. Tarjan and

23     Mr. Cook?

24         MR. TARJAN:  I believe that's correct.

25 BY MR. KVERNE:

Richard Utria
October 17, 2024

Page 7

```
 1      Q.   Okay.  And then Mr. Utria, can you state your
 2  full name for the record please?
 3      A.   My full name is Richard Utria.
 4      Q.   Okay.  Can you spell your last name for us
 5  please?
 6      A.   U-T-R-I-A.
 7      Q.   Okay.  And then what is your DC number?
 8      A.   183499.
 9      Q.   Okay.  Thank you.  And we're here today taking
10  a deposition over Zoom.  Is that correct?
11      A.   I, I guess.  Yes, sir.
12      Q.   Okay.  All right.  And today is Thursday,
13  October 17th, 2024.  Is that correct?
14      A.   Yes, sir.
15      Q.   Okay.  So we're going to go through and I'm
16  going to ask you some questions about an incident that
17  occurred on July 20th, 2022 at Apalachee Correctional
18  Institution, okay?
19      A.   Yes, sir.
20      Q.   And I believe you and I spoke once before.  Is
21  that correct?
22      A.   Yesterday.  Yes, sir.
23      Q.   Okay.  All right.  Thank you.  Now a couple
24  question, have you ever been deposed before?
25      A.   Have I ever been what?
```

Richard Utria
October 17, 2024

Page 8

1        Q.    Deposed before.  Have you ever been involved in
2   something like this before, where you're asked questions
3   like in this manner?
4        A.    No, sir.
5        Q.    Okay.  So a couple of ground rules related to
6   it, all right?  So you're doing a good job of it so far.
7   Please just answer the questions verbally for me like
8   you're doing because the court reporter, she's creating a
9   transcript of everything that's being said.  So if you
10  just answer with nodding your head or something like
11  that, the transcript is legitimately just going to read,
12  "nods head," and it's not going to be very useful.  So
13  just try to answer verbally for me, okay?
14       A.    Yes, sir.
15       Q.    If you don't understand a question ask me to
16  rephrase it.  I'll do my best to rephrase it so that you
17  can understand it, okay?
18       A.    Yes, sir.
19       Q.    If you don't know the answer to a question and
20  you don't know the answer it's okay to say I don't know
21  about it, okay?
22       A.    Yes, sir.
23       Q.    Okay.  If you need to take a break or anything,
24  please let me know.  We'll be happy to take a restroom
25  break or any type of break or anything.  Same with you,

Richard Utria
October 17, 2024

Page 9

1  Madam Court Reporter.  Same with you, Mr. Tarjan and Mr.

2  Cook.  Okay, Mr. Utria?

3      A.   Yes, sir.

4      Q.   Okay.  From time to time you may hear

5  objections from Plaintiff's Counsel to questions that I'm

6  going to ask or that I'm asking you -- I'm sorry -- and

7  it might be -- the same might occur to them as well.

8  They may ask you questions and then I may object to them.

9  If an objection is raised you still need to answer the

10  question today, okay?

11      A.   Yes, sir.

12      Q.   It's just for purposes of making sure that the

13  record is clear in case there's some type of issue later

14  on, all right?

15      A.   Yes, sir.

16      Q.   Okay.  This is going to sound weird, but are

17  you under the influence of drugs or alcohol today?

18      A.   No, sir.

19      Q.   Okay.  Do you take any medications?

20      A.   At this time I'm not taking no medication.  No,

21  sir.

22      Q.   Okay.  Is there any reason why you would not be

23  able to be truthful with me here today?

24      A.   No.  There's no reason.

25      Q.   Okay.  I appreciate that and I thank you for

Richard Utria
October 17, 2024

Page 10

1    that.  All right.  So at the end of this case or at the

2    end of this deposition, basically, as I said, the court

3    reporter is going to be creating a transcript of

4    everything that's being said.  You have the right to

5    basically read a copy of the transcript to make sure that

6    it's accurate if you choose to do so.

7         A.   Yes, sir.

8         Q.   You can also waive the reading of the

9    transcript and say, "I trust that the court reporter

10   accurately transcribed everything that's said here

11   today."  Okay?

12        A.   Yes, sir.

13        Q.   Now, you'll be able to make sure and read the

14   transcript if you want to.  And there will be a form

15   called an errata sheet where you can make changes to it

16   to make corrections to make sure that it's accurate,

17   okay?

18        A.   Yes, sir.

19        Q.   The type of corrections you'd be able to make

20   would be like let's say you said he and the court

21   reporter transcribed she.  You could make that type of

22   change, but you wouldn't be able to change the entire

23   substance of answers or I could come back and ask you

24   questions about it, okay?

25        A.   Yes, yes, sir.

Richard Utria
October 17, 2024

1      Q.   All right.  So, as I said, you have the right
2   to read it or you can waive the reading.  What would you
3   like to do?
4           MR. TARJAN:  And Mr. Kverne, we would jump in
5       and advise Mr. Utria to not waive but to read.
6           MR. KVERNE:  That's fair.  But it ultimately
7       it's up to him.
8   BY MR. KVERNE:
9      Q.   What would you like to do, Mr. Utria?
10     A.   That's fine.  I'd like to read it, please.
11     Q.   Okay.
12          MR. KVERNE:  Mr. Tarjan, do you want to arrange
13      for him to be able to read or are you okay with my
14      office doing it?
15          MR. TARJAN:  We can arrange.  Yeah.
16          MR. KVERNE:  Okay.  That's fine.
17  BY MR. KVERNE:
18     Q.   So Mr. Tarjan's office will arrange for you to
19   be able to read it and make sure that it's accurately
20   transcribed.  Okay, Mr. Utria?
21     A.   Yes, sir.
22     Q.   Okay.  I'm here to talk with you about
23   basically an incident that occurred on July 20th, 2022,
24   in P Dorm at Apalachee Correctional Institution.  Do you
25   know the incident that I'm referring to?

Richard Utria
October 17, 2024

Page 12

1      A.   I, I think so.  Yes, sir.

2      Q.   Okay.  Now, you say you think so.  What do you

3  mean by that?

4      A.   Well, because my memory is pretty, pretty much

5  imbalanced right now because of the -- of the incident

6  that happened in some time, you know.

7      Q.   Okay.  So because of the incident that occurred

8  on that particular date you've had some memory problems?

9      A.   Yes, sir.  Yes, sir.

10      Q.   Okay.  So tell me what happened on that date.

11  What do you remember?

12      A.   Well, I remember -- well, I don't remember

13  nothing at all.  I'm just going by what people were

14  telling me happened.  I got up to the dorm and some

15  inmate came and said something to me.  I don't know what

16  he said.  And then all I remember is waking up here.  And

17  --

18      Q.   Waking up where?  I'm sorry.

19      A.   In South Florida Reception Center.  The, the,

20  the medical department of South Florida Reception Center.

21  And I got hit on the head with a mop wringer for I don't

22  know what reason.  He said that I, I came to him with

23  some sexual thing and that's a lie.  I don't have -- I'm

24  not a homosexual.  I never been, never will.  And he said

25  that I made some homosexual thoughts about him and that's

Richard Utria
October 17, 2024

Page 13

1    why he hit me over the head.  But that's a lie.  We all

2    know that's a gang member and he was involved in, in some

3    incident that happened with this, what's going on right

4    now.

5        Q.   Okay.  So do you remember who the individual

6    was that hit you with the mop?

7        A.   No.  I don't, sir.

8        Q.   Okay.  Do you remember what he looks like?

9        A.   No.  I don't, sir.

10       Q.   Okay.  So when you were hit with the item were

11   you hit from behind, were you hit in front?  Do you

12   remember that?

13       A.   I'm, I'm not sure.  I think I was hit behind

14   because I never seen it coming.

15       Q.   Okay.  And this incident occurred on July 20th,

16   2022?

17       A.   I think so.

18       Q.   Okay.  This is when you were at Apalachee,

19   though, right?

20       A.   Yes, sir.

21       Q.   Okay.  And where were you hit?  Do you

22   remember?  Were you hit in the bathroom or in the dorm or

23   anything?

24       A.   No.  This happened -- this happened -- this not

25   -- this not happen at Apalachee.  This happened in, in

Richard Utria
October 17, 2024

Page 14

1  Charlotte.

2      Q.    Okay.  So the incident you're talking about now

3  happened in Charlotte?

4      A.    Charlotte.  Yes, sir.

5      Q.    What date did that occur on?  Was that on July

6  20th?

7      A.    No, sir.  I don't know when it happened but I

8  know I was knocked out with a punch.  That's how I got

9  hit.

10      Q.    Okay.  So you said you were knocked out with a

11  punch.  You were knocked out with a punch on July 20th or

12  at Charlotte?

13      A.    At ACI.

14      Q.    So --

15      A.    In Charlotte I got hit --

16      Q.    Go ahead.

17      A.    In Charlotte I got hit by a mop wringer.

18      Q.    Okay.  So at Charlotte you got hit with a mop,

19  right?

20      A.    Yes, yes, sir.

21      Q.    And that was at a later date?

22      A.    Yes, sir.

23      Q.    Okay.  But when you're at Apalachee you said

24  you got punched, right?

25      A.    Yes, sir.

Richard Utria
October 17, 2024

1    Q.    Okay.  So we'll come back to the Charlotte

2  thing and we'll talk about that a little bit more in

3  detail.  But I want to focus on the thing that happened

4  at Apalachee.  So the punch that happened at Apalachee,

5  that was on July 20th, 2022?

6    A.    I think so.  Yes, sir.

7    Q.    Okay.  So what happened during that incident

8  with the punch?  What happened then?

9    A.    After that?  After I got punched or with the

10  whole --

11    Q.    Well, I mean, what happened leading up to it?

12  What do you remember leading up to it?  What were you

13  doing?  Where did it occur?  That type of stuff.

14    A.    Well, I was by my bed reading a book, getting

15  ready to put some hot water and some coffee.  And two

16  inmates were arguing about the phone.  And I'm minding my

17  own business.  So I got up to go get some hot water for

18  my coffee and all of a sudden the, the, the argument

19  started over there by the hot water by the -- by the

20  bathroom.

21    And both of them they started arguing.  And all of a

22  sudden I, I just got punched real hard and I fell to the

23  ground and I hit my head.  That's why I think I have this

24  scar here.  And that's it.  That's all I remember.

25    Q.    Okay.  Do you remember who either of those

Richard Utria
October 17, 2024

Page 16

1  inmates were?

2      A.   I knew one of them.  The other one I really

3  didn't know that much.  No.

4      Q.   All right.  Which one did you know?

5      A.   I knew the Spanish inmate.

6      Q.   What was the Spanish inmate's name?

7      A.   I forget his name, sir.  I remember he --

8      Q.   Okay.  What does he look like?

9      A.   He was kind of dark-skinned like me and he had

10  hair on his head and that's it.

11     Q.   Okay.  Have any tattoos or anything?

12     A.   I think so, but I'm -- I wear glasses so I'm

13  not sure.

14     Q.   Okay.  Was he a member of any type of gang or

15  anything that you are aware of?

16     A.   Yes, sir.

17     Q.   What gang was he a member of?

18     A.   Latin Kings, I guess.

19     Q.   Okay.  And then the individual that he was

20  arguing with, who was that?

21     A.   That was another inmate that he was arguing

22  with.  Another gang member.

23     Q.   Another gang member.  Do you know who that --

24  can you provide me a description?  Well, do you know who

25  that was by any chance?

Richard Utria
October 17, 2024

Page 17

 1     A.   No, sir.

 2     Q.   Okay.  What did he look like?

 3     A.   I don't know what he looked like.  I mean, I

 4 kind of have an idea, but I, I need to see pictures of

 5 him to, to notify -- to know.

 6     Q.   So if there was a -- if you were shown a

 7 picture, potentially, that could refresh your memory?

 8     A.   I could tell you if it's him or not or do I

 9 remember or not.

10     Q.   Okay.  Give me one second, if you would.

11          MR. KVERNE:  Mr. Cook and Tarjan I'm going to

12     show a redacted copy of the letter that you sent

13     with the three pictures, okay?

14          MR. TARJAN:  That's fine.

15 BY MR. KVERNE:

16     Q.   All right.  Mr. Utria, can you see my screen

17 here?

18     A.   Yes, sir.

19     Q.   Okay.  Sorry.  I should have redacted these

20 names, but my bad.  Any of these individuals?  Any of

21 those pictures?  Do they look like any of those pictures?

22     A.   Yes.  Yeah.  He, he -- he's the one on the

23 right-hand side all the way to the top.  Him right there.

24     Q.   Mr. Gaddis here?  This guy?

25     A.   Yeah.  He was the -- they were the one he was

Richard Utria
October 17, 2024

Page 18

1  arguing with.  And the one in the bottom is the one that

2  hit me with the mop wringer.  Him.  And right there he's

3  the one that punched me by the bathroom.

4      Q.   Okay.  So which one punched you, Mr. Currie or

5  Mr. Gaddis?

6      A.   Currie.

7      Q.   Mr. Currie is the one that punched you?

8      A.   The one that punched me, right.  And Mr.

9  Wilson?

10     Q.   Williams?

11     A.   Williams is the one that --

12     Q.   Mr. Williams is the one that hit you with the

13  mop at a later date?

14     A.   Right.  He's the one that hit me with the mop

15  wringer.  And then the up one I don't really know what he

16  did.  He was arguing.

17     Q.   Okay.  So you do not know Mr. Gaddis but Mr.

18  Currie is the individual that punched you on July 20th,

19  right?

20     A.   Yes, sir.

21     Q.   And then Mr. Williams is the individual that

22  hit you with a mop at Charlotte, you're saying, right?

23     A.   Yes, sir.  The other one was arguing with the

24  other inmate in the beginning.

25     Q.   Mr. Gaddis was or Mr. Currie?

Richard Utria
October 17, 2024

Page 19

1      A.   Mr. Gaddis.

2      Q.   Okay.  So he was arguing as well?

3      A.   Yeah.  He was arguing but he didn't do anything

4  to me.

5      Q.   Okay.  All right.  Thank you.  Okay.  So and

6  you said Mr. Currie was arguing with a Spanish

7  individual, the individual that you identified as Latin

8  King, right?

9      A.   Yes, sir.  I think he's Latin King.  I'm not

10  sure, but I think he is.

