Exhibit AA

1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
2                  PANAMA DIVISION

3            CASE NO. 5:23-cv-183-TKW/MJF

4
   DEVON CURRIE
5  DC# A51859,

6          Plaintiff,

7  v.

8  SGT. MCKINNEY
   AND JANE DOE,
9
          Defendants.
10 _____/

11

12

13
                  REMOTE DEPOSITION OF
14
                HOWARD CHANDLER-SMITH
15
              VOLUME 1 (Pages 1 - 83)
16

17
              Wednesday, October 30, 2024
18              9:26 a.m. - 11:05 p.m.

19
              LOCATION:  Remote via Zoom
20                  Raiford, Florida

21
              Reported by:  Tia L. Pierre,
22         Notary Commission No. FL HH 216931

23

24
   Job No.:  382763
25

Howard Chandler-Smith
October 30, 2024

Page 2

```
 1   APPEARANCES:

 2   On behalf of Devon Currie, DC# A51859:

 3       The Tarjan Law Firm, PA
         12372 Southwest 82nd Avenue
 4       Miami, Florida 33156

 5       BY:  JOSHUA TARJAN, ESQ.
         josh@tarjanlawfirm.com
 6
     On behalf of Devon Currie, DC# A51859:
 7
         Law Office of James Cook
 8       314 West Jefferson Street
         Tallahassee, Florida 32301
 9
         BY:  JAMES V. COOK, ESQ.
10
     On behalf of Sgt. McKinney and Jane Doe:
11
         Office of the Attorney General
12       The Capitol
         Suite PL-01
13       Tallahassee, Florida, 32399

14       BY:  ERIK KVERNE, ESQ.
         erik.kverne@myfloridalegal.com
15

16

17

18

19

20

21

22

23

24

25
```

Howard Chandler-Smith
October 30, 2024

Page 3

1                    INDEX OF EXAMINATION

2    EXAMINATION:                                PAGE

3    Testimony of Howard Chandler-Smith

4    Direct Examination by Mr. Kverne              4
     Cross-Examination by Mr. Tarjan             69
5    Redirect Examination by Mr. Kverne          76

6    Certificate of Oath                         80
     Certificate of Digital Reporter            81
7    Read and Sign Letter                        82
     Errata                                      83
8

9                   INDEX TO EXHIBITS

10   (None marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Howard Chandler-Smith
October 30, 2024

Page 4

1  Proceedings began at 9:26 a.m.:

2            THE REPORTER:  We are now going on the record.

3       We're now on the record.

4                      DIRECT EXAMINATION

5  BY MR. KVERNE:

6       Q.   Good morning, Mr. Chandler-Smith.  My name is

7  Erik Kverne, and I work for the Office of the Attorney

8  General, and I represent an individual named Michelle

9  McKinney.  She was an officer at Apalachee Correctional

10 Institution.  Do you know her?

11      A.   Yes, sir.

12      Q.   Just one thing real quick.  Do you want me to

13 call you Mr. Chandler-Smith or Mr. Chandler, Mr. Smith?

14 Is there any preference?

15      A.   It doesn't matter, sir.

16      Q.   If I call you Mr. Chandler, that's fine?

17      A.   Yes, sir.

18      Q.   So, Mr. Chandler, we're here for the case,

19 which is Devon Currie v. McKinney and others, 5:23-183-

20 TKW-MJF in the Northern District of Florida, Panama City

21 Division.

22            MR. KVERNE:  Is that the correct citation, Mr.

23      Tarjan?

24            MR. TARJAN:  I wasn't tracking it, but that

25      sounds correct.

Howard Chandler-Smith
October 30, 2024

 1  BY MR. KVERNE:

 2  Q.    Mr. Chandler, would you mind stating your full name

 3  on the record for me, please?

 4        A.    My first name is Howard.  I have two last

 5  names, Chandler-Smith, Chandler-Smith.

 6        Q.    And what is your DC number?

 7        A.    J as in Jacksonville, 80527.

 8        Q.    And we're here taking a deposition over Zoom

 9  today.  Is that correct?

10        A.    Yes, sir.

11        Q.    And I'm here on Wednesday, October 30th, 2024,

12  to ask you some questions about this case.  And this case

13  involves an incident that occurred on July 20th, 2024, at

14  Apalachee Correctional Institution.  Or, sorry.  July 20,

15  2022, at Apalachee Correctional Institution.  Would you

16  be able to answer some questions for me?

17        A.    Yes, sir.

18        Q.    So a couple of things beforehand.  Madam Court

19  Reporter went over a couple things already, but there's a

20  couple more rules that I just want to go over with you

21  real quick.  Have you ever been deposed like this before?

22        A.    No, sir.

23        Q.    So a couple more rules.  Madam Court Reporter

24  also already indicated, please answer the questions

25  verbally.  She's creating a transcript of everything

 1  that's being said here today.  So if you don't answer, if

 2  you answer nonverbally, it's pretty much useless.  Okay?

 3       A.  Yes, sir.

 4       Q.  I'll try my best to just remind you of that if

 5  necessary.  And I'm sure Mr. Tarjan and Mr. Cook will as

 6  well.  Okay?

 7       A.  Yes, sir.

 8       Q.  If you don't know the answer to a question,

 9  it's okay to say, "I don't know," if you don't know the

10  answer.  All right?

11       A.  Yes, sir.

12       Q.  It's also okay to say, "I don't remember," if

13  you don't remember the answer to a question as well.

14  Okay?

15       A.  Yes, sir.

16       Q.  Madam Court Reporter also indicated the

17  restroom policy.  Basically, just let us know beforehand.

18  We'll be happy to take a break.

19           MR. KVERNE:  Same with you, Mr. Tarjan, same

20       with you, Mr. Cook, and same with you, Madam Court

21       Reporter.

22  BY MR. KVERNE:

23       Q.  Okay, Mr. Chandler?

24       A.  Yes, sir.

25       Q.  Objections.  So the plaintiff's attorneys or

Howard Chandler-Smith
October 30, 2024

Page 7

1  myself, depending on who's asking question, may have an

2  objection to a particular type of question or something.

3  We obviously do not have a judge here today, so there

4  won't be an immediate ruling on the issue.  With that

5  said, if there's an objection to the question, you still

6  have to answer the question here today.  Okay?

7      A.   Yes, sir.

8      Q.   Basically, the only exception to that would be

9  if there was some type of privilege that attached or

10  something.  But I don't think that that'll come up.  All

11  right?

12     A.   Yes, sir.

13     Q.   This is going to sound silly, but are you under

14  the influence of drugs or alcohol today?

15     A.   No, sir.

16     Q.   Do you take any medications?

17     A.   Yes, sir.

18     Q.   Would any of those medications impact your

19  ability to be honest and truthful with me here today?

20     A.   No, sir.

21     Q.   Is there any other reason why you would not be

22  able to be honest and truthful with me here today?

23     A.   No, sir.

24     Q.   Now, as I indicated, the court reporter is

25  creating a transcript of basically what is being stated

Howard Chandler-Smith
October 30, 2024

Page 8

1  here today.  Okay?

2       A.    Yes, sir.

3       Q.    You have the ability to read a copy of the

4  transcript and make sure that it's accurate, or you can

5  waive the reading of the transcript.

6            MR. KVERNE:  Mr. Tarjan or Mr. Cook, do you

7       have any input on this?  Did you want to ensure that

8       he reads it or want to give him the option?

9            MR. TARJAN:  We would advise that he reads it.

10           MR. KVERNE:  Will you arrange for him to do

11      that, or do you need me to do it?

12           MR. TARJAN:  We can arrange to do that.

13  BY MR. KVERNE:

14      Q.    So Mr. Chandler-Smith, basically, Mr. Tarjan

15  will arrange for you to be able to read a copy of the

16  transcript, make sure it's accurate.  There will be a

17  sheet called an errata sheet that'll be at the end of the

18  transcript where you can make changes to certain types of

19  answers.

20      You can't change entire substance of answers.  But

21  for example, let's say you said he, and the court

22  reporter transcribed she, you can change that type of

23  thing.  But if you change the entire substance of an

24  answer, I can come back and ask you questions about it.

25  Okay?

Howard Chandler-Smith
October 30, 2024

Page 9

1      A.   Yes, sir.

2      Q.   So Mr. Tarjan will arrange for you to be able

3   to do that.  Now, the incident that occurred on July

4   20th, 2022, that happened at Apalachee Correctional

5   Institution, correct?

6      A.   Yes, sir.

7      Q.   And which dorm did it happen in?

8      A.   P2.

9      Q.   P2.  So tell me what happened.  What happened

10   on that date?

11      A.   Okay.  There was a Latin King trying to make

12   Devon Currie check in because of his sexual preference.

13   He is a homo -- a homosexual, and they all -- they were

14   trying to make them check in.  So Currie defended himself

15   and when they got into it, like, he was getting the best

16   of the Latin Kings.

17      Q.   So we're going to break this down a little bit

18   more.  Where did this incident take place?

19      A.   In the bathroom.  Well, there's three -- well,

20   four parts of the bathroom at Apalachee in the open bed

21   dorms.  That happened in the part of the bathroom where

22   the sinks was.  That's where they first -- everything

23   took place and transpired.

24      Q.   And where were you when this was going on?

25      A.   I was on my bunk.  I was on my bunk on 121 low.

Howard Chandler-Smith
October 30, 2024

Page 10

1      Q.   In relation to the bathroom, where is that?

2      A.   That's in the back of the dorm.  The officer's

3  station is in the middle of the dorm.

4      Q.   But I'm saying in relation to the bathroom,

5  where's your bunk in relation to the bathroom?  That's

6  what I'm asking.

7      A.   Okay.  I'll say it's about 10 to 15 feet away

8  from my bunk.

9      Q.   Could you see into the bathroom or --

10     A.   Yes, sir.

11     Q.   You can see the entirety of the bathroom?

12     A.   Yeah.  Well, like I said, there's four parts of

13  the bathroom.  You have one part of the bathroom, that's

14  where the urinals and the toilets is at.  Then the other

15  second part of the bathroom is where the shower's at.

16  The third part and the fourth part is where the sink's

17  at.  I cannot see inside where the urinals and, and the

18  toilets are at.  I can't see in that, that, that part of

19  the bathroom.  But other three parts, I could see clearly

20  from my bunk.  Yes, sir.

21     Q.   And you said that there was a dispute between

22  Latin King and Mr. Currie, right, in the bathroom?

23     A.   Yes, sir.

24     Q.   How did the dispute start?  Can you tell me?

25  Can you explain that to me?

Howard Chandler-Smith
October 30, 2024

Page 11

1      A.   It started verbally, like, like, the Latin King
2  was trying to put down on, on Currie.  Oh, I know -- I
3  didn't know his name as Currie.  I know him as Boots.
4  The, the Latin was trying to put down on Boots and make
5  him check in because of his sexual preference and --
6      **Q.   Do you know where he got the nickname Boots by**
7  **any chance?**
8      A.   No, sir.
9      **Q.   That's just what you were told to call him?**
10     A.   Yes, sir.
11     **Q.   And you said that this conversation was going**
12 **on between the Latin King and Mr. Currie, and the Latin**
13 **King was putting him down because of his sexual**
14 **preference, right?**
15     A.   Yes.  He was trying to put down on him and make
16 him, like -- when, when they say get on the door, that
17 mean, like, check in.  Like, you can't stay in that dorm
18 no more.
19     **Q.   Did you see the entire incident -- well, this**
20 **entire conversation from beginning to end, or did you**
21 **pick up in the middle of it?**
22     A.   I picked up in the middle of it.
23     **Q.   So you didn't see exactly what the beginning**
24 **part of the conversation was at that time?**
25     A.   No, sir.  I can't say if it was physical or --

Howard Chandler-Smith
October 30, 2024

Page 12

1      Q.    Was there anyone else in the bathroom other

2  than the two of them?

3      A.    You have somebody that was in the shower, and

4  then you had somebody that was brushing their teeth in

5  the other part of the sink area.  So, yes, sir.

6      Q.    So your recollection is there were a minimum of

7  four people or there were exactly four people?

8      A.    There was exactly four people.

9      Q.    Do you know who was in the shower at the time?

10     A.    No, sir, I don't know his name.  I'm not good

11 with names.

12     Q.    Do you know if he was a Latin King?

13     A.    No, sir.

14     Q.    You don't know or he was not?

15     A.    I, I do not know if he was a Latin King or not.

16     Q.    What about the other person at the sink, was he

17 related to any type of gang or anything that you can

18 remember?

19     A.    Yes, sir.

20     Q.    Do you know what his name was?

21     A.    No, sir.  I know his nickname.

22     Q.    What's his nickname?

23     A.    Pace, P-A-C-E.

24     Q.    Pace?

25     A.    Yes, sir.

Howard Chandler-Smith
October 30, 2024

 1      Q.   There's a couple photos I'm going to show you

 2   later on and talk about it a little bit.  Maybe that'll

 3   help you a little bit more, okay?

 4      A.   Yes, sir.

 5      Q.   What about the Latin King that was talking with

 6   Mr. Currie and was putting him down because of his sexual

 7   preference, you remember who that individual was?

 8      A.   Yes, sir.

 9      Q.   Who was that?

10      A.   YG.  I don't know his first and last name, but

11   he go by YG.  He's a short Hispanic guy.

12      Q.   So YG was talking with the plaintiff, and then

13   Pace was brushing his teeth, you said?

14      A.   Yes, sir.

15      Q.   And then there was an additional person --

16      A.   In the shower.

17      Q.   -- in the shower.

18      A.   Yes, sir.

19      Q.   But you can't remember exactly who it was.

20      A.   No, sir.

21      Q.   So the two of them were arguing back and forth.

22   What happened during the argument?  Did anything else

23   happen in the bathroom while the argument was going on?

24      A.   Okay.  When, when he was, like, trying to put

25   down on him verbally, Currie wasn't going for it.  He was

Howard Chandler-Smith
October 30, 2024

Page 14

1  like, like the sense of, like, "Why?  I've been here so

2  long and I'm not bothering nobody."  And he, he went to

3  hit him, and when he hit him, he sidestepped it, and then

4  YG missed.  So that's when it started getting physical,

5  when the --

6      Q.   So YG took a swing at Currie first and missed

7  Currie?

8      A.   Yes, sir.

9      Q.   And then Currie sidestepped it, and then it

10 started getting physical.  So how did it start getting

11 physical?  Can you explain that to me?

12     A.   They started tussling like, like they was in a

13 wrestling match.  And that's when fist was thrown and

14 Currie was getting the best of YG.  So Pace, when Pace

15 seen it after he could, like, not -- he didn't even

16 finish brushing his teeth.  He went over there and he

17 started assisting YG.  He hit him, Currie, over the head

18 with a broomstick.  And the rest of the Latin Kings came

19 with locks, sticks, and other weapons.

20     Q.   Do you know what Currie was doing in the

21 bathroom in the first place?  Do you know?

22     A.   No, sir.  But the part of the bathroom they was

23 in, they call that the gator shower, aka the bird bath.

24 That's where, like, because the, the way the showers is

25 there, there's no dividing wall between it.  So, like,

Howard Chandler-Smith
October 30, 2024

1  there's a lot of homosexuals at Apalachee, so nobody

2  doesn't want to get in the shower with the wrong person.

3      So the homosexuals, they'll go in a gator shower or

4  bird bath, put a blanket up, and take, like, a little

5  bird bath out of the sink.  So that's where the area

6  where the verbal started and then where it got physical.

7  So maybe he was taking a shower.  I don't know.  I don't

8  know what was his purpose of being there.  But that's my

9  -- yes, sir.

10     Q.   But that's around the area where it occurred?

11     A.   Yeah, that's exactly where area it occurred.

12     Q.   So let's go back to this.  So at this point, YG

13 and Mr. Currie are fighting, and then Pace joins in.

14 What happens next?

15     A.   Like, like, three to four other Latin Kings,

16 they, they ran in the bathroom, and they was jumping

17 Currie, but Currie would never -- like, he would never

18 fall to the ground.  He stayed on his feet and he was

19 defending himself.  So they took that as, like, a

20 challenge.  They, they felt like, like on their behalf,

21 that's a sign of weakness.

22     Q.   So they ran into the bathroom and the fight

23 continued in the bathroom, or did it exit the bathroom?

24     A.   Yes, sir, it continued in the bathroom.

25     Q.   Would you be able to identify maybe the three

Howard Chandler-Smith
October 30, 2024

Page 16

 1  or four other individuals?

 2       A.   If I seen a picture of them, but I'm not good

 3  with names, sir.

 4       Q.   Do you know any of their nicknames?  You

 5  remember any of their particular nicknames?

 6       A.   Oh, yes, sir.  I know a couple of them.  Yes,

 7  sir.

 8       Q.   Who were the three or four?  What were the

 9  additional nicknames?

10       A.   Coco, Envy, Pace, and that's, that's all I

11  remember.

12       Q.   And then YG was also there too, right?

13       A.   Yes, sir.  Yes, sir.

14       Q.   The two new people, though, you said joined in

15  were Coco and MV, right?

