Exhibit BB

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF FLORIDA
                  PANAMA CITY DIVISION

              CASE NO.: 5:23-CV-183-TKW/MJF


DEVON CURRIE,

   Plaintiff,

v.

MICHELLE MCKINNIE, et al.,

   Defendants.

_____/
```

```
        VIDEOTAPED DEPOSITION OF MICHELLE MCKINNIE

           TAKEN ON BEHALF OF THE PLAINTIFF

                 OCTOBER 15, 2024
              02:00 P.M. TO 04:30 P.M.

           ALL PARTIES APPEARED REMOTELY
                    PURSUANT TO
         FLORIDA SUPREME COURT ORDER AOSC20-23
```

```
REPORTED BY:
MARIA ALVIS, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1                    APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFF:

 3        JOSHUA TARJAN, ESQUIRE
          TARJAN LAW FIRM, P.A.
 4        12372 SW 82 AVENUE
          PINECREST, FLORIDA 33156
 5        (305) 423-8747
          JOSH@TARJANLAWFIRM.COM
 6        (REMOTELY VIA ZOOM)

 7   ON BEHALF OF THE DEFENDANT:

 8        ERIK D. KVERNE, ESQUIRE
          FLORIDA OFFICE OF THE ATTORNEY GENERAL
 9        PL-01 THE CAPITOL
          TALLAHASSEE, FLORIDA 32399
10        (850) 717-3300
          ERIK.KVERNE@MYFLORIDALEGAL.COM
11        (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
1                    INDEX OF EXAMINATION

2    WITNESS:  MICHELLE MCKINNIE
                                                     PAGE
3    DIRECT EXAMINATION
          BY JOSHUA TARJAN, ESQUIRE                    5
4
     CROSS EXAMINATION
5         BY ERIK D. KVERNE, ESQUIRE                  84

6    RE-DIRECT EXAMINATION
          BY JOSHUA TARJAN, ESQUIRE                   97
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 4

```
1                    INDEX OF EXHIBITS

2    EXHIBIT          DESCRIPTION                    PAGE

3    EXHIBIT B        INMATE PROFILE - DEVON CURRIE    15

4    EXHIBIT C        INMATE PROFILE - CHARLES GADDIS   17

5    EXHIBIT D        INMATE PROFILE -
                      BRANDON D. WILLIAMS              16
6
     EXHIBIT N        DAILY LOG                        104
7
     EXHIBIT P        P-DORM HOUSING                   104
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1            VIDEOTAPED DEPOSITION OF MICHELLE MCKINNIE

 2                        OCTOBER 15, 2024

 3    Thereupon:

 4                     MICHELLE MCKINNIE

 5    was called as a witness, and after having been first

 6    duly sworn, testified as follows:

 7            THE COURT REPORTER:  Today's date is

 8         October 15th, 2024.  The time is approximately

 9         02:00 p.m.

10            We are here for the Deposition of

11         Michelle McKinnie in the matter of Devon Currie v.

12         Michelle McKinnie.  Case Number is

13         5:23-CV-183-TKW/MJF.

14            The Court Reporter is Maria Alvis with

15         Universal Court Reporting.

16            Would all Counsels please introduce themselves

17         for the record?

18            MR. TARJAN:  Joshua Tarjan on behalf of Devon

19         Currie, Plaintiff.

20            MR. KVERNE:  Erik Kverne on behalf of Mrs.

21         Michelle McKinnie.

22            THE COURT REPORTER:  Thank you, you may

23         proceed.

24                     DIRECT EXAMINATION

25    BY MR. TARJAN:
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 6

1        Q    Good afternoon, Sergeant McKinnie.  How are

2   you today?

3        A    I'm good, how are you?

4        Q    Fine, thank you.  Can you hear me clearly?

5        A    Yes, I can.

6        Q    Okay.  Have you ever given a deposition

7   before?

8        A    No.

9        Q    All right.  Your attorney may have gone over

10  this with you.

11            MR. KVERNE:  I have not, Mr. Tarjan.  So, go

12      ahead.

13            MR. TARJAN:  Okay.

14  BY MR. TARJAN:

15       Q    So the deposition is being recorded by a Court

16  Reporter, as I think you probably have seen and heard by

17  now, which means that everything that you say is getting

18  basically written down and could, at some point, be put

19  into a transcript.

20            So, if you nod your head or just move your

21  head or shake your head, that's not something that the

22  Court Reporter can really put, so I'm just going to ask

23  that you give verbal responses to my questions, okay?

24       A    Okay.

25       Q    I'm also going to ask that you wait for me to



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    ask a question and finish my question before you answer

2    and vice versa.  I'll wait for you to finish whatever

3    you're saying before I say anything else.  That way we

4    can get a clean transcript, okay?

5        A    Okay.

6        Q    Perfect.  Now, if you need to take a break at

7    any point, feel free to ask, okay?  The only thing I

8    would ask is that you wait until you've responded to a

9    particular -- to a question before taking your break,

10   okay?

11       A    Okay.

12       Q    All right.  Now, are you under the influence

13   of any alcohol, drugs, or medicine at this time?

14       A    I have not taken my medicine today.

15       Q    Okay.  Are your medicines, do they affect your

16   ability to understand and answer questions?

17       A    No.

18       Q    Do they affect your ability to remember and

19   recall?

20       A    No.

21       Q    All right.  Do you feel that you need your

22   medications at this time?

23       A    No.

24       Q    Okay.  Is there anything that would impair

25   your ability to understand and answer my questions, like



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 8

```
 1    a head cold, some type of physical pain?

 2         A    No.

 3         Q    Now, if you don't understand a question, will

 4    you promise to ask me to repeat or rephrase the

 5    question?

 6         A    Yes.

 7         Q    If you answer a question, I'm going to assume

 8    that you understood the question, okay?

 9         A    Okay.

10         Q    All right.  Can you state your full name?

11         A    Michelle McKinnie.

12         Q    How do you spell your first name?

13         A    M-I-C-H-E-L-L-E.

14         Q    Middle name?

15         A    I have no middle name.

16         Q    Okay.  And I ask everyone this question. Have

17    you ever been convicted of any crimes?

18         A    No.

19         Q    Ever had any withholds of adjudication?

20         A    No.

21         Q    All right.  Do you currently work for Florida

22    Department of Corrections?

23         A    Yes.

24         Q    Okay.  Where do you work at this time?

25         A    Apalachee West Unit.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 9

```
 1          Q    And what -- are you a sergeant at this point?

 2          A    Yes.

 3          Q    Okay.  Now, did you receive a summons for this

 4     lawsuit?

 5          A    Yes.

 6          Q    Now, since you received that summons, have you

 7     reviewed any documentation or evidence regarding this

 8     lawsuit?  And I don't mean correspondence between you

 9     and your attorney, for example.  I'm just talking about

10     reports, video, any type of evidence, things of that

11     nature.

12          A    No.

13          Q    Okay.  Did you do anything to prepare for the

14     deposition today?

15          A    I just talked to my lawyer.

16          Q    Okay.  Do you talk to anyone else in

17     preparation for the deposition?

18          A    No.

19          Q    Okay.  Now, you understand that this lawsuit

20     involves an incident at Apalachee Correctional

21     Institution, P-Dorm, Wing 2, on July 20th, 2022,

22     involving Plaintiff Devon Currie?

23          A    Yes.

24          Q    All right.  Are you familiar with -- were you

25     familiar with Devon Currie prior to July 20th, 2022?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 10

1      A    Yes.

2      Q    Had you ever had any incidents with him prior

3  to the date of that incident?

4      A    What do you mean by incidents?

5      Q    Had you ever had any, I don't know,

6  altercations since he did not respond to your commands,

7  disobeyed orders, fought, that you -- things of that

8  nature?

9      A    No.

10     Q    Okay.  What was generally your relationship

11 with Mr. Currie?  And I just mean in terms of, was he

12 amicable, was he respectful?  Did you guys get along?

13     A    I've never had any problems with him.  The

14 only problem we ever had was about tablet, which I was

15 looking into for him.  Because it had been taken up by

16 someone else, and they were trying to find out what

17 happened to it.

18     Q    Okay.  So, are you saying that you helped him

19 fix the tablet issue?

20     A    I looked into the tablet issue.  I went to the

21 person who was in charge of tablets to find out so they

22 could get -- so they could get with him about it.

23     Q    Got it.  It sounds like maybe you were trying

24 to --

25          THE WITNESS:  Hello?



<strong>Office Phone:</strong> 954-712-2600
<strong>Email:</strong> info@ucrinc.com
<strong>Website:</strong> ucrinc.com

1        MR. TARJAN:  Hi, can you hear me?

2        THE WITNESS:  Yeah, I hear you now.

3    BY MR. TARJAN:

4        Q    It sounds like maybe you were trying to help

5    him with the tablet.  Is that fair to say?

6        A    Yes.

7        Q    Okay.  Now, at the time of this -- the

8    incident, and if I refer to the -- if I speak of the

9    incident during this deposition, will you understand

10   that I'm referring to the events of July 20th, 2022?

11       A    Yes.

12       Q    Now, at the time of that incident, or around

13   that time, were you in -- were you on any social media

14   groups with corrections officers, for example, WhatsApp,

15   Signal, Telegram?

16       A    No.

17       Q    Did you have other means of communicating with

18   corrections officers outside of the -- you know, the

19   official channels at FDC?

20       A    You mean do I have something like Facebook

21   friends or stuff like that?

22       Q    Yes.

23       A    I have some Facebook friends, but I don't talk

24   about work with them.

25       Q    Okay.  Are you familiar with someone named

 UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 12

1    Delisia Green?  And I'm going to spell it for the

2    Reporter.  D-E-L-I-S-I-A.  Last name, common spelling.

3              Are you familiar with that person?

4    A     Yes.

5    Q     All right.  How do you know Delisia Green?

6    A     I work with her.  Well, I worked with her.

7    Q     Okay.  Did you ever have any -- Did you ever

8    communicate with her through non-FDC channels?

9    A     No.

10   Q     Okay.  Does she still work for FDC?

11   A     I'm not sure.

12   Q     Okay.  Have you -- When was the last time you

13   saw her?

14   A     When I was at the East Unit.

15   Q     Okay.  When was that?

16   A     Probably about a year or more now.  I moved to

17   the West Unit.  So, probably a year.

18   Q     Okay.  Have you spoken to her about this

19   lawsuit?

20   A     No, I haven't.

21   Q     Did you speak to her about the incidents at

22   any point, regardless of a lawsuit?

23   A     Not that I remember.

24   Q     Okay.  I'm going to ask you similar questions

25   regarding someone named Antoinette Patterson.  The



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 13

```
 1   spelling is A-N-T-O-I-N-E-T-T-E Patterson,

 2   P-A-T-T-E-R-S-O-N.  Are you familiar with

 3   Antoinette Patterson?

 4        A    Yes.

 5        Q    How do you know her?

 6        A    She used to work the same shift as I did at

 7   the East Unit.

 8        Q    Okay.  Did you ever communicate with her about

 9   this lawsuit outside of FDC channels?

10        A    No.

11        Q    Ever been on any social media platforms with

12   her?

13        A    No.

14        Q    Is she a friend?

15        A    No.

16        Q    By the way, is Ms. Green a Facebook friend?

17        A    No.

18        Q    Do you know if Sergeant Patterson still works

19   for FDC?

20        A    She left.  She left before I went to the West

21   Unit.

22        Q    Do you know when that was that she left?

23   Approximately.

24        A    No, I'm not.

25        Q    Do you know why she left?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 14

```
1        A    I think she went to become a truck driver.

2        Q    Do you know why she chose to change careers?

3        A    No, I don't.

4        Q    Did you ever hear her complain about her job

5    when you worked with her?

6        A    No.

7        Q    Did you ever hear Ms. Green, Officer Green,

8    complain about her job while you worked with her?

9        A    No.

10       Q    Okay.  Now, going back to July 2022, did you

11   work in -- were you assigned to different dorms?

12       A    Basically, yes, because I think we were short

13   that day, so I was covering more than one dorm.

14       Q    Okay.  Was there a particular dorm that you

15   were usually assigned to?

16       A    No.  I get assigned to different dorms.

17       Q    Okay.  Was there one that you were

18   predominantly assigned to?

19       A    No.

20       Q    All right.  Now, back on July 20th, 2022, do

21   you remember what shift you were working?

22       A    Third shift.

23       Q    What time is that shift?

24       A    Third shift is from 04:00 to 12:00.

25       Q    04:00 p.m. to 12:00 a.m.?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 15

1       A    Yes.

2       Q    Okay.  Do you know where you were assigned

3    that day?

4       A    Not particularly.

5       Q    Okay.  Do you remember the incident that's the

6    subject of the lawsuit?

7       A    Barely.  I remember --

8       Q    Okay.  Go ahead.

9       A    I remember having to go to the hospital with

10   someone.

11      Q    Okay.  I'm going to -- I'm going to show you a

12   document, if you give me one second.  All right, I'm

13   going to screen share here.

14           All right.  Do you see on your screen a

15   picture of an inmate?

16      A    Hold on, yes.

17      Q    Okay.  This is downloaded from the FDC online

18   website.  It says Devon Currie.  Do you recognize this

19   person?

20      A    Yes.

21      Q    Okay.  I'm going to show you --

22           MR. TARJAN:  And I'm just going to mark this

23      as -- I'm going to mark this as Plaintiff's Exhibit

24      B.  And I recognize I'm going out of order here.

25           (Thereupon, Plaintiff's Exhibit B was entered



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1                  into the record.)

 2          MR. KVERNE:  No objection.

 3          MR. TARJAN:  Thank you.

 4   BY MR. TARJAN:

 5      Q    I'm showing you now a picture of Brandon --

 6   inmate Brandon Williams.  Do you see that on your

 7   screen?

 8      A    Yes.

 9      Q    I can make it bigger.  Do you recognize that

10   individual?

11      A    Yes.

12          MR. TARJAN:  Okay.  I'm going to mark that as

13      Plaintiff's Exhibit D.

14          MR. KVERNE:  No objection.

15          MR. TARJAN:  No -- yes, D.

16          (Thereupon, Plaintiff's Exhibit D was entered

17          into the record.)

18   BY MR. TARJAN:

19      Q    And I'm now putting on my screen a picture of

20   Charles Gaddis, Inmate Gaddis.  Do you see that?

21      A    Yes.

22      Q    All right.

23          MR. TARJAN:  I'm going to introduce that as

24      exhibit Plaintiff's Exhibit C.

25          MR. KVERNE:  No objection.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

     1              (Thereupon, Plaintiff's Exhibit C was entered

     2              into the record.)

     3    BY MR. TARJAN:

     4         **Q     Sergeant McKinnie, do you recognize this**

     5    **person?**

     6         A    Yes.

     7         **Q    Okay.  Stop the share.**

     8              MR. KVERNE:  Josh, the only thing that I would

     9         ask probably.

    10              MR. TARJAN:  Yeah.

    11              MR. KVERNE:  Maybe to redact the first dates

    12         from those in the version that you give to the

    13         Court Reporter.

    14              MR. TARJAN:  Sure.  They're fine.

    15              MR. KVERNE:  That's the only thing that I

    16         would ask, so.

    17              MR. TARJAN:  They are public records, but I

    18         can do that.

    19              MR. KVERNE:  The only reason -- the only

    20         reason why I do this -- let's go off the record

    21         real quick.

    22              MR. TARJAN:  Okay.

    23              MR. KVERNE:  Just go off the record real

    24         quick.

    25              (Thereupon, a short discussion was held off



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 18

```
 1                record.)

 2                (Deposition resumed.)

 3                THE COURT REPORTER:  We are back on the

 4      record.

 5   BY MR. TARJAN:

 6        Q    One second.  Okay.  I'm going to share my

 7   screen again.  Okay.  Do you see on your screen Sergeant

 8   McKinnie, Daily Security Roster Apalachee East Unit,

 9   Wednesday, July 20th, 2022, third Shift?  Do you see

10   that?

11        A    Yeah.

12        Q    Okay.  Now, do you see your name here on like

13   the fourth row, down?

14        A    Yes.  It has been Mike dorm.

15        Q    Okay.  I'm sorry, what did you say?

16        A    It has been in Mike dorm.

17        Q    Okay.  So, you were assigned to M-Dorm, M as

18   in Mary?

19        A    Yes.

20        Q    Okay.  Do you remember what your assignment

21   was there that day?

22        A    I was probably Security Nine, which means I

23   would check all the dorm half the time.  So, I was

24   running around --

25        Q    Sorry, I interrupted you.  Keep going.  I'm
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 19

1    sorry.  I apologize.

2        A    I just say that, I mean, I'd be some --

3    everywhere.  I'd be Security Nine.  But that was in my

4    dorm.

5        Q    So, you're kind of -- you're focused on one

6    dorm, but you can rove and go anywhere basically?

7        A    I would go out and check some -- everywhere.

8    If someone needed help, I would help them.

9        Q    What is Security Nine mean?

10       A    I'm just -- actually like, I would be like one

11   step down for the captain if something's going on. They

12   call me if they couldn't get a hold of captain, or they

13   call me and then they call the captain.

14       Q    Okay.  Are you -- what are your

15   responsibilities as -- with Security Nine?  What do you

16   do?

17       A    That's it, I run the yard and stuff like that.

18       Q    If there's a kind of emergency, is that

19   something you would be involved?

20       A    I will respond.  I will respond.

21       Q    Yeah.  My question is just stick for the

22   transcript.  If there was an emergency, that's something

23   you would respond to?

24       A    Yes.

25       Q    Okay.  Now, I'm actually going to re-share my



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 20

```
 1    screen for a second.

 2         A    Okay.

 3         Q    I try to prepare as much as possible to be

 4    smooth, but sometimes things don't quite go in the order

 5    I think they might go.  So now, I put back up here, the

 6    third shift, Wednesday, July 20th, 2022, same page.

 7              Do you see that?

 8         A    Um-hum.

 9         Q    Okay.  Do you see about six rows down,

10    Sergeant Dorm P, Patterson, Antoinette?

11         A    Yes.

12         Q    Okay.  What does that tell you?

13         A    That she was the sergeant of that dorm that

14    day.

15         Q    Okay.  Do you remember her being in that dorm

16    that day?

17         A    I don't remember.

18         Q    Okay.  Now, also on this, on the screen,

19    there's a Green -- I don't know how many lines down, but

20    in the middle of the screen at this point, Page Officer

21    Dorm P.  And then, it says, "Green, Delisia R.

22    04:00 p.m. to 12:30 a.m."  What does that tell you?

23         A    That she was the officer of that dorm.

24         Q    Okay.  What's the difference between the

25    sergeant and the officer in the dorm?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A      The sergeant is actually supposed to be in

2    control of the dorm.  But the officer will run the dorm,

3    per se.

4      Q      **Does one tend to stay in the booth and the**

5    **security?**

6      A      Booth, yes.  Well, someone has to stay in the

7    booth whether it be the sergeant or the officer.

8      Q      **Is there a tendency for one or the other to be**

9    **in the booth?**

10     A      Usually, the officer will be in the booth and

11   the sergeant will be like on the yard or going wherever.

12     Q      **Okay.  Now, let's talk about -- let's talk**

13   **about the incident on July 20th, 2022.  And I understand**

14   **it's been, you know, a couple of years at this point.**

15   **Do you remember how many times -- well, did you go into**

16   **Dorm P at any -- that day?**

17     A      Yes.

18     Q      **How many times?**

19     A      I'm not sure.

20     Q      **More than once.**

21     A      Probably.

22     Q      **Okay.  When you go into a dorm, do you have to**

23   **log that anywhere?**

24     A      Not necessarily.

25     Q      **Would you have to log like going into, like a**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1  dorm, like Dorm P, as opposed to say, a confinement

2  unit?

3      A    Not necessarily.

4      Q    Okay.  Are your movements tracked in any way

5  during the course of the day?

6      A    On -- it depends on what mean by track,

7  because like if we're feeding, shower, and stuff,

8  they'll be placed on the control room log.  For -- I

9  mean, where -- who's in there feeding, shower.

10         Or depending on the time of night, if we're

11  escorting someone it's put down as we're escorting

12  someone from this place to the other.

13     Q    But if you just go into a dorm, walk into a

14  dorm without an inmate, you would not -- would you

15  necessarily have to write that down anywhere?

16     A    Not really.  We haven't.

17     Q    Okay.  By the way, during that day, did you

18  have a radio on you?

19     A    Yes.

20     Q    Okay.  Did you have it on you at all times?

21     A    Yes.

22     Q    And who do you communicate with through that

23  radio?

24     A    It could be anyone.  I mean, the captain, the

25  control room, another dorm.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 23

```
 1        Q    Okay.  Do you also communicate by like
 2   cellphone, --?
 3        A    No.  We don't have cellphones.  Only captain
 4   has a cellphone.
 5        Q    Okay.  Do the booths have cellphones?
 6        A    No.
 7        Q    Well, let me ask this.  Does -- did
 8   security -- did the P-Dorm booth -- security booth have
 9   any kind of phone in it?
10        A    We have telephones in the dorms.
11        Q    Okay.  And where is it -- where is the
12   telephone?
13        A    It's in the booth.
14        Q    Are there any other phones in the dorm?
15        A    Only the inmate phones.
16        Q    Okay.  But other than inmates, FDC phones, any
17   others besides what's in the booth?
18        A    No.
19        Q    All right.  So, do you remember the time that
20   you went into P-Dorm, on July 20th, 2022?
21        A    No, not really.
22        Q    Okay.  Do you remember any occasions when you
23   went into P-Dorm on that day?
24        A    I believe I went in there to help count.  And
25   I think I went escort somebody to the infirmary.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 24

```
 1        Q    Okay.  Can you tell me about who did you go

 2   into help?

 3        A    No, sir.  I can't.

 4        Q    Okay.  How many counts occurred during that

 5   third shift?

 6        A    Let me see.  Depending on the time of year --

 7   depending on the time of year, it could be between three

 8   and four.

 9        Q    Three and four.  What about back in July of

10   that year?

11        A    I don't remember if we did afternoon count or

12   not.  So, probably about three.

13        Q    Do you remember a master roster count?

14        A    Yes.

15        Q    Okay.  What time is -- what time was master

16   roster count that day?

17        A    Master roster count is at 10:00.

18        Q    All right.  Did you go 10:00 p.m.?

19        A    Yes, 10:00 p.m., I'm sorry.

20        Q    No, that's fine.  Did you go to -- did you

21   participate in the master roster count in Dorm P?

22        A    I believe so, but I'm not sure.  I don't know

23   if I went there to help with the master roster or pick

24   up count slip or what.  But I know I did go in the dorm.

25        Q    You said, you weren't sure about picking up
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 25

1    something.  What did you say?

2        A    I said I believe I either went to assist with

3    count or to pick up the count slips.

4        Q    Oh.  If you go pick up a count slip, who --

5    what do you do with that, just generally?

6        A    We're going to pick up the count slip to take

7    it up to the control room.

8        Q    Okay.  Going back to July 20th, do you

9    remember who was in -- who was involved in the master

10   roster count --

11       A    No, I do not.

12       Q    -- officers wise?

13       A    No, I do not.

14       Q    Okay.  And I don't know if I was clear, in

15   Dorm P.

16       A    No, sir. I don't.

17       Q    Okay.  Do you remember Officer Green being in

18   the dorm that evening, Dorm P?

19       A    I honestly cannot remember, which one was in

20   the dorm.

21       Q    When you say which one, do you mean like

22   Patterson versus Green or just any corrections officer

23   whatsoever?

24       A    Anyone really.  I honestly do not remember

25   which one was in the dorm.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      Q    Okay.  Do you remember -- and I understand

2   that, do you under -- but do you recall whether any

3   officer who was in the dorm, whether it was a male or

4   female?

5      A    It was female.

6      Q    Okay.

7      A    I'm pretty sure because we tend to run short

8   on males.

9      Q    Okay.  Was the -- do you remember whether

10  there was just one officer or more than one officer in

11  P-Dorm at the time of master roster count?

12     A    I'm sorry, sir.  I really don't remember.

13     Q    That's fine.  I just have to ask these

14  questions.  So, if you don't remember that's, you know,

15  that's what your answer is.  So, I'm just trying to find

16  out what you know, what you personally recall.

17          Do you remember whether the officer or

18  officers in P-Dorm were African American or Caucasian?

19     A    I'm pretty sure African American because most

20  of that shift was African American.

21     Q    Okay.  Do you remember -- do you think that

22  you went into P-Dorm and took the slip of paper on that

23  day for the master roster count?

24     A    I'm not sure.

25     Q    Okay.  Do you remember going -- I think you --



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 27

1    we've touched on this, but do you remember any other

2    time that day, I mean, also as we speak, your memory may

3    be refreshed.  So, do you remember any other time going

4    into Dorm P that day?

5        A    Not really.

6        Q    Okay.  If you had gone into Dorm P for the

7    master roster count, how would you have gone into the

8    dorm?

9        A    Oh, from the front door.

10       Q    Front door of what?

11       A    Of the dorm.

12       Q    Okay.

13       A    We come through the front door.

14       Q    Then where do you go?

15       A    I usually -- if I'm going to count, I usually

16   call it in the dorm at Side 2.  They open the door and

17   then I'll stand and tell everyone to get ready.

18            I make sure everyone's ready and then I start

19   counting.

20       Q    You said you usually call.  What did you say?

21       A    I call on the radio.  If I'm coming from the

22   door, you have to call to get buzzed in.

23       Q    Okay.

24       A    So, you have to call on the radio so they can

25   buzz you in.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                          Page 28

```
 1        Q    Okay.  And who are you calling?

 2        A    Whoever's in the officer station.

 3        Q    Is there one officer station for Dorm P?

 4        A    Yes.

 5        Q    Is that shared between Wings 1 and 2?

 6        A    Yes.

 7        Q    And you said something like five-two.  Did I

 8   mishear you?

 9        A    I said, if I was kind of going in, I would say

10   P-Dorm on Side 2.

11        Q    Oh, Side 2.  Thank you.

12        A    Yes.

13        Q    Okay.  And you said someone has to buzz you

14   in.  They buzz like for a door?

15        A    Yes, they have to pop the door open.

16        Q    Does anybody record that sort of door opening

17   process?

