Anthony McCloud
November 01, 2024

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                     PANAMA DIVISION

 3               CASE NO. 5:23-cv-183-TKW/MJF

 4
    DEVON CURRIE DC#A51859,
 5
            Plaintiff,
 6
    v.
 7
    SERGEANT MCKINNEY AND
 8  JANE DOE,

 9          Defendants.
    _____/
10

11

12

13
                     REMOTE DEPOSITION OF
14
                 ANTHONY MCCLOUD DC#063660
15
                 VOLUME 1 (Pages 1 - 45)
16

17
                  Friday, November 1, 2024
18                9:09 a.m. - 10:02 a.m.

19
                LOCATION:  Remote via Zoom
20                 Punta Gorda, Florida

21
                Reported by:  Tia Pierre,
22        Notary Commission No. FL HH 216931

23

24
    Job No.:  383603
25
```

Exhibit CC

Anthony McCloud
November 01, 2024

Page 2

```
 1   APPEARANCES:

 2   On behalf of Devon Currie DC#A51859:

 3        The Tarjan Law Firm P.A.
          12372 Southwest 82nd Avenue
 4        Pinecrest, Florida 33156

 5        BY:  JOSHUA TARJAN, ESQ.
          josh@tarjanlawfirm.com
 6
     On behalf of Sergeant McKinney and Jane Doe:
 7
          Florida Office of the Attorney General
 8        The Capitol
          PL-01
 9        Tallahassee, Florida 32399

10        BY:  ERIK KVERNE, ESQ.
          erik.kverne@myfloridalegal.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Anthony McCloud
November 01, 2024

Page 3

1                           INDEX OF EXAMINATION

2     EXAMINATION:                                    PAGE

3     Testimony of Anthony McCloud

4     Direct Examination by Mr. Kverne                    5
      Cross-Examination by Mr. Tarjan                     35
5
      Certificate of Oath                                42
6     Certificate of Digital Reporter                    43
      Read and Sign Letter                               44
7     Errata                                             45

8                           INDEX TO EXHIBITS

9     (None marked.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1   Proceedings began at 9:09 a.m.:

2           THE REPORTER:  We are on the record.  Today is

3       Friday, November 1st, 2024.  The time is 9:09 a.m.

4       central standard time.  My name is Tia Pierre.  I am

5       the remote online notary and court reporter assigned

6       by Lexitas.  I request all parties stipulate and

7       agree that by videoconference technology, this will

8       be the remote deposition of Anthony McCloud in the

9       case of Devon Currie as the plaintiff and Michelle

10      McKinney, et al. as the defendant.  The case number

11      is recorded as 5:23-cv-183 TKW/MJF.  Before going on

12      the record, the witness was positively identified as

13      Anthony McCloud.  Counsels, could you please state

14      your appearance for the record, your firm, who you

15      represent, and that you agree to stipulate that I

16      may place this witness under oath and report this

17      proceeding remotely?

18          MR. KVERNE:  My name is Erik Kverne and I work

19      for the Office of the Attorney General and I

20      represent Ms. Michelle McKinney in this case.  We do

21      so stipulate.

22          MR. TARJAN:  I'm Josh Tarjan with the Tarjan

23      Law Firm P.A., co-counsel for the plaintiff, and we

24      stipulate.

25          THE REPORTER:  Thank you.  I would now swear in

Anthony McCloud
November 01, 2024

Page 5

1    the witness.  Can you please raise your right hand

2    for me?

3         THE WITNESS:  Yes, ma'am.

4         THE REPORTER:  Do you swear or affirm that the

5    testimony you give today will be the truth, the

6    whole truth, and nothing but the truth?

7         THE WITNESS:  Yes, ma'am.

8  Thereupon:

9                   ANTHONY MCCLOUD,

10   having been first duly sworn, was examined and

11   testified as follows:

12        THE REPORTER:  Thank you.  Counsel, you may

13   begin with questioning.

14        MR. KVERNE:  Thank you.

15                   DIRECT EXAMINATION

16 BY MR. KVERNE:

17        Q.   Good morning, Mr. McCloud.  My name is Erik

18 Kverne and I work for the office of Attorney General and

19 as I stated, I represent an officer by the name of

20 Michelle McKinney.  Do you know who she is?

21        A.   I've heard of  her.

22        Q.   But do you remember any interacting with her at

23 all or anything like that?

24        A.   No, sir.

25        Q.   Right.  So we're here for case Devon Currie vs

Page 6

1  McKinney and others, 5:23-CV-183-TKW/MJF in the Northern

2  District of Florida, Panama City Division.  Is that the

3  case number, Mr. Tarjan?

4        MR. TARJAN:  Yes.

5  BY MR. KVERNE:

6        Q.   And Mr. McCloud, can you fully state your name

7  for the record, please?

8        A.   Anthony McCloud.

9        Q.   And then your DC number?

10       A.   063660.

11       Q.   Thank you.  And we're here today taking a

12  deposition over Zoom.  Correct?

13       A.   Yes, sir.

14       Q.   And I'm here on Friday, November 1st, 2024 to

15  ask you a couple of questions about a case that was filed

16  by an individual named Devon Currie.  Do you know Mr.

17  Currie?

18       A.   Yes.

19       Q.   So before we get into asking questions a little

20  bit more, I just have a couple of ground rules.  Court

21  Reporter went over one of them.  Have you ever been

22  deposed before like this?

23       A.   No, sir.

24       Q.   So the first rule is what the court reporter

25  indicated, which is basically, answer verbally for me,

Anthony McCloud
November 01, 2024

Page 7

1  please.  She's creating a transcript of everything that's

2  being said here today, so the types of responses that she

3  mentioned -- or basically just doing nonverbal responses

4  is not going to be very helpful because it's going to be

5  difficult to discern what you're saying.  Okay?

6       A.   Yes, sir.

7       Q.   So another thing is, if you don't understand

8  the answer to my question or -- sorry.  If you don't

9  understand my question, please ask me to rephrase it.  My

10  goal is not to confuse you.  It's just to find out what

11  happened.  Okay?

12       A.   Yes, sir.

13       Q.   If you don't know the answer to a question,

14  it's okay to say, "I don't know the answer to a

15  question."  Okay?

16       A.   Yes, sir.

17       Q.   If you don't remember the answer to a question,

18  it's okay to say, "I don't remember the answer to a

19  question."  Okay?

20       A.   Yes, sir.

21       Q.   If you need to take a break or anything, please

22  just let me know.  I'll be happy to do so.

23            MR. KVERNE:  Same with you, Mr. Tarjan and same

24       with you, Madam Court Reporter.

25  BY MR. KVERNE:

Page 8

1       Q.    Do you understand that, Mr. McCloud?

2       A.    Yes, sir.

3       Q.    Obviously, we don't have a judge here today, so
4  Mr. Tarjan may have some objections to questions that I'm
5  asking and vice versa.  I may have some objections to
6  questions that he's asking if he asks you any questions.
7  The way that the objections will be handled is even
8  though there's an objection here today, you still need to
9  answer the question.  Okay?

10      A.    Yes, sir.

11      Q.    So it's basically just to preserve for the
12  record purposes at a later date if there's a question
13  that's about something that's recorded on the transcript
14  that was objected to.  Okay?

15      A.    Yes, sir.

16      Q.    This is going to sound a little silly, but I
17  have to ask it.  Are you under the influence of drugs or
18  alcohol today?

19      A.    No, sir.

20      Q.    Do you take any medications or anything?

21      A.    Yeah, high blood pressure medication.

22      Q.    Would your high blood pressure medication
23  impact your ability to be truthful here today?

24      A.    No, sir.

25      Q.    Is there any reason why you would not be

Anthony McCloud
November 01, 2024

Page 9

1   truthful with me here today?

2       A.   No, sir.

3       Q.   So after the transcripts -- so basically, after

4   the transcripts are complete -- as I mentioned, the court

5   report is creating it -- you'll have the opportunity to

6   read a copy of the transcript, if you would like.  I'm

7   going to say that probably Mr. Tarjan is going to

8   recommend that you read a copy.  The purpose of the

9   reading is to make sure that the transcript is accurate

10  as written.  You can waive the reading of the transcript

11  if you choose to do so and then trust that the court

12  reporter accurately transcribed everything that was said.

13  With that said, what would you like to do?

14      A.   I mean, if I can get a copy of the transcript

15  myself personally, I'd like to have copy.

16      Q.   I mean, you'll be able to purchase a copy from

17  the court reporter yourself if you chose to do so, but

18  for purposes of reading, it's basically for making sure

19  that it's accurate.  You won't be able to keep that copy.

20      A.   Yes, sir.

21      Q.   So with that in mind, would you like to read a

22  copy of this transcript?

