# Exhibit DD

# FLORIDA DEPARTMENT OF CORRECTIONS
## HOUSING UNIT LOG

INSTITUTION: Apalachee Correctional Institution

HOUSING UNIT: P-dorm    DATE: 7/20/2022

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 430 pm | 3rd Shift on duty. The following named staff received all information and assumed the | DG |
| 430 pm | duties and responsibilities of the housing unit: Sergeant/(Officer) D Green | DG |
| 430 pm | Sergeant/Officer: A Petterson Sergeant/Officer: N/A Shift Supervisor: Cpl C Heller | DG |
| 430 pm | Key ring #'s 10/7  11/6  12/4 ___ present and accounted for. | DG |
| 430 pm | Radio # 2014 Radio # 2015 Radio # n/a Cuff/case 024016 Cuff/case 172955 | DG |
| 430 pm | Cuff/case 80445G PBA # 229 PBA# 230 PBA# 231 Flashlight # P1 and # P2 | DG |
| 430 pm | MK4 #P1 Seal # 5896684 Issued to: A Petterson P2 Seal # 5819914 Issued | DG |
| 430 pm | to: D Green P3 Seal # 5819915 Issued to: n/a First Aid Kit # 46294 | DG |
| 430 pm | BBP Kit # 46226 Fire extinguisher # 3 Fire Alarm operational: Yes/No Ligature | DG |
| 430 pm | cutters # 012460 checked Tool accountability log signed by: D Green MK9#1 | DG |
| 430 pm | Equipment assigned to P dorm accounted for and operational at this time. | DG |
| 430 pm | Post Orders present; read and signed by all staff assigned? Yes / No | DG |
| 430 pm | Over the counter medication inventoried and accounted for by Sgt/Ofc A Petterson | DG |
| 430 pm | An external check of the Housing Unit was conducted and all housing exterior windows were | DG |
| 430 pm | inspected to ensure they were secured, that security bars/screens were intact and that no | DG |
| 430 pm | evidence of tampering was found by Sgt/Ofc D Green at 430 AM/PM | DG |
| 440 pm | An inspection of all emergency exit doors, control room doors and non-cell windows of the | DG |
| 440 pm | housing unit was conducted by Sgt/Ofc A Petterson at 440 AM/PM | DG |
| N/A | Daily lock and locking systems inspection completed by the 2nd shift housing unit supervisor | DG |
| N/A | at N/A AM/PM N/A and documented on the DC6-257. | DG |
| 600 | Shift OIC ___ completed unannounced supervisory round. | |
| 600 | ___ entered dorm for routine inspection. | |
| 430 pm | An announcement was made to the inmates assigned to P Dormitory that it is possible | DG |
| 430 pm | that a staff member of opposite gender could be present on the Housing Unit floor at anytime | DG |
| 430 pm | during this shift. This announcement was made by Sgt/Ofc D Green. | DG |
| 430 pm | All inmate passes returned /accounted for: Y/N if N, number list the pass numbers signed out: 0 | DG |
| 430 pm | 500- 3rd Shift Begin Afternoon Count P1-81 P2-81 TC-162 | DG |
| 455 pm | Emergency Trethu (N Dorm) | DG |

Housing Sergeant Signature: ___
Housing Officer Signature: D. Green

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

DC6-209 (Effective 12/13)    Incorporated by Reference in Rule 33-601.800, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
# HOUSING UNIT LOG

