# Exhibit EE

## Florida Department of Corrections
## Daily Security Roster
## APALACHEE EAST UNIT
*Wednesday, July 20, 2022*
*Third Shift*

| 7 Day Post | | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Captain, Shift (31) | HEFFNER, ERIC A. | 04:00 PM | 12:30 AM | |
| I | Sergeant, Control Room (140) | JACKSON, COURTNEY L. | 04:00 PM | 12:30 AM | |
| I* | Sergeant, Dorm K (141) | MCGINTY, CHRISTINA M. | 04:00 PM | 12:30 AM | |
| I | Sergeant, Dorm M (142) | MCKINNIE, MICHELLE | 04:00 PM | 12:30 AM | A1 |
| I | Sergeant, Dorm O (143) | VALTER, ALISON L. | 04:00 PM | 12:30 AM | |
| I* | Sergeant, Dorm P (144) | PATTERSON, ANTOINETTE P. | 04:00 PM | 12:30 AM | |
| I | Sergeant, Dorm Q - Confinement (145) - (GS) | MOTLEY, TYLER W. | 04:00 PM | 12:30 AM | A1 |
| I | Sergeant, Dorm R (146) | JONES, KIMBERLY | 04:00 PM | 12:30 AM | |
| I | Sergeant, Dorm Y - Confinement (147) - (GS) | HATCHER, JARROD B. | 04:30 PM | 12:30 AM | |
| I | Officer, Control Room (153) | BROOKS, SHAVON P. | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm K (154) | MURPHY, ADAM R. | 04:30 PM | 07:25 PM | |
| III | Officer, Dorm K (155) | | 04:00 PM | 12:30 AM | |
| III | Officer, Dorm K (156) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm M (157) | BOYD, BRIAN A. | 04:00 PM | 12:30 AM | Camera 2 |
| II | Officer, Dorm M (158) | | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm M (159) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm O (160) | HIGHTOWER, ALEXIS M. | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm O (161) | | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm O (162) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm P (163) | GREEN, DELISIA R. | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm P (164) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm Q - Confinement (165) - (GS) | FRASCONA, GAGE M. | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm Q - Confinement (166) - (GS) | KRATZ, JOSHUA T. * | 04:00 PM | 12:30 AM | Camera 1 |
| I | Officer, Dorm Q - Confinement (167) | WILLIAMS, DETRICE S. | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm Q - Confinement (168) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm R (169) | DICKSON, JENNIFER M. * | 04:00 PM | 12:30 AM | |
| II | Officer, Dorm R (170) | | 04:00 PM | 12:30 AM | |
| III | Officer, Dorm R (171) | | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm Y - Confinement (172) | AMMONS, DAVID F. | 04:00 PM | 12:30 AM | |
| I | Officer, Dorm Y - Confinement (173) | BROWN, MICHAEL | 04:00 PM | 12:30 AM | |
| I | Officer, Perimeter (174) | MCKINNON, JOSIE M. | 04:30 PM | 12:30 AM | |
| I | Officer, Perimeter (175) | MARLOWE, MARANDA V. | 04:30 PM | 12:30 AM | |
| I | Officer, Internal (176) | DUNIVAN, SAMANTHA D. | 04:30 PM | 07:00 PM | A2 |
| I | Officer, Internal (177) | CANNON, SHATERRICA R. | 04:00 PM | 07:00 PM | A2 |
| II | Officer, Movement Control - Center Gate (178) | | 04:00 PM | 12:30 AM | |
| II | Officer, Movement Control - Muilti-Treatment (179) | | 04:00 PM | 12:30 AM | |
| I | Officer, Clinic (180) | PETERS, DONIKA R. | 04:30 PM | 12:30 AM | |
| I | Officer, Food Service (181) | OWENS, JOY D. | 11:00 AM | 07:30 PM | |

### Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| DICKSON, JENNIFER MARIE * | MESS HALL SUPERVISION | 05:45 PM | 06:48 PM | 1.1 HRS |
| MCGINTY, CHRISTINA MARIE | Post Coverage - Level 1 | 07:00 PM | 12:30 AM | 5.5 HRS |
| MCKINNIE, MICHELLE | PILL LINE | 05:45 PM | 06:48 PM | 1.1 HRS |
| OLIVER, TEMEKA J | Post Coverage - Level 1 | 08:30 PM | 12:30 AM | 4.0 HRS |

