# Exhibit FF

```
    DC#         : A51859      NAME  : CURRIE, DEVON R.        EXT.STA : ACTIVE       TRD         :  /  /
    B/M                       CUR.LOC: COLUMBIA ANNEX          CUSTODY : CLOSE        TEAM        : 07
    PROCESS TYPE: REFERRAL    WK.ASG.: INSIDE GROUNDS          BED     : T1201U       INTERNAL STATUS: GENERAL POPULATION
    TOT #DR     : 19          #DR PER: N/A                     #CAT I DR:  1          LAST CAT I DR : 0076  04/20/2020
    CUR ES DSG  : NO          LAST ES DSG :                    #ES DSG :
```

---

### *** SECTION I. REFERRAL FOR ASSIGNMENT TO CLOSE MANAGEMENT

    DATE OF REFERRAL:  08/01/2022   TIME:  20:11    FACILITY:  APALACHEE EAST UNIT

    REFERRAL BY:       BRANCH, COURTNEY L
    STAFF ASSAULT CONV: NO

*CLO RECOMMENDATION: REC. FOR CM I
*BASIS:
 AN ACT CAUSING INJURY OR AN ACT WHICH COULD HAVE RESULTED IN INJURY TO ANOTHER (1).
*RECOMMENDATION COMMENTS:
 INMATE CURRIE, RICHARD DC#A51859 IS BEING RECOMMENDED FOR CM1 BASED OFF OF AN INCIDENT THAT OCCURED ON JULY 20, 2022 AT
 APPROX. 2210 HOURS. IN OPEN BAY P-DORM WING 2 STAFF OBSERVED A GROUP OF INMATES IN AN ALTERCATION INVOLVING WEAPONS. THERE
 WERE NO STAFF INVOLVED AND THERE WERE 9 INMATES IDENTIFIED UTILIZING THE CAMERA SYSTEM. INMATES GADDIS, CHARLES DC# 127714
 RECIEVED SERIOUS INJURIES CONSISTING OG A LACERATION FROM THE CHIN TO THE SIDE OF THE FACE, INMATE GADDIS WAS SENT OUT
 VIA EMS DUE TO LIFE THREATENING INJURIES. INMATE WILLIAMS, BRANDON DC# 130662 SUSTAINED INJURIES CONSISTING OF A LACERATION
 TO THE BACK RIGHT SHOULDER AND LEFT SHOULDER BLADE. INMATE CURRIE, DEVON DC#A51859 SUSTAINED INJURIES CONSISTING OF A PUNCTURE
 WOUND TO THE NECK, CHEST AND BACK. ALL INMATES WERE INVOLVED IN MUTUAL COMBAT K86552 RODRIQUEZ, WILSON, B10151 RENTAS,
 RASCUAL, M53592 RODRIGUEZ, LUIS, 127714 GADDIS, CHARLES, 130662 WILLIAMS, BRANDON A51859 CURRIE, DEVON, S71334 PEDRO,
 ALFREDO X92075 PARKER, CODY, AND 183499 UTRIA, RICHARD. WEAPONS WERE RECOVRED. DUE TO THE SEVIRITY OF THIS INCIDENT AND
 RRT HAVING TO BE ACTIVATED IT IS RECOMMENDED THAT INMATE CURRIE, DEVON DC#A51859 BE RECOMMENDED FOR CM1, THIS INCIDENT
 IS ALSO BELIEVED TO BE STG RELATED.

---

### *** SECTION II. NOTICE OF CLOSE MANAGEMENT REVIEW

    YOU ARE HEREBY NOTIFIED THAT YOU SHALL RECEIVE A REVIEW BY THE INSTITUTIONAL CLASSIFICATION TEAM NO EARLIER THAN 48 HOURS
    FROM THE TIME THIS NOTICE IS DELIVERED.  YOU ARE PERMITTED TO SUBMIT INFORMATION TO THE TEAM VERBALLY OR IN WRITING
    REGARDING THE CONSIDERATION OF PLACEMENT ON CLOSE MANAGEMENT STATUS.

