# Exhibit GG

# FLORIDA DEPARTMENT OF CORRECTIONS

## Case Master Report  22-11227

Date Initiated  07/22/2022

| Warning |
|---|
| **Contains entities exempt from disclosure** |

| Primary Information | |
|---|---|
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **CRIMINAL** |
| DIVISION: | **CRIMINAL NORTH** |
| DISTRICT: | **CRIMINAL REGION 1** |
| FIELD OFFICE: | **CRIMINAL FIELD OFFICE 1 EAST** |
| Lead LEO: | **WINTERBURN, JAMES (146730 / CRIMINAL FIELD OFFICE 1 EAST / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Type Of Case: | **COMPLAINT REVIEW** |
| Case Sub Type: | **17Q - AGGRAVATED BATTERY** |
| Case Description: | **REVIEW / MINS 1131644 / 102 APALACHEE EAST / 17Q - AGGRAVATED BATTERY** |
| Case Priority: | **COMPLAINT REVIEW - 15 BUSINESS DAYS** |

| Authorized Operators |
|---|
| Name |
| **DEVINE, MARY (83990 / CRIMINAL FIELD OFFICE 1 WEST / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Case Status | |
|---|---|
| Case Status: | **CLOSED** |
| Case Status Date: | **08/22/2022** |
| Disposition Code: | **CR-COMPLAINT REVIEW CLOSED** |
| Disposition Date: | **08/22/2022** |
| Dissemination: | **SYSTEM WIDE** |

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

# FLORIDA DEPARTMENT OF CORRECTIONS
## COMPLAINT REVIEW REPORT - CRM  22-11227

Report Date:  07/22/2022

## Warning
Contains entities exempt from disclosure

## Primary Information

| | |
|---|---|
| Description: | **COMPLAINT REVIEW REPORT - CRM** |
| Occurrence From: | 07/20/2022 00:00 |
| Occurrence To: | 07/20/2022 00:00 |
| Reporting LEO: | WINTERBURN, JAMES (146730 / CRIMINAL FIELD OFFICE 1 EAST / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Report Status: | Approved |
| Report Status Date: | 08/22/2022 |
| Approved By: | ROUNTREE III, ARTHUR W (18479 / FLORIDA DEPARTMENT OF CORRECTIONS) |

## Addresses

| Relationship | Address |
|---|---|
| LOCATION OF INCIDENT (INSTITUTION/OFFICE) | 35 APALACHEE DRIVE #102 APALACHEE EAST UNIT, SNEADS, FLORIDA 32460 UNITED STATES |

## Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| COMPLAINANT - EXEMPT | HEFFNER, ERIC ALLAN (DC SWORN) | 46 yr. old, WHITE, MALE | ███ |
| SUSPECT | CURRIE, DEVON R (INMATE/PROBATIONER) | 30 yr. old, BLACK, MALE | ███ |
| SUSPECT | GADDIS, CHARLES R III (INMATE/PROBATIONER) | 47 yr. old, BLACK, MALE | ███ |
| SUSPECT | PEDRO, ALFREDO A (INMATE/PROBATIONER) | 20 yr. old, HISPANIC, MALE | ███ |
| SUSPECT | RODRIGUEZ, LUIS M (INMATE/PROBATIONER) | 36 yr. old, WHITE, MALE | ███ |
| SUSPECT | RODRIGUEZ, WILSON A (INMATE/PROBATIONER) | 29 yr. old, BLACK, MALE | ███ |
| SUSPECT | WILLIAMS, BRANDON D (INMATE/PROBATIONER) | 34 yr. old, BLACK, MALE | ███ |
| STATE ATTORNEY - EXEMPT | BASFORD, LARRY (LAW ENFORCEMENT OFFICIAL) | WHITE, MALE | --- |

## Telephones / E-Addresses

| Relationship | Number/E-Address |
|---|---|
| SUBSCRIBER | (850) 718-0577 (BUSINESS) |

Narrative begins on the following page.



# FLORIDA DEPARTMENT OF CORRECTIONS
# OFFICE OF THE INSPECTOR GENERAL
# COMPLAINT REVIEW REPORT

Classification of Incident: **17Q Agg. Battery**    Case Number: **22-11227**

OCIG Case Number: ____    PREA Number: ____

Contains Protected Health Information: ☑ Yes   ☐ No

**COMPLAINT SUMMARY:**

On July 22, 2022, The Department of Corrections (*FDC*), Office of the Inspector General (*OIG*), received information via MINS, which indicated on July 20, 2022, at Apalachee Correctional Institution, Correctional Officer Captain Eric Heffner, (*Captain Heffner*), observed several inmates fight in dormitory P-2, involving homemade edged weapons. Inmate Devon Currie, DC# A51859 (*Inmate Currie*), Inmate Wilson Rodriquez, DC# K86552 (*Inmate W. Rodriquez*), Inmate Luis Rodriguez, DC#M53592 (*Inmate L. Rodriguez*), Inmate Alfredo Pedro, DC# S71334 (*Inmate Pedro*), Inmate Charles Gaddis, DC# 127714 (*Inmate Gaddis*) and Inmate Brandon Williams, DC# 130662 (*Inmate Williams*), were involved. Upon initial review, Inspector Jim Winterburn was assigned a complaint review on July 22, 2022, to document the allegation and its handling

*SUMMARY OF FINDINGS:*

A review of the MINS indicated that Inmate Currie sustained a stab wound, Inmate Williams sustained a laceration, and Inmate Gaddis sustained a laceration during the incident. Their injuries sustained were superficial and were treated by an outside medical facility and released back to FDC custody. Inmate W. Rodriquez, Inmate Pedro, and Inmate Rodriguez were placed in confinement, with minor injuries reported.

A further review of CDC listed Inmate W. Rodriquez, and Inmate L. Rodriquez as Latin King's. Inmate Devon Currie, Inmate Alfredo Pedro, Inmate Charles Gaddis, and Inmate Brandon Williams as not affiliated with a gang in their STG files.

The inmates suffered superficial injuries which were treated by an outside medical facility and were released back to FDC custody.

In a letter written by 14th Judicial Circuit Chief Assistant State Attorney Larry Basford (*attached*), he indicated a guideline for FDC cases which his office would and would not consider prosecution.

Inmate batteries without serious or life-threatening injuries, his office would not consider prosecuting.

*Upon completion and approval this complaint review will be forwarded to the warden's office*

☐ Unfounded    ☐ Exceptionally Cleared

**JUSTIFICATION FOR CLOSURE:**

| SAO Declined Prosecution | Larry Basford | 05/02/2022 |



# FLORIDA DEPARTMENT OF CORRECTIONS
# OFFICE OF THE INSPECTOR GENERAL
# COMPLAINT REVIEW REPORT

| Disciplinary Report Issued: ☐ Yes ☑ No | Disciplinary Report#: |
|---|---|

**CASE INITIATED:**
☐ Criminal   ☐ Administrative

**PREA Only:**
☐ **PREA**   ☐ **Not PREA Related**

Victim's Notification of Finding Given:   ☐ Yes   ☐ No   Date:

Method:

If no, why?

Any allegation that meets the definition of a PREA event, (sexual abuse, sexual battery, sexual misconduct, sexual harassment, improper sexual conduct or voyeurism) shall only be closed, via this report, if the allegation is determined to be "<u>Unfounded</u>" as defined in OIG Investigative Directives.

I, Inspector Jim Winterburn, read the foregoing document and, to the best of my knowledge, information, and belief, the facts stated therein are true and accurate.

Reporting Inspector: Jim Winterburn     Date: 08/22/2022