# Exhibit HH

```
07/22/2022              FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:
MIN0101                       MINS INCIDENT REPORT                           TIME 07:0


PREPARED BY: SMITH, JAMILA                      INCIDENT NUMBER: 0001131644
INCIDENT TYPE: 17Q AGGRAVATED BATTERY           STATUS OF INCIDENT: ENTERED
REPORT DATE:   07/21/2022                       REPORT TIME:   16:59
INCIDENT DATE: 07/20/2022                       INCIDENT TIME: 22:10
REPORTING FACILITY: 102 APALACHEE EAST UNIT     INCIDENT REGION: 1
INCIDENT FACILITY : 102 APALACHEE EAST UNIT     INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 01 HOUSING AREA              DAY CODE: 3     SHIFT CODE: 3
DATE REPORTED TO MANAGEMENT: 07/21/2022         W-B REVIEW BY: wɛɳ
IG NUMBER: 22-11227    UOF NUMBER:
INJURIES: Y          STG/STI INVOLVEMENT: Y     PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: N      WEAPONS USED: Y            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N               CHEMICAL AGENTS USED: N
EVIDENCE LOC: DR EVIDENCE LOCKER                SEND TO IG OFFICE: Y


           NAME                  TITLE          BIRTHDATE  R S    ID NUMBER
  -------------------   ------------------------ ---------- - -   ---------------
COMPLAINANT (S)
  HEFFNER, ERIC A.      CORRECTIONAL OFFICER CA             1 1
SUBJECT (S)
  CURRIE, DEVON R.      INMATE   TRD:LIFE SNT               2 1   A51859
  RODRIQUEZ, WILSON A.  INMATE   TRD:02/09/2046             2 1   K86552
  RODRIGUEZ, LUIS M.    INMATE   TRD:03/29/2032             1 1   M53592
  PEDRO, ALFREDO A.     INMATE   TRD:02/27/2032             7 1   S71334
  GADDIS, CHARLES R.    INMATE   TRD:11/12/2026             2 1   127714
  WILLIAMS, BRANDON D.  INMATE   TRD:02/24/2027             2 1   130662


CONTRABAND RECOVERED              TYPE      POSSESS   QUANTITY       UNIT MSR
-------------------------         ------    -------   ----------     --------
```



```
DESCRIPTION OF PHYSICAL EVIDENCE:
     INCIDENT REPORT AND DIAGRAM OF INJURY.


MEDICAL DEPT. DESCRIPTION OF INJURIES:
     INMATE CURRIE - 1. 1.5 CM X 1 CM STAB WOUND TO LEFT UPPER
     CHEST. 2. 2 CM X 1 CM X 1 CM STAB WOUND TO POSTERIOR NECK,
     REQUIRED OUTSIDE MEDICAL TREATMENT.
     INMATE WILLIAMS - 1. 3 INCH LACERATION TO TOP OF LEFT
     SHOULDER. 2. 2 INCH LACERATION TO POSTERIOR RIGHT SHOULDER.
     3. 1/2 INCH SUPERFICIAL LACERATION TO CENTER BOTTOM CHEST.
     4. LARGE BRUISE TO POSTERIOR RIGHT UPPER ARM. ALL
     LACERATIONS GAPING AND DEPTH UNABLE TO DETERMINED, REQUIRED
     OUTSIDE MEDICAL TREATMENT.
     INMATE GADDIS - 1. LARGE, GAPING LACERATION TO LEFT FACE
     WITH UNCONTROLLED BLEEDING, REQUIRED OUTSIDE MEDICAL
     TREATMENT.
     INMATE RODRIGUEZ, LUIS - 1. BRUISING NOTED TO LEFT EYE.
```

```
07/22/2022                FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:
MIN0101                         MINS INCIDENT REPORT                     TIME 07:0
```

DESCRIPTION OF INCIDENT:
    ON 072022 AT APPROXIMATELY 2210 HRS., CAPTAIN ERIC HEFFNER WAS ASSIGNED AS THE 3RD SHIFT SUPERVISOR AT APALACHEE EAST UNIT WHEN HE RESPONDED TO ICS PROTOCOL IN P-2 DORMITORY DUE TO MULTIPLE INMATES INVOLVED IN A GROUP ASSAULT AGAINST EACH OTHER, WITH WEAPONS PRESENT. CAPTAIN HEFFNER ARRIVED WITH ADDITIONAL STAFF AND INMATES CURRIE, DEVON DC# A51859; WILLIAMS, BRANDON DC# 130662; GADDIS, CHARLES DC# 127714; RODRIGUEZ, WILSON DC# K86552; PEDRO, ALFREDO DC# S71334 AND RODRIGUEZ, LUIS DC# M53592 WERE IDENTIFIED AS THE INMATES INVOLVED. ALL THE INMATES WERE RESTRAINED AND ESCORTED TO MEDICAL FOR ASSESSMENT. DURING THE EVALUATION, IT WAS NOTED THAT INMATE GADDIS SUSTAINED LIFE-THREATENING INJURIES. EMS WAS ACTIVATED AT APPROXIMATELY 2253 HRS., PER DR. WILLIAMS AND INMATE GLADDIS WAS TRANSPORTED TO TALLAHASSEE MEMORIAL HOSPITAL. INMATE WILLIAMS SUSTAINED NON-LIFE-THREATENING INJURIES AND WAS TRANSPORTED TO JACKSON COUNTY HOSPITAL VIA DC VEHICLE AT APPROXIMATELY 2328 HRS., AT DR. WILLIAMS REQUEST. EMS WAS ACTIVATED AT APPROXIMATELY 2348 HRS., PER DR. WILLIAMS AND INMATE CURRIE WAS TRANSPORTED TO TALLAHASSEE MEMORIAL HOSPITAL FOR LIFE-THREATENING INJURIES. THIS INCIDENT APPEARS TO GANG RELATED. THE INMATES TRANSPORTED TO THE OUTSIDE HOSPITAL WILL BE PLACED IN ADMINISTRATIVE CONFINEMENT UPON THEIR RETURN PENDING AN INVESTIGATION. INMATES RODRIGUEZ, WILSON; PEDRO AND RODRIGUEZ, LUIS WERE PLACED IN ADMINISTRATIVE CONFINEMENT PENDING AN INVESTIGATION. A SEARCH OF P-2 DORMITORY REVEALED, TWO HOMEMADE WEAPONS, A BROKEN BROOM STICK COVERED IN BLOOD.

ACTION TAKEN:
    FORWARDED TO THE OIG FOR REVIEW.