UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al*.

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff DEVON CURRIE, through counsel, pursuant to Fed.R.Civ.P. 6(b), files this Unopposed Motion for a 14-day extension to Respond to Defendants' Motion for Summary Judgment, and as grounds would show:

1. Defendant's Motion for Summary Judgment was filed December 11, 2024. The Response will be due January 2, 2025 (January 1 being a holiday.

2. The motion is 34 pages long, is elaborate and multifaceted, with 36 exhibits and two sections incorporated by reference from their Motion to Dismiss.

3. Undersigned counsel is in Seattle until January 6 for a long-planned family event. Co-counsel is in Italy with family until January 3.

4. Counsel will need to meet with their client in prison in order to finalize the response to the Summary Judgment Motion.

5. Counsel have conferred with opposing counsel who does not oppose a 14-day extension of time to January 16, 2025.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides that the Court may extend time "when an act may or must be done within a specified time" for "good cause." It is "a rule of general application giving wide discretion to the court to enlarge these time limits or revive them after they have expired." 1946 Notes.

Plaintiff, in order to adequately prepare to respond to Defendants' Motion for Summary Judgment, needs time to meet with his attorney and review evidence. The parties have been diligent in litigation and do not seek this continuance merely for purposes of delay.

WHEREFORE, Plaintiff requests the time for Plaintiff's response in opposition to Defendants' Motion for Summary Judgment be extended 14 days from January 2, 2025, to January 16, 2025.

Respectfully Submitted,   *s/James V. Cook*
JAMES V. COOK, FBN 0966853
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 850 561-0836 fax
cookjv@gmail.com
ATTORNEY FOR PLAINTIFF

I CERTIFY that the undersigned attorney pursuant to Local Rule 7.1 conferred with opposing counsel and opposing counsel does not oppose the relief sought.

I CERTIFY the foregoing was filed electronically and is served on counsel of record registered to be notified by the CM/ECF electronic mail on 12/24/2024:

*s/James V. Cook*