# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE

v.

MICHELLE MCKINNIE, *et al.*

Case No.  5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: Plaintiff's Consent Motion for Extension of Time to File Response to Re: 78 Defendant's First Motion for Summary Judgment Doc. # 81

> JESSICA J. LYUBLANOVITS,
> CLERK OF COURT
>
> s/ Jessica Bjerke-Owens, Law Clerk

Plaintiff's request for an extension of time to respond to Defendant's motion for summary judgment is **GRANTED.** Plaintiff's response is due **on or before January 17, 2025.**

**SO ORDERED** this 27th day of December, 2024.

> /s/ *Michael J. Frank*
> **Michael J. Frank**
> **United States Magistrate Judge**