# PROOF OF SERVICE

NAME OF CASE: _Devon Currie vs. Michelle McKinnie, Antoinette Patterson & Delisia Green_

CASE NUMBER: _5:23CV00183 TKW/MJF_

This Subpoena / Summons (name of individual and title, if any) _Delisia Redazia Green_

was received by me on (date) _01/02/2025_

- ○ I personally served the Subpoena / Summons on the individual at
  (place) _802 2nd St. Quincy, FL_
  on (date) _01/02/2025_ or,

- ⊘ I left the Subpoena / Summons at the individual's residence or usual place of abode with (name) _Mrs. Smith - Mother_ a person of suitable age and discretion who resides there on (date) _01/02/25_ and mailed a copy to the individual's last known address; or,

- ○ I served the Subpoena / Summons on
  (name of individual) _____,
  who is designated by law to accept Service of Process on behalf of _name of organization_ _____
  on (date) _____; or

- ○ I returned the Subpoena / Summons unexecuted
  because _____
  _____: or

- ○ Other (specify): _____

I declare under the penalty of perjury that this information is true.

Date: _01/02/2025_  Server's Signature: _B Webster_

<u>Beau Webster, President</u>   **WEBSTER'S INVESTIGATIVE SERVICES, LLC**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| DEVON CURRIE, et al., ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  5:23-cv-00183-TKW/MJF |
| SGT. McKINNEY, et al., ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DELISIA GREEN
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445
850-569-5260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/4/2024

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*