UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                          Case No. 5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, *et al.*,

    Defendants.

_____/

## ORDER

This matter is before this court on Plaintiff's unopposed emergency motion "for audiovisual evidence review by remote video (Zoom) and permit percipient inmate witnesses to view staff photos for identification," Doc. 85. For the reasons set forth in Plaintiff's motion, it is **ORDERED**:

1. Plaintiff's motion is **GRANTED**.

2. Plaintiff may review audiovisual evidence by remote means.

3. Plaintiff and inmate witnesses may view FDC staff photographs for purposes of identification but may not retain and possess such photographs.

**SO ORDERED** this 9th day of January, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**