# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                  Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for defendant **Delisha Green**. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was e-filed electronically through CM/ECF on January 10, 2025, and furnished by U.S. Mail to: Devon R. Currie (DC# A51859), Columbia Correctional Institution, Annex, 216 S.E. Corrections Way, Lake City, FL 32025-2013 on January 10, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2