IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                    Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**Green** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file her Responsive Pleading, and in support states the following:

1. On January 2, 2025, Defendant was served with a copy of Plaintiff's Second Amended Complaint ("Complaint"). *See* (Doc. 84).

2. Based on service, a Notice of Appearance was filed on January 10, 2025. (Doc. 87).

3. Based on the recent appearance of counsel on behalf of Defendant, undersigned counsel has not been able to fully investigate Plaintiff's claims against Defendant and what the appropriate Responsive Pleading would be.

1

4. Defendant desires more time to be fully apprised of the defenses available to her.

5. Additionally, undersigned counsel currently has an extremely full schedule and has not been able to begin working on this case on behalf of Defendant. Undersigned counsel currently has a Reply due in response to a Motion for Summary Judgment in at least one other case and upcoming deadlines for Motions for Summary Judgment in four (4) other cases. Undersigned counsel also has a Response to a Motion for Preliminary Injunction due in a separate case currently pending in the Middle District of Florida. As a result, undersigned counsel has not been able to devote the amount of time necessary to fully develop the defenses against Defendant and begin drafting an appropriate Responsive Pleading.

6. As a result of needing the above-described, Defendant reached out to Plaintiff's counsel, who indicated that there was no objection to this request.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, Defendant is newly served, and more time is needed to determine what the appropriate Responsive Pleading would be on her behalf. Further complicating the issue is undersigned counsel's schedule being extremely full and needing to devote a great deal of attention to other cases. As a result, Defendant reached out to Plaintiff's counsel, and in response, Plaintiff's counsel indicated that there was no objection to this request.

      **WHEREFORE**, Defendant respectfully requests until February 6, 2025, to file her Responsive Pleading.

      Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Responsive Pleading* was e-filed and served electronically on counsel of record through CM/ECF on January 13, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com