# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                      Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

## NOTICE OF FILING SUPPLEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Notice is hereby given that Defendant **McKinnie** hereby files the attached Declaration from Defendant **Delisha Green** ("Green") in support of the outstanding Motion for Summary Judgment. *See* (Doc. 78). The Supplementary Filing is the declaration of Green in which she describes what she perceived and the actions she performed during the July 20, 2022, incident which Plaintiff has sued about.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Filing Supplement in Support of Motion for Summary Judgment* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on January 13, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2