UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al.*

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## **PLAINTIFF'S NOTICE OF FILING**

Plaintiff Devon Currie gives notice of filing the following documents in connection with his response to Defendant Michelle McKinnie's motion for summary judgment [ECF No. 78]:

1. Deposition of Brandon Williams

2. Excerpted interrogatory of Michelle McKinnie (15-A)

3. Declaration of Joshua Tarjan

4. Declaration of Devon Currie (awaiting return of verification)

5. Chad Shaw FDC online inmate detail (retrieved 10.13.24), Richard Utria deposition exhibit J, 380879RUtria101724 PLF Ex J.pdf

6. Michael Marceau FDC online inmate detail (retrieved 10.13.24), Richard Utria deposition exhibit M, 380879RUtria101724 PLF Ex M.pdf

7. MINS report 07-22-22

Respectfully submitted on January 17, 2025,

></br>/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*