11      Q.   Okay.  So can you describe to me what happened?

12  You said you were going to get hot water and you were

13  getting that from the sink in the bathroom?

14      A.   Yes.  There's a hot water sink there and I went

15  to go get it from my cup and that's when everything

16  happened.  That's all I remember.

17      Q.   Okay.  And Mr. Currie and the other individual,

18  the other Spanish individual were arguing with one

19  another.  And then you said you just got hit.  Where did

20  you get hit?

21           MR. TARJAN:  Objection as to form.

22           MR. KVERNE:  Okay.

23           MR. TARJAN:  You can still answer the question,

24      Mr. Utria.

25           THE WITNESS:  Yes, sir.

Richard Utria
October 17, 2024

Page 20

1   BY MR. KVERNE:

2       Q.   Let me rephrase.  You said you got punched.

3   Where did you get punched?

4       A.   I got punched in the jaw on the -- on the

5   right-hand side of my face.

6       Q.   Okay.  And you said that that -- what effect

7   did that punch have on you?

8       A.   It knocked me out.

9       Q.   Okay.  So you fell unconscious as a result of

10  that?

11      A.   Yeah.  I guess, but I fell unconscious when I

12  hit the floor.  That's when I went unconscious.  That's

13  when I got --

14      Q.   So did the back of your head hit the floor?

15      A.   Yeah.  Right here.

16      Q.   Okay.  So the back of your head hit the floor

17  and then you fell unconscious?

18      A.   Right.  I got hit on the right and I hit -- and

19  I fell on my head on the left.

20      Q.   Okay.  And then what happened next after that?

21      A.   I don't remember.  And I, I remember waking up

22  and the police telling me, "You're going to jail."  And

23  I'm going -- and just -- so I guess I went to jail.

24      Q.   Okay.  And by jail you mean you were basically

25  placed in confinement?

Richard Utria
October 17, 2024

Page 21

 1      A.   Confinement.  Yes, sir.  We were all being put

 2  in confinement.

 3      Q.   Okay.  You were all.  Who is all?  Do you

 4  remember?

 5      A.   All the inmates.  All the Spanish inmates,

 6  black inmates -- three black inmates.  And the rest

 7  Spanish inmates were put in confinement.

 8      Q.   The three black inmates, were those the three

 9  black inmates that I showed you pictures of earlier?

10      A.   Yes, sir.  Yes, sir.

11      Q.   Okay.  And then the other Spanish inmates, do

12  you remember any of their names?

13      A.   No.  Just one little short one.  That he was a

14  Mexican.  That's all I know about him, though.  That's

15  it.  I don't --

16      Q.   Does he have any tattoos or anything?

17      A.   I don't know.

18      Q.   Does the name Pedro Alfredo ring a bell?

19      A.   Pedro sounds familiar but I don't know, sir.  I

20  don't want to lie.

21      Q.   All right.  And you don't remember anything

22  else from that incident on July 20th, 2022, at Apalachee?

23      A.   At Apalachee, no.  That's all I know sir.

24      Q.   Okay.  So then you said you were later

25  transferred to Charlotte.  Is that correct?

Richard Utria
October 17, 2024

Page 22

1      A.   Yes, sir.

2      Q.   Okay.  What happened at Charlotte?

3      A.   Charlotte, I don't remember getting to

4  Charlotte.  I don't remember getting off the bus.  I got

5  -- but I got off the bus and then some lady read some

6  transcripts from me -- for me and, and, and -- after the

7  whole incident and she told me what happened.  And that's

8  how I know what happened.

9      Q.   Okay.  Well, when you were hit with the mop

10 handle by you said Mr. Williams, correct?

11     A.   Yes, sir.

12     Q.   Were you at Charlotte for a couple of days?

13 Was that the first day that you got there?

14     A.   I think it was the first day, I think.  I'm not

15 sure.

16     Q.   Okay.  And how did that occur?  Do you remember

17 anything about how that went down?  Where he hit you with

18 a mop or anything?

19     A.   Well, what I was advised by -- when they read

20 the transcripts to me was that I came onto him with some

21 homosexual thing and he went and hit me with a mop

22 wringer.  And that's a lie because I'm not a homosexual.

23 I don't do that.  I've been in prison 18 years and I

24 don't have that in my record, any kind of homosexual

25 activity.

Richard Utria
October 17, 2024

Page 23

1      So I know he's lying.  And he said that he hit me

2  because of that.  Well, even if it was because of that he

3  has no right to hit me on the head with a mop wringer

4  because of that.

5      Q.   I absolutely agree with you, Mr. Utria.  Okay.

6  So it's your understanding that he was calling you a

7  homosexual and he hit you because he believed you are

8  homosexual?

9      A.   No.  I didn't -- I didn't know -- I didn't

10  know.  I know he was calling me homosexual.  I don't even

11  remember the whole incident, just what this lady was

12  reading to me.

13      Q.   Okay.  All right.  And then after you were hit

14  with the mop handle, did you remain at Charlotte or what

15  happened then?

16      A.   I got transferred to, to South Florida

17  Reception Center.  And that's I woke up.

18      Q.   Okay.  Is that where you currently are?

19      A.   Yes, sir.

20      Q.   And have you remained there since the incident

21  at Charlotte?

22      A.   Ever since in confinement.  Yes, sir.  In

23  confinement.

24      Q.   Okay.  All right.  Let's go back to July 20th,

25  2022 real quick.  The one at Apalachee, okay?

Richard Utria
October 17, 2024

Page 24

1       A.   Yes, sir.

2       Q.   I want to talk about the officers.  Do you

3   remember any of the officers that were on duty on that

4   day?

5       A.   Not that day.  I'm not sure.  I know there were

6   some female officers and there was male officers, but

7   there are more female officers than male officers.

8       Q.   Okay.  Do you remember any of the female

9   officers, what they look like or anything like that?

10      A.   Not really.  No, sir.  I was unconscious in and

11  out of it so I don't know.  I, I couldn't do that.  No.

12      Q.   When the incident was going down in the

13  bathroom.  Do you remember where any of the officers were

14  at that point in time?

15      A.   No, sir.

16      Q.   Okay.  Do you remember if any of them were near

17  you or near anyone else in the bathroom or in the dorm?

18      A.   I don't remember, sir.

19      Q.   Okay.  Do you remember anyone else maybe by

20  name that may have been present on that particular date?

21      A.   Officer?

22      Q.   Well, just anyone.  Officers or other inmates

23  or anything?

24      A.   There's an -- there's an -- one officer, Young.

25  Officer --

Richard Utria
October 17, 2024

Page 25

1       Q.    Officer Young?

2       A.    Yes.  But that's all I know or remember.  They

3    didn't pick at me.  I don't know.

4       Q.    Do you know if -- is Officer Young a male or

5    female?

6       A.    It's a male.

7       Q.    A male.  And you think he was there at some

8    point that day?

9       A.    I think so.  I'm not sure, but I think so.

10       Q.    Okay.  All right.  Anyone else, any other

11    inmates that you can remember by name?  Any friends that

12    you had in that dorm at the time?

13       A.    The whole dorm knows who I was.

14       Q.    Okay.  Anything else that you can remember from

15    July 20th, 2022, that might be helpful related to this

16    incident?

17       A.    Right now at this moment I don't know anything

18    else.

19       Q.    Okay.  Do you know anything that happened about

20    any type of attack, inmate on inmate attack on that

21    particular day other than your attack obviously?

22       A.    Yes.  I think another inmate got hit, and I

23    don't know which one but he got hit too.  And I don't

24    know -- I don't know which other inmate but I know one of

25    them got -- other than me got hit.  Yes, sir.

Richard Utria
October 17, 2024

1     Q.   Okay.  And when you were knocked unconscious

2  where did you wake up on that day?  Do you remember?

3     A.   On the floor.  And then they pull me by the

4  door.  And I --

5     Q.   Okay.  So you were knocked unconscious and an

6  officer came in or someone came in?

7     A.   Officer.

8     Q.   An officer came in and woke you up and then put

9  you by the door, you said?

10     A.   Yes, sir.

11     Q.   And then from that point you went to

12  confinement?

13     A.   Yes, sir.

14     Q.   Okay.  Do you remember which officer came in

15  and woke you up or anything?

16     A.   No, sir.

17     Q.   Okay.  One moment.  Okay.  Thank you, Mr.

18  Utria, for talking with me.  I appreciate it.  I don't

19  have any further questions.

20          MR. KVERNE:  Mr. Tarjan?

21          MR. TARJAN:  Yeah.  I have some questions.

22                    CROSS-EXAMINATION

23  BY MR. TARJAN:

24     Q.   Mr. Utria, can you hear me all right?

25     A.   Yes, sir.

Richard Utria
October 17, 2024

1        Q.    Okay.  First of all, are you a gang member?

2        A.    No, sir.

3        Q.    Have you ever been a gang member?

4        A.    Never been in a gang member, sir.  No.

5        Q.    Okay.  Now, you spoke about being hit by --

6   were you hit by a mop or by a mop wringer?  What were you

7   hit by?  An object of some kind?

8        A.    Right.  An object of some kind, mop wringer.

9   What they told me.

10       Q.    And you're saying mop wringer like the object

11  that's used to squeeze a mop?

12       A.    Yes, sir.

13       Q.    Okay.  Was the mop wringer attached to a mop

14  bucket at the time, do you know?

15       A.    I, I don't know, sir.  I didn't see it coming

16  so I don't know.

17       Q.    Okay.  Were you hit by a mop wringer at

18  Charlotte or at Apalachee?

19       A.    At Charlotte.

20       Q.    At Charlotte.  Okay.  And that was after the

21  incident at Apalachee?

22       A.    Yes, sir.

23       Q.    Okay.  And when you were at Charlotte did you

24  see the individual actually hit you with the wringer?

25       A.    No, sir.

Richard Utria
October 17, 2024

Page 28

1      Q.   Okay.  And the individual who hit you with the
2  wringer, was that person -- can you describe that person?
3      A.   If I see a picture of him, yes, sir.
4      Q.   Okay.  Do you remember if that person was
5  black, white, African-American, Caucasian, Hispanic,
6  etc.?
7      A.   It was black African-American.
8      Q.   Black.  Okay.  And as a result -- where were
9  you hit with the wringer?
10     A.   On the head -- on the left-hand side of my
11  head.  The, the, the, the side.
12     Q.   Okay.  And for the record, you kind of are
13  tilting your head down and with maybe your cane you're
14  pointing kind of near your left ear?
15     A.   Yeah.  Like right here.
16     Q.   Oh, so in the back of your head?
17     A.   Right here.
18     Q.   Okay.  All right.  So for the record, you're
19  kind of pointing to the behind your ear.  Is that
20  correct?
21     A.   Right.  Yes, sir.
22     Q.   Okay.  All right.  And as a result of the --
23  how many times were you struck?
24     A.   All I know it's one time.  That's all it took.
25     Q.   Let me back up.  With the wringer how -- you

Richard Utria
October 17, 2024

Page 29

 1  were hit with the wringer how many times?

 2      A.   One time that I know of.

 3      Q.   Okay.  Just focusing on that, what happened as

 4  a result of that?  Did you go to the hospital?  Did you

 5  get medical treatment of any kind?

 6      A.   Yeah.  They said I got medical treatment, but I

 7  don't remember none of that.

 8      Q.   Okay.  And was it just one person who was

 9  involved in attacking you with the wringer?  Did that

10  person have an associate?

11      A.   No.  It's just one that I know of.  And that's

12  -- I'm going by what they told me.  I'm not -- I don't

13  really know for sure.  I'm going by what they told me.

14      Q.   Okay.  And when you say they told me, who are

15  you referring to by they?

16      A.   Classification.

17      Q.   Classification?

18      A.   Yes, sir.

19      Q.   Do you remember which classification officer?

20      A.   No, sir.  It was a female.  I know that.

21      Q.   Okay.  It was a female.  And do you have any --

22  I see that you're walking with a -- you have a cane with

23  you?

24      A.   Yes, sir.

25      Q.   How long have you had that cane?

Richard Utria
October 17, 2024

Page 30

1    A.    Ever since the accident.  The, the assault.

2    Q.    Since the mop wringer assault?

3    A.    Yes, sir.

4    Q.    Okay.  And as a result of the mop wringer

5  assault did you develop any medical issues?

6    A.    Yeah, I guess.  I had medical issues but that's

7  about it.

8    Q.    What about your memory?  Did you develop any

9  memory issues as a result of the wringer?

10    A.    Yes, sir.  I forget my kid's birthday.  I

11  forget my DC number.  I forget that 5 or 10 minutes of

12  whatever we have talked about, sometimes I forget about

13  it.  And when I talk, I talk like I'm straining and

14  that's a new thing to me.  I don't understand why that

15  happens.

16    Q.    And all of that is the result of being attacked

17  by the mop wringer?

18    A.    Yes, sir.

19    Q.    So just to break it down, has your short-term

20  memory been impacted as a result --

21    A.    Yes.

22    Q.    -- of being attacked by the mop wringer?

23    A.    Short-term and long-term.  Yes, sir.

24    Q.    Okay.  And once again, the mop wringer, that

25  was an incident at Charlotte, correct?

Richard Utria
October 17, 2024

Page 31

1      A.   Yes, sir.

2      Q.   All right.  And you said you didn't see an

3   individual actually hit you with the wringer.  You just

4   learned about being hit by a classification officer.  But

5   prior to being hit by a wringer do you remember having

6   any kind of interaction with someone who might then want

7   to harm you?

8      A.   No, sir.

9      Q.   Okay.  Have you received any medical treatment

10   as a result of being hit by the mop wringer?

11      A.   A, a little, yes.  Therapy, and that's about

12   it.  I don't have no --

13      Q.   I'm sorry.  Go ahead.

14      A.   No.  I, I mean, I went to therapy for mental.

15   To know how to -- because sometimes I forget how to

16   spell, how to do math, and I need something to help me

17   with that and they haven't helped me.

18      Q.   Before you were hit by the mop wringer at

19   Charlotte were you able to do math?

20      A.   Yes, sir.  I mean, I could solve problems but

21   now it's difficult.  It takes me a lot longer and I have

22   to think a lot harder or I have to have a book to teach

23   me how to do it.  Before, I could do it myself.  That's

24   it.

25      Q.   Do you have any difficulty writing or reading

Richard Utria
October 17, 2024

Page 32

1   since the incident at Charlotte?

2       A.   No, sir.  No, sir.  I mean, my studying was

3   bad.  I knew that, but it wasn't -- I didn't need help.

4   I just needed more training.  That's all.

5       **Q.   Is there anything else you can think of right**

6   **now where your intellectual abilities were impaired as a**

7   **result of being hit by the mop wringer?**

8       A.   My speech and the way I walk.  Now, the way I

9   walk, I tumble everywhere.  That's why I got to use the

10  cane to keep my balance.  The cane is not to help me

11  walk, the cane is to keep my balance because I'm, I'm all

12  left-sided.  And I bounce off the walls if I don't need

13   - I don't use it.  I have to --

14      **Q.   Prior to -- I'm sorry.  Finish your thought.**

15      A.   I have to grab onto things.

16      **Q.   Prior to being hit by the mop wringer did you**

17  **require a cane?**

18      A.   No, sir.

19      **Q.   Did you require any kind of walking assistance**

20  **device?**

21      A.   No, sir.

22      **Q.   And prior to the incident involving the mop**

23  **wringer did you have any speech issues?**

24      A.   No, sir.

25      **Q.   Okay.  Now, let's go back to -- so at Charlotte**

Richard Utria
October 17, 2024

1  is it fair to say that you just really don't have any

2  idea who attacked you?

3      A.   Exactly.

4      Q.   Let's jump back in time now to Apalachee, okay?

5  To July 20th, all right?

6      A.   Yes, sir.

7      Q.   2022.  Oh, by the way, actually, before we do

8  that, staying in Charlotte -- no, scratch that.  Moving

9  to Apalachee now, okay?  You with me?

10     A.   Yes, sir.

11     Q.   All right.  When you were at Apalachee do you

12  remember at the time -- on July 20th, 2022, do you

13  remember what dorm you were staying in?

14     A.   No.  I don't remember.  No, sir.

15     Q.   Okay.  Do you remember was it a dorm or were

16  you in cells?  How were you housed at that time?

17     A.   It was a dorm, open bay dorm, where everybody

18  slept together.

19     Q.   Okay.  Do you remember approximately how many

20  people were there?

21     A.   Maybe 60 or 50, I guess.  I'm not sure.

22     Q.   Okay.  And do you remember your bunk?

23     A.   Yes.  I do, sir.

24     Q.   What was your bunk number?  Do you remember?

25     A.   No.  I don't remember the bunk number but I

Richard Utria
October 17, 2024

Page 34

1  know where it was at.

2      Q.   Where was it at?

3      A.   It was by the -- almost by the middle aisle and

4  it's by the -- almost by the wall.

5      Q.   So almost by the middle aisle by the wall?

6      A.   By the wall.

7      Q.   Is that a wall that's -- which wall was that?

8  Do you remember?  Was it a wall near the security booth,

9  near an entrance?

10     A.   The middle of the cell.  Around the middle of

11  the whole dorm.

12     Q.   Middle of the whole dorm.  Okay.  Was it a

13  single or a double bunk?

14     A.   A single bunk.

15     Q.   All right.  So on July 20th, 2022, do you right

16  now -- what exactly happened on that day to you?  Because

17  there was a little confusion before about the mop wringer

18  and were you -- what physical thing happened to you on

19  July 20th, '22?

20     A.   That was before the mop wringer?

21     Q.   Yeah.  Before.  Before.  So when you were in

22  the open bay dorm at Apalachee.

23     A.   Okay.  I was punched and I fell to the floor.

24     Q.   Okay.  Now, when you were punched, how many

25  times were you punched?  Do you know?

Richard Utria
October 17, 2024

Page 35

 1     A.   One time.  That's all I remember.

 2     Q.   Okay.  Not what you were told, but did you see

 3  someone punch you?

 4     A.   I, I didn't see it.  No, I didn't.

 5     Q.   Okay.  And where were you punched on your body?

 6     A.   On the jaw side.  That side.

 7     Q.   With your cane, for the record, you're kind of

 8  pointing to your right jaw?

 9     A.   Yes, sir.

10     Q.   Okay.  What injuries did you sustain as a

11  result of that punch?

12     A.   I got this cut right here on my head, on my

13  left-head side and that's how I remember.

14     Q.   Okay.  Did the punch itself cause an injury?

15  Did it cause bleeding or just bruising?

16     A.   It was bleeding.  A lot of bleeding and memory

17  loss as well for sure.

18     Q.   Okay.  Because my understanding is that you

19  were punched and then you fell, right?

20     A.   Yes, sir.

21     Q.   Just from the punch itself, did you have blood

22  from the punch?

23     A.   Yes, sir.  At least when I woke there was blood

24  everywhere.

25     Q.   Okay.  Did you feel blood on your jaw?

Richard Utria
October 17, 2024

Page 36

 1     A.   No.  They just told me I'm bleeding everywhere.
 2  Don't touch it.  And I went to go touch and I seen all
 3  the blood coming down.  That's when I noticed I was -- I
 4  was injured.
 5     Q.   Do you think the blood was coming from your
 6  jaw?
 7     A.   No.  It was coming from my head.
 8     Q.   Okay.  Was your jaw bruised afterwards?  Just
 9  the jaw?
10     A.   It still is a little, but --
11     Q.   Okay.  And as a result of the blood on your
12  head -- how did you get the blood on your head?  Is that
13  from falling?
14     A.   I guess that's from falling and/or the mop
15  wringer, one of the two.  It was both --
16     Q.   Well, wasn't the mop wringer later on, though,
17  at Charlotte?
18     A.   Yes, sir.
19     Q.   Okay.  Were you hit by a mop wringer at
20  Apalachee?
21     A.   No.  It was Charlotte.  But I hit -- I was
22  bleeding also when I hit the floor.  When he punched me
23  on the right head -- the right cheek, I hit the floor and
24  I must have been bleeding there.  And I got up and I was
25  bleeding there.  That's why there's two scars there on my

Richard Utria
October 17, 2024

Page 37

1    head.

2         Q.    So you have two scars from falling as a result

3    of the punch?

4         A.    One from the punch and one from the mop

5    wringer.

6         Q.    Okay.  And those are on the back of your head?

7         A.    Yes, sir.  The side of my head.

8         Q.    Side of your head.

9         A.    Yes.

10         Q.    Okay.  And now, just prior, let's just -- do

11    you remember going back to --- so, July 20th, okay, at

12    Apalachee, do you remember approximately what time you

13    were punched?

14         A.    No, sir.

15         Q.    Do you know whether it was daytime or

16    nighttime?

17         A.    Daytime.

18         Q.    Daytime.  How early or late in the day can you

19    say?

20         A.    I'm going to say like midday or evening.

21         Q.    Midday or evening.  Okay.

22         A.    Yes.

23         Q.    Do you remember the master roster count from

24    July 20th, 2022, at Apalachee?

25         A.    No, sir.

Page 38

1    Q.    Do you know if you had been removed from the

2    dorm before the master roster count?

3    A.    No, sir.

4    Q.    So you said you were punched on the -- at

5    Apalachee, you were punched on the jaw.  You didn't see

6    who punched you.  Just prior to being punched -- okay.

7    Let's go back.  You said you went to get hot water?

8    A.    Yes, sir.

9    Q.    Okay.  Now, I think you mentioned, were two

10   people having an argument before you went to get hot

11   water?

12   A.    Yes, sir.

13   Q.    Okay.  And the two people were arguing and were

14   they arguing near your -- where were you when they were

15   arguing?

16   A.    Right by my bunk.  I was laying on my bunk.

17   Q.    Okay.  So you're laying on your bunk?

18   A.    Yes.

19   Q.    And are those individuals right near your bunk

20   or are they a little far away or 10 feet or 50 feet?  How

21   far away do you think?

22   A.    Like right there.  Right, right, right there

23   next to my bunk.

24   Q.    Okay.  And so let's talk about the two

25   individuals.  I know Mr. Kverne was asking you about

1  them, but I just want to clarify.  Were they both gang

2  members?

3      A.   I think both of them were gang members, yes.

4      Q.   And do you know which gang or gangs they were

5  members of?

6      A.   One of them, I think, was a Latin King and the

7  other one was, Okay gang.  A homosexual gang called Okay.

8      Q.   Okay.  Was the Latin King gang member Hispanic?

9      A.   Yes, sir.

10     Q.   And was the Okay gang member Hispanic or black

11 or what race?

12     A.   He was black, black African.

13     Q.   Okay.  And do you remember what they were

14 arguing about?

15     A.   About a phone or something.

16     Q.   They were arguing about a phone or something?

17     A.   Yes, sir.

18     Q.   Do you remember that personally from your own

19 memory or because someone told you?

20     A.   Personally from my memory.

21     Q.   Okay.  How long were they arguing before you

22 got up to go get hot water?

23     A.   They've been arguing the whole day but that day

24 was more -- a little more intense.

25     Q.   Okay.  Did both of those individuals sleep in

Page 40

1  bunks near you?

2      A.   No, sir.

3      Q.   Did the one you think was Latin King, did that

4  person sleep in a bunk near you?

5      A.   Yes, sir.

6      Q.   How close?

7      A.   Like two or three bunks away from me or two

8  away from me.

9      Q.   Okay.  And the one who was in the okay gang,

10  how far away did that person sleep from you?

11      A.   He, he lived like across the hall so I'm

12  guessing 10, 10 bunks -- 10, 15 bunks away from me.

13      Q.   Okay.  And so you moved to -- at a certain

14  point you got up to go get hot water?

15      A.   Yes, sir.

16      Q.   While these two individuals were arguing near

17  you?

18      A.   Yes, sir.

19      Q.   Okay.  Where do you go to get the hot water?

20      A.   By the -- by the sinks there's a -- there's a

21   - there's a hose there with hot water, cold water.  So I

22  go there to get hot water.  Everybody goes there to get

23  hot water.

24      Q.   Did you take a mug or a cup with you of some

25  kind?

Richard Utria
October 17, 2024

Page 41

 1      A.   Mug cup, you know.

 2      Q.   Okay.  And did the two individuals who were

 3 arguing, did they follow you?

 4      A.   They didn't follow me.  They just ended up

 5 there.  The arguments just ended up right there.

 6      Q.   So they were arguing and they ended up near you

 7 while you were getting hot water?

 8      A.   Yes, sir.  Right by the bathroom.  Yes, sir.

 9      Q.   How did they end up near you if they weren't

10 following you?

11      A.   I don't know.  They just end up right there

12 next to me.  And in all I seen -- all I heard -- fell was

13 the hit, pop, when I got hit.

14      Q.   Okay.  Now, when you were hit, that punch, what

15 were you doing in that moment?  Were you pouring the

16 water?  Were you just holding the mug?  What were you

17 doing?

18      A.   I was stirring my, my cup of coffee with hot

19 water.

20      Q.   Okay.  When you went to get the cup of coffee

21 did you already have the coffee in the mug when you were

22 walking over?

23      A.   I think so, yes, or I had it by my bed or I was

24 going to go get, get it by my bed or what.  I'm not sure.

25      Q.   So you're not sure whether you already had the

Richard Utria
October 17, 2024

Page 42

1  coffee or you were going to go back to your bunk and add
2  coffee to the water?

3      A.   No.  I had a cup, but I don't know if I had the
4  coffee in the cup.  But I was to go get the hot water.

5      Q.   Got it.  Okay.  And so when you were punched
6  you were stirring your cup of coffee.  How close were
7  these two individuals who were fighting?  How close were
8  they to you when you were stirring the cup of coffee?

9      A.   I don't remember -- I don't remember seeing
10 none of them when I got punched.

11     Q.   So to be clear, you're not sure how close the
12 Latin King individual was to you when you were punched?

13     A.   Right.  I'm not sure how close he was --

14     Q.   And what about --

15     A.   -- or the other guy.

16     Q.   I'm sorry.  I interrupted you.  What did you
17 say?  I apologize.

18     A.   Or the other guy, the black guy.  I don't know
19 how close they were to me.

20     Q.   Okay.  Do you think they were very close or a
21 little way off?

22     A.   Well, if they had -- if they punched me it's
23 because they were close to me, but I don't know.  I can't
24 really know.  I don't know.

25     Q.   Are you certain that one of those two

Richard Utria
October 17, 2024

Page 43

1  individuals punched you?

2      A.   Yes, sir.  It was the black guy that punched me

3  because it was a black hand.  That I see the black arm.

4  And the Spanish dude, you know, he's Spanish.

5      Q.   I'm sorry.  What was the last thing you just

6  said?

7      A.   And the Spanish dude is Spanish, his, his arm

8  is not black.  It's, it's like tan.  But this arm was

9  black.

10      Q.   Do you know if the black guy was trying to

11  punch the other individual and accidentally hit you?

12      A.   No, sir.  It was purposely done.

13      Q.   It was what?

14      A.   It was purposely punched.  I was purposely

15  punched.

16      Q.   Okay.  Before you were punched were the two

17  individuals physically threatening each other?

18      A.   No, no.  They were just arguing about a phone

19  call.  That's all they were arguing about.

20      Q.   Okay.  Do you remember any details about their

21  arguing about the phone call?  What the phone call

22  involved?

23      A.   Just money that he owe him and/or something.  I

24  guess that's about it.  I try to stay out of their way,

25  though.

Richard Utria
October 17, 2024

Page 44

1      Q.   Okay.  Did you step near them at the moment you
2  were punched?

3      A.   No.  No, sir.

4      Q.   So you were just standing, stirring when you
5  were punched?

6      A.   Walking away, stirring my coffee.  And that's
7  when I got punched, yes.

8      Q.   Okay.  And were the two individuals -- what
9  side of you were the two individuals?

10     A.   I don't remember, sir.  I don't really
11  remember.

12     Q.   Okay.  Let me show you some pictures, okay?

13     A.   Yes, sir.

14     Q.   One second.  Sorry, bear with me, please.
15  Okay.  I'm about to share my screen.  All right.  Mr.
16  Utria, do you see a picture of somebody on your screen?

17          A.   Yes, sir.  Yes, sir.

18     Q.   Okay.  Now, this is corrections Sergeant
19  Michelle McKinnie.  Do you recognize this person?

20     A.   I kind of remember her from there but that's
21  about it.

22     Q.   Okay.  Do you remember whether she was in the
23  dorm on July 20th, the day that you were punched?

24     A.   I'll be lying.  I'm not sure, sir.

25     Q.   Okay.  Do you remember if she was -- let me

Richard Utria
October 17, 2024

Page 45

1   just break this down.  Do you remember if she was in the

2   security booth at any time on July 20th at Apalachee?

3       A.    I don't -- I'm not sure -- I'm not sure.  There

4   was some, some -- a bunch of females there.  There was

5   like three or four females, but that's all I remember.  I

6   don't know who they were.  I don't know them by name.

7       Q.    I'm sorry.  What was the last thing you said?

8       A.    I don't know them by name.  But she looks

9   familiar.

10      Q.    All right.  I'm going to move to introduce this

11  into evidence.

12            (Plaintiff's Exhibit A marked for

13            identification.)

14            MR. KVERNE:  Is that going to be A?

15            MR. TARJAN:  A.  I'm sorry.  Plaintiff Exhibit

16      A.

17            MR. KVERNE:  No objection.

18  BY MR. TARJAN:

19      Q.    All right.  Mr. Utria, let me set this up

20  actually.  Hold on.  All right.  Do you --

21            MR. KVERNE:  It's not clear, Mr. Tarjan.  If

22      you could --

23  BY MR. TARJAN:

24      Q.    Yeah.  Let me blow this up.  This is a picture

25  of Brandon Williams.  Can you see this individual, Mr.

Richard Utria
October 17, 2024

Page 46

1  Utria?

2          A.   Yes, sir.

3      Q.   All right.  Do you recognize this individual?

4          A.   Yes, sir.

5      Q.   All right.  How do you know this individual?

6          A.   Well, because that's the picture the lady sent

7   me, told me that he's the one that hit me.

8      Q.   So the classification officer told you that

9   Brandon Williams hit you at Apalachee?

10         A.   No.  At Charlotte with the mop wringer.

11     Q.   Oh, so the classification officer told you that

12  Mr. Williams hit you at Charlotte with the mop Wringer?

13         A.   Yes, sir.

14     Q.   Okay.  And now having seen him, do you

15  personally recall him attacking you with the mop wringer?

16         A.   Not really.  No, I don't.

17         MR. TARJAN:  Okay.  This is actually

18         Plaintiff's Exhibit D.  They're slightly out of

19         order.  Move to introduce.

20         (Plaintiff's Exhibit D marked for

21         identification.)

22         MR. KVERNE:  No objection.

23  BY MR. TARJAN:

24     Q.   Okay.  Oh, by the way, Mr. Williams who I just

25  showed you was do you remember him from Apalachee?

Richard Utria
October 17, 2024

1     A.   I think he was there, yes.  But I don't know.

2  I don't remember, remember.

3     Q.   All right.  Did Mr. Williams punch you at

4  Apalachee?

5     A.   No, sir.

6     Q.   All right.  I'm showing you now a picture of

7  Charles Gaddis.  Do you see this individual on your

8  screen?

9     A.   Yes, sir.

10     Q.   Okay.  Do you recognize this individual?

11     A.   I think so.  He was -- he was by, by the

12  bathroom.  Yes, sir.

13     Q.   Okay.  So Mr. Gaddis, you said he was by the

14  bathroom.  Was he one of the two individuals arguing over

15  the phone?

16     A.   No.  He was just staying -- standing there.

17     Q.   Okay.  And by the way, when you were getting

18  your coffee, was there any other activity happening in

19  the dorm at that time?

20     A.   Yes, sir.  The whole dorm was up -- the whole

21  dorm was up.

22     Q.   I should ask you this.  What was going on at

23  that time?

24     A.   Everybody just looking and talking and just

25  walking around and some of them walking off and laying on

Richard Utria
October 17, 2024

Page 48

1  their bunk.

2      Q.   Was anybody fighting anywhere else?

3      A.   No, sir.  No, sir.

4      Q.   Okay.  So Mr. Gaddis, you said was nearby when

5  you were getting your coffee?

6      A.   Yes, sir.

7      Q.   At the hot water -- was he near your bunk or

8  was he near when you were actually getting the hot water

9  itself?

10      A.   The hot water.

11      Q.   How far away was he?

12      A.   I don't know.  50 feet, 20 feet.  I'm not sure.

13      Q.   Okay.  So you said 15 or 50?

14      A.   50 or 20.

15      Q.   Like 5-0, 50 or 1-5, 15?

16      A.   Something like that.  Yes, sir.  15, 50.

17      Q.   So 15 or 50 feet away.  Mr. Gaddis was 15 or

18  50 feet away?

19      A.   Yes, sir.

20      Q.   Okay.  Well, did he threaten you in any way?

21      A.   No, sir.

22      Q.   Did you ever see -- do you remember Mr. Gaddis

23  doing anything else that day?

24      A.   No.  That's it.

25      Q.   And did you ever see Mr. Gaddis at Charlotte?

Richard Utria
October 17, 2024

Page 49

1      A.   Yes, sir.  In confinement.

2      Q.   Okay.  Was he involved in any way in attacking

3  you with a mop wringer?

4      A.   No, sir.  Not that I know of.  No.

5      Q.   When you saw him in confinement at Charlotte

6  did you talk to him about Apalachee?

7      A.   No, sir.

8      Q.   Do you remember anything you discussed with him

9  while you were at Charlotte in confinement?

10     A.   I didn't talk to him at all.  We just looked at

11  each other and that's it.

12     Q.   Okay.  Did you know whether he was a member of

13  the Okay gang or any other gang?

14     A.   I don't know, but I know he's in -- he was with

15  them so he's a member, I guess.  I'm not sure.

16     Q.   You're not sure if he's a member of the gay

17  community or what?

18     A.   Right.  I'm not sure.

19     Q.   Okay.  So you're not sure if he was with the

20  Okay gang?

21     A.   Right.

22     Q.   Had he ever threatened you at any point?

23     A.   No, sir.

24     Q.   Did you ever have any kind of beef with him at

25  any point?

Richard Utria
October 17, 2024

Page 50

1      A.   No, sir.

2      Q.   Earlier I showed you a picture of Mr. Williams.

3  Had you ever had any problems or issues with Mr. Williams

4  before?

5      A.   No, sir.  No.

6           MR. TARJAN:  All right.  This is Plaintiff

7      Exhibit C.  I'm going to move to introduce.

8           (Plaintiff's Exhibit C marked for

9      identification.)

10           MR. KVERNE:  No objection.

11  BY MR. TARJAN:

12      Q.   All right.  Now, at this point we have --

13  actually hold off on this.  All right.  I'm showing you a

14  picture of an individual named Chad Shaw, S-H-A-W.  Do

15  you see this person on your screen?

16           A.   Yes, sir.

17      Q.   Okay.  Do you recognize this person?

18      A.   No, sir.

19      Q.   All right.  Do you remember him from Apalachee

20  at all?

21      A.   No, sir.

22           MR. TARJAN:  All right.  This is Plaintiff's

23      Exhibit J.  I'm going to move to introduce.

24           (Plaintiff's Exhibit J marked for

25      identification.)

Richard Utria
October 17, 2024

Page 51

1              MR. KVERNE:  No objection.

2  BY MR. TARJAN:

3      Q.   All right.  I'm showing you now a picture of

4  someone named Rascual Rentas.  R-A-S-C-U-A-L, last name,

5  R-E-N-T-A-S.  Mr. Utria, do you see this picture on your

6  screen?

7      A.   Yes, sir.

8      Q.   I can enlarge it a little.  Do you recognize

9  this individual?

10     A.   Not really, but no.

11     Q.   You don't recognize him?

12     A.   No, sir.

13             MR. TARJAN:  Okay.  All right.  This is

14      Plaintiff's Exhibit I.  I'll just move to introduce

15      it.

16             (Plaintiff's Exhibit I marked for

17      identification.)

18             MR. KVERNE:  No objection.

19  BY MR. TARJAN:

20     Q.   Does the name Rascual Rentas ring a bell at

21  all?

22     A.   Not really.  I haven't heard of it.

23     Q.   Did you know of an individual named King Pace

24  or Pace?

25     A.   Pace?  No, sir.

Richard Utria
October 17, 2024

Page 52

1        Q.    Or what about King Pace?

2        A.    No, sir.

3              MR. TARJAN:  Okay.  Did I move to introduce

4        this?

5              MR. KVERNE:  Yes, you did.

6              MR. TARJAN:  Thank you.

7   BY MR. TARJAN:

8        Q.    All right.  This is a picture of you.  I have

9   on the screen picture of Alfonza, A-L-F-O-N-Z-A, Ward, W-

10  A-R-D.  Mr. Utria do you see this person on your screen?

11             A.    Yes, sir.

12       Q.    And do you recognize that individual?

13       A.    No, sir.

14             MR. TARJAN:  And just to be consistent, this is

15       Plaintiff's Exhibit L.  I'll move to introduce.

16             (Plaintiff's Exhibit L marked for

17       identification.)

18             MR. KVERNE:  No objection.

19  BY MR. TARJAN:

20       Q.    All right.  Do you see on your screen Devon

21  Currie?

22             A.    Yes, sir.

23       Q.    Okay.  Do you recognize this individual?

24       A.    Yes, sir.

25       Q.    All right.  How do you recognize this

Page 53

1  individual?

2       A.   I think -- I think he was one of the one --

3  he's the one that punched me in Apalachee.

4       Q.   **You think he punched you at Apalachee?**

5       A.   I think he, he looks like the guy that punched

6  me in Apalachee, yes.  While I were getting hot water.

7       Q.   **While you were getting hot water.**

8       A.   Right.  But they all look the same so I'm not

9  sure.

10      Q.   **Okay.  And when you say they all look the same,**

11 **are you talking about like black people or African**

12 **American people?**

13      A.   Yeah.  African American, sir.

14      Q.   **Okay.  That's fair.  All right.  Do you**

15 **remember anything else about Mr. Currie?**

16      A.   No, sir.

17      Q.   **Do you remember him getting attacked at**

18 **Apalachee?**

19      A.   No, sir.

20      Q.   **All right.  Do you remember ever seeing him**

21 **again after Apalachee?**

22      A.   No, sir.

23      Q.   **Okay.  Was he involved in hitting you with a**

24 **mop wringer?**

25      A.   I don't know, sir.  I don't know.

Richard Utria
October 17, 2024

1      Q.   Okay.  Did any classification officer tell you

2   anything about Mr. Currie at any point?

3      A.   No, sir.

4           MR. TARJAN:  All right.  This is Plaintiff's

5   Exhibit B.

6           (Plaintiff's Exhibit B marked for

7   identification.)

8           MR. KVERNE:  No objection.

9   BY MR. TARJAN:

10      Q.   All right.  I'm showing you a picture of

11   someone named Parker Cody, C-O-D-Y.  Do you see this

12   person on your screen?

13           A.   Yes, sir.

14      Q.   All right.  Do you recognize this person?

15      A.   No, sir.

16      Q.   Do you know anything about this person?

17      A.   No, sir.

18           MR. TARJAN:  Okay.  This is Plaintiff's Exhibit

19   E.  Move to introduce.

20           (Plaintiff's Exhibit E marked for

21   identification.)

22           MR. KVERNE:  No objection.

23   BY MR. TARJAN:

24      Q.   All right.  Now I am showing you a picture of

25   someone named Luis, L-U-I-S, Rodriguez spelling with a Z

Richard Utria
October 17, 2024

1   at the end.  Can you see this picture on your screen?

2          A.   Yes, sir.

3      Q.   Do you recognize this person?

4      A.   I think so.  Yes, sir.

5      Q.   How do you recognize this person?

6      A.   He was one of the ones that had a fight with

7   one of them.  So I'm not sure.  But I think it was him.

8      Q.   You think he was having the fight when you were

9   getting coffee?

10     A.   Something like that or before -- yeah.  When I

11  was getting coffee or before I was getting coffee, around

12  that time.  I'm not sure.  They gave him a black eye.

13  And I know they gave him a black eye or something.

14     Q.   I'm sorry.  What was the last thing you said?

15     A.   I think they gave him a black eye.

16     Q.   Okay.  When you say they, who do you mean they?

17     A.   The Okay, the, the black people, I guess.

18     Q.   Okay.  Now, but you spoke about two individuals

19  having an argument about the phone.  Do you remember if

20  he was one of those two individuals specifically?

21     A.   I don't remember seeing him.  No.

22     Q.   You don't remember seeing him what?

23     A.   When he -- they were arguing about the phone.

24  No.

25     Q.   Okay.  So you're not sure if he was the one who

Richard Utria
October 17, 2024

Page 56

1  was arguing about the phone?

2      A.   Yes, sir.

3          MR. TARJAN:  Okay.  Does anyone need a break?

4      Like a five-minute break for a comfort break?

5      Anyone?

6          MR. KVERNE:  I'm okay.

7          MR. TARJAN:  Mr. Utria, do you need a break for

8      any reason?

9          THE WITNESS:  No.  I'm okay.

10         MR. TARJAN:  Madam Court Reporter?

11         THE REPORTER:  I'm okay.  Thank you.

12 BY MR. TARJAN:

13     Q.   Anything else about Mr. Luis Rodriguez that you

14 remember?

15     A.   No, sir.

16     Q.   Had you ever had any interactions with him

17 yourself at Apalachee?

18     A.   In confinement, that's about it.  And I think

19

20     Q.   What was your interaction?  I'm sorry.  What

21 did you say?

22     A.   I think it was him.  But in confinement we

23 talked and that's about it.

24     Q.   You think he was one of the people arguing or

25 you mean he was one of the people who you spoke to in

Richard Utria
October 17, 2024

Page 57

1  confinement?

2      A.   I, I was in confinement with him.  But he's the

3  one that told me that I got hit, you know, this and all

4  that.

5      Q.   So he what?  So can you tell me more

6  specifically, what did Mr. Rodriguez tell you about being

7  hit?

8      A.   The -- oh, the, the, the, the inmate hit me.

9  And that's it.  And that's when he showed me he had a

10  black eye.  That's when he had a black eye.  He got into

11  a fight with one of them and is one of them gave him a

12  black eye.  That's, that's all I remember.

13     Q.   Okay.  Did he say who he got into a fight with?

14     A.   No, sir.

15     Q.   And did he say anything about himself attacking

16  anyone?

17     A.   No.  No, sir.

18     Q.   Do you know if he was a member of a gang?

19     A.   Yes, sir.

20     Q.   Which gang?

21     A.   I think it was the King of Latin, something

22  like that.  I'm not sure.

23     Q.   I'm not sure if I asked you this before, did

24  you have any interaction with him prior to confinement?

25  Had you spoken with him in the dorm?  Any interactions?

Richard Utria
October 17, 2024

Page 58

1      A.   No, sir.  No, sir.

2      Q.   Did you ever communicate generally with people

3   who might have been in gangs like Latin Kings or Netas or

4   MS-13?

5      A.   I mean, I talk to anybody who's okay with me,

6   but once I see there, there -- there are problems I stay

7   away from them after that.  I don't talk to them.  So if

8   I do talk --

9      Q.   Okay.  Did anyone -- go ahead.

10     A.   If I do talk to them it's because to me I feel

11  there are no problems.

12     Q.   Okay.  And did people think they -- did anyone

13  think that you were in a gang?

14     A.   No, no.  They knew I wasn't in a gang.  I was a

15  neutron.

16     Q.   A neutron?

17     A.   Yes, sir.

18     Q.   Okay.  Like a neutron star?

19     A.   I guess that's what they call it, non-gang

20  members.  Neutrons.  Is what they --

21     Q.   Neutrons.  Okay.  Anything else about Mr.

22  Rodriguez that you recall?

23     A.   No.  That's it.  He was in a room with my --

24  with a little Mexican guy I told you.  He --

25     Q.   He was what?

1    A.   He was in the room with the little Mexican guy
2  that I was telling you about at first.
3    **Q.   Did you say he was in a room with the Mexican**
4  **guy or he was in a what?**
5    A.   In a room with the little -- with the little
6  Mexican guy that was my friend.  He used to play chess
7  with me a lot.
8    **Q.   Okay.  So in the room with the Mexican, you**
9  **mean a confinement cell?**
10   A.   Yes, sir.
11   **Q.   Okay.  So after the incident on July 20th, you**
12 **ended up in confinement and you're saying that you ended**
13 **up in that -- I'm sorry -- that Mr. Rodriguez ended up in**
14 **the room with your Mexican friend?**
15   A.   You're right.  Right next to me.  Yes.
16   **Q.   Okay.  Were you able to speak with your Mexican**
17 **friends while you were in confinement?**
18   A.   We, we looked at each other and we laughed and
19 we just stayed quiet.
20   **Q.   Okay.  Did your Mexican friend tell you**
21 **anything about the incident on July 20th back in the**
22 **dorm?**
23   A.   No, sir.
24        MR. TARJAN:  All right.  So this is Plaintiff
25   Exhibit F.  I'm going to introduce this.

Richard Utria
October 17, 2024

Page 60

1              (Plaintiff's Exhibit F marked for

2       identification.)

3              MR. KVERNE:  No objection.

4    BY MR. TARJAN:

5       Q.   All right.  Before we go from Mr. Rodriguez,

6    though, just to be clear, when you were getting coffee,

7    was he near you at the water station?

8       A.   No.  Not that I know of.  No.

9       Q.   Do you know how far away he was?

10      A.   He was by the bunk, if anything.  By his bunk.

11      Q.   Okay.  Do you remember seeing him fighting at

12   all on July 20th?

13      A.   No, sir.

14      Q.   By the way, the two individuals who are arguing

15   -- excuse me -- the Latin King.  Do you know if that

16   Latin King individual had a phone?

17      A.   I mean, I'm not allowed to say.  I mean, I

18   guess -- I guess he had one.  If they were arguing about

19   it it's because they had a phone, I don't know.  But I --

20      Q.   Okay.  Do you yourself know whether that

21   individual had a phone?

22      A.   Right.  Me myself, I didn't know if he had a

23   phone or not.  I never seen --

24      Q.   What about -- I'm sorry, what?

25      A.   I never seen the phone.  I just know they were

Richard Utria
October 17, 2024

Page 61

1  arguing about a phone.

2      Q.  All right.  I'm showing you now someone named

3  Wilson Rodriguez.  Can you see this person on your

4  screen?

5          A.  Yes, sir.

6      Q.  Do you recognize this person?

7      A.  Yes and no.  I mean, I think I've seen them

8  before, but I don't know.  I'm not sure.

9      Q.  All right.  Was he one of the people arguing

10  near the water station?

11      A.  I don't remember, sir.

12          MR. TARJAN:  Okay.  And just to be consistent,

13      this is Plaintiff Exhibit G.  Move to introduce.

14      Mr. Kverne, any objection?

15          (Plaintiff's Exhibit G marked for

16      identification.)

17          MR. KVERNE:  I'm sorry.  No objection.  No.  I

18      apologize.

19          MR. TARJAN:  No problem.

20  BY MR. TARJAN:

21      Q.  All right.  This is Alfredo Pedro.  Do you

22  recognize this in person?

23          A.  Yes, sir.

24      Q.  Who is this?

25      A.  That's the little Mexican friend I used to play

Richard Utria
October 17, 2024

Page 62

1  chess with.

2      Q.   Okay.  Do you remember his -- tell me about

3  anything you remember about him on July 20th, 2022, at

4  Apalachee?

5      A.   Well, I know that he was there and that's about

6  it.  And after that I don't know where he was at.

7      Q.   Was he involved in the argument over the phone?

8      A.   No, no, no.  He don't have nothing to do with

9  the phone because it wasn't his.  So he didn't have

10  nothing to do with that.

11      Q.   Was he a member of a gang to your knowledge?

12      A.   That I know of, no.  Because that's what I

13  mean, him and I used to play chess a lot because he, he

14  wasn't in all that foolishness.

15      Q.   You said you saw him in confinement afterwards.

16  How did he end up in confinement?

17      A.   I don't know.  They put us all in confinement.

18  For, for what reason?  I don't know.  Some of them were

19  fighting -- some of them were fighting, I guess.  I don't

20  know.  They just took --

21      Q.   They took who?

22      A.   They took almost every Spanish person on that

23  row into confinement.

24      Q.   And are you yourself Spanish, Mr. Utria?

25      A.   Yes, sir.  I'm Colombian Cuban.  Yes, sir.  But

Richard Utria
October 17, 2024

Page 63

1    I, I was born in Boston.

2        Q.    So it sounds like you're saying that basically

3    FTC staff just put you in confinement because they

4    thought, okay, you're Hispanic, so you must be part of it

5    --

6        A.    Exactly.

7        Q.    -- because Hispanic people were involved?

8        A.    Exactly.

9        Q.    Does that seem mean fair?  Go ahead.

10       A.    I'm thinking -- I'm thinking that's what

11   happened.  I'm not sure.  But because we're Spanish so

12   they got to be involved, I guess.  I don't know.

13       Q.    Does that seem fair to you?

14       A.    It doesn't seem fair but I understand the

15   policies because there are other Spanish people they were

16   there that didn't go into confinement, but they were

17   nowhere near the incident where it happened.  I was -- I

18   was right there.  And I was trying --

19       Q.    You mean you were near what incident that

20   happened?  Are you referring to an incident with Mr.

21   Currie or what?

22       A.    No, with me.  Yeah.  Where I -- when I got hit

23   on the face.

24       Q.    Did anyone investigate your case?

25       A.    That I know of, no.  I don't know -- I don't

Richard Utria
October 17, 2024

Page 64

1   know.

2       Q.   Did you get a disciplinary report as a result

3   of this incident, a DR?

4       A.   I'm not sure -- I'm not sure I got one.

5       Q.   Was there ever a DR hearing for you?

6       A.   No.  Not on this case.  No, sir.

7       Q.   Okay.  When you got to Charlotte -- well,

8   between the time you were put in confinement from July

9   20th, 2022, to the time you got to Charlotte were you in

10  confinement that entire time?

11      A.   Yes, sir.

12      Q.   Why were you in confinement that entire time?

13  Because of July 20th?

14      A.   Yes, sir.

15      Q.   When you got to Charlotte did you continue to

16  be in confinement?

17      A.   Yes, sir.

18      Q.   And why did you continue to be in Charlotte --

19  why did you continue to be in confinement at Charlotte?

20      A.   I don't know.

21      Q.   So did you continue to be in confinement at

22  Charlotte because of the incident from July 20th, 2022?

23      A.   I'm guessing that's what it is.  I don't know.

24  Yes.

25      Q.   What confinement level were you placed in?

Richard Utria
October 17, 2024

Page 65

1    A.    I don't know what level I was placed in but I
2  was in, in confinement.  I don't know what level.
3    **Q.    Okay.  When you first got to confinement,**
4  **though, were you ever in solitary confinement or were you**
5  **always with another person?**
6    A.    No.  Solitary.  Always.
7    **Q.    How long were you in solitary confinement right**
8  **after July 20th, 2022?**
9    A.    I don't remember, but I was always in solitary
10  confinement.
11    **Q.    Okay.  So even when you got to Charlotte you**
12  **remained in solitary confinement?**
13    A.    Yes, sir -- no.  I went to Charlotte then I
14  went back to AC -- no, they, they recommended -- the CM
15  send me to, to FSP, then from FSP they send me to
16  Charlotte.  They --
17    **Q.    So when did you -- I'm sorry.  When did you**
18  **stop being in CM?**
19    A.    When I got -- when I stopped?  I don't remember
20  when I got stopped going to CM.  When I started was right
21  after the, the assault happened.
22    **Q.    Are you --**
23    A.    That's when I --
24    **Q.    Are you still in confinement?**
25    A.    Yes, sir.  With no DR.

Richard Utria
October 17, 2024

Page 66

1      Q.   But what?

2      A.   I got no DR.  No nothing.  And they still got

3  me in confinement right now.

4      Q.   Do you think you're still in confinement

5  because of the July 20th, 2022, incident?

6      A.   No.  I don't know what I'm in confinement for.

7  Even, even ICT tells me they don't know what's going on.

8  That's what they always tell me.  They don't know what's

9  going on.  But they have me in there and they don't know

10  what's going on.  So I just need --

11      Q.   Did you do anything that you think would

12  deserve -- that would cause you to have been put in

13  confinement, even accidentally?

14      A.   Not after the accident or before the accident.

15  No.  Because I had nothing to do with it.

16      Q.   Okay.  Did you see Mr. Alfredo Pedro, your

17  friend, did you see him any time after the two of you

18  were next to each other in confinement?

19      A.   Not after, no.  He got moved and then that's

20  it.  I, I didn't see him no more.

21      Q.   Do you remember anything that he told you about

22  the incident on July 20th, 2022?

23      A.   He didn't say anything to me.  I didn't say

24  anything to him.  He just stayed quiet and we both looked

25  at each other and that's it.

Richard Utria
October 17, 2024

Page 67

1        Q.    Okay.  How long were you in confinement with
2    him or near him?

3        A.    Maybe, maybe, maybe 30 days, if, if that.

4        Q.    Okay.  Was he in a cell right next to you or
5    across from you?

6        A.    Right next to me.

7        Q.    How come if you guys were friends you didn't
8    speak during that period of time?

9        A.    Because all I did was play chess with him and
10   we didn't really talk, talk.  All we did was just, you
11   know, play chess and that's it.

12       Q.    Got it.  And how well does he speak English?

13       A.    He speaks English fair.  I mean, you can
14   understand.  But he speaks more Spanish than English.

15       Q.    Okay.  And I'm assuming he wasn't involved in
16   attacking you with a mop wringer?

17       A.    No, sir.  No, he was not.

18            MR. TARJAN:  All right.  This is Plaintiff
19       Exhibit H.  I'm moving to introduce.

20            (Plaintiff's Exhibit H marked for
21       identification.)

22            MR. KVERNE:  No objection.

23   BY MR. TARJAN:

24       Q.    Okay.  Now I'm showing you someone named
25   Michael Marceau, M-A-R-C-E-A-U.  Do you see this person

Richard Utria
October 17, 2024

Page 68

1   on your screen, Mr. Utria?

2          A.   Yes, sir.

3          Q.   Do you recognize that person?

4   A.   No, sir.

5          MR. TARJAN:   Okay.   This is Plaintiff Exhibit

6   M.   I'm going to move to introduce.

7          (Plaintiff's Exhibit M marked for

8   identification.)

9          MR. KVERNE:   No objection.

10  BY MR. TARJAN:

11         Q.   I'm going to show you -- trying to see if

12  there's anybody I haven't shown you.   Okay.   Thank you

13  for bearing with me here.   I'm going to stop the screen

14  share.   Oh, actually, I want to show you one more person.

15  Okay.   Mr. Utria, do you see a picture of a woman on your

16  screen?

17         A.   Woman?   Yes, I guess.   Yes.

18         Q.   Okay.   This is a picture of Delisia Green.   D-

19  E-L-I-S-I-A, Green, common spelling.   She was a

20  correctional officer at the time on July 20th at

21  Apalachee.   Do you recognize her?

22  A.   No, sir.

23         Q.   Okay.   Do you know if she was in the Dorm P on

24  the day that you were punched?

25  A.   I don't remember, sir.

Richard Utria
October 17, 2024

Page 69

1           MR. TARJAN:  Okay.  I just like to take a
2      couple like a five-minute break, and then I may not
3      have any more questions.  So if we could just take a
4      short break
5           MR. KVERNE:  That's fine with me.
6           MR. TARJAN:  Okay.  Perfect.
7           THE REPORTER:  We're off the record.  The time
8      is 10:43 a.m.
9           (Off the record.)
10          THE REPORTER:  We are on the record.  The time
11      is 10:54 a.m.
12 BY MR. TARJAN:
13      Q.   Okay.  Now, I only have a few more questions,
14 Mr. Utria.  The lawsuit that you're here for this
15 deposition involves Mr. Currie, Devon Currie, who I
16 showed you before.  He's claiming that he was attacked by
17 gang members, Latin King gang members, and that at least
18 one officer failed to intervene to assist him, okay?
19      A.   Yes, sir.
20      Q.   To protect him.  Do you know anything about
21 that lawsuit?  I mean, from speaking to other inmates or
22 corrections officers, classification officers, anything
23 you know about it?
24      A.   Nothing at all, sir.  I, I don't know anything
25 about it.  No.  This is the first time I hear it.

Richard Utria
October 17, 2024

1      Q.   Okay.  Now, I showed you earlier a picture of

2   Sergeant McKinnie.  Do you remember anything about

3   Sergeant McKinnie, her reputation or anything like that?

4      A.   No, sir.

5           MR. TARJAN:  Okay.  And just for housekeeping,

6      Plaintiff Exhibit S is the photograph of Delisia

7      Green.  I'm going to move to introduce.

8           (Plaintiff Exhibit S marked for

9      identification.)

10           MR. KVERNE:  No objection.

11   BY MR. TARJAN:

12      Q.   And Mr. Utria, were you familiar with an

13   officer named Antoinette Patterson, a Sergeant Patterson?

14      A.   No, sir.

15      Q.   And I think you might have been asked this by

16   Mr. Kverne but do you remember any officers who were

17   present in Dorm P on July 20th, 2022?

18      A.   I'm not going to lie, but no, I don't remember,

19   sir.

20      Q.   Okay.  Do you think the incident where you got

21   punched occurred before or after master roster count?

22      A.   Before master roster count.

23      Q.   Okay.  And do you have any recollection of

24   participating in master roster count that night?

25      A.   No, sir.

Richard Utria
October 17, 2024

Page 71

1    Q.    And when you were punched, you fell, did you

2    become unconscious at that point?

3    A.    Unconscious, yes, sir.

4    Q.    And where was the next point at which you --

5    where were you when you became unconscious next?

6    A.    Where I've been conscious?

7    Q.    When did you come back to consciousness?

8    A.    We were by the door of the dorm.  That's when I

9    became conscious, talking to the officer.

10    Q.    Were you on a chair or on the floor?

11    A.    I was standing up.

12    Q.    Oh, so you became conscious standing up?

13    A.    Yes, sir.

14    Q.    Was anyone holding you up?

15    A.    At the time, no, sir.

16    Q.    Okay.  And what happened at that point?  Were

17    you immediately removed from the dorm or did you stay in

18    the dorm a while?

19    A.    I was immediately removed from the dorm.  I

20    think, I mean, yes.

21    Q.    You think you were immediately removed from the

22    dorm?  Is that what you said?

23    A.    Yes, sir.

24    Q.    Okay.  And were you taken to medical?

25    A.    I don't remember, but I think I was.

Richard Utria
October 17, 2024

Page 72

1    Q.    Okay.  All right.  I have no further questions.

2          MR. KVERNE:  I don't have any questions.

3          MR. TARJAN:  All right.

4          THE REPORTER:  Before we go off the record I

5    just need to confirm some orders.  Counsel Erik,

6    will you be ordering?

7          MR. KVERNE:  I'm going to be ordering an

8    electronic copy of this.  I do not need a hard copy

9    of it.

10         MR. TARJAN:  James, you there?  One second.

11         MR. COOK:  Yeah, I'm here.

12         MR. TARJAN:  Do you want to order a copy of the

13   transcript?

14         MR. COOK:  Yeah.  If they're ordering we'll get

15   a copy.

16         MR. TARJAN:  Okay.  Will --

17         MR. COOK:  Electronic copy, I believe, only.

18         THE REPORTER:  Okay.  Thank you.  We are going

19   off the record.  The time is 10:59 a.m.

20         (Deposition concluded at 10:59 a.m.)

21

22

23

24

25

Richard Utria
October 17, 2024

Page 73

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6        I, the undersigned authority, Bridgitt Myers, Notary

7    Public, certify that RICHARD UTRIA remotely appeared

8    before me and was duly sworn on October 17, 2024.

9        WITNESS my hand and official seal this 25th day of

10   October 2024.

11

12

13   _____

14   Bridgitt Myers
     Notary Commission RON/MI
     Commission Expires: July 6, 2029

15

16

17

18

19

20

21

22

23

24

25

Richard Utria
October 17, 2024

Page 74

1                CERTIFICATE OF DIGITAL REPORTER

2

3        I, BRIDGITT MYERS, a Digital Reporter and Notary

4   Public within and for the State of Florida, do hereby

5   certify:

6

7        That the foregoing proceeding hereinbefore set forth

8   was accurately captured with annotations by me during the

9   proceeding.

10

11       I further certify that I am not related to any of

12   the parties to this action by blood or marriage, and that

13   I am in no way interested in the outcome of this matter.

14

15       IN WITNESS THEREOF, I have hereunto set my hand this

16   17th day of October, 2024.

17

18

19   _____

20   Bridgitt Myers
     Notary Commission RON/MI
21   Commission Expires: July 6, 2029

22

23

24

25

Richard Utria
October 17, 2024

Page 75

1   OCTOBER 24TH, 2024

2   RICHARD UTRIA c/o JOSHUA M. TARJAN
    12372 SOUTHWEST 82ND AVENUE PINECREST, FLORIDA 33156
3   IN RE: DEVON CURRIE v. MICHELLE MCKINNIE ET AL
    CASE NO.: 5:23-cv-183-TKW/MJF
4
    Please take notice that on the 17th day of October 2024,
5   you gave your deposition in the above cause. At that
    time you did not waive your signature.
6
    The above-addressed attorney has ordered a copy of
7   this transcript and will make arrangements with you to
    read their copy. Please execute the Errata Sheet,
8   which can be found at the back of the transcript, and
    have it returned to us for distribution to all parties.
9
    If you do not read and sign the deposition within 30
10  days, the original, which has already been forwarded to
    the ordering attorney, may be filed with the Clerk of
11  the Court.

12  If you wish to waive your signature now, please sign
    your name in the blank at the bottom of this letter and
13  return it to the address listed below.

14  Very truly yours,

15  Bridgitt Myers
    Lexitas Legal
16  fl.production@lexitaslegal.com
    I do hereby waive my signature.
17
    _____
18  RICHARD UTRIA
    Job No.:  380879
19

20

21

22

23

24

25

Richard Utria
October 17, 2024

```
                                                    Page 76
 1                     ERRATA SHEET

 2             DO NOT WRITE ON THE TRANSCRIPT
               ENTER CHANGES ON THIS SHEET
 3
     DEVON CURRIE v. MICHELLE MCKINNIE ET AL
 4   Deponent:  RICHARD UTRIA
     Date of Deposition:  October 17, 2024
 5   Case No.:  5:23-cv-183-TKW/MJF

 6   PAGE        LINE              REMARKS

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
20   are true.

21
     Signature of Witness: _____
22
     Dated this _____ day of _____ , _____
23
     Email to fl.production@lexitaslegal.com
24   Job No.:  380879

25
```

Richard Utria
October 17, 2024

1

---
**1**
---

**1-5**
48:15

**10**
30:11
38:20
40:12

**10:43**
69:8

**10:54**
69:11

**10:59**
72:19,
20

**15**
40:12
48:13,
15,16,
17

**17th**
4:3
7:13

**18**
22:23

**183499**
7:8

---
**2**
---

**20**
48:12,
14

**2022**
7:17
11:23
13:16
15:5
21:22

23:25
25:15
33:7,12
34:15
37:24
62:3
64:9,22
65:8
66:5,22
70:17

**2024**
4:3
7:13

**20th**
7:17
11:23
13:15
14:6,11
15:5
18:18
21:22
23:24
25:15
33:5,12
34:15,
19
37:11,
24
44:23
45:2
59:11,
21
60:12
62:3
64:9,
13,22
65:8
66:5,22
68:20
70:17

**22**
34:19

---
**3**
---

**30**
67:3

---
**5**
---

**5**
30:11

**5-0**
48:15

**50**
33:21
38:20
48:12,
13,14,
15,16,
17,18

**5:23-cv-
183-tkw/
mjf**
6:20

---
**6**
---

**60**
33:21

---
**9**
---

**9:18**
4:1,3

---
**A**
---

**A-L-F-O-
N-Z-A**
52:9

**A-R-D**
52:10

**a.m.**
4:1,4
69:8,11
72:19,
20

**A51859**
4:10

**abilities**
32:6

**absolute
ly**
23:5

**AC**
65:14

**accident**
30:1
66:14

**accident
ally**
43:11
66:13

**accurate**
10:6,16

**accurate
ly**
10:10
11:19

**ACI**
14:13

**activity**
22:25
47:18

**add**
42:1

**advise**

**A-R-D**
52:10

**advised**
22:19

**affirm**
5:8

**African**
39:12
53:11,
13

**African-
american**
28:5,7

**agree**
4:7,15
23:5

**ahead**
5:20
14:16
31:13
58:9
63:9

**aisle**
34:3,5

**alcohol**
9:17

**Alfonza**
52:9

**Alfredo**
21:18
61:21
66:16

**allowed**
60:17

**American**
53:12,
13

**and/or**
36:14
43:23

**11:5**

**answers**
10:23

**Antoinet
te**
70:13

**Apalache
e**
6:2
7:17
11:24
13:18,
25
14:23
15:4
21:22,
23
23:25
27:18,
21
33:4,9,
11
34:22
36:20
37:12,
24 38:5
45:2
46:9,25
47:4
49:6
50:19
53:3,4,
6,18,21
56:17
62:4
68:21

**apologize**
42:17
61:18

appearance
4:13
approximately
33:19
37:12
arguing
15:16,
21
16:20,
21
18:1,
16,23
19:2,3,
6,18
38:13,
14,15
39:14,
16,21,
23
40:16
41:3,6
43:18,
19,21
47:14
55:23
56:1,24
60:14,
18
61:1,9
argument
15:18
38:10
55:19
62:7
arguments
41:5
arm

43:3,7,
8
arrange
11:12,
15,18
assault
30:1,2,
5 65:21
assigned
4:6
assist
69:18
assistance
32:19
associate
29:10
assuming
67:15
attached
27:13
attack
25:20,
21
attacked
30:16,
22 33:2
53:17
69:16
attacking
29:9
46:15
49:2
57:15
67:16
attorney
4:19,25

5:24
aware
16:15

---
**B**
---

back
10:23
15:1
20:14,
16
23:24
28:16,
25
32:25
33:4
37:6,11
38:7
42:1
59:21
65:14
71:7
bad
17:20
32:3
balance
32:10,
11
based
4:23
basically
10:2,5
11:23
20:24
63:2
bathroom
13:22
15:20
18:3

19:13
24:13,
17 41:8
47:12,
14
bay
33:17
34:22
bear
44:14
bearing
68:13
bed
15:14
41:23,
24
beef
49:24
began
4:1
beginning
18:24
believed
23:7
bell
21:18
51:20
birthday
30:10
bit
15:2
black
21:6,8,
9 28:5,
7,8
39:10,
12
42:18

43:2,3,
8,9,10
53:11
55:12,
13,15,
17
57:10,
12
bleeding
35:15,
16
36:1,
22,24,
25
blood
35:21,
23,25
36:3,5,
11,12
blow
45:24
body
35:5
book
15:14
31:22
booth
34:8
45:2
born
63:1
Boston
63:1
bottom
18:1
bounce
32:12
Brandon
45:25

46:9
break
8:23,25
30:19
45:1
56:3,4,
7 69:2,
4
Bridgitt
4:5
brought
6:7
bruised
36:8
bruising
35:15
bucket
27:14
bunch
45:4
bunk
33:22,
24,25
34:13,
14
38:16,
17,19,
23 40:4
42:1
48:1,7
60:10
bunks
40:1,7,
12
bus
22:4,5
business
15:17

Richard Utria
October 17, 2024

3

---

**C**

---

C-O-D-Y
  54:11
C-U-R-R-
I-E
  6:10
call
  43:19,
  21
  58:19
called
  10:15
  39:7
calling
  23:6,10
cane
  28:13
  29:22,
  25
  32:10,
  11,17
  35:7
case
  4:9,22
  5:4
  6:6,7,
  19,22
  9:13
  10:1
  63:24
  64:6
Caucasia
n
  28:5
cell
  34:10
  59:9
  67:4

cells
  33:16
Center
  12:19,
  20
  23:17
central
  4:4
Chad
  50:14
chair
  71:10
chance
  16:25
change
  10:22
Charles
  47:7
Charlott
e
  14:1,3,
  4,12,
  15,17,
  18 15:1
  18:22
  21:25
  22:2,3,
  4,12
  23:14,
  21
  27:18,
  19,20,
  23
  30:25
  31:19
  32:1,25
  33:8
  36:17,
  21
  46:10,

12
  48:25
  49:5,9
  64:7,9,
  15,18,
  19,22
  65:11,
  13,16
cheek
  36:23
chess
  59:6
  62:1,13
  67:9,11
choose
  10:6
City
  6:21
claiming
  69:16
clarify
  39:1
classifi
cation
  29:16,
  17,19
  31:4
  46:8,11
  54:1
  69:22
clear
  9:13
  42:11
  45:21
  60:6
close
  40:6
  42:6,7,
  11,13,
  19,20,

23
closer
  6:14
CM
  65:14,
  18,20
cocounse
l
  5:1
Cody
  54:11
coffee
  15:15,
  18
  41:18,
  20,21
  42:1,2,
  4,6,8
  44:6
  47:18
  48:5
  55:9,11
  60:6
cold
  40:21
Colombia
n
  62:25
comfort
  56:4
common
  68:19
communic
ate
  58:2
communit
y
  49:17

computer
  6:14
conclude
d
  72:20
confinem
ent
  20:25
  21:1,2,
  7
  23:22,
  23
  26:12
  49:1,5,
  9
  56:18,
  22
  57:1,2,
  24
  59:9,
  12,17
  62:15,
  16,17,
  23
  63:3,16
  64:8,
  10,12,
  16,19,
  21,25
  65:2,3,
  4,7,10,
  12,24
  66:3,4,
  6,13,18
  67:1
confirm
  72:5
confusio
n
  34:17

conscious
  71:6,9,
  12
consciou
sness
  71:7
consiste
nt
  52:14
  61:12
continue
  64:15,
  18,19,
  21
Cook
  5:1,3,4
  6:23
  9:2
  17:11
  72:11,
  14,17
copy
  10:5
  17:12
  72:8,
  12,15,
  17
correct
  6:24
  7:10,
  13,21
  21:25
  22:10
  28:20
  30:25
correcti
onal
  6:2
  7:17

11:24
68:20

**corrections**
6:1
10:16,
19
44:18
69:22

**Counsel**
4:13
9:5
72:5

**count**
37:23
38:2
70:21,
22,24

**couple**
7:23
8:5
22:12
69:2

**court**
5:18
8:8 9:1
10:2,9,
20
56:10

**creating**
8:8
10:3

**CROSS-EXAMINATION**
26:22

**Cuban**
62:25

**cup**

19:15
40:24
41:1,
18,20
42:3,4,
6,8

**Currie**
4:10
5:1
6:7,8,
9,10,19
18:4,6,
7,18,25
19:6,17
52:21
53:15
54:2
63:21
69:15

**cut**
35:12

___

**D**

**D-**
68:18

**dark-skinned**
16:9

**date**
12:8,10
14:5,21
18:13
24:20

**day**
22:13,
14
24:4,5
25:8,21
26:2

34:16
37:18
39:23
44:23
48:23
68:24

**days**
22:12
67:3

**daytime**
37:15,
17,18

**DC**
4:10
7:7
30:11

**defendant**
4:22

**Delisia**
68:18
70:6

**department**
12:20

**deposed**
7:24
8:1

**deposition**
4:9
7:10
10:2
69:15
72:20

**describe**
19:11
28:2

**description**
16:24

**deserve**
66:12

**detail**
15:3

**details**
43:20

**develop**
30:5,8

**device**
32:20

**Devon**
4:10
6:7,10,
19
52:20
69:15

**difficult**
31:21

**difficulty**
31:25

**DIRECT**
5:21

**disciplinary**
64:2

**discussed**
49:8

**District**
6:21

**Division**
6:22

**Doe**
4:11

**door**
26:4,9
71:8

**dorm**
11:24
12:14
13:22
24:17
25:12,
13
33:13,
15,17
34:11,
12,22
38:2
44:23
47:19,
20,21
57:25
59:22
68:23
70:17
71:8,
17,18,
19,22

**double**
34:13

**drugs**
9:17

**dude**
43:4,7

**duly**
5:14

**duty**
24:3

___

**E**

___

**E-L-I-S-I-A**
68:19

**ear**
28:14,
19

**earlier**
4:24
21:9
50:2
70:1

**early**
37:18

**effect**
20:6

**electronic**
72:8,17

**end**
10:1,2
41:9,11
55:1
62:16

**ended**
41:4,5,
6
59:12,
13

**English**
67:12,
13,14

**enlarge**
51:8

**entire**
10:22
64:10,

12

entrance
34:9

Erik
4:18
5:23
72:5

errata
10:15

evening
37:20,
21

evidence
45:11

EXAMINAT
ION
5:21

examined
5:14

excuse
60:15

Exhibit
45:12,
15
46:18,
20
50:7,8,
23,24
51:14,
16
52:15,
16
54:5,6,
18,20
59:25
60:1
61:13,
15
67:19,
20

68:5,7
70:6,8

eye
55:12,
13,15
57:10,
12

---

F

face
20:5
63:23

failed
69:18

fair
11:6
33:1
53:14
63:9,
13,14
67:13

falling
36:13,
14 37:2

familiar
21:19
45:9
70:12

feel
35:25
58:10

feet
38:20
48:12,
17,18

fell
15:22
20:9,
11,17,

19
34:23
35:19
41:12
71:1

female
24:6,7,
8 25:5
29:20,
21

females
45:4,5

fight
55:6,8
57:11,
13

fighting
42:7
48:2
60:11
62:19

fine
11:10,
16
17:14
69:5

Finish
32:14

firm
4:14
5:2

five-
minute
56:4
69:2

floor
20:12,
14,16
26:3
34:23

36:22,
23
71:10

Florida
4:20
6:21
12:19,
20
23:16

focus
15:3

focusing
29:3

follow
5:15
41:3,4

foolishn
ess
62:14

forget
16:7
30:10,
11,12
31:15

form
10:14
19:21

friend
59:6,
14,20
61:25
66:17

friends
25:11
59:17
67:7

front
13:11

FSP
65:15

FTC
63:3

full
7:2,3

---

G

Gaddis
17:24
18:5,
17,25
19:1
47:7,13
48:4,
17,22,
25

gang
13:2
16:14,
17,22,
23
27:1,3,
4 39:1,
3,4,7,
8,10
40:9
49:13,
20
57:18,
20
58:13,
14
62:11
69:17

gangs
39:4
58:3

gave
55:12,

13,15
57:11

gay
49:16

General
4:20
5:24

generall
y
58:2

give
5:9
17:10

glasses
16:12

good
4:4
5:23
8:6

grab
32:15

Green
68:18,
19 70:7

ground
8:5
15:23

guess
7:11
16:18
20:11,
23 30:6
33:21
36:14
43:24
49:15
55:17
58:19
60:18

62:19
63:12
68:17
**guessing**
40:12
64:23
**guy**
17:24
42:15,
18
43:2,10
53:5
58:24
59:1,4,
6
**guys**
67:7

——— H ———

**hair**
16:10
**hall**
40:11
**hand**
5:8,17
43:3
**handle**
22:10
23:14
**happen**
13:25
**happened**
12:6,
10,14
13:3,
24,25
14:3,7
15:3,4,
7,8,11

19:11,
16
20:20
22:2,7,
8 23:15
25:19
29:3
34:16,
18
63:11,
17,20
65:21
71:16
**happening**
47:18
**happy**
8:24
**hard**
15:22
72:8
**harder**
31:22
**harm**
31:7
**head**
8:10,12
12:21
13:1
15:23
16:10
20:14,
16,19
23:3
28:10,
11,13,
16
35:12
36:7,
12,23

37:1,6,
7,8
**hear**
6:15
9:4
26:24
69:25
**heard**
5:25
41:12
51:22
**hearing**
64:5
**helped**
31:17
**helpful**
25:15
**Hispanic**
28:5
39:8,10
63:4,7
**hit**
12:21
13:1,6,
10,11,
13,21,
22
14:9,
15,17,
18
15:23
18:2,
12,14,
22
19:19,
20
20:12,
14,16,
18
22:9,

17,21
23:1,3,
7,13
25:22,
23,25
27:5,6,
7,17,24
28:1,9
29:1
31:3,4,
5,10,18
32:7,16
36:19,
21,22,
23
41:13,
14
43:11
46:7,9,
12
57:3,7,
8 63:22
**hitting**
53:23
**hold**
45:20
50:13
**holding**
41:16
71:14
**homosexual**
12:24,
25
22:21,
22,24
23:7,8,
10 39:7
**hose**
40:21

**hospital**
29:4
**hot**
15:15,
17,19
19:12,
14
38:7,10
39:22
40:14,
19,21,
22,23
41:7,18
42:4
48:7,8,
10
53:6,7
**housed**
33:16
**housekeeping**
70:5

——— I ———

**ICT**
66:7
**idea**
17:4
33:2
**identification**
45:13
46:21
50:9,25
51:17
52:17
54:7,21
60:2
61:16

67:21
68:8
70:9
**identified**
4:12
19:7
**imbalanced**
12:5
**immediately**
71:17,
19,21
**impacted**
30:20
**impaired**
32:6
**incident**
7:16
11:23,
25
12:5,7
13:3,15
14:2
15:7
21:22
22:7
23:11,
20
24:12
25:16
27:21
30:25
32:1,22
59:11,
21
63:17,
19,20
64:3,22

66:5,22
70:20

**individual**
13:5
16:19
18:18,
21
19:7,
17,18
27:24
28:1
31:3
42:12
43:11
45:25
46:3,5
47:7,10
50:14
51:9,23
52:12,
23 53:1
60:16,
21

**individuals**
17:20
38:19,
25
39:25
40:16
41:2
42:7
43:1,17
44:8,9
47:14
55:18,
20
60:14

**influence**
9:17

**injured**
36:4

**injuries**
35:10

**injury**
35:14

**inmate**
6:7
12:15
16:5,21
18:24
25:20,
22,24
57:8

**inmate's**
16:6

**inmates**
15:16
16:1
21:5,6,
7,8,9,
11
24:22
25:11
69:21

**Institution**
6:2
7:18
11:24

**intellectual**
32:6

**intense**
39:24

**interaction**
31:6
56:20
57:24

**interactions**
56:16
57:25

**interrupted**
42:16

**intervene**
69:18

**introduce**
45:10
46:19
50:7,23
51:14
52:3,15
54:19
59:25
61:13
67:19
68:6
70:7

**investigate**
63:24

**involved**
8:1
13:2
29:9
43:22
49:2
53:23
62:7
63:7,12

67:15

**involves**
69:15

**involving**
32:22

**issue**
9:13

**issues**
30:5,6,
9 32:23
50:3

**item**
13:10

_____

**J**

_____

**jail**
20:22,
23,24

**James**
5:1,3,4
72:10

**Jane**
4:11

**jaw**
20:4
35:6,8,
25
36:6,8,
9 38:5

**job**
8:6

**Josh**
4:25

**July**
7:17
11:23
13:15

14:5,11
15:5
18:18
21:22
23:24
25:15
33:5,12
34:15,
19
37:11,
24
44:23
45:2
59:11,
21
60:12
62:3
64:8,
13,22
65:8
66:5,22
68:20
70:17

**jump**
11:4
33:4

_____

**K**

_____

**kid's**
30:10

**kind**
16:9
17:4
22:24
27:7,8
28:12,
14,19
29:5
31:6
32:19

35:7
40:25
44:20
49:24

**King**
19:8,9
39:6,8
40:3
42:12
51:23
52:1
57:21
60:15,
16
69:17

**Kings**
16:18
58:3

**knew**
16:2,5
32:3
58:14

**knocked**
14:8,
10,11
20:8
26:1,5

**knowledge**
62:11

**Kverne**
4:18,19
5:18,
22,24
6:18,25
11:4,6,
8,12,
16,17
17:11,
15

19:22
20:1
26:20
38:25
45:14,
17,21
46:22
50:10
51:1,18
52:5,18
54:8,22
56:6
60:3
61:14,
17
67:22
68:9
69:5
70:10,
16
72:2,7

**L**

L-U-I-S
54:25
**lady**
22:5
23:11
46:6
**late**
37:18
**Latin**
16:18
19:7,9
39:6,8
40:3
42:12
57:21
58:3
60:15,

16
69:17
**laughed**
59:18
**law**
5:1,2,3
**lawsuit**
69:14,
21
**laying**
38:16,
17
47:25
**leading**
15:11,
12
**learned**
31:4
**left**
20:19
28:14
**left-hand**
28:10
**left-head**
35:13
**left-sided**
32:12
**legitimately**
8:11
**letter**
17:12
**level**
64:25
65:1,2

**Lexitas**
4:6
**lie**
12:23
13:1
21:20
22:22
70:18
**lived**
40:11
**long**
29:25
39:21
65:7
67:1
**long-term**
30:23
**longer**
31:21
**looked**
17:3
49:10
59:18
66:24
**loss**
35:17
**lot**
31:21,
22
35:16
59:7
62:13
**lower**
5:16
**Luis**
54:25
56:13

**lying**
23:1
44:24

**M**

M-A-R-C-E-A-U
67:25
**Madam**
5:18
9:1
56:10
**made**
12:25
**make**
10:5,
13,15,
16,19,
21
11:19
**making**
9:12
**male**
24:6,7
25:4,6,
7
**manner**
8:3
**Marceau**
67:25
**marked**
45:12
46:20
50:8,24
51:16
52:16
54:6,20
60:1
61:15

67:20
68:7
70:8
**master**
37:23
38:2
70:21,
22,24
**math**
31:16,
19
**Mckinnie**
4:10,21
6:1,20
44:19
70:2,3
**medical**
12:20
29:5,6
30:5,6
31:9
71:24
**medication**
9:20
**medications**
9:19
**member**
13:2
16:14,
17,22,
23
27:1,3,
4 39:8,
10
49:12,
15,16
57:18
62:11

**members**
39:2,3,
5 58:20
69:17
**memory**
12:4,8
17:7
30:8,9,
20
35:16
39:19,
20
**mental**
31:14
**mentioned**
38:9
**Mexican**
21:14
58:24
59:1,3,
6,8,14,
16,20
61:25
**Michael**
67:25
**Michelle**
4:21
5:25
6:20
44:19
**Michigan**
4:5
**midday**
37:20,
21
**middle**
34:3,5,
10,12

minding
  15:16
minutes
  30:11
moment
  25:17
  26:17
  41:15
  44:1
money
  43:23
mop
  12:21
  13:6
  14:17,
  18
  18:2,
  13,14,
  22
  22:9,
  18,21
  23:3,14
  27:6,8,
  10,11,
  13,17
  30:2,4,
  17,22,
  24
  31:10,
  18
  32:7,
  16,22
  34:17,
  20
  36:14,
  16,19
  37:4
  46:10,
  12,15
  49:3
  53:24

67:16
morning
  4:4
  5:23
move
  45:10
  46:19
  50:7,23
  51:14
  52:3,15
  54:19
  61:13
  68:6
  70:7
moved
  40:13
  66:19
moving
  33:8
  67:19
MS-13
  58:4
mug
  40:24
  41:1,
  16,21
Myers
  4:5

_____

N

named
  6:7
  50:14
  51:4,23
  54:11,
  25 61:2
  67:24
  70:13

names
  17:20
  21:12
nearby
  48:4
needed
  32:4
Netas
  58:3
neutron
  58:15,
  16,18
Neutrons
  58:20,
  21
night
  70:24
nighttim
  e
  37:16
nodding
  8:10
nods
  8:12
non-gang
  58:19
Northern
  6:21
notary
  4:5,11,
  24
noticed
  36:3
notify
  17:5
number
  4:10
  6:22

7:7
  30:11
  33:24,
  25

_____

O

oath
  4:16
object
  9:8
  27:7,8,
  10
objectio
n
  9:9
  19:21
  45:17
  46:22
  50:10
  51:1,18
  52:18
  54:8,22
  60:3
  61:14,
  17
  67:22
  68:9
  70:10
objection
s
  9:5
occur
  9:7
  14:5
  15:13
  22:16
occurred
  7:17
  11:23

12:7
  13:15
  70:21
October
  4:3
  7:13
office
  4:19
  5:3,24
  11:14,
  18
officer
  6:1
  24:21,
  24,25
  25:1,4
  26:6,7,
  8,14
  29:19
  31:4
  46:8,11
  54:1
  68:20
  69:18
  70:13
  71:9
officers
  24:2,3,
  6,7,9,
  13,22
  69:22
  70:16
open
  33:17
  34:22
order
  46:19
  72:12
ordering
  72:6,7,

14
orders
  72:5
owe
  43:23

_____

P

P.A.
  5:2
Pace
  51:23,
  24,25
  52:1
Panama
  6:21
Parker
  54:11
part
  63:4
particip
ating
  70:24
parties
  4:7
Patterso
n
  70:13
Pedro
  21:18,
  19
  61:21
  66:16
people
  12:13
  33:20
  38:10,
  13
  53:11,

12
55:17
56:24,
25
58:2,12
61:9
63:7,15

**Perfect**
69:6

**period**
67:8

**person**
28:2,4
29:8,10
40:4,10
44:19
50:15,
17
52:10
54:12,
14,16
55:3,5
61:3,6,
22
62:22
65:5
67:25
68:3,14

**personally**
6:6
39:18,
20
46:15

**phone**
15:16
39:15,
16
43:18,
21
47:15

55:19,
23 56:1
60:16,
19,21,
23,25
61:1
62:7,9

**photograph**
70:6

**physical**
34:18

**physically**
43:17

**pick**
25:3

**picture**
17:7
28:3
44:16
45:24
46:6
47:6
50:2,14
51:3,5
52:8,9
54:10,
24 55:1
68:15,
18 70:1

**pictures**
17:4,
13,21
21:9
44:12

**place**
4:15

**plaintiff**
5:4
45:15
50:6
59:24
61:13
67:18
68:5
70:6,8

**plaintiff's**
9:5
45:12
46:18,
20
50:8,
22,24
51:14,
16
52:15,
16
54:4,6,
18,20
60:1
61:15
67:20
68:7

**play**
59:6
61:25
62:13
67:9,11

**point**
24:14
25:8
26:11
40:14
49:22,
25
50:12

54:2
71:2,4,
16

**pointing**
28:14,
19 35:8

**police**
20:22

**policies**
63:15

**pop**
41:13

**positively**
4:12

**potentially**
17:7

**pouring**
41:15

**present**
24:20
70:17

**pretty**
12:4

**prior**
31:5
32:14,
16,22
37:10
38:6
57:24

**prison**
22:23

**problem**
61:19

**problems**
12:8
31:20

50:3
58:6,11

**proceeding**
4:16

**Proceedings**
4:1

**protect**
69:20

**provide**
16:24

**pull**
26:3

**punch**
14:8,11
15:4,8
20:7
35:3,
11,14,
21,22
37:3,4
41:14
43:11
47:3

**punched**
14:24
15:9,22
18:3,4,
7,8,18
20:2,3,
4
34:23,
24,25
35:5,19
36:22
37:13
38:4,5,
6 42:5,
10,12,

22
43:1,2,
14,15,
16
44:2,5,
7,23
53:3,4,
5 68:24
70:21
71:1

**purposely**
43:12,
14

**purposes**
9:12

**put**
15:15
21:1,7
26:8
62:17
63:3
64:8
66:12

---

**Q**

---

**question**
7:24
8:15,19
9:10
19:23

**questions**
7:16
8:2,7
9:5,8
10:24
26:19,
21
69:3,13

Richard Utria
October 17, 2024

11

72:1,2
**quick**
  23:25
**quiet**
  59:19
  66:24

—————

**R**

R-A-S-C-
U-A-L
  51:4
R-E-N-T-
A-S
  51:5
**race**
  39:11
**raise**
  5:7
**raised**
  9:9
**Rascual**
  51:4,20
**read**
  8:11
  10:5,13
  11:2,5,
  10,13,
  19
  22:5,19
**reading**
  10:8
  11:2
  15:14
  23:12
  31:25
**ready**
  5:18
  15:15

**real**
  15:22
  23:25
**reason**
  9:22,24
  12:22
  56:8
  62:18
**recall**
  46:15
  58:22
**received**
  31:9
**Reception**
  12:19,
  20
  23:17
**recognize**
  44:19
  46:3
  47:10
  50:17
  51:8,11
  52:12,
  23,25
  54:14
  55:3,5
  61:6,22
  68:3,21
**recollection**
  70:23
**recommended**
  65:14
**record**
  4:2,11,
  14 7:2

9:13
22:24
28:12,
18 35:7
69:7,9,
10
72:4,19
**redacted**
  17:12,
  19
**referring**
  11:25
  29:15
  63:20
**refresh**
  17:7
**related**
  8:5
  25:15
**remain**
  23:14
**remained**
  23:20
  65:12
**remember**
  12:11,
  12,16
  13:5,8,
  12,22
  15:12,
  24,25
  16:7
  17:9
  19:16
  20:21
  21:4,
  12,21
  22:3,4,
  16

23:11
24:3,8,
13,16,
18,19
25:2,
11,14
26:2,14
28:4
29:7,19
31:5
33:12,
13,14,
15,19,
22,24,
25 34:8
35:1,13
37:11,
12,23
39:13,
18 42:9
43:20
44:10,
11,20,
22,25
45:1,5
46:25
47:2
48:22
49:8
50:19
53:15,
17,20
55:19,
21,22
56:14
57:12
60:11
61:11
62:2,3
65:9,19
66:21
68:25

70:2,
16,18
71:25
**remote**
  4:9
**remotely**
  4:17
**removed**
  38:1
  71:17,
  19,21
**Rentas**
  51:4,20
**rephrase**
  8:16
  20:2
**report**
  4:16
  64:2
**reporter**
  4:2,6
  5:6,16,
  19,20
  8:8 9:1
  10:3,9,
  21
  56:10,
  11
  69:7,10
  72:4,18
**represent**
  4:14,20
  5:25
  6:6
**representations**
  4:23

**reputation**
  70:3
**request**
  4:7
**require**
  32:17,
  19
**rest**
  21:6
**restroom**
  8:24
**result**
  20:9
  28:8,22
  29:4
  30:4,9,
  16,20
  31:10
  32:7
  35:11
  36:11
  37:2
  64:2
**Richard**
  4:9
  5:13
  7:3
**right-
hand**
  17:23
  20:5
**ring**
  21:18
  51:20
**Rodriguez**
  54:25
  56:13

57:6
58:22
59:13
60:5
61:3

**room**
58:23
59:1,3,
5,8,14

**roster**
37:23
38:2
70:21,
22,24

**row**
62:23

**rules**
8:5

---

**S**

---

**S-H-A-W**
50:14

**scar**
15:24

**scars**
36:25
37:2

**scratch**
33:8

**screen**
6:15
17:16
44:15,
16 47:8
50:15
51:6
52:9,
10,20
54:12

55:1
61:4
68:1,
13,16

**security**
34:8
45:2

**send**
65:15

**Sergeant**
4:10
44:18
70:2,3,
13

**served**
4:21

**set**
45:19

**sexual**
12:23

**share**
44:15
68:14

**Shaw**
50:14

**sheet**
10:15

**short**
21:13
69:4

**short-
term**
30:19,
23

**show**
17:12
44:12
68:11,
14

**showed**
21:9
46:25
50:2
57:9
69:16
70:1

**showing**
47:6
50:13
51:3
54:10,
24 61:2
67:24

**shown**
17:6
68:12

**side**
17:23
20:5
28:10,
11
35:6,13
37:7,8
44:9

**single**
34:13,
14

**sink**
19:13,
14

**sinks**
40:20

**sir**
5:7
6:4,16
7:11,
14,19,
22 8:4,
14,18,

22 9:3,
11,15,
18,21
10:7,
12,18,
25
11:21
12:1,9
13:7,9,
20
14:4,7,
20,22,
25 15:6
16:7,16
17:1,18
18:20,
23
19:9,25
21:1,
10,19,
23
22:1,11
23:19,
22
24:1,
10,15,
18
25:25
26:10,
13,16,
25
27:2,4,
12,15,
22,25
28:3,21
29:18,
20,24
30:3,
10,18,
23
31:1,8,
20

32:2,
18,21,
24
33:6,
10,14,
23
35:9,
20,23
36:18
37:7,
14,25
38:3,8,
12
39:9,17
40:2,5,
15,18
41:8
43:2,12
44:3,
10,13,
17,24
46:2,4,
13
47:5,9,
12,20
48:3,6,
16,19,
21
49:1,4,
7,23
50:1,5,
16,18,
21
51:7,
12,25
52:2,
11,13,
22,24
53:13,
16,19,
22,25
54:3,

13,15,
17
55:2,4
56:2,15
57:14,
17,19
58:1,17
59:10,
23
60:13
61:5,
11,23
62:25
64:6,
11,14,
17
65:13,
25
67:17
68:2,4,
22,25
69:19,
24
70:4,
14,19,
25
71:3,
13,15,
23

**sit**
6:14

**sleep**
39:25
40:4,10

**slept**
33:18

**slightly**
46:18

**solitary**
65:4,6,
7,9,12

solve
  31:20
sound
  9:16
sounds
  21:19
  63:2
South
  12:19,
  20
  23:16
Spanish
  16:5,6
  19:6,18
  21:5,7,
  11
  43:4,7
  62:22,
  24
  63:11,
  15
  67:14
speak
  59:16
  67:8,12
speaking
  69:21
speaks
  67:13,
  14
specific
ally
  55:20
  57:6
speech
  32:8,23
spell
  7:4
  31:16

spelling
  54:25
  68:19
spoke
  7:20
  27:5
  55:18
  56:25
spoken
  57:25
squeeze
  27:11
staff
  63:3
standing
  44:4
  47:16
  71:11,
  12
star
  58:18
started
  15:19,
  21
  65:20
state
  4:13,20
  7:1
station
  60:7
  61:10
stay
  43:24
  58:6
  71:17
stayed
  59:19
  66:24

staying
  33:8,13
  47:16
step
  44:1
stipulat
e
  4:7,15,
  22 5:2,
  5
stirring
  41:18
  42:6,8
  44:4,6
stop
  65:18
  68:13
stopped
  65:19,
  20
strainin
g
  30:13
struck
  28:23
studying
  32:2
stuff
  15:13
substanc
e
  10:23
sudden
  15:18,
  22
sustain
  35:10
swear

5:6,8
sworn
  5:14

_____

    T
_____

takes
  31:21
taking
  7:9
  9:20
talk
  11:22
  15:2
  24:2
  30:13
  38:24
  49:6,10
  58:5,7,
  8,10
  67:10
talked
  30:12
  56:23
talking
  14:2
  26:18
  47:24
  53:11
  71:9
tan
  43:8
Tarjan
  4:25
  5:2
  6:13,
  17,22,
  24 9:1
  11:4,
  12,15

17:11,
14
  19:21,
  23
  26:20,
  21,23
  45:15,
  18,21,
  23
  46:17,
  23
  50:6,
  11,22
  51:2,
  13,19
  52:3,6,
  7,14,19
  54:4,9,
  18,23
  56:3,7,
  10,12
  59:24
  60:4
  61:12,
  19,20
  67:18,
  23
  68:5,10
  69:1,6,
  12
  70:5,11
  72:3,
  10,12,
  16
Tarjan's
  11:18
tattoos
  16:11
  21:16
teach
  31:22

technolo
gy
  4:8
telling
  12:14
  20:22
  59:2
tells
  66:7
testifie
d
  5:15
testimon
y
  5:8
therapy
  31:11,
  14
thing
  12:23
  15:2,3
  22:21
  30:14
  34:18
  43:5
  45:7
  55:14
things
  32:15
thinking
  63:10
thought
  32:14
  63:4
thoughts
  12:25
threaten
  48:20

threatened
49:22

threatening
43:17

Thursday
7:12

tilting
28:13

time
4:3,4
9:4,20
12:6
24:14
25:12
27:14
28:24
29:2
33:4,
12,16
35:1
37:12
45:2
47:19,
23
55:12
64:8,9,
10,12
66:17
67:8
68:20
69:7,
10,25
71:15
72:19

times
28:23
29:1
34:25

today
4:3
7:9,12
9:10,
17,23
10:11

told
22:7
27:9
29:12,
13,14
35:2
36:1
39:19
46:7,8,
11 57:3
58:24
66:21

top
17:23

touch
36:2

training
32:4

transcribed
10:10,
21
11:20

transcript
8:9,11
10:3,5,
9,14
72:13

transcripts
22:6,20

transferred
21:25
23:16

treatment
29:5,6
31:9

trust
10:9

truth
5:9,10

truthful
9:23

tumble
32:9

type
8:25
9:13
10:19,
21
15:13
16:14
25:20

_____

U

U-T-R-I-A
7:6

ultimately
11:6

unconscious
20:9,
11,12,
17
24:10

26:1,5
71:2,3,
5

understand
8:15,17
30:14
63:14
67:14

understanding
23:6
35:18

Utria
4:9,23
5:13,23
6:13,18
7:1,3
9:2
11:5,9,
20
17:16
19:24
23:5
26:18,
24
44:16
45:19
46:1
51:5
52:10
56:7
62:24
68:1,15
69:14
70:12

_____

V

verbally
8:7,13

videoconference
4:8

_____

W

W-
52:9

waive
10:8
11:2,5

wake
26:2

waking
12:16,
18
20:21

walk
32:8,9,
11

walking
29:22
32:19
41:22
44:6
47:25

wall
34:4,5,
6,7,8

walls
32:12

Ward
52:9

water
15:15,
17,19
19:12,
14
38:7,11
39:22

40:14,
19,21,
22,23
41:7,
16,19
42:2,4
48:7,8,
10
53:6,7
60:7
61:10

wear
16:12

weird
9:16

white
28:5

Williams
18:10,
11,12,
21
22:10
45:25
46:9,
12,24
47:3
50:2,3

Wilson
18:9
61:3

woke
23:17
26:8,15
35:23

woman
68:15,
17

work
4:19
5:24

Richard Utria
October 17, 2024                                                                15

| | |
|---|---|
| 6:1 | **Young** |
| **wringer** | 24:24 |
| 12:21 | 25:1,4 |
| 14:17 | |
| 18:2,15 | ———— |
| 22:22 | **Z** |
| 23:3 | ———— |
| 27:6,8, | |
| 10,13, | **Zoom** |
| 17,24 | 7:10 |
| 28:2,9, | |
| 25 | |
| 29:1,9 | |
| 30:2,4, | |
| 9,17, | |
| 22,24 | |
| 31:3,5, | |
| 10,18 | |
| 32:7, | |
| 16,23 | |
| 34:17, | |
| 20 | |
| 36:15, | |
| 16,19 | |
| 37:5 | |
| 46:10, | |
| 12,15 | |
| 49:3 | |
| 53:24 | |
| 67:16 | |
| **writing** | |
| 31:25 | |
| | |
| ———— | |
| **Y** | |
| ———— | |
| **years** | |
| 22:23 | |
| **Yesterda** | |
| **y** | |
| 7:22 | |