16       A.   Envy.  Yes, sir.

17       Q.   Envy?

18       A.   Yeah.  Like, you envying me.

19       Q.   So, like the sin, envy?

20       A.   Yes, sir.

21       Q.   So they were fighting in the bathroom.  Did the

22  fight eventually stop or did it continue?  Tell me what

23  happened.  How long did this go on for?

24       A.   This went on for about 8 to 10 minutes.  And

25  this -- while this was going on, like I said, Currie

Howard Chandler-Smith
October 30, 2024

1  never touched -- like, never fell to the ground, stayed

2  on his feet.  So they kept going, and then that's when

3  Mississippi, he, he seen what was going on.  And a few

4  other inmates seen what was going on, and they went in

5  there and broke it up.  They deescalated the situation

6  that was occurring in the gator shower.

7       Q.   So, Mississippi, do you know his name, by any

8  chance?

9       A.   I believe it's Charles Gladdis (sic).

10      Q.   Do you mean Gaddis maybe?

11      A.   Yes.  That's, that's probably him.  Yes, sir.

12      Q.   So he saw what was going on.  Where was

13  Mississippi when the fight was going on?

14      A.   He was on his bunk.  His bunk is the first bunk

15  from the bathroom.

16      Q.   And then he saw the fight, walked into the

17  bathroom and tried to break it up, right?

18      A.   Yes, sir.

19           MR. TARJAN:  Objection as to form.

20  BY MR. KVERNE:

21      Q.   Did Mississippi walk into the bathroom?

22      A.   Yes, sir.

23      Q.   And he attempted to deescalate or break up the

24  fight?

25      A.   Yes, sir.

Howard Chandler-Smith
October 30, 2024

Page 18

1    Q.    And was he successful?

2    A.    It, it was kind of hard for him because it was

3    more of them than it was Currie, and that's why it took a

4    few extra inmates to break it up as well.

5    Q.    Who were the extra inmates?  Do you remember?

6    A.    No, sir.

7    Q.    Now, you said a few extra inmates.  Couple like

8    two, three, four?

9    A.    Three.

10   Q.    Three additional inmates?

11   A.    Yes, sir.

12   Q.    So it was Mr. Gaddis and then three additional

13   inmates that went into there to break up the fight?

14   A.    Yes, sir.

15   Q.    Were they ultimately successful in breaking up

16   the fight or did it continue?

17   A.    Yes, they were successful.

18   Q.    So it stopped.  So what happened next after the

19   fight stopped?

20   A.    Everybody went to their bunks because this is

21   around the time -- this was -- this actually happened

22   right before master roster count.  And everybody went to

23   their bunks.

24   Q.    After this fight, was there any injuries on

25   anyone that you can remember?

Howard Chandler-Smith
October 30, 2024

Page 19

1    A.   Yes, sir.

2    Q.   Who?

3    A.   There was injuries on YG, there was injuries on

4    Boots, and that's all I could remember.

5    Q.   What were the injuries to YG did you remember?

6    A.   He was bleeding on -- around his knuckle area,

7    like his hand, and he, he had, like, a small cut, like,

8    on his face.

9    Q.   What about Boots, what did he have?

10   A.   He had a busted lip, and he was also bleeding,

11   like, from, like, his upper eye area.

12   Q.   So he had a cut.  Do you remember which eye it

13   was?

14   A.   No, sir.  No, sir.

15   Q.   But he had a cut somewhere above his eye or --

16   A.   I don't know if it was above his eye or was it

17   his eye actually did, but he had blood coming from, like,

18   his eye area?

19   A.   Yes, sir.

20   Q.   So they went back to their bunks.  What

21   happened next after they went back to their bunks?

22   A.   When they went back to their bunks, well, YG

23   and the rest of the Latin Kings, they started grabbing

24   weapons and packing their property.

25   Q.   Why were they packing their property?

Howard Chandler-Smith
October 30, 2024

Page 20

1      A.   From me, looking back at this situation, they

2 were packing their property because they didn't want,

3 like, just anybody packing their property because they're

4 -- they got it in their mindset that they about to go to

5 jail.  Jail mean confinement, and they don't want any of

6 their stuff to get lost or misplaced, so they started

7 packing their own property.

8      Q.   What about Mr. Currie?  What was he doing?

9      A.   He went back to his bunk, and he was, like,

10 trying to, like, get himself back together by, by --

11      Q.   And Mr. Gaddis, what was he doing?

12      A.   He was at his bunk.

13      Q.   And what about the other three inmates that had

14 jumped in?

15      A.   No, they didn't jump in.  They, they

16 deescalated.

17      Q.   Well, sorry.  The three other inmates that

18 deescalated the situation, what were they doing when they

19 returned to their bunk?

20      A.   Everybody just went back to their bunks, and

21 they were just looking around.  The, the other three

22 inmates that deescalated the situation with Gladdis, they

23 just went to their bunks and got ready for master roster

24 count.

25      Q.   So you said the Latin Kings were grabbing

1  weapons and packing their property.  Currie was trying to

2  regain himself, right?

3       A.   Not, not redeem himself, like, get himself back

4  together.  Like, okay, like if you watch football and

5  somebody get hit real hard and they -- it take a little

6  minute to get back up.  Like, they, they recoup.  Not

7  recuperating, but re-getting themselves back together.

8       Q.   So he's trying to regain his composure?

9       A.   That's it.  Perfect.  Yes, sir.

10       Q.   So he was trying to regain his composure, and

11  then what happened next?

12       A.   That's where a master roster count came.

13       Q.   Can you describe that to me?  Describe that

14  process to me, please.

15       A.   Okay.  Master roster count is where -- well,

16  they have multiple counts during the day, but master

17  roster count is the most serious one, is to make sure

18  that every inmate is in their right assigned bunk and in

19  the right dorm.

20       So what they do is they come around with a piece of

21  paper with your name and DC number on it.  And when they

22  get to your bunk, you hold the ID up, and you say your

23  name and DC number.  And then the officer will check you

24  off and go to the next bunk.  That's how you get --

25  that's how they know that you did your days.  Like, you

Howard Chandler-Smith
October 30, 2024

Page 22

 1  get credit for that day.

 2      Q.   How many officers do this, usually?

 3      A.   It, it takes one officer to walk around with

 4  the paper, but another officer has to come out to verify

 5  the, the count.  So the two officers, they, they, they

 6  count and they come together.  They, they might be like,

 7  "Okay, 104, 104."  The other officer might say 103.  Now

 8  they have to recount because they didn't come up on the

 9  same number.  So until they come up on the same number,

10  they, they, they, they agree on a count.

11      Q.   So was it only two officers at this point or

12  were there more?

13      A.   Just two officers.  One in the officer's

14  station and one outside counting.  And when the other one

15  goes back in the officer's station, the other one comes

16  out with the master roster sheet.

17      Q.   The two officers that were doing this count, do

18  you know who they were?

19      A.   Yes, sir.

20      Q.   Who were they?

21      A.   Sergeant McKinney and Ms. Green.

22      Q.   So it was Ms. Green and Sergeant McKinney?

23      A.   Yes, sir.

24      Q.   Where was Sergeant McKinney?

25      A.   She, she was in the officer's station when

Howard Chandler-Smith
October 30, 2024

Page 23

 1  everything -- she, she, she came to help OMP Dorm.

 2  That's on the other side of the compound.  She were -- I

 3  don't know.  I'm not sure if she was assigned to N dorm

 4  or N dorm, but she was assigned to that side of the

 5  compound, and she came over to OMP Dorm to assist with

 6  count procedure.

 7      Q.   So Officer McKinney, but was she in the booth

 8  or was she with the one walking around doing the actual

 9  count?

10      A.   They both walked around and did count.

11      Q.   So they both did.  So there was no one in the

12  booth at that point?

13      A.   No, there was -- the one officer comes out.

14  Like, say, for instance, Ms. McKinney comes out first.

15  She'll do her count, and then when she get done with her

16  count, she go back in the officer's station.  And then

17  Green will come out with the master roster sheet paper

18  and check everybody off, get exact count total everybody.

19  Go in the office station, verify what her coworker.  And

20  if they agree, then they go on to the other side.

21      Q.   But there were only ever, at this point in

22  time, two officers.  There were not three, right?

23      A.   Just two.  Yes, sir.

24      Q.   Who came out first and did the first count?  Do

25  you remember?

Howard Chandler-Smith
October 30, 2024

Page 24

1       A.    Yes, sir.

2       Q.    Who?

3       A.    Green.

4       Q.    Green did.  She did her count and then what,

5   went back into the officer's station and McKinney came

6   out?

7       A.    Yes, sir.

8       Q.    And then McKinney came out, did her count, and

9   then she went back into the officer's station.  Is that

10  correct?

11      A.    Yes, sir.

12      Q.    Did the two of them come out at any point after

13  that?

14      A.    To be honest, I don't remember if they -- oh,

15  no, they went to the other P1 side.

16      Q.    So went to the P1 side?

17      A.    Yes, sir.

18      Q.    So they did your side first and before P1?

19      A.    Yes, sir.

20      Q.    When Ms. Green came out -- well, first of all,

21  can you describe Ms. Green?  What does she look like?

22      A.    She's skinny.  She has dreads and, like, a

23  little fade.

24      Q.    How tall is she?  Do you know?

25      A.    No, sir.  I'm not good with height, but I'll

Howard Chandler-Smith
October 30, 2024

Page 25

1  say probably about, like, 5'6".  Her dreads is, like, not

2  real long.  They're, like, short, and the tips of them

3  are blond, and she's African American.

4      Q.   So Ms. Green comes out.  When she does her

5  count, does she say anything to anyone?  Does anyone say

6  anything to her?

7      A.   Yes.

8      Q.   Who and what?

9      A.   Currie stopped her and was trying to, like -- I

10  couldn't really make out what they was saying, but by her

11  body language, I, I understood what she was saying -- I

12  mean, what Currie was saying.

13      Q.   So he stopped her and he talked with her

14  briefly?

15      A.   Yes, sir.

16      Q.   You couldn't hear what was being said, though?

17      A.   I couldn't hear what Currie was saying, but,

18  like, he was -- his body language is like this, looking

19  up at her and, like, talking like this.  And her, her

20  response was like --

21      Q.   Did anything else happen that was significant?

22  Did she talk with anyone else you can remember?

23      A.   No, sir.

24      Q.   Was anyone else saying anything other than Mr.

25  Currie during that time?

Howard Chandler-Smith
October 30, 2024

Page 26

1      A.    No, sir, not that I know of.

2      Q.    So then she walked back in, and Ms. McKinney

3   came out, you said, right?

4      A.    Yes, sir.

5      Q.    And Ms. McKinney, when she did her count, did

6   anyone say anything to her?

7      A.    Oh, well, yeah, all the inmates said something

8   to her because they have to give her their name and DC

9   number.

10      Q.    So she was the actual one checking the specific

11   names --

12      A.    Yes, sir.

13      Q.    -- and DC numbers?

14      A.    Yes, sir.

15      Q.    But did anyone mention to her, based on your

16   recollection, the fight that had just happened in the

17   bathroom or anything?

18      A.    Yes, sir.

19      Q.    Who?

20      A.    Currie.

21      Q.    And this conversation, you could hear?

22      A.    Yes, sir.

23      Q.    And what did he say?

24      A.    He was saying that he was just attacked and

25   they want him to check in.

Howard Chandler-Smith
October 30, 2024

Page 27

1      Q.   And by they, you mean the Latin Kings?

2      A.   Yes, sir.

3      Q.   And did the Latin Kings or anyone else say

4  anything during that time?

5      A.   No, sir.  The rest of the Latin Kings stay

6  across the dorm from me, so I could -- I, I  can't even

7  hear them say their name or DC number, so I couldn't

8  hear.

9      Q.   Do you remember them -- even though you may not

10 have heard, do you remember them seemingly having any

11 conversation with Ms. McKinney or Ms. Green?

12     A.   No, sir.

13     Q.   And then when Mr. Currie said something to her

14 about it, what did Ms. McKinney do?

15     A.   She proceeded with count.  Like, like, she was

16 very nonchalant about whatever he said.

17     Q.   Anyone else that you can remember say anything?

18     A.   Yeah.  She, she said a little joke.  She was

19 like, she didn't say it loud enough, but she said it loud

20 enough just for the people that was, like, within two

21 feet around her.  She said, "Oh, he better fuck or fight.

22 Ain't no checking in."

23     Q.   McKinney said that?

24     A.   Yes, sir.

25     Q.   Anything else?

Howard Chandler-Smith
October 30, 2024

Page 28

1      A.   No, sir.  Not that I could remember at this

2  time.

3      Q.   And then Ms. McKinney went back into the booth

4  at that point?

5      A.   Yes, sir.

6      Q.   And then after she went back into the booth,

7  you said that your recollection is they went over to the

8  other side of the dorm to begin count?

9      A.   Yes, sir.

10      Q.   And it would be the same type of process.  Ms.

11  Green would leave, go into the thing, do her count.

12  She'd go back into the booth.  Ms. McKinney would come

13  out.  She would talk with all the inmates, will get all

14  the inmates names and make sure that it's good, and then

15  go back into the booth.

16      A.   Yes, sir.

17      Q.   While they were in the process of doing that,

18  did anything else happen in the dorm, or what was going

19  on in the dorm?

20      A.   Okay.  When they went to the other side, okay,

21  when one of the officers come out the officer's station,

22  the other officer has to stay in the officer's station

23  and be their eyes.  So while they're on P1 side, the

24  officer back is towards our dorm.  She's watching her

25  coworker's back.  So while that was -- while it was on P1

Howard Chandler-Smith
October 30, 2024

Page 29

1  side, that's when Latin King stood up and was yelling

2  across the dorm at Currie saying, "What's up?  You, you

3  getting on the door or let's rock out."

4        Q.    Which one of the Latin Kings said that to him?

5        A.    YG.

6        Q.    YG was the one that explicitly stated that?

7        A.    Yes, sir.

8        Q.    And then what happened next?

9        A.    Okay.  They, they -- that's when they got up

10  and there, there was -- the Latin Kings was already

11  getting up.  Currie was still sitting on his bed.  So

12  they would, like, grab their knives.  They had -- they

13  ain't have their knives concealed or other weapons

14  concealed.  They had it out in the open.

15        So they was walking toward, like, the, the water

16  fountain.  That's where they stopped.  The water fountain

17  is in between the two bathrooms, the shower, and it's

18  between the, the bathroom where the urinals is at.  So

19  that's where the water fountain is.

20        So Boots was putting her -- not her, but Boots was

21  putting his boots on and, like, getting ready to walk to

22  the officer's station.

23        Q.    Why was he putting boots on?  Do you know?

24        A.    Because he didn't have nothing on his feet.

25        Q.    So he was just putting shoes on?

Howard Chandler-Smith
October 30, 2024

Page 30

 1     A.   Yeah.  That's, that's all he wear, is boots.
 2  He don't wear sandals.  Well, he do wear sandals while
 3  going to the shower, but he don't wear Crocs or nothing.
 4  That's where I assume he gets the name Boots from because
 5  he's always wearing boots.
 6     Q.   And you said he was putting on the boots, and
 7  did he finish putting on his boots?
 8     A.   No, sir.  He just slipped them on and got up
 9  and started walking towards the officer's station.
10     Q.   So he didn't fully tie them or anything?
11     A.   No, sir.
12     Q.   And then he started walking towards the
13  officer's station.  And what happened?
14     A.   That's when Mississippi, as Charles Gladdis,
15  aka Mississippi, and Brandon seen what was transpiring,
16  like, why Boots was walking to the officer's station.
17  One of the Latin Kings tried to stab Boots, and
18  Mississippi said, "Watch out, Boots."  And he took a step
19  to the left, and the person that was trying to stab
20  Boots, he missed.  And that's when everything escalated.
21     Q.   Which one of the Latin Kings was that?
22     A.   Which one?
23     Q.   The one that tried to stab Boots.
24     A.   YG.
25     Q.   YG.  So YG tried to stab Boots, missed.  And

Howard Chandler-Smith
October 30, 2024

1  then what happened after he missed Boots?  Go ahead.

2      A.   That's, that's when the -- like, it was a big,

3  like, all the Latin Kings in the -- in the dorm, they

4  was, like, already up, standing up by the water fountain

5  behind YG.  So when he tried to stab Boots and he missed,

6  that's when they just started attacking Brandon.  I don't

7  know his nickname, but Brandon and Mississippi and Boots,

8  they was, like, chasing them all over the dorm, like,

9  hitting them with locks in socks, broomsticks, and

10  knives.

11      Q.   We're going to pick up here in a second, but

12  one more thing that I need to ask you is, Ms. McKinney,

13  what does she look like?

14      A.   She's heavy set.  She has, like, chubby cheeks.

15  Her arms is big.  She's an African American.

16      Q.   Height?

17      A.   I'll say she not -- she not tall.  I want to

18  say she bow-legged as well.  And she not -- she not that

19  tall.  She's probably about the same height as, as me.

20      Q.   How tall are you?

21      A.   Like, 5'5", 5'6".

22      Q.   So going back in, and then you said that there

23  was a major fight that broke out at that point, right?

24      A.   Yeah.  I won't use the word fight.  I will use

25  like -- I won't use the word fight.  I, like -- it looked

Howard Chandler-Smith
October 30, 2024

Page 32

1   like, like, like the WWE WrestleMania.  Like, it was all

2   over the dorm, a lot of people, and looked like a war

3   zone.

4       Q.    And who was involved in this?

5       A.    The Latin Kings.  It was Latin Kings, Boots,

6   Mississippi, Brandon, and that was it.

7       Q.    Brandon you keep referring to, is his name

8   Brandon Williams?

9       A.    Yes, sir.

10      Q.    So Brandon Williams.  How many Latin Kings were

11  involved at this point?

12      A.    It was roughly between 8 or 10.

13      Q.    So we're talking anywhere from 11 to 13 inmates

14  total in this fight?

15      A.    Yes, sir.

16      Q.    So how is this going down?  So let's break it

17  down, I guess.  What was happening with Currie during

18  this fight?  Did you see what was happening with him?

19      A.    Yes, sir.  He, he was getting the best of the

20  Latin Kings and, like, he was, like, like, defending

21  himself, like, as if his life was on the line.  He was --

22      Q.    Which Latin Kings?  Do you remember?

23      A.    Yes, sir.  It was YG, Pace.  And I don't know

24  the other one, but it was three on Boots, four on chasing

25  Brandon around, around the dorm, and they was, like,

Howard Chandler-Smith
October 30, 2024

Page 33

1  chasing him.  And then the other, other ones was with

2  Mississippi.

3      Q.   So you said YG and Pace were with Currie, and

4  there was a third one that you don't know his name,

5  right?

6      A.   Yes, sir.

7      Q.   What did the third one look like, the third

8  Latin King?  What did he look like?

9      A.   He's Hispanic, tall, skinny.

10      Q.   Did he have tattoos?

11      A.   Yes, sir.  He has tattoos.

12      Q.   Where?

13      A.   On his neck, on his back.

14      Q.   Any on his face or anything?

15      A.   Well, he got his, his whole head tattooed.

16  Yes, sir.

17      Q.   His whole face is tattooed?

18      A.   No, no, not face, whole head.

19      Q.   So where his hair is in the back of his head?

20      A.   Yes, sir.

21      Q.   What kind of haircut did he have?

22      A.   Bald head.

23      Q.   Totally bald?

24      A.   Yes, sir.

25      Q.   And you said he was Hispanic and skinny.  How

Howard Chandler-Smith
October 30, 2024

Page 34

1  tall?

2      A.   I'll say, probably about, like, 6'1".

3      Q.   So he was taller?

4      A.   Yes, sir.

5      Q.   So YG, what weapon was YG using?

6      A.   A knife.

7      Q.   What about Pace?

8      A.   A big knife.  Pace had a lock in a sock.

9      Q.   And then this other guy?

10     A.   He had a broomstick.

11     Q.   Had a broomstick.  Now, the inmates that were

12  chasing Brandon Williams around, the four Latin Kings

13  that were chasing him around, do you remember those four?

14     A.   Yes, sir.

15     Q.   Who were those four?

16     A.   Coco, Envy, and I don't know the other two

17  names at this time.

18     Q.   So Coco, what did Coco look like?

19     A.   Heavy set, Hispanic, like, a dirty red color.

20     Q.   And how tall?

21     A.   Not that tall.  I'd probably say about, like,

22  5'7".

23     Q.   Hairstyle?

24     A.   He can't grow hair on the top, so he keeps it

25  low, bald head.

Howard Chandler-Smith
October 30, 2024

Page 35

1       Q.    And then any tattoos?

2       A.    Yes, sir.  On his arms.  On his arms and his

3    upper chest.

4       Q.    What weapon did Coco have?

5       A.    Coco had a knife.

6       Q.    He had a knife?

7       A.    Yes, sir.

8       Q.    And then Envy, what does he look like?

9       A.    He's a bald head with a head full of tattoos.

10   Tattoos on his neck, on his hands, on his neck and arms.

11      Q.    How tall?

12      A.    He got his whole body tattooed.

13      Q.    How tall?

14      A.    I'm not sure.

15      Q.    Build, what kind of build?

16      A.    He is in shape.  He, like, he muscular.

17      Q.    What kind of knife?  What kind of weapon did he

18   have?

19      A.    A knife.

20      Q.    He had a knife as well?

21      A.    Yes, sir.

22      Q.    The first of the other two that you don't

23   remember, the other two that you don't know, Latin Kings,

24   what did he look like?

25      A.    Okay.  He was actually black.  They call him

1  Negro.  And he had -- he had a mop stick because the

2  broomstick was already being used by somebody.  So he had

3  a mop stick, and the other one had a lock in a sock.

4      **Q.    Negro, what did he look like?**

5      A.    He real dark skinned.  He -- I believe he a

6  Dominican because he can still speak Spanish, but he, he

7  darker than me.  And he -- he's muscular.

8      **Q.    How tall?**

9      A.    About 5'8".

10      **Q.    Hairstyle?**

11      A.    Short-cut.

12      **Q.    Tattoos or anything?**

13      A.    Not that I can recall.

14      **Q.    What about the other one, the other**

15  **unidentified guy?**

16      A.    Short, heavyset, like, stocky, tattoos on his

17  face.

18      **Q.    What kind of weapon did he have?**

19      A.    I can't recall at this moment.

20      **Q.    What kind of haircut?**

21      A.    Short-cut.

22      **Q.    Did you say he had tattoos?  I'm sorry.**

23      A.    Yes, sir.  Tattoos on his face.  Yes, sir.

24      **Q.    And his skin color was what?**

25      A.    I'm going to say light skin.

1      Q.   And then how many individuals were with Mr.

2   Gaddis?

3      A.   There was -- let me see.  There was two, two or

4   three.

5      Q.   Two or three?

6      A.   Two or three, because this happened.  His

7   situation was happening back by his bunk by the, the

8   gator shower.  So I couldn't really, like, see, but I

9   could see in my peripherals as I'm watching the rest of

10   the incident occurring.

11      Q.   Do those inmates that were attacking Mr.

12   Gaddis, do you remember any of their names?

13      A.   No, sir.  No.

14      Q.   What kind of weapons were they using?

15      A.   They're all knives.

16      Q.   All of them were just using knives, the ones

17   that were with Gaddis?

18      A.   Yes, sir.

19      Q.   So you said there were potentially two or

20   three, right?

21      A.   Yes, sir.

22      Q.   Do you remember what any of them look like or

23   anything?

24      A.   Not off the top of my head, but if you show me

25   pictures, I'll be able to identify them.

Howard Chandler-Smith
October 30, 2024

Page 38

1       Q.    So let's break down the fight a little bit.  So
2    Mr. Currie, he's fighting with YG, Pace, and then you
3    said a third guy that you couldn't remember his name,
4    right, or you didn't know his name?
5       A.    No, sir.  I don't recall his name on the top of
6    my head.
7       Q.    Give me a description of what happened in that
8    fight.  Tell me what happened.
9       A.    Okay.  As they was fighting with him, he still
10   wouldn't hit the ground.  He stayed on his feet, and he
11   was, like, getting the best of them.  He was beating them
12   up, like, defending himself because he didn't have no
13   weapon.  And, like, he was doing the best he could by
14   defending himself.
15          And they was getting mad because they, like, they
16   was looking so weak.  And that's when he looked over and
17   he seen that they were four of them, was chasing Brandon
18   and, like, stabbing him in his shoulder area and hitting
19   him in the head with the mop stick.  And that's when he
20   ran over there to help him.
21       Q.    So he ran over there to help Brandon Williams.
22   And what happened next?
23       A.    That's when the rest of the, the three that was
24   -- that Boots was, like, defending himself against, the
25   them three went in, joined, and now it's seven of them on

Howard Chandler-Smith
October 30, 2024

1 Brandon and Boots.  But Boots still was getting the best

2 of them, like, defending himself.  I don't know if it's

3 because it was adrenaline pumping or what, but he seen

4 that Brandon was bleeding and he, like -- he, like, "Come

5 on, come on, come on."  And he didn't notice that he was

6 stabbed in his chest by his heart.

7     Q.   He had been stabbed once at that point?

8     A.   Yes, sir.

9          MR. TARJAN:  Objection as to form.  You can

10    answer.

11          THE WITNESS:  Yes, sir.

12 BY MR. KVERNE:

13    Q.   How many times had he been stabbed at that

14 point?

15    A.   Well, I don't know how many times he'd been

16 stabbed because it was like the blood scene was, like,

17 real big.  It was like the size of -- on his shirt was

18 the size of a bowling, bowling ball.

19    Q.   Who had stabbed him?

20    A.   YG.

21    Q.   YG stabbed him?

22    A.   Yes, sir.

23    Q.   And you said YG had the knife, Pace had a lock

24 in a sock, and the other individual had a broomstick,

25 right, with Currie?

Howard Chandler-Smith
October 30, 2024

Page 40

```
 1      A.   Yes, sir.  Yes, sir.
 2      Q.   So now it's Brandon Williams and Currie versus
 3 these seven inmates.  What's going on there?  Tell me
 4 what happened there.
 5      A.   Okay.  They was -- they was, like, pretty much
 6 all the way around them, like, a full 360 circle around
 7 them.  And they was attacking them, but this is, like,
 8 occurring right by the officer's station.  And then
 9 that's when Boots seen that, like, Brandon Williams had
10 got cut real bad in his shoulder blade, and he, like,
11 "Come on, come on."
12      And he tried to, like, leave out of the 360 circle
13 they had, the perimeter they had around him.  They were
14 trying -- he was trying to leave, and they were just
15 hitting him, hitting him, hitting him with the
16 broomstick.  And the, the broomsticks kept breaking, and
17 they was hitting him with the lock in the sock.  I don't
18 know if that's when he had got stabbed in his chest, real
19 bad.  I don't know how many times.  I can't recall that.
20      Q.   And then what happened next after that?  Can
21 you keep telling me what happened with the fight with
22 Currie?  I'm trying to focus on Currie at the moment.  So
23 tell me, so he's trying to force his way through the
24 circle.
25      A.   Yes, sir.
```

Howard Chandler-Smith
October 30, 2024

Page 41

1    Q.   And then you said he's getting attacked with

2  the weapons.  How long does this continue for?

3    A.   This go on, the altercation went on for, like,

4  8 to 10 minutes.

5    Q.   So the entire thing, does that mean from after

6  count ended to the beginning of this, or does that mean

7  just this particular aspect of it?

8    A.   From the time that the Latin Kings stood up and

9  was yelling across the dorm till the first altercation

10 started, 8 to 10 minutes.

11   Q.   Did the fight eventually stop or what happened?

12   A.   Yes.

13   Q.   How did it stop?

14   A.   That's -- it has stopped because Boots has,

15 like, made his way out of the circle that they had around

16 him, and he was telling Brandon to come on, and they was

17 walking, like, on the back way, going back to Boots's

18 bunk.  And the Latin Kings, they didn't, like -- they

19 didn't keep attacking them.  They went the opposite way

20 to their bunk.

21   Q.   So it just ended at that point?

22   A.   Yes, sir.

23   Q.   And what happened next after that?

24   A.   That's when Boots was walking back to his bunk,

25 and he had a -- he didn't even know that he'd been

Howard Chandler-Smith
October 30, 2024

Page 42

1  stabbed in his chest, and he had a big puddle of blood on
2  his shirt.  And he, he -- when he was walking back to his
3  bunk, he's walking past my bunk, he grabbed his chest and
4  he took a gasp.  He like -- and then he went back to his
5  bunk and then sat on the bunk.
6      Q.   And then what happened next?
7      A.   And then that's when, like, the officer finally
8  called it in on the radio.
9      Q.   How do you know that?
10     A.   Because I've seen Green get on a -- on a walkie
11 talkie and, like, she was banging on the glass.
12     Q.   At that point when he was on his bunk?
13     A.   Yes, sir.
14     Q.   And then what happened?  Was the next thing
15 that the officers arrived or did anything happen in
16 between that?
17     A.   That's when officer -- 15 officers arrived.
18 They came in, they told everybody to lay down, face down
19 with their hands on their head.
20     Q.   So you said 15 officers, right?
21     A.   Yes, sir.
22     Q.   The 15 officers, were they male, were they
23 female?  What were they?
24     A.   It was a mixture of both, but more males than
25 females.

1      Q.    Do you remember any particular officers that

2    came in?

3      A.    Yes, sir.  It was Captain Heffner, the white

4    shirt, Ms., Ms. Bouie.  Okay.  Ms. -- Mr. Patterson.  I

5    can't remember off the top of my head.

6      Q.    What happened next after the officers arrived?

7      A.    That's when they order everybody to lay down on

8    their beds, heads -- face down, head -- hands on their

9    head.  And Captain Heffner was, like, walking, and he

10   was, like, walking real nonchalant.  I don't know if it

11   was because he was, like, trying to scope the, the

12   scenery out to see, like, had transpired.

13        But when I seen him walking slow, I had told him an

14   inmate been stabbed in the chest and he bleeding a lot,

15   and he walked four to five bunks down.  And when he

16   walked four to five bunks down, that's when he seen Boots

17   on his bed laying down.  And he seen the blood on the

18   shirt, got on his knees.

19      Q.    And what did he do?  Anything?

20      A.    He got on the radio and called something, and I

21   don't know what.  He said some numbers.

22      Q.    And then did he do anything further?

23      A.    He, he, like, like, was on his knees, and he,

24   like, pretty much, like, seen all the blood.  I don't

25   know.  And, like, he put his hands under Boots and had

Howard Chandler-Smith
October 30, 2024

Page 44

1   picked him up and started carrying him.  And that's when

2   medical arrived.

3        Q.   A medical arrived, and what happened when

4   medical arrived?

5        A.   It took about 15 to 20 minutes for medical to

6   arrive.  They put Boots on a stretcher, and then that's

7   when they look like they had seen Mississippi had been

8   cut in the face, like, on his cheekbone.  I don't know if

9   it's his left or his right, but they seen that.  So they,

10  like, five officers was at his bunk, put him in

11  handcuffs, walked him out.

12       Then that's when they seen Brandon bleeding from his

13  shoulder blade.  They put him in cuffs, walked him out,

14  and then that's when they went to officer's station and

15  was watching a video.  And they started, like, picking

16  the individuals, the Latin Kings, out that was involved

17  in the situation.

18       Q.   So your recollection is they took out the three

19  injured inmates, Mr. Williams, Mr. Gaddis, and Mr. Currie

20  first before dealing with anything with the Latin Kings?

21       A.   Yes, sir.

22       Q.   Which of the Latin Kings did they pick out?  Do

23  you remember?

24       A.   They picked out YG, Pace, Envy.  Coco didn't go

25  in.  And I can't remember the rest of the names at this

Howard Chandler-Smith
October 30, 2024

Page 45

1  time, but if you show me pictures, I'll be able to

2  identify them.  And I remind you, there's a lot of Latin

3  Kings at ACI, so their, their, their, their numbers is

4  real deep in each dorm.

5       Q.   So the three that you remember specifically

6  getting picked out were Envy, Pace, and YG?

7       A.   Yes, sir.

8       Q.   Did they pick out any other individuals or was

9  just those three that you can remember?

10      A.   They, they picked out them and a couple other

11  people.

12      Q.   Were those other people, were they involved?

13      A.   No, sir.  They picked -- no.  They, they picked

14  them up because the -- like, there was pieces of

15  broomsticks or knives, like, around their bunk.  So they,

16  they, like, they picked them up.

17      Q.   Because the weapons were nearby their bunks?

18      A.   Yes, sir.  And, okay, when they seemed that

19  when they had took Currie out on the stretcher by his

20  bunk, like, anybody that was five -- not five.  Anybody

21  that was three bunks within his bunk area, they, they got

22  -- they made them get up and go sit in the day room.  And

23  they moved their bunks out of the way, like, looking for

24  other, like, evidence.

25      Q.   Let's just go back real quick.  You said you

Howard Chandler-Smith
October 30, 2024

Page 46

1  were not fully focused on the fight as it related to

2  Gaddis, right?

3      A.   I, I, I said that I could -- I seen it out of

4  my peripherals, but it, like, being as though his bunk is

5  the last bunk by the bathroom.  Like, I can't really,

6  like --

7      Q.   Do you remember how the fight with Gaddis went

8  at all?

9      A.   Yeah, they was getting the best of him.

10     Q.   Do you remember who stabbed Gaddis or injured

11  Gaddis or anything?

12     A.   No, sir.

13     Q.   Did he move around the dorm, too, or was he

14  just -- was the entire thing near his bunk?

15     A.   The entire thing or his situation, the entire

16  thing was by his bunk.

17     Q.   While this incident was going on, well, this

18  fight was going on for 8 to 10 minutes, you said, right?

19  So it was from -- where does that 8 to 10 minutes start?

20  Can you tell me where that 8 to 10 minutes starts and

21  where it ends?

22     A.   As soon as the officer went to the other side,

23  and the Latin Kings got up and they was yelling at Boots,

24  saying, "What you going to do?  You going to get on the

25  door, you -- or let's rock out."  That's a -- that's a

Howard Chandler-Smith
October 30, 2024

Page 47

1  lot.

2      Q.   Well, it was immediately after the officers had

3  just finished doing count in P2?

4      A.   Yes, sir.

5      Q.   During that 8 to 10 minutes, were any

6  individuals, were they standing up and getting in the way

7  of the officers so they couldn't see, or did the officers

8  have a clear vision the entire time based on your

9  recollection?

10      A.   They had a clear vision the whole time.  Even

11  if, like, inmates was to stand up and block, they could

12  still see.  Because the way -- the way the officer's

13  station is set up, it's set.  Okay.  It's like a wing.

14  You got P2 on one side and P1 on the other side.

15  Officer's station is set right in between P1 and P2.  And

16  the officer has a clear shot to see everything that's

17  going on in both day rooms and to see the whole bed area

18  of both sides.

19      Q.   Could you see what was going on in P1 at all,

20  by any chance?

21      A.   To be honest, that was -- that was the least of

22  my worries.  I was -- I was scared for myself.  I thought

23  I was going to get hurt.

24      Q.   I understand.  I understand that.  And I'm just

25  trying to figure out.  Just trying to get the

Howard Chandler-Smith
October 30, 2024

Page 48

1  recollection and understanding of what happened.  Couple

2  more questions and then we'll talk about some photos.

3  You said Currie was gay, right?

4      A.   Yes, sir.

5      Q.   And he was open about it?

6      A.   Yes, sir.

7      Q.   What about Brandon Williams and Mr. Gaddis?

8      A.   Mr. Gaddis is as well.  And I don't -- I don't

9  really know too much about Brandon.  He hasn't been in

10  the dorm that long.  He, he just got there.

11      Q.   We've talked a little bit about Latin Kings.

12  Have you ever heard the OK Gang?

13      A.   Yes, sir.

14      Q.   And they're sometimes called the Outcasts,

15  right?

16      A.   Yes, sir.

17      Q.   Were Mr. Gaddis, Mr. Williams, or Mr. Currie

18  members of that gang?

19      A.   I know for sure that Mr. Gladdis was.  Yes,

20  sir.

21      Q.   You're certain that he was a member of the OK

22  Gang?

23      A.   Yes, sir.

24      Q.   And it's just my understanding that the OK Gang

25  is basically -- it's made up of gay individuals, right?

Howard Chandler-Smith
October 30, 2024

Page 49

 1      A.    Yes.  They have a straight line and a
 2  heterosexual line.  Yes, sir.
 3      **Q.    Was there any other members other than the**
 4  **three of them in the dorm that you know were members of**
 5  **the OK Gang or anything?**
 6      A.    To be honest, there's a whole lot of -- in P2,
 7  that's where they, they relocate the homosexuals, because
 8  in M Dorm and N Dorm and our dorm, if you're -- if you're
 9  gay, then you -- they know you can't even sleep in there
10  in the dorm.
11      So as soon as you come to the door, they ask you,
12  "Is you gay?"  And you, you say yes, then you can't even
13  unpack your stuff.  They make you stay right there at the
14  door until the officer come get you to escort you to
15  confinement or to another housing location.  So if, if
16  you're not okay, then, then you don't get no respect.
17      **Q.    Were there any other members in -- well, sorry.**
18  **Was there any other individuals in P2 other than Mr.**
19  **Gaddis, Mr. Currie, and Mr. Williams that you know are**
20  **gay?**
21      A.    Yes, sir.
22      **Q.    Who?**
23      A.    You got Gulag, you got Kiki, you got Tutu.
24  It's a -- it's a whole lot.  Like I said, P2 is where
25  they relocate, like where they rehouse the gay

Howard Chandler-Smith
October 30, 2024

Page 50

1  individuals.

2      Q.   Do you know if any of those people that you

3  just mentioned, those nicknames, if they were in the OK

4  Gang or anything?

5      A.   I know for sure Kiki, Tutu.  Yes, sir.

6      Q.   So those two definitely were?

7      A.   Yes, sir.

8      Q.   Were any of those three individuals, were they

9  involved in this fight in any way?

10     A.   No, sir.

11     Q.   Were they attacked by any of the Latin Kings?

12     A.   No, sir.

13     Q.   Were any other homosexual individuals or gay

14  individuals in that dorm, were they attacked by the Latin

15  Kings?

16     A.   No, sir.  Only the ones that aided and insist

17  of Boots.

18     Q.   So the only three that were involved in this

19  particular fight were Boots, Mr. Gaddis, and Mr.

20  Williams.  Mr. Gaddis and Mr. Williams were only involved

21  because they assisted him.

22     A.   Yes, sir.

23     Q.   During this fight at all with Mr. Gaddis, Mr.

24  Williams, and Boots, did any of the three of them have

25  weapons at any point?

Page 51

```
 1      A.   No, sir.

 2      Q.   Did any of them pick up any type of broomstick

 3  or anything like that, that you can remember?

 4      A.   No, sir.   No, sir.

 5      Q.   I'm going to show you a couple of things,

 6  starting with some photos.

 7           MR. KVERNE:  Mr. Tarjan, it's going to be the

 8      same type of photos that we've been doing in all the

 9      other depos.  So give me one moment.  Let me just

10      get these ready.

11  BY MR. KVERNE:

12      Q.   Can you see my screen here?

13      A.   Yes, sir.

14      Q.   And this is Mr. Currie, right?

15      A.   Yes, sir.

16      Q.   This was the individual that was stabbed

17  multiple times in the chest?

18      A.   Yes, sir.

19      Q.   And he's the individual that you've referred to

20  as Boots regularly, right?

21      A.   Yes, sir.

22      Q.   And his DC number, at least according to this

23  document, is 851859?

24      A.   Yes, sir.

25      Q.   What about this individual?  This is Mr.
```

Howard Chandler-Smith
October 30, 2024

Page 52

 1  Gaddis, right?

 2      A.   Mississippi.  Yes, sir.

 3      Q.   And then according to this, his DC number is

 4  127714?

 5      A.   Yes, sir.

 6      Q.   And you said you know him as Mississippi,

 7  right?

 8      A.   Yes, sir.

 9      Q.   Do you know him by X Ice, X Lee, X Charles, or

10  anything like that?

11      A.   No, sir.

12      Q.   So it's just Mississippi.  You know him by that

13  name, though?

14      A.   Yes, sir.

15      Q.   And Mississippi, you said Mr. Gaddis was the

16  one that was stabbed on the cheek, right?

17      A.   Yes, sir.

18      Q.   Was this individual present?  Do you remember?

19      A.   Yes, he was present, but he was not involved.

20      Q.   Where was he during this?

21      A.   On his bunk.  Micolao, he's Hebrew.  That's how

22  I know of him.

23      Q.   So he's Hebrew?

24      A.   Yeah.  He Hebrew, Israelite.  Yes, sir.

25      Q.   But he was not involved in the fight, you said?

Howard Chandler-Smith
October 30, 2024

Page 53

 1      A.   No, sir.

 **2**      **Q.   Was he able to witness everything going on?**

 3      A.   To be honest, I, I don't know.  I, I can't

 4  recall, sir.

 **5**      **Q.   Where's his bunk in relation to the bathroom?**

 6      A.   His bunk is right in the middle of the dorm.

 7  Like, okay, they got a middle walkway where everybody

 8  walk back and forth or go to the -- use the bathroom and

 9  stuff.  He sleeps in the middle of the dorm.  So

10  actually, when he sit on his bunk for master roster

11  count, his back is towards me.  It's like four rows

12  behind him, between me and him, so his back would be

13  turned.

14      So where my bunk was, if my back is against the

15  wall, so I can see the whole dorm.  Boots's bunk is

16  against the wall.  So, like, if you sit there, you can

17  see everything.  But the way his bunk is, his bunk is in

18  the middle of the, the dorm, so he won't be able to see

19  everything.  He had to probably see 180 degrees.

**20**      **Q.   You said your bunk was against a wall, right?**

21      A.   Yes, sir.

**22**      **Q.   Were you in a bunk bed?**

23      A.   Yes, sir.

**24**      **Q.   Which bunk on the bunk bed were you?**

25      A.   I was in P2, 121 low.

Howard Chandler-Smith
October 30, 2024

Page 54

```
 1        Q.   So you were in the lower bunk of the bunk bed
 2   that you were on?
 3        A.   Yes, sir.
 4        Q.   What about Mr. Currie?  You said his was
 5   against the wall too?
 6        A.   Yes, sir.
 7        Q.   Was he high or low?  Do you remember?
 8        A.   Low.
 9        Q.   He was low as well?
10        A.   Yes, sir.
11        Q.   But the individual that I'm showing is named
12   Michael Marcel, right?
13        A.   Yes, sir.
14        Q.   And then his DC number, at least according to
15   this document, is D37428?
16        A.   Yes, sir.
17        Q.   And you do agree that he was present, but he
18   was not involved?
19        A.   Yes, sir.
20        Q.   Was he one of the inmates that tried to
21   deescalate the situation or anything?
22        A.   No, sir.
23        Q.   He was not?
24        A.   No, sir.
25        Q.   He wasn't involved at all?
```

Howard Chandler-Smith
October 30, 2024

Page 55

 1      A.   No, sir.

 2      Q.   **What about this individual?**

 3      A.   Never seen him before.

 4      Q.   **Never seen that individual before?  So he**

 5  **wasn't there on that day?**

 6      A.   Oh, I'm sorry.  Yes, I do, I do.  I, I remember

 7  him.  Yes, sir.

 8      Q.   **Was he on that day?**

 9      A.   Was he there that day?

10      Q.   **Yeah.**

11      A.   Yes, sir.

12      Q.   **Was he involved in the fight at all?**

13      A.   Yes, sir.

14      Q.   **How was he involved?**

15      A.   They call him Flaco.

16      Q.   **How was he involved in the fight?**

17      A.   It was -- he was involved in the first

18  altercation that happened in the gator shower when they

19  first attacked Boots with the broomsticks and mops.

20      Q.   **But he was involved in the second fight?**

21      A.   No, the first fight, sir.

22      Q.   **Oh, he was only involved in the first fight?**

23      A.   Yes, sir.

24      Q.   **You said at that point that there were four**

25  **people in the bathroom.  Which was he?  Do you remember?**

Howard Chandler-Smith
October 30, 2024

1     A.   What do you mean?  Oh, he, he was the one that

2  went in there, like, with the broomsticks and mops.

3     **Q.   So he came in response to the fight?**

4     A.   Yes, sir.  Yeah, because Pace was the one

5  brushing his teeth.

6     **Q.   So he came in response to it?**

7     A.   Yes, sir.  He from Orlando.

8     **Q.   Did he have any additional involvement that you**

9  **can remember?**

10    A.   No, sir.  Not that I can remember at this time.

11 No, sir.

12    **Q.   Was he taken out by the staff?  Do you**

13 **remember?**

14    A.   I, I believe so.  Yeah.  He was one of the

15 people they took out.  He is Latin King.

16    **Q.   He is a Latin King?**

17    A.   Yes, sir.

18    **Q.   What about this individual?**

19    A.   Oh, that's Mexico.

20    **Q.   Was he involved in the fight?**

21    A.   Yes, sir.

22    **Q.   And his name is -- so hold on, let's go back**

23 **real quick.  The previous guy that we were just talking**

24 **about, Flaco, his name is, at least according to this**

25 **document, is Cody Parker?**

Howard Chandler-Smith
October 30, 2024

Page 57

1     A.   Yes, sir.

2     Q.   And then his DC number is X92075?

3     A.   Yes, sir.

4     Q.   Now, going to the second individual, the guy

5  that you just referred to as Mexico, you said he was

6  involved?

7     A.   Yes, sir.

8     Q.   And according to this document, his name is

9  Alfredo Pedro?

10    A.   Yes, sir.

11    Q.   And his DC number is S71334?

12    A.   Yes, sir.

13    Q.   How was he involved?

14    A.   He, he was involved when the situation was

15 occurring by the officer's station, when they was

16 attacking Brandon and Boots at the time.

17    Q.   So was one of the individuals that was chasing

18 Brandon Williams around?

19    A.   It was -- he was involved.  Yes, sir.

20    Q.   What weapon did he have?

21    A.   I can't recall.

22    Q.   But he was one of the four that was chasing

23 Brandon Williams around?

24    A.   Yes, sir.

25    Q.   So my recollection from what you said was it

Howard Chandler-Smith
October 30, 2024

Page 58

1  was Envy, Coco, and this individual, and then a fourth

2  individual that you haven't seen so far, right?

3      A.  Yes, sir.

4      Q.  What about this individual?

5      A.  Pace.

6      Q.  That's Pace?

7      A.  Yes, sir.

8      Q.  Pace or King Pace?  Do you know him by King

9  Pace at all or just Pace?

10     A.  King Pace.  Yes, sir.

11     Q.  So you know him by both names?

12     A.  Yes, sir.

13     Q.  And his DC number, according to this document,

14  is B10151?

15     A.  Yes, sir.

16     Q.  That name is Raskul Rentas?

17     A.  Yes, sir.  That's how you pronounce it.  Yes,

18  sir.

19     Q.  So he was the one that was brushing his teeth

20  in the bathroom, you said?

21     A.  Yes, sir.

22     Q.  And he's the one that, I think you said grabbed

23  a lock in a sock and was attacking Currie, right?

24     A.  Yes, sir.

25     Q.  Was he picked up by security?  He was, you

Howard Chandler-Smith
October 30, 2024

Page 59

 1   said, right?

 2        A.   Yes, sir.

 3        Q.   What about this individual?

 4        A.   He was picked up, but I don't -- I don't know

 5   him.

 6        Q.   You don't know him.  His DC number, according

 7   to this, is M53592, right?

 8        A.   Yes, sir.

 9        Q.   And then his name, according to this document

10   is Luis Rodriguez?

11        A.   Yes, sir.

12        Q.   Have you ever heard the nickname Peru or

13   anything, like the country?

14        A.   Yes, sir.

15        Q.   That's one or that's one of his nicknames.

16   What about King Lucho or Lucho?

17        A.   No, sir.  I, I just -- I'm familiar of his face

18   because he used to work in a chow hall on wiping the

19   tables down.  And then he had went to the confinement and

20   lost his, his job.  So he got -- when he got out of

21   confinement, he -- they put him in P2.  He was only in

22   there for like, like three to five days.  He just got

23   there.

24        Q.   Was he involved in the fight?

25        A.   Not to my knowledge.

Howard Chandler-Smith
October 30, 2024

Page 60

1      Q.    You don't remember him being involved?

2      A.    No, sir.

3      Q.    Was he one of the individuals that they picked

4   up?

5      A.    Yes, sir.

6      Q.    Do you know if he was in the Latin Kings or

7   anything?

8      A.    No, not to my knowledge.

9      Q.    What about this individual?

10     A.    That's YG.

11     Q.    It's YG?

12     A.    Yeah.

13     Q.    And according to this document, his DC number

14   is K86552, right?

15     A.    Yes, sir.

16     Q.    And then his name is Wilson Rodriguez?

17     A.    Yes, sir.

18     Q.    And then you said this is YG, right?

19     A.    Yes, sir.

20     Q.    Do you know him as King YG or just YG?

21     A.    I heard King YG, YG.  Yes, sir.

22     Q.    And this is the individual that had actually

23   stabbed Mr. Currie, you said?

24     A.    Yes, sir.

25     Q.    Do you know if he had any type of status or

Howard Chandler-Smith
October 30, 2024

Page 61

1   anything among the Latin Kings?

2      A.   Well, to be honest with you, the, the head,

3   well, I don't know if he's still the head, but the head

4   of the state of Florida Latin Kings probably was at ACI,

5   so I don't think nobody had any rank out higher than him

6   because he's the, the, the, the state -- the head of the

7   state of Florida.  So there's nobody that got more rank

8   than him.

9      Q.   What about in that particular dorm, though?

10     A.   Yeah.  Him, Coco, Envy, they got say so.  Like,

11  if they like -- after this altercation occurred, the --

12  we was on lock down for three to four days.  So it was

13  the white shirt had brought Hobby there to make sure that

14  all his brother's property had got packed.

15     Q.   Anything else you can remember about him

16  specifically, by any chance?

17     A.   He was -- he, he, he, he was, like, the one

18  that was shouting the loud -- like, the, the loudest, and

19  he the one who put the oomph in the fire.  Like, he, he

20  the one who made it keep going because Boots got the best

21  of him, and when Boots got the best of him, it made him

22  look weak, and --

23     Q.   What about this individual, was he present?

24     A.   Yes, he was present.

25     Q.   And his name is -- DC number is 347470,

Howard Chandler-Smith
October 30, 2024

Page 62

1    according to this document?

2         A.    Yes, sir.

3         Q.    And his name is Chad Shaw?

4         A.    Yes, sir.

5         Q.    Was he involved in the fight at all?

6         A.    No, sir.  He stayed on his bunk.  He was -- he

7    stepped on the first, first bunk by the officer's

8    station.  He was not involved.

9         Q.    But he --

10        A.    I believe he's okay.

11        Q.    I'm sorry, what?

12        A.    I believe -- I said I believe he's okay.  They

13   go by Gucci.

14        Q.    Gucci doesn't look like a nickname for him.

15   What about Diamond or Flake Dog or Pokey Shaw or anything

16   like that?  Does that name ring a -- any of those ring a

17   bell?

18        A.    No, sir.

19        Q.    But you're saying he was present during this?

20        A.    Yes, yes, sir.

21        Q.    Was he one of the individuals that got involved

22   when the deescalation or anything was going on?

23        A.    I want to say yes, sir, he was one of them that

24   deescalated it, so --

25        Q.    He was one of the four?

Howard Chandler-Smith
October 30, 2024

Page 63

1      A.   Yes, sir.

2      **Q.   Anything else you can remember about him, by**

3   **any chance?**

4      A.   He just got in the dorm as well.  Like, I'm the

5   type of person, I stay to myself, so -- but people, like,

6   even though, like, I have a accent and the way I carry

7   myself, people, like, like, go out their way to, to talk

8   to me and stuff.  But he hasn't been in the dorm that

9   long, so I really don't remember too much about him.

10     **Q.   What about this individual, was he present?**

11     A.   I, I don't know who that is.

12     **Q.   You don't know him?**

13     A.   No, sir.

14     **Q.   And his name is, according to this document, is**

15   **Richard Dutria, right?**

16     A.   Yes, sir.

17     **Q.   And his DC number is 183499?**

18     A.   Yes, sir.

19     **Q.   Your recollection is he wasn't involved in the**

20   **incident on that day?**

21     A.   I don't even remember him.  I don't remember

22   seeing him.

23     **Q.   What about this individual?**

24     A.   Yes, he was there.  He, he slept right in front

25   of Boots.

Howard Chandler-Smith
October 30, 2024

Page 64

1      Q.   Was he involved in the fight at all?

2      A.   No, sir.

3      Q.   And according to this document, his name is

4   Alfonso Ward, right?

5      A.   Yes, sir.

6      Q.   And his DC number is 565863?

7      A.   Yes, sir.

8      Q.   And you said you don't remember him being

9   involved in the fight at all?

10      A.   No, he, he wasn't involved in the fight.  He

11   stayed to his stuff.  He, he was on -- he stayed on his

12   bunk.

13      Q.   Was he one of the ones that had deescalated the

14   situation that you remember?

15      A.   No.  I don't remember him being --

16      Q.   And then this is Brandon Williams, right?

17      A.   Yes.  That's the one that got stabbed in his

18   shoulder, shoulder blade.

19      Q.   According to this document, his name is Brandon

20   Williams, right?

21      A.   Yes, sir.

22      Q.   And then his DC number is 130662?

23      A.   Yes, sir.

24      Q.   You said you know him as Brandon, right?

25      A.   Yeah, I don't -- I didn't know any nicknames

Howard Chandler-Smith
October 30, 2024

Page 65

1  for him.

2      Q.   Blue, anything like that?

3      A.   No, sir.

4      Q.   And you said he was the one that got stabbed in

5  the shoulder, right?

6      A.   Yeah.  That -- that's the one that they stabbed

7  him in the shoulder right in front of the officer's

8  station and was chasing him.  The four Latin Kings was

9  chasing him.  Yes, sir.

10     Q.   Around the dorm?

11     A.   Yes, sir.

12     Q.   A couple more things that I just want to go

13  over.  Give me one sec.  I'm almost done.  So after this

14  incident, did you receive any kind of letter or anything

15  from anyone asking about this incident?

16     A.   What do you mean?

17     Q.   Did any type of attorney or anyone send you any

18  type of letter inquiring --

19     A.   Yes.

20     Q.   -- about this?  Yes?

21     A.   Yes.

22     Q.   Let me show you something real quick.  Is this

23  the letter that you received?  I can zoom out if

24  necessary.

25     A.   Can you scroll down, please?

Howard Chandler-Smith
October 30, 2024

Page 66

 1      Q.   Yeah.  That's as far as I can go.

 2      A.   Yes, sir.  That's, that's exactly the letter.

 3      Q.   That's the letter that you received?

 4      A.   Yes, sir.

 5      Q.   Did you send any type of letter or anything

 6  back in response to that?

 7      A.   Yes, sir.

 8      Q.   Let me show you this as well.  Is this the

 9  letter that you sent?

10      A.   Yes, sir.

11      Q.   And this details, basically, your recollection

12  of what happened on that particular date, right?

13      A.   Yes, sir.

14      Q.   Prior to receiving the letter from the

15  attorney, had you communicated with anyone about the

16  situation or anything like that?

17      A.   No.  I have -- I have not.  No.

18      Q.   No?  In fact, it suggests, at least in your

19  letter, at the end of the letter, it seems to suggest

20  that you were surprised to receive the letter from the

21  attorney, right?

22      A.   Yeah, because I, I thought -- I thought Boots

23  was dead, as much blood was on his shirt.  Like, it was

24  the size of a bowling ball.  So I was under the

25  impression still to the -- that day before I got this

Page 67

 1  letter that he was dead.

 2      Q.   Have you seen Mr. Williams, Mr. Gaddis, or

 3  Boots since then?

 4      A.   No, sir.

 5      Q.   So you haven't seen any of them?

 6      A.   No, sir.

 7      Q.   Give me one moment, if you would.

 8      A.   Yes, sir.

 9      Q.   You had mentioned before, after the count was

10  done in P2, the officers walked over to P1 and began the

11  count there, right?

12      A.   Yes, sir.

13      Q.   Could they see from where they were positioned

14  into P2?

15      A.   Yes.  You, you could actually see bathroom to

16  bathroom as the, the -- each dorm holds like 110 people.

17  So P2 got 110, P1 got 110.  But the dorm is actually the

18  biggest open big dorm I ever encountered in my, my, my

19  time in the DOC.  But if you stand in the bathroom and

20  you look, you could look straight through the officer's

21  station to the other bathroom.  So it's a clear view.

22  Yes, sir.

23      Q.   The officer that's in P1, that's doing the

24  count at the time, could that person see clear,

25  unobstructed into P2?

Howard Chandler-Smith
October 30, 2024

Page 68

1      A.   Yes, sir.

2      Q.   That person could.  And then the person in the

3   officer's station as well could?

4      A.   Yes, sir.

5      Q.   One more moment.  Is there anything else that

6   we've talked about today that you feel is important that

7   you need to share with me and discuss related to this

8   incident?

9      A.   They, they use the -- I've been at ACI for, I

10  believe two years.  Usually at ACI, what they do is they

11  got a bad habit, like, the inmates have -- like, the

12  inmates run the compound, like, because it's gang-

13  infested.  So the inmates run the compound.  Usually what

14  they do before they, like, get into altercation, they

15  cover the cameras.  But this incident, they didn't cover

16  the cameras.  They didn't care about who seen it.  So it

17  should, like, everything, all the proof is in -- on the

18  video footage.

19     Q.   Anything else?

20     A.   No, sir.

21          MR. KVERNE:  I don't have any further

22     questions, Mr. Tarjan.

23          MR. TARJAN:  Should we take a five-minute

24     break?

25          MR. KVERNE:  We can.  Yeah.

Howard Chandler-Smith
October 30, 2024

Page 69

1          MR. TARJAN:  It's 11:45 right now.

2          THE WITNESS:  Can I go to the bathroom?

3          MR. KVERNE:  Yeah.  Go ahead, Mr. Chandler.

4          THE WITNESS:  Thank you.

5          THE REPORTER:  We're now off the record.  The

6     time is 11:45.

7          (Off the record.)

8          THE REPORTER:  We're back on the record.  Time

9     is 11:51 a.m.

10                    CROSS-EXAMINATION

11   BY MR. TARJAN:

12        **Q.   Mr. Chandler, I'm going to ask some questions**

13   **at this point.  I want to ask you about Captain Cochran.**

14   **You mentioned him before.  Do you remember mentioning**

15   **him?**

16        A.   Yes, sir.

17        **Q.   What was his involvement with this incident?**

18        A.   Captain Cochran wasn't there.  Captain Heffner

19   was there, because Captain Cochran, he works the admin

20   shift.  He works in the daytime.

21        **Q.   Do you know of Captain Cochran having any**

22   **involvement with this incident?**

23        A.   No, sir.  Not to my knowledge.

24        **Q.   And what does Captain Cochran look like?**

25        A.   He's a heavy-set guy, white, bald head.

Page 70

1      Q.    How old?

2      A.    I'll probably say about, like, 48, 50.  His

3    wife works there.  She works for classification.

4      Q.    And do you know if he has any involvement with

5    gangs in any way?  Is he a gang expert?

6      A.    Yeah.  He, he got to be aware of his, his

7    surroundings and stuff, so yes, sir.

8      Q.    Do you know of his involvement with gangs in

9    any other way?

10      A.    Yeah.  When, like, a incident transpired, like,

11    he escort a gang member to go talk to another -- like,

12    one of their brothers.  Like, like, like I said, after

13    this incident occurred, that they escorted Javier, the,

14    the head of the Latin Kings of state of Florida to the

15    door to make sure his brother's property had stored

16    correctly.

17      Q.    So did Captain Cochran do that or somebody

18    else?

19      A.    Somebody else did.

20      Q.    But are you saying that Captain Cochran will

21    escort gang members to assist one another?

22      A.    Yes, sir.

23      Q.    Now, you were shown a number of photos and Mr.

24    Kverne read DC numbers and names off of the forms.  Not

25    talking about nicknames, but when you said you identified

Howard Chandler-Smith
October 30, 2024

Page 71

1  a DC number, was that because it was being read to you?

2      A.   Yes, sir.

3      Q.   Do you know people's DC numbers off the top of

4  your head?

5      A.   No, sir.

6      Q.   And the same with those full names that you

7  read, did you know that those full -- did you agree that

8  those full names were correct because they were read to

9  you or because you knew their full names?

10     A.   Because they was read to me and provided to me

11 on the screen in front of me.  I don't know their full --

12 I'm not good with names.

13     Q.   Moving on to another topic, you talked about

14 officers watching, or at least one officer watching the

15 video of this incident in the booth.  Is that correct?

16     A.   Yes, sir.

17     Q.   Can you --

18     A.   Okay.

19     Q.   Can you tell me what you observed?

20     A.   They was -- they was watching the video footage

21 on the camera to pick out who was involved in this

22 incident.  Remind you that they took the three.  They

23 took Boots, Mississippi, and Brandon out first because

24 they had, obviously, wounds.  So they took them first,

25 but they didn't know who was the actual attacker behind

Howard Chandler-Smith
October 30, 2024

Page 72

1  this.

2      Was it one person?  Was it numerous people?  So

3  that's when they went to go look at the video footage to

4  provide them with who was actually involved in this

5  incident.  And that's when YG, Pace, Envy, Mexico, and

6  then that's when they was select out of the -- out of the

7  few that was involved and got took to confinement.  Yes,

8  sir.

9      Q.   Who was looking at the video?

10     A.   Well, you had Heffner.  Well, it was most of

11 the officers.  Remind you 15 officers came in.  McKinney

12 was looking at it, Green, Heffner, Patterson, Ms. Bouie,

13 and, like, two other white shirts that I don't know off

14 the top of my head.

15     Q.   So you said McKinney, Green, Heffner,

16 Patterson, Bouie, and two other white shirts?

17     A.   Yes, sir.

18     Q.   Do you know how to spell Bouie, by the way?

19     A.   B-O -- no, no, I don't.  I'm not good with

20 that.

21     Q.   Is that a cat?  What rank is Bouie?

22     A.   At this time, they was a TA.

23     Q.   A what?

24     A.   A TA.

25     Q.   What's a TA?

Howard Chandler-Smith
October 30, 2024

Page 73

1    A.    Trans in -- like, a, a new -- well, before they

2  become a CO, they have to be a TA.  Like, that's the

3  training, like, a hands-on training of what their job

4  description is going to be like.  And then that's when

5  they go to the academy.  Once they graduate the academy,

6  they come back as a level one CO.

7        Q.    Did you receive letters -- I'm sorry.  You

8  received a letter that was shown to you that Mr. Cook and

9  I sent to you?

10    A.    Yes, sir.

11        Q.    Now, when you received that letter, had it been

12  opened outside of your presence?

13    A.    No, sir.  I was the one that opened it.

14        Q.    Did you receive it as legal mail or regular

15  mail?

16    A.    Legal mail.

17        Q.    I'm going to share my screen.  Do you see a

18  picture on your screen?

19    A.    Yes.

20        Q.    This is a picture of Michelle McKinney provided

21  by Department of Corrections.  Is that the Officer

22  McKinney you've been referring to throughout this

23  deposition?

24    A.    Yes.  Her, her face -- that's her, but her face

25  now is, like, more like blown up.  Like, her eyes more

Howard Chandler-Smith
October 30, 2024

Page 74

 1  squinty now.  Yeah, that's a older picture.  Yes, that's

 2  McKinney, Sergeant McKinney.

 3      Q.   I'm going to share one other image.  This is

 4  from a website --

 5      A.   Ms. Green.

 6      Q.   -- called LinkedIn.  This is Delisia --

 7      A.   Yes.

 8      Q.   -- Green?

 9      A.   Yes.

10      Q.   Do you recognize this person?

11      A.   Yeah, that's, that's Ms. Green.  Yes.  It's,

12  it's actually two Ms. Greens that work there, and the

13  other one is her sister, but she more skinnier than her.

14  But that's Ms. Green that was there that night.  Yes.

15      Q.   We're almost done.  You said earlier in the

16  deposition that Mr. Currie talked with Ms. Green.  Is

17  that correct?

18      A.   Yes, sir.

19      Q.   And you used body language to show what you

20  observed.  Can you describe what you saw Mr. Currie doing

21  in words?

22      A.   Okay.  He, he was, like, like, saying -- like,

23  I could describe in words that his body language was

24  saying, like, "I'm being attacked."  And, like, he felt

25  comfortable to, like, talk to her because she's, she's

Howard Chandler-Smith
October 30, 2024

Page 75

1  gay as well.  So he thought that it would be, like,

2  common ground and he'd be able to get out safe.

3      But it was absolutely the opposite -- absolutely the

4  opposite that he thought.  So with his body level, he

5  like -- and he pointed to his -- where he was just

6  bleeding at.  And they, like, they, they, they just went

7  like, "No, ain't no checking in."

8      Q.   You just now were moving your -- when talking

9  about, Mr. Currie, that you were moving your head, like

10  kind of --

11      A.   Yeah.  He was, like, bobbling his head, like,

12  like, asking, like, pleading, pleading his case for her.

13  And he was bobbing his head, and then that's when he

14  pointed at where he was bleeding at in his face area.

15      Q.   And then Green's response, physically, what was

16  that?

17      A.   Her, her response to him was like, "No.  Like,

18  no, ain't no checking in on my shift."

19      Q.   And you're shaking your head from side to side.

20  Is that what you're doing?

21      A.   Yes.  In the no -- in the no side to side.

22  Yes, sir.

23      Q.   I don't have any further questions.  Oh,

24  actually, I do.  One more question.  Heffner, you said

25  you saw Captain Heffner carry Mr. Currie, correct?

Howard Chandler-Smith
October 30, 2024

Page 76

1      A.   Yes, sir.

2      Q.   What else did you see Mr. Captain Heffner do

3  that incident?  You saw him watching a video?

4      A.   Yes, sir.

5      Q.   Anything else?

6      A.   He was watching the video.  Then he -- when he

7  came back out, he was walking, walking around the dorm.

8  That's when he found, like, different weapons.  He found

9  locks, he found knives, he found broken broomsticks,

10  broken mop sticks.  And he was, like, doing, like, like,

11  trying to find a solution to what just happened, what

12  just occurred.  And he was, like, going through the

13  aftermath, but he was doing it, like, very nonchalantly,

14  like, like, he didn't want to be there, like, he wanted

15  to be somewhere else.

16         MR. TARJAN:  I have no further questions.

17  Thank you.  Mr. Kverne, do you have any questions?

18         MR. KVERNE:  Give me one moment.

19                   REDIRECT EXAMINATION

20  BY MR. KVERNE:

21      Q.   Just want to make clear, you're certain that

22  there were only two officers present that night, right?

23      A.   Yes.

24      Q.   There were not three?

25      A.   Not to my knowledge.  No, sir.

Howard Chandler-Smith
October 30, 2024

Page 77

1    Q.   And you could see clearly into the officer's

2  station, right?

3    A.   Yes, sir.

4    Q.   And that's because the glass, it's not

5  obstructed or anything?

6    Q.   It's, it's clear glass.  It's like a Plexiglass

7  with black bars on the outside of it.  But the way my

8  bunk is, my bunk is, like, directly in front of the

9  office station.  So if I sit back, the officer's station

10  can't see my upper body.  But if I stick my head out like

11  this and look this way, I can see directly into the

12  officer's station and directly into P1.

13    Q.   Did you say that you know that Ms. Green is gay

14  too?

15    A.   Yes, sir.

16    Q.   How do you know that?

17    A.   The, the way she wear her haircut, and she let

18  it be known.  It'd been several -- a couple inmates that

19  made, like, sexual comments to her, and she like, "What,

20  what?  Get out my face.  I like the same thing you like."

21  And that's -- that was her comment.

22    Q.   So you're certain that that's her sexual

23  preference?

24    A.   Yes, sir.  There's no shame in her being.  She,

25  she let it be known.

Howard Chandler-Smith
October 30, 2024

Page 78

1      Q.   Do you know an officer, a female officer,
2  Patterson, by any chance?  Antoinette Patterson, it would
3  be her name.

4      A.   Can you say that again?

5      Q.   Antoinette Patterson.

6      A.   No, sir.  Not to my knowledge.

7      Q.   Did Ms. McKinney always work in the dorm there?

8      A.   She, she -- I was surprised when they assigned
9  her to -- I don't know if it was N.  I believe it was M
10  dorm.  Yeah, that's exactly what dorm it was.  I was
11  surprised when they assigned her to M Dorm because she
12  usually work P Dorm.  And when she come in, she drop her
13  bag off and then go to the chow hall to feed dinner,
14  like, to be a assistant to feed dinner, dinner chow.  And
15  then she come back to the dorm for the rest of the day.
16  So I was surprised when they assigned her to M Dorm.  But
17  yeah, she does usually work P Dorm.  Yes, sir.

18      Q.   Did she ever work in medical for pill delivery
19  or anything?

20      A.   Yes, sir.

21      Q.   She sometimes worked there too?

22      A.   Yes, sir.

23      Q.   So it's she didn't work in a set place at all
24  times, right?

25      A.   No, sir.  So she like a floater, wherever they

Howard Chandler-Smith
October 30, 2024

Page 79

1  need her at because she's a sergeant and she, she got the

2  experience in different, different positions.

3         MR. KVERNE:  One moment.  I don't have any

4    further questions.  Mr. Tarjan, any follow up based

5    on that?

6         MR. TARJAN:  No follow up questions.

7         MR. KVERNE:  Thank you, Mr. Chandler.  I

8    appreciate you talking with me.  I appreciate you

9    taking the time.  You've been extremely helpful in

10   providing a lot of information related to this.  I'm

11   sure myself or Mr. Tarjan will probably be back in

12   touch with you in the future at some point.  But

13   thank you very much for talking with me.  Okay?

14         THE WITNESS:  No problem.  Have a good day.

15         MR. KVERNE:  You too.  Bye-bye.

16         THE REPORTER:  Any transcript orders for today?

17         MR. KVERNE:  I will order a copy of the

18   transcript.  It'll just be an electronic copy.  I do

19   not need a hard copy of it.

20         MR. TARJAN:  Same.  And I'll need an errata

21   sheet for Mr. Chandler.

22         THE REPORTER:  Let me call us off the record.

23   The time is 12:05 p.m. (sic)

24         (Deposition concluded at 11:05 p.m.)

25

Howard Chandler-Smith
October 30, 2024

Page 80

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6         I, the undersigned authority, Tia L. Pierre, Notary

7    Public, certify that HOWARD CHANDLER-SMITH remotely

8    appeared before me and was duly sworn on October 30,

9    2024.

10        WITNESS my hand and official seal this 11th day of

11   November 2024.

12

13

14   *Tia Pierre*

     Tia L. Pierre
15   Notary Commission FL HH 216931
     Commission Expires: January 17, 2026
16

17

18

19

20

21

22

23

24

25

Howard Chandler-Smith
October 30, 2024

Page 81

1                CERTIFICATE OF DIGITAL REPORTER

2

3        I, TIA L. PIERRE, a Digital Reporter and Notary

4   Public within and for the State of Florida, do hereby

5   certify:

6

7        That the foregoing proceeding hereinbefore set forth

8   was accurately captured with annotations by me during the

9   proceeding.

10

11       I further certify that I am not related to any of

12  the parties to this action by blood or marriage, and that

13  I am in no way interested in the outcome of this matter.

14

15       IN WITNESS THEREOF, I have hereunto set my hand this

16  30th day of October, 2024.

17

18

19   *Tia Pierre*
     _____
     Tia L. Pierre, Notary
20   Notary Commission FL HH 216931
     Commission Expires: January 17, 2026

21

22

23

24

25

Howard Chandler-Smith
October 30, 2024

Page 82

1  NOVEMBER 11TH, 2024

2  HOWARD CHANDLER-SMITH c/o JOSHUA TARJAN
   12372 SOUTHWEST 82ND AVENUE, MIAMI, FLORIDA 33156
3  IN RE: DEVON CURRIE, DC# A51859 v. SGT. MCKINNEY AND JANE
   DOE
4  CASE NO.: 5:23-cv-183-TKW/MJF

5  Please take notice that on the 30th day of October, 2024,
   you gave your deposition in the above cause. At that
6  time you did not waive your signature.

7  The above-addressed attorney has ordered a copy of
   this transcript and will make arrangements with you to
8  read their copy. Please execute the Errata Sheet,
   which can be found at the back of the transcript, and
9  have it returned to us for distribution to all parties.

10 If you do not read and sign the deposition within 30
   days, the original, which has already been forwarded to
11 the ordering attorney, may be filed with the Clerk of
   the Court.
12
   If you wish to waive your signature now, please sign
13 your name in the blank at the bottom of this letter and
   return it to the address listed below.
14
   Very truly yours,
15
   Tia L. Pierre
16 Lexitas Legal
   fl.production@lexitaslegal.com
17 I do hereby waive my signature.

18 _____
   HOWARD CHANDLER-SMITH
19 Job No.:  382763

20

21

22

23

24

25

Howard Chandler-Smith
October 30, 2024

Page 83

1                        ERRATA SHEET

2              DO NOT WRITE ON THE TRANSCRIPT
               ENTER CHANGES ON THIS SHEET
3
   DEVON CURRIE, DC# A51859 v. SGT. MCKINNEY AND JANE DOE
4  Deponent:  HOWARD CHANDLER-SMITH
   Date of Deposition:  October 30, 2024
5  Case No.:  5:23-cv-183-TKW/MJF

6  PAGE        LINE              REMARKS

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 Under penalties of perjury, I declare that I have read
   the foregoing document and that the facts stated in it
20 are true.

21
   Signature of Witness: _____
22
   Dated this _____ day of _____ , _____
23
   Email to fl.production@lexitaslegal.com
24 Job No.:  382763

25

**1**

**10**
  10:7
  16:24
  32:12
  41:4,10
  46:18,
  19,20
  47:5
**103**
  22:7
**104**
  22:7
**11**
  32:13
**110**
  67:16,
  17
**11:05**
  79:24
**11:45**
  69:1,6
**11:51**
  69:9
**121**
  9:25
  53:25
**127714**
  52:4
**12:05**
  79:23
**13**
  32:13
**130662**
  64:22
**15**
  10:7

42:17,
20,22
44:5
72:11
**180**
  53:19
**183499**
  63:17

**2**

**20**
  5:14
  44:5
**2022**
  5:15
  9:4
**2024**
  5:11,13
**20th**
  5:13
  9:4

**3**

**30th**
  5:11
**347470**
  61:25
**360**
  40:6,12

**4**

**48**
  70:2

**5**

**5'5"**

31:21
**5'6"**
  25:1
  31:21
**5'7"**
  34:22
**5'8"**
  36:9
**50**
  70:2
**565863**
  64:6
**5:23-
183-**
  4:19

**6**

**6'1"**
  34:2

**8**

**8**
  16:24
  32:12
  41:4,10
  46:18,
  19,20
  47:5
**80527**
  5:7
**851859**
  51:23

**9**

**9:26**
  4:1

**A**

**a.m.**
  4:1
  69:9
**ability**
  7:19
  8:3
**absolutely**
  75:3
**academy**
  73:5
**accent**
  63:6
**accurate**
  8:4,16
**ACI**
  45:3
  61:4
  68:9,10
**actual**
  23:8
  26:10
  71:25
**additional**
  13:15
  16:9
  18:10,
  12 56:8
**admin**
  69:19
**adrenaline**
  39:3
**advise**
  8:9

**African**
  25:3
  31:15
**aftermath**
  76:13
**agree**
  22:10
  23:20
  54:17
  71:7
**ahead**
  31:1
  69:3
**aided**
  50:16
**aka**
  14:23
  30:15
**alcohol**
  7:14
**Alfonso**
  64:4
**Alfredo**
  57:9
**altercation**
  41:3,9
  55:18
  61:11
  68:14
**American**
  25:3
  31:15
**answers**
  8:19,20
**Antoinette**
  78:2,5

**Apalache
e**
  4:9
  5:14,15
  9:4,20
  15:1
**area**
  12:5
  15:5,
  10,11
  19:6,
  11,18
  38:18
  45:21
  47:17
  75:14
**arguing**
  13:21
**argument**
  13:22,
  23
**arms**
  31:15
  35:2,10
**arrange**
  8:10,
  12,15
  9:2
**arrive**
  44:6
**arrived**
  42:15,
  17 43:6
  44:2,3,
  4
**aspect**
  41:7
**assigned**
  21:18
  23:3,4

78:8,
11,16

**assist**
23:5
70:21

**assistant**
78:14

**assisted**
50:21

**assisting**
14:17

**assume**
30:4

**attached**
7:9

**attacked**
26:24
41:1
50:11,
14
55:19
74:24

**attacker**
71:25

**attacking**
31:6
37:11
40:7
41:19
57:16
58:23

**attempted**
17:23

**attorney**
4:7

65:17
66:15,
21

**attorneys**
6:25

**aware**
70:6

---

**B**

**B-O**
72:19

**B10151**
58:14

**back**
8:24
10:2
13:21
15:12
19:20,
21,22
20:1,9,
10,20
21:3,6,
7 22:15
23:16
24:5,9
26:2
28:3,6,
12,15,
24,25
31:22
33:13,
19 37:7
41:17,
24
42:2,4
45:25
53:8,
11,12,

14
56:22
66:6
69:8
73:6
76:7
77:9
78:15
79:11

**bad**
40:10,
19
68:11

**bag**
78:13

**bald**
33:22,
23
34:25
35:9
69:25

**ball**
39:18
66:24

**banging**
42:11

**bars**
77:7

**based**
26:15
47:8
79:4

**basically**
6:17
7:8,25
8:14
48:25
66:11

**bath**
14:23
15:4,5

**bathroom**
9:19,
20,21
10:1,4,
5,9,11,
13,15,
19,22
12:1
13:23
14:21,
22
15:16,
22,23,
24
16:21
17:15,
17,21
26:17
29:18
46:5
53:5,8
55:25
58:20
67:15,
16,19,
21 69:2

**bathrooms**
29:17

**beating**
38:11

**bed**
9:20
29:11
43:17
47:17
53:22,
24 54:1

**beds**
43:8

**began**
4:1
67:10

**begin**
28:8

**beginning**
11:20,
23 41:6

**behalf**
15:20

**bell**
62:17

**big**
31:2,15
34:8
39:17
42:1
67:18

**biggest**
67:18

**bird**
14:23
15:4,5

**bit**
9:17
13:2,3
38:1
48:11

**black**
35:25
77:7

**blade**
40:10
44:13
64:18

**blanket**
15:4

**bleeding**
19:6,10
39:4
43:14
44:12
75:6,14

**block**
47:11

**blond**
25:3

**blood**
19:17
39:16
42:1
43:17,
24
66:23

**blown**
73:25

**Blue**
65:2

**bobbing**
75:13

**bobbling**
75:11

**body**
25:11,
18
35:12
74:19,
23 75:4
77:10

**booth**
23:7,12
28:3,6,
12,15
71:15

boots
  11:3,4,
  6 19:4,
  9
  29:20,
  21,23
  30:1,4,
  5,6,7,
  16,17,
  18,20,
  23,25
  31:1,5,
  7 32:5,
  24
  38:24
  39:1
  40:9
  41:14,
  24
  43:16,
  25 44:6
  46:23
  50:17,
  19,24
  51:20
  55:19
  57:16
  61:20,
  21
  63:25
  66:22
  67:3
  71:23
Boots's
  41:17
  53:15
bothering
  14:2
Bouie
  43:4

72:12,
16,18,
21
bow-
legged
  31:18
bowling
  39:18
  66:24
Brandon
  30:15
  31:6,7
  32:6,7,
  8,10,25
  34:12
  38:17,
  21
  39:1,4
  40:2,9
  41:16
  44:12
  48:7,9
  57:16,
  18,23
  64:16,
  19,24
  71:23
break
  6:18
  9:17
  17:17,
  23
  18:4,13
  32:16
  38:1
  68:24
breaking
  18:15
  40:16
briefly

25:14
broke
  17:5
  31:23
broken
  76:9,10
broomsti
ck
  14:18
  34:10,
  11 36:2
  39:24
  40:16
  51:2
broomsti
cks
  31:9
  40:16
  45:15
  55:19
  56:2
  76:9
brother'
s
  61:14
  70:15
brothers
  70:12
brought
  61:13
brushing
  12:4
  13:13
  14:16
  56:5
  58:19
build
  35:15
bunk

9:25
10:5,8,
20
17:14
20:9,
12,19
21:18,
22,24
37:7
41:18,
20,24
42:3,5,
12
44:10
45:15,
20,21
46:4,5,
14,16
52:21
53:5,6,
10,14,
15,17,
20,22,
24 54:1
62:6,7
64:12
77:8
bunks
  18:20,
  23
  19:20,
  21,22
  20:20,
  23
  43:15,
  16
  45:17,
  21,23
busted
  19:10

Bye-bye
  79:15

───────

C
───────

call
  4:13,16
  11:9
  14:23
  35:25
  55:15
  79:22
called
  8:17
  42:8
  43:20
  48:14
  74:6
camera
  71:21
cameras
  68:15,
  16
Captain
  43:3,9
  69:13,
  18,19,
  21,24
  70:17,
  20
  75:25
  76:2
care
  68:16
carry
  63:6
  75:25
carrying
  44:1

case
  4:18
  5:12
  75:12
cat
  72:21
Chad
  62:3
challeng
e
  15:20
chance
  11:7
  17:8
  47:20
  61:16
  63:3
  78:2
Chandler
  4:13,
  16,18
  5:2
  6:23
  69:3,12
  79:7,21
Chandler
-smith
  4:6,13
  5:5
  8:14
change
  8:20,
  22,23
Charles
  17:9
  30:14
  52:9
chasing
  31:8

32:24
33:1
34:12,
13
38:17
57:17,
22
65:8,9
check
9:12,14
11:5,17
21:23
23:18
26:25
checking
26:10
27:22
75:7,18
cheek
52:16
cheekbone
44:8
cheeks
31:14
chest
35:3
39:6
40:18
42:1,3
43:14
51:17
chow
59:18
78:13,
14
chubby
31:14
circle
40:6,

12,24
41:15
citation
4:22
City
4:20
classifi
cation
70:3
clear
47:8,
10,16
67:21,
24
76:21
77:6
Cochran
69:13,
18,19,
21,24
70:17,
20
Coco
16:10,
15
34:16,
18
35:4,5
44:24
58:1
61:10
Cody
56:25
color
34:19
36:24
comforta
ble
74:25

comment
77:21
comments
77:19
common
75:2
communic
ated
66:15
composur
e
21:8,10
compound
23:2,5
68:12,
13
conceale
d
29:13,
14
conclude
d
79:24
confinem
ent
20:5
49:15
59:19,
21 72:7
continue
16:22
18:16
41:2
continue
d
15:23,
24

conversa
tion
11:11,
20,24
26:21
27:11
Cook
6:5,20
8:6
73:8
copy
8:3,15
79:17,
18,19
correct
4:22,25
5:9 9:5
24:10
71:8,15
74:17
75:25
Correcti
onal
4:9
5:14,15
9:4
Correcti
ons
73:21
correctl
y
70:16
count
18:22
20:24
21:12,
15,17
22:5,6,
10,17
23:6,9,

10,15,
16,18,
24
24:4,8
25:5
26:5
27:15
28:8,11
41:6
47:3
53:11
67:9,
11,24
counting
22:14
country
59:13
counts
21:16
couple
5:18,
19,20,
23 13:1
16:6
18:7
45:10
48:1
51:5
65:12
77:18
court
5:18,23
6:16,20
7:24
8:21
cover
68:15
coworker
23:19

coworker
's
28:25
creating
5:25
7:25
credit
22:1
Crocs
30:3
CROSS-
EXAMINAT
ION
69:10
cuffs
44:13
Currie
4:19
9:12,14
10:22
11:2,3,
12
13:6,25
14:6,7,
9,14,
17,20
15:13,
17
16:25
18:3
20:8
21:1
25:9,
12,17,
25
26:20
27:13
29:2,11
32:17
33:3

| | | | | | |
|---|---|---|---|---|---|
| 38:2 | **days** | 62:24 | 74:20, | 54:15 | 53:6,9, |
| 39:25 | 21:25 | 64:13 | 23 | 56:25 | 15,18 |
| 40:2,22 | 59:22 | **deescala** | **descript** | 57:8 | 61:9 |
| 44:19 | 61:12 | **tion** | **ion** | 58:13 | 63:4,8 |
| 45:19 | **daytime** | 62:22 | 38:7 | 59:9 | 65:10 |
| 48:3,17 | 69:20 | **defended** | 73:4 | 60:13 | 67:16, |
| 49:19 | **DC** | 9:14 | **details** | 62:1 | 17,18 |
| 51:14 | 5:6 | **defending** | 66:11 | 63:14 | 76:7 |
| 54:4 | 21:21, | **g** | **Devon** | 64:3,19 | 78:7, |
| 58:23 | 23 | 15:19 | 4:19 | **Dog** | 10,11, |
| 60:23 | 26:8,13 | 32:20 | 9:12 | 62:15 | 12,15, |
| 74:16, | 27:7 | 38:12, | **Diamond** | **Dominica** | 16,17 |
| 20 | 51:22 | 14,24 | 62:15 | **n** | **dorms** |
| 75:9,25 | 52:3 | 39:2 | **dinner** | 36:6 | 9:21 |
| **cut** | 54:14 | **degrees** | 78:13, | **door** | **dreads** |
| 19:7, | 57:2,11 | 53:19 | 14 | 11:16 | 24:22 |
| 12,15 | 58:13 | **Delisia** | **DIRECT** | 29:3 | 25:1 |
| 40:10 | 59:6 | 74:6 | 4:4 | 46:25 | **drop** |
| 44:8 | 60:13 | **delivery** | **directly** | 49:11, | 78:12 |
| | 61:25 | 78:18 | 77:8, | 14 | **drugs** |
| | 63:17 | **Departmen** | 11,12 | 70:15 | 7:14 |
| **D** | 64:6,22 | **t** | **dirty** | **dorm** | **Dutria** |
| | 70:24 | 73:21 | 34:19 | 9:7 | 63:15 |
| **D37428** | 71:1,3 | **depending** | **discuss** | 10:2,3 | |
| 54:15 | **dead** | **g** | 68:7 | 11:17 | |
| **dark** | 66:23 | 7:1 | **dispute** | 21:19 | **E** |
| 36:5 | 67:1 | **depos** | 10:21, | 23:1,3, | |
| **darker** | **dealing** | 51:9 | 24 | 4,5 | **earlier** |
| 36:7 | 44:20 | **deposed** | **District** | 27:6 | 74:15 |
| **date** | **deep** | 5:21 | 4:20 | 28:8, | **electron** |
| 9:10 | 45:4 | **depositi** | **dividing** | 18,19, | **ic** |
| 66:12 | **deescala** | **on** | 14:25 | 24 29:2 | 79:18 |
| **day** | **te** | 5:8 | **Division** | 31:3,8 | **encounte** |
| 21:16 | 17:23 | 73:23 | 4:21 | 32:2,25 | **red** |
| 22:1 | 54:21 | 74:16 | **DOC** | 41:9 | 67:18 |
| 45:22 | **deescala** | 79:24 | 67:19 | 45:4 | **end** |
| 47:17 | **ted** | **describe** | **document** | 46:13 | 8:17 |
| 55:5,8, | 17:5 | 21:13 | 51:23 | 48:10 | 11:20 |
| 9 63:20 | 20:16, | 24:21 | | 49:4,8, | 66:19 |
| 66:25 | 18,22 | | | 10 | **ended** |
| 78:15 | | | | 50:14 | |
| 79:14 | | | | | |

41:6,21

**ends**
46:21

**ensure**
8:7

**entire**
8:20,23
11:19,
20 41:5
46:14,
15 47:8

**entirety**
10:11

**envy**
16:10,
16,17,
19
34:16
35:8
44:24
45:6
58:1
61:10
72:5

**envying**
16:18

**Erik**
4:7

**errata**
8:17
79:20

**escalated**
30:20

**escort**
49:14
70:11,
21

**escorted**
70:13

**eventually**
16:22
41:11

**evidence**
45:24

**exact**
23:18

**EXAMINATION**
4:4
76:19

**exception**
7:8

**exit**
15:23

**experience**
79:2

**expert**
70:5

**explain**
10:25
14:11

**explicitly**
29:6

**extra**
18:4,5,
7

**extremely**
79:9

**eye**
19:11,

12,15,
16,17,
18

**eyes**
28:23
73:25

————————

**F**

**face**
19:8
33:14,
17,18
36:17,
23
42:18
43:8
44:8
59:17
73:24
75:14
77:20

**fact**
66:18

**fade**
24:23

**fall**
15:18

**familiar**
59:17

**feed**
78:13,
14

**feel**
68:6

**feet**
10:7
15:18
17:2
27:21

29:24
38:10

**fell**
17:1

**felt**
15:20
74:24

**female**
42:23
78:1

**females**
42:25

**fight**
15:22
16:22
17:13,
16,24
18:13,
16,19,
24
26:16
27:21
31:23,
24,25
32:14,
18
38:1,8
40:21
41:11
46:1,7,
18
50:9,
19,23
52:25
55:12,
16,20,
21,22
56:3,20
59:24
62:5
64:1,9,

10

**fighting**
15:13
16:21
38:2,9

**figure**
47:25

**finally**
42:7

**find**
76:11

**fine**
4:16

**finish**
14:16
30:7

**finished**
47:3

**fire**
61:19

**fist**
14:13

**five-minute**
68:23

**Flaco**
55:15
56:24

**Flake**
62:15

**floater**
78:25

**Florida**
4:20
61:4,7
70:14

**focus**
40:22

**focused**
46:1

**follow**
79:4,6

**footage**
68:18
71:20
72:3

**football**
21:4

**force**
40:23

**form**
17:19
39:9

**forms**
70:24

**found**
76:8,9

**fountain**
29:16,
19 31:4

**fourth**
10:16
58:1

**front**
63:24
65:7
71:11
77:8

**fuck**
27:21

**full**
5:2
35:9
40:6
71:6,7,
8,9,11

Howard Chandler-Smith
October 30, 2024

7

| | | | | | |
|---|---|---|---|---|---|
| **fully** | 15:3 | 79:14 | 62:13, | 35:10 | 18 37:7 |
| 30:10 | 17:6 | **grab** | 14 | 42:19 | **happy** |
| 46:1 | 37:8 | 29:12 | **guess** | 43:8,25 | 6:18 |
| **future** | 55:18 | **grabbed** | 32:17 | **hands-on** | **hard** |
| 79:12 | **gay** | 42:3 | **Gulag** | 73:3 | 18:2 |
| | 48:3,25 | 58:22 | 49:23 | **happen** | 21:5 |
| ───── | 49:9, | **grabbing** | **guy** | 9:7 | 79:19 |
| G | 12,20, | 19:23 | 13:11 | 13:23 | **head** |
| | 25 | 20:25 | 34:9 | 25:21 | 14:17 |
| **Gaddis** | 50:13 | **graduate** | 36:15 | 28:18 | 33:15, |
| 17:10 | 75:1 | 73:5 | 38:3 | 42:15 | 18,19, |
| 18:12 | 77:13 | **Green** | 56:23 | **happened** | 22 |
| 20:11 | **General** | 22:21, | 57:4 | 9:4,9, | 34:25 |
| 37:2, | 4:8 | 22 | 69:25 | 21 | 35:9 |
| 12,17 | **get all** | 23:17 | | 13:22 | 37:24 |
| 44:19 | 28:13 | 24:3,4, | ───── | 16:23 | 38:6,19 |
| 46:2,7, | **give** | 20,21 | H | 18:18, | 42:19 |
| 10,11 | 8:8 | 25:4 | | 21 | 43:5,8, |
| 48:7,8, | 26:8 | 27:11 | **habit** | 19:21 | 9 61:2, |
| 17 | 38:7 | 28:11 | 68:11 | 21:11 | 3,6 |
| 49:19 | 51:9 | 42:10 | **hair** | 26:16 | 69:25 |
| 50:19, | 65:13 | 72:12, | 33:19 | 29:8 | 70:14 |
| 20,23 | 67:7 | 15 | 34:24 | 30:13 | 71:4 |
| 52:1,15 | 76:18 | 74:5,8, | **haircut** | 31:1 | 72:14 |
| 67:2 | **Gladdis** | 11,14, | 33:21 | 37:6 | 75:9, |
| **gang** | 17:9 | 16 | 36:20 | 38:7,8, | 11,13, |
| 12:17 | 20:22 | 77:13 | 77:17 | 22 | 19 |
| 48:12, | 30:14 | **Green's** | **Hairstyl** | 40:4, | 77:10 |
| 18,22, | 48:19 | 75:15 | **e** | 20,21 | **heads** |
| 24 49:5 | **glass** | **Greens** | 34:23 | 41:11, | 43:8 |
| 50:4 | 42:11 | 74:12 | 36:10 | 23 | **hear** |
| 70:5, | 77:4,6 | **ground** | **hall** | 42:6,14 | 25:16, |
| 11,21 | **good** | 15:18 | 59:18 | 43:6 | 17 |
| **gang-** | 4:6 | 17:1 | 78:13 | 44:3 | 26:21 |
| 68:12 | 12:10 | 38:10 | **hand** | 48:1 | 27:7,8 |
| **gangs** | 16:2 | 75:2 | 19:7 | 55:18 | **heard** |
| 70:5,8 | 24:25 | **grow** | **handcuff** | 66:12 | 27:10 |
| **gasp** | 28:14 | 34:24 | **s** | 76:11 | 48:12 |
| 42:4 | 71:12 | **Gucci** | 44:11 | **happenin** | 59:12 |
| **gator** | 72:19 | | **hands** | **g** | 60:21 |
| 14:23 | | | | 32:17, | |

heart
39:6
heavy
31:14
34:19
heavy-
set
69:25
heavyset
36:16
Hebrew
52:21,
23,24
Heffner
43:3,9
69:18
72:10,
12,15
75:24,
25 76:2
height
24:25
31:16,
19
helpful
79:9
heterose
xual
49:2
high
54:7
higher
61:5
Hispanic
13:11
33:9,25
34:19
hit
14:3,17

21:5
38:10
hitting
31:9
38:18
40:15,
17
Hobby
61:13
hold
21:22
56:22
holds
67:16
homo
9:13
homosexu
al
9:13
50:13
homosexu
als
15:1,3
49:7
honest
7:19,22
24:14
47:21
49:6
53:3
61:2
housing
49:15
Howard
5:4
hurt
47:23

─────
I
─────
Ice
52:9
ID
21:22
identifi
ed
70:25
identify
15:25
37:25
45:2
image
74:3
immediat
ely
47:2
impact
7:18
importan
t
68:6
impressi
on
66:25
incident
5:13
9:3,18
11:19
37:10
46:17
63:20
65:14,
15
68:8,15
69:17,
22
70:10,

13
71:15,
22 72:5
76:3
individu
al
4:8
13:7
39:24
51:16,
19,25
52:18
54:11
55:2,4
56:18
57:4
58:1,2,
4 59:3
60:9,22
61:23
63:10,
23
individu
als
16:1
37:1
44:16
45:8
47:6
48:25
49:18
50:1,8,
13,14
57:17
60:3
62:21
infested
68:13
influenc
e
7:14

informat
ion
79:10
injured
44:19
46:10
injuries
18:24
19:3,5
inmate
21:18
43:14
inmates
17:4
18:4,5,
7,10,13
20:13,
17,22
26:7
28:13,
14
32:13
34:11
37:11
40:3
44:19
47:11
54:20
68:11,
12,13
77:18
input
8:7
inquirin
g
65:18
inside
10:17
insist
50:16

instance
23:14
Institut
ion
4:10
5:14,15
9:5
involved
32:4,11
44:16
45:12
50:9,
18,20
52:19,
25
54:18,
25
55:12,
14,16,
17,20,
22
56:20
57:6,
13,14,
19
59:24
60:1
62:5,8,
21
63:19
64:1,9,
10
71:21
72:4,7
involvem
ent
56:8
69:17,
22
70:4,8

involves
5:13
Israelite
52:24
issue
7:4

**J**

Jacksonville
5:7
jail
20:5
Javier
70:13
job
59:20
73:3
joined
16:14
38:25
joins
15:13
joke
27:18
judge
7:3
July
5:13,14
9:3
jump
20:15
jumped
20:14
jumping
15:16

**K**

K86552
60:14
Kiki
49:23
50:5
kind
18:2
33:21
35:15,
17
36:18,
20
37:14
65:14
75:10
King
9:11
10:22
11:1,
12,13
12:12,
15 13:5
29:1
33:8
56:15,
16
58:8,10
59:16
60:20,
21
Kings
9:16
14:18
15:15
19:23
20:25
27:1,3,
5 29:4,

10
30:17,
21 31:3
32:5,
10,20,
22
34:12
35:23
41:8,18
44:16,
20,22
45:3
46:23
48:11
50:11,
15 60:6
61:1,4
65:8
70:14
knees
43:18,
23
knew
71:9
knife
34:6,8
35:5,6,
17,19,
20
39:23
knives
29:12,
13
31:10
37:15,
16
45:15
76:9
knowledge
59:25

60:8
69:23
76:25
78:6
knuckle
19:6
Kverne
4:5,7,
22 5:1
6:19,22
8:6,10,
13
17:20
39:12
51:7,11
68:21,
25 69:3
70:24
76:17,
18,20
79:3,7,
15,17

**L**

language
25:11,
18
74:19,
23
Latin
9:11,16
10:22
11:1,4,
12
12:12,
15 13:5
14:18
15:15
19:23
20:25

27:1,3,
5 29:1,
4,10
30:17,
21 31:3
32:5,
10,20,
22 33:8
34:12
35:23
41:8,18
44:16,
20,22
45:2
46:23
48:11
50:11,
14
56:15,
16 60:6
61:1,4
65:8
70:14
lay
42:18
43:7
laying
43:17
leave
28:11
40:12,
14
Lee
52:9
left
30:19
44:9
legal
73:14,
16

letter
65:14,
18,23
66:2,3,
5,9,14,
19,20
67:1
73:8,11
letters
73:7
level
73:6
75:4
life
32:21
light
36:25
Linkedin
74:6
lip
19:10
location
49:15
lock
34:8
36:3
39:23
40:17
58:23
61:12
locks
14:19
31:9
76:9
long
14:2
16:23
25:2
41:2

48:10
63:9
looked
31:25
32:2
38:16
lost
20:6
59:20
lot
15:1
32:2
43:14
45:2
47:1
49:6,24
79:10
loud
27:19
61:18
loudest
61:18
low
9:25
34:25
53:25
54:7,8,
9
lower
54:1
Lucho
59:16
Luis
59:10

―――――

**M**

M53592
59:7

mad
38:15
Madam
5:18,23
6:16,20
made
41:15
45:22
48:25
61:20,
21
77:19
mail
73:14,
15,16
major
31:23
make
8:4,16,
18
9:11,14
11:4,15
21:17
25:10
28:14
49:13
61:13
70:15
76:21
male
42:22
males
42:24
Marcel
54:12
master
18:22
20:23
21:12,
15,16

22:16
23:17
53:10
match
14:13
matter
4:15
Mckinney
4:9,19
22:21,
22,24
23:7,14
24:5,8
26:2,5
27:11,
14,23
28:3,12
31:12
72:11,
15
73:20,
22  74:2
78:7
medical
44:2,3,
4,5
78:18
medicati
ons
7:16,18
member
48:21
70:11
members
48:18
49:3,4,
17
70:21
mention
26:15

mentione
d
50:3
67:9
69:14
mentioni
ng
69:14
Mexico
56:19
57:5
72:5
Michael
54:12
Michelle
4:8
73:20
Micolao
52:21
middle
10:3
11:21,
22
53:6,7,
9,18
mind
5:2
mindset
20:4
minimum
12:6
minute
21:6
minutes
16:24
41:4,10
44:5
46:18,
19,20

47:5
misplace
d
20:6
missed
14:4,6
30:20,
25
31:1,5
Mississi
ppi
17:3,7,
13,21
30:14,
15,18
31:7
32:6
33:2
44:7
52:2,6,
12,15
71:23
mixture
42:24
moment
36:19
40:22
51:9
67:7
68:5
76:18
79:3
mop
36:1,3
38:19
76:10
mops
55:19
56:2

morning
4:6
move
46:13
moved
45:23
moving
71:13
75:8,9
multiple
21:16
51:17
muscular
35:16
36:7
MV
16:15

―――――

**N**

named
4:8
54:11
names
5:5
12:11
16:3
26:11
28:14
34:17
37:12
44:25
58:11
70:24
71:6,8,
9,12
nearby
45:17
neck
33:13

35:10

Negro
36:1,4

nickname
11:6
12:21,
22 31:7
59:12
62:14

nicknames
16:4,5,
9 50:3
59:15
64:25
70:25

night
74:14
76:22

nonchalant
27:16
43:10

nonchalantly
76:13

nonverbally
6:2

Northern
4:20

notice
39:5

number
5:6
21:21,
23 22:9
26:9
27:7

51:22
52:3
54:14
57:2,11
58:13
59:6
60:13
61:25
63:17
64:6,22
70:23
71:1

numbers
26:13
43:21
45:3
70:24
71:3

numerous
72:2

_____

O

objection
7:2,5
17:19
39:9

Objections
6:25

observed
71:19
74:20

obstructed
77:5

occurred
5:13
9:3

15:10,
11
61:11
70:13
76:12

occurring
17:6
37:10
40:8
57:15

October
5:11

office
4:7
23:19
77:9

officer
4:9
21:23
22:3,4,
7 23:7,
13
28:22,
24
42:7,17
46:22
47:16
49:14
67:23
71:14
73:21
78:1

officer's
10:2
22:13,
15,25
23:16
24:5,9

28:21,
22
29:22
30:9,
13,16
40:8
44:14
47:12,
15
57:15
62:7
65:7
67:20
68:3
77:1,9,
12

officers
22:2,5,
11,13,
17
23:22
28:21
42:15,
17,20,
22
43:1,6
44:10
47:2,7
67:10
71:14
72:11
76:22

older
74:1

OMP
23:1,5

oomph
61:19

open
9:20
29:14

48:5
67:18

opened
73:12,
13

opposite
41:19
75:3,4

option
8:8

order
43:7
79:17

orders
79:16

Orlando
56:7

Outcasts
48:14

_____

P

P-A-C-E
12:23

p.m.
79:23,
24

P1
24:15,
16,18
28:23,
25
47:14,
15,19
67:10,
17,23
77:12

P2
9:8,9

47:3,
14,15
49:6,
18,24
53:25
59:21
67:10,
14,17,
25

Pace
12:23,
24
13:13
14:14
15:13
16:10
32:23
33:3
34:7,8
38:2
39:23
44:24
45:6
56:4
58:5,6,
8,9,10
72:5

packed
61:14

packing
19:24,
25
20:2,3,
7 21:1

Panama
4:20

paper
21:21
22:4
23:17

Howard Chandler-Smith
October 30, 2024
12

Parker
56:25
part
9:21
10:13,
15,16,
18
11:24
12:5
14:22
parts
9:20
10:12,
19
past
42:3
Patterson
43:4
72:12,
16
78:2,5
Pedro
57:9
people
12:7,8
16:14
27:20
32:2
45:11,
12 50:2
55:25
56:15
63:5,7
67:16
72:2
people's
71:3
Perfect
21:9

perimeter
40:13
peripherals
37:9
46:4
person
12:16
13:15
15:2
30:19
63:5
67:24
68:2
72:2
74:10
Peru
59:12
photos
13:1
48:2
51:6,8
70:23
physical
11:25
14:4,
10,11
15:6
physically
75:15
pick
11:21
31:11
44:22
45:8
51:2
71:21

picked
11:22
44:1,24
45:6,
10,13,
16
58:25
59:4
60:3
picking
44:15
picture
16:2
73:18,
20 74:1
pictures
37:25
45:1
piece
21:20
pieces
45:14
pill
78:18
place
9:18,23
14:21
78:23
plaintiff
13:12
plaintiff's
6:25
pleading
75:12
Plexiglass
77:6

point
15:12
22:11
23:12,
21
24:12
28:4
31:23
32:11
39:7,14
41:21
42:12
50:25
55:24
69:13
79:12
pointed
75:5,14
Pokey
62:15
policy
6:17
positioned
67:13
positions
79:2
potentially
37:19
preference
4:14
9:12
11:5,14
13:7
77:23
presence
73:12

present
52:18,
19
54:17
61:23,
24
62:19
63:10
76:22
pretty
6:2
40:5
43:24
previous
56:23
Prior
66:14
privilege
7:9
problem
79:14
procedure
23:6
proceeded
27:15
Proceedings
4:1
process
21:14
28:10,
17
pronounce
58:17

proof
68:17
property
19:24,
25
20:2,3,
7 21:1
61:14
70:15
provide
72:4
provided
71:10
73:20
providing
79:10
puddle
42:1
pumping
39:3
purpose
15:8
put
11:2,4,
15
13:24
15:4
43:25
44:6,
10,13
59:21
61:19
putting
11:13
13:6
29:20,
21,23,
25
30:6,7

**Q**

**question**
6:8,13
7:1,2,
5,6
75:24

**questions**
5:12,
16,24
8:24
48:2
68:22
69:12
75:23
76:16,
17
79:4,6

**quick**
4:12
5:21
45:25
56:23
65:22

**R**

**radio**
42:8
43:20

**ran**
15:16,
22
38:20,
21

**rank**
61:5,7
72:21

**Raskul**
58:16

**re-getting**
21:7

**read**
8:3,15
70:24
71:1,7,
8,10

**reading**
8:5

**reads**
8:8,9

**ready**
20:23
29:21
51:10

**real**
4:12
5:21
21:5
25:2
36:5
39:17
40:10,
18
43:10
45:4,25
56:23
65:22

**reason**
7:21

**recall**
36:13,
19 38:5
40:19
53:4
57:21

**receive**
65:14
66:20
73:7,14

**received**
65:23
66:3
73:8,11

**receiving**
66:14

**recognize**
74:10

**recollection**
12:6
26:16
28:7
44:18
47:9
48:1
57:25
63:19
66:11

**record**
4:2,3
5:3
69:5,7,
8 79:22

**recount**
22:8

**recoup**
21:6

**recuperating**
21:7

**red**
34:19

**redeem**
21:3

**REDIRECT**
76:19

**referred**
51:19
57:5

**referring**
32:7
73:22

**regain**
21:2,8,
10

**regular**
73:14

**regularly**
51:20

**rehouse**
49:25

**related**
12:17
46:1
68:7
79:10

**relation**
10:1,4,
5 53:5

**relocate**
49:7,25

**remember**
6:12,13
12:18
13:7,19
16:5,11
18:5,25
19:4,5,
12

**23:25**
24:14
25:22
27:9,
10,17
28:1
32:22
34:13
35:23
37:12,
22 38:3
43:1,5
44:23,
25
45:5,9
46:7,10
51:3
52:18
54:7
55:6,25
56:9,
10,13
60:1
61:15
63:2,9,
21
64:8,
14,15
69:14

**remind**
6:4
45:2
71:22
72:11

**Rentas**
58:16

**reporter**
4:2
5:19,23
6:16,21
7:24

**8:22**
69:5,8
79:16,
22

**represent**
4:8

**respect**
49:16

**response**
25:20
56:3,6
66:6
75:15,
17

**rest**
14:18
19:23
27:5
37:9
38:23
44:25
78:15

**restroom**
6:17

**returned**
20:19

**Richard**
63:15

**ring**
62:16

**rock**
29:3
46:25

**Rodriguez**
59:10
60:16

room
45:22

rooms
47:17

roster
18:22
20:23
21:12,
15,17
22:16
23:17
53:10

roughly
32:12

rows
53:11

rules
5:20,23

ruling
7:4

run
68:12,
13

**S**

S71334
57:11

safe
75:2

sandals
30:2

sat
42:5

scared
47:22

scene
39:16

scenery
43:12

scope
43:11

screen
51:12
71:11
73:17,
18

scroll
65:25

sec
65:13

security
58:25

seemingly
27:10

select
72:6

send
65:17
66:5

sense
14:1

sergeant
22:21,
22,24
74:2
79:1

set
31:14
34:19
47:13,
15
78:23

sexual
9:12
11:5,13

13:6
77:19,
22

shaking
75:19

shame
77:24

shape
35:16

share
68:7
73:17
74:3

Shaw
62:3,15

She'd
28:12

She'll
23:15

sheet
8:17
22:16
23:17
79:21

shift
69:20
75:18

shirt
39:17
42:2
43:4,18
61:13
66:23

shirts
72:13,
16

shoes
29:25

short
13:11
25:2
36:16

Short-
cut
36:11,
21

shot
47:16

shoulder
38:18
40:10
44:13
64:18
65:5,7

shouting
61:18

show
13:1
37:24
45:1
51:5
65:22
66:8
74:19

shower
12:3,9
13:16,
17
14:23
15:2,3,
7 17:6
29:17
30:3
37:8
55:18

shower's
10:15

showers
14:24

showing
54:11

shown
70:23
73:8

sic
17:9
79:23

side
23:2,4,
20
24:15,
16,18
28:8,
20,23
29:1
46:22
47:14
75:19,
21

sides
47:18

sidestepped
14:3,9

sign
15:21

significant
25:21

silly
7:13

sin
16:19

sink
12:5,16
15:5

sink's
10:16

sinks
9:22

sir
4:11,
15,17
5:10,
17,22
6:3,7,
11,15,
24 7:7,
12,15,
17,20,
23 8:2
9:1,6
10:10,
20,23
11:8,
10,25
12:5,
10,13,
19,21,
25
13:4,8,
14,18,
20
14:8,22
15:9,24
16:3,6,
7,13,
16,20
17:11,
18,22,
25
18:6,
11,14
19:1,
14,19
21:9
22:19,

23
23:23
24:1,7,
11,17,
19,25
25:15,
23
26:1,4,
12,14,
18,22
27:2,5,
12,24
28:1,5,
9,16
29:7
30:8,11
32:9,
15,19,
23
33:6,
11,16,
20,24
34:4,14
35:2,7,
21
36:23
37:13,
18,21
38:5
39:8,
11,22
40:1,25
41:22
42:13,
21 43:3
44:21
45:7,
13,18
46:12
47:4
48:4,6,
13,16,

20,23
49:2,21
50:5,7,
10,12,
16,22
51:1,4,
13,15,
18,21,
24
52:2,5,
8,11,
14,17,
24
53:1,4,
21,23
54:3,6,
10,13,
16,19,
22,24
55:1,7,
11,13,
21,23
56:4,7,
10,11,
17,21
57:1,3,
7,10,
12,19,
24
58:3,7,
10,12,
15,17,
18,21,
24
59:2,8,
11,14,
17
60:2,5,
15,17,
19,21,
24
62:2,4,

6,18,
20,23
63:1,
13,16,
18
64:2,5,
7,21,23
65:3,9,
11
66:2,4,
7,10,13
67:4,6,
8,12,22
68:1,4,
20
69:16,
23
70:7,22
71:2,5,
16
72:8,17
73:10,
13
74:18
75:22
76:1,4,
25
77:3,
15,24
78:6,
17,20,
22,25
**sister**
74:13
**sit**
45:22
53:10,
16 77:9
**sitting**
29:11

**situation**
17:5
20:1,
18,22
37:7
44:17
46:15
54:21
57:14
64:14
66:16
**size**
39:17,
18
66:24
**skin**
36:24,
25
**skinned**
36:5
**skinnier**
74:13
**skinny**
24:22
33:9,25
**sleep**
49:9
**sleeps**
53:9
**slept**
63:24
**slipped**
30:8
**slow**
43:13
**small**
19:7

**Smith**
4:13
**sock**
34:8
36:3
39:24
40:17
58:23
**socks**
31:9
**solution**
76:11
**sound**
7:13
**sounds**
4:25
**Spanish**
36:6
**speak**
36:6
**specific**
26:10
**specific
ally**
45:5
61:16
**spell**
72:18
**squinty**
74:1
**stab**
30:17,
19,23,
25 31:5
**stabbed**
39:6,7,
13,16,
19,21
40:18

42:1
43:14
46:10
51:16
52:16
60:23
64:17
65:4,6
**stabbing**
38:18
**staff**
56:12
**stand**
47:11
67:19
**standing**
31:4
47:6
**start**
10:24
14:10
46:19
**started**
11:1
14:4,
10,12,
17 15:6
19:23
20:6
30:9,12
31:6
41:10
44:1,15
**starting**
51:6
**starts**
46:20
**state**
61:4,6,
7 70:14

stated
  7:25
  29:6
stating
  5:2
station
  10:3
  22:14,
  15,25
  23:16,
  19
  24:5,9
  28:21,
  22
  29:22
  30:9,
  13,16
  40:8
  44:14
  47:13,
  15
  57:15
  62:8
  65:8
  67:21
  68:3
  77:2,9,
  12
status
  60:25
stay
  11:17
  27:5
  28:22
  49:13
  63:5
stayed
  15:18
  17:1
  38:10
  62:6

64:11
step
  30:18
stepped
  62:7
stick
  36:1,3
  38:19
  77:10
sticks
  14:19
  76:10
stocky
  36:16
stood
  29:1
  41:8
stop
  16:22
  41:11,
  13
stopped
  18:18,
  19
  25:9,13
  29:16
  41:14
stored
  70:15
straight
  49:1
  67:20
stretche
r
  44:6
  45:19
stuff
  20:6
  49:13

53:9
  63:8
  64:11
  70:7
substanc
e
  8:20,23
successf
ul
  18:1,
  15,17
suggest
  66:19
suggests
  66:18
surprise
d
  66:20
  78:8,
  11,16
surround
ings
  70:7
swing
  14:6

──────────

      T

──────────

TA
  72:22,
  24,25
  73:2
tables
  59:19
takes
  22:3
taking
  5:8
  15:7

79:9
talk
  13:2
  25:22
  28:13
  48:2
  63:7
  70:11
  74:25
talked
  25:13
  48:11
  68:6
  71:13
  74:16
talkie
  42:11
talking
  13:5,12
  25:19
  32:13
  56:23
  70:25
  75:8
  79:8,13
tall
  24:24
  31:17,
  19,20
  33:9
  34:1,
  20,21
  35:11,
  13 36:8
taller
  34:3
Tarjan
  4:23,24
  6:5,19
  8:6,9,

12,14
  9:2
  17:19
  39:9
  51:7
  68:22,
  23
  69:1,11
  76:16
  79:4,6,
  11,20
tattooed
  33:15,
  17
  35:12
tattoos
  33:10,
  11
  35:1,9,
  10
  36:12,
  16,22,
  23
teeth
  12:4
  13:13
  14:16
  56:5
  58:19
telling
  40:21
  41:16
that'll
  7:10
  8:17
  13:2
thing
  4:12
  8:23
  28:11

31:12
  41:5
  42:14
  46:14,
  15,16
  77:20
things
  5:18,19
  51:5
  65:12
thought
  47:22
  66:22
  75:1,4
thrown
  14:13
tie
  30:10
till
  41:9
time
  11:24
  12:9
  18:21
  23:22
  25:25
  27:4
  28:2
  34:17
  41:8
  45:1
  47:8,10
  56:10
  57:16
  67:19,
  24
  69:6,8
  72:22
  79:9,23

Howard Chandler-Smith
October 30, 2024

17

times
39:13,
15
40:19
51:17
78:24

tips
25:2

TKW-MJF
4:20

today
5:9 6:1
7:3,6,
14,19,
22 8:1
68:6
79:16

toilets
10:14,
18

told
11:9
42:18
43:13

top
34:24
37:24
38:5
43:5
71:3
72:14

topic
71:13

total
23:18
32:14

Totally
33:23

touch

79:12

touched
17:1

tracking
4:24

training
73:3

Trans
73:1

transcribed
8:22

transcript
5:25
7:25
8:4,5,
16,18
79:16,
18

transpired
9:23
43:12
70:10

transpiring
30:15

truthful
7:19,22

turned
53:13

tussling
14:12

Tutu
49:23
50:5

type

7:2,9
8:22
12:17
28:10
51:2,8
60:25
63:5
65:17,
18 66:5

types
8:18

_____

U

ultimately
18:15

understand
47:24

understanding
48:1,24

understood
25:11

unidentified
36:15

unobstructed
67:25

unpack
49:13

upper
19:11
35:3
77:10

urinals

10:14,
17
29:18

useless
6:2

_____

V

verbal
15:6

verbally
5:25
11:1
13:25

verify
22:4
23:19

versus
40:2

video
44:15
68:18
71:15,
20
72:3,9
76:3,6

view
67:21

vision
47:8,10

_____

W

_____

waive
8:5

walk
17:21
22:3
29:21
53:8

walked
17:16
23:10
26:2
43:15,
16
44:11,
13
67:10

walkie
42:10

walking
23:8
29:15
30:9,
12,16
41:17,
24
42:2,3
43:9,
10,13
76:7

walkway
53:7

wall
14:25
53:15,
16,20
54:5

wanted
76:14

war
32:2

Ward
64:4

watch
21:4
30:18

watching
28:24

walked
37:9
44:15
71:14,
20
76:3,6

water
29:15,
16,19
31:4

weak
38:16
61:22

weakness
15:21

weapon
34:5
35:4,17
36:18
38:13
57:20

weapons
14:19
19:24
21:1
29:13
37:14
41:2
45:17
50:25
76:8

wear
30:1,2,
3 77:17

wearing
30:5

website
74:4

Wednesday
5:11

Howard Chandler-Smith
October 30, 2024
18

**white**
  43:3
  61:13
  69:25
  72:13,
  16
**wife**
  70:3
**Williams**
  32:8,10
  34:12
  38:21
  40:2,9
  44:19
  48:7,17
  49:19
  50:20,
  24
  57:18,
  23
  64:16,
  20 67:2
**Wilson**
  60:16
**wing**
  47:13
**wiping**
  59:18
**word**
  31:24,
  25
**words**
  74:21,
  23
**work**
  4:7
  59:18
  74:12
  78:7,
  12,17,

  18,23
**worked**
  78:21
**works**
  69:19,
  20 70:3
**worries**
  47:22
**wounds**
  71:24
**Wrestlem
ania**
  32:1
**wrestlin
g**
  14:13
**wrong**
  15:2
**WWE**
  32:1

───────
    **X**
───────

**X92075**
  57:2

───────
    **Y**
───────

**years**
  68:10
**yelling**
  29:1
  41:9
  46:23
**YG**
  13:10,
  11,12
  14:4,6,
  14,17

  15:12
  16:12
  19:3,5,
  22
  29:5,6
  30:24,
  25 31:5
  32:23
  33:3
  34:5
  38:2
  39:20,
  21,23
  44:24
  45:6
  60:10,
  11,18,
  20,21
  72:5

───────
    **Z**
───────

**zone**
  32:3
**zoom**
  5:8
  65:23