18        A    No.  No.

19        Q    Okay.  Once you go, the door opens, where do

20   you then go?

21        A    Well, for P-Dorm, I'm already going to be on

22   the floor once I go inside.  I have to stand in the

23   front of the door -- and in front of the building, well,

24   the bedding area.  I wait for them to sit up or

25   whatever.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    Q    Sorry, I didn't quite follow you.  So, do you

2  go -- do you end up -- my understanding is that the

3  P-Dorm, these are like big open bay dorms.

4    A    Yes.  Yes, and I'll be standing in the front.

5    Q    So, when the front door opens, are you

6  immediately inside a dorm or are you in a vestibule?

7  Where are you?

8    A    I'm immediately inside the dorm.  As soon as

9  the door opens, I'm inside the dorm.  I'll just stand in

10  the front of the door, so everybody's sitting up like we

11  need to be.

12    Q    Everybody, do you meet inmates sitting up?

13    A    Yes.

14    Q    For the count?

15    A    Yes.

16    Q    Okay.  Now, all right, do you end up inside

17  the dorm on one side, on one particular wing or the

18  other?

19    A    If you're saying P-Dorm Side 2, you're going

20  to be on Wing 2.  If you say P-Dorm, you go to the other

21  door, there's two different doors.

22        You go to the other door, you'll say P1 and

23  they'll pop that one open and you'll be on Side 1.

24    Q    So, is there a door for each -- so, once you

25  go through the first door, is there a door for each wing



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 30

 1   after that?

 2        A    No.  The way P-Dorm is set up, if you go to

 3   one door, you're going on just the first wing.  Then

 4   you'll come back out and you'll go back across, and you

 5   go to the other door and you're going to Wing 2.

 6        Q    Oh, so to get to Wing 2, you have to go

 7   through Wing 1?

 8        A    No.  You'll come outside and go to the door --

 9   or you'll go through the officer station.

10        Q    So, do you have to go through -- okay.  So,

11   you open -- you go through the front door.  I've never

12   been there, so I don't know.

13        A    I understand.

14        Q    I've heard people talk about it and I still

15   cannot perfectly visualize it, so I'm sorry.  But -- so,

16   maybe you can help me out.

17             There's a door, you go through the front door.

18   Straight into like Wing 2 or do you go to your left and

19   like, where do you go?

20        A    Okay.  Let's see if I can do this for you. All

21   right.  Our building is basically kind of like --.

22             You're going to go -- you go upstairs.  If you

23   go to the right, hold on.  If you go to -- for P-Dorm,

24   if you go to the left, you'll go to the Wing 1 door.

25             If you go to the right, you'll go to Wing 2



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    door. Whichever one you ask, you say, so if I say P1,

2    they'll pop with P1's door and I'll go inside there.

3        Q    Okay.  Got it.

4        A    All right.  Now, in order to -- I can just go

5    through the office station and go over to P2 or I'll go

6    outside, go back outside and then go to the P2 door and

7    tell them to pop that door and go in.

8        Q    So once you're basically inside, you have two

9    ways to get to Wing 2.  You can go directly into the

10   dorm, or you can go into the officer's station?

11       A    To go to P2?  Once you're in P1, you're going

12   to go back outside and go to the door to P2 or you can

13   go through the officer's station.

14       Q    Okay.  So, once you're in P1, you can go back

15   outside and then go into Wing 2 or you can go directly

16   to the officer's station.

17       A    Yes, and go through it.

18       Q    Okay.  The officer's station, does -- I think

19   I asked you this before, but it looks out over wings --

20   once you're in the station, it looks over both dorms?

21       A    Yes.

22       Q    And how long is the dorm -- how long is the

23   officer's station from side to side?

24       A    Oh, I'm not sure.

25       Q    Is it 100 feet, you know, 50 feet, 10 feet



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 32

1    approximately?

2        A    I'm really not sure.  I've never tried to

3    count it.  I just go from one side to the other,

4    checking stuff.

5        Q    Okay.  Well, how long does it take you just to

6    walk across it if you're just walking at a normal pace?

7        A    No, it's not long.

8        Q    Like a second, 10 seconds, 30 seconds?

9        A    It depends on what you're doing.  It doesn't

10   take that long.  I mean, maybe 30 seconds.  I mean, not

11   even that.

12       Q    Okay.  If you're on one side of the officer's

13   station, for example, you're on the Wing 1 side, can you

14   look and see into Wing 2 from that side?

15       A    If you're on Wing 1?

16       Q    If you're --

17       A    Yes, you can.

18       Q    I mean, if you're in the officer's station on

19   the Wing 1 side, can you see into Wing 2?

20       A    Yes.

21       Q    Is there anything blocking your view of the

22   dorm in Wing 2?

23       A    No.

24       Q    So, if I understand, you could be on the Wing

25   1 side of the officer's station, you -- the very edge,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 33

1    and you could basically turn, I guess, and look, and you

2    could see clearly into Wing 2 with an unobstructed view?

3         A    A certain part of it, yes.

4         Q    Okay.  Are there parts that are blocked when

5    you're at the very end of the security booth?

6         A    Like when you're right at the door, which is

7    why we have cameras there.  But I mean, you just look

8    out the window, you can only see a certain amount of

9    beds.

10         So, the beds are by the door, you might not

11    see all of them.

12         Q    What percentage of beds do you think you can

13    see?

14         A    You see most of them, it's just the ones that

15    are on the wall beside the door.  You won't be able to

16    see as well.

17         Q    Oh, so you can see most of them, but not the

18    beds that are like immediately close up to the security

19    booth?

20         A    No, close up to the door going outside.

21         Q    Okay.  Are there cameras though that will

22    allow you to see those beds?

23         A    Yes.

24         Q    So, when you're at the opposite side, the Wing

25    1 side of the security booth, can you look at either --


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    are you able to see the entire dormitory either by

2    looking at a wind -- through the window or looking at a

3    security camera?

4        A    You should be able to see the entire dorm on

5    the camera.  I mean, unless you, like if you're talking

6    to another inmate, the kids, they're asking you for

7    something, then you're going to be focused on what

8    they're wanting real quick.

9             And then you can turn and look at the camera

10   just to check real quick.  I mean, it's more of a --

11       Q    And you're -- I'm sorry, finish your thought.

12   Thank you.

13       A    It's more of a you're trying to do more than

14   one thing, but I mean, the camera's there for you to

15   check and you can rewind it if you need to.

16       Q    Okay.  So, the cameras are recording?

17       A    Yes.

18       Q    Are the cameras black and -- are the monitors

19   you're looking at black and white or color in the P-

20   Dorm?

21       A    I believe black and white.

22       Q    So, back in July 2022, you think the monitors

23   were black and white?

24       A    I think so.

25       Q    What's the resolution of the monitors back



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    then?  You know, sometimes we see like very grainy video

2    from like, you know, bank monitors and you can't really

3    tell what's going on.  How clear is this video?

4        A    Oh, I'm not sure about that.  It should have

5    been clear, but I'm not sure.

6        Q    Are you able -- when you look at the camera

7    footage, are you able to make out the faces?

8        A    It depends on how close they are to the

9    camera.  I mean, they're right up under the camera. You

10   can tell who they are, but it depends on how far away

11   from the camera they are.

12       Q    Are you able to -- are you able to see like

13   complete -- are you able to make out the bodies of

14   inmates when you look in the security?

15       A    -- for the camera?

16       Q    Yeah, if you're looking -- so, let's focus on

17   the camera.  If you're in the booth and you look in the

18   camera, are you able to -- I guess I'm wondering if you

19   can identify individual inmates.

20       A    Like I said, it would depend on where they are

21   in the dorm, and you could probably tell who's who.

22       Q    And even if you were unable to identify an

23   inmate, would you be able to, you know, make out what

24   that inmate is holding, for example, or just doing?

25       A    That still would depend on how close they were



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    to the camera, being able to decide, I mean, if you can

2    tell what they're holding or not.

3         Q    Okay.  Are you able to make out through the

4    camera if people are like running around?

5         A    Yes.

6         Q    Even if someone is far away from the cameras?

7         A    What do you mean by far away from the camera?

8         Q    Oh, well, I guess, well, is there any -- When

9    you're looking through the cameras, is there any form

10   that if someone were running around, you wouldn't be

11   able to tell that they were running?

12        A    I don't think so.  I think you should be able

13   to tell if they're running.

14        Q    Okay.  If someone were jumping over a bed,

15   would you be able to tell that they're jumping over a

16   bed?

17        A    Yes.

18        Q    While looking through the cameras?

19        A    Yes.

20        Q    How big are the screens of the cameras -- of

21   the monitors that you look at in dorm?

22        A    You can enlarge the screen.  So, if you're

23   looking at, you want to look at one particular screen,

24   you can enlarge it.

25        Q    And are these like regular computer monitors?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

 1      A    Yes.

 2      Q    Okay.  How many cameras were in Dorm P back in

 3  July 2022 at around the time of the incident?

 4      A    Oh, I don't remember.

 5      Q    Do you remember approximately, like generally

 6  how many camera views you had to look at through when

 7  you're in the P booth?

 8      A    Not necessarily.  I mean, I think generally we

 9  have, like -- some dorm had 12 cameras.  It's all a

10  matter of where they're located at.

11      Q    Okay.  Did P-Dorm have 12 cameras back in

12  July 2022?

13      A    I'm not sure.

14      Q    Okay.  Give me one second, just one second.

15  I'm not going anywhere.  Come on.  All right.  It's a

16  little warm, so I've adjusted.

17           What about the windows?  When you're in

18  P-Dorm, and I'm talking about generally back in

19  July 2022, are those clear for the security booth?

20      A    Yes.

21      Q    And how tall are they?

22      A    Oh, I don't know.

23      Q    Well, do they extend to the ceiling?

24      A    Just about.

25      Q    And how high is the ceiling, would you say?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 38

```
 1        A    Oh, you can't ask me.  I'm a short person, I
 2   don't know.
 3        Q    And I should have been clearer.  So, does the
 4   roof -- does the ceiling of the security booth go as
 5   high as the ceiling of the dorm itself?
 6        A    No.
 7        Q    Okay.  Would you say it's about half as high?
 8        A    Just about.
 9        Q    Okay.  Are the windows tinted at all?
10        A    No.
11        Q    Okay.  And when you're in the P-Dorm, the
12   security booth, and I'm talking again, back around
13   July 2022, how are you able to communicate with inmates
14   when you're in the booth?
15        A    Usually, I'll go to the door and tell them
16   what I need them to know.
17        Q    You'll go to the door?
18        A    --
19        Q    I'm sorry, you're breaking up.
20        A    I open the officer's station door.  I'm sorry.
21   I open the officer's station door and tell them what's
22   going on.
23        Q    You're breaking up.  Maybe you could try to
24   find a spot that's stable.  Can you hear me?
25             MR. TARJAN:  Can we go off the record for a
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 39

```
 1      second?
 2            (Thereupon, a short discussion was held off
 3            record.)
 4            (Deposition resumed.)
 5            THE COURT REPORTER:  We are back on the
 6       record.
 7   BY MR. TARJAN:
 8       Q    You said before that you would -- when you
 9   wanted to communicate with inmates, you would open the
10   office station door and tell them?
11       A    And I tell them what's going on, like if
12   they're going to go to the trial, or whatever, I open up
13   the door and say, "Hey, get ready for trial."
14       Q    Okay.
15       A    Or get ready for count.
16            MR. TARJAN:  All right.  Madam Court Reporter,
17       are you able to hear okay?
18            THE COURT REPORTER:  No, it's breaking up a
19       little bit.
20   BY MR. TARJAN:
21       Q    All right, Sergeant McKinnie, if you could try
22   to either speak up or maybe you're muffling the phone,
23   the Court Reporter is having difficulty hearing.
24       A    Okay.  I said like I'd go to the door, and I
25   would, yeah, hey, get ready for trial, or count recall.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 40

1       Q    Okay.  If inmates are -- Well, to what extent

2  can you hear inmates when you are in the security booth?

3       A    Hear them like what?

4       Q    Well, just generally what they're doing,

5  saying, are you able to hear from inside the booth, the

6  activity in the dorm?

7       A    Not necessarily.

8       Q    Okay.  What kind of things can you not hear?

9       A    I mean, they're having conversations, which

10  they -- I'm not going to be able to hear their

11  conversation.  As they call and yell for someone, then

12  I'll hear them.

13       Q    Okay.  And you can -- are you hearing that in

14  the booth because there's like a microphone that's

15  allowing you to hear or you're just hearing through the

16  glass?  How are you hearing?

17       A    I'm probably hearing through the -- there's

18  little area in the glass that I try to keep open.  So,

19  when they want to talk to me, I can hear them.

20       Q    Okay. Where -- How many of those are there in

21  the security booth?

22       A    It's one on each side.

23       Q    Okay.  So, for one for each wing?

24       A    Yes.

25       Q    Now, do you find it hard?  You know, if people



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 41

```
 1   are yelling in the dorm, is that going to be hard to
 2   hear?
 3        A    You said if people are yelling?
 4        Q    Yeah.
 5        A    I mean, if they're yelling, I'm trying to find
 6   out what's going on.
 7        Q    Okay.  And if there's yelling, is that
 8   something you generally can hear?
 9        A    Yes.
10        Q    All right.  Now, going back to -- well, is
11   there any type of microphone for you to hear what's
12   going on in the dorm?
13        A    No.
14        Q    Okay.  Is there any type of loud speaker that
15   you can talk over from the security booth that --
16        A    No.
17        Q    -- speaks into the dorm?
18        A    No.
19        Q    All right.  So, going back to July 20th, 2022,
20   do you remember an incident in which Mr. Currie was --
21             THE WITNESS:  Hello?
22             MR. TARJAN:  Hi.  Can you hear me?
23             THE WITNESS:  Okay, I hear you now.
24   BY MR. TARJAN:
25        Q    Going back to July, 2022, do you remember an
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1   incident in which Mr. Currie was stabbed?

2       A   I know of the incident.  I don't remember it

3   right off.

4       Q   Okay.  So, you have no personal recollection?

5       A   No.

6       Q   Do you remember -- I showed you pictures of

7   Mr. Williams and Mr. Gaddis.  Do you remember them being

8   stabbed on that day?

9       A   Yes.

10      Q   Okay.  Let's break it down.  Do you

11  remember -- what do you remember of Mr. Williams being

12  stabbed?

13      A   I just remember people being taken to our

14  medical area.  I don't remember where they were stabbed

15  or anything.  I just remember everything happened. They

16  were taken to the medical, then taken out to the

17  hospital.

18      Q   And when you say they, you mean Williams and

19  Gaddis?

20      A   Whichever -- all the ones that got stabbed

21  were taken out.

22      Q   Okay.

23      A   They were taken to medical.  So, they were

24  taken at different times.

25      Q   All right.  Who do you remember being stabbed?



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 43

```
 1        A    I know all three were stabbed.

 2        Q    Okay.  Williams, Gaddis, and Currie?

 3        A    Yes.

 4        Q    All right.  What I want to ask you about

 5   really is what you personally observed.  Do you remember

 6   you personally doing anything regarding this incident

 7   back in July 2022?

 8        A    I personally did not observe any of it.  I can

 9   tell you that I went to the hospital with one of them.

10   I cannot remember which one I went to the hospital with.

11        Q    Okay.  When did you go to the hospital with

12   one?

13        A    I don't remember what time we went.

14        Q    I'm sorry?

15        A    I said, I don't even remember what time we

16   went.  I just know that I went to the hospital with one.

17        Q    Okay.  Did you -- we talked about stabbing,

18   but did you, at any point, see anything -- a fight

19   involving mop handles or broom handles?

20        A    No, sir.

21        Q    Okay.  One second.  Now, earlier you said that

22   you believe you were involved, if I have this correct,

23   that you were involved with master roster count, but

24   you're not sure for Dorm P.

25             As we've been talking about this, do you have
```



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    any recollection?  Has anything else come to mind about

2    being involved with the master roster count in Dorm P?

3        A    No, sir.

4        Q    Okay.  So, is it fair to say today, at this

5    point, that you just don't remember what your

6    involvement with master roster count in Dorm P was on

7    July 20th, 2022?

8        A    Yes, sir.  I really don't.

9        Q    All right.  And is it fair to say today that

10   you don't remember seeing any sort of commotion or

11   fighting by any of the inmates on that day?

12       A    No, sir, I do not.

13       Q    If you had turned in the slip with the count,

14   would anyone have recorded -- would your signature have

15   been anywhere on the paperwork?

16       A    If I count it, it would have been on there.

17   Otherwise, if I had just turned in, no.

18       Q    Okay.  And if you count, would it be on there

19   regardless of whether you're assigned to --?

20       A    Yes.

21       Q    Okay.

22       A    If I count it, my name should be on that count

23   slip.

24       Q    Okay.  One second.  Okay.  Okay, I want to

25   share my screen with you.  All right, this is a



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 45

1    document.

2            This was provided by Department of Corrections

3    in a subpoena.  It has been provided by your attorney.

4    The document is itself just called P-DORM OCR.

5            Do you see this on your screen, Sergeant

6    McKinnie?

7        A    The log?

8        Q    Housing unit log, yes.  Can you see that?

9            THE WITNESS:  You still there?

10           MR. TARJAN:  I'm still here.  Did we lose you?

11       Can you hear me?

12           THE WITNESS:  I'm still here.

13   BY MR. TARJAN:

14       Q    Okay.  Do you see on your screen, housing unit

15   log --

16       A    I can hear you.  Can you hear me?

17       Q    Okay, I can.  Do you see on your screen the

18   housing unit log for P-Dorm date 7/20/2022?

19       A    Um-hum.

20       Q    Okay.  And --

21       A    I see it.

22       Q    Okay.  And what time does it start?  Can you

23   see that?

24       A    It starts at 04:00.  What did they write down?

25   04:30.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1        Q    04:30. Okay.  And at that first line, it says,
 2    "Third shift on duty?"
 3        A    Yes.
 4        Q    And then, it says, "The following name staff
 5    received all information and assume the duties and
 6    responsibilities of the housing unit,
 7    Officer D. Green."  Do you see that?
 8        A    Yes.
 9        Q    Okay.  And do you see as well on this third
10    line here, sergeant is circled A. Patterson.  Do you see
11    that?
12        A    Yes.
13        Q    Okay.  And then the initials to the right,
14    D.G.  Do you know who D.G. is?
15        A    That's Green.
16        Q    Green.  Okay.  I'm scrolling to the next page.
17    Okay.  Now, in the middle of this, it says -- I don't
18    know if you can see this line, 10:00 p.m., master roster
19    count announced, P1-81, P2-84, TC-165, and then to the
20    right, D.G.  Do you see that?
21        A    Yes.
22        Q    Okay.  What does that tell you?
23        A    That's the time the count was, it's the count
24    number in total, and Green initialed it.
25        Q    Okay.  If Green initialed, does that mean that
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 47

1    Green did the count?

2        A    Actually, it would be Green and whoever came

3    in with her.  Because two people have to count.

4        Q    Two people have to count?

5        A    Yes.

6        Q    Okay.  How does that work, the count?  How

7    does that -- how is that done?

8        A    You mean about who counts?

9        Q    Yeah, two people have to count.  What is that

10   process?

11       A    Usually one will go out on the floor and count

12   and then they'll come back in and the other person go

13   out and count.

14       Q    Two separate counts?

15       A    It's two separate people counting the same

16   count.  And then they match your count to make sure it's

17   the same thing.

18       Q    Okay.  Do you remember, having looked at this

19   document, anyone who did the count on July 20th for the

20   master count?

21       A    No.

22       Q    Okay.  Do you think that Officer Green was

23   involved in the count having looked at this document?

24       A    Yes.

25       Q    Do you have any idea how she was involved in



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 48

```
 1   the count after looking at this document?
 2        A    I would assume that she counted.
 3        Q    Okay.  And if Officer Patterson was in the
 4   dorm, do you think that she would have been involved
 5   with the count as well?
 6        A    Yes.
 7        Q    If you had been involved in the count at all,
 8   where -- what type of documentation would show that?
 9        A    Usually they would write in that I would have
10   came in to assist with count.
11        Q    Where would they have written that in?
12        A    It should have been right under where they
13   said master roster count.
14        Q    Okay.
15        A    It would say that.
16        Q    Do you see your name anywhere?
17        A    No, I do not.
18        Q    Okay.  What does that tell you because you
19   don't see your name?
20        A    I did not count.
21        Q    Okay.  Is it possible that -- counted and that
22   the paperwork just doesn't reflect that?
23        A    Could be.
24        Q    Okay.  Is there anywhere else that your name
25   would appear having been involved in a count?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1        A     Only on the count slip.

2        Q     What does the count slip look like?

3        A     It's just a rectangular sheet of paper that

4    has the dorm count on it.  It has the time of the count

5    when you count clear.

6        Q     And then, it would have an initial from the

7    person doing the count?

8        A     Actually, it would have both people's names.

9    It would say Signature 1, Signature 2.  It would have

10   both their names on it.

11       Q     And what is that document called?

12       A     It's just called a count slip.

13       Q     Does it say, printed on it, count slip?

14       A     Yes.

15       Q     Okay.  Is it a color other than -- is it like

16   a white sheet of paper?

17       A     Yes.

18       Q     Does it have carbon copies or is it just a

19   single sheet?

20       A     It's just a single sheet.

21       Q     Okay.  And who gets that slip of paper?

22       A     The control room.

23       Q     What do they do with it?

24       A     It's actually put with the other count slips

25   and placed in the files.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 50

1      Q     Okay.  All right.  Do you see the same page at

2    the bottom, Housing Officer signature D. Green?  Is that

3    Ms. --

4      A     Yes.

5      Q     That's Officer Green signature?

6      A     Yes.

7      Q     Okay.  I'm going to stop my share.  Do you

8    remember any investigation of that incident?

9      A     Not with me being involved, no.

10     Q     Are you saying that you weren't involved in

11   the investigation?

12     A     No, I was not.

13     Q     Okay.  Do you remember -- do you know of a

14   Captain Eric Heffner?

15     A     Yes, I do.

16     Q     Did you see Eric Heffner that day as a result

17   of this incident?

18     A     Yes.

19     Q     Okay.  Do you remember speaking to him about

20   this incident?

21     A     Actually, no, because we were just trying to

22   get people out to the hospital.

23     Q     Okay.  When you were trying to get people out

24   to the hospital, did you go into the dorm, into P-Dorm

25   to do that?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    A    I don't know if I escorted someone to the

2    medical department or not.  I know I was at the medical

3    department and I was sitting with someone and I did know

4    that I was going to the hospital.

5    Q    Okay.  So, you're not sure if you escorted

6    someone from P-Dorm to the, what, infirmary?

7    A    Yes.

8    Q    But you do remember going with someone to the

9    hospital?

10   A    Yes.

11   Q    And you don't remember whether it was

12   Mr. Currie?

13   A    I'm not sure which one I went with.

14   Q    Okay.  And how long did you stay at the

15   hospital?

16   A    Until the next shift came.

17   Q    Do you remember the injuries, what you saw of

18   the person you did escort?

19   A    No, I don't.

20   Q    And are you familiar with an Inspector

21   James Winterbern?

22   A    No.

23   Q    Did you -- after this incident, did you -- did

24   anyone contact you from FDC to ask you questions about

25   the incident?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1        A     No, they did not.
 2        Q     Did you yourself ask anyone about the
 3   incident?
 4        A     No, I did not.
 5        Q     The person you escorted to the hospital, how
 6   did you go to the hospital?
 7        A     I'm not sure if I was in the trail vehicle or
 8   in the ambulance.  I really can't remember which one I
 9   was --
10        Q     I'm sorry, you what?
11        A     I'm not sure if I was in the trail vehicle or
12   the ambulance.  I really can't remember which one I was.
13        Q     How long were you at the hospital?
14        A     Until the next shift came.
15        Q     Okay.  Were you in the room with the person
16   who was injured?
17        A     Yes.
18        Q     Do you remember how severe their injuries
19   were?
20        A     I don't remember.
21        Q     Dorm-P Wing 2, were you aware that around that
22   time or just prior to that incident that there were
23   members of gangs living in that dorm?
24        A     There are members of gangs in all of our
25   dorms.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1     Q     I'm sorry?

2     A     There are members of gangs in all the dorms.

3     Q     Okay.  What gangs do you remember as being in

4  Wing 2 P-Dorm?

5     A     I'm not sure.  I've never checked into, which

6  gangs were in what dorms.  All the dorms tend to have

7  gangs in them.

8     Q     When you work in a dorm, does anybody inform

9  you of the status of gang members?  Like, does

10  classification speak to you and say, we think these

11  people are gangs?  Are you alerted in any way?

12     A     No.  On our roster, sometimes they'll have

13  like if it's STG members on that, and you can look it up

14  from there.

15     Q     What number was that?

16     A     STG.  It will be on the --

17     Q     SPG?

18     A     S-T-G.

19     Q     P as in Paul?

20     A     No, S as in Sam, T as in Tangle, G as in Girl.

21  Sometimes, that'll be on our rosters.

22     Q     And what roster are you referring to?

23     A     It's our daily roster with the inmates that we

24  have in there.  That's all the name of our inmates.

25     Q     So, if there's a list of the inmates and what,



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 54

1    there would be a signal that would say STG or some type

2    of status?

3        A    Yes.

4        Q    What does it say?

5        A    If they are, you'll just have a Y.

6        Q    Okay.  Like a Y next to their name?

7        A    No, it'll be further down, but it'll be like a

8    Y on that row.

9        Q    Like the row for the inmates?

10       A    Yes.  I mean, so like -- so, you have an

11   inmate's name, you'll have his DC number, his bunk

12   number, and like his housing job, and somewhere in

13   there, it'll have their -- levels, their housing level,

14   and then it might say STG, yes, which is the Y, and all

15   this other information.

16       Q    Okay.  So, if you see STG, Y, that means yes,

17   that person is a member of a gang?

18       A    Yes.  Which is, I mean, we're not going to

19   know all of them anyway, so it's the ones that we know

20   that will be marked.

21       Q    Are you familiar with the OK Gang?

22       A    I've heard of the OK Gang.

23       Q    What do you know about the OK gang?

24       A    It's supposed to be the gay gang, gay inmates

25   gang.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 55

1      Q    And do you know if any of those people were in

2    the -- in Dorm P, Wing 2?

3      A    I know in Dorm P, Wing 2, they -- I know that

4    there are gay gang -- gay members in there, and some of

5    them are supposed to be in the gang, but I've never

6    checked the paper to see.

7      Q    What was the last thing you said?

8      A    I said, I know that there are some gay inmates

9    in the -- in P-Dorm.  I never checked the roster to see

10   if they were in the gang or not.

11     Q    Okay.  So, you know there were gang members in

12   P2, but you never checked the roster to see?

13     A    Not like, I mean, just to find out, because I

14   mean, you won't know what gang they're in or anything

15   like that.

16     Q    Okay.  Did you know that Mr. Currie was gay?

17     A    Yes, I did.

18     Q    Okay.  How did you feel about that?

19     A    That's not my problem.

20     Q    Okay.  I have to ask.  What it generally is

21   your attitude towards members of the LGBTQ community?

22     A    What about them?

23     Q    What's that?

24     A    I mean, what about them?  They're who they

25   are.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1        Q     Okay.  Did you ever hear Officer Patterson --

2     I'm sorry, did you ever hear Sergeant Patterson say

3     anything derogatory about members of the LGBTQ

4     community --

5        A     No.

6        Q     -- including homosexuals?

7        A     No.

8        Q     Did you ever hear Officer Green say anything

9     derogatory about members of the LGBTQ community,

10    including homosexuals?

11       A     No.

12       Q     Did you ever see either of them act in any way

13    that seemed to be dismissive or derogatory towards

14    members of that community?

15       A     No.

16            MR. TARJAN:  Does anybody need a break?  I

17        don't plan to go that much longer, but Madam Court

18        Reporter?

19            THE WITNESS:  I'm good.

20            THE COURT REPORTER:  I'm good.

21            MR. KVERNE:  I'm okay.

22            THE WITNESS:  I'm good.

23            MR. TARJAN:  Okay.

24    BY MR. TARJAN:

25       Q     As a sergeant or officer, when you see inmate


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    on inmate violence occurring, what are you supposed to

2    do?

3         A    When we call it -- we call emergency traffic,

4    and we get everyone there so we can stop it.

5         Q    You call who?

6         A    Emergency traffic.

7         Q    Okay.  How do you do that?

8         A    We'll get on the radio, and we'll say where we

9    are, like say heat on to -- heat on each unit, stand by

10   for emergency traffic.  They'll tell us to go ahead and

11   then we'll tell them exactly what's going on.

12             You'll let them know if you see weapons or

13   anything or blood or whatever.

14        Q    And is there anything that if you are

15   personally witnessing that violence, are you -- I mean,

16   I understand that you have to maintain officer safety

17   for yourself, but is there something you're supposed to

18   do to try to stop it if you can?

19        A    I mean, if you can get them to stop by just

20   yelling at them, you're going to do that.  But I mean,

21   you can't -- you have to wait till someone else is in

22   there with you.  You can't just go out there.

23        Q    Okay.  So, if you were in the -- if you're in

24   a booth, a security booth, and you're the only officer

25   in that dorm and you see inmate on inmate violence break



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1   out, could you go out and try to stop it yourself?

2       A    No, because you have to be able to let other

3   people in.

4       Q    Okay.  And the way you do that is in the

5   booth?

6       A    Yes.

7       Q    And there's like a buzzer in the booth that

8   you push to let people in?

9       A    Yes.

10      Q    Okay.  When that emergency traffic call takes

11  place, is that being recorded by any system?

12      A    I believe the radio might record it, but I

13  don't know we just call it.  Everyone comes together and

14  then they come in.

15      Q    I'm sorry, it was difficult to hear you. What

16  did you say?

17      A    I said, I don't know if it's recorded on the

18  radio or not.  I just know we call it.  The control room

19  gets everyone to come to that area.  We stage outside

20  the area for everyone to get there and then we go in.

21      Q    Okay.  So, you do a staging outside.

22      A    Yes.

23      Q    And how do you -- when do you decide to go in,

24  how do you know that you have enough people?

25      A    Well, usually it'd be like the first three



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 59

```
 1   people get there or go in.  We have to have more than
 2   one or two people to go in.
 3        Q    Okay.  Now, this incident from
 4   July 20th, 2022, this involved three inmates being
 5   stabbed.  So, clearly there was something going on in
 6   that dorm.  You said that you were Security Nine.  Do
 7   you know if you were called to respond?
 8        A    It was emergency traffic, so everybody was
 9   responding.
10        Q    Okay. So, was there emergency traffic for that
11   incident?
12        A    Yes.
13        Q    Okay.  Does that mean that you responded for
14   that incident?
15        A    Yes.
16        Q    And where would it be record -- well, would it
17   be recorded where?  The people who were involved. Let me
18   start again.
19             For those people who were involved in
20   responding, would their names be written down someplace?
21        A    Usually, I mean, sometimes we don't get
22   everyone's name.
23        Q    Yeah.
24        A    But usually it'd be recorded on the control
25   room log.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 60

1        Q    Okay.  So, usually it's recorded on the

2    control room log who responds to an incident.  How does

3    the record -- how does the control room know who is

4    responding?

5        A    Because usually we'll call on the radio to

6    tell exactly who all has responded.

7        Q    And is that control room log preserved?

8        A    It should be.

9        Q    Okay.  For this particular incident, do you

10    know if an incident report of some kind was written up?

11        A    That would have been done by the captain or

12    someone.

13        Q    Okay.  What is that type of report called?

14        A    An incident report.  And actually, let's see,

15    they do an incident report.  They would have to call

16    EAC.  They should have a CIS for the incident summary

17    done.

18        Q    You said there was an incident report and then

19    before you said CIS, you said something else. What did

20    you say?

21        A    I said they would have to call EAC.

22        Q    E what?

23        A    EAC, E-A-C.

24        Q    What is EAC?

25        A    That's where we report all critical incidents.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1   We call and let them know everything that has happened.

2        Q    Where is -- is that a facility?  Is that

3   located at the facility or is that somewhere else?

4        A    It's somewhere else.

5        Q    Do you know where?

6        A    No, I don't.

7        Q    Okay.

8        A    The captain's call.

9        Q    And what is the CIS?

10       A    Critical Incident Summary.

11       Q    You said what?

12       A    Critical Incident Summary.

13       Q    Oh.  And would the captain write that?

14       A    Yes.

15       Q    So, for this particular incident, there should

16  some -- there should have been a CIS, Critical Incident

17  Summary?

18       A    Yes.

19       Q    Is that the same as the incident report you

20  were speaking about before or is that a separate report?

21       A    That's a separate report.

22       Q    Is that like a POST Use of Force type report?

23       A    No, it's a report on everything that happened,

24  when it happened, who was involved and stuff like that.

25       Q    Okay.  Do you know like the DC numbers for



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1    those reports?

2        A    Not right off.

3        Q    Okay.  So, if you had responded, then it's

4    possible that your name would be in a control room log?

5        A    It's possible.

6        Q    And as we have spoken about this, has your

7    memory been refreshed at all in terms of you responding?

8        A    No.

9        Q    Do you know anything about any video in this

10   incident?

11       A    No.

12       Q    Let me be more specific.  Do you know if any

13   video was recorded?

14       A    I would think that the cameras would have been

15   recording.

16       Q    But did you ever yourself see any video?

17       A    No.

18       Q    Did you hear anyone talk about the video?

19       A    No.

20       Q    Okay.  Would -- if officer -- let me start

21   again.

22            If Sergeant Patterson was in the booth when

23   this incident was taking place, what would Sergeant

24   Patterson have been required to write up afterward?

25       A    She would most likely be doing an incident



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1    report on everything that she saw happen.
 2         Q    So, she would do her own incident report?
 3         A    Yes.
 4         Q    And what about, if Green was present during
 5    the incident, would she have been required to write an
 6    incident report as well?
 7         A    Yes.
 8         Q    All right.  So, anyone who was -- any officer
 9    involved would be required to write an incident report?
10         A    Someone, anyone who witnessed it?
11         Q    Sure.
12         A    Anyone who witnessed it would have to write an
13    incident report.
14         Q    Okay.  What about for Security Nine, people
15    responding?  Are you required to write any type of
16    paperwork?
17         A    Actually, we're just responding.  The captain
18    would write all the other stuff, like the critical
19    incident and all that.
20         Q    The captain would write what?
21         A    The critical incident and all that stuff.
22         Q    Okay.  Are there any other reports that you
23    think would be out there that you haven't told me about?
24         A    Not that I can think of right now.
25         Q    Okay.  Were you a member of the DART team back
```



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 64

1    in July 2022?

2         A    Probably.

3         Q    What is the DART team?

4         A    It's basically a team that, like if we have a

5    problem with the rig field or something like that, if

6    the A Team can't get control of it, they'll call for the

7    DART team.

8         Q    You said if the A Team can't respond?

9         A    Yes.

10        Q    What's the A Team?

11        A    That's our first -- basically, that's the

12   people who first respond to something.  They'll come and

13   try to quell it without having to use a force that much.

14   But I mean, if they can't control it, then they'll call

15   for a DART team.

16        Q    All right.  Were you a member of the A Team

17   back July 20th, 2022?

18        A    I don't remember.

19        Q    Okay.

20        A    But I would respond to most things anyway, so.

21        Q    Okay.  If you had been a member or a member of

22   the A Team, would that have been written down somewhere?

23        A    It should be on the control room log.

24        Q    Okay.  Do you know if any disciplinary reports

25   were issued in this matter?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A    Not that I know of.

2      Q    Okay.  Were you involved in taking anyone to

3   confinement for this matter?

4      A    You said to confinement?

5      Q    Yeah.

6      A    No.

7      Q    You don't -- I'm sorry, you don't know if you

8   were involved -- let me start again.

9           Were you involved in taking anyone to

10  confinement as a result of this incident?

11     A    No, I took people to the hospital.

12     Q    Okay.  Did you ever attend any disciplinary

13  hearings as a result of this incident?

14     A    No.

15     Q    Okay.  Generally speaking, have you ever been

16  disciplined as an FDC employee?

17     A    For what?

18     Q    For infractions.

19     A    I have a, what is it?  I had a verbal

20  reprimand for call-in.

21     Q    For call-in?

22     A    Yes.

23     Q    What does that mean?

24     A    That I was out sick for more than the allotted

25  times.


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1       Q    Okay.  Anything else?

2       A    No.

3       Q    Okay.  Have you ever taken an extended hiatus

4    from FDC?

5       A    No.

6       Q    You previously, I believe, worked for a health

7    agency?

8       A    Yes.

9       Q    What did you do for them?

10      A    I was a human service worker and then I became

11   a BPS and then I was a human service senior supervisor.

12      Q    What type of -- I saw somewhere that maybe you

13   worked with disability, people with disabilities?

14      A    Yes.  Yes.

15      Q    Why did you separate from that job?

16      A    I was tired of that job, and I wanted to do

17   something different.

18      Q    Okay.  Do you separated on good terms?

19      A    Yes.

20      Q    Have you ever worked, besides for FDC, for any

21   other law enforcement agency?

22      A    No.

23      Q    Private security company?

24      A    No.

25      Q    Oh.  I'm going to show you something.  I'm


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   going to share my screen.  This was previously provided

 2   to your attorney as well.

 3            Do you see on your screen a picture of

 4   Delisia Green from LinkedIn.com?

 5       A    Well, can you make it bigger?

 6       Q    Let me try.  How's that?

 7       A    Yeah, that's Green.

 8       Q    That's Green?

 9       A    Yeah.

10       Q    Okay.  Do you know when that picture was taken

11   approximately?

12       A    No, I don't.

13       Q    Does she still look like that today?

14       A    I have no idea.

15       Q    Okay.  That's a very fair answer.  Back in

16   July 2022, did she look approximately like this?

17       A    Yes.

18       Q    Okay.  We're almost done.  Just give me a few

19   seconds here.

20            Did you have any particular call sign with

21   your radio?

22       A    Security Nine.

23       Q    What's that?

24       A    They call you -- they call me the Security

25   Nine.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 68

1      Q    Were there multiple Security Nine people on

2   July 20th or were you the only Security Nine?

3      A    You'll have a Security Nine, Nine Alpha, Nine

4   Bravo, it depends.

5      Q    Do you remember what you were?

6      A    I believe I was Security Nine.

7      Q    So, not like Security Nine Alpha, Security

8   Nine Bravo?

9      A    No.

10      Q    Was anybody else called Security Nine or were

11   you the only person called Security Nine?

12      A    I think Zaltar was there.  So, we might have

13   switched out.  She might have took over Security Nine or

14   I might took over from her.

15      Q    Who else?  Who else?

16      A    Zaltar.  She was -- I think it had her down to

17   O dorm room.  I'm not sure.

18      Q    Can you spell that?

19      A    Z-A-L-T-A-R.

20      Q    Okay.  So, Zaltar was also Security Nine?

21      A    We might have switched out.  I remember

22   thinking that -- I'm thinking she was there.

23      Q    Okay.  So, you think Zaltar was there on

24   July 20th?

25      A    I saw it on the thing.  I remember seeing her



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 69

```
 1   name.  So, we might have switched out.
 2       Q    Okay.  And when you say we might have switched
 3   out, what do you mean?
 4       A    It means like one of us might have took over
 5   from the other.
 6       Q    What's that?  Oh, you took over.  Okay.
 7       A    One of us might have taken over.  Or we might
 8   have just been helping each other out.
 9       Q    And would the -- if they had recorded, you
10   know, the people responding to the dorm, would they have
11   written down your name or would they have just said
12   Security Nine responded?
13       A    I would assume that they would have written
14   down everyone's name.
15       Q    Okay.
16       A    But some people will just write down Security
17   Nine.
18       Q    Okay.  One second.  Now, in the complaint,
19   Mr. Currie claims that Officer Green, he believes it was
20   Green, was doing the count and that he was trying to
21   check out.  Do you know what the phrase check out means?
22       A    Do you check in?
23       Q    Check-in.  Thank you.  Sorry.
24       A    It means he's trying to basically get
25   protected and go to confinement.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1        Q    Okay.  Would that be like administrative

2   confinement?

3        A    Yes.

4        Q    And he claims that Officer Green responded

5   with the words -- well, let me back up.

6             He claims that he was -- you know, his

7   clothing was ripped and he had blood on him.

8             And he asked to check in.  And Officer Green

9   responded with the words, I ain't doing no paperwork.

10  And that she did not assist him.  Did you ever hear

11  Officer Green speaking with Mr. Currie?

12       A    No.

13       Q    Okay.  Did you ever hear anything about

14  Mr. Currie trying to check in?

15       A    Not that I remember.

16       Q    When -- if count is taking place and someone

17  is injured and has blood on them and is asking to check

18  in, what is the officer supposed to do at that point?

19       A    If they have blood on them, they probably

20  should be calling emergency traffic anyway and getting

21  people down there.

22       Q    Okay.  How much blood would have to be on the

23  person to call for emergency traffic?

24       A    I don't know, because I've called emergency

25  traffic, someone just has a speck of blood on them and


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                   Page 71

1   it looked like they were stabbed.

2       Q    Okay.  And is that something that could be

3   done in the middle of count?

4       A    Yes.

5       Q    Okay.  If you stop count to take care of

6   something like that, does the entire count have to be

7   restarted or does everybody just stay in their place?

8   How does that work?

9       A    What do you mean by -- For the dorm count?

10      Q    Yeah.  So, if you're doing like master roster

11  count and an inmate like Mr. Currie were to say, I need

12  to check in, I want to check in, and they have blood on

13  them, and the officer intervenes.  At that point, would

14  the entire master roster count have to be restarted

15  later on?

16      A    Well, after we get an inmate out there, out of

17  there, we'll go and check the count again.  I mean,

18  that's not going to be a big problem because we know --

19  say you have that one inmate taken out, you go back and

20  do your count again.

21           But I mean, all the inmates should have stayed

22  on their bunk, and considering what was going on, they

23  should have been face down on their bunk at that time.

24  And then when you come back, you just sit them back up

25  and do your count again.


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 72

1      Q     Would you start from number one, or would you

2  just pick up where you left off?

3      A     You would have to start from 1 because most

4  likely you're going to forget what your count was.

5      Q     Okay.  And what type of paperwork would you

6  have to do if that inmate requests to check in?

7      A     You would have him fill out a witness

8  statement of exactly why he was checking in.  The

9  medical would do some paperwork on them.  And then we

10  have this paperwork that would be put with the

11  confinement unit.

12      Q     You have to do the paperwork for the

13  confinement unit or they do that separately?

14      A     They'll do that separately, but I mean, I'm

15  going to bring -- like if I take him to medical, he's

16  going to get checked by the nurses, they'll hand me some

17  paperwork, and I'll take it to the confinement unit with

18  them.  And then he -- like I said, he'll have to do a

19  witness report statement.

20      Q     When would he do the witness report?  Later

21  on, or like in medical or before?

22      A     He can do it in medical or he can do it when

23  he gets to the confinement unit.

24      Q     Okay.  So, you would have him write a witness

25  statement, medical would do their own paperwork,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024          Page 73

1   confinement would do their paperwork.  But then, what
2   paperwork would you specifically have to do, like an
3   incident report or what?
4       A    It would depend on -- I mean, if he's been
5   stabbed and you have to do an incident report if there's
6   blood on him.  If it's just him checking in, we just go
7   on and go to medical and then to the confinement unit to
8   make sure he does his witness statement.
9       Q    Okay.  You said, if I understood you, if there
10  was blood on him, you'd have do a -- you'd have to write
11  an incident report?
12      A    I mean, yeah, we may not know what happened,
13  but I mean, we're going to do an incident report saying
14  that, I mean, there was blood visible on him and he
15  wanted to check in.  But I mean, otherwise there's just
16  no blood.
17          I mean, we're going to take him to medical and
18  get him checked in.  It's -- really, all the paperwork
19  is done by them.
20      Q    Okay.  All the paperwork is done by them, but
21  the officer kind of initiating this process, like the
22  person doing the count, you would possibly have to do
23  some paperwork though.  Is that correct?
24      A    It depends on what was happening.
25      Q    Okay.  And do you have to do that paperwork



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    before the end of your shift?

2        A    Usually, yes.

3        Q    When could you do the paperwork another time?

4        A    We try to do all paperwork before the end of

5    the shift.

6        Q    Okay.

7        A    Or during the shift.

8        Q    Okay.  Have you yourself had an inmate ask you

9    to check in?

10       A    Yes.

11       Q    Have you had an injured inmate ask to check

12   in?

13       A    No.

14       Q    Okay.  Have you ever been doing count when an

15   inmate asked you while you were doing the count to check

16   in?

17       A    No.

18       Q    Okay.

19       A    Not that I remember.

20       Q    Do you know if Mr. Currie was taken -- well,

21   directly where to -- let me scratch that.  Do you know

22   where Mr. Currie was taken when he was removed from the

23   dorm?

24       A    They were going to the infirmary.  And then

25   depending on which hospital they were going to, to the



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    hospital.

2         Q    Okay.  But first, you think he went to the

3    infirmary?

4         A    They all went to the infirmary.

5         Q    Do you remember any medical staff going into

6    the unit?

7         A    I don't remember.  I'm pretty sure they had to

8    because they had to bring a stretcher, probably so.

9         Q    Okay.

10        A    If they had to bring a stretcher, then they

11   would have been in there.

12        Q    Okay.  So, we're pretty much almost done on my

13   end.  Mr. Kverne may have some questions for you.

14             But now that we've spent a significant amount

15   of time talking about this, is there anything about

16   July 20th, 2022, that you recall that you haven't told

17   me at this point?

18        A    Not that I can think of.

19        Q    Okay.  And as you're -- and at this point,

20   you're not certain if you did participate in the master

21   roster count at this time?

22        A    No, I'm not.

23        Q    And you're not certain, at this time, whether

24   you observed any fighting for this incident?

25        A    I did not.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1        Q    You did not observe fighting or you're not

2   sure?

3        A    I did not observe fighting.

4        Q    Okay.  Almost done.  Mr. Williams -- had you

5   ever had any situations with Mr. Williams, like negative

6   encounters with Mr. Williams?

7        A    Not that I can think of.

8        Q    What about negative encounters with

9   Mr. Gaddis?

10       A    Not that I can think of.

11       Q    And what generally was your knowledge of

12  Mr. Currie's demeanor?

13       A    I really had never had a problem with him.

14       Q    Okay.  Did you ever see him act violently?

15       A    Not that I remember.

16       Q    Did you ever know of him having issues with

17  any other gangs because he was gay?

18       A    I don't know about any other gangs.  I mean,

19  they've had issues with -- they've moved from one dorm

20  to another to get away from --

21       Q    Do you know of him -- do you know of him

22  having issues with any other inmates because of his

23  being gay?

24       A    Yeah, usually that's probably when he got

25  moved from one dorm to the other.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 77

```
 1        Q     When was that?

 2        A     I don't exactly remember when.

 3        Q     Do you know whether there was a process back

 4   in July of 2022 of moving, trying to separate gay

 5   inmates from, say, Latin Kings and other gangs like the

 6   Netas and MS-13?

 7        A     I know that if someone came and asked for a

 8   move, we'd try to move them.

 9        Q     So, if somebody gay came into a dorm and there

10   were gangs in there and that person felt threatened and

11   asked to move, you would try to move them?

12        A     We'd see if we could get them moved, yes.

13        Q     What did you say?

14        A     Hello?

15        Q     I didn't hear the last thing you said.  I'm

16   sorry.

17        A     I said, we'd see if we could get them moved,

18   yes.

19        Q     You would see if you could get them moved?

20        A     Yes.

21        Q     Do you know if gangs like the Latin Kings had

22   any specific attitudes towards homosexuals?

23        A     I don't think they particularly wanted them

24   around them.  They make a point of not seeing them --

25   with them at lunch or dinner and making sure they
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 78

1    weren't sitting with them.  As for dorm-wise, I mean,

2    they'd rather their bunks not be near theirs.

3        Q    What about in terms of using the bathroom? Are

4    there kind of informal codes of conduct when a gay

5    person can use the bathroom versus when a gang member

6    might be in there?

7        A    Oh, I don't know about that type of stuff.

8        Q    By the way, from the security booth in

9    P-Dorm, are you able to see into the bathroom at all?

10       A    We can see down to the restroom, yes.

11       Q    How far into the restroom can you see, or what

12   part of the restroom can you see, if any?

13       A    I mean, you can see like the front of the

14   restroom area.

15       Q    Can you see any sinks?

16       A    I can see sinks.  You can see where the

17   showers are.

18       Q    Okay.  Are you aware, back in July of 2022,

19   gay inmates doing bird baths at sinks in the bathroom in

20   P-Dorm?

21       A    They're told not to, but there's some that

22   will do it, and you'll have to watch to make sure that

23   they don't.

24       Q    Okay.  If someone is doing a bird bath, are

25   you able to see that they're doing a bird bath from the



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    booth?

2        A    If you look, you might see the sheet up, and

3    you'll tell them, take the sheet down and get from back

4    there.

5        Q    Okay.  You might see the sheet up and say

6    what?

7        A    You'll tell them to take it down and get from

8    back there, because that is -- what it is that when

9    they're doing bird baths, they'll put a sheet up so you

10   can't see them.

11       Q    Okay.

12       A    Which is why you tell them to take that sheet

13   down.

14       Q    If a fight were taking place near the bird

15   bath sinks, would someone in the security booth be able

16   to see that, assuming the sheet was down?

17       A    If the sheet was down, yes.  Probably, I

18   should say.  You should be able to see it, but I mean.

19       Q    Why do you say probably?

20       A    Because usually if something like that's

21   happening, what you'll see is a gang of inmates trying

22   to block the view, and that's -- I meant, that what gets

23   your attention.  Mainly, you'll have a bunch of inmates

24   trying to block your view.

25       Q    You will have -- what was the very last thing



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 80

1    you said?  You'll have what?

2        A    I said, you'll have a bunch of inmates trying

3    to block your view.

4        Q    Would the inmates do that by standing near the

5    security booth window or by standing near the bathroom?

6        A    They'll be by near the bathroom area.

7        Q    Okay.  How many inmates will usually do that?

8        A    It depends.

9        Q    How far is the bathroom from the security

10   booth?

11       A    I'm not exactly sure.

12       Q    Is the view obstructed by bunks?

13       A    There are bunks there, but you can see like on

14   the side of the bunk.

15       Q    Okay.  Is a security booth -- is an officer in

16   a security booth standing basically eye level with the

17   inmates on the dorm floor?

18       A    Yes.

19       Q    If someone was standing at the window?

20       A    Yes.

21       Q    So, it's not like it's elevated, the booth?

22       A    It's not elevated.

23       Q    Okay.  Are the sinks the first thing that you

24   see in the bathroom?

25       A    It depends on which side of the sinks you're



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

1    looking at.

2         Q    Okay.

3         A    See -- I'm sorry.

4         Q    Go ahead.

5         A    From the security booth, the first thing

6    you'll see, as you're looking out over the bunk, you'll

7    see the showers, the sinks there by the showers.  Then

8    you'll see a wall and then there's some other sinks.

9              And then on the other side is like the toilet

10   area.

11        Q    Okay.  But basically, if you're in the booth,

12   you could see -- it's my understanding from talking to

13   you that if you're in the booth, you can see the bird

14   bath area.

15        A    Yes.

16        Q    And this -- are the lights always on in the

17   bathroom?

18        A    They should always be on unless something's

19   wrong.

20        Q    Unless something's wrong?

21        A    Yes.

22        Q    Okay.  And if you were at the opposite side of

23   the security booth on the Wing 1 side, would you still

24   be able to see looking down the booth into that bathroom

25   the same way?



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A     Not clearly, no.

2      Q     Okay.  How are officers supposed to -- how is

3    an officer in P-Dorm security booth supposed to manage

4    when you have two wings to keep an eye on?

5      A     That's usually why they have the camera there

6    as well so that you can, I mean when you're talking to

7    one group you can still look at the camera and check the

8    other group at the same time.

9      Q     And are you allowed to like read a book or a

10   magazine while you're in the security booth?

11     A     No.

12     Q     Are you supposed to be paying attention to

13   what's going on in the dorms at all times?

14     A     Yes.

15     Q     And if your focus were old, example, one,

16   would you have to also take into account Wing 2 and not

17   ignore Wing 2?

18     A     Yes.

19     Q     Is it fair -- Go ahead.

20     A     You're trying to divide your attention between

21   both sides.

22     Q     So, you can never neglect one side or the

23   other, keeping an eye on what's going on?

24     A     No, you cannot.

25     Q     Do you know whether Officer Patterson had any



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 83

```
 1    issues with being observant?

 2        A    I have no idea.

 3        Q    What about Officer Green, do you know of any

 4    issues with her being observant?

 5        A    I have no idea.

 6        Q    All right.  Is there anything that we haven't

 7    discussed about this incident that you think I ought to

 8    know?

 9        A    Not that I can think of.

10        Q    Is there anything about the incident that we

11    just haven't discussed?

12        A    Not that I can think of.

13            MR. TARJAN:  All right.  Mr. Kverne, I yield.

14            MR. KVERNE:  Okay.  Does anyone want to take a

15        break real quick?  Five-minute break?

16            MR. TARJAN:  That's a great idea.

17            MR. KVERNE:  Okay.  Let's take a five-minute

18        break.  I'll be right back.  And I'm going to --

19        then, I'll ask you some questions, okay?

20            THE WITNESS:  Okay.

21            (Thereupon, a short discussion was held off

22        record.)

23            (Deposition resumed.)

24            THE COURT REPORTER:  We're back on the record.

25            MR. KVERNE:  Okay, thank you.
```



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1                        CROSS EXAMINATION

2    BY MR. KVERNE:

3        Q    Good afternoon, Ms. McKinnie.  I have some

4    questions for you, and I'm going to clear up some things

5    that Mr. Tarjan talked with you about.

6             First question, and probably the most

7    important question that I think needs to be addressed,

8    and it was kind of skipped around, were you present

9    during the incident that you're aware of on

10   July 20th, 2022?

11       A    No, I was not.

12       Q    Okay.  What do you know about it?

13       A    I know there was emergency traffic in the

14   dorm.  People had answered, and we ended up going to

15   medical with inmates and going out to the hospital.

16       Q    Okay.  What do you know about the incident

17   itself?  Do you know anything about it?

18       A    No, I do not.

19       Q    Okay.  All right.  Another question that I

20   have, and this is kind of going to where you were.  You

21   said you weren't certain if you were present or you had

22   assisted with count in P-Dorm at some point, correct?

23       A    Yes.

24       Q    Okay.  I'm going to share my screen with you.

25   I'm going to show you something.  Mr. Tarjan talked with



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 85

```
1    you about this previously.

2            Do you recognize this document, my screen?

3    A    Yes.

4    Q    Okay.  And I've highlighted your name

5    obviously in yellow here, right.  It says you were the

6    sergeant of Dorm M.

7            Is that correct?

8    A    Yes.

9    Q    So, you were the Dorm M sergeant that day?

10   A    That's correct.

11   Q    This was Wednesday, July 20th, and that's the

12   shift that you were on, right?

13   A    Yes.

14   Q    Okay.  Where in relation to P-Dorm is M-Dorm?

15   A    It's across the courtyard.  Well, let's see.

16   Let me figure my sides out.

17           O and P are at the -- on the east side of the

18   compound, and M and O are on the west side.  And between

19   the two are -- is the chow hall.

20   Q    Okay.  You said O and P -- you said O twice,

21   so just to clarify.

22   A    M and N are on the west side.  O and P are on

23   the north side.

24   Q    Okay.  So, --

25   A    I'm sorry, you know, east side.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 86

```
 1       Q    So to get from O-Dorm to P-Dorm, how would you
 2   have -- how would you have to walk through the
 3   institution to get there?
 4       A    To get from O-Dorm to P-Dorm, it's just across
 5   the street.  I mean, it's right across from each other.
 6   To get from M-Dorm to P-Dorm, I have to go across the
 7   compound.
 8       Q    Okay, so sorry.  From M-Dorm to P-Dorm, you'd
 9   have to go across the compound?
10       A    Yes.
11       Q    So, M-Dorm and P-Dorm are two separate
12   buildings on the compound?
13       A    Yes.
14       Q    So, you would have to exit M-Dorm to get to
15   P-Dorm?
16       A    Yes.
17       Q    Okay.  So, that's the first thing.
18       A    Okay.
19       Q    All right.  Now, I'm going to show -- share my
20   screen again, and I want to talk with something else.
21   That was done.  Mr. Tarjan talked about this a little
22   bit.
23            You see it where it says 1020 here, and it
24   says emergency traffic P-Dorm?
25       A    Yes.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 87

1      Q    Right.  So, that's the emergency traffic that

2  you talked about that they would have been calling in,

3  documented on this log, right?

4      A    Yes.

5      Q    So, is this your understanding of when that

6  incident was occurring?

7      A    Yes.

8      Q    And that would have been the incident that you

9  responded to on that date?

10     A    Yes.

11     Q    Okay.  So, if you were in M-Dorm, what would

12 have been your -- sorry, what would have been your

13 responsibilities as a sergeant in M-Dorm?

14     A    Oh, I was already -- we've been doing my

15 counts for the dorm.  And we were on a --, so that mean

16 we had to do head count and like basically we get our

17 roster and make sure that every inmate is in there, it's

18 correct inmate by that.  So, I've been doing that count.

19     Q    So, you would have been doing the count in

20 M-Dorm, right?  Because that was at 10:00 p.m. right

21 here, right?

22     A    Yes.

23     Q    So, you would have done the count in M-Dorm,

24 and then to be involved in any type of count in P-Dorm,

25 you would have had to exit the M-Dorm and walk across



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                Page 88

1    the compound to get to P-Dorm?

2        A    Yes.

3        Q    Okay.  But at 10:20, there was an emergency

4    traffic call in P-Dorm, correct?

5        A    Yes.

6        Q    And you did respond to that at some point?

7        A    Yes, sir.

8        Q    Do you remember if you had conducted --

9    finished count in your dorm by the time you were

10   responding to that?

11       A    I believe I had, sir.

12       Q    Okay.  So, you had finished counting in your

13   dorm, and then your recollection is the emergency call

14   came through?

15       A    Yes.

16       Q    About how far distance-wise is M-Dorm and

17   P-Dorm from each other?

18       A    Oh, I'm not sure.  I don't know.  Let's see.

19   Go through one gate.  You've got to go past this chow

20   hall.

21            Then you've got to go through another gate.

22   Then you have to go through another gate.  It's a little

23   ways.

24       Q    Okay.  Can you provide me an estimate of maybe

25   how long it would have normally taken to get from M-Dorm



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024          Page 89

1   to P-Dorm?

2       A    No, I can't.  I just -- I mean, it really

3   depends, and I really don't.

4       Q    Okay.  That's fair.  All right.  So, there's

5   that.  Now, I want to talk to you a little bit about

6   because he had, Mr. Tarjan was asking me some questions

7   about the protocol involving a fight with inmates,

8   right.

9            He asked you some questions about that?

10      A    Yes.

11      Q    Okay.  So, if there were a fight with inmates

12  in a dorm and there were two officers present, so the

13  sergeant and the person in the bubble, right, those

14  would have been present at all times?

15      A    I'm not going to say they were present at all

16  times, but they would have been present.

17      Q    Okay.  At least one of them would have been in

18  the bubble at all times, though, right?

19      A    Yes, yes.

20      Q    Okay.  And the bubble, I mean, I'm using

21  interchangeably for the officer station.

22      A    Yes.

23      Q    Okay.  If a fight had broken out and that

24  fight had broken out involving weapons, what would have

25  been the protocol in that circumstance?


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      A    We're still going to be calling emergency

2  traffic until and exactly everything we see.

3      Q    Okay.  So, if there was a solo officer in the

4  bubble and no other -- and the sergeant was not present

5  at the time, what would have been the responsibilities

6  of the officer in the bubble?

7      A    When you call emergency traffic, you let

8  everyone know that there's -- if you see weapons or

9  weapons present, blood present, so that when they're

10  outside station, they know what they're going into.

11      Q    Does that -- is that officer expected to leave

12  the bubble to become involved?

13      A    No.

14      Q    Why?

15      A    Because someone needs to be able to open the

16  door.

17      Q    So, the person has to remain in the bubble to

18  be able to open the door?

19      A    Yes.  They got to where our doors are.  They

20  are always closed to be secure.  So, in order for you to

21  get in, you have to pop the door.

22      Q    So, the person in the bubble is expected to

23  remain in the bubble?

24      A    Yes.  So, that they can pop the door so other

25  people can get in.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1      Q    Okay.  And if that person left the bubble,

2    would other people be able to get in?

3      A    See, that's the thing.  I mean, she may have a

4    key to the door, but what we're looking at is that if

5    she steps out that door, you're letting other inmates be

6    able to get into other areas.

7            So, like we have our MK4s and stuff in there.

8    You're leaving that open or whatever.  Even if you try

9    to go to unlock the door, what if someone attacks you?

10            That's why you're supposed to stay inside and

11    just pop the door open.

12      Q    So, based on your training experience, the

13    person that's inside the bubble is trained and taught

14    specifically to remain there and report on the goings on

15    inside the dorm?

16      A    Yes.

17            MR. TARJAN:  Objection as to form.  But you

18        can answer.

19    BY MR. KVERNE:

20      Q    Okay.  All right.  Now, if there's a second

21    person present, right, and they are also in the bubble

22    with that other person.  What is the second person's

23    responsibility?

24      A    Well, usually you're supposed to wait for

25    someone else to be there so you're not going out there



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 92

1  by yourself.  So, once again, I may say something

2  happens and the inmate attacks you, but you're out there

3  by yourself.

4      Q    Okay.

5      A    So, we try to have more than one person

6  entering the area at the same time.  I mean, you can be

7  there, several people will go out there and try, but I

8  mean, we're supposed to be looking at the safety of the

9  officer as well as trying to get to that inmate.

10     Q    So, there's a concern that possibly if an

11  officer entered the dorm, him or herself, they could

12  possibly be harmed themselves?

13     A    Yes.  Because I mean, there's always a chance

14  that they may be just stay in the dorm to get the

15  officer out there to attack them.

16     Q    Okay.  Do the officers themselves, are they

17  assigned weapons?

18     A    What do you mean by weapons?

19     Q    So, do they have any -- well, let's start. Do

20  they have pepper spray on them?

21     A    We have pepper spray.

22     Q    Okay.  Do they have any type of gun that

23  utilizes bullets or any type of other type of weapon

24  that could be utilized to defend themselves other than

25  the pepper spray?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                Page 93

1      A    No, sir.  All we have is pepper spray and

2   handcuffs.

3      Q    Okay.  You mentioned earlier that the MK4s

4   were kept in the bubble.

5      A    That's the pepper spray.

6      Q    That's pepper spray?

7      A    Yes.

8      Q    Okay.  Is that different from the pepper spray

9   that the officers usually have access to?

10     A    No.

11     Q    Okay.  It's the same type of thing, though?

12     A    Yes.

13     Q    Okay.  Mr. Tarjan had also talked with you

14   about conducting count in a dorm and the need to finish

15   the count and then basically movement of some inmates

16   during that time, right?  You talked about that,

17   remember?

18     A    Yes.

19     Q    Okay.  So, you said that it wouldn't have been

20   a big deal if it was a single inmate as it relates to

21   conducting count because it would just be minus one,

22   right?

23     A    Basically.

24     Q    Okay.  So, in a situation that where there's a

25   fight involving multiple inmates, where there are


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1   injuries to inmates, would that affect the ability to

2   count, to conduct and finalize count?

3       A    Yes, because I mean, even though you're going

4   to stop count, you get the moves done and then you'll

5   just redo your count.

6       Q    So, the -- that a fight or something

7   involving, an attack involving multiple inmates, and

8   that would affect the ability to conduct the count at

9   that time?

10      A    Yes.

11      Q    And would that delay the ability to finalize

12  count?

13      A    Yes.

14      Q    Okay.  There was also a little bit of talk

15  about the -- what you can see from the bubble, right? He

16  talked with you about that a little bit?

17      A    Yes.

18      Q    Okay.  So, he talked with you a little bit

19  about what you can see in the bathroom from the bubble,

20  right?

21      A    Yes.

22      Q    Can you see inside the bathroom from anywhere

23  in the bubble?

24      A    It depends on how far in the bathroom you're

25  looking for.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                Page 95

1    Q    Okay.  So, --

2    A    I mean, we can see it at the beginning of the

3    bathroom.

4    Q    Let's say you're on the P1 side and you're

5    looking at P -- in the P1-Dorm.  Can you see fully

6    inside the P2 bathroom?

7    A    Not necessarily.

8    Q    Okay.  So, you would also indicate that you

9    may not be able to hear every single conversation going

10   on, right?

11   A    Yes.

12   Q    If inmates are inside the bathroom, would that

13   affect your ability to be able to hear the conversation

14   that they're having?

15   A    Yes.

16   Q    Okay.  Would you be able to hear everything

17   that was going on inside the bathroom at all times?

18   A    No.

19   Q    Okay.  You would also talked a little bit

20   about like inmates block -- like a dead giveaway of

21   something going on in the bathroom would be like inmates

22   blocking the doorway to the bathroom, right?

23   A    Yes.

24   Q    If there were a couple of inmates inside the

25   bathroom, but none blocking it and they were talking,



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

1    would that arouse any type of suspicion?

2        A    Not necessarily.

3        Q    Okay.  And if there was no sheet at the time

4    when there were three inmates were on -- were inside the

5    bathroom, would that arouse any type of suspicion?

6        A    If there was no sheet, no.

7        Q    Okay.  There was also a little bit of talk

8    about the slip and possible count and stuff like that.

9    If your name is not on the count paperwork, right.  You

10   said that it's potential that you could have been

11   involved, that a person could have been involved, right?

12       A    Yes.

13       Q    Because they could have possibly been involved

14   in the turning over the slips, right?

15       A    Yes.

16       Q    How likely is it that that person's name would

17   not have been on that paperwork?

18       A    If they were just picking up the count slip,

19   it wouldn't be.

20       Q    Okay.  But if they were involved in the count

21   itself, how likely would it be that their name would not

22   be invo -- would not be on that paperwork?

23       A    Someone might have asked them, "Hey, come

24   check our account for us because we got this, we got

25   this, we want to make sure."



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 97

 1        Q    Okay.  Would that person's name be on that
 2    paperwork?
 3        A    Not necessarily.
 4        Q    Okay.  Would you normally call, if you
 5    were -- if you were asking for a check like that, who
 6    would the normal P person call, the person in P-Dorm,
 7    who would they call to assist with the count?
 8        A    Oh, usually, it's the person in O-Dorm.
 9        Q    Okay.  So, it wouldn't be the person in
10    M-Dorm?
11        A    No.
12            MR. KVERNE:  Okay.  One moment.  Okay,
13        Ms. McKinnie, I don't have any further questions.
14        Thank you.
15            THE WITNESS:  Okay.
16            MR. TARJAN:  I have some follow-up questions.
17        Sorry.
18            THE WITNESS:  Yeah.
19                    RE-DIRECT EXAMINATION
20    BY MR. TARJAN:
21        Q    Mr. Kverne, when he began his questioning,
22    asked you whether you were present during the incident,
23    and you said no, okay.  Now, clearly a bunch of things
24    happened that night, correct, on July 20th?
25        A    Yes.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 98

```
1        Q    All right.  So, to be specific, were you

2   present during any fighting?

3        A    No, sir, I was not.

4        Q    Okay.  Were you present during any part of the

5   master count?

6        A    I believe I went in there, but I'm not sure.

7        Q    You said you believe you went in there, into

8   Dorm P?

9        A    Yes, but I'm not sure.

10       Q    So, you're not sure whether you were present

11  during the master count in Dorm P?

12       A    No, I'm not sure.

13       Q    Okay.  Mr. Kverne showed you, and I'm going to

14  share my screen for a second to basically the same

15  thing.  Mr. Kverne showed you the P-Dorm Housing Unit

16  Log for July 20th, 2022, and do you see that on your

17  screen?

18       A    Yes.

19       Q    Now, you see there's a line, as we discussed

20  before, 10:00 p.m., master roster count announced with

21  various numbers?

22       A    Yes.

23       Q    And then below that, 10:20 p.m., Emergency

24  Traffic P-Dorm, do you see that?

25       A    Yes, yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024                    Page 99

1        Q     Does that mean that the emergency traffic

2   P-Dorm initiated at 10:20, or that somebody wrote in at

3   10:20, that something was happening?  Like, why would

4   the time be 10:20 p.m. for that entry?

5        A     Because that is usually the time that it

6   happened.

7        Q     That's the time that it happened?

8        A     Yes.

9        Q     Emergency traffic?

10       A     Emergency traffic, yes.

11       Q     Does that mean that's the time that the

12  emergency traffic call went out or that whatever the

13  incident itself was, began?

14       A     That's the time they call emergency traffic.

15       Q     Okay.  And you -- when a call goes out for

16  emergency traffic, there are people responding from all

17  different parts of the facility?

18       A     Yes.

19       Q     Okay.  And as Mr. Kverne just discussed with

20  you, some of those units are not directly across the way

21  from Dorm P?

22       A     Exactly.

23       Q     Okay.  How long does it take to walk from

24  Dorm M to Dorm P, just at a normal stroll?

25       A     I'm not sure.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 100

```
 1        Q    Does it take one minute, five minutes, 10
 2   minutes, 15, 30, approximately?
 3        A    Probably about five.
 4        Q    Okay.  All right.  And then once you -- once
 5   that call happens, it takes time for people to assemble,
 6   correct?
 7        A    Yes.
 8        Q    And you have to have enough people before you
 9   can go into the unit, correct?
10        A    Yes.
11        Q    Okay.  And how long might, not necessarily
12   that evening, but how long might you wait for other
13   people to arrive to assemble?
14        A    It's usually not that long.
15        Q    Like what?
16        A    Maybe three minutes, depending on where
17   they're coming from.
18        Q    Okay.  What's the longest you've ever had to
19   wait for an assembly before proceeding into a dorm
20   because of an emergency traffic?
21        A    I'm not sure.
22        Q    Half hour?
23        A    No.
24        Q    20 minutes?
25        A    No.
```



UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 101

1      Q      10 minutes?

2      A      --.  Five minutes at the most, that's

3   probably.

4      Q      Okay.

5      A      Usually, if you're -- it's going to be

6   someone -- there's someone coming from everywhere, so

7   usually it doesn't take that long.

8              MR. TARJAN:  Okay.  All right.  I have no

9        further questions.

10             MR. KVERNE:  I don't have any questions.

11             MR. TARJAN:  All right, Mr. Kverne, I assume

12        you want to preserve her right to read?

13             MR. KVERNE:  Yes, sir.

14             MR. TARJAN:  Do you want to explain that to

15        her or just tell her later?

16             MR. KVERNE:  I can tell -- I can tell her now.

17        So, what we're going to do is we're going to

18        request a copy of the transcript, but ultimately,

19        we want to make sure the transcript is correct,

20        obviously.

21             So, we're going to get a copy of it, and we're

22        going to give you a read -- we're going to allow

23        you to read it to make sure that everything that is

24        stated by the Court Reporter is correct in the

25        transcript, and I'm going to give you a copy of it



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 102

```
 1      to review.

 2          If there's any issues or anything, there's

 3      going to be a sheet called an Errata Sheet that you

 4      can fill out where you can make changes.  Like the

 5      types of changes would be like, let's say you said

 6      he and the Court Reporter recorded she, as an

 7      example, and that was incorrect.  You could make

 8      those types of changes on it to make sure that it's

 9      accurate.

10          Once that's done, we'll get it back to the

11      Court Reporter.  The Court Reporter will finalize

12      it and then basically provide us the final copy of

13      the transcript, okay?

14          THE WITNESS:  Okay.

15          MR. TARJAN:  I do have one last question.  I

16      apologize.

17          MR. KVERNE:  All right, go ahead.

18  BY MR. TARJAN:

19      Q    On July 20th, 2022, Sergeant McKinnie, do you

20  remember how long it took for people to assemble to

21  respond to this incident?

22      A    No, I don't.

23          MR. TARJAN:  All right, no further questions.

24          MR. KVERNE:  Okay.

25          THE COURT REPORTER:  And Mr. Tarjan, before we
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024          Page 103

```
 1        go off the record, can you please mark Exhibit A?

 2            MR. TARJAN:  Oh, I did not introduce Exhibit

 3        A.

 4            THE COURT REPORTER:  So, we're just going to

 5        do B through D?

 6            MR. TARJAN:  Yes.  I'm trying to keep them

 7        consistent.

 8            THE COURT REPORTER:  Okay.

 9            MR. TARJAN:  Are we off the record?

10            THE COURT REPORTER:  No.  Are you going to

11        order today?

12            MR. TARJAN:  I will order.

13            THE COURT REPORTER:  Okay.  And Mr. Kverne,

14        you said you're going to order as well?

15            MR. KVERNE:  We will order a copy.  We just

16        need an electronic copy.  We do not need a hard

17        copy.

18            THE COURT REPORTER:  Okay.

19            MR. TARJAN:  Same.  Same.

20            THE COURT REPORTER:  Okay.

21            MR. TARJAN:  Madam Court Reporter --

22            (Thereupon, a short discussion was held off

23            record.)

24            (Deposition resumed.)

25            THE COURT REPORTER:  We're back on the record.
```



**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 104

```
 1            MR. TARJAN:  Okay.  So, at this time, I'd like

 2      to move into the record the Daily Security Roster

 3      for Wednesday, July 20th, 2022, which is

 4      Plaintiff's Exhibit P.

 5            MR. KVERNE:  No objection.

 6            (Thereupon, Plaintiff's Exhibit P was entered

 7            into the record.)

 8            MR. TARJAN:  And I'm also going to enter into

 9      the record, the Housing Unit Log for --

10            MR. KVERNE:  The same date, right?

11            MR. TARJAN:  Yeah, I'm trying to just see if I

12      had broken out.  I had also has the other days. We

13      have about five days.

14            So, I'll just -- I use the whole things and I

15      scrolled through it.  So, Plaintiff's Exhibit N

16      will be the P-Dorm Housing Unit Log.

17            MR. KVERNE:  No objection.

18            (Thereupon, Plaintiff's Exhibit N was entered

19            into the record.)

20            MR. TARJAN:  That's all I've got.

21            THE COURT REPORTER:  Okay.  We're off the

22      record.

23            (Deposition concluded at 04:30 p.m.)

24            (Reading and signing of the deposition by the

25            witness has been reserved.)
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 105

```
 1              CERTIFICATE OF REPORTER

 2  STATE OF FLORIDA

 3  COUNTY OF ORANGE

 4

 5      I, MARIA ALVIS, Court Reporter and Notary Public

 6  for the State of Florida, do hereby certify that I was

 7  authorized to and did digitally report and transcribe

 8  the foregoing proceedings, and that the transcript is a

 9  true and complete record of my notes.

10      I further certify that I am not a relative,

11  employee, attorney or counsel of any of the parties, nor

12  am I a relative or employee of any of the parties'

13  attorneys or counsel connected with the action, nor am I

14  financially interested in the action.

15      Witness my hand on this 28th day of October, 2024.

16

17

18

19

20

21

22
    _____
23  MARIA ALVIS, CER, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA

24

25
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1                     CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF ORANGE

 4

 5      I, MARIA ALVIS, the undersigned authority, certify

 6   that MICHELLE MCKINNIE, appeared before me remotely

 7   pursuant to Florida Supreme Court Order AOSC20-23 and

 8   was duly sworn on the 15th day of October, 2024.

 9

10      Witness my hand on this 28th day of October, 2024.

11

12

13

14

15   _____
16   MARIA ALVIS, CER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
17   Commission No.:  HH 500113
     Commission Exp:  03/05/2028
18

19

20

21

22

23

24

25
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   DATE:      OCTOBER 28, 2024
     TO:        MICHELLE MCKINNIE
 2   C/O
                ERIK D. KVERNE, ESQUIRE
 3              FLORIDA OFFICE OF THE ATTORNEY GENERAL
                PL-01 THE CAPITOL
 4              TALLAHASSEE, FLORIDA 32399

 5   IN RE:   DEVON CURRIE v. MICHELLE MCKINNIE, et al.
     CASE NO:  5:23-CV-183-TKW/MJF
 6
     Dear MS.  MCKINNIE,
 7
          Please take notice that on the 15th day of October,
 8   2024, you gave your deposition in the above-referenced
     matter.  At that time, you did not waive signature. It
 9   is now necessary that you sign your deposition. You may
     do so by contacting your own attorney or the attorney
10   who took your deposition and make an appointment to do
     so at their office.  You may also contact our office at
11   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
     for further information and assistance.
12        If you do not read and sign your deposition within
     thirty (30) days, the original, which has already been
13   forwarded to the ordering attorney, may be filed with
     the Clerk of the Court.
14        If you wish to waive your signature, sign your name
     in the blank at the bottom of this letter and promptly
15   return it to us.

16   Very truly yours,

17   MARIA ALVIS, CER, Court Reporter
     Universal Court Reporting
18   (954)712-2600

19
     I do hereby waive my signature.
20

21

22

23   _____
24   MICHELLE MCKINNIE
     CC: VIA TRANSCRIPT:
25                              JOSHUA TARJAN, ESQUIRE
                                ERIK D. KVERNE, ESQUIRE
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024                    Page 108

```
1   Errata Sheet

2

3   NAME OF CASE: Devon Currie vs Michelle Mckinnie

4   DATE OF DEPOSITION: 10/15/2024

5   NAME OF WITNESS: Michelle McKinnie

6   Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                      _____
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**0**

**02:00**
5:9

**04:00**
14:24,25 20:22
45:24

**04:30**
45:25 46:1 104:23

**1**

**1**
28:5 29:23 30:7,24
32:13,15,19,25
33:25 49:9 72:3
81:23

**10**
31:25 32:8 100:1
101:1

**100**
31:25

**1020**
86:23

**10:00**
24:17,18,19 46:18
87:20 98:20

**10:20**
88:3 98:23 99:2,3,
4

**12**
37:9,11

**12:00**
14:24,25

**12:30**
20:22

**15**
5:2 100:2

**15th**
5:8

**2**

**2**
9:21 27:16 28:5,
10,11 29:19,20
30:5,6,18,25 31:9,
15 32:14,19,22
33:2 49:9 52:21
53:4 55:2,3 82:16,
17

**20**
100:24

**2022**
9:21,25 11:10
14:10,20 18:9 20:6
21:13 23:20 34:22
37:3,12,19 38:13
41:19,25 43:7 44:7
59:4 64:1,17 67:16
75:16 77:4 78:18
84:10 98:16
102:19 104:3

**2024**
5:2,8

**20th**
9:21,25 11:10
14:20 18:9 20:6
21:13 23:20 25:8
41:19 44:7 47:19
59:4 64:17 68:2,24
75:16 84:10 85:11
97:24 98:16
102:19 104:3

**3**

**30**
32:8,10 100:2

**5**

**50**
31:25

**5:23-CV-183-
TKW/MJF**
5:13

**7**

**7/20/2022**
45:18

**A**

**A-N-T-O-I-N-E-T-
T-E**
13:1

**a.m.**
14:25 20:22

**ability**
7:16,18,25 94:1,8,
11 95:13

**able**
33:15 34:1,4 35:6,
7,12,13,18,23
36:1,3,11,12,15
38:13 39:17 40:5,
10 58:2 78:9,25
79:15,18 81:24
90:15,18 91:2,6
95:9,13,16

**about**
9:9 10:14,22 11:24
12:16,18,21 13:8
14:4,8 20:9 21:12,
13 24:1,9,12,25
30:14 35:4 37:17,
18,24 38:7,8 43:4,
17,25 44:1 47:8
50:19 51:24 52:2

54:23 55:18,22,24
56:3,9 61:20 62:6,
9,18 63:4,14,23
70:13 75:15 76:8,
18 78:3,7 83:3,7,
10 84:5,12,16,17
85:1 86:21 87:2
88:16 89:5,7,9
93:14,16 94:15,16,
19 95:20 96:8
100:3 104:13

**access**
93:9

**account**
82:16 96:24

**accurate**
102:9

**across**
30:4 32:6 85:15
86:4,5,6,9 87:25
99:20

**act**
56:12 76:14

**activity**
40:6

**actually**
19:10,25 21:1 47:2
49:8,24 50:21
60:14 63:17

**addressed**
84:7

**adjudication**
8:19

**adjusted**
37:16

**administrative**
70:1

**affect**
7:15,18 94:1,8
95:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**African**
26:18,19,20

**after**
5:5 30:1 48:1
51:23 71:16

**afternoon**
6:1 24:11 84:3

**afterward**
62:24

**again**
18:7 38:12 59:18
62:21 65:8 71:17,
20,25 86:20 92:1

**agency**
66:7,21

**ahead**
6:12 15:8 57:10
81:4 82:19 102:17

**ain't**
70:9

**alcohol**
7:13

**alerted**
53:11

**all**
5:16 6:9 7:12,21
8:10,21 9:24 12:5
14:20 15:12,14
16:22 18:23 22:20
23:19 24:18 29:16
30:20 31:4 33:11
37:9,15 38:9
39:16,21 41:10,19
42:20,25 43:1,4
44:9,25 46:5 48:7
50:1 52:24 53:2,6,
24 54:14,19 60:6,
25 62:7 63:8,18,
19,21 64:16 71:21
73:18,20 74:4 75:4
78:9 82:13 83:6,13

**amount**
33:8 75:14

**announced**
46:19 98:20

**another**
22:25 34:6 74:3
76:20 84:19 88:21,
22

**answer**
7:1,16,25 8:7
26:15 67:15 91:18

**answered**
84:14

**Antoinette**
12:25 13:3 20:10

**any**
7:7,13 8:17,19 9:7,
10 10:2,5,13 11:13
12:7,22 13:11
21:16 22:4 23:9,
14,16,22 25:22
26:2 27:1,3 36:8,9
41:11,14 43:8,18
44:1,10,11 47:25
50:8 53:11 55:1
56:12 58:11 62:9,
12,16 63:8,15,22
64:24 65:12 66:20
67:20 75:5,24
76:5,17,18,22
77:22 78:12,15
82:25 83:3 87:24
92:19,22,23 96:1,5
97:13 98:2,4
101:10 102:2

**anybody**
28:16 53:8 56:16
68:10

**anyone**
9:16 22:24 25:24
44:14 47:19 51:24
52:2 62:18 63:8,

**amount**
84:19 86:19 89:4,
14,15,18 91:20
93:1 95:17 98:1
99:16 100:4 101:8,
11 102:17,23
104:20

**allotted**
65:24

**allow**
33:22 101:22

**allowed**
82:9

**allowing**
40:15

**almost**
67:18 75:12 76:4

**Alpha**
68:3,7

**already**
28:21 87:14

**also**
6:25 20:18 23:1
27:2 68:20 82:16
91:21 93:13 94:14
95:8,19 96:7
104:8,12

**altercations**
10:6

**Alvis**
5:14

**always**
81:16,18 90:20
92:13

**ambulance**
52:8,12

**American**
26:18,19,20

**amicable**
10:12

**anything**
7:3,24 9:13 32:21
42:15 43:6,18 44:1
55:14 56:3,8
57:13,14 62:9 66:1
70:13 75:15 83:6,
10 84:17 102:2

**anyway**
54:19 64:20 70:20

**anywhere**
19:6 21:23 22:15
37:15 44:15 48:16,
24 94:22

**Apalachee**
8:25 9:20 18:8

**apologize**
19:1 102:16

**appear**
48:25

**approximately**
5:8 13:23 32:1
37:5 67:11,16
100:2

**area**
28:24 40:18 42:14
58:19,20 78:14
80:6 81:10,14 92:6

**areas**
91:6

**around**
11:12 18:24 36:4,
10 37:3 38:12
52:21 77:24 84:8

**arouse**
96:1,5

**arrive**
100:13

**ask**
6:22,25 7:1,7,8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

8:4,16 12:24 17:9,
16 23:7 26:13 31:1
38:1 43:4 51:24
52:2 55:20 74:8,11
83:19

**asked**
31:19 70:8 74:15
77:7,11 89:9 96:23
97:22

**asking**
34:6 70:17 89:6
97:5

**assemble**
100:5,13 102:20

**assembly**
100:19

**assigned**
14:11,15,16,18
15:2 18:17 44:19
92:17

**assignment**
18:20

**assist**
25:2 48:10 70:10
97:7

**assisted**
84:22

**assume**
8:7 46:5 48:2
69:13 101:11

**assuming**
79:16

**attack**
92:15 94:7

**attacks**
91:9 92:2

**attend**
65:12

**attention**
79:23 82:12,20

**attitude**
55:21

**attitudes**
77:22

**attorney**
6:9 9:9 45:3 67:2

**aware**
52:21 78:18 84:9

**away**
35:10 36:6,7 76:20

---

### B

**back**
14:10,20 18:3 20:5
24:9 25:8 30:4
31:6,12,14 34:22,
25 37:2,11,18
38:12 39:5 41:10,
19,25 43:7 47:12
63:25 64:17 67:15
70:5 71:19,24 77:3
78:18 79:3,8
83:18,24 102:10
103:25

**bank**
35:2

**Barely**
15:7

**based**
91:12

**basically**
6:18 14:12 19:6
30:21 31:8 33:1
64:4,11 69:24
80:16 81:11 87:16
93:15,23 98:14
102:12

**bath**
78:24,25 79:15
81:14

**bathroom**
78:3,5,9,19 80:5,6,
9,24 81:17,24
94:19,22,24 95:3,
6,12,17,21,22,25
96:5

**baths**
78:19 79:9

**bay**
29:3

**became**
66:10

**because**
10:15 14:12 22:7
26:7,19 40:14 47:3
48:18 50:21 55:13
58:2 60:5 70:24
71:18 72:3 75:8
76:17,22 79:8,20
87:20 89:6 90:15
92:13 93:21 94:3
96:13,24 99:5
100:20

**become**
14:1 90:12

**bed**
36:14,16

**bedding**
28:24

**beds**
33:9,10,12,18,22

**before**
6:7 7:1,3,9 13:20
31:19 39:8 60:19
61:20 72:21 74:1,4
98:20 100:8,19
102:25

**began**
97:21 99:13

**beginning**
95:2

**behalf**
5:18,20

**believe**
23:24 24:22 25:2
34:21 43:22 58:12
66:6 68:6 88:11
98:6,7

**believes**
69:19

**below**
98:23

**beside**
33:15

**besides**
23:17 66:20

**between**
9:8 20:24 24:7
28:5 82:20 85:18

**big**
29:3 36:20 71:18
93:20

**bigger**
16:9 67:5

**bird**
78:19,24,25 79:9,
14 81:13

**bit**
39:19 86:22 89:5
94:14,16,18 95:19
96:7

**black**
34:18,19,21,23

**block**
79:22,24 80:3
95:20

**blocked**
33:4

**blocking**
32:21 95:22,25


**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

**blood**
57:13 70:7,17,19,
22,25 71:12 73:6,
10,14,16 90:9

**bodies**
35:13

**book**
82:9

**booth**
21:4,6,7,9,10 23:8,
13,17 33:5,19,25
35:17 37:7,19
38:4,12,14 40:2,5,
14,21 41:15 57:24
58:5,7 62:22 78:8
79:1,15 80:5,10,
15,16,21 81:5,11,
13,23,24 82:3,10

**booths**
23:5

**both**
31:20 49:8,10
82:21

**bottom**
50:2

**BPS**
66:11

**Brandon**
16:5,6

**Bravo**
68:4,8

**break**
7:6,9 42:10 56:16
57:25 83:15,18

**breaking**
38:19,23 39:18

**bring**
72:15 75:8,10

**broken**
89:23,24 104:12

**broom**
43:19

**bubble**
89:13,18,20 90:4,
6,12,17,22,23
91:1,13,21 93:4
94:15,19,23

**building**
28:23 30:21

**buildings**
86:12

**bullets**
92:23

**bunch**
79:23 80:2 97:23

**bunk**
54:11 71:22,23
80:14 81:6

**bunks**
78:2 80:12,13

**buzz**
27:25 28:13,14

**buzzed**
27:22

**buzzer**
58:7

## C

**call**
19:12,13 27:16,20,
21,22,24 40:11
57:3,5 58:10,13,18
60:5,15,21 61:1,8
64:6,14 67:20,24
70:23 88:4,13 90:7
97:4,6,7 99:12,14,
15 100:5

**call-in**
65:20,21

**called**
5:5 45:4 49:11,12
59:7 60:13 68:10,
11 70:24 102:3

**calling**
28:1 70:20 87:2
90:1

**came**
47:2 48:10 51:16
52:14 77:7,9 88:14

**camera**
34:3,5,9 35:6,9,11,
15,17,18 36:1,4,7
37:6 82:5,7

**camera's**
34:14

**cameras**
33:7,21 34:16,18
36:6,9,18,20 37:2,
9,11 62:14

**can**
6:4,5,22 7:4 8:10
11:1 16:9 17:18
19:6 24:1 27:24
30:16,20 31:4,9,
10,12,14,15 32:13,
17,19 33:8,12,17,
25 34:9,15 35:10,
19 36:1,22,24
38:24,25 40:2,8,
13,19 41:8,15,22
43:8 45:8,11,16,
17,22 46:18 53:13
57:4,18,19 63:24
67:5 68:18 72:22
75:18 76:7,10
78:5,10,11,12,13,
15,16 80:13 81:13
82:6,7,22 83:9,12
88:24 90:24,25
91:18 92:6 94:15,
19,22 95:2,5 100:9
101:16 102:4

103:1

**can't**
24:3 35:2 38:1
52:8,12 57:21,22
64:6,8,14 79:10
89:2

**cannot**
25:19 30:15 43:10
82:24

**captain**
19:11,12,13 22:24
23:3 50:14 60:11
61:13 63:17,20

**captain's**
61:8

**carbon**
49:18

**care**
71:5

**careers**
14:2

**Case**
5:12

**Caucasian**
26:18

**ceiling**
37:23,25 38:4,5

**cellphone**
23:2,4

**cellphones**
23:3,5

**certain**
33:3,8 75:20,23
84:21

**chance**
92:13

**change**
14:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

| | | | |
|---|---|---|---|
| **changes**<br>102:4,5,8 | **clean**<br>7:4 | **communicate**<br>12:8 13:8 22:22<br>23:1 38:13 39:9 | **contact**<br>51:24 |
| **channels**<br>11:19 12:8 13:9 | **clear**<br>25:14 35:3,5 37:19<br>49:5 84:4 | **communicating**<br>11:17 | **control**<br>21:2 22:8,25 25:7<br>49:22 58:18 59:24<br>60:2,3,7 62:4 64:6,<br>14,23 |
| **charge**<br>10:21 | **clearer**<br>38:3 | **community**<br>55:21 56:4,9,14 | **conversation**<br>40:11 95:9,13 |
| **Charles**<br>16:20 | **clearly**<br>6:4 33:2 59:5 82:1<br>97:23 | **company**<br>66:23 | **conversations**<br>40:9 |
| **check**<br>18:23 19:7 34:10,<br>15 69:21,22 70:8,<br>14,17 71:12,17<br>72:6 73:15 74:9,<br>11,15 82:7 96:24<br>97:5 | **close**<br>33:18,20 35:8,25 | **complain**<br>14:4,8 | **convicted**<br>8:17 |
| | **closed**<br>90:20 | **complaint**<br>69:18 | **copies**<br>49:18 |
| **Check-in**<br>69:23 | **clothing**<br>70:7 | **complete**<br>35:13 | **copy**<br>101:18,21,25<br>102:12 103:15,16,<br>17 |
| **checked**<br>53:5 55:6,9,12<br>72:16 73:18 | **codes**<br>78:4 | **compound**<br>85:18 86:7,9,12<br>88:1 | **correct**<br>43:22 73:23 84:22<br>85:7,10 87:18 88:4<br>97:24 100:6,9<br>101:19,24 |
| **checking**<br>32:4 72:8 73:6 | **cold**<br>8:1 | **computer**<br>36:25 | **Correctional**<br>9:20 |
| **chose**<br>14:2 | **color**<br>34:19 49:15 | **concern**<br>92:10 | **corrections**<br>8:22 11:14,18<br>25:22 45:2 |
| **chow**<br>85:19 88:19 | **come**<br>27:13 30:4,8 37:15<br>44:1 47:12 58:14,<br>19 64:12 71:24<br>96:23 | **concluded**<br>104:23 | **correspondence**<br>9:8 |
| **circled**<br>46:10 | | **conduct**<br>78:4 94:2,8 | **could**<br>6:18 10:22 22:24<br>24:7 32:24 33:1,2<br>35:21 38:23 39:21<br>48:23 58:1 71:2<br>74:3 77:12,17,19<br>81:12 92:11,24<br>96:10,11,13 102:7 |
| **circumstance**<br>89:25 | **comes**<br>58:13 | **conducted**<br>88:8 | |
| **CIS**<br>60:16,19 61:9,16 | **coming**<br>27:21 100:17<br>101:6 | **conducting**<br>93:14,21 | |
| **claims**<br>69:19 70:4,6 | **commands**<br>10:6 | **confinement**<br>22:1 65:3,4,10<br>69:25 70:2 72:11,<br>13,17,23 73:1,7 | |
| **clarify**<br>85:21 | **common**<br>12:2 | **considering**<br>71:22 | **couldn't**<br>19:12 |
| **classification**<br>53:10 | **commotion**<br>44:10 | **consistent**<br>103:7 | |



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**Counsels**
5:16

**count**
23:24 24:11,13,16,
17,21,24 25:3,4,6,
10 26:11,23 27:7,
15 29:14 32:3
39:15,25 43:23
44:2,6,13,16,18,22
46:19,23 47:1,3,4,
6,9,11,13,16,19,
20,23 48:1,5,7,10,
13,20,25 49:1,2,4,
5,7,12,13,24 69:20
70:16 71:3,5,6,9,
11,14,17,20,25
72:4 73:22 74:14,
15 75:21 84:22
87:16,18,19,23,24
88:9 93:14,15,21
94:2,4,5,8,12 96:8,
9,18,20 97:7 98:5,
11,20

**counted**
48:2,21

**counting**
27:19 47:15 88:12

**counts**
24:4 47:8,14 87:15

**couple**
21:14 95:24

**course**
22:5

**Court**
5:7,14,15,22 6:15,
22 17:13 18:3
39:5,16,18,23
56:17,20 83:24
101:24 102:6,11,
25 103:4,8,10,13,
18,20,21,25
104:21

**courtyard**
85:15

**covering**
14:13

**crimes**
8:17

**critical**
60:25 61:10,12,16
63:18,21

**CROSS**
84:1

**currently**
8:21

**Currie**
5:11,19 9:22,25
10:11 15:18 41:20
42:1 43:2 51:12
55:16 69:19 70:11,
14 71:11 74:20,22

**Currie's**
76:12

---

**D**

**D-E-L-I-S-I-A**
12:2

**D.G.**
46:14,20

**daily**
18:8 53:23 104:2

**DART**
63:25 64:3,7,15

**date**
5:7 10:3 45:18
87:9 104:10

**dates**
17:11

**day**
14:13 15:3 18:21
20:14,16 21:16

22:5,17 23:23
24:16 26:23 27:2,4
42:8 44:11 50:16
85:9

**days**
104:12,13

**DC**
54:11 61:25

**dead**
95:20

**deal**
93:20

**decide**
36:1 58:23

**defend**
92:24

**delay**
94:11

**Delisia**
12:1,5 20:21 67:4

**demeanor**
76:12

**department**
8:22 45:2 51:2,3

**depend**
35:20,25 73:4

**depending**
22:10 24:6,7 74:25
100:16

**depends**
22:6 32:9 35:8,10
68:4 73:24 80:8,25
89:3 94:24

**deposition**
5:1,10 6:6,15 9:14,
17 11:9 18:2 39:4
83:23 103:24
104:23,24

**derogatory**

56:3,9,13

**Devon**
5:11,18 9:22,25
15:18

**didn't**
29:1 77:15

**difference**
20:24

**different**
14:11,16 29:21
42:24 66:17 93:8
99:17

**difficult**
58:15

**difficulty**
39:23

**dinner**
77:25

**DIRECT**
5:24

**directly**
31:9,15 74:21
99:20

**disabilities**
66:13

**disability**
66:13

**disciplinary**
64:24 65:12

**disciplined**
65:16

**discussed**
83:7,11 98:19
99:19

**discussion**
17:25 39:2 83:21
103:22

**dismissive**
56:13



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**disobeyed**
10:7

**distance-wise**
88:16

**divide**
82:20

**document**
15:12 45:1,4
47:19,23 48:1
49:11 85:2

**documentation**
9:7 48:8

**documented**
87:3

**doesn't**
32:9 48:22 101:7

**don't**
8:3 9:8 10:5 11:23
14:3 20:4,17,19
23:3 24:11,22
25:14,16 26:12,14
30:12 36:12 37:4,
22 38:2 42:2,14
43:13,15 44:5,8,10
46:17 48:19 51:1,
11,19 52:20 56:17
58:13,17 59:21
61:6 64:18 65:7
67:12 70:24 75:7
76:18 77:2,23
78:7,23 88:18 89:3
97:13 101:10
102:22

**done**
47:7 60:11,17
67:18 71:3 73:19,
20 75:12 76:4
86:21 87:23 94:4
102:10

**door**
27:9,10,13,16,22
28:14,15,16,19,23

29:5,9,10,21,22,
24,25 30:3,5,8,11,
17,24 31:1,2,6,7,
12 33:6,10,15,20
38:15,17,20,21
39:10,13,24 90:16,
18,21,24 91:4,5,9,
11

**doors**
29:21 90:19

**doorway**
95:22

**dorm**
14:13,14 18:14,16,
23 19:4,6 20:10,
13,15,21,23,25
21:2,16,22 22:1,
13,14,25 23:14
24:21,24 25:15,18,
20,25 26:3 27:4,6,
8,11,16 28:3 29:6,
8,9,17 31:10,22
32:22 34:4,20
35:21 36:21 37:2,9
38:5 40:6 41:1,12,
17 43:24 44:2,6
48:4 49:4 50:24
52:23 53:8 55:2,3
57:25 59:6 68:17
69:10 71:9 74:23
76:19,25 77:9
80:17 84:14 85:6,9
87:15 88:9,13
89:12 91:15 92:11,
14 93:14 98:8,11
99:21,24 100:19

**Dorm-p**
52:21

**dorm-wise**
78:1

**dormitory**
34:1

**dorms**
14:11,16 23:10
29:3 31:20 52:25
53:2,6 82:13

**down**
6:18 18:13 19:11
20:9,19 22:11,15
42:10 45:24 54:7
59:20 64:22 68:16
69:11,14,16 70:21
71:23 78:10 79:3,
7,13,16,17 81:24

**downloaded**
15:17

**driver**
14:1

**drugs**
7:13

**duly**
5:6

**during**
11:9 22:5,17 24:4
63:4 74:7 84:9
93:16 97:22 98:2,
4,11

**duties**
46:5

**duty**
46:2

----

**E**

----

**E-A-C**
60:23

**EAC**
60:16,21,23,24

**each**
29:24,25 40:22,23
57:9 69:8 86:5
88:17

**earlier**
43:21 93:3

**east**
12:14 13:7 18:8
85:17,25

**edge**
32:25

**either**
25:2 33:25 34:1
39:22 56:12

**electronic**
103:16

**elevated**
80:21,22

**else**
7:3 9:16 10:16
44:1 48:24 57:21
60:19 61:3,4 66:1
68:10,15 86:20
91:25

**emergency**
19:18,22 57:3,6,10
58:10 59:8,10
70:20,23,24 84:13
86:24 87:1 88:3,13
90:1,7 98:23 99:1,
9,10,12,14,16
100:20

**employee**
65:16

**encounters**
76:6,8

**end**
29:2,16 33:5 74:1,
4 75:13

**ended**
84:14

**enforcement**
66:21

**enlarge**


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

36:22,24

**enough**
58:24 100:8

**enter**
104:8

**entered**
15:25 16:16 17:1
92:11 104:6,18

**entering**
92:6

**entire**
34:1,4 71:6,14

**entry**
99:4

**Eric**
50:14,16

**Erik**
5:20

**Errata**
102:3

**escort**
23:25 51:18

**escorted**
51:1,5 52:5

**escorting**
22:11

**estimate**
88:24

**evening**
25:18 100:12

**events**
11:10

**every**
87:17 95:9

**everybody**
29:12 59:8 71:7

**everybody's**
29:10

**everyone**
8:16 27:17 57:4
58:13,19,20 90:8

**everyone's**
27:18 59:22 69:14

**everything**
6:17 42:15 61:1,23
63:1 90:2 95:16
101:23

**everywhere**
19:3,7 101:6

**evidence**
9:7,10

**exactly**
57:11 60:6 72:8
77:2 80:11 90:2
99:22

**EXAMINATION**
5:24 84:1 97:19

**example**
9:9 11:14 32:13
35:24 82:15 102:7

**exhibit**
15:23,25 16:13,16,
24 17:1 103:1,2
104:4,6,15,18

**exit**
86:14 87:25

**expected**
90:11,22

**experience**
91:12

**explain**
101:14

**extend**
37:23

**extended**
66:3

**extent**

40:1

**eye**
80:16 82:4,23

---

**F**

**face**
71:23

**Facebook**
11:20,23 13:16

**faces**
35:7

**facility**
61:2,3 99:17

**fair**
11:5 44:4,9 67:15
82:19 89:4

**familiar**
9:24,25 11:25 12:3
13:2 51:20 54:21

**far**
35:10 36:6,7 78:11
80:9 88:16 94:24

**FDC**
11:19 12:10 13:9,
19 15:17 23:16
51:24 65:16 66:4,
20

**feeding**
22:7,9

**feel**
7:7,21 55:18

**feet**
31:25

**felt**
77:10

**female**
26:4,5

**few**

67:18

**field**
64:5

**fight**
43:18 79:14 89:7,
11,23,24 93:25
94:6

**fighting**
44:11 75:24 76:1,3
98:2

**figure**
85:16

**files**
49:25

**fill**
72:7 102:4

**final**
102:12

**finalize**
94:2,11 102:11

**find**
10:16,21 26:15
38:24 40:25 41:5
55:13

**fine**
6:4 17:14 24:20
26:13

**finish**
7:1,2 34:11 93:14

**finished**
88:9,12

**first**
5:5 8:12 17:11
29:25 30:3 46:1
58:25 64:11,12
75:2 80:23 81:5
84:6 86:17

**five**
100:1,3 101:2
104:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**five-minute**
83:15,17

**five-two**
28:7

**fix**
10:19

**floor**
28:22 47:11 80:17

**Florida**
8:21

**focus**
35:16 82:15

**focused**
19:5 34:7

**follow**
29:1

**follow-up**
97:16

**following**
46:4

**follows**
5:6

**footage**
35:7

**force**
61:22 64:13

**forget**
72:4

**form**
36:9 91:17

**fought**
10:7

**four**
24:8,9

**fourth**
18:13

**free**
7:7

**friend**
13:14,16

**friends**
11:21,23

**from**
14:24 15:17 17:12
22:12 27:9,21
31:23 32:3,14
35:2,11 36:6,7
40:5 41:15 49:6
51:6,24 53:14 59:3
66:4,15 67:4 68:14
69:5 72:1,3 74:22
76:19,20,25 77:5
78:8,25 79:3,7
80:9 81:5,12 86:1,
4,5,6,8 88:17,25
93:8 94:15,19,22
99:16,21,23
100:17 101:6

**front**
27:9,10,13 28:23
29:4,5,10 30:11,17
78:13

**full**
8:10

**fully**
95:5

**further**
54:7 97:13 101:9
102:23

---

**G**

**Gaddis**
16:20 42:7,19 43:2
76:9

**gang**
53:9 54:17,21,22,
23,24,25 55:4,5,
10,11,14 78:5
79:21

**gangs**
52:23,24 53:2,3,6,
7,11 76:17,18
77:5,10,21

**gate**
88:19,21,22

**gay**
54:24 55:4,8,16
76:17,23 77:4,9
78:4,19

**generally**
10:10 25:5 37:5,8,
18 40:4 41:8 55:20
65:15 76:11

**get**
7:4 10:22 14:16
19:12 27:17,22
30:6 31:9 39:13,
15,25 50:22,23
57:4,8,19 58:20
59:1,21 64:6 69:24
71:16 72:16 73:18
76:20 77:12,17,19
79:3,7 86:1,3,4,6,
14 87:16 88:1,25
90:21,25 91:2,6
92:9,14 94:4
101:21 102:10

**get along**
10:12

**gets**
49:21 58:19 72:23
79:22

**getting**
6:17 70:20

**Girl**
53:20

**give**
6:23 15:12 17:12
37:14 67:18
101:22,25

**giveaway**
95:20

**given**
6:6

**glass**
40:16,18

**go**
6:11 15:8,9 17:20,
23 19:6,7 20:4,5
21:15,22 22:13
24:1,18,20,24 25:4
27:14 28:19,20,22
29:2,20,22,25
30:2,4,5,6,8,9,10,
11,17,18,19,22,23,
24,25 31:2,4,5,6,7,
9,10,11,12,13,14,
15,17 32:3 38:4,
15,17,25 39:12,24
43:11 47:11,12
50:24 52:6 56:17
57:10,22 58:1,20,
23 59:1,2 69:25
71:17,19 73:6,7
81:4 82:19 86:6,9
88:19,21,22 91:9
92:7 100:9 102:17
103:1

**goes**
99:15

**going**
6:22,25 8:7 12:1,
24 14:10 15:11,13,
21,22,23,24 16:12,
23 18:6,25 19:11,
25 21:11,25 25:6,8
26:25 27:3,15
28:9,21 29:19
30:3,5,22 31:11
33:20 34:7 35:3
37:15 38:22 39:11,
12 40:10 41:1,6,
10,12,19,25 50:7
51:4,8 54:18



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

57:11,20 59:5
66:25 67:1 71:18,
22 72:4,15,16
73:13,17 74:24,25
75:5 82:13,23
83:18 84:4,14,15,
20,24,25 86:19
89:15 90:1,10
91:25 94:3 95:9,
17,21 98:13 101:5,
17,21,22,25 102:3
103:4,10,14 104:8

**goings**
91:14

**gone**
6:9 27:6,7

**good**
6:1,3 56:19,20,22
66:18 84:3

**grainy**
35:1

**great**
83:16

**Green**
12:1,5 13:16 14:7
20:19,21 25:17,22
46:7,15,16,24,25
47:1,2,22 50:2,5
56:8 63:4 67:4,7,8
69:19,20 70:4,8,11
83:3

**group**
82:7,8

**groups**
11:14

**guess**
33:1 35:18 36:8

**gun**
92:22

**guys**
10:12

## H

**had**
8:19 10:2,5,13,14,
15 27:6 37:6,9
44:13,17 48:7 62:3
64:21 65:19 68:16
69:9 70:7 74:8,11
75:7,8,10 76:4,5,
13,19 77:21 82:25
84:14,21 87:16,25
88:8,11,12 89:6,
23,24 93:13
100:18 104:12

**half**
18:23 38:7 100:22

**hall**
85:19 88:20

**hand**
72:16

**handcuffs**
93:2

**handles**
43:19

**happen**
63:1

**happened**
10:17 42:15 61:1,
23,24 73:12 97:24
99:6,7

**happening**
73:24 79:21 99:3

**happens**
92:2 100:5

**hard**
40:25 41:1 103:16

**harmed**
92:12

**has**

18:14,16 21:6 23:4
28:13 44:1 45:3
49:4 60:6 61:1
62:6 70:17,25
90:17 104:12,25

**have**
6:6,9,11,16 7:14
8:15,16 9:6 11:17,
20,23 12:7,12,18
21:22,25 22:15,18,
20 23:3,5,8,10
26:13 27:7,22,24
28:15,22 30:6,10
31:8 33:7 35:4
37:9,11 38:3 42:4
43:22,25 44:14,16
47:3,4,9,25 48:4,9,
11,12 49:6,8,9,18
53:6,12,24 54:5,
10,11,13 55:20
57:16,21 58:2,24
59:1 60:11,15,16,
21 61:16 62:6,14,
24 63:5,12 64:4,22
65:15,19 66:3,20
67:14,20 68:3,12,
13,21 69:1,2,4,7,8,
10,11,13 70:19,22
71:6,12,14,19,21,
23 72:3,6,7,10,12,
18,24 73:2,5,10,
22,25 74:8,11,14
75:11,13 78:22
79:23,25 80:1,2
82:4,5,16 83:2,5
84:3,20 86:2,6,9,
14 87:2,8,12,19,
23,25 88:22,25
89:14,16,17,24
90:5,21 91:3,7
92:5,19,20,21,22
93:1,9,19 96:10,
11,13,17,23 97:13,
16 100:8 101:8,10
102:15 104:13

**haven't**
12:20 22:16 63:23
75:16 83:6,11

**having**
5:5 15:9 39:23
40:9 47:18,23
48:25 64:13 76:16,
22 95:14

**he**
10:6,11,12 69:19,
20 70:4,6,7,8 72:8,
18,20,22,23 73:8,
14 74:22 75:2
76:17,24 89:6,9
94:15,18 97:21
102:6

**he'll**
72:18

**he's**
69:24 72:15 73:4

**head**
6:20,21 8:1 87:16

**health**
66:6

**hear**
6:4 11:1,2 14:4,7
38:24 39:17 40:2,
3,5,8,10,12,15,19
41:2,8,11,22,23
45:11,16 56:1,2,8
58:15 62:18 70:10,
13 77:15 95:9,13,
16

**heard**
6:16 30:14 54:22

**hearing**
39:23 40:13,15,16,
17

**hearings**
65:13



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**heat**
57:9

**Heffner**
50:14,16

**held**
17:25 39:2 83:21
103:22

**Hello**
10:25 41:21 77:14

**help**
11:4 19:8 23:24
24:2,23 30:16

**helped**
10:18

**helping**
69:8

**her**
12:6,8,13,18,21
13:5,8,12 14:4,5,8
20:15 47:3 63:2
68:14,16,25 83:4
101:12,15,16

**here**
5:10 15:13,24
18:12 20:5 45:10,
12 46:10 67:19
85:5 86:23 87:21

**herself**
92:11

**hey**
39:13,25 96:23

**Hi**
11:1 41:22

**hiatus**
66:3

**high**
37:25 38:5,7

**highlighted**
85:4

**him**
10:2,13,15,18,22
11:5 50:19 70:7,10
72:7,15,24 73:6,
10,14,17,18 76:13,
14,16,21 92:11

**his**
54:11,12 70:6 73:8
76:22 97:21

**hold**
15:16 19:12 30:23

**holding**
35:24 36:2

**homosexuals**
56:6,10 77:22

**honestly**
25:19,24

**hospital**
15:9 42:17 43:9,
10,11,16 50:22,24
51:4,9,15 52:5,6,
13 65:11 74:25
75:1 84:15

**hour**
100:22

**housing**
45:8,14,18 46:6
50:2 54:12,13
98:15 104:9,16

**How's**
67:6

**human**
66:10,11

---

**I**

---

**I'D**
19:2,3 39:24 104:1

**I'LL**
7:2 27:17 29:4,9

**31:**2,5 38:15 40:12
72:17 83:18,19
104:14

**I'M**
6:3,22,25 8:7 9:9
11:10 12:1,11,24
13:24 15:11,12,21,
22,23,24 16:5,12,
19,23 18:6,15,25
19:10,25 21:19
24:19,22 26:7,12,
15,19,24 27:15,21
28:21 29:8,9 30:15
31:24 32:2 34:11
35:4,5,18 37:13,
15,18 38:1,12,19,
20 40:10,17 41:5
43:14 45:10,12
46:16 50:7 51:13
52:7,10,11 53:1,5
56:2,19,20,21,22
58:15 65:7 66:25
68:17,22 72:14
75:7,22 77:15
80:11 81:3 83:18
84:4,24,25 85:25
86:19 88:18 89:15,
20 98:6,9,12,13
99:25 100:21
101:25 103:6
104:8,11

**I'VE**
10:13 30:11,14
32:2 37:16 53:5
54:22 55:5 70:24
85:4 87:18 104:20

**idea**
47:25 67:14 83:2,
5,16

**identify**
35:19,22

**ignore**
82:17

**immediately**
29:6,8 33:18

**impair**
7:24

**important**
84:7

**in**
5:11 9:16 10:11,21
11:13 14:11 17:12
18:16,18 19:3
20:4,15,20,25
21:1,4,6,9,10 22:4,
9 23:9,10,13,14,
17,24 24:9,21,24
25:9,14,17,19,25
26:3,10,18 27:16,
22,25 28:2,9,14,
22,23 29:4,6,9
31:4,7,11,14,20
32:18,22 34:19,22
35:14,17,21 36:21
37:2,7,11,17,18
38:11,14 40:2,6,
13,18,20 41:1,12,
20 42:1 43:7 44:2,
6,13,17 45:3
46:17,24 47:3,12,
23,25 48:3,7,9,10,
11,25 49:25 50:10
52:7,8,11,15,23,24
53:2,3,6,7,8,11,19,
20,24 54:12 55:1,
2,3,4,5,9,10,11,14
56:12 57:21,23,25
58:3,4,7,8,14,20,
23 59:1,2,5,19
62:4,7,9,22 64:1,
25 65:2,9 67:15
69:18,22 70:8,14,
18 71:3,7,12 72:6,
8,21,22 73:6,15,18
74:9,12,16 75:11,
20 77:4,10 78:3,6,
8,18,19 79:15
80:15,24 81:11,13,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

16 82:3,10,13
84:13,22 85:5,14
87:2,11,13,17,19,
23,24 88:4,9,12
89:12,13,17,25
90:3,6,17,20,21,
22,23,25 91:2,7,21
92:14 93:4,14,24
94:19,23,24 95:5,
21 96:14,20 97:6,
8,9 98:6,7,11 99:2
101:24

**incident**
9:20 10:3 11:8,9,
12 15:5 21:13 37:3
41:20 42:1,2 43:6
50:8,17,20 51:23,
25 52:3,22 59:3,
11,14 60:2,9,10,
14,15,16,18 61:10,
12,15,16,19 62:10,
23,25 63:2,5,6,9,
13,19,21 65:10,13
73:3,5,11,13 75:24
83:7,10 84:9,16
87:6,8 97:22 99:13
102:21

**incidents**
10:2,4 12:21 60:25

**including**
56:6,10

**incorrect**
102:7

**indicate**
95:8

**individual**
16:10 35:19

**infirmary**
23:25 51:6 74:24
75:3,4

**influence**
7:12

**inform**
53:8

**informal**
78:4

**information**
46:5 54:15

**infractions**
65:18

**initial**
49:6

**initialed**
46:24,25

**initials**
46:13

**initiated**
99:2

**initiating**
73:21

**injured**
52:16 70:17 74:11

**injuries**
51:17 52:18 94:1

**inmate**
15:15 16:6,20
22:14 23:15 34:6
35:23,24 56:25
57:1,25 71:11,16,
19 72:6 74:8,11,15
87:17,18 92:2,9
93:20

**inmate's**
54:11

**inmates**
23:16 29:12 35:14,
19 38:13 39:9
40:1,2 44:11
53:23,24,25 54:9,
24 55:8 59:4 71:21
76:22 77:5 78:19
79:21,23 80:2,4,7,

17 84:15 89:7,11
91:5 93:15,25
94:1,7 95:12,20,
21,24 96:4

**inside**
28:22 29:6,8,9,16
31:2,8 40:5 91:10,
13,15 94:22 95:6,
12,17,24 96:4

**Inspector**
51:20

**institution**
9:21 86:3

**interchangeably**
89:21

**interrupted**
18:25

**intervenes**
71:13

**into**
6:19 10:15,20
16:1,17 17:2
21:15,22,25 22:13
23:20,23 24:2
26:22 27:4,6,7
30:18 31:9,10,15
32:14,19 33:2
41:17 50:24 53:5
75:5 77:9 78:9,11
81:24 82:16 90:10
91:6 98:7 100:9,19
104:2,7,8,19

**introduce**
5:16 16:23 103:2

**investigation**
50:8,11

**invo**
96:22

**involved**
19:19 25:9 43:22,
23 44:2 47:23,25

48:4,7,25 50:9,10
59:4,17,19 61:24
63:9 65:2,8,9
87:24 90:12 96:11,
13,20

**involvement**
44:6

**involves**
9:20

**involving**
9:22 43:19 89:7,24
93:25 94:7

**issue**
10:19,20

**issued**
64:25

**issues**
76:16,19,22 83:1,4
102:2

**it'd**
58:25 59:24

**it'll**
54:7,13

**it's**
21:14 22:11 23:13
32:7 33:14 34:10,
13 37:9,15 38:7
39:18 40:22 46:23
47:15,16 49:3,12,
20,24 53:13,23
54:19,24 58:17
60:1 61:4,23 62:3,
5 64:4 73:6,18
80:21,22 81:12
85:15 86:4,5 87:17
88:22 93:11 96:10
97:8 100:14 101:5
102:8

**itself**
38:5 45:4 84:17
96:21 99:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

## J

**James**
51:21

**job**
14:4,8 54:12
66:15,16

**Josh**
17:8

**Joshua**
5:18

**July**
9:21,25 11:10
14:10,20 18:9 20:6
21:13 23:20 24:9
25:8 34:22 37:3,
12,19 38:13 41:19,
25 43:7 44:7 47:19
59:4 64:1,17 67:16
68:2,24 75:16 77:4
78:18 84:10 85:11
97:24 98:16
102:19 104:3

**jumping**
36:14,15

**just**
6:20,22 9:9,15
10:11 15:22 17:23
19:2,10,21 22:13
25:5,22 26:10,13,
15 29:9 30:3 31:4
32:3,5,6 33:7,14
34:10 35:24 37:14,
24 38:8 40:4,15
42:13,15 43:16
44:5,17 45:4 48:22
49:3,12,18,20
50:21 52:22 54:5
55:13 57:19,22
58:13,18 63:17
67:18 69:8,11,16
70:25 71:7,24 72:2

73:6,15 83:11
85:21 86:4 89:2
91:11 92:14 93:21
94:5 96:18 99:19,
24 101:15 103:4,
15 104:11,14

## K

**keep**
18:25 40:18 82:4
103:6

**keeping**
82:23

**kept**
93:4

**key**
91:4

**kids**
34:6

**kind**
19:5,18 23:9 28:9
30:21 40:8 60:10
73:21 78:4 84:8,20

**Kings**
77:5,21

**know**
10:5 11:18 12:5
13:5,18,22,25 14:2
15:2 20:19 21:14
24:22,24 25:14
26:14,16 30:12
31:25 35:1,2,23
37:22 38:2,16
40:25 42:2 43:1,16
46:14,18 50:13
51:1,2,3 54:19,23
55:1,3,8,11,14,16
57:12 58:13,17,18,
24 59:7 60:3,10
61:1,5,25 62:9,12
64:24 65:1,7 67:10

69:10,21 70:6,24
71:18 73:12 74:20,
21 76:16,18,21
77:3,7,21 78:7
82:25 83:3,8
84:12,13,16,17
85:25 88:18 90:8,
10

**knowledge**
76:11

**Kverne**
5:20 6:11 16:2,14,
25 17:8,11,15,19,
23 56:21 75:13
83:13,14,17,25
84:2 91:19 97:12,
21 98:13,15 99:19
101:10,11,13,16
102:17,24 103:13,
15 104:5,10,17

## L

**last**
12:2,12 55:7 77:15
79:25 102:15

**later**
71:15 72:20
101:15

**Latin**
77:5,21

**law**
66:21

**lawsuit**
9:4,8,19 12:19,22
13:9 15:6

**lawyer**
9:15

**least**
89:17

**leave**

90:11

**leaving**
91:8

**left**
13:20,22,25 30:18,
24 72:2 91:1

**let's**
17:20 21:12 30:20
35:16 42:10 60:14
83:17 85:15 88:18
92:19 95:4 102:5

**letting**
91:5

**level**
54:13 80:16

**levels**
54:13

**LGBTQ**
55:21 56:3,9

**lights**
81:16

**likely**
62:25 72:4 96:16,
21

**line**
46:1,10,18 98:19

**lines**
20:19

**Linkedin.com**
67:4

**list**
53:25

**little**
37:16 39:19 40:18
86:21 88:22 89:5
94:14,16,18 95:19
96:7

**living**
52:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**located**
37:10 61:3

**log**
21:23,25 22:8
45:7,8,15,18 59:25
60:2,7 62:4 64:23
87:3 98:16 104:9,
16

**long**
31:22 32:5,7,10
51:14 52:13 88:25
99:23 100:11,12,
14 101:7 102:20

**longer**
56:17

**longest**
100:18

**look**
32:14 33:1,7,25
34:9 35:6,14,17
36:21,23 37:6 49:2
53:13 67:13,16
79:2 82:7

**looked**
10:20 47:18,23
71:1

**looking**
10:15 34:2,19
35:16 36:9,18,23
48:1 81:1,6,24
91:4 92:8 94:25
95:5

**looks**
31:19,20

**lose**
45:10

**loud**
41:14

**lunch**
77:25

## M

**M-DORM**
18:17 85:14 86:6,
8,11,14 87:11,13,
20,23,25 88:16,25
97:10

**M-I-C-H-E-L-L-E**
8:13

**Madam**
39:16 56:17
103:21

**magazine**
82:10

**Mainly**
79:23

**maintain**
57:16

**make**
16:9 27:18 35:7,
13,23 36:3 47:16
67:5 73:8 77:24
78:22 87:17 96:25
101:19,23 102:4,7,
8

**making**
77:25

**male**
26:3

**males**
26:8

**manage**
82:3

**many**
20:19 21:15,18
24:4 37:2,6 40:20
80:7

**Maria**
5:14

**mark**
15:22,23 16:12
103:1

**marked**
54:20

**Mary**
18:18

**master**
24:13,15,17,21,23
25:9 26:11,23 27:7
43:23 44:2,6 46:18
47:20 48:13 71:10,
14 75:20 98:5,11,
20

**match**
47:16

**matter**
5:11 37:10 64:25
65:3

**may**
5:22 6:9 27:2
73:12 75:13 91:3
92:1,14 95:9

**maybe**
10:23 11:4 17:11
30:16 32:10 38:23
39:22 66:12 88:24
100:16

**Mckinnie**
5:1,4,11,12,21 6:1
8:11 17:4 18:8
39:21 45:6 84:3
97:13 102:19

**me**
6:4,25 8:4 11:1
15:12 19:12,13
23:7 24:1,6 30:16
37:14 38:1,24
40:19 41:22 45:11,
16 50:9 59:17
62:12,20 63:23
65:8 67:6,18,24

70:5 72:16 74:21
75:17 85:16 88:24
89:6

**mean**
9:8 10:4,11 11:20
19:2,9 22:6,9,24
25:21 27:2 32:10,
18 33:7 34:5,10,14
35:9 36:1,7 37:8
40:9 41:5 42:18
46:25 47:8 54:10,
18 55:13,14,24
57:15,19,20 59:13,
21 64:14 65:23
69:3 71:9,17,21
72:14 73:4,12,13,
14,15,17 76:18
78:1,13 79:18 82:6
86:5 87:15 89:2,20
91:3 92:6,8,13,18
94:3 95:2 99:1,11

**means**
6:17 11:17 18:22
54:16 69:4,21,24

**meant**
79:22

**media**
11:13 13:11

**medical**
42:14,16,23 51:2
72:9,15,21,22,25
73:7,17 75:5 84:15

**medications**
7:22

**medicine**
7:13,14

**medicines**
7:15

**meet**
29:12

**member**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

54:17 63:25 64:16,
21 78:5

**members**
52:23,24 53:2,9,13
55:4,11,21 56:3,9,
14

**memory**
27:2 62:7

**mentioned**
93:3

**Michelle**
5:1,4,11,12,21
8:11

**microphone**
40:14 41:11

**middle**
8:14,15 20:20
46:17 71:3

**might**
20:5 33:10 54:14
58:12 68:12,13,14,
21 69:1,2,4,7 78:6
79:2,5 96:23
100:11,12

**Mike**
18:14,16

**mind**
44:1

**minus**
93:21

**minute**
100:1

**minutes**
100:1,2,16,24
101:1,2

**mishear**
28:8

**MK4S**
91:7 93:3

**moment**
97:12

**monitors**
34:18,22,25 35:2
36:21,25

**mop**
43:19

**more**
12:16 14:13 21:20
26:10 34:10,13
59:1 62:12 65:24
92:5

**most**
26:19 33:14,17
62:25 64:20 72:3
84:6 101:2

**move**
6:20 77:8,11 104:2

**moved**
12:16 76:19,25
77:12,17,19

**movement**
93:15

**movements**
22:4

**moves**
94:4

**moving**
77:4

**Mrs**
5:20

**MS-13**
77:6

**much**
20:3 56:17 64:13
70:22 75:12

**muffling**
39:22

**multiple**

68:1 93:25 94:7

**my**
6:23 7:1,14,25
9:15 16:19 18:6
19:3,21,25 29:2
44:22,25 50:7
55:19 67:1 75:12
81:12 84:24 85:2,
16 86:19 87:14
98:14

---

### N

**name**
8:10,12,14,15 12:2
18:12 44:22 46:4
48:16,19,24 53:24
54:6,11 59:22 62:4
69:1,11,14 85:4
96:9,16,21 97:1

**named**
11:25 12:25

**names**
49:8,10 59:20

**nature**
9:11 10:8

**near**
78:2 79:14 80:4,5,
6

**necessarily**
21:24 22:3,15 37:8
40:7 95:7 96:2
97:3 100:11

**need**
7:6,21 29:11 34:15
38:16 56:16 71:11
93:14 103:16

**needed**
19:8

**needs**
84:7 90:15

**negative**
76:5,8

**neglect**
82:22

**Netas**
77:6

**never**
10:13 30:11 32:2
53:5 55:5,9,12
76:13 82:22

**next**
46:16 51:16 52:14
54:6

**night**
22:10 97:24

**Nine**
18:22 19:3,9,15
59:6 63:14 67:22,
25 68:1,2,3,6,7,8,
10,11,13,20 69:12,
17

**no**
6:8 7:17,20,23 8:2,
15,18,20 9:12,18
10:9 11:16 12:9,20
13:10,13,15,17,24
14:3,6,9,16,19
16:2,14,15,25
23:3,6,18,21 24:3,
20 25:11,13,16
28:18 30:2,8 32:7,
23 33:20 38:6,10
39:18 41:13,16,18
42:4,5 43:20 44:3,
12,17 47:21 48:17
50:9,12,21 51:19,
22 52:1,4 53:12,20
54:7 56:5,7,11,15
58:2 61:6,23 62:8,
11,17,19 65:6,11,
14 66:2,5,22,24
67:12,14 68:9
70:9,12 73:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

74:13,17 75:22
82:1,11,24 83:2,5
84:11,18 89:2
90:4,13 93:1,10
95:18 96:3,6
97:11,23 98:3,12
100:23,25 101:8
102:22,23 103:10
104:5,17

**nod**
6:20

**non-fdc**
12:8

**none**
95:25

**normal**
32:6 97:6 99:24

**normally**
88:25 97:4

**north**
85:23

**not**
6:11,21 7:14 10:6
12:11,23 13:24
15:4 21:19,24
22:3,14,16 23:21
24:12,22 25:11,13,
24 26:24 27:5
31:24 32:2,7,10
33:10,17 35:4,5
36:2 37:8,13,15
40:7,8,10 43:8,24
44:12 48:17,20
50:9,12 51:2,5,13
52:1,4,7,11 53:5
54:18 55:10,13,19
58:18 62:2 63:24
65:1 68:7,17
70:10,15 71:18
73:12 74:19 75:18,
20,22,23,25 76:1,
3,7,10,15 77:24
78:2,21 80:11,21,

22 82:1,16 83:9,12
84:11,18 88:18
89:15 90:4 91:25
95:7,9 96:2,9,17,
21,22 97:3 98:3,6,
9,10,12 99:20,25
100:11,14,21
103:2,16

**now**
6:17 7:6,12 8:3
9:3,6,19 11:2,7,12
12:16 14:10,20
16:5,19 18:12
19:25 20:5,18
21:12 29:16 31:4
40:25 41:10,23
43:21 46:17 59:3
63:24 69:18 75:14
86:19 89:5 91:20
97:23 98:19
101:16

**number**
5:12 46:24 53:15
54:11,12 72:1

**numbers**
61:25 98:21

**nurses**
72:16

---

## O

**O-DORM**
86:1,4 97:8

**objection**
16:2,14,25 91:17
104:5,17

**observant**
83:1,4

**observe**
43:8 76:1,3

**observed**
43:5 75:24

**obstructed**
80:12

**obviously**
85:5 101:20

**occasions**
23:22

**occurred**
24:4

**occurring**
57:1 87:6

**OCR**
45:4

**October**
5:2,8

**off**
17:20,23,25 38:25
39:2 42:3 62:2
72:2 83:21 103:1,
9,22 104:21

**office**
31:5 39:10

**officer**
14:7 20:20,23,25
21:2,7,10 25:17,22
26:3,10,17 28:2,3
30:9 46:7 47:22
48:3 50:2,5 56:1,8,
25 57:16,24 62:20
63:8 69:19 70:4,8,
11,18 71:13 73:21
80:15 82:3,25 83:3
89:21 90:3,6,11
92:9,11,15

**officer's**
31:10,13,16,18,23
32:12,18,25 38:20,
21

**officers**
11:14,18 25:12
26:18 82:2 89:12
92:16 93:9

**official**
11:19

**Oh**
25:4 27:9 28:11
30:6 31:24 33:17
35:4 36:8 37:4,22
38:1 61:13 66:25
69:6 78:7 87:14
88:18 97:8 103:2

**OK**
54:21,22,23

**okay**
6:6,13,23,24 7:4,5,
7,10,11,15,24 8:8,
9,16,24 9:3,13,16,
19 10:10,18 11:7,
25 12:7,10,12,15,
18,24 13:8 14:10,
14,17 15:2,5,8,11,
17,21 16:12 17:7,
22 18:6,7,12,15,
17,20 19:14,25
20:2,9,12,15,18,24
21:12,22 22:4,17,
20 23:1,5,11,16,22
24:1,4,15 25:8,14,
17 26:1,6,9,21,25
27:6,12,23 28:1,
13,19 29:16 30:10,
20 31:3,14,18
32:5,12 33:4,21
34:16 36:3,14
37:2,11,14 38:7,9,
11 39:14,17,24
40:1,8,13,20,23
41:7,14,23 42:4,
10,22 43:2,11,17,
21 44:4,18,21,24
45:14,17,20,22
46:1,9,13,16,17,
22,25 47:6,18,22
48:3,14,18,21,24
49:15,21 50:1,7,
13,19,23 51:5,14
52:15 53:3 54:6,16

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

55:11,16,18,20
56:1,21,23 57:7,23
58:4,10,21 59:3,
10,13 60:1,9,13
61:7,25 62:3,20
63:14,22,25 64:19,
21,24 65:2,12,15
66:1,3,18 67:10,
15,18 68:20,23
69:2,6,15,18 70:1,
13,22 71:2,5 72:5,
24 73:9,20,25
74:6,8,14,18 75:2,
9,12,19 76:4,14
78:18,24 79:5,11
80:7,15,23 81:2,
11,22 82:2 83:14,
17,19,20,25 84:12,
16,19,24 85:4,14,
20,24 86:8,17,18
87:11 88:3,12,24
89:4,11,17,20,23
90:3 91:1,20 92:4,
16,22 93:3,8,11,
13,19,24 94:14,18
95:1,8,16,19 96:3,
7,20 97:1,4,9,12,
15,23 98:4,13
99:15,19,23 100:4,
11,18 101:4,8
102:13,14,24
103:8,13,18,20
104:1,21

**old**
82:15

**on**
5:18,20 9:21 11:13
13:11 14:20 15:14,
16 16:6,19 18:3,7,
12 19:5,11 20:18
21:11,13 22:6,8,
10,18,20 23:20,23
24:6,7 26:8,22
27:1,21,24 28:10,
21 29:17,20,23

30:3,23 32:9,12,
13,15,18,24 33:15
34:4,7 35:3,8,10,
16,20,25 37:15
38:22 39:5,11
40:22 41:6,12 42:8
44:6,11,15,16,18,
22 45:5,14,17
46:2,9 47:11,19
49:1,4,10,13
53:12,13,16,21
54:8 57:1,8,9,11,
25 58:17 59:5,24
60:1,5 61:23 63:1
64:23 66:18 67:3
68:1,23,25 70:7,
17,19,22,25 71:12,
15,22,23 72:9,21
73:4,6,7,10,14,24
74:25 75:12 80:13,
17,25 81:9,16,18,
23 82:4,13,23
83:24 84:9 85:12,
17,18,22 86:12
87:3,9,15 91:12,14
92:20 94:24 95:4,
10,17,21 96:4,9,
17,22 97:1,24
98:16 100:16
102:8,19 103:25

**once**
21:20 28:19,22
29:24 31:8,11,14,
20 92:1 100:4
102:10

**one**
14:13,17 15:12
18:6 19:5,10 21:4,
8 25:19,21,25
26:10 28:3 29:17,
23 30:3 31:1 32:3,
12 34:14 36:23
37:14 40:22,23
43:9,10,12,16,21
44:24 47:11 51:13

52:8,12 59:2 69:4,
7,18 71:19 72:1
76:19,25 82:7,15,
22 88:19 89:17
92:5 93:21 97:12
100:1 102:15

**ones**
33:14 42:20 54:19

**online**
15:17

**only**
7:7 10:14 17:8,15,
19 23:3,15 33:8
49:1 57:24 68:2,11

**open**
27:16 28:15 29:3,
23 30:11 38:20,21
39:9,12 40:18
90:15,18 91:8,11

**opening**
28:16

**opens**
28:19 29:5,9

**opposed**
22:1

**opposite**
33:24 81:22

**order**
15:24 20:4 31:4
90:20 103:11,12,
14,15

**orders**
10:7

**other**
11:17 21:8 22:12
23:14,16 27:1,3
29:18,20,22 30:5
32:3 47:12 49:15,
24 54:15 58:2
63:18,22 66:21
69:5,8 76:17,18,

22,25 77:5 81:8,9
82:8,23 86:5 88:17
90:4,24 91:2,5,6,
22 92:23,24
100:12 104:12

**others**
23:17

**otherwise**
44:17 73:15

**ought**
83:7

**our**
30:21 42:13 52:24
53:12,21,23,24
64:11 87:16 90:19
91:7 96:24

**out**
10:16,21 15:24
19:7 26:16 30:4,16
31:19 33:8 35:7,
13,23 36:3 41:6
42:16,21 47:11,13
50:22,23 55:13
57:22 58:1 63:23
65:24 68:13,21
69:1,3,8,21 71:16,
19 72:7 81:6 84:15
85:16 89:23,24
91:5,25 92:2,7,15
99:12,15 102:4
104:12

**outside**
11:18 13:9 30:8
31:6,12,15 33:20
58:19,21 90:10

**over**
6:9 31:5,19,20
36:14,15 41:15
68:13,14 69:4,6,7
81:6 96:14

**own**
63:2 72:25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**P**

**P-**
34:19

**P-A-T-T-E-R-S-O-N**
13:2

**P-DORM**
9:21 23:8,20,23
26:11,18,22 28:10,
21 29:3,19,20
30:2,23 37:11,18
38:11 45:4,18
50:24 51:6 53:4
55:9 78:9,20 82:3
84:22 85:14 86:1,
4,6,8,11,15,24
87:24 88:1,4,17
89:1 97:6 98:15,24
99:2 104:16

**p.m.**
5:9 14:25 20:22
24:18,19 46:18
87:20 98:20,23
99:4 104:23

**P1**
29:22 31:1,11,14
95:4

**P1's**
31:2

**P1-81**
46:19

**P1-dorm**
95:5

**P2**
31:5,6,11,12 55:12
95:6

**P2-84**
46:19

**pace**

32:6

**page**
20:6,20 46:16 50:1

**pain**
8:1

**paper**
26:22 49:3,16,21
55:6

**paperwork**
44:15 48:22 63:16
70:9 72:5,9,10,12,
17,25 73:1,2,18,
20,23,25 74:3,4
96:9,17,22 97:2

**part**
33:3 78:12 98:4

**participate**
24:21 75:20

**particular**
7:9 14:14 29:17
36:23 60:9 61:15
67:20

**particularly**
15:4 77:23

**parts**
33:4 99:17

**past**
88:19

**Patterson**
12:25 13:1,3,18
20:10 25:22 46:10
48:3 56:1,2 62:22,
24 82:25

**Paul**
53:19

**paying**
82:12

**people**
30:14 36:4 40:25
41:3 42:13 47:3,4,

9,15 50:22,23
53:11 55:1 58:3,8,
24 59:1,2,17,19
63:14 64:12 65:11
66:13 68:1 69:10,
16 70:21 84:14
90:25 91:2 92:7
99:16 100:5,8,13
102:20

**people's**
49:8

**pepper**
92:20,21,25 93:1,
5,6,8

**per**
21:3

**percentage**
33:12

**Perfect**
7:6

**perfectly**
30:15

**person**
10:21 12:3 15:19
17:5 38:1 47:12
49:7 51:18 52:5,15
54:17 68:11 70:23
73:22 77:10 78:5
89:13 90:17,22
91:1,13,21,22 92:5
96:11 97:6,8,9

**person's**
91:22 96:16 97:1

**personal**
42:4

**personally**
26:16 43:5,6,8
57:15

**phone**
23:9 39:22

**phones**
23:14,15,16

**phrase**
69:21

**physical**
8:1

**pick**
24:23 25:3,4,6
72:2

**picking**
24:25 96:18

**picture**
15:15 16:5,19
67:3,10

**pictures**
42:6

**place**
22:12 58:11 62:23
70:16 71:7 79:14

**placed**
22:8 49:25

**Plaintiff**
5:19 9:22

**Plaintiff's**
15:23,25 16:13,16,
24 17:1 104:4,6,
15,18

**plan**
56:17

**platforms**
13:11

**please**
5:16 103:1

**point**
6:18 7:7 9:1 12:22
20:20 21:14 43:18
44:5 70:18 71:13
75:17,19 77:24
84:22 88:6



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

**pop**
28:15 29:23 31:2,7
90:21,24 91:11

**possible**
20:3 48:21 62:4,5
96:8

**possibly**
73:22 92:10,12
96:13

**POST**
61:22

**potential**
96:10

**predominantly**
14:18

**preparation**
9:17

**prepare**
9:13 20:3

**present**
63:4 84:8,21
89:12,14,15,16
90:4,9 91:21 97:22
98:2,4,10

**preserve**
101:12

**preserved**
60:7

**pretty**
26:7,19 75:7,12

**previously**
66:6 67:1 85:1

**printed**
49:13

**prior**
9:25 10:2 52:22

**Private**
66:23

**probably**
6:16 12:16,17 17:9
18:22 21:21 24:12
35:21 40:17 64:2
70:19 75:8 76:24
79:17,19 84:6
100:3 101:3

**problem**
10:14 55:19 64:5
71:18 76:13

**problems**
10:13

**proceed**
5:23

**proceeding**
100:19

**process**
28:17 47:10 73:21
77:3

**promise**
8:4

**protected**
69:25

**protocol**
89:7,25

**provide**
88:24 102:12

**provided**
45:2,3 67:1

**public**
17:17

**push**
58:8

**put**
6:18,22 20:5 22:11
49:24 72:10 79:9

**putting**
16:19

**Q**

**quell**
64:13

**question**
7:1,9 8:3,5,7,8,16
19:21 84:6,7,19
102:15

**questioning**
97:21

**questions**
6:23 7:16,25 12:24
26:14 51:24 75:13
83:19 84:4 89:6,9
97:13,16 101:9,10
102:23

**quick**
17:21,24 34:8,10
83:15

**quite**
20:4 29:1

**R**

**radio**
22:18,23 27:21,24
57:8 58:12,18 60:5
67:21

**rather**
78:2

**RE-DIRECT**
97:19

**re-share**
19:25

**read**
82:9 101:12,22,23

**reading**
104:24

**ready**

27:17,18 39:13,15,
25

**real**
17:21,23 34:8,10
83:15

**really**
6:22 22:16 23:21
25:24 26:12 27:5
32:2 35:2 43:5
44:8 52:8,12 73:18
76:13 89:2,3

**reason**
17:19,20

**recall**
7:19 26:2,16 39:25
75:16

**receive**
9:3

**received**
9:6 46:5

**recognize**
15:18,24 16:9 17:4
85:2

**recollection**
42:4 44:1 88:13

**record**
5:17 16:1,17 17:2,
20,23 18:1,4 28:16
38:25 39:3,6 58:12
59:16 60:3 83:22,
24 103:1,9,23,25
104:2,7,9,19,22

**recorded**
6:15 44:14 58:11,
17 59:17,24 60:1
62:13 69:9 102:6

**recording**
34:16 62:15

**records**
17:17



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

rectangular
49:3

redact
17:11

redo
94:5

refer
11:8

referring
11:10 53:22

reflect
48:22

refreshed
27:3 62:7

regarding
9:7 12:25 43:6

regardless
12:22 44:19

regular
36:25

relates
93:20

relation
85:14

relationship
10:10

remain
90:17,23 91:14

remember
7:18 12:23 14:21
15:5,7,9 18:20
20:15,17 21:15
23:19,22 24:11,13
25:9,17,19,24
26:1,9,12,14,17,
21,25 27:1,3 37:4,
5 41:20,25 42:2,6,
7,11,13,14,15,25
43:5,10,13,15
44:5,10 47:18

50:8,13,19 51:8,
11,17 52:8,12,18,
20 53:3 64:18
68:5,21,25 70:15
74:19 75:5,7 76:15
77:2 88:8 93:17
102:20

removed
74:22

repeat
8:4

rephrase
8:4

report
60:10,13,14,15,18,
25 61:19,20,21,22,
23 63:1,2,6,9,13
72:19,20 73:3,5,
11,13 91:14

Reporter
5:7,14,22 6:16,22
12:2 17:13 18:3
39:5,16,18,23
56:18,20 83:24
101:24 102:6,11,
25 103:4,8,10,13,
18,20,21,25
104:21

Reporting
5:15

reports
9:10 62:1 63:22
64:24

reprimand
65:20

request
101:18

requests
72:6

required
62:24 63:5,9,15

reserved
104:25

resolution
34:25

respectful
10:12

respond
10:6 19:20,23 59:7
64:8,12,20 88:6
102:21

responded
7:8 59:13 60:6
62:3 69:12 70:4,9
87:9

responding
59:9,20 60:4 62:7
63:15,17 69:10
88:10 99:16

responds
60:2

responses
6:23

responsibilities
19:15 46:6 87:13
90:5

responsibility
91:23

restarted
71:7,14

restroom
78:10,11,12,14

result
50:16 65:10,13

resumed
18:2 39:4 83:23
103:24

review
102:1

reviewed

9:7

rewind
34:15

rig
64:5

right
6:9 7:12,21 8:10,
21 9:24 12:5 14:20
15:12,14 16:22
23:19 24:18 29:16
30:21,23,25 31:4
33:6 35:9 37:15
39:16,21 41:10,19
42:3,25 43:4 44:9,
25 46:13,20 48:12
50:1 62:2 63:8,24
64:16 83:6,13,18
84:19 85:5,12
86:5,19 87:1,3,20,
21 89:4,8,13,18
91:20,21 93:16,22
94:15,20 95:10,22
96:9,11,14 98:1
100:4 101:8,11,12
102:17,23 104:10

ripped
70:7

roof
38:4

room
22:8,25 25:7 49:22
52:15 58:18 59:25
60:2,3,7 62:4
64:23 68:17

roster
18:8 24:13,16,17,
21,23 25:10 26:11,
23 27:7 43:23
44:2,6 46:18 48:13
53:12,22,23 55:9,
12 71:10,14 75:21
87:17 98:20 104:2



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

**rosters**
53:21

**rove**
19:6

**row**
18:13 54:8,9

**rows**
20:9

**run**
19:17 21:2 26:7

**running**
18:24 36:4,10,11,
13

---

**S**

**S-T-G**
53:18

**safety**
57:16 92:8

**said**
24:25 25:2 27:20
28:7,9,13 35:20
39:8,24 41:3
43:15,21 48:13
55:7,8 58:17 59:6
60:18,19,21 61:11
64:8 65:4 69:11
72:18 73:9 77:15,
17 80:1,2 84:21
85:20 93:19 96:10
97:23 98:7 102:5
103:14

**Sam**
53:20

**same**
13:6 20:6 47:15,17
50:1 61:19 81:25
82:8 92:6 93:11
98:14 103:19
104:10

**saw**
12:13 51:17 63:1
66:12 68:25

**say**
6:17 7:3 11:5
18:15 19:2 22:1
25:1,21 27:20 28:9
29:20,22 31:1
37:25 38:7 39:13
42:18 44:4,9 48:15
49:9,13 53:10
54:1,4,14 56:2,8
57:8,9 58:16 60:20
69:2 71:11,19
77:5,13 79:5,18,19
89:15 92:1 95:4
102:5

**saying**
7:3 10:18 29:19
40:5 50:10 73:13

**says**
15:18 20:21 46:1,
4,17 85:5 86:23,24

**scratch**
74:21

**screen**
15:13,14 16:7,19
18:7 20:1,18,20
36:22,23 44:25
45:5,14,17 67:1,3
84:24 85:2 86:20
98:14,17

**screens**
36:20

**scrolled**
104:15

**scrolling**
46:16

**se**
21:3

**second**

15:12 18:6 20:1
32:8 37:14 39:1
43:21 44:24 69:18
91:20,22 98:14

**seconds**
32:8,10 67:19

**secure**
90:20

**security**
18:8,22 19:3,9,15
21:5 23:8 33:5,18,
25 34:3 35:14
37:19 38:4,12
40:2,21 41:15
57:24 59:6 63:14
66:23 67:22,24
68:1,2,3,6,7,10,11,
13,20 69:12,16
78:8 79:15 80:5,9,
15,16 81:5,23
82:3,10 104:2

**see**
15:14 16:6,20
18:7,9,12 20:7,9
24:6 30:20 32:14,
19 33:2,8,11,13,
14,16,17,22 34:1,4
35:1,12 43:18
45:5,8,14,17,21,23
46:7,9,10,18,20
48:16,19 50:1,16
54:16 55:6,9,12
56:12,25 57:12,25
60:14 62:16 67:3
76:14 77:12,17,19
78:9,10,11,12,13,
15,16,25 79:2,5,
10,16,18,21 80:13,
24 81:3,6,7,8,12,
13,24 85:15 86:23
88:18 90:2,8 91:3
94:15,19,22 95:2,5
98:16,19,24
104:11

**seeing**
44:10 68:25 77:24

**seemed**
56:13

**seen**
6:16

**senior**
66:11

**separate**
47:14,15 61:20,21
66:15 77:4 86:11

**separated**
66:18

**separately**
72:13,14

**sergeant**
6:1 9:1 13:18 17:4
18:7 20:10,13,25
21:1,7,11 39:21
45:5 46:10 56:2,25
62:22,23 85:6,9
87:13 89:13 90:4
102:19

**service**
66:10,11

**set**
30:2

**several**
92:7

**severe**
52:18

**shake**
6:21

**share**
15:13 17:7 18:6
44:25 50:7 67:1
84:24 86:19 98:14

**shared**
28:5



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

**she**
12:10 13:6,14,20,
22,25 14:1,2
20:13,23 47:25
48:2,4 62:25 63:1,
2,5 67:13,16
68:13,16,22 70:10
91:3,5 102:6

**sheet**
49:3,16,19,20
79:2,3,5,9,12,16,
17 96:3,6 102:3

**shift**
13:6 14:21,22,23,
24 18:9 20:6 24:5
26:20 46:2 51:16
52:14 74:1,5,7
85:12

**short**
14:12 17:25 26:7
38:1 39:2 83:21
103:22

**should**
34:4 35:4 36:12
38:3 44:22 48:12
60:8,16 61:15,16
64:23 70:20 71:21,
23 79:18 81:18

**show**
15:11,21 48:8
66:25 84:25 86:19

**showed**
42:6 98:13,15

**shower**
22:7,9

**showers**
78:17 81:7

**showing**
16:5

**sick**
65:24

**side**
27:16 28:10,11
29:17,19,23 31:23
32:3,12,13,14,19,
25 33:24,25 40:22
80:14,25 81:9,22,
23 82:22 85:17,18,
22,23,25 95:4

**sides**
82:21 85:16

**sign**
67:20

**signal**
11:15 54:1

**signature**
44:14 49:9 50:2,5

**significant**
75:14

**signing**
104:24

**similar**
12:24

**since**
9:6 10:6

**single**
49:19,20 93:20
95:9

**sinks**
78:15,16,19 79:15
80:23,25 81:7,8

**sir**
24:3 25:16 26:12
43:20 44:3,8,12
88:7,11 93:1 98:3
101:13

**sit**
28:24 71:24

**sitting**
29:10,12 51:3 78:1

**situation**
93:24

**situations**
76:5

**six**
20:9

**skipped**
84:8

**slip**
24:24 25:4,6 26:22
44:13,23 49:1,2,
12,13,21 96:8,18

**slips**
25:3 49:24 96:14

**smooth**
20:4

**social**
11:13 13:11

**solo**
90:3

**some**
6:18 8:1 11:23
19:2,7 37:9 54:1
55:4,8 60:10 61:16
69:16 72:9,16
73:23 75:13 78:21
81:8 83:19 84:3,4,
22 88:6 89:6,9
93:15 97:16 99:20

**somebody**
23:25 77:9 99:2

**someone**
10:16 11:25 12:25
15:10 19:8 21:6
22:11,12 28:13
36:6,10,14 40:11
51:1,3,6,8 57:21
60:12 63:10 70:16,
25 77:7 78:24
79:15 80:19 90:15
91:9,25 96:23

101:6

**someplace**
59:20

**something**
6:21 11:20 19:19,
22 25:1 28:7 34:7
41:8 57:17 59:5
60:19 64:5,12
66:17,25 71:2,6
79:20 84:25 86:20
92:1 94:6 95:21
99:3

**something's**
19:11 81:18,20

**sometimes**
20:4 35:1 53:12,21
59:21

**somewhere**
54:12 61:3,4 64:22
66:12

**soon**
29:8

**sorry**
18:15,25 19:1
24:19 26:12 29:1
30:15 34:11 38:19,
20 43:14 52:10
53:1 56:2 58:15
65:7 69:23 77:16
81:3 85:25 86:8
87:12 97:17

**sort**
28:16 44:10

**sounds**
10:23 11:4

**speak**
11:8 12:21 27:2
39:22 53:10

**speaker**
41:14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**speaking**
50:19 61:20 65:15
70:11

**speaks**
41:17

**specific**
62:12 77:22 98:1

**specifically**
73:2 91:14

**speck**
70:25

**spell**
8:12 12:1 68:18

**spelling**
12:2 13:1

**spent**
75:14

**SPG**
53:17

**spoken**
12:18 62:6

**spot**
38:24

**spray**
92:20,21,25 93:1,
5,6,8

**stabbed**
42:1,8,12,14,20,25
43:1 59:5 71:1
73:5

**stabbing**
43:17

**stable**
38:24

**staff**
46:4 75:5

**stage**
58:19

**staging**
58:21

**stand**
27:17 28:22 29:9
57:9

**standing**
29:4 80:4,5,16,19

**start**
27:18 45:22 59:18
62:20 65:8 72:1,3
92:19

**starts**
45:24

**state**
8:10

**stated**
101:24

**statement**
72:8,19,25 73:8

**station**
28:2,3 30:9 31:5,
10,13,16,18,20,23
32:13,18,25 38:20,
21 39:10 89:21
90:10

**status**
53:9 54:2

**stay**
21:4,6 51:14 71:7
91:10 92:14

**stayed**
71:21

**step**
19:11

**steps**
91:5

**STG**
53:13,16 54:1,14,
16

**stick**
19:21

**still**
12:10 13:18 30:14
35:25 45:9,10,12
67:13 81:23 82:7
90:1

**stop**
17:7 50:7 57:4,18,
19 58:1 71:5 94:4

**Straight**
30:18

**street**
86:5

**stretcher**
75:8,10

**stroll**
99:24

**stuff**
11:21 19:17 22:7
32:4 61:24 63:18,
21 78:7 91:7 96:8

**subject**
15:6

**subpoena**
45:3

**summary**
60:16 61:10,12,17

**summons**
9:3,6

**supervisor**
66:11

**supposed**
21:1 54:24 55:5
57:1,17 70:18
82:2,3,12 91:10,24
92:8

**sure**
12:11 17:14 21:19
24:22,25 26:7,19,

24 27:18 31:24
32:2 35:4,5 37:13
43:24 47:16 51:5,
13 52:7,11 53:5
63:11 68:17 73:8
75:7 76:2 77:25
78:22 80:11 87:17
88:18 96:25 98:6,
9,10,12 99:25
100:21 101:19,23
102:8

**suspicion**
96:1,5

**switched**
68:13,21 69:1,2

**sworn**
5:6

**system**
58:11

---

**T**

**tablet**
10:14,19,20 11:5

**tablets**
10:21

**take**
7:6 25:6 32:5,10
71:5 72:15,17
73:17 79:3,7,12
82:16 83:14,17
99:23 100:1 101:7

**taken**
7:14 10:15 42:13,
16,21,23,24 66:3
67:10 69:7 71:19
74:20,22 88:25

**takes**
58:10 100:5

**taking**
7:9 62:23 65:2,9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

70:16 79:14

**talk**
9:16 11:23 21:12
30:14 40:19 41:15
62:18 86:20 89:5
94:14 96:7

**talked**
9:15 43:17 84:5,25
86:21 87:2 93:13,
16 94:16,18 95:19

**talking**
9:9 34:5 37:18
38:12 43:25 75:15
81:12 82:6 95:25

**tall**
37:21

**Tangle**
53:20

**Tarjan**
5:18,25 6:11,13,14
11:1,3 15:22 16:3,
4,12,15,18,23
17:3,10,14,17,22
18:5 38:25 39:7,
16,20 41:22,24
45:10,13 56:16,23,
24 83:13,16 84:5,
25 86:21 89:6
91:17 93:13 97:16,
20 101:8,11,14
102:15,18,23,25
103:2,6,9,12,19,21
104:1,8,11,20

**taught**
91:13

**TC-165**
46:19

**team**
63:25 64:3,4,6,7,8,
10,15,16,22

**Telegram**

11:15

**telephone**
23:12

**telephones**
23:10

**tell**
20:12,22 24:1
27:17 31:7 35:3,
10,21 36:2,11,13,
15 38:15,21 39:10,
11 43:9 46:22
48:18 57:10,11
60:6 79:3,7,12
101:15,16

**tend**
21:4 26:7 53:6

**tendency**
21:8

**terms**
10:11 62:7 66:18
78:3

**testified**
5:6

**than**
14:13 21:20 23:16
26:10 34:13 49:15
59:1 65:24 92:5,24

**thank**
5:22 6:4 16:3
28:11 34:12 69:23
83:25 97:14

**that**
6:17,21,23,25 7:3,
8,21,24 8:8 9:6,10,
19 10:3,7,18 11:5,
10,12,13,21 12:3,
15,23 13:22 14:13,
14,17,23 15:3
16:6,9,12,20,23
17:8,12,15,18
18:10,21 19:2,3,

17,18 20:7,12,13,
15,16,22,23 21:16,
23 22:15,17,22
23:19,23 24:4,10,
16 25:5,18 26:2,
20,21,22 27:2,4
28:5,16 29:2,23
30:1 31:7 32:10,
11,14 33:4,14,18,
21 35:4,24,25
36:10,11,15,21
39:8 40:13,18
41:1,7,14,15 42:8,
20 43:9,16,21,23
44:5,9,11,22 45:8,
23 46:1,7,11,20,
22,25 47:6,7,9,22
48:2,4,8,9,11,15,
18,21,22,24 49:3,
11,21 50:2,8,10,
16,25 51:4 52:21,
22,23 53:13,15,23
54:1,8,16,17,19,20
55:3,8,15,16,18,23
56:13,14,17 57:7,
14,15,16,20,25
58:4,7,10,11,19,24
59:6,10,13,14
60:7,11,13 61:1,2,
3,13,19,20,22,23,
24 62:4,14 63:1,
19,21,22,23,24
64:4,5,13,22 65:1,
23,24 66:12,15,16
67:6,10,13,23
68:18,22 69:6,13,
19,20 70:1,4,6,10,
15,18 71:2,6,8,13,
19,23 72:6,10,13,
14 73:14,23,25
74:19,21 75:14,16,
18 76:7,10,15
77:1,7,10 78:7,21,
22,25 79:8,12,16,
22 80:4,7,23
81:13,24 82:6

83:6,7,9,10,12
84:5,7,9,19 85:7,9,
12 86:21 87:1,2,5,
8,9,15,17,18,20
88:6,10 89:5,9,23,
25 90:8,9,11,24
91:1,4,5,8,22 92:9,
10,14,22,24 93:3,
8,9,16,19,24 94:1,
6,8,9,11,16 95:8,
12,14,17 96:1,5,8,
10,11,16,17,21,22
97:1,5,24 98:16,
23,24 99:1,2,3,4,5,
7,11,12 100:5,12,
14 101:7,14,23
102:3,7,8

**that'll**
53:21

**that's**
6:21 15:5 17:15
19:17,22 24:20
26:13,14,15 38:24
40:14 46:15,23
50:5 53:24 55:19
60:25 61:21 64:11
67:7,8,15 71:18
76:24 79:20,22
82:5 83:16 85:10,
11 86:17 87:1 89:4
91:3,10,13 93:5,6
99:7,11,14 101:2
102:10 104:20

**their**
40:10 49:10 52:18
54:6,13 59:20
71:7,22,23 72:25
73:1 78:2 96:21

**theirs**
78:2

**them**
11:24 19:8 28:24
31:7 33:11,14,17
38:15,16,21 39:10,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

11 40:3,12,19 42:7
43:9 53:7 54:19
55:5,22,24 56:12
57:11,12,19,20
61:1 66:9 70:17,
19,25 71:13,24
72:9,18 73:19,20
77:8,11,12,17,19,
23,24,25 78:1
79:3,7,10,12 89:17
92:15,20 96:23
103:6

**themselves**
5:16 92:12,16,24

**then**
19:13 20:21 27:14,
17,18 28:20 30:3
31:6,15 34:7,9
35:1 40:11 42:16
46:4,13,19 47:12,
16 49:6 54:14
57:11 58:14,20
60:18 62:3 64:14
66:10,11 71:24
72:9,18 73:1,7
74:24 75:10 81:7,
8,9 83:19 87:24
88:13,21,22 93:15
94:4 98:23 100:4
102:12

**there**
7:24 14:14,17
18:21 19:22 21:8
22:9 23:14,24
24:23 26:10 28:3
29:24,25 30:12
31:2 32:21 33:4,7,
21 34:14 36:8,9
40:20 41:11,14
44:16,18 45:9
48:24 52:22,24
53:2,14,24 54:1,13
55:4,8,11 57:4,14,
17,22 58:20 59:1,
5,10 60:18 61:15,

16 63:22,23 68:1,
12,22,23 70:21
71:16,17 73:9,14
75:11,15 77:3,9,10
78:4,6 79:4,8
80:13 81:7 82:5
83:6,10 84:13 86:3
87:17 88:3 89:11,
12 90:3 91:7,14,25
92:2,7,15 93:25
94:14 95:24 96:3,
4,6,7 98:6,7 99:16

**there's**
19:18 20:19 29:21
30:17 40:14,17
41:7 53:25 58:7
73:5,15 78:21 81:8
89:4 90:8 91:20
92:10,13 93:24
98:19 101:6 102:2

**thereupon**
5:3 15:25 16:16
17:1,25 39:2 83:21
103:22 104:6,18

**these**
26:13 29:3 36:25
53:10

**they**
7:15,18 10:16,21,
22 17:17 19:11,12,
13 20:5 27:16,24
28:14,15 35:8,10,
11,20,25 36:11
37:21,23 40:10,11,
19 42:14,15,18,23
45:24 47:16 48:9,
11,12 49:23 52:1
54:5 55:3,10,24
58:14 60:15,16,21
64:14 67:24 69:9,
10,11,13 70:19
71:1,12,22 72:13
74:24,25 75:4,7,8,
10 77:23,24,25

78:23 81:18 82:5
87:2 89:15,16
90:10,19,24 91:21
92:11,14,16,19,20,
22 95:25 96:13,18,
20 97:7 99:14

**they'd**
78:2

**they'll**
22:8 29:23 31:2
47:12 53:12 57:10
64:6,12,14 72:14,
16 79:9 80:6

**they're**
17:14 34:6,8 35:9
36:2,13,15 37:10
39:12 40:4,9 41:5
55:14,24 78:21,25
79:9 90:9,10 95:14
100:17

**they've**
76:19

**thing**
7:7 17:8,15 34:14
47:17 55:7 68:25
77:15 79:25 80:23
81:5 86:17 91:3
93:11 98:15

**things**
9:10 10:7 20:4
40:8 64:20 84:4
97:23 104:14

**think**
6:16 14:1,12 20:5
23:25 26:21,25
31:18 33:12 34:22,
24 36:12 37:8
47:22 48:4 53:10
62:14 63:23,24
68:12,16,23 75:2,
18 76:7,10 77:23
83:7,9,12 84:7

**thinking**
68:22

**third**
14:22,24 18:9 20:6
24:5 46:2,9

**this**
6:10 7:13,22 8:16,
24 9:1,3,7,19 11:7,
9 12:18 13:9
15:17,18,22,23
17:4,20 20:18,20
21:14 22:12 23:7
27:1 30:20 31:19
35:3 43:6,22,25
44:4,25 45:2,5
46:9,17,18 47:18,
23 48:1 50:17,20
51:23 54:15 59:3,4
60:9 61:15 62:6,9,
23 64:25 65:3,10,
13 67:1,16 72:10
73:21 75:15,17,19,
21,23,24 81:16
83:7 84:20 85:1,2,
11 86:21 87:3,5
88:19 96:24,25
102:21 104:1

**those**
17:12 33:22 37:19
40:20 55:1 59:19
62:1 89:13 99:20
102:8

**though**
33:21 73:23 89:18
93:11 94:3

**thought**
34:11

**threatened**
77:10

**three**
24:7,9,12 43:1
58:25 59:4 96:4
100:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

**through**
12:8 22:22 27:13
29:25 30:7,9,10,
11,17 31:5,13,17
34:2 36:3,9,18
37:6 40:15,17 86:2
88:14,19,21,22
103:5 104:15

**till**
57:21

**time**
5:8 7:13,22 8:24
11:7,12,13 12:12
14:23 18:23 22:10
23:19 24:6,7,15
26:11 27:2,3 37:3
43:13,15 45:22
46:23 49:4 52:22
71:23 74:3 75:15,
21,23 82:8 88:9
90:5 92:6 93:16
94:9 96:3 99:4,5,7,
11,14 100:5 104:1

**times**
21:15,18 22:20
42:24 65:25 82:13
89:14,16,18 95:17

**tinted**
38:9

**tired**
66:16

**today**
6:2 7:14 9:14 44:4,
9 67:13 103:11

**Today's**
5:7

**together**
58:13

**toilet**
81:9

**told**

63:23 75:16 78:21

**took**
26:22 65:11 68:13,
14 69:4,6 102:20

**total**
46:24

**touched**
27:1

**towards**
55:21 56:13 77:22

**track**
22:6

**tracked**
22:4

**traffic**
57:3,6,10 58:10
59:8,10 70:20,23,
25 84:13 86:24
87:1 88:4 90:2,7
98:24 99:1,9,10,
12,14,16 100:20

**trail**
52:7,11

**trained**
91:13

**training**
91:12

**transcript**
6:19 7:4 19:22
101:18,19,25
102:13

**trial**
39:12,13,25

**tried**
32:2

**truck**
14:1

**try**
20:3 38:23 39:21

40:18 57:18 58:1
64:13 67:6 74:4
77:8,11 91:8 92:5,
7

**trying**
10:16,23 11:4
26:15 34:13 41:5
50:21,23 69:20,24
70:14 77:4 79:21,
24 80:2 82:20 92:9
103:6 104:11

**turn**
33:1 34:9

**turned**
44:13,17

**turning**
96:14

**twice**
85:20

**two**
29:21 31:8 47:3,4,
9,14,15 59:2 82:4
85:19 86:11 89:12

**type**
8:1 9:10 41:11,14
48:8 54:1 60:13
61:22 63:15 66:12
72:5 78:7 87:24
92:22,23 93:11
96:1,5

**types**
102:5,8

---

**U**

**ultimately**
101:18

**Um-hum**
20:8 45:19

**unable**
35:22

**under**
7:12 26:2 35:9
48:12

**understand**
7:16,25 8:3 9:19
11:9 21:13 26:1
30:13 32:24 57:16

**understanding**
29:2 81:12 87:5

**understood**
8:8 73:9

**unit**
8:25 12:14,17
13:7,21 18:8 22:2
45:8,14,18 46:6
57:9 72:11,13,17,
23 73:7 75:6 98:15
100:9 104:9,16

**units**
99:20

**Universal**
5:15

**unless**
34:5 81:18,20

**unlock**
91:9

**unobstructed**
33:2

**until**
7:8 51:16 52:14
90:2

**up**
10:15 20:5 24:24,
25 25:3,4,6,7
28:24 29:2,10,12,
16 30:2 33:18,20
35:9 38:19,23
39:12,18,22 53:13
60:10 62:24 70:5
71:24 72:2 79:2,5,
9 84:4,14 96:18



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

**upstairs**
30:22

**us**
57:10 69:4,7 96:24
102:12

**use**
61:22 64:13 78:5
104:14

**used**
13:6

**using**
78:3 89:20

**usually**
14:15 21:10 27:15,
20 38:15 47:11
48:9 58:25 59:21,
24 60:1,5 74:2
76:24 79:20 80:7
82:5 91:24 93:9
97:8 99:5 100:14
101:5,7

**utilized**
92:24

**utilizes**
92:23

---

**V**

**various**
98:21

**vehicle**
52:7,11

**verbal**
6:23 65:19

**versa**
7:2

**version**
17:12

**versus**
25:22 78:5

**vestibule**
29:6

**vice**
7:2

**video**
9:10 35:1,3 62:9,
13,16,18

**VIDEOTAPED**
5:1

**view**
32:21 33:2 79:22,
24 80:3,12

**views**
37:6

**violence**
57:1,15,25

**violently**
76:14

**visible**
73:14

**visualize**
30:15

---

**W**

**wait**
6:25 7:2,8 28:24
57:21 91:24
100:12,19

**walk**
22:13 32:6 86:2
87:25 99:23

**walking**
32:6

**wall**
33:15 81:8

**want**
36:23 40:19 43:4
44:24 71:12 83:14
86:20 89:5 96:25

101:12,14,19

**wanted**
39:9 66:16 73:15
77:23

**wanting**
34:8

**warm**
37:16

**watch**
78:22

**way**
7:3 13:16 22:4,17
30:2 53:11 56:12
58:4 78:8 81:25
99:20

**ways**
31:9 88:23

**we**
5:10 7:3 10:14
14:12 18:3 22:16
23:3,10 24:11 26:7
27:2,13 29:10 33:7
35:1 37:8 38:25
39:5 43:13,15,17
45:10 50:21 53:10,
23 54:19 57:3,4,8
58:13,18,19,20
59:1,21 60:25 61:1
62:6 64:4 68:12,21
69:1,2,7 71:16,18
72:9 73:6,12 74:4
77:12,17 78:10
83:6,10 84:14
87:15,16 90:2 91:7
92:5,21 93:1 95:2
96:24,25 98:19
101:19 102:25
103:9,15,16
104:12

**we'd**
77:8,12,17

**we'll**
57:8,11 60:5 71:17
102:10

**we're**
22:7,10,11 25:6
54:18 63:17 67:18
73:13,17 75:12
83:24 90:1 91:4
92:8 101:17,21,22
103:4,25 104:21

**we've**
27:1 43:25 75:14
87:14

**weapon**
92:23

**weapons**
57:12 89:24 90:8,9
92:17,18

**website**
15:18

**Wednesday**
18:9 20:6 85:11
104:3

**went**
10:20 13:20 14:1
23:20,23,24,25
24:23 25:2 26:22
43:9,10,13,16
51:13 75:2,4 98:6,
7 99:12

**were**
9:24 10:16,23
11:4,13 14:11,12,
15,17,21 15:2
18:17 26:18 34:23
35:22,25 36:10,11,
14 37:2 42:14,16,
21,23 43:1,22,23
50:21,23 52:13,15,
19,21,22 53:6
55:1,10,11 57:23
59:6,7,17,19 61:20



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

63:25 64:16,25
65:2,8,9 68:1,2,5,
10 71:1,11 74:15,
24,25 77:10 79:14
81:22 82:15 84:8,
20,21 85:5,9,12
87:11,15 88:9
89:11,12,15 93:4
95:24,25 96:4,18,
20 97:5,22 98:1,4,
10

**weren't**
24:25 50:10 78:1
84:21

**west**
8:25 12:17 13:20
85:18,22

**what**
9:1 10:4,10,16
14:21,23 18:15,20
19:9,14,15 20:12,
22 22:6 24:9,15,24
25:1,5 26:15,16
27:10,20 32:9
33:12 34:7 35:23
36:2,7 37:17 38:16
40:1,3,4,8 42:11
43:4,5,13,15 44:5
45:22,24 46:22
47:9 48:8,18 49:2,
11,23 51:6,17
52:10 53:3,6,15,
22,25 54:4,23
55:7,14,20,22,24
57:1 58:15 60:13,
19,22,24 61:9,11
62:23 63:4,14,20
64:3 65:17,19,23
66:9,12 68:5 69:3,
21 70:18 71:9,22
72:4,5 73:1,3,12,
24 76:8,11 77:13
78:3,11 79:6,8,21,
22,25 80:1 83:3
84:12,16 87:11,12

89:24 90:5,10
91:4,9,22 92:18
94:15,19 100:15
101:17

**what's**
20:24 23:17 34:25
35:3 38:21 39:11
41:6,11 55:23
57:11 64:10 67:23
69:6 82:13,23
100:18

**whatever**
7:2 28:25 39:12
57:13 91:8 99:12

**Whatsapp**
11:14

**whatsoever**
25:23

**when**
12:12,14,15 13:22
14:5 21:22 23:22
25:21 29:5 33:4,6,
24 35:6,14 36:8
37:6,17 38:11,14
39:8 40:2,19 42:18
43:11 49:5 50:23
53:8 56:25 57:3
58:10,23 61:24
62:22 67:10 69:2
70:16 71:24 72:20,
22 74:3,14,22
76:24 77:1,2 78:4,
5 79:8 82:4,6 87:5
90:7,9 96:4 97:21
99:15

**where**
8:24 15:2 22:9
23:11 27:14 28:19
29:7 30:19 35:20
37:10 40:20 42:14
48:8,11,12 57:8
59:16,17 60:25
61:2,5 72:2 74:21,

22 78:16 84:20
85:14 86:23 90:19
93:24,25 100:16
102:4

**wherever**
21:11

**whether**
21:7 26:2,3,9,17
44:19 51:11 75:23
77:3 82:25 97:22
98:10

**which**
6:17 10:14 18:22
25:19,21,25 33:6
40:9 41:20 42:1
43:10 51:13 52:8,
12 53:5 54:14,18
74:25 79:12 80:25
104:3

**Whichever**
31:1 42:20

**while**
14:8 36:18 74:15
82:10

**white**
34:19,21,23 49:16

**who**
10:21 22:22 24:1
25:4,9 26:3 28:1
35:10,21 42:25
46:14 47:8,19
49:21 52:16 55:24
57:5 59:17,19
60:2,3,6 61:24
63:8,10,12 64:12
68:15 97:5,7

**who's**
22:9 35:21

**whoever**
47:2

**Whoever's**

28:2

**whole**
104:14

**why**
13:25 14:2 17:20
33:7 66:15 72:8
79:12,19 82:5
90:14 91:10 99:3

**will**
8:3 11:9 19:20
21:2,10,11 33:21
47:11 53:16 54:20
69:16 78:22 79:25
80:7 92:7 102:11
103:12,15 104:16

**Williams**
16:6 42:7,11,18
43:2 76:4,5,6

**wind**
34:2

**window**
33:8 34:2 80:5,19

**windows**
37:17 38:9

**wing**
9:21 29:17,20,25
30:3,5,6,7,18,24,
25 31:9,15 32:13,
14,15,19,22,24
33:2,24 40:23
52:21 53:4 55:2,3
81:23 82:16,17

**wings**
28:5 31:19 82:4

**Winterbern**
51:21

**wise**
25:12

**with**
5:14 6:10 9:24,25
10:2,11,13,22



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie on 10/15/2024

11:5,14,17,24,25
12:3,6,8 13:2,8,11
14:5,8 15:9 19:15
22:22 24:23 25:2,5
31:2 33:2 38:13
39:9 43:9,10,11,
16,23 44:2,6,13,25
47:3 48:5,10
49:23,24 50:9
51:3,8,13,20 52:15
53:23 54:21 57:22
64:5 66:13 67:20
70:5,9,11 72:10,17
76:5,6,8,13,16,19,
22 77:25 78:1
80:16 83:1,4 84:5,
15,22,24,25 86:20
89:7,11 91:22
93:13 94:16,18
97:7 98:20 99:19

**withholds**
8:19

**without**
22:14 64:13

**witness**
5:5 10:25 11:2
41:21,23 45:9,12
56:19,22 72:7,19,
20,24 73:8 83:20
97:15,18 102:14
104:25

**witnessed**
63:10,12

**witnessing**
57:15

**won't**
33:15 55:14

**wondering**
35:18

**words**
70:5,9

**work**
8:21,24 11:24
12:6,10 13:6 14:11
47:6 53:8 71:8

**worked**
12:6 14:5,8 66:6,
13,20

**worker**
66:10

**working**
14:21

**works**
13:18

**would**
5:16 7:8,24 17:8,
16 18:23 19:7,8,
10,19,23 21:25
22:14 27:7 28:9
35:20,23,25 36:15
37:25 38:7 39:8,9,
25 44:14,16,18
47:2 48:2,4,8,9,11,
15,25 49:6,8,9
54:1 59:16,20
60:11,15,21 61:13
62:4,14,20,23,25
63:2,5,9,12,18,20,
23 64:20,22 69:9,
10,11,13 70:1,22
71:13 72:1,3,5,7,9,
10,20,24,25 73:1,
2,4,22 75:11
77:11,19 79:15
80:4 81:23 82:16
86:1,2,14 87:2,8,
11,12,19,23,25
88:25 89:14,16,17,
24 90:5 91:2 93:21
94:1,8,11 95:8,12,
16,19,21 96:1,5,
16,21,22 97:1,4,6,
7 99:3 102:5

**wouldn't**

36:10 93:19 96:19
97:9

**write**
22:15 45:24 48:9
61:13 62:24 63:5,
9,12,15,18,20
69:16 72:24 73:10

**written**
6:18 48:11 59:20
60:10 64:22 69:11,
13

**wrong**
81:19,20

**wrote**
99:2

----

## Y

**yard**
19:17 21:11

**yeah**
11:2 17:10 18:11
19:21 35:16 39:25
41:4 47:9 59:23
65:5 67:7,9 71:10
73:12 76:24 97:18
104:11

**year**
12:16,17 24:6,7,10

**years**
21:14

**yell**
40:11

**yelling**
41:1,3,5,7 57:20

**yellow**
85:5

**yes**
6:5 8:6,23 9:2,5,23
10:1 11:6,11,22

12:4 13:4 14:12
15:1,16,20 16:8,
11,15,21 17:6
18:14,19 19:24
20:11 21:6,17
22:19,21 24:14,19
28:4,6,12,15 29:4,
13,15 31:17,21
32:17,20 33:3,23
34:17 36:5,17,19
37:1,20 40:24 41:9
42:9 43:3 44:8,20
45:8 46:3,8,12,21
47:5,24 48:6
49:14,17 50:4,6,
15,18 51:7,10
52:17 54:3,10,14,
16,18 55:17 58:6,
9,22 59:12,15
61:14,18 63:3,7
64:9 65:22 66:8,
14,19 67:17 70:3
71:4 74:2,10
77:12,18,20 78:10
79:17 80:18,20
81:15,21 82:14,18
84:23 85:3,8,13
86:10,13,16,25
87:4,7,10,22 88:2,
5,7,15 89:10,19,22
90:19,24 91:16
92:13 93:7,12,18
94:3,10,13,17,21
95:11,15,23 96:12,
15 97:25 98:9,18,
22,25 99:8,10,18
100:7,10 101:13
103:6

**yield**
83:13

**you**
5:22 6:2,3,4,6,10,
16,17,20,23,25
7:1,2,6,8,12,21
8:3,4,7,8,10,12,17,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Devon Currie vs Michelle Mckinnie
Michelle McKinnie  on 10/15/2024

21,24 9:1,3,6,8,13,
16,19,24 10:2,4,5,
7,12,18,23 11:1,2,
4,9,13,17,18,20,25
12:3,5,7,12,18,21,
24 13:2,5,8,18,22,
25 14:2,4,5,7,8,10,
11,14,17,21 15:2,
5,11,12,14,18,21
16:3,5,6,9,20 17:4,
12 18:7,9,12,15,
17,20,25 19:6,14,
15,19,23 20:7,9,
12,15,22 21:14,15,
22,25 22:13,14,17,
18,20,22 23:1,19,
20,22 24:1,13,18,
20,25 25:1,4,5,8,
17,21 26:1,2,9,14,
16,17,21,22,25
27:1,3,6,7,14,20,
22,24,25 28:1,7,8,
11,13,19,20 29:1,
2,5,6,7,12,16,20,
22,24 30:2,4,6,10,
11,16,17,18,19,20,
22,23,24,25 31:1,
8,9,10,12,14,15,
19,25 32:5,13,17,
19,24,25 33:1,7,8,
10,12,14,15,17,22,
25 34:1,4,5,6,9,12,
14,15,22 35:1,2,6,
7,9,12,13,14,17,
18,21,22,23 36:1,
3,7,10,12,15,21,
22,23,24 37:5,6,25
38:1,7,13,23,24
39:8,9,17,21 40:2,
5,8,13,15,16,25
41:3,8,11,15,20,
22,23,25 42:4,6,7,
10,11,18,25 43:4,
5,6,9,11,17,18,21,
22,23,25 44:5,10,
13,18,25 45:5,8,9,

10,11,14,16,17,22
46:7,9,10,14,18,
20,22 47:8,18,22,
25 48:4,7,16,18
49:5 50:1,7,10,13,
16,19,23,24 51:5,
8,11,14,17,18,20,
23,24 52:2,5,6,10,
13,15,18,21 53:3,
8,9,10,11,13,22
54:10,16,21,23
55:1,7,11,12,14,
16,18 56:1,2,8,12,
25 57:1,5,7,12,14,
15,16,18,19,21,22,
23,25 58:1,2,4,8,
15,16,21,23,24
59:6,7,13 60:9,18,
19,20 61:5,11,19,
25 62:3,7,9,12,16,
18 63:15,22,23,25
64:8,16,21,24
65:2,4,7,9,12,15
66:3,6,9,12,15,18,
20,25 67:3,5,10,
20,24 68:2,5,11,
18,23 69:2,3,6,9,
21,22,23 70:6,10,
13 71:5,9,19,24
72:1,2,3,5,7,12,24
73:2,5,9,22,25
74:3,8,11,14,15,
20,21 75:2,5,13,
16,20,24 76:1,4,
14,16,21 77:3,11,
13,15,19,21 78:9,
11,12,13,15,16,18,
25 79:2,5,9,12,18,
19,25 80:1,13,23
81:12,13,22,23
82:4,6,7,9,12,16,
22,24,25 83:3,7,
19,25 84:4,5,8,12,
16,17,20,21,24,25
85:1,2,5,9,12,20,
25 86:1,2,14,23

87:2,8,11,19,23,25
88:6,8,9,12,22,24
89:5,9 90:7,8,20,
21 91:8,9,17 92:2,
6,18 93:3,13,16,19
94:4,15,16,18,19,
22 95:5,8,16,19
96:9,10 97:4,5,14,
22,23 98:1,4,7,10,
13,15,16,19,24
99:15,20 100:4,8,
12 101:12,14,22,
23,25 102:3,4,5,7,
19 103:1,10,14

**you'd**
73:10 86:8

**you'll**
29:22,23 30:4,8,9,
24,25 38:17 54:5,
11 57:12 68:3
78:22 79:3,7,21,23
80:1,2 81:6,8 94:4

**you're**
7:3 19:5 29:19
30:3,5,22 31:8,11,
14,20 32:6,9,12,
13,15,16,18 33:5,
6,24 34:5,7,11,13,
19 35:16,17 36:9,
22 37:7,17 38:11,
14,19,23 39:22
40:15 43:24 44:19
51:5 57:17,20,23,
24 71:10 72:4
75:19,20,23 76:1
80:25 81:6,11,13
82:6,10,20 84:9
91:5,8,10,24,25
92:2 94:3,24 95:4
98:10 101:5
103:14

**you've**
7:8 88:19,21
100:18

**your**
6:9,20,21 7:9,15,
18,21,25 8:10,12
9:9 10:6,10 15:14
16:6 18:7,12,20
19:14 22:4 26:15
27:2 30:18 32:21
34:11 44:5,14
45:3,5,14,17 47:16
48:16,19,24 55:21
62:4,6 67:2,3,21
69:11 71:20,25
72:4 74:1 76:11
79:23,24 80:3
82:15,20 85:4
87:5,12 88:9,12,13
91:12 94:5 95:13
96:9 98:16

**yourself**
52:2 57:17 58:1
62:16 74:8 92:1,3

---

## Z

**Z-A-L-T-A-R**
68:19

**Zaltar**
68:12,16,20,23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com