23      A.   Yeah, I'll read it.

24      Q.   So what will happen is --

25           MR. KVERNE:  Mr. Tarjan, do you want to arrange

Anthony McCloud
November 01, 2024

Page 10

```
 1      that or do you want me to arrange that?
 2           MR. TARJAN:  I can arrange it.
 3  BY MR. KVERNE:
 4      Q.   So Mr. Tarjan will arrange for you to basically
 5  to read a copy of it and there will be a sheet called an
 6  errata sheet attached to it where you can make changes
 7  based on line numbers.  And specifically, you can make
 8  changes to minor things, like, for example, you said he
 9  and the court reporter recorded she, you can make those
10  types of changes, but you can't make changes to the
11  entire substance of answers.  Otherwise, I'll be able to
12  come back and ask you questions about it.  Okay?
13      A.   Okay.
14      Q.   Makes sense?
15      A.   Yes, sir.
16      Q.   So I'm here talking with you here today about
17  an incident that involved Mr. Devon Currie, who you said
18  you know.  Right?
19      A.   Yes, sir.
20      Q.   And it's an incident that happened at Apalachee
21  Correctional Institution on July 20th, 2022.  Correct?
22      A.   Yes, sir.
23      Q.   And it happened in P Dorm?
24      A.   Yes, sir.
25      Q.   Specifically P2.  Right?
```

Anthony McCloud
November 01, 2024

Page 11

1      A.   P2.

2      Q.   So can you tell me?  What happened on that

3   date?  What do you remember about it?

4      A.   Well, that day, after the afternoon, Mr. Currie

5   and some other gang members got into a, a little -- got

6   into a argument in the bathroom.

7      Q.   Do you know what the argument was about?

8      A.   Well, it was about him, who was to be looking

9   at one of the guys in the bathroom, you know, and, and

10  the guy told him to get out the bathroom.  He told the

11  guy he wasn't looking at him and this and that, and it

12  kind of like blowed out a little proportion and they got

13  into with the other man about the situation and they

14  start fighting and after the fight --

15     Q.   Go ahead.

16     A.   After, after the fight, they went to their

17  bunks and stuff because, you know, it got broken up by

18  some of the guys in the dormitory and then it escalated a

19  little further than that after they told them that he had

20  to get out the dormitory and stuff like that and he told

21  me he wasn't going nowhere and his other two friends got

22  involved in the situation.  And, and after the account,

23  it just blowed out of proportion.  But he -- before he --

24  before that took place, I seen him.  I was living in bunk

25  62 in P2 and he went to his bunk and I was sitting there

Anthony McCloud
November 01, 2024

Page 12

1  on my bunk and I was watching me sleep, slept right

2  across from me.  I don't know if he was in his correct

3  bunk or not, but it was on the wall, like bunk 15 or 16,

4  if I ain't mistaken.  And he was just sitting there and

5  he got up and he went to the officer station.  What he

6  had to say with the officer in the officer station, I

7  don't know, but when he came back, he sat there on his

8  bunker and then after the count, you know, that's when

9  the guys attacked at him, you know, and that's when they

10  really got blowed out of proportion and guys went to

11  stabbing and -- stabbing him and he went to fighting and

12  it just got -- it just got, got crazy in the dormitory.

13      **Q.   I appreciate that.  We're going to break it**

14  **down a little bit more.  Just want to test your memory a**

15  **little bit and talk with it a little bit.  So the**

16  **incident you said started because there was an individual**

17  **in the shower.  Is that correct?**

18      A.   That's correct.

19      **Q.   Who was the individual in the shower?**

20      A.   He was a gang member by the name of -- I think

21  his name was -- I can't know his real name, but, you

22  know, they called him, I think, Pace, something like --

23      **Q.   Pace?**

24      A.   Yes.

25      **Q.   So Pace was in the shower --**

Anthony McCloud
November 01, 2024

Page 13

1      A.   Yes.

2      Q.   -- from your recollection?

3      A.   Yes.

4      Q.   And he was in the shower -- hold on one second.

5           MR. KVERNE:  Mr. Tarjan, I'm going to show him

6      some photos, the same ones we've been doing the

7      entire time.

8  BY MR. KVERNE:

9      Q.   Give me one second.  I'm going to pull up some

10 photos.  Okay?  All right.  I'm going to share my screen

11 with you so you can take a look at it.  Is this the

12 individual that was in the shower?

13     A.   Yes, that's the one.

14     Q.   And that's the individual you know as Pace.

15 Right?

16     A.   Yes, sir.

17     Q.   And according to the sheet, that's one of his

18 nicknames, King Pace or Pace.

19     A.   That's the nickname.

20     Q.   And then his name Is Raswel Rentas (phonetic)

21 according to the sheet.  Correct?

22     A.   That's correct.

23     Q.   And then according to the sheet, his DC number

24 is B10151?

25     A.   That's correct.

Anthony McCloud
November 01, 2024

Page 14

1       Q.    But this is the individual that you're certain

2  was in the shower at the time?

3       A.    Yes, he was in the shower.

4       Q.    So he was in the shower and Mr. Currie tried to

5  go into the bathroom at the time, or what happened?

6       A.    He was going in the bathroom to wash his hand

7  and being that he, he gave -- the guy felt that he was

8  looking in on him and stuff like that when he -- when he

9  really wasn't.

10      Q.    The guy, was that Mr. Pace or was that another

11 individual?

12      A.    Well, that was -- that was Mr. Pace and he had

13 a couple of his little brothers standing there, you know,

14 watching him while he -- while he was bathing and stuff

15 like that.

16      Q.    Do you know what member -- what type of gang

17 Mr. Pace is a member of?

18      A.    Yes, he's a Latin King.

19      Q.    And the other individuals that were standing

20 there, were they also Latin Kings?

21      A.    Yes, sir.

22           MR. TARJAN:  Objection as to form.

23 BY MR. KVERNE:

24      Q.    And the other individuals that were standing in

25 the doorway, do you remember who they were?

Anthony McCloud
November 01, 2024

1    A.    I done see them around in the dormitory.  I

2    don't know him personally, but I've seen him go around

3    the dormitory with, with, with him and, and the rest of

4    his brothers in there.

5        Q.    Do you know any of their nicknames, by any

6    chance?

7        A.    Not off the top of my head, I don't.

8        Q.    I'm going to show you some more pictures.  All

9    right?  See if maybe this helps.  What about this

10   individual?

11       A.    Yes, he was in there.

12       Q.    Was he one of the two that was standing by the

13   door?

14       A.    Yes, he was in there by, by the shower,

15   standing right there in front of the shower.

16       Q.    Have you ever heard the nickname Peru by any

17   chance?

18       A.    Yes, I have heard that name before.

19       Q.    Do you know if this is the individual named

20   Peru?

21       A.    Yes, that's him.

22       Q.    And according to the sheet, his name is Luis

23   Rodriguez.  Correct?

24       A.    That's correct.

25       Q.    And his DC number is M53592?

Page 16

1     A.   Yes.

2     Q.   **What about this individual?**

3     A.   Yes, he was standing there.  He was back there,

4  too.

5     Q.   **Do you know what his nickname was?**

6     A.   No, I don't know him.  I don't know his

7  nickname.

8     Q.   **Does the nickname YG ring a bell by any chance?**

9     A.   I done heard them call -- heard that name in

10  the dormitory, but I don't know if that's, that's his

11  nickname or not.

12    Q.   **According to the sheet, two of the nicknames,**

13  **at least under the aliases are King YG and YG.  Is that**

14  **correct?**

15    A.   Yes, that's correct.

16    Q.   **And his name is Wilson Rodriguez, according to**

17  **the sheet?**

18    A.   Yes, yes, Sir.

19    Q.   **And his DC number is K86552 according to the**

20  **sheet?**

21    A.   Yes, sir.

22    Q.   **Thank you.  All right.  And you said that at**

23  **least according to the sheet, YG and Peru were the ones**

24  **that were standing by the doorway?**

25    A.   Yes.

Page 17

1    Q.   Was there any other individuals you can

2    remember?

3    A.   No, sir.

4    Q.   And so Mr. Currie tried to go take a -- was

5    going into the bathroom and you said that YG and Peru

6    started to talk with him or what did they do?

7    A.   Yeah, they he told him to get out the bathroom

8    and he told them that he was just washing his hands and

9    stuff and then -- and he -- and he was on his way out the

10   bathroom and, and, you know, they got into an argument,

11   you know.  He, he been looking at my brother this and

12   that, dadada and it just -- it just escalated into, you

13   know -- they just start fighting.

14   Q.   Beyond Mr. Currie, YG, Peru, and Pace, was

15   there anyone else in the bathroom?

16   A.   Not that I can remember.

17   Q.   So you said that they started fighting.  Do you

18   remember who swung at who first?

19   A.   Well, Peru swung at what -- swung at Mr. Currie

20   first.

21   Q.   Peru swung at Mr. Currie first?

22   A.   Yes, I seen that.  I was stopping that while

23   looking at it.

24   Q.   And then what happened next after that?

25   A.   They just -- they started double teaming him

Anthony McCloud
November 01, 2024

Page 18

1    and he went to fighting back and --

2        Q.   **Was he getting the better of -- was Mr. Currie**

3    **getting the better of the two or was it --**

4        A.   He was kind of like -- you know, he was

5    punching them up off him.  They didn't really -- they

6    wasn't really, you know, planting a real serious pressure

7    on him -- you know what I mean -- because it appeared to

8    me -- looked like he knew what he was doing.  He was

9    fighting pretty good, you know.

10       Q.   **And then you said a group of other inmates came**

11   **over and de-escalated the situation?**

12       A.   Yeah, they kind of like tried to break it up --

13   you know what I mean -- and, and --

14       Q.   **Do you remember any of those inmates' names or**

15   **anything?**

16       A.   No, sir.  I don't know about no inmate name.

17       Q.   **I'm going to show you some more photos real**

18   **quick.  All right?  See if any of those were the ones**

19   **that you can think of that maybe were there.  All right.**

20   **You can see my screen again?**

21       A.   Yes.

22       Q.   **Was this one of the individuals that de-**

23   **escalated it?**

24       A.   Yeah, he was one of them that went back there

25   and then -- that was back there trying to break it up.

Anthony McCloud
November 01, 2024

Page 19

```
 1      Q.   And his name is Charles Gaddis.  Correct?

 2      A.   Correct.

 3      Q.   According to the sheet?

 4      A.   Yes.

 5      Q.   And his DC number is 127714 --

 6      A.   Yes.

 7      Q.   -- according to the sheet.  Okay.  Do you know

 8  him by any other nicknames or anything?

 9      A.   I've heard guys call him Mississippi.

10      Q.   Mississippi like the state?

11      A.   Yes, yes.

12      Q.   What about this individual?  Was he present or

13  did he try to break up the fight or anything?

14      A.   No, sir.

15      Q.   Do you know if he was present in the dorm?

16      A.   No, he don't look like one that was present at

17  the moment there.

18           MR. TARJAN:  I'm sorry.  What did you say, Mr.

19      McCloud?

20           THE WITNESS:  He don't look like he was present

21      at the -- in, in the dormitory at that time.  It

22      looked like Mr. Pace, it looked there.

23  BY MR. KVERNE:

24      Q.   You don't remember this individual being in the

25  dorm or you're certain he was not present?
```

Anthony McCloud
November 01, 2024

Page 20

```
 1      A.    No.  I don't remember him being in that
 2  dormitory.
 3      Q.    And his name is Michael Marceau according to
 4  this document.  Right?
 5      A.    Right.
 6      Q.    And his DC number is D37428?
 7      A.    Yes, sir.
 8      Q.    What about this individual?
 9      A.    Yeah, he was in the dormitory.
10      Q.    Was he one of the individuals that went to go
11  break up the fight?
12      A.    No, I didn't see him go break up the fight, but
13  he lives back there now, corner back there.  He live --
14      Q.    You're certain that he was in the dormitory,
15  though?
16      A.    Yes, he definitely is in the dormitory.
17      Q.    And his name is Chad Shaw.  Correct?
18      A.    Correct.
19      Q.    And his DC number is 347470?
20      A.    Yes, sir.
21      Q.    Do you know him by any other nicknames or
22  anything?
23      A.    I've heard guys call him Playboy.
24      Q.    What about this individual?  Was he present in
25  the dorm or do you remember him at all?
```

Anthony McCloud
November 01, 2024

Page 21

1      A.    I don't even remember him.

2      Q.    So you don't remember this individual at all?

3      A.    No, sir.

4      Q.    And his name is Richard Utrea.  Correct?

5      A.    Correct.

6      Q.    And his DC number is 183499?

7      A.    Yes, sir, correct.

8      Q.    What about this individual?

9      A.    Yes, he lived in the -- in the dormitory.

10     Q.    Was he one of the individuals that went and

11   broke up the fight or anything?

12     A.    No, sir.

13     Q.    But he was in the dormitory?

14     A.    Yes, he was.

15     Q.    And his name is Alfonso Ward.  Correct?

16     A.    That's correct.

17     Q.    And his DC number is 565863?

18     A.    Yes, sir.

19     Q.    Now, you said that the individuals went to

20   break up the fight.  How many individuals went and tried

21   to break up the fight?

22     A.    Well, I think, like, one -- like, one or two of

23   them try to break up the fight.

24     Q.    Were they successful?

25     A.    Yeah, they broke it up.  I mean, he went to --

Page 22

1  Currie went to his bunk and they went back over their
2  little area where they was living at.
3      Q.   And then you said after a little bit, you were
4  watching Mr. Currie, and Mr. Currie got up and went to
5  the officer station.
6      A.   Yeah, after they told me I had to leave the
7  dormitory.
8      Q.   And you said you could not hear what transpired
9  at the officer station?
10     A.   Yeah, what was said at the officer station.
11     Q.   But Mr. Currie then walked back to his bunk?
12     A.   Yes, he did.
13     Q.   And then what happened next?
14     A.   Well, he sat on his bunk and they came through
15 and they did a count and after the count, the guys went
16 over there and they went to gathering up again and that's
17 when they started fighting again and the other two guys
18 tried to get -- assist him.  I think his name was
19 Williams and the, the other guy Charles, they tried to
20 give him assistance and, you know, tried to help him --
21 you know what I mean -- because they were trying to
22 double team him in there and --
23     Q.   So break down a little bit more.  So you said
24 Mr. Currie went back to his bunk, then the officers came
25 through and did count.  Right?

Anthony McCloud
November 01, 2024

Page 23

1     A.   Right.

2     Q.   **How many officers were there?  Do you remember?**

3     A.   It was two officers that count.  I can't

4  remember the officers that came in and did the count, but

5  the two officer came in, did the count, and went right

6  back out.

7     Q.   **You said you were familiar with Michelle**

8  **McKinney.  Do you know if Michelle McKinney was one of**

9  **the two officers?**

10    A.   She didn't come out to count.  I don't think

11 she was one of them that counted

12    Q.   **She was not one of them?**

13    A.   No, sir.

14    Q.   **The two officers that did do the count, were**

15 **they male, female?**

16    A.   I can't remember.  I can't remember, sir.  If I

17 -- if I say that, I'd be telling a tale.  I can't, can't

18 remember all the way back there.

19    Q.   **But it sounded pretty certain that you didn't**

20 **remember Michelle McKinney.  Right?**

21         MR. TARJAN:  Objection to form.  You can

22    answer.

23 BY MR. KVERNE:

24    Q.   **Is that correct?**

25    A.   That's correct.

Anthony McCloud
November 01, 2024

Page 24

1     Q.    Why?

2     A.    Why what?

3     Q.    Why are you pretty certain that it was not

4  Michelle McKinney?

5     A.    Well, because, I mean, I know Mr. McKenzie.

6  When she had came through, I, I don't know this was her.

7     Q.    So the two officers did count.  Before we move

8  on a little bit, how long did the original fight last,

9  the one that was in the bathroom.  About how long did

10 that go on for?

11     A.    About a good 30 to 45 minutes at the most.

12     Q.    At the most, 30 to 45 minutes is the one in the

13 bathroom?

14     A.    Yeah.

15     Q.    And then how long did it take to do count?

16     A.    The count lasted -- sometimes it lasts by at

17 least 45 to -- sometimes it lasts a little longer than

18 that.

19     Q.    Do you remember how long it lasted on that

20 particular night?

21     A.    No, I can't remember how long it lasted that

22 night.

23     Q.    Now, you said that the officers went back into

24 the officer station after count.  Is that correct?

25     A.    That's correct.

Page 25

1     Q.   About how long after the officers went out into

2  the officer station -- well, first, when the officers

3  were out on the floor doing count, was anyone saying

4  anything or doing anything?

5     A.   No, everybody was sitting on their bunk.

6     Q.   And then the officers went back into the

7  officer station.  And how long after the officer went

8  back into the officer station did the next fight begin?

9     A.   After the count cleared?

10    Q.   Like immediately?

11    A.   No, after the count cleared is when the fight

12  started.  Right after the count cleared, they went --

13  that's when they approach at Currie again.

14    Q.   So however long count took, once count was

15  done, then the fight began pretty much like immediately

16  or a couple minutes after?

17    A.   About a couple of minutes after the count

18  cleared.

19    Q.   And you said that they approached -- and these

20  are the Latin Kings again.  Right?

21    A.   Yes.

22    Q.   How many of them?

23    A.   Well, it was -- it was -- it was quite a few of

24  them.  I can't -- I mean, it was about three, four of

25  them at the most -- you know what I mean -- then you had

Anthony McCloud
November 01, 2024

1   some other guys that wasn't Latin Kings that was Spanish

2   guys that involved themselves in it too.  And I didn't

3   really, really, really could see who all was hitting, who

4   was this and that -- you know what I mean -- but yeah, I,

5   I remember it was some other guys that took -- that,

6   that, that involved themselves in it too that wasn't,

7   wasn't gang members.  They were just Spanish guys.

8        Q.   The three or four Latin Kings that you said

9   that you were certain Latin Kings were, were they YG,

10  Peru and Pace again, or were there other Latin Kings?

11       A.   It was other ones there too.

12       Q.   But did it involve those three definitely?

13       A.   Definitely.

14       Q.   So those three definitely and then additional

15  Latin Kings as well, from your recollection?

16       A.   Yeah, I -- yes, sir.

17       Q.   Do you remember any of the other additional

18  ones?

19       A.   I don't know them.  Yeah, I don't know them.  I

20  don't know them by their name.  You know, I, I done see

21  them around, you know, in the dormitory and stuff like

22  that -- you know what I mean -- but I don't, you know,

23  really get myself involved in, in, in knowing these guys

24  like that.  I try to stay to myself.

25       Q.   Would you be able to give a description of what

Anthony McCloud
November 01, 2024

Page 27

1  they look like by any chance?

2      A.   Well, some of them was young, some of them was

3  old, you know.  There was a couple of young ones and old

4  ones.

5      Q.   Build wise like body wise.  Body build.  Like

6  how was their body shaped?

7      A.   Some of them was young, some of them, you know,

8  had, had pretty -- you know, he was in pretty good shape,

9  you know, and some of them was old -- you know what I

10  mean -- but they -- I don't think them guys there was

11  Latin Kings.  It was other older guys in there that was

12  Spanish guy that involved theyself into that.

13      Q.   Tattoos or anything?

14      A.   Well, I don't -- I don't -- I don't see no

15  tattoos on their body or nothing like that.  Like I say,

16  you know, I don't -- I don't be looking at them guys like

17  that.  I kind of stay off to myself.

18      Q.   What about hairstyle?  Do you remember the

19  hairstyle?

20      A.   No, sir.

21      Q.   So you said that the Latin Kings went up to

22  Currie, right --

23      A.   Yeah.

24      Q.   -- at that point?  And then other individuals

25  were also becoming involved that were Latin as well?

Page 28

1    A.    Well, yes, sir.  They were standing around and,

2  and running around in the dormitory and howling and

3  screaming and, you know -- and as the other two guys were

4  going over there and one of them, the little short guy

5  that you showed me, recalled him.  Did you say that was

6  YG?  He pulled out a weapon and went to stabbing them

7  guys.

8    **Q.    So YG pulled out a weapon and started to stab**

9  **Mr. Currie?**

10    A.    Yes, he did.

11    **Q.    And you said earlier that you believed it was**

12  **Mr. Williams and Mr. Gaddis that came over to assist.**

13  **Right?**

14    A.    Yes.

15    **Q.    We already identified Mr. Gaddis by photo.  I'm**

16  **going to share real quick.  Is this Mr. Williams?**

17    A.    Yes, that's him.

18    **Q.    And then his name is Brandon Williams.  Right?**

19    A.    Brandon Williams.

20    **Q.    And then DC number 130662?**

21    A.    That's correct.

22    **Q.    And this is another individual that was**

23  **involved in the fight as well.  Right?**

24    A.    Yeah.  He was trying to assist Mr. Currie

25  again.  He was at the dorm there giving Mr. Currie

1   assist.

2       Q.   So did the Latin Kings attack Mr. Currie first

3   and then Mr. Williams and Gaddis ran over, or how did

4   this go down?

5       A.   Yes, it went down.  They attacked at him first

6   and then Mr. Gaddis and Mr. Williams went over there and,

7   and, and they tried to help him.  And Mr. Gaddison, I

8   think that -- I think he got stabbed in his head,

9   somewhere around, around him andbut in his head and the

10  other one, Mr. Williams, he was fighting and right at the

11  very end of the whole situation, he went to running

12  towards the door and the guy ran behind him and stabbed

13  him in his back, I think, somewhere in his shoulder

14  blade, around in back somewhere.  And after that, that's

15  when the officer come in the door.  And somebody must be

16  -- whoever called mercy traffic, they come in the door

17  and they made all them get out on the floor, everybody

18  get on the bunks, lay down, dadadada, you know, this and

19  that.  They did the routine.  And after that, you know,

20  they took them guys out, handcuffed a bunch of the Latin

21  Kings and took them out and took -- meant to carry them

22  out and took them to medical, wherever they were taking

23  them, you know, and that was the end of that.

24      Q.   I want to break it down a little bit more.  You

25  said Mr. Gaddis was stabbed on the face.  Right?

Anthony McCloud
November 01, 2024

Page 30

1    A.   Somewhere around up in his face, somewhere.  He
2  got hit up in his face.
3    Q.   Do you Remember which side of his face, by any
4  chance?
5    A.   I couldn't tell you what side it was.
6    Q.   Do you remember the individual that stabbed him
7  in his face?
8    A.   Yes.
9    Q.   Who was it?
10    A.   YG.
11    Q.   YG did it?
12    A.   Yeah.
13    Q.   And then what about the individual that ended
14  up catching Mr. Williams and stabbing him?  Do you
15  remember who that individual was?
16    A.   The same guy, YG.
17    Q.   YG as well?
18    A.   Yes, sir.
19    Q.   And was Mr. Currie injured?
20    A.   Yes, he was injured.  He stabbed him too.
21    Q.   So YG stabbed all three of them?
22    A.   Yes, he did.
23    Q.   And then you said shortly after Mr. Brandon
24  Williams was running towards the front of the dorm, the
25  officers came in.  Is that correct?

Anthony McCloud
November 01, 2024

Page 31

1      A.    That's correct.

2      Q.    So did it end before -- did this event end

3  before the officers came in or because the officers came

4  in.

5      A.    It ended when the officer came in the door.

6      Q.    So it's  still ongoing to the moment to the

7  officers coming in the door?

8      A.    That's right.

9      Q.    And when the officers came in, was it a lot of

10  officers, small amount of officers?

11      A.    It wasn't that many officers.  It was two of

12  them that, that came in the door.  I think it was some of

13  them still in the officer station at the time this was

14  going on, you know, the --

15      Q.    Do you remember which ones were in the officer

16  station?

17      A.    You know, I couldn't tell you who was all in

18  that office station.

19      Q.    What about the sex of the people that were in

20  the officer station, male or female?

21      A.    It was a couple of females in there.

22      Q.    Remember what they look like, by any chance?

23      A.    No, sir.  I couldn't tell you what they look

24  like.  My bunk so far back in the back.  I sleep in bunk

25  62 and, you know, my eye is kind of bad too, so I

Anthony McCloud
November 01, 2024

Page 32

1  couldn't really, really see that far without my glasses

2  on, and I didn't have my glasses at that particular time.

3      Q.   Was Ms. Michelle McKinney in the officer

4  station?

5      A.   I didn't see her in there at that particular

6  time.

7      Q.   And you said that Mr. Gaddis, Mr. Williams, and

8  Mr. Currie were taken out by medical.  Right?

9      A.   They were taken out the door by officers and,

10  and they went to medical.

11      Q.   How was Mr. Gaddis taken out?

12      A.   He -- they handcuffed him and took him out of

13  the door.

14      Q.   And then the same thing with Mr. Williams and

15  Mr. Currie.

16      A.   I think Mr. Currie was taken out on -- by

17  medical on a stretcher.

18      Q.   And what about Mr. Williams?

19      A.   Mr. William went out in handcuffs.

20      Q.   Were the three of them taken out before the

21  other Latin Kings were being pulled and everything?

22      A.   Yeah, they was taken out the door already.

23      Q.   And then you said the officers went into the

24  officer station and started to identify who the Latin

25  Kings were?

1      A.   Yes, I think they did.  They went to looking at

2   the camera in the officer station, seeing who all was

3   involved in the incident.

4      Q.   And the individuals that they pulled out, based

5   on your recollection, were those the individuals that

6   were involved?

7      A.   Yes, sir.

8      Q.   I'm going to show you one additional -- I'm

9   going to show you a couple of additional photos real

10   quick.  All right.  Can you see my screen?

11      A.   Yes.

12      Q.   Was this individual involved?

13      A.   I can't remember him.

14      Q.   You can't remember.  Have you ever seen him

15   before?

16      A.   No, I ain't seen him.

17      Q.   And his name is Alfredo Pedro.  Right?

18      A.   Yes.

19      Q.   And his DC number is S71334?

20      A.   Yes, sir.

21      Q.   What about this individual?

22      A.   Well, he look familiar, but I don't -- I, I

23   mean, I can't recall seeing him and, and, you know --

24      Q.   Do you know if he was involved in the fight?

25      A.   No, I can't remember because -- no, I don't --

Anthony McCloud
November 01, 2024

Page 34

1    I don't -- I can't remember him being involved in it.

2        Q.   How long did the second incident go on for

3    before the officers arrived?

4        A.   Well, it, it, it was -- it, it took -- it took

5    place.  It was like -- it took a good 45, 30 minutes at

6    the most.  It was -- it was -- they was in there just,

7    you know, rocking out like that.  They was in there just

8    fighting, you know, and the dude checking around in the

9    dormitory and I mean -- my, my, my thing is -- I want to

10   -- what I'm -- what I'm going to say here is, there's no

11   way in the world that that officer, whoever was in that

12   boot couldn't have seen what was going on in the

13   dormitory.  I mean, the dormitory, if you -- if you see

14   with the, the face of the dormitory, you can see all the

15   way back in the back of that area.  So whoever was in

16   there, they had to see what was going on.  If you even

17   are sitting in the dormitory and you got your camera in

18   there, I know you can see exactly what's going on in that

19   dormitory.

20       Q.   So if you're sitting in the dorm -- if you're

21   sitting in the officer station, you'd be able to see

22   basically the entire dorm.  Right?

23       A.   Yes, you can.

24       Q.   Is there anything else that we haven't talked

25   about that you can -- or that you think is important,

Page 35

 1  related to this?

 2      A.  No, sir.

 3          MR. KVERNE:  Give me one moment, if you would.

 4      All right.  I don't have any further questions.  Mr.

 5      Tarjan?

 6          MR. TARJAN:  Could we take five minutes,

 7      please?

 8          MR. KVERNE:  Yeah.  Go right ahead.

 9          MR. TARJAN:  Mr. McCloud, we're going to take

10      five minutes.  Okay?

11          THE WITNESS:  Yes, sir.

12          MR. KVERNE:  If you need to go to the bathroom

13      or anything, Mr. McCloud, now is the time to do it.

14      Okay?

15          THE WITNESS:  Okay.

16          THE REPORTER:  We're now off the record.

17          (Off the record.)

18          THE REPORTER:  We're back on the record.  The

19      time is 9:53 a.m.

20                      CROSS-EXAMINATION

21  BY MR. TARJAN:

22      Q.  Mr. McCloud, I'm going to ask you some

23  questions at this point.  You mentioned that officers

24  were looking at the cameras?

25      A.  Yes, sir?

Anthony McCloud
November 01, 2024

Page 36

1        Q.    And that was in the booth?

2        A.    Yes, sir.

3        Q.    Do you remember which officers were looking at

4   the cameras?

5        A.    No, sir.  I can't remember that.

6        Q.    Do you remember a Captain Heffner?

7        A.    Yes, I know Captain Hefner.

8        Q.    Do you know if Captain Hefner reviewed the

9   cameras?

10       A.    If I ain't mistaken, I think he did.  He's the

11   one that came in that night.

12       Q.    Do you remember what he did that night?

13       A.    When he came in, he reviewed the camera and he

14   got the other officer take the inmates that he would tell

15   him to get -- cuff them up and take them to confinement.

16       Q.    Did Hefner have any interaction with Mr. Currie

17   that you recall?

18       A.    No, sir.

19       Q.    You don't recall or he did not have interaction

20   with Mr. Currie?

21       A.    No, he didn't have no interaction with Mr.

22   Currie that I can remember.

23       Q.    You mentioned that you --

24       A.    Yeah, we got an -- yeah, we got an inmate

25   standing here by the door.

Anthony McCloud
November 01, 2024

Page 37

 1          MR. TARJAN:  Can we go off the record for a

 2     second?

 3          THE REPORTER:  Sure, Counsel.  One minute for

 4     me.  We're now off the record.  Time is 9:55 a.m.

 5          (Off the record.)

 6          THE REPORTER:  We're now back on the record.

 7     Time is still 9:55 a.m.

 8  BY MR. TARJAN:

 9     Q.   Now, I saw today that you had some glasses on

10  your head.  Is that correct?

11     A.   That's correct.

12     Q.   Were those glasses for helping to see things

13  far away or see things close up?

14     A.   It's only to see things close up.

15     Q.   Do you have any issues seeing things far away?

16     A.   Well, yes, I do.  I mean, my eyes -- yeah, I'm

17  up in age.  I'm 65 years old.  At the time, I was about -

18  - a couple of years ago I was like 63 and my eye was kind

19  of going bad a little.  You know, that way I wasn't able

20  to see far off.  You know, plus see, I could see people,

21  you know.  So I'm coming in the door.  I could see them

22  and I knew exactly who they is.  You know what I mean?

23  But I had to look on their tag or something to see their

24  name.  I, I couldn't see their name on their tag from

25  that far off.

Page 38

```
 1      Q.   But back in July 2022, were you able to see far

 2  away?

 3      A.   A little bit, Yes, sir.

 4      Q.   So when you were discussing earlier about

 5  seeing people in the -- seeing events happen, for example

 6  in the bathroom, did you have any trouble see any of

 7  that?

 8      A.   No, I didn't have no trouble because their --

 9  my bunk was back there by the bathroom.

10      Q.   What about when you were seeing - you said Mr.

11  Currie went to the booth.  Did you have any trouble

12  seeing Mr. Currie go to the booth?

13      A.   No, sir.  He went to the booth.

14      Q.   And when you saw -- you discussed the fight

15  that occurred, the combat that occurred after the count.

16  Did you have any trouble seeing any of that?

17      A.   No, I didn't.  I didn't have no trouble see at

18  all.

19      A.   Now, earlier Mr. Kverne showed you some images

20  of people on the screen and he read their full names.

21  Correct?

22      A.   Yes, he did.

23      Q.   Did you know those full names off the top of

24  your head or from seeing them on the screen?

25      A.   Well, I seen them on screen.  I didn't know
```

Anthony McCloud
November 01, 2024

Page 39

1  their full name.

2       Q.   And same question, really, for the DC numbers.

3  He mentioned DC numbers.  Did you know any inmate's DC

4  numbers off the top of your head or did you just know

5  this because they were read to you?

6       A.   I only knew because they was read to me.

7       Q.   I'm going to share my screen.  Well, this is a

8  picture of Michelle McKinney that was provided by the

9  Department of Corrections.  Do you see a picture on your

10  screen?

11       A.   Yes, I do.

12       Q.   Do you recognize this person?

13       A.   Yes, I do.

14       Q.   Now, you were asked about McKinney earlier.  Is

15  this the McKinney you were referring to?

16       A.   Yes, sir.

17       Q.   Now, you were asked -- you know what?  At first

18  you were asked whether you remembered who did count and I

19  think you said at first you did not remember but then you

20  were certain that it was not McKinney.  On like a scale

21  of 0 to 100, where 100 is most certain, how certain are

22  you that McKinney did not do the count on that scale?

23       A.   I'm, I'm, I'm -- to be honest with you, sir, I,

24  I, I -- I'm, I'm pretty sure that she didn't do the

25  count.  If she did, I can't remember.  It was so -- like

Page 40

 1   couple of years ago but I, I, I -- I'm trying to think

 2   back that I didn't really see her do the count during

 3   that particular time.

 4       Q.   So on a scale of 0 to 100, what number would

 5   you give?

 6       A.   I say from 0 to 100, it's about -- I say about

 7   -- I'm about 40, 40 to 50 percent sure.

 8       Q.   So you're 40 to 50 percent sure she did not do

 9   the count.

10       A.   Yes, sir.

11       Q.   I'm going to share my screen again.  Okay.  Do

12   you see a picture on your screen?

13       A.   Yes, I do.

14       Q.   This is a picture of someone named Alicia Green

15   from -- this is a LinkedIn picture.  She is a

16   correctional officer, according to LinkedIn.  Do you

17   recognize this person?

18       A.   No, sir, I don't recognize that person.

19       Q.   One second.  Picture was a picture of someone

20   in civilian clothing?

21       A.   Yes, it was.

22            MR. TARJAN:  I don't have any further

23       questions.  Mr. Kverne?

24            MR. KVERNE:  I don't have any further

25       questions.  Thank you.  Thank you, Mr. McCloud, for

Anthony McCloud
November 01, 2024

Page 41

1   talking with us.  We appreciate it.  You've been

2   very helpful in dealing with the situation so we

3   appreciate it very much.  Mr. Tarjan will get you

4   the document to be able to read and everything and

5   just make sure that your testimony is accurate.

6   Okay?

7         THE WITNESS:  Yes, sir.

8         MR. KVERNE:  If you want to purchase copy of

9   it, you are free to do so from the court reporter.

10  Mr. Tarjan, you have her information that you can

11  give to Mr. McCloud.  Right?

12        MR. TARJAN:  Yes, I can get him that

13  information.

14        MR. KVERNE:  Thank you again, Mr. McCloud for

15  helping us.  We appreciate it.  You're basically

16  free to go at this point and we can go off the

17  record, so --

18        THE WITNESS:  Okay.  Thank you, sir.

19        MR. KVERNE:  Yeah.

20        THE REPORTER:  We're now off the record.  The

21  time is 10:02 a.m. central time.

22        (Deposition concluded at 10:02 p.m.)

23

24

25

Anthony McCloud
November 01, 2024

Page 42

1                          CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BAY

5

6         I, the undersigned authority, Tia Pierre, Notary

7    Public, certify that ANTHONY MCCLOUD remotely appeared

8    before me and was duly sworn on November 1, 2024.

9         WITNESS my hand and official seal this 14th day of

10   November 2024.

11

12

13   *Tia Pierre*
     _____
14   Tia Pierre
     Notary Commission FL HH 216931
15   Commission Expires: January 17, 2026

16

17

18

19

20

21

22

23

24

25

Anthony McCloud
November 01, 2024

Page 43

1              CERTIFICATE OF DIGITAL REPORTER

2

3       I, TIA PIERRE, a Digital Reporter and Notary Public

4   within and for the State of Florida, do hereby certify:

5

6       That the foregoing proceeding hereinbefore set forth

7   was accurately captured with annotations by me during the

8   proceeding.

9

10      I further certify that I am not related to any of

11  the parties to this action by blood or marriage, and that

12  I am in no way interested in the outcome of this matter.

13

14      IN WITNESS THEREOF, I have hereunto set my hand this

15  1st day of November, 2024.

16

17

18  *Tia Pierre*
    _____
    Tia Pierre, Notary
19  Notary Commission FL HH 216931
    Commission Expires: January 17, 2026

20

21

22

23

24

25

Anthony McCloud
November 01, 2024

Page 44

1  NOVEMBER 14TH, 2024

2  ANTHONY MCCLOUD c/o JOSHUA TARJAN
   12372 Southwest 82nd Avenue, Pinecrest, Florida 33156
3  IN RE: DEVON CURRIE DC# A51859 v. SERGENT MCKINNEY AND
   JANE DOE
4  CASE NO.: 5:23-cv-183-TKW/MJF

5  Please take notice that on the 1st day of November 2024,
   you gave your deposition in the above cause. At that
6  time you did not waive your signature.

7  The above-addressed attorney has ordered a copy of
   this transcript and will make arrangements with you to
8  read their copy. Please execute the Errata Sheet,
   which can be found at the back of the transcript, and
9  have it returned to us for distribution to all parties.

10  If you do not read and sign the deposition within 30
    days, the original, which has already been forwarded to
11  the ordering attorney, may be filed with the Clerk of
    the Court.

12
    If you wish to waive your signature now, please sign
13  your name in the blank at the bottom of this letter and
    return it to the address listed below.

14
    Very truly yours,
15  *Tia Pierre*
    Tia Pierre
16  Lexitas Legal
    fl.production@lexitaslegal.com
17  I do hereby waive my signature.

18  _____
    ANTHONY MCCLOUD
19  Job No.:  383603

20

21

22

23

24

25

Anthony McCloud
November 01, 2024

1                    ERRATA SHEET

2              DO NOT WRITE ON THE TRANSCRIPT
              ENTER CHANGES ON THIS SHEET
3
    DEVON CURRIE DC# A51859 v. SERGENT MCKINNEY AND JANE DOE
4   Deponent:  ANTHONY MCCLOUD
    Date of Deposition:  November 1, 2024
5   Case No.:  5:23-cv-183-TKW/MJF

6   PAGE        LINE              REMARKS

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it
20  are true.

21
    Signature of Witness: _____
22
    Dated this _____ day of _____ , _____
23
    Email to fl.production@lexitaslegal.com
24  Job No.:  383603

25

**0**

**0**
39:21
40:4,6
**063660**
6:10

**1**

**100**
39:21
40:4,6
**10:02**
41:21,
22
**127714**
19:5
**130662**
28:20
**15**
12:3
**16**
12:3
**183499**
21:6
**1st**
4:3
6:14

**2**

**2022**
10:21
38:1
**2024**
4:3
6:14

**20th**
10:21

**3**

**30**
24:11,
12 34:5
**347470**
20:19

**4**

**40**
40:7,8
**45**
24:11,
12,17
34:5

**5**

**50**
40:7,8
**565863**
21:17
**5:23-cv-
183**
4:11
**5:23-CV-
183-TKW/
MJF**
6:1

**6**

**62**
11:25
31:25

**63**
37:18
**65**
37:17

**9**

**9:09**
4:1,3
**9:53**
35:19
**9:55**
37:4,7

**A**

**a.m.**
4:1,3
35:19
37:4,7
41:21
**ability**
8:23
**account**
11:22
**accurate**
9:9,19
41:5
**accurate
ly**
9:12
**additional**
26:14,
17
33:8,9
**affirm**
5:4

**afternoon**
11:4
**age**
37:17
**agree**
4:7,15
**ahead**
11:15
35:8
**alcohol**
8:18
**Alfonso**
21:15
**Alfredo**
33:17
**aliases**
16:13
**Alicia**
40:14
**amount**
31:10
**andbut**
29:9
**answers**
10:11
**Anthony**
4:8,13
5:9 6:8
**Apalache
e**
10:20
**appearance**
4:14
**appeared**
18:7

**approach**
25:13
**approached**
25:19
**area**
22:2
34:15
**argument**
11:6,7
17:10
**arrange**
9:25
10:1,2,
4
**arrived**
34:3
**asks**
8:6
**assigned**
4:5
**assist**
22:18
28:12,
24 29:1
**assistance**
22:20
**attached**
10:6
**attack**
29:2
**attacked**
12:9
29:5
**Attorney**
4:19
5:18

**B**

**B10151**
13:24
**back**
10:12
12:7
16:3
18:1,
24,25
20:13
22:1,
11,24
23:6,18
24:23
25:6,8
29:13,
14
31:24
34:15
35:18
37:6
38:1,9
40:2
**bad**
31:25
37:19
**based**
10:7
33:4
**basically**
6:25
7:3
8:11
9:3,18
10:4
34:22
41:15

bathing
  14:14
bathroom
  11:6,9,
  10
  14:5,6
  17:5,7,
  10,15
  24:9,13
  35:12
  38:6,9
began
  4:1
  25:15
begin
  5:13
  25:8
believed
  28:11
bell
  16:8
bit
  6:20
  12:14,
  15
  22:3,23
  24:8
  29:24
  38:3
blade
  29:14
blood
  8:21,22
blowed
  11:12,
  23
  12:10
body
  27:5,6,

15
boot
  34:12
booth
  36:1
  38:11,
  12,13
Brandon
  28:18,
  19
  30:23
break
  7:21
  12:13
  18:12,
  25
  19:13
  20:11,
  12
  21:20,
  21,23
  22:23
  29:24
broke
  21:11,
  25
broken
  11:17
brother
  17:11
brothers
  14:13
  15:4
build
  27:5
bunch
  29:20
bunk
  11:24,

25
  12:1,3
  22:1,
  11,14,
  24 25:5
  31:24
  38:9
bunker
  12:8
bunks
  11:17
  29:18

—————

    C

call
  16:9
  19:9
  20:23
called
  10:5
  12:22
  29:16
camera
  33:2
  34:17
  36:13
cameras
  35:24
  36:4,9
Captain
  36:6,7,
  8
carry
  29:21
case
  4:9,10,
  20 5:25
  6:3,15

catching
  30:14
central
  4:4
  41:21
Chad
  20:17
chance
  15:6,17
  16:8
  27:1
  30:4
  31:22
Charles
  19:1
  22:19
checking
  34:8
choose
  9:11
chose
  9:17
City
  6:2
civilian
  40:20
cleared
  25:9,
  11,12,
  18
close
  37:13,
  14
clothing
  40:20
co-
counsel
  4:23

combat
  38:15
complete
  9:4
conclude
d
  41:22
confinem
ent
  36:15
confuse
  7:10
copy
  9:6,8,
  14,15,
  16,19,
  22 10:5
  41:8
corner
  20:13
correct
  6:12
  10:21
  12:2,
  17,18
  13:21,
  22,25
  15:23,
  24
  16:14,
  15
  19:1,2
  20:17,
  18
  21:4,5,
  7,15,16
  23:24,
  25
  24:24,
  25

28:21
  30:25
  31:1
  37:10,
  11
  38:21
correcti
onal
  10:21
  40:16
Correcti
ons
  39:9
Counsel
  5:12
  37:3
Counsels
  4:13
count
  12:8
  22:15,
  25
  23:3,4,
  5,10,14
  24:7,
  15,16,
  24
  25:3,9,
  11,12,
  14,17
  38:15
  39:18,
  22,25
  40:2,9
counted
  23:11
couple
  6:15,20
  14:13
  25:16,

17 27:3
31:21
33:9
37:18
40:1

**court**
4:5
6:20,24
7:24
9:4,11,
17 10:9
41:9

**crazy**
12:12

**creating**
7:1 9:5

**CROSS-
EXAMINAT
ION**
35:20

**cuff**
36:15

**Currie**
4:9
5:25
6:16,17
10:17
11:4
14:4
17:4,
14,19,
21 18:2
22:1,4,
11,24
25:13
27:22
28:9,
24,25
29:2
30:19

32:8,
15,16
36:16,
20,22
38:11,
12

——————
**D**

**D37428**
20:6

**dadada**
17:12

**dadadada**
29:18

**date**
8:12
11:3

**day**
11:4

**DC**
6:9
13:23
15:25
16:19
19:5
20:6,19
21:6,17
28:20
33:19
39:2,3

**de-**
18:22

**de-
escalate
d**
18:11

**dealing**
41:2

**defendan
t**
4:10

**Departme
nt**
39:9

**deposed**
6:22

**depositi
on**
4:8
6:12
41:22

**descript
ion**
26:25

**Devon**
4:9
5:25
6:16
10:17

**difficul
t**
7:5

**DIRECT**
5:15

**discern**
7:5

**discusse
d**
38:14

**discussi
ng**
38:4

**District**
6:2

**Division**
6:2

**document**
20:4
41:4

**door**
15:13
29:12,
15,16
31:5,7,
12
32:9,
13,22
36:25
37:21

**doorway**
14:25
16:24

**dorm**
10:23
19:15,
25
20:25
28:25
30:24
34:20,
22

**dormitor
y**
11:18,
20
12:12
15:1,3
16:10
19:21
20:2,9,
14,16
21:9,13
22:7
26:21
28:2
34:9,
13,14,

17,19

**double**
17:25
22:22

**drugs**
8:17

**dude**
34:8

**duly**
5:10

——————
**E**

**earlier**
28:11
38:4,19
39:14

**end**
29:11,
23 31:2

**ended**
30:13
31:5

**entire**
10:11
13:7
34:22

**Erik**
4:18
5:17

**errata**
10:6

**escalate
d**
11:18
17:12
18:23

**et al**
4:10

**event**
31:2

**events**
38:5

**EXAMINAT
ION**
5:15

**examined**
5:10

**eye**
31:25
37:18

**eyes**
37:16

——————
**F**

**face**
29:25
30:1,2,
3,7,
34:14

**familiar**
23:7
33:22

**felt**
14:7

**female**
23:15
31:20

**females**
31:21

**fight**
11:14,
16
19:13
20:11,
12
21:11,

20,21,
23 24:8
25:8,
11,15
28:23
33:24
38:14

**fighting**
11:14
12:11
17:13,
17
18:1,9
22:17
29:10
34:8

**filed**
6:15

**find**
7:10

**firm**
4:14,23

**floor**
25:3
29:17

**Florida**
6:2

**form**
14:22
23:21

**free**
41:9,16

**Friday**
4:3
6:14

**friends**
11:21

**front**
15:15

30:24

**full**
38:20,
23 39:1

**fully**
6:6

_____

**G**
_____

**Gaddis**
19:1
28:12,
15
29:3,6,
25
32:7,11

**Gaddison**
29:7

**gang**
11:5
12:20
14:16
26:7

**gathering**
22:16

**gave**
14:7

**General**
4:19
5:18

**give**
5:5
13:9
22:20
26:25
35:3
40:5
41:11

**giving**
28:25

**glasses**
32:1,2
37:9,12

**goal**
7:10

**good**
5:17
18:9
24:11
27:8
34:5

**Green**
40:14

**ground**
6:20

**group**
18:10

**guy**
11:10,
11
14:7,10
22:19
27:12
28:4
29:12
30:16

**guys**
11:9,18
12:9,10
19:9
20:23
22:15,
17
26:1,2,
5,7,23
27:10,
11,16
28:3,7

29:20

_____

**H**
_____

**hairstyle**
27:18,
19

**hand**
5:1
14:6

**handcuffed**
29:20
32:12

**handcuffs**
32:19

**handled**
8:7

**hands**
17:8

**happen**
9:24
38:5

**happened**
7:11
10:20,
23 11:2
14:5
17:24
22:13

**happy**
7:22

**head**
15:7
29:8,9
37:10
38:24

**hear**
22:8

**heard**
5:21
15:16,
18 16:9
19:9
20:23

**Heffner**
36:6

**Hefner**
36:7,8,
16

**helpful**
7:4
41:2

**helping**
37:12
41:15

**helps**
15:9

**high**
8:21,22

**hit**
30:2

**hitting**
26:3

**hold**
13:4

**honest**
39:23

**howling**
28:2

_____

**I**
_____

**identified**
4:12
28:15

**identify**
32:24

**images**
38:19

**immediately**
25:10,
15

**impact**
8:23

**important**
34:25

**incident**
10:17,
20
12:16
33:3
34:2

**individual**
6:16
12:16,
19
13:12,
14
14:1,11
15:10,
19 16:2
19:12,
24
20:8,24
21:2,8

Anthony McCloud
November 01, 2024

28:22
30:6,
13,15
33:12,
21
**individuals**
14:19,
24 17:1
18:22
20:10
21:10,
19,20
27:24
33:4,5
**influence**
8:17
**information**
41:10,
13
**injured**
30:19,
20
**inmate**
18:16
36:24
**inmate's**
39:3
**inmates**
18:10
36:14
**inmates'**
18:14
**Institution**
10:21

**interacting**
5:22
**interaction**
36:16,
19,21
**involve**
26:12
**involved**
10:17
11:22
26:2,6,
23
27:12,
25
28:23
33:3,6,
12,24
34:1
**issues**
37:15

___ J ___

**Josh**
4:22
**judge**
8:3
**July**
10:21
38:1

___ K ___

**K86552**
16:19
**kind**
11:12
18:4,12

27:17
31:25
37:18
**King**
13:18
14:18
16:13
**Kings**
14:20
25:20
26:1,8,
9,10,15
27:11,
21
29:2,21
32:21,
25
**knew**
18:8
37:22
39:6
**knowing**
26:23
**Kverne**
4:18
5:14,
16,18
6:5
7:23,25
9:25
10:3
13:5,8
14:23
19:23
23:23
35:3,8,
12
38:19
40:23,
24
41:8,

14,19

___ L ___

**lasted**
24:16,
19,21
**lasts**
24:16,
17
**Latin**
14:18,
20
25:20
26:1,8,
9,10,15
27:11,
21,25
29:2,20
32:21,
24
**Law**
4:23
**lay**
29:18
**leave**
22:6
**Lexitas**
4:6
**Linkedin**
40:15,
16
**live**
20:13
**lived**
21:9
**lives**
20:13

**living**
11:24
22:2
**long**
24:8,9,
15,19,
21
25:1,7,
14 34:2
**longer**
24:17
**looked**
18:8
19:22
**lot**
31:9
**Luis**
15:22

___ M ___

**M53592**
15:25
**Madam**
7:24
**made**
29:17
**make**
9:9
10:6,7,
9,10
41:5
**Makes**
10:14
**making**
9:18
**male**
23:15
31:20

**man**
11:13
**Marceau**
20:3
**Mccloud**
4:8,13
5:9,17
6:6,8
8:1
19:19
35:9,
13,22
40:25
41:11,
14
**Mckenzie**
24:5
**Mckinney**
4:10,20
5:20
6:1
23:8,20
24:4
32:3
39:8,
14,15,
20,22
**meant**
29:21
**medical**
29:22
32:8,
10,17
**medication**
8:21,22
**medications**
8:20

member
  12:20
  14:16,
  17
members
  11:5
  26:7
memory
  12:14
mentioned
  7:3 9:4
  35:23
  36:23
  39:3
mercy
  29:16
Michael
  20:3
Michelle
  4:9,20
  5:20
  23:7,8,
  20 24:4
  32:3
  39:8
mind
  9:21
minor
  10:8
minute
  37:3
minutes
  24:11,
  12
  25:16,
  17 34:5
  35:6,10

Mississi
ppi
  19:9,10
mistaken
  12:4
  36:10
moment
  19:17
  31:6
  35:3
morning
  5:17
move
  24:7

——————

N
——————

named
  6:16
  15:19
  40:14
names
  18:14
  38:20,
  23
nickname
  13:19
  15:16
  16:5,7,
  8,11
nicknames
  13:18
  15:5
  16:12
  19:8
  20:21
night
  24:20,
  22

36:11,
12
nonverbal
  7:3
Northern
  6:1
notary
  4:5
November
  4:3
  6:14
number
  4:10
  6:3,9
  13:23
  15:25
  16:19
  19:5
  20:6,19
  21:6,17
  28:20
  33:19
  40:4
numbers
  10:7
  39:2,3,
  4

——————

O
——————

oath
  4:16
objected
  8:14
objection
  8:8
  14:22
  23:21

objections
  8:4,5,7
occurred
  38:15
office
  4:19
  5:18
  31:18
officer
  5:19
  12:5,6
  22:5,9,
  10 23:5
  24:24
  25:2,7,
  8 29:15
  31:5,
  13,15,
  20
  32:3,24
  33:2
  34:11,
  21
  36:14
  40:16
officers
  22:24
  23:2,3,
  4,9,14
  24:7,23
  25:1,2,
  6 30:25
  31:3,7,
  9,10,11
  32:9,23
  34:3
  35:23
  36:3
older
  27:11

ongoing
  31:6
online
  4:5
opportunity
  9:5
original
  24:8

——————

P
——————

P.A.
  4:23
p.m.
  41:22
P2
  10:25
  11:1,25
Pace
  12:22,
  23,25
  13:14,
  18
  14:10,
  12,17
  17:14
  19:22
  26:10
Panama
  6:2
parties
  4:6
Pedro
  33:17
people
  31:19
  37:20
  38:5,20

percent
  40:7,8
person
  39:12
  40:17,
  18
personally
  9:15
  15:2
Peru
  15:16,
  20
  16:23
  17:5,
  14,19,
  21
  26:10
phonetic
  13:20
photo
  28:15
photos
  13:6,10
  18:17
  33:9
picture
  39:8,9
  40:12,
  14,15,
  19
pictures
  15:8
Pierre
  4:4
place
  4:16
  11:24
  34:5

plaintiff
4:9,23
planting
18:6
Playboy
20:23
point
27:24
35:23
41:16
positively
4:12
present
19:12,
15,16,
20,25
20:24
preserve
8:11
pressure
8:21,22
18:6
pretty
18:9
23:19
24:3
25:15
27:8
39:24
proceeding
4:17
Proceedings
4:1

proportion
11:12,
23
12:10
provided
39:8
pull
13:9
pulled
28:6,8
32:21
33:4
punching
18:5
purchase
9:16
41:8
purpose
9:8
purposes
8:12
9:18

Q

question
7:8,9,
13,15,
17,19
8:9,12
39:2
questioning
5:13
questions
6:15,19
8:4,6

10:12
35:4,23
40:23,
25
quick
18:18
28:16
33:10

R

raise
5:1
ran
29:3,12
Raswel
13:20
read
9:6,8,
21,23
10:5
38:20
39:5,6
41:4
reading
9:9,10,
18
real
12:21
18:6,17
28:16
33:9
reason
8:25
recall
33:23
36:17,
19
recalled
28:5

recognize
39:12
40:17,
18
recollection
13:2
26:15
33:5
recommend
9:8
record
4:2,12,
14 6:7
8:12
35:16,
17,18
37:1,4,
5,6
41:17,
20
recorded
4:11
8:13
10:9
referring
39:15
related
35:1
remember
5:22
7:17,18
11:3
14:25
17:2,
16,18
18:14

19:24
20:1,25
21:1,2
23:2,4,
16,18,
20
24:19,
21
26:5,17
27:18
30:3,6,
15
31:15,
22
33:13,
14,25
34:1
36:3,5,
6,12,22
39:19,
25
remembered
39:18
remote
4:5,8
remotely
4:17
Rentas
13:20
rephrase
7:9
report
4:16
9:5
reporter
4:2,5,
25 5:4,
12
6:21,24

7:24
9:12,17
10:9
35:16,
18
37:3,6
41:9,20
represent
4:15,20
5:19
request
4:6
responses
7:2,3
rest
15:3
reviewed
36:8,13
Richard
21:4
ring
16:8
rocking
34:7
Rodriguez
15:23
16:16
routine
29:19
rule
6:24
rules
6:20
running
28:2

Anthony McCloud
November 01, 2024

8

29:11
30:24

_____

**S**

S71334
33:19
**sat**
12:7
22:14
**scale**
39:20,
22 40:4
**screaming**
28:3
**screen**
13:10
18:20
33:10
38:20,
24,25
39:7,10
40:11,
12
**sense**
10:14
**sex**
31:19
**shape**
27:8
**shaped**
27:6
**share**
13:10
28:16
39:7
40:11
**Shaw**

20:17
**sheet**
10:5,6
13:17,
21,23
15:22
16:12,
17,20,
23
19:3,7
**short**
28:4
**shortly**
30:23
**shoulder**
29:13
**show**
13:5
15:8
18:17
33:8,9
**showed**
28:5
38:19
**shower**
12:17,
19,25
13:4,12
14:2,3,
4
15:14,
15
**side**
30:3,5
**silly**
8:16
**sir**
5:24
6:13,23

7:6,12,
16,20
8:2,10,
15,19,
24 9:2,
20
10:15,
19,22,
24
13:16
14:21
16:18,
21 17:3
18:16
19:14
20:7,20
21:3,7,
12,18
23:13,
16
26:16
27:20
28:1
30:18
31:23
33:7,20
35:2,
11,25
36:2,5,
18
38:3,13
39:16,
23
40:10,
18
41:7,18
**sitting**
11:25
12:4
25:5
34:17,
20,21

**situation**
11:13,
22
18:11
29:11
41:2
**sleep**
12:1
31:24
**slept**
12:1
**small**
31:10
**sound**
8:16
**sounded**
23:19
**Spanish**
26:1,7
27:12
**specifically**
10:7,25
**stab**
28:8
**stabbed**
29:8,
12,25
30:6,
20,21
**stabbing**
12:11
28:6
30:14
**standard**
4:4
**standing**
14:13,

19,24
15:12,
15
16:3,24
28:1
36:25
**start**
11:14
17:13
**started**
12:16
17:6,
17,25
22:17
25:12
28:8
32:24
**state**
4:13
6:6
19:10
**stated**
5:19
**station**
12:5,6
22:5,9,
10
24:24
25:2,7,
8
31:13,
16,18,
20
32:4,24
33:2
34:21
**stay**
26:24
27:17

**stipulate**
4:6,15,
21,24
**stopping**
17:22
**stretcher**
32:17
**stuff**
11:17,
20
14:8,14
17:9
26:21
**substance**
10:11
**successful**
21:24
**swear**
4:25
5:4
**sworn**
5:10
**swung**
17:18,
19,21

_____

**T**

**tag**
37:23,
24
**taking**
6:11
29:22

Anthony McCloud
November 01, 2024

9

| | | | | | |
|---|---|---|---|---|---|
| tale<br>23:17 | test<br>12:14 | 7:2<br>8:3,8,<br>18,23<br>9:1<br>10:16<br>37:9 | truth<br>5:5,6<br>truthful<br>8:23<br>9:1 | 12:3<br>Ward<br>21:15<br>wash<br>14:6 | **Y**<br>years<br>37:17,<br>18 40:1 |
| talk<br>12:15<br>17:6 | testifie<br>d<br>5:11 | | type<br>14:16 | washing<br>17:8 | YG<br>16:8,<br>13,23 |
| talked<br>34:24 | testimon<br>y<br>5:5 | told<br>11:10,<br>19,20<br>17:7,8<br>22:6 | types<br>7:2<br>10:10 | watching<br>12:1<br>14:14<br>22:4 | 17:5,14<br>26:9<br>28:6,8<br>30:10, |
| talking<br>10:16<br>41:1 | 41:5<br>theyself<br>27:12 | top<br>15:7<br>38:23<br>39:4 | **U**<br>understa<br>nd<br>7:7,9 | weapon<br>28:6,8<br>William<br>32:19 | 11,16,<br>17,21<br>young<br>27:2,3, |
| Tarjan<br>4:22<br>6:3,4<br>7:23<br>8:4<br>9:7,25<br>10:2,4<br>13:5<br>14:22<br>19:18<br>23:21<br>35:5,6,<br>9,21<br>37:1,8<br>40:22<br>41:3,<br>10,12 | thing<br>7:7<br>32:14<br>34:9<br>things<br>10:8<br>37:12,<br>13,14,<br>15<br>Tia<br>4:4<br>time<br>4:3,4<br>13:7<br>14:2,5<br>19:21<br>31:13<br>32:2,6<br>35:13,<br>19<br>37:4,7,<br>17 40:3<br>41:21 | traffic<br>29:16<br>transcri<br>bed<br>9:12<br>transcri<br>pt<br>7:1<br>8:13<br>9:6,9,<br>10,14,<br>22<br>transcri<br>pts<br>9:3,4<br>transpir<br>ed<br>22:8<br>trouble<br>38:6,8,<br>11,16,<br>17 | 8:1<br>Utrea<br>21:4<br>**V**<br>verbally<br>6:25<br>versa<br>8:5<br>vice<br>8:5<br>videocon<br>ference<br>4:7<br>**W**<br>waive<br>9:10 | Williams<br>22:19<br>28:12,<br>16,18,<br>19<br>29:3,6,<br>10<br>30:14,<br>24<br>32:7,<br>14,18<br>Wilson<br>16:16<br>wise<br>27:5<br>work<br>4:18<br>5:18 | 7<br>**Z**<br>Zoom<br>6:12 |
| tattoos<br>27:13,<br>15 | | | | | |
| team<br>22:22 | | | | | |
| teaming<br>17:25 | | | | | |
| technolo<br>gy<br>4:7 | | | | | |
| telling<br>23:17 | TKW/MJF<br>4:11<br>today<br>4:2 5:5<br>6:11 | trust<br>9:11 | walked<br>22:11<br>wall | world<br>34:11<br>written<br>9:10 | |