**Apalachee C. I. East Unit**
(INSTITUTION)

HOUSING UNIT: P-Dorm                    DATE: 7/20/22

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 500 pm | Clear Count Return back to normal operations | DG |
| 525 pm | Mail Distribution by Ofc D Green | DG |
| 530 pm | Visual Security Check All Appear Secure | DG |
| 600 pm | Visual Security Check All Appear Secure; P1 Chow Returned @ 6:24 | DG |
| 619 pm | P2 Chow Returned @ 640 pm | DG |
| 630 pm | Visual Security Check All Appear Secure | DG |
| 700 pm | Visual Security Check All Appear Secure | DG |
| 730 pm | Visual Security Check All Appear Secure | DG |
| 750 pm | Count Recall | DG |
| 800 pm | Visual Security Check All Appear Secure | DG |
| 800 pm | Sundown Count Announced P1-81 P2-84 TC-165 Ofc D Green | DG |
| 800 pm | + Sgt A Patterson | DG |
| 830 pm | Security Check All Secure; TP + Soap Distributed by Ofc Green & Patterson | DG |
| 900 pm | Count Clear; Security Check All Secure | DG |
| 930 pm | Security Check All Secure | DG |
| 950 pm | Count Clear | DG |
| 1000 pm | Master Roster Count Announced P1-81 P2-84 TC-165 | DG |
| 1020 pm | Emergency Traffic P Dorm (P2) Return to normal 10:45 pm | DG |
| 1030 pm | Security Check All Secure | DG |
| 1100 pm | Security Check All Secure | DG |
| 1130 pm | Security Check All Secure | DG |
| 1200 am | Security Check All Secure | DG |
| 1227 am | Return to Normal Operations | DG |
| 1230 am | Master Roster Count P1-81 P2-78 TC-159; 3rd Shift Cnl | DG |

Housing Sergeant Signature: _____
Housing Officer Signature: D. Green

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

DC6-209 (Effective 12/13)                    Incorporated by Reference in Rule 33-601.800, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONTROL ROOM LOG**
**APALACHEE EAST UNIT**

**(INSTITUTION)**

**DATE: July 20, 2022** — 3rd Shift

| TIME | DESCRIPTIVE REMARKS |
|---|---|
| 4:30pm | Dart Bag Sealed with Seal#0099851 |
| 4:30pm | Search Team Bag Seal #N/A |
| 4:30pm | Razor Ribbon Wire Extraction Kit Seal#4390833 |
| 4:30pm | Quick Response Weapon seal# 009961    DVR Flash Drive #2 no |
| 4:30pm | Blood Bourne Pathogens Suit Seal #N/A at the beginning of each shift by Captain D. Cochran |
| 4:30pm | @ 4:35pm. Discrepancies none |
| 4:30pm | Chaplin's Hard drive accounted for, Captains flash drives and Microwave USB accounted |
| 4:30pm | For, seal #Not presents. |
| 4:30pm | A1-Response Team: Officer G. Baker, Sergeant J. Batchelor, Officer K. Jones, Officer S. Shiver |
| 4:30pm | And Officer J. Stinson |
| 4:30pm | Camera #1: Officer D. Dickens #2: Officer K. Bohannon |
| 4:30pm | Dart Team: Sergeant E. Booth, Captain D. Cochran, Officer A. Murphy, Officer J. Parker and |
| 4:30pm | Sergeant K. Vogel |
| 4:30pm | Sergeant C. Jackson monitors the Emergency Management Tracker for any new events. |
| 4:30pm | Security checks completed on all dorms, all areas secure. Internal security and all outside rovers |
| 4:30pm | advised all secure. All Units safe and secure. |
| 4:30pm | The FAST System reviewed with (0) entries |
| 4:30pm | Key Watcher Report Completed with (00) discrepancies |
| 4:30pm | **Inspection: K-Dorm: Officer W. Jones** advised doors, windows and locks are all secure |
| 4:30pm | All keys and equipment accounted for. |
| 4:30pm | **Inspection: O-Dorm: Officer A. Hightower** advised doors, windows and locks are all secure |
| 4:30pm | All keys and equipment accounted for. |
| 4:30pm | **Inspection: Infirmary: Sergeant P. Santovenia** advised doors, windows and locks are all secure |
| 4:30pm | All keys and equipment accounted for. |
| 4:35pm | **Captain E. Heffner** inspected and advised Control Room camera seal #0082488. |
| 4:35pm | Visual check of all Fixed Video Cameras and Recording Devices conducted for proper |
| 4:35pm | operation by Captain E. Heffner in Control Room. Discrepancies: None |
| 4:35pm | Captain E. Heffner began a tour/inspection of the compound to include all inmate housing |
| 4:35pm | areas, activity/programs areas and all security post. An inspection of all paperwork to include |
| 4:35pm | tool Inventories, OTC Meds, Control Room Logs, and Housing Logs were conducted in all areas. |
| 4:40pm | **Inspection: M-Dorm: Officer B. Boyd** advised doors, windows and locks are all secure |
| 4:40pm | All keys and equipment accounted for. |
| 4:40pm | **Inspection: N-Dorm: Officer K. Jones** advised doors, windows and locks are all secure |
| 4:40pm | All keys and equipment accounted for. |
| 4:40pm | **Inspection: P-Dorm: Sergeant M. Mckinnie** advised doors, windows and locks are all secure |
| 4:40pm | All keys and equipment accounted for. |

DC6-207 (Revised 8/00)

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
# CONTROL ROOM LOG
# APALACHEE EAST UNIT

### (INSTITUTION)

**DATE: July 20, 2022**                                                                 **3rd Shift**

| TIME | DESCRIPTIVE REMARKS |
|---|---|
| 4:30pm | 3rd Shift on duty and assumed keys and duties |
| 4:30pm | Institutional Count: 1001 verified with Correctional Data Center by Captain E. Heffner |
| 4:30pm | **Duty Warden: Assistant Warden of Operations M. Brown** |
| 4:30pm | Captain E. Heffner relieved Captain C. Cloud of 2nd shift duties. |
| 4:30pm | **Control Room Staff:** Sergeant C. Jackson and Officer S. Brooks assigned key ring:#50 |
| 4:30pm | W/4 keys. OIC **Captain E. Heffner** conducted a daily inspection of all Officers to ensure they |
| 4:30pm | met the uniform and grooming requirements. |
| 4:30pm | **Captain E. Heffner** advised as designated by Chief Correctional Officer Every person |
| 4:30pm | entering the compound will clear the metal detector entering the facility and every 3rd |
| 4:30pm | person will be pat searched according to policy & Procedure. All parcels and lunch boxes |
| 4:30pm | entering the facility were searched to include random searches upon exiting the facility. |
| 4:30pm | *Officer S. Brooks conducting searches of staff entering & exiting the Institution.* |
| 4:30pm | *Personal body alarm system showing default in East Rec Hut, Psychology / Library, West Rec* |
| 4:30pm | *Hut and O-dorm.* |
| 4:30pm | Sergeant C. Jackson conducted the daily inspection of emergency exit doors, control room |
| 4:30pm | locks, windows and doors. All secure and appear to be operational. Completed @ 4:35pm. |
| 4:30pm | Fire extinguisher fully charged: Yes seals are intact. All locking devices and related |
| 4:30pm | panel lights operable: Yes. Control Room Post Orders read and signed by all staff assigned: Yes |
| 4:30pm | **Mini-Arsenal:** All weapons, ammunition, EIDs, E-pass, sea snake, cell phones, binoculars, |
| 4:30pm | wheel locks, and flashlights were accounted for by Officer S. Brooks and appears to be in |
| 4:30pm | satisfactory condition. Discrepancies: None        **Completed @ 6:30pm** |
| 4:30pm | **Equipment accountability/inventory:** All hand-held radios, restraints, digital cameras, fuel cards, |
| 4:30pm | Tags, dart equipment and handheld metal detectors assigned to the institution were |
| 4:30pm | accounted for. All security equipment in the dormitories has been accounted for. All equipment |
| 4:30pm | appears to be in satisfactory and operational condition. With (00) discrepancies noted. |
| 4:30pm | **Completed @ 6:39pm** |
| 4:30pm | **Chemical Agents:** Chemical agents were accounted for and appeared to be properly sealed. |
| 4:30pm | Ballistics vest were accounted for. All equipment appears to be in satisfactory and operational |
| 4:30pm | Condition and accounted for by Officer S. Brooks. No Discrepancies noted. |
| 4:30pm | **Completed @ 6:39pm** |
| 4:30pm | **Key inventory:** All Control Room Keys to include active and restricted keys have been inspected, |
| 4:30pm | inventoried and accounted for by Officer S. Brooks. All keys appear to be in satisfactory |
| 4:30pm | condition. **Completed @ 5:00pm** |
| 4:30pm | All 24-hour keys have been accounted for and present in satisfactory conditions in their posts. |
| 4:30pm | Emergency keys are accounted for and are properly sealed. |
| 4:30pm | Emergency Key Cabinet Red Box with seal #2332198 |
| 4:30pm | Escape Kits Seal# 5819688 & 5819692 |

# FLORIDA DEPARTMENT OF CORRECTIONS
## Formal Count Sheet

Date: July 20, 22

Apalachee East Unit — Correctional Institution

| Count Time / Station | Morning Count 8:05 AM | | | | | Mid-Day Count 11:05 PM | | | | | Afternoon Count* 4:30 PM | | | | | Secure Count* 8:00 PM | | | | | Master Roster Count* 10:00 PM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W1 | W2 | W3 | W4 | Total | W1 | W2 | W3 | W4 | Total | W1 | W2 | W3 | W4 | Total | W1 | W2 | W3 | W4 | Total | W1 | W2 | W3 | W4 | Total |
| K-DORM | 80 | | | | 80 | 80 | | | | 80 | 85 | | | | 85 | 85 | | | | 85 | 85 | | | | 85 |
| MED LOBBY | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inf/ SHOS | 4 | 4 | | | 8 | 2 | 4 | 2 | 1 | 9 | 2 | 2 | 2 | | 8 | 4 | 1 | 4 | | 9 | 3 | 1 | 4 | | 8 |
| M-DORM | 68 | 74 | | | 142 | 70 | 74 | | | 144 | 73 | 72 | | | 145 | 73 | 72 | | | 145 | | | | | |
| N-DORM | 77 | 78 | | | 155 | 77 | 77 | | | 154 | 77 | 78 | | | 155 | 77 | 77 | | | 154 | | | | | |
| O-DORM | 60 | 70 | | | 130 | 59 | 70 | | | 129 | 71 | 63 | | | 134 | 73 | 78 | | | 151 | | | | | |
| P-DORM | 79 | 83 | | | 162 | 79 | 83 | | | 162 | 81 | 81 | | | 162 | 81 | 84 | | | 165 | | | | | |
| Q-DORM | 45 | 60 | 60 | 49 | 200 | 47 | 60 | 48 | 49+3 | 200 | 47 | 58 | 54 | 51(1) | 210 | 46 | 59 | 54 | 53 | 212 | | | | | |
| Y-DORM | 5 | 43 | 20 | | 68 | 5 | 43 | 20 | | 68 | 12 | 42 | 22 | | 70 | 13 | 42 | 22 | 1 | 78 | | | | | |
| Control | 1 | | | | 1 | 1 | | | | 1 | 1 | | | | 1 | 1 | | | | | | | | | |
| Westgate | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gatehouse | | | | | | | | | | | | | | | | | | | | | | | | | |
| Capt. Ofc. | | | | | | | | | | | | | | | | | | | | | | | | | |
| Food service | 18 | | | | 18 | 18 | | | | 18 | 20 | | | | 20 | | | | | | | | | | |
| Visiting Park | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chapel | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psych. | | | | | | | | | | | | | | | | | | | | | | | | | |
| Class. | 2 | security | | | 2 | 3 | warehouse | | | 3 | | | | | | | | | | | | | | | |
| Laundry | 15 | | | | 15 | 15 | | | | 15 | | | | | | | | | | | | | | | |
| Other | 1 | laundry can | | | 1 | | | | | | 2 | property | | | 2 | | | | | | | | | | |
| Other | 1 | OOD | | | 1 | | | | | | | | | | | | | | | | | | | | |
| Other | 2 | hospital | | | 2 | 2 | hospital | | | 2 | 2 | hospital | | | 2 | 2 | hospital | | | 2 | | | | | |
| Total | | | | | 987 | | | | | 989 | | | | | 1001 | | | | | 1001 | End of Day Count | | | | |
| Time Cleared | | | | | 900 | | | | | 1105 | | | | | 5:60 | | | | | 8:00 | | | | | |
| Signature | Sullivan | | | | | Sullivan | | | | | Jackson | | | | | Jackson | | | | | | | | | |

Beginning Count: 990
Gains: 11
Losses: 0
Ending Count: 1001

1st Shift OIC: Smith
2nd Shift OIC: Cloud
3rd Shift OIC: A. Helene

| Count Time | Midnight Count 12:00 A.M. | | | | | Early Morning Count 3:00 A.M. | | | | | Pre-Turnout Count 4:30 A.M. | | | | | Emergency Count A.M./P.M. | | | | | Emergency Count A.M./P.M. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Count Station | Wing 1 | Wing 2 | Wing 3 | Wing 4 | Total | Wing 1 | Wing 2 | Wing 3 | Wing 4 | Total | Wing 1 | Wing 2 | Wing 3 | Wing 4 | Total | Wing 1 | Wing 2 | Wing 3 | Wing 4 | Total | Wing 1 | Wing 2 | Wing 3 | Wing 4 | Total |
| K-DORM | 86 | | | | 86 | 85 | | | | 85 | 87 | | | | 87 | | | | | | | | | | |
| MED LOBBY | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inf/ SHOS | 2 | 4 | 1 | | 7 | 2 | 4 | 1 | 17 | 24 | 2 | 4 | 1 | 1 | 8 | | | | | | | | | | |
| M-DORM | 70 | 76 | | | 146 | 70 | 71 | | | 141 | 70 | 75 | | | 145 | | | | | | | | | | |
| N-DORM | 77 | 79 | | | 156 | 77 | 78 | | | 155 | 77 | 79 | | | 156 | | | | | | | | | | |
| O-DORM | 74 | 78 | | | 152 | 73 | 78 | | | 151 | 61 | 70 | | | 131 | | | | | | | | | | |
| P-DORM | 82 | 84 | | | 166 | 81 | 77 | | | 158 | 82 | 84 | | | 166 | | | | | | | | | | |
| Q-DORM | 45 | 55 | 50 | 55 | 205 | 45 | 55 | 50 | 55 | 205 | 45 | 55 | 50 | 55 | 205 | | | | | | | | | | |
| Y-DORM | 5 | 43 | 20 | | 68 | 5 | 43 | 20 | | 68 | 5 | 43 | 20 | | 68 | | | | | | | | | | |
| Control | 1 | | | | 1 | | | | | | | | | | | | | | | | | | | | |
| Westgate | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gatehouse | | | | | | | | | | | | | | | | | | | | | | | | | |
| Capt. Ofc. | | | | | | | | | | | | | | | | | | | | | | | | | |
| Food service | | | | | | | | | | | 20 | | | | 20 | | | | | | | | | | |
| Visiting Park | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chapel | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psych. | | | | | | | | | | | | | | | | | | | | | | | | | |
| Class. | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laundry | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | 3 Hospital | | | | 3 | 3 Hospital | | | | 3 | 2 Hospital | | | | 2 | | | | | | | | | | |
| Beginning of Day Count | 990 | | | Total | 990 | | | | Total | 990 | | | | Total | 984 | | | | Total | | | | | Total | |
| | Time Cleared 12:15 | | | | | Time Cleared 6:55a | | | | | Time Cleared 5:20a | | | | | Time Cleared | | | | | Time Cleared | | | | |
| Signature | | | | | | | | | | | | | | | | | | | | | | | | | |

*Afternoon and Secure Count may be combined during the shortest winter days.
Secure and Master Roster Count may be combined during the longest summer days.

DC6-212A (Revised 10/14/13)                                                                                   Page 2 of 2