Florida Department of Corrections

Daily Security Roster

APALACHEE EAST UNIT

*Wednesday, July 20, 2022*

*Third Shift*

### Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| PATRICK, ANTHONY THOMAS | Post Coverage - Level 1 | 08:25 PM | 12:30 AM | 4.1 HRS |
| PATTERSON, ANTOINETTE | ESCORT DETAIL | 05:45 PM | 06:48 PM | 1.1 HRS |
| VALTER, ALISON LORAINE | ESCORT DETAIL | 05:45 PM | 06:48 PM | 1.1 HRS |
| WILLIAMS, DETRICE SHANTA | MESS HALL SUPERVISION | 05:45 PM | 06:48 PM | 1.1 HRS |

### Days Off

| | |
|---|---|
| BYRD, EDSEL ALFRED * | BRACEWELL, JUDSON ALEXANDER |
| COHEN, ISIAH Q * | CLARK, LELA D |
| COX, SHANNA LYNN | DAVIS, BRITTANY SHAVONNE * |
| DICKENS, DEMARCO D | DANIELS, DAVON M |
| EDWARDS, PEYTON ALI * | JOHNSON, TANESHA L (ADJ) |
| NWAGBARA, CLEMENT OKECHUKWU | PETERSON, DONTAVIOUS |
| RUSS, MARIAH C * | SIMPSON, KEONTAE E * |
| TARVER, LYNORIA Q | WILSON, GABRIELLE   * |

### Annual Leave

| Name |
|---|
| BATCHELOR, JAMEL D |
| COLOMB, MICHEAL GENE |

### Sick Leave

| Name |
|---|
| TEIGE, ANGEL SARGENT |

### Other Leave

| Name | Reason |
|---|---|
| PROCTOR, ADRION MAILK | UNSCHEDULED ABSENCE - ANNUAL |

### Training

| |
|---|
| POLLOCK, KEIONA   * |

### Overtime

| | |
|---|---|
| CANNON, SHATERRICA ROCKAL (2.5 hrs) | DICKSON, JENNIFER MARIE * (8 hrs) |
| DUNIVAN, SAMANTHA D (2.5 hrs) | LOGAN, DOMINIQUE L (5.5 hrs) |
| MURPHY, ADAM R (2.9 hrs) | MCGINTY, CHRISTINA MARIE (3 hrs) |
| MCGINTY, CHRISTINA MARIE (5.5 hrs) | MCKINNON, JOSIE M (8 hrs) |
| MARLOWE, MARANDA VASHA (8 hrs) | OLIVER, TEMEKA J (4 hrs) |
| PATRICK, ANTHONY THOMAS (4.0 hrs) | PETERS, DONIKA R (8 hrs) |
| WILLIAMS, DETRICE SHANTA (8.5 hrs) | |

Florida Department of Corrections

Daily Security Roster

APALACHEE EAST UNIT

*Wednesday, July 20, 2022*

*Third Shift*

Emergency Response Teams

| Post Title | Officer Name | Team | Cell Extr | Quick Resp | DART |
|---|---|---|---|---|---|
| Officer, Dorm Y - Confinement(172) | AMMONS, DAVID FRANKLIN | | Yes | No | Yes |
| Officer, Dorm M(157) | BOYD, BRIAN A | Camera 2 | No | No | No |
| Officer, Internal(177) | CANNON, SHATERRICA | A2 | No | No | No |
| Officer, Internal(176) | DUNIVAN, SAMANTHA D | A2 | No | No | No |
| Officer, Dorm Q - Confinement(165) | FRASCONA, GAGE MONROE | | Yes | No | No |
| Sergeant, Dorm Y - Confinement(147) | HATCHER, JARROD B | | Yes | No | Yes |
| Captain, Shift(31) | HEFFNER, ERIC ALLAN | | Yes | No | Yes |
| Sergeant, Control Room(140) | JACKSON, COURTNEY L | | No | No | Yes |
| Officer, Dorm Q - Confinement(166) | KRATZ, JOSHUA T * | Camera 1 | No | No | No |
| Sergeant, Dorm K(141) | MCGINTY, CHRISTINA MARIE | | No | Yes | No |
| Sergeant, Dorm M(142) | MCKINNIE, MICHELLE | A1 | No | Yes | No |
| Sergeant, Dorm Q - Confinement(145) | MOTLEY, TYLER WILLIAM | A1 | No | Yes | No |
| Sergeant, Dorm O(143) | VALTER, ALISON LORAINE | | Yes | No | Yes |

Unassigned Staff

| Post Title | Officer Name |
|---|---|
| No active Post | GARVIN, CORTNI MARIE |
| No active Post | HOWARD, ROBERT T |

# Florida Department of Corrections
## Daily Security Roster
## APALACHEE EAST UNIT
### *Wednesday, July 20, 2022*
### *Third Shift*

### Daily Roster Remarks

Duty Warden:  Warden D. Maddox
Shift OIC: Captain E. Heffner
Control Room/EOC: Sergeant:  C. Jackson
Institutional Beginning Count:  1001
Institutional Ending Count: 1001


A1-Team
Sergeant: C. McGinty
Sergeant: T. Motley

A2- Team
Sergeant: S. Dunivan
Officer: S. Cannon

Dart Team
1. Captain: E. Heffner
2. Sergeant: J. Hatcher
3. Sergeant: A. Valter
4. Sergeant: C. Jackson
5. Officer: D. Ammons

Cell Extraction Team
1. Captain: E. Heffner
2. Sergeant: J. Hatcher
3. Sergeant: A. Valter
4. Officer: G. Frascona
5. Officer: D. Ammons


Camera Operators:
Camera 1: Officer: J. Kratz
Camera 2: Officer: B. Boyd

Non Security Staff:
Nurse:  T. Faircloth
Nurse:  M. Godby

Foodservice Staff:
Vocational- J. Owens

VACANCIES:
NONE


OVERTIME:

OFFICER JOSIE MCKINNON WORKED 8 HOURS OVERTIME IN A LEVEL ONE POST#174 (PERIMETER/ROVING 1) TO MAINTAIN CRITICAL STAFFING LEVELS

SERGEANT MARANDA MARLOWE WORKED 8 HOURS OVERTIME IN A LEVEL ONE POST#175 (PERIMETER/ROVING 2) TO MAINTAIN CRITICAL STAFFING LEVEL

SERGEANT CHRISTINA MCGINTY WORKED 3 HOURS OVERTIME IN A LEVEL ONE POST#141 (K DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

# Florida Department of Corrections
## Daily Security Roster
## APALACHEE EAST UNIT
### *Wednesday, July 20, 2022*
### *Third Shift*

Daily Roster Remarks

SERGEANT DOMINIQUE LOGAN WORKED 5 HOURS OVERTIME IN A LEVEL ONE POST#141 (K DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

SERGEANT CHRISTINA MCGITNY WORKED 5 HOURS OVERTIME IN A LEVEL ONE POST#177 (INTERNAL) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER ADAM MURPHY WORKED 3 HOURS OVERTIME IN A LEVEL ONE POST#154 (K DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER DETRICE WILLIAMS WORKED 8 HOURS OVERTIME IN A LEVEL ONE POST#167 (Q DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER JENNIFER DICKSON WORKED 8 HOURS OVERTIME IN A LEVEL POST#169 (N DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

SERGEANT SAMANTHA DUNIVAN WORKED 2 HOURS AND 30 MINUTES OVERTIME IN A LEVEL ONE POST#176 (INTERNAL) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER SHANTERRICA CANNON WORKED 2 HOURS AND 30 MINUTES OVERTIME IN A LEVEL ONE POST#177 (INTERNAL) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER DONIKA PETERS WORKED 8 HOURS OVERTIME IN A LEVEL ONE POST#180 (CLINIC) TO MAINTAIN CRITICAL STAFFING LEVELS

OFFICER ANTHONY PATRICK WORKED 4 HOURS OVERTIME IN A LEVEL ONE POST#154 (K DORM) TO MAINTAIN CRITICAL STAFFING LEVELS

SERGEANT TAMEKA OLIVER WORKED 4 HOURS OVERTIME IN A LEVEL ONE POST#176 (INTERNAL) TO MAINTAIN CRITICAL STAFFING LEVELS

APPROVED DAILY ROSTER

_____
Evening Shift Supervisor

_____
DATE

Florida Department of Corrections
Daily Security Roster
APALACHEE EAST UNIT
*Wednesday, July 20, 2022*
*Administrative Shift*

| | 7 Day Post | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| III | Colonel (1) | | 08:00 AM | 05:00 PM | |
| II | Lieutenant, Administrative (2) | HELMS, CHRISTOPHER A. | 08:00 AM | 05:00 PM | |
| II | Sergeant, Medical - Escort (3) | | 07:00 AM | 03:00 PM | |
| II | Sergeant, Property (4) | MCCLENDON, ETHAN J. | 08:00 AM | 04:00 PM | |
| II | Sergeant, Laundry (5) | DUNAWAY, NORMAN J. | 06:00 AM | 02:00 PM | |
| II | Sergeant, Arsenal (6) | MAXWELL, JONATHAN A. | 07:00 AM | 03:00 PM | |
| II | Sergeant, Key - Lock (7) | ELLIS, Michael L. | 07:00 AM | 03:00 PM | |
| II | Sergeant, Work Squad-Internal (8) | | 07:00 AM | 03:00 PM | |
| II | Sergeant, Canine - Orientation (9) | JOHNSON, KENNETH M. | 07:00 AM | 03:00 PM | |
| II | Sergeant, Administrative STG (10) | | 07:00 AM | 03:00 PM | |
| II | Officer, Utility (11) | | 07:00 AM | 03:00 PM | |
| II | Officer, Utility (12) | BOURCIER, JONATHAN M. | 07:00 AM | 03:00 PM | |
| I | Officer, Laundry (13) | KITE, PAUL J. | 08:00 AM | 04:00 PM | |
| II | Officer, Laundry (14) | | 08:00 AM | 04:00 PM | |
| II | Officer, Laundry (15) | | 08:00 AM | 04:00 PM | |
| II | Officer, Work Squad-Internal (16) | | 07:00 AM | 03:00 PM | |
| II | Officer, Work Squad-Internal (17) | | 07:00 AM | 03:00 PM | |
| II | Officer, Work Squad-Internal (18) | BAKER, SHAKITA L. | 07:00 AM | 03:00 PM | |
| II | Officer, Work Squad-Internal (19) | SHARPTON, KYLE D. | 07:00 AM | 03:00 PM | |
| II | Officer, Work Squad-Internal (20) | EDENFIELD, TRISTAN J. | 07:00 AM | 03:00 PM | |
| II | Officer, Work Squad-Internal (21) | | 07:00 AM | 03:00 PM | |
| II | Officer, Tool Control (22) | BOBB, SIDNEY D. | 07:00 AM | 03:00 PM | |
| II | Officer, Program (23) | ROLLINS, MELISSA D. | 07:00 AM | 03:00 PM | |
| II | Officer, Wellness (24) | | 08:00 AM | 04:00 PM | |
| II | Officer, Wellness (25) | | 08:00 AM | 04:00 PM | |
| II | Officer, Wellness (26) | GILLEY, TIMOTHY A. | 08:00 AM | 04:00 PM | |
| II | Officer, Wellness (27) | FLOYD, JEREMY C. | 08:00 AM | 04:00 PM | |
| III | Secretary Specialist F/C (28) | RAINES, PATRICIA A. | 08:00 AM | 05:00 PM | |

Special Assignment

| Name | Assignment | Date Began |
|---|---|---|
| BISHOP, MICHAEL LEE | POST COVERAGE - LEVEL 1 | 07/20/2022 |
| MURPHY, PETER JOSEPH | POST COVERAGE - LEVEL 1 | 07/20/2022 |
| PETERS, DONIKA R | West Unit | 07/20/2022 |
| PARRISH, GARRETT DONALD | POST COVERAGE - LEVEL 1 | 07/20/2022 |

Days Off

| |
|---|
| ALFORD, SANDREKA SHYNESS (ADJ) |

Sick Leave

| Name |
|---|
| HOWELL, RANDY CLAY |
| KEY, STEPHANIE NICOLE |
| O'BRYAN, CHARLA L |

# Florida Department of Corrections
## Daily Security Roster
## APALACHEE EAST UNIT
*Wednesday, July 20, 2022*
*Administrative Shift*

### Other Leave

| Name | Reason |
|---|---|
| BOYETT, NATHSA LYNN | ALTERNATE DUTY |

### Unassigned Staff

| Post Title | Officer Name |
|---|---|
| No active Post | KIMBREL, SHAWN A. |
| No active Post | SKETO, TANNER LEE |

APPROVED DAILY ROSTER

_____

Administrative Shift Supervisor

_____

DATE