    NOTICE DELIVERED BY: MATTHEWS, SEBRINA R         DATE: 08/05/2022    TIME: 08:37

---

### *** SECTION III. INSTITUTIONAL CLASSIFICATION TEAM HEARING

    DATE:               08/09/2022     TIME:   06:21     FACILITY:   APALACHEE EAST UNIT

    CHAIRPERSON:              SANTIAGO, J.M.
    MEMBERS:                  BROWN, MITCHELL D.          MELVIN, A.M.
    I/M WAIVED 48 HOUR NOTICE: NO
    STAFF ASSISTANCE:         NONE
    WHO:
    INMATE PRESENT:           YES
    EXTENSION GRANTED:        NO

    THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
         DC6-128 CM REFERRAL ASSESSMENT   08/05/2022

    DISCIPLINARY CONFINEMENT:                           NOT IN DC STATUS
    INMATE PROVIDED COPY OF THE REVISED OFFER OF JUDGEMENT:   NO

```
DC#          : A51859      NAME    : CURRIE, DEVON R.        EXT.STA : ACTIVE       TRD             :  /  /
B/M                        CUR.LOC: COLUMBIA ANNEX           CUSTODY : CLOSE        TEAM            : 07
PROCESS TYPE: REFERRAL     WK.ASG.: INSIDE GROUNDS           BED     : T1201U       INTERNAL STATUS: GENERAL POPULATION
TOT #DR      : 19          #DR PER: N/A                      #CAT I DR:  1          LAST CAT I DR  : 0076  04/20/2020
CUR ES DSG   : NO          LAST ES DSG :                     #ES DSG :
```

---

    INMATE PROVIDED COPY OF ICT RECOMMENDATION:            YES

*ICT RECOMMENDATION:    REC. FOR CM I
*BASIS FOR RECOMMENDATION:
 INMATE WAS PRESENT FOR CM HEARING. INMATE DID NOT MAKE A STATEMENT. INMATE DID NOT NEED STAFF ASSISTANCE. ICT CONCURS WITH
 CLO INMATE CURRIE, RICHARD DC#A51859 IS BEING RECOMMENDED FOR CM1 BASED OFF OF AN INCIDENT THAT OCCURED ON JULY 20, 2022
 AT APPROX. 2210 HOURS. IN OPEN BAY P-DORM WING 2 STAFF OBSERVED A GROUP OF INMATES IN AN ALTERCATION INVOLVING WEAPONS.
 THERE WERE NO STAFF INVOLVED AND THERE WERE 9 INMATES IDENTIFIED UTILIZING THE CAMERA SYSTEM. INMATES GADDIS, CHARLES
 DC# 127714 RECIEVED SERIOUS INJURIES CONSISTING OG A LACERATION FROM THE CHIN TO THE SIDE OF THE FACE, INMATE GADDIS WAS
 SENT OUT VIA EMS DUE TO LIFE THREATENING INJURIES. INMATE WILLIAMS, BRANDON DC# 130662 SUSTAINED INJURIES CONSISTING OF
 A LACERATION TO THE BACK RIGHT SHOLDER AND LEFT SHOULDER BLADE. INMATE CURRIE, DEVON DC#A51859 SUSTAINED INJURIES CONSISTING
 OF A PUNCTURE WOUND TO THE NECK, CHEST AND BACK. ALL INMATES WERE INVOLVED IN MUTUAL COMBAT K86552 RODRIQUEZ, WILSON,
 B10151 RENTAS, RASCUAL, M53592 RODRIGUEZ, LUIS, 127714 GADDIS, CHARLES, 130662 WILLIAMS, BRANDON A51859 CURRIE, DEVON,
 S71334 PEDRO, ALFREDO X92075 PARKER, CODY, AND 183499 UTRIA, RICHARD. WEAPONS WERE RECOVRED. DUE TO THE SEVIRITY OF THIS
 INCIDENT AND RRT HAVING TO BE ACTIVATED IT IS RECOMMENDED THAT INMATE CURRIE, DEVON DC#A51859 BE RECOMMENDED FOR CM1,
 THIS INCIDENT IS ALSO BELIEVED TO BE STG RELATED.

---

*** SECTION IV.  STATE CLASSIFICATION OFFICE REVIEW

       DATE:      08/19/2022     TIME:     15:11     SCO MEMBER:   GOULD, ROBERT

       THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
            DC6-128 CM REFERRAL ASSESSMENT   08/05/2022    Y

       DISCIPLINARY CONFINEMENT:   NOT IN DC STATUS
       INMATE INTERVIEWED:         NO

*DECISION:            APPROVED CM I
*BASIS FOR CLOSE MANAGEMENT DECISION, IF APPLICABLE: