Brandon Williams
October 25, 2024

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                      PANAMA DIVISION

 3              CASE NO. 5:23-CV-183-TKW/MJF

 4
        DEVON CURRIE
 5      DC# A51859,

 6              Plaintiff,

 7      vs.

 8      SGT. MCKINNEY
        AND JANE DOE,
 9
                Defendants.
10      _____/

11

12

13                  REMOTE DEPOSITION OF

14                  BRANDON WILLIAMS

15             Friday, October 25, 2024
                 2:08 p.m. - 3:36 p.m.

16

17              LOCATION:  Remote via Zoom

18              Reported by:  Jeffrey Brewer
                        CER-2044
19

20      Job No.:  382060

21

22

23

24

25
```

Brandon Williams
October 25, 2024

Page 2

```
 1    APPEARANCES:

 2    On behalf of Devon Currie:

 3         The Tarjan Law Firm P.A.
           12372 Southwest 82nd Avenue
 4         Pinecrest, Florida 33156-5223
           ph:  305.423.8747
 5         josh@tarjanlawfirm.com
           (Via Zoom)
 6
           BY:  JOSHUA MOROSS TARJAN, ESQ.
 7
           Law Office of James Cook
 8         314 West Jefferson Street
           Tallahassee, Florida 32301-1608
 9         ph:  850.222.8080
           cookjv@gmail.com
10         (Via Zoom)

11         BY:  JAMES VERNON COOK, ESQ.

12    On behalf of Michelle McKinnie:

13         Florida Office of the Attorney General
           The Capitol
14         Suite PL-01
           Tallahassee, Florida 32399-4120
15         ph:  850.414.3300
           erik.kverne@myfloridalegal.com
16         (Via Zoom)

17         BY:  ERIK D. KVERNE, ESQ.

18

19

20

21

22

23

24

25
```

Brandon Williams
October 25, 2024

Page 3

1                    INDEX OF EXAMINATION

2

3    EXAMINATION:                                    PAGE

4    Testimony of Brandon Williams

5    Direct Examination by Mr. Kverne              7
     Cross-Examination by Mr. Tarjan             64
6    Redirect Examination by Mr. Kverne          72

7

8    (Reporter's Note: No exhibits marked.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Brandon Williams
October 25, 2024

Page 4

1    Proceedings began at 2:08 p.m.:

2        THE REPORTER:  We're going on the record.

3    Today is October 25th, 2024.  The time is 2:08 p.m.

4    Eastern Time.  Good afternoon.  My name is Jeff

5    Brewer, and I'm the Oregon notary and reporter

6    assigned by Lexitas.

7        I request all parties stipulate and agree

8    that, by videoconference technology, this will be

9    the remote deposition of Brandon Williams, DC

10    number 130662, in the case of Devon Currie, DC

11    number A51859, v. Michelle McKinnie et al.

12        Before going on the record, the witness

13    positively identified himself to me as Brandon

14    Williams by ID card issued by the Department of

15    Corrections.

16        Counsel, would you please state your

17    appearance for the record, your firm, who you

18    represent, and that you agree to stipulate that I

19    may place this witness under oath and report this

20    proceeding remotely?

21    MR. KVERNE:  Good afternoon.  My name is Eric

22    Kverne, and I work for the Office of the Attorney

23    General.  I currently only represent defendant

24    Michelle McKinnie.  We do stipulate that we will be

25    doing this electronically, and that you can swear

Brandon Williams
October 25, 2024

1    him in.

2         MR. TARJAN:  And I'm -- James, go ahead.

3         MR. COOK:  I'm James Cook, attorney for the

4    plaintiff.  And I agree, stipulate.

5         Go ahead, Josh.

6         MR. TARJAN:  And I'm Josh Tarjan, co-counsel

7    for Mr. Currie, the plaintiff.  And we stipulate.

8         THE REPORTER:  Thank you.

9         And I'll swear in the witness.

10        Mr. Williams, could you raise your right hand?

11        Do you swear or affirm the testimony you're

12   about to give will be the truth, the whole truth,

13   and nothing but the truth?

14        THE WITNESS:  Yes, sir.

15        BRANDON WILLIAMS, having been first duly

16   sworn, was examined and testified as follows:

17        THE REPORTER:  Thank you.

18        Counsel, you may begin.

19        MR. KVERNE:  Good afternoon, Mr. Williams.  As

20   I said earlier, my name is Eric Kverne, and I work

21   for the Office of the Attorney General.  I

22   represent a defendant by the name of Michelle

23   McKinnie.  Do you know who she is?

24        THE WITNESS:  She's a -- yeah, she -- she's

25   supposed to be a dorm sergeant at ACI, right?

Brandon Williams
October 25, 2024

 1          MR. KVERNE:  She was an officer at Apalachee.

 2     Yes.

 3          THE WITNESS:  Yes, sir.

 4          MR. KVERNE:  Give me one moment.  Let me just

 5     turn up my volume.  Was anyone else having a little

 6     bit of difficulty hearing him, or was it just me?

 7          MR. TARJAN:  Yes.  And we earlier asked him to

 8     sit closer to -- as close as possible to the

 9     camera.  But then there was a problem being able to

10     see him.  But I think it's probably more important

11     to be able to hear.

12          MR. KVERNE:  Yeah, if possible.

13          I don't know if it's possible.  Could you lift

14     the camera up a little bit, Mr. Williams, or have

15     someone lift it up, maybe to see your face a little

16     bit more?  That's better.

17          THE WITNESS:  It's not -- it's not going to

18     stay right there.

19          MR. KVERNE:  It's not going to stay like that?

20          THE WITNESS:  Yeah.  I might have to hold it.

21          MR. KVERNE:  Just let it be then.  You can let

22     it go.  That's fine.

23          So we're here for a case, which is Devon

24     Currie v. McKinnie and others, 5:23-cv-183-TKW/MJF

25     in the Northern District of Florida, Panama City

Brandon Williams
October 25, 2024

Page 7

```
 1      Division.
 2              Is that the case number, Mr. Tarjan and Mr.
 3      Cook?
 4              MR. TARJAN:  That sounds correct.
 5                      DIRECT EXAMINATION
 6   BY MR. KVERNE:
 7      Q.   Mr. Williams, can you please state your name
 8   for the record?
 9      A.   My name is Brandon Dakota (phonetic) Williams.
10      Q.   And what is your DC number?
11      A.   130662.
12      Q.   And we're here today taking a deposition by
13   Zoom; is that correct?  Mr. Williams?
14      A.   Sir?
15      Q.   We're here taking a deposition by Zoom today;
16   is that correct?
17      A.   Yes, sir.
18      Q.   And we're here on Friday, October 25th, to ask
19   you some questions -- October 25th, 2024 -- to ask you a
20   couple of questions about an incident that occurred on
21   July 20th, 2022.  Do you know which incident I'm
22   referring to?
23      A.   Yes, sir.
24      Q.   So before we get to that, have you ever been
25   deposed before?
```

Brandon Williams
October 25, 2024

Page 8

```
 1        A.    I don't what that means, sir.
 2        Q.    So have you ever had an interaction like this
 3   before where you were sworn under oath and then
 4   basically were questioned like this?
 5        A.    Not, not on video or nothing (sic) like that.
 6        Q.    Have you ever done it in person?
 7        A.    Yes, sir.
 8              MR. KVERNE:  So just a couple ground rules.
 9        You may remember them from the last time you did
10        it.  Please try to answer the questions verbally
11        for me.  The court reporter is creating a
12        transcript of everything being said.  So if you
13        don't answer verbally for me, it's just going to
14        read "nods head", and it's not going to be very
15        useful.  Okay?
16              THE WITNESS:  Okay.
17              MR. KVERNE:  If you do not understand a
18        question, please ask me to rephrase it.  I'll be
19        happy to do so because I just want to make sure
20        that I get the right answer.  Okay?
21              THE WITNESS:  Yes, sir.
22              MR. KVERNE:  If you do not know the answer to
23        a question, feel free to say "I don't know the
24        answer to that question", if you don't know.
25              THE WITNESS:  Yes, sir.
```

Brandon Williams
October 25, 2024

Page 9

```
 1              MR. KVERNE:  If you need to take a break,
 2      please just let me know.  We'll be happy to take a
 3      break.
 4              Same with you, Mr. Tarjan or Mr. Cook.
 5              And then same with you, Mr. Court Reporter.
 6              Is that okay, Mr. Williams?
 7              THE WITNESS:  Yes, sir.
 8              MR. KVERNE:  Objections.  So we don't have a
 9      judge here today, obviously.  So your attorneys may
10      have some objections based on questions that are
11      being asked of you.  And then I may do the same if
12      they're asking you questions.  Okay?  If that
13      happens, if there's an objection, you still need to
14      answer the question for me here today.  It's just
15      preserved for purposes of future use.  Okay?
16              THE WITNESS:  Yes, sir.
17  BY MR. KVERNE:
18      Q.   Now, do you take any medications or anything?
19      A.   No, sir.
20      Q.   Are you under the influence of drugs or
21  alcohol today?
22      A.   No, sir.
23      Q.   Is there any reason why you would not be able
24  to be truthful with me here today?
25      A.   No, sir.  I'll be truthful with you.  Sir, I
```

Brandon Williams
October 25, 2024

Page 10

1    ain't got no reason to lie.

2            MR. KVERNE:  I appreciate that very much.

3    Just got to make sure that I ask those questions

4    beforehand.

5            THE WITNESS:  Yes, sir.

6            MR. KVERNE:  So after the transcripts are

7    complete, you'll have the opportunity to read a

8    copy of the transcripts to make sure it's accurate.

9    You can waive the reading of the transcripts.

10           Mr. Cook or Mr. Tarjan, what would you like to

11   do with that?

12           MR. TARJAN:  We'll read.

13           MR. KVERNE:  Mr. Tarjan, you will arrange for

14   him to be able to read and everything?

15           MR. TARJAN:  Yes.

16           MR. KVERNE:  So just to explain what's going

17   to happen, Mr. Williams, just real quick.  Mr.

18   Tarjan is going to arrange for you to be able to

19   make sure that the transcripts are accurate as

20   written, and he'll arrange for you to be able to

21   read them.  There will be a sheet that you'll be

22   able to fill out if there's any inaccuracies that

23   you can change.  Okay?

24           THE WITNESS:  Okay.

25           MR. KVERNE:  And I'm sure they'll talk with

Brandon Williams
October 25, 2024

1          you about that a little bit more when that time

2          comes.  Okay?

3               THE WITNESS:  Okay.

4     BY MR. KVERNE:

5          Q.   Now, this case involves an incident that

6     occurred at Apalachee Correctional Institution on July

7     20th, 2022; is that correct?

8          A.   Yes, sir.

9          Q.   And that was in P Dorm (phonetic), right?

10         A.   P2 (phonetic).

11         Q.   And that's P, as in Paul?

12         A.   Yes, sir.

13              MR. KVERNE:  Now, before we start talking

14         about the incident itself, I just had a couple of

15         questions just before.

16    BY MR. KVERNE:

17         Q.   So before the incident, so before July 20th,

18    2022, did you have any interactions with my defendant,

19    Ms. Michelle McKinnie?

20         A.   No, sir.

21         Q.   Not before?

22         A.   No, sir.

23         Q.   What about an officer by the last name of Ms.

24    Patterson (phonetic); did you have any interactions with

25    her prior to that date?

Brandon Williams
October 25, 2024

Page 12

```
1        A.   No, sir.
2        Q.   And then the other one was Ms. Delicia Green.
3   Did you have any interactions with her prior to that
4   date?
5        A.   No, sir.
6        Q.   What about after July 20th, 2022; did you have
7   any interactions with my defendant, Ms. Michelle
8   McKinnie, after that date?
9        A.   No, sir.
10       Q.   What about Ms. Delicia Green after that date?
11       A.   No, sir.
12       Q.   What about Ms. Patterson, Officer Patterson,
13  after that date?
14       A.   No, sir.
15       Q.   Do you remember Ms. Patterson or Ms. Green, by
16  any chance, either of those officers?
17       A.   No, sir.  But I remember Ms. Green.  I
18  remember that name, Ms. Green.  I remember Ms. Green as
19  that name.
20       Q.   What about Ms. McKinnie; do you remember her?
21       A.   Yeah, I remember Ms. McKinnie.  She's a fat
22  lady.
23            MR. KVERNE:  Thank you.  Mr. Tarjan or Mr.
24       Cook may show you pictures of her and ask you to
25       identify her and stuff like that.  Okay?
```

Brandon Williams
October 25, 2024

Page 13

1              THE WITNESS:  Okay.

2    BY MR. KVERNE:

3        Q.   Now, on July 20th, 2022, what happened?  Tell

4    me what happened.

5        A.   A fight had occurred in the bathroom and,

6    and -- with the Devon Currie.  And he got beat up with

7    mop buckets and brooms and, and stuff like that in

8    the -- in the -- in the bathroom.

9              MR. KVERNE:  So let's talk about this a little

10        bit at a time.

11   BY MR. KVERNE:

12       Q.   When did this occur on that date?

13       A.   Like, like, like, 4 o'clock.  Like, somewhere

14   around up in there, like 4:00 -- no, no, no, no.  Like,

15   like, 8:00.  Like, around -- like, getting past -- like,

16   going in the -- going in the master roster count, like

17   8:00, something like that.

18       Q.   So it happened around master roster count at

19   night?

20       A.   Yes, sir.

21       Q.   And so can you tell me a little bit about the

22   fight?  How did it begin?  What do you remember

23   happening when it began?

24       A.   I just -- I just seen them jumping on him.  I

25   just -- I -- that's all I seen.  I just seen dude on the

Brandon Williams
October 25, 2024

Page 14

1  floor, and they beat him up with mop buckets and

2  brooms.

3      Q.   Who was the dude that you're referring to that

4  was being jumped on?

5      A.   Currie.

6      Q.   Devon Currie?

7      A.   Yes.  Devon Currie was getting jumped on with

8  mops and brooms in the bathroom.

9      Q.   So that began in the bathroom.  Did you see

10 what happened in the bathroom at that point?

11     A.   Yeah, I seen them -- I seen them throwing a

12 mop, mop bucket, a yellow mop bucket, on him, and

13 brooms.  They, they hit him with brooms on the floor.

14     Q.   Who is "they"?  Can you clarify who "they" is

15 for me, please?

16     A.   They are -- they are gang members.  They are

17 Latin Kings.

18     Q.   Latin Kings?

19     A.   Yeah.

20     Q.   How many of them were there?  Do you remember?

21     A.   Nine.

22     Q.   How many?

23     A.   Nine, nine.

24     Q.   So there were nine Latin Kings.  There were

25 nine Latin Kings at the beginning of the fight, or were

Brandon Williams
October 25, 2024

Page 15

1  there less at the beginning of the fight?

2      A.   It, it was nine at the beginning, and there

3  was nine at the end.

4      Q.   So it was nine the entire time?

5      A.   Yes, sir.

6      Q.   So did you see what caused the fight

7  initially?

8      A.   No, sir.  I didn't see what caused it.

9      Q.   Where did the fight start?  Did it start

10 inside the bathroom?  Yes?

11     A.   Yes, sir.  Inside the bathroom right up by the

12 sinks.

13     Q.   By the sinks?

14     A.   Yes, sir.

15     Q.   What was Mr. Currie doing prior to the fight?

16 Do you know?

17     A.   He was covering himself -- covering himself

18 from getting beat up.

19     Q.   No, but I mean -- prior to the fight

20 beginning, was Mr. Currie doing anything?  Was he in the

21 bathroom?  What was he doing?  Do you remember?

22     A.   I don't remember what he was doing.  All I --

23 all I know is that he -- when I seen them hitting him

24 with mop buckets, that's, that's, that's when I came

25 into effect (sic) of the situation.

Brandon Williams
October 25, 2024

Page 16

1      Q.   So something happened, and a fight began in

2   the bathroom, and then you saw the nine Latin Kings

3   starting to hit Mr. Currie with different items?

4      A.   Yes, sir.

5      Q.   Now, you said that they were hit (sic) with

6   mop buckets.  Were they hit with mops, too, or just the

7   buckets?

8      A.   He was hit with, with mop buckets, mop brooms,

9   and, and, and broom handles.

10      Q.   Do you remember how many of them had those

11   different items, how many of the Latin Kings?

12      A.   Oh, I, I -- me, myself, I say all of them had

13   them.

14      Q.   So each of the nine people were armed with

15   some type of item involving mops?

16      A.   Yes, sir.

17      Q.   Do you remember any of the Latin Kings, who

18   they were, any names or anything?

19      A.   No, sir.  I don't know no names, sir.

20      Q.   Do you know any nicknames or anything?

21      A.   No, sir.

22      Q.   Had you ever dealt with them before?

23      A.   No, sir.

24      Q.   So Mr. Currie was being beaten up, and you

25   said it started in the bathroom?

Brandon Williams
October 25, 2024

Page 17

1    A.   Yes, sir.

2    **Q.   Did the entire incident take place in the**

3    **bathroom, or did it take place somewhere else?**

4    A.   No.  It took -- that, that, that part right

5    there took place in the bathroom.  Then it started in

6    the day room.

7    **Q.   So did the incident in the bathroom, did that**

8    **end at some point, or did that just continue into the**

9    **day room?**

10   A.   No.  It ended -- it ended -- it ended at a

11   point.  And then, when we got in the day room, then they

12   was like -- they told him that he had to get on the

13   door.  They said he got to get out the dorm.

14   **Q.   How long did the fight in the bathroom last?**

15   **Do you remember?**

16   A.   I'd say about, about 20 minutes.

17   **Q.   So the fight in the bathroom was about 20**

18   **minutes?**

19   A.   Yes, sir.

20   **Q.   After the fight in the bathroom, was there any**

21   **blood or anything?**

22   A.   Yes, sir.  Yes, sir.

23   **Q.   Where was the blood?**

24   A.   Blood was on the floor.

25   **Q.   So it was just pooled on the floor?**

Brandon Williams
October 25, 2024

Page 18

```
 1      A.    Yeah, it was on the floor.
 2      Q.    Was there any on any sinks, any walls,
 3  anywhere else?
 4      A.    No, sir.  There wasn't none (sic) on the sinks
 5  or the wall.
 6      Q.    So it just pooled on the floor?
 7      A.    Yes, sir.
 8      Q.    And who was that blood from?  Do you know?
 9      A.    Currie.
10      Q.    It was just from Currie; there was no one
11  else?
12      A.    No, sir.
13      Q.    So that fight occurred in the bathroom.  It
14  stopped, you said, after about 20 minutes?
15      A.    Yes, sir.  It lasted for, like, 20 minutes,
16  and then it stopped.  And then -- because inmates wanted
17  to break it up to see what was going on, and they put
18  him on his bed area.  Well, they came by his bed area,
19  and they told him that he had to get out.  They told him
20  that he had to get on the door.
21      Q.    So did Mr. Currie walk to his bed area under
22  his own power?  Was he carried?  How did he get there?
23      A.    Both.  On his own power and carry.
24      Q.    So he was slung over someone's shoulder
25  walking there, or was he fully carried?
```

Brandon Williams
October 25, 2024

Page 19

 1        A.   No, no, no.  He was -- he was over somebody's

 2   shoulder, and they was carrying him while he was using

 3   his feet.

 4        Q.   Who was doing that?  Do you remember?

 5        A.   Gaddis.

 6        Q.   Charles Gaddis?

 7        A.   Yes, sir.

 8        Q.   So how did Mr. Charles Gaddis become involved,

 9   and when did he become involved?

10        A.   To help him -- to help him from his bunk -- I

11   mean, help him out the bathroom to his bed.

12        Q.   Was he involved in the fight in the bathroom?

13        A.   No, sir.

14        Q.   So he came over after the fight had ended and

15   helped Mr. Currie to his bed?

16        A.   Yes, sir.

17        Q.   What about yourself; were you ever involved in

18   it?

19        A.   Yeah, I was involved in it, in the knife

20   incident when they told him that, that they he had to --

21   that he had to get on the door.  And they had told me,

22   who the hell -- they said, who the hell is (sic) you?

23   You ain't got nothing to do with this.  And I was like,

24   man, this is my best friend.  And then it just popped

25   off from there, and then we all got into it.

Brandon Williams
October 25, 2024

Page 20

1       Q.   So you were not involved in the first

2  incident, though, right?

3       A.   No, sir.

4       Q.   During the first incident, where were you in

5  the dorm during this time?

6       A.   I was working out in the front of the dorm,

7  right there by the officer's station.

8       Q.   And the bathroom, in relation to the officer

9  station, is where?

10      A.   No.  It's, it's straight, straight ahead.

11  It's a -- it's an old military base.  That's what they

12  told me, that, that the dorm was.  It was an old

13  military base.  From the officer station, you can see

14  right in -- directly in the bathroom and the showers.

15      Q.   About how far away from where the first fight

16  was were you?  Do you remember?

17      A.   I'm not good with, with, with, with

18  centimeters and how far.  I'm not good with that.

19      Q.   But you had a clear sight of what was going

20  on?

21      A.   Yes, sir.

22      Q.   So fight ended.  Mr. Currie was helped to his

23  bunk by Mr. Gaddis, right?

24      A.   Yes, sir.

25      Q.   What were you doing at that point when he was

Brandon Williams
October 25, 2024

Page 21

1   helping him to -- when Mr. Gaddis was helping him to

2   the bunk?

3        A.   I was -- I was walking over there.  I was

4   walking over there to where Gaddis and Currie was, was

5   heading to.

6        Q.   So you were walking towards Mr. Currie's bunk?

7        A.   Yes, sir.

8        Q.   So did you eventually arrive at Mr. Currie's

9   bunk?

10       A.   You say what?

11       Q.   Did you eventually arrive at Mr. Currie's

12  bunk?

13       A.   Yeah.  They arrived -- I arrived there.

14       Q.   And that's when the Latin Kings were telling

15  him he needed get out of the dorm?

16       A.   Yeah, they told him that he had to get off the

17  compound.

18       Q.   How many Latin Kings were telling him that?

19  Was it still nine?

20       A.   Yeah.  It was still nine, sir.

21       Q.   So there were nine people, Mr. Gaddis, and

22  yourself kind of standing around his bunk, or were there

23  more?

24       A.   Right.  That, that, that, that, that

25  make (sic) -- that make -- that make 12 of us.

Brandon Williams
October 25, 2024

Page 22

1        Q.   And they were telling him to get out of

2    there.  So what happened next after they told Mr. Currie

3    that?

4        A.   They told -- they, they told him to get out of

5    there.  And we was like, man, he's not going nowhere,

6    man.  This is our best friend.  We ain't going nowhere.

7    So they was like, man, all y'all going to get it then.

8    And that's when it, it bust out.  That's when I got

9    involved.  That's when Currie got involved.  And that's

10   when Gaddis got involved.  And that's when it was just

11   chaos.

12       Q.   So you yourself and Mr. Gaddis were saying Mr.

13   Currie's not going anywhere?

14       A.   Yeah.

15       Q.   Yes?

16       A.   Yeah.  We was like, he's not going nowhere,

17   sir.

18       Q.   And then Mr. Currie, what was he saying?  Was

19   he saying anything?

20       A.   No.  He was -- he was messed up.

21       Q.   How was he messed up?  Explain that to me.

22       A.   Like, like, he was bleeding from his nose and

23   his mouth area.

24       Q.   Did he have any other injuries that you can

25   remember?

Brandon Williams
October 25, 2024

Page 23

1          A.    Not that I realized, sir.  I just seen the

2    injuries from his mouth and his -- and his nose.

3          **Q.    So he was bleeding from his mouth.  Was it**

4    **from his actual mouth, or was it from a cut near his**

5    **mouth?**

6          A.    I, I just know it was coming from out his

7    mouth.  I don't know if it was inside his mouth, on his

8    lip.  I don't -- I don't know.  I just know it was just

9    dripping from the nose to the lip.  It could have been

10   coming from the nose and going inside the mouth.  I just

11   know that his mouth was bleeding and his nose was

12   bleeding.

13         **Q.    And then you said there was -- did he have**

14   **another cut on his face, or was it just his nose and his**

15   **mouth, like you said?**

16         A.    Yeah.  That, that just -- that's, that's just

17   the part that I seen that was -- that was the most blood

18   where it was at.

19         **Q.    While this was going on, did any inmates go**

20   **into the bathroom and clean up the bathroom or anything**

21   **that you can remember?**

22         A.    They could have.  There's a good chance that

23   they could have.

24         **Q.    So then you expressed, and Mr. Gaddis**

25   **expressed, that Mr. Currie was not going anywhere.  What**

Page 24

1    did the Latin Kings say in response to that?

2        A.    They said that they -- that we just going to

3    get -- they -- down here, they say you're going to get

4    flipped.  That's when they saying that they fixing to

5    use knives.

6        Q.    So they said they were --

7            MR. TARJAN:  So they said what?  What was

8        that?  They said what?

9            THE WITNESS:  Flip.

10   BY MR. KVERNE:

11       Q.    Flipped, F-L-I-P-P-E-D?

12       A.    No.  Like, like flip-flop.  Like, like, like,

13   like flip, like you're doing a back flip.

14       Q.    So flipped?

15       A.    Yeah.  You fixing to get flipped.

16       Q.    And so that, to you, meant that they were

17   going to get weapons?

18       A.    Yes, sir.

19       Q.    And did they go do that, or what happened?

20       A.    No.  They went and did that.

21       Q.    So they went and got weapons, right?

22       A.    Yes, sir.

23       Q.    Was anything else going on in the dorm during

24   this time?

25       A.    Yeah.  Master roster had them -- came about,

Page 25

1  and they had -- they left, and, and people was moving

2  around in the dorm at the same time.  And then just

3  chaos just started, people getting stabbed and punched

4  and beat up.  It, it, it was a lot of stuff going on.

5      Q.  So in relation to the first fight, can you

6  explain to me when did master roster occur?  When did it

7  occur in relation to the first fight?

8      A.  It happened first.  Master roster happened

9  first, and then the fight came second.

10      Q.  So master roster occurred, then there was a

11  fight in the bathroom, right?

12      A.  Yes, sir.  Yes, sir.

13      Q.  And then you all were sitting on the bed, and

14  then the second fight began?

15      A.  Yes, sir.

16      Q.  So the nine Latin Kings, you said, went and

17  grabbed weapons at that point?

18      A.  Yes, sir.

19      Q.  What kind of weapons did they grab?

20      A.  Knives.

21      Q.  They grabbed knives?

22      A.  Yes, sir.

23      Q.  Were the Latin Kings saying anything else?

24      A.  No, sir.  They was -- they were -- they went

25  about business.

Brandon Williams
October 25, 2024

Page 26

1      Q.   What was Mr. Currie doing during this time?

2      A.   Just, just there hoping that he make (sic) it

3    out alive.

4      Q.   And was Mr. Gaddis saying anything else?

5      A.   No, sir.

6      Q.   So the nine Latin Kings went and got their

7    weapons, and then they came back to the bunk; or how did

8    this go down with the second fight?

9      A.   Yeah.  They right there by his bunk.

10     Q.   Who attacked who first?

11     A.   I just know -- I don't know who attacked who

12   first, sir.  I just know that I got hit in the head, and

13   then I just started getting stabbed up.

14     Q.   Where did you get stabbed?

15     A.   I got stabbed in the left top shoulder and the

16   right back shoulder.

17     Q.   Did you have any other additional injuries?

18     A.   Like, scrapes and scratches.

19     Q.   You had scrapes and scratches?

20     A.   Yeah.

21     Q.   And the two stab wounds that you said on both

22   of your shoulders, those were caused by knives that were

23   wielded by the Latin Kings?

24     A.   Yes, sir.

25     Q.   Other than the knives, were there any other

Brandon Williams
October 25, 2024

Page 27

1    weapons that were used?

2         A.    Yeah, they was using brooms and mops.  They,

3    they, they was still using mop buckets and brooms to,

4    to, to get Gaddis and us up off of them with the stuff

5    that they could grab.

6         Q.    Of the nine Latin Kings, how many were you

7    specifically fighting with?  Do you remember?

8         A.    All of them was used (sic).

9         Q.    So all of them were attacking all three of

10   you?

11        A.    Yes, sir.

12        Q.    So it's not like it was three on one here,

13   three on one in another place, three on one in another

14   place?

15        A.    Wherever they could jump on us, that's how

16   they going to do it.  It'd be two -- it'd be probably

17   two on me and one on them, then they'll -- then they'll

18   fluctuate a bit.  Three on me, maybe two on them, and

19   then it'll fluctuate.  It'd be one on them.  They

20   just -- they just jumping on, on -- just jumping on us.

21        Q.    How long did this fight last?

22        A.    It was -- we was in there for a minute, sir.

23   We was in there for a minute.

24        Q.    Was your was your adrenaline pumping or

25   anything during this time; I'm assuming it was, right?

Brandon Williams
October 25, 2024

Page 28

```
 1       A.   Yes, sir.
 2       Q.   Do your best.  I'm not going to hold you
 3   exactly to the number if you can't remember exactly.
 4   But about how long would you say the second fight
 5   lasted?
 6       A.   About 30 minutes to an hour, somewhere in
 7   there.
 8       Q.   So when did roster count and when did master
 9   roster count occur?  Do you remember?
10       A.   When did it occur?
11       Q.   Yeah.  When was the master roster conducted?
12       A.   I don't -- I don't know -- I don't know what
13   time that they usually do master roster count, sir.
14       Q.   But so you said the first fight was, like, 20
15   minutes, and then this one was 30 minutes to an hour,
16   you said?
17       A.   Yes, sir.
18       Q.   So the second fight ended anywhere from 40
19   minutes to an hour and a half after master roster count?
20       A.   I'd give it that.
21       Q.   So did the fight eventually stop?
22       A.   Yeah.  When, when, when the, the, the RA team
23   and all of them ran in.
24       Q.   So it stopped when the officers ran into the
25   wing?
```

Brandon Williams
October 25, 2024

Page 29

1    A.   Yes, sir.

2    **Q.   And that was anywhere from 30 minutes to an**

3    **hour after the beginning of the second fight?**

4    A.   Yes, sir.

5    **Q.   How many officers ran in?  Do you remember?**

6    A.   A whole bunch of them, sir.

7    **Q.   Was it all male officers, female officers?**

8    A.   Yeah, it was males and females.

9    **Q.   It was a mixture of the two?**

10   A.   Yes, sir.

11   **Q.   Do you remember any specific officers, by any**

12   **chance?**

13   A.   Just, just Captain -- the, the, the captain,

14   the bald head Captain Heffner (phonetic).

15   **Q.   Captain Heffner?**

16   A.   Yeah.

17   **Q.   Anyone else?**

18   A.   Not that stood out.

19   **Q.   So after the officers came in, you said the**

20   **fight stopped.  What happened next after the officers**

21   **came in?**

22   A.   Oh, they told us to return to our bunks.  They

23   told, told us to return to our bunks and check our

24   hands.  But it was obvious that who was in the

25   situation, we was all bloody, so it wasn't hard to pick

Brandon Williams
October 25, 2024

Page 30

1   us out.

2       Q.   So a lot of you were covered in blood and

3   other types of issues (sic)?

4       A.   Yes, sir.

5       Q.   Even the attackers were?

6       A.   No, sir.  They was clean as a whistle.

7       Q.   They were clean.  None of your guys' blood got

8   onto them or anything?

9       A.   No, no.  We, we was the bloodiest ones.  We --

10  me, and Currie, and Gaddis -- we was the bloodiest ones.

11  Wasn't no blood on them.

12      Q.   How was Mr. Gaddis injured?  Do you remember?

13      A.   Yeah, he got cut in the face.

14      Q.   Can you describe to me what you mean by that?

15      A.   Like, like, he got slashed, like, like, like,

16  on his -- on his cheek.  Yeah, like that.  Like, see

17  how --

18      Q.   So it'd be from his ear to his mouth, kind of?

19      A.   Yes, sir.  Like that right there.

20      Q.   On which side of his face?  Do you remember?

21      A.   I don't remember what side, sir.

22      Q.   But it was a long gash?

23      A.   Yes, sir.

24      Q.   Was it a deep gash?

25      A.   Yeah.  Yes, sir.

Brandon Williams
October 25, 2024

Page 31

1          Q.    So could you see inside his mouth or --

2          A.    Yeah, it was flopping.  Yeah.  You could see

3    inside his mouth.

4          Q.    We described your injuries.  What about Mr.

5    Currie; how was he injured?

6          A.    He was injured.  He got punctured all in

7    his -- all in his rib cage, all in his back and his neck

8    and his arms.  Yeah.  He got -- he got -- he got -- he

9    got -- he got stabbed -- he got stabbed up decent.

10         Q.    After the fight ended, and while the officers

11   got on, did you see what Mr. Currie was doing, by any

12   chance, during that time?

13         A.    Oh, trying to stay alive, because he was

14   hollering that his lungs and all that -- he couldn't

15   breathe.

16         Q.    Was he sitting up, laying down?

17         A.    No, he was laying down, sir.

18         Q.    What about Mr. Gaddis; what was he doing at

19   that point?

20         A.    Holding his face.  Holding his face.

21         Q.    So he was holding his face?

22         A.    Yes, sir.

23         Q.    Were either Mr. Currie or Mr. Gaddis saying

24   anything during that time?

25         A.    No.  They said that they was in pain, that

Brandon Williams
October 25, 2024

Page 32

1   they were hurting.

2       Q.   Did the officers do anything in response to

3   Mr. Currie's statements or Mr. Gaddis' statements?

4       A.   No, they just took them -- they took us to

5   medical and cleaned us up.  They sent us to medical and

6   cleaned us up, and then sent them two on the paramedics.

7   And then they had them send me on a paddy wagon.

8       Q.   So we'll break that down in a second.  So

9   which one of you was sent to medical first?

10      A.   It was either Currie or Gaddis.

11      Q.   Mr. Currie, when he was taken by medical, was

12  he conscious?  Do you remember?

13      A.   No.  He was floating in and out.  He was

14  blacking in and out.

15      Q.   So he was alternating between unconscious and

16  conscious?

17      A.   Yes, sir.

18      Q.   How was he taken out of the wing?

19      A.   On the stretcher.

20      Q.   So he was taken out on a stretcher?

21      A.   Yes, sir.

22      Q.   One question about medical.  Did medical

23  arrive at the same time as the officers, or did they

24  arrive after?

25      A.   They, they, they arrived after, like, like two

Brandon Williams
October 25, 2024

Page 33

1   seconds after.  As soon as they came in to clear it up,

2   medical came in.

3       Q.   So it was very quick that medical arrived

4   after the officers came in?

5       A.   Yes, sir.

6       Q.   So Mr. Currie was taken out on a stretcher.

7   What about Mr. Gaddis; how was he taken out?

8       A.   He was taken out by, by hand -- but he, he --

9   they, they carried him, but he was still holding his

10  face.  He could walk.

11      Q.   And then you were the third one taken out to

12  medical, right?

13      A.   Yes, sir.  Yes, sir.

14      Q.   And you said that you know that Mr. Currie and

15  Mr. Gaddis were taken by paramedics?

16      A.   Yes, sir.

17      Q.   So it's your understanding they were taken to

18  a hospital?

19      A.   Yes, sir.

20      Q.   Do you know which hospital they were taken to,

21  by any chance?

22      A.   No, sir.

23      Q.   Do you remember any of the officers that were

24  transporting either of them?

25      A.   No, sir.

Brandon Williams
October 25, 2024

Page 34

1    Q.    Do you remember any of the nurses that may

2    have been transporting any of them?

3    A.    No, no, no nurse was taking them, sir.  They,

4    they, they, they didn't ever go on the -- on the -- on,

5    on the van.

6    Q.    They didn't ever go what?  I'm sorry.

7    A.    They didn't ever go in the van.

8    Q.    And then yourself, how were you transported?

9    A.    On the paddy wagon.

10   Q.    Can you explain that to me; what is that?

11   A.    Like, the jailhouse van.

12   Q.    It's a white van, pretty much nondescript,

13   right?

14   A.    No, it's a -- it's a -- it's a DOC van.  It's,

15   it's, it's, it's, it's one of the paddy wagons, like

16   the, the transport van.

17   Q.    And was it just you in that van, or was there

18   anyone else?

19   A.    No, it was just me in that van, sir.

20   Q.    How many officers were with you during that

21   transport?  Do you remember?

22   A.    It was two.

23   Q.    Do you remember either of those officers, by

24   any chance?

25   A.    No, sir.

Brandon Williams
October 25, 2024

Page 35

1      Q.   Do you remember if those officers were male
2  or female?
3      A.   It was a male -- it was a male and a female.
4      Q.   So it was one male and one female?
5      A.   Yes, sir.
6      Q.   Can you describe what those officers looked
7  like for me?
8      A.   I know it was a black dude, sir.
9      Q.   It was a black guy -- the man was black?
10     A.   Yeah, it was a black male.
11     Q.   And what about the woman; what was she?  Do
12 you remember?
13     A.   I don't -- I don't remember her that, that
14 good
15     Q.   The black man, do you remember how tall he
16 was?
17     A.   Yeah, he was taller than me.  I'm 5-7, so I'd
18 give him probably, like, 5-10, 5-11.
19     Q.   Was he fat?  Was he skinny?
20     A.   Medium build.
21     Q.   Medium build?
22     A.   Yeah, and he had muscles.
23     Q.   How was his hair; did he have short hair, long
24 hair, bald?
25     A.   Short hair.

Brandon Williams
October 25, 2024

Page 36

```
 1        Q.   He had short hair?

 2        A.   Yes, sir.

 3        Q.   Did you end up going to the hospital, too?

 4        A.   Yes, sir.  I went to the hospital, too.

 5        Q.   How long were you at the hospital for?

 6        A.   Probably, like, four hours.

 7        Q.   Did you have any type of procedure or anything

 8   done on you?

 9        A.   Yeah.  They had stitched me up.

10        Q.   So they gave you stitches?

11        A.   Yeah.  They gave me stitches and staples.

12        Q.   Anything else that they did?

13        A.   No, sir.  And they, they, they patched me up,

14   and sent me back, and gave me some ibuprofen.

15        Q.   And then you arrived back at the institution,

16   right?

17        A.   Yes, sir.

18        Q.   Do you remember around what time, by any

19   chance?

20        A.   It was, like, like, 3:00 in the morning.

21        Q.   And then where were you taken after that?

22        A.   To, to a holding cell, to a confinement cell.

23        Q.   What happened after that incident; were you

24   placed in confinement ultimately, or what happened?

25        A.   I was -- I was placed on -- what's pending,
```

Brandon Williams
October 25, 2024

Page 37

1   pending CM, pending protected evaluation.

2       Q.   Did you eventually get placed on CM or

3   anything?

4       A.   Yes, sir.

5       Q.   How long were you on CM for?

6       A.   I was on CM for 24 months.

7       Q.   So two years?

8       A.   Yes, sir.

9       Q.   And you started on CM 1 (phonetic)?

10      A.   CM 1, sir.

11      Q.   And then what about Mr. Currie?  Do you know

12  what happened with him?

13      A.   Yeah.  He got placed on CM 1, too.

14      Q.   He got placed on CM 1 as well?

15      A.   Yes, sir.  All three of us.

16      Q.   Was he a roommate or anything like that?

17      A.   No, sir.  No, sir.

18      Q.   After he was taken to the hospital, do you

19  know how long he remained in the hospital, by any

20  chance?

21      A.   Two days.

22      Q.   He was there for two days?

23      A.   Yes, sir.

24      Q.   Do you know if he returned to Apalachee or if

25  he went to a different institution?

Brandon Williams
October 25, 2024

Page 38

1      A.   He returned back to Apalachee.  Both of them

2   returned back to Apalachee, sir.

3      **Q.   How do you know that?**

4      A.   Because through, through, through, through,

5   through the wing -- the wing that we was on, you can --

6   you can hear -- like, round the corner, you can hear

7   each other talk; we could talk round the corners.

8      **Q.   So they were in the same wing as you?**

9   **Confinement --**

10     A.   So we in the same -- we in the same building,

11  but not the same wing.

12          MR. KVERNE:  Let's go back to the incident

13      real quick.

14  BY MR. KVERNE:

15     **Q.   When the initial fight was going on, the one**

16  **that started in the bathroom and just involved Mr.**

17  **Currie, right?**

18     A.   Yes, sir.

19     **Q.   Were there any officers on the wing?**

20     A.   They was in the booth.

21     **Q.   They were in the booth?**

22     A.   Yes, sir.

23     **Q.   How many officers were there?  Do you**

24  **remember?**

25     A.   Three.

Brandon Williams
October 25, 2024

Page 39

```
 1        Q.    There were three?

 2        A.    Yes, sir.

 3        Q.    Do you remember who the three officers were,

 4   by any chance?

 5        A.    I don't remember them by name, sir, but I know

 6   their face.

 7        Q.    So if you saw their faces, you'd be able to

 8   identify them?

 9        A.    Yes, sir.

10        Q.    While the fight was going on, what were they

11   doing?  Could you see what they were doing?

12        A.    No, no.  No, sir.  They was just in the booth.

13        Q.    You couldn't see exactly what they were doing

14   during that time?

15        A.    No, sir.

16        Q.    Could they have seen the fight in the

17   bathroom?

18        A.    Yes, sir.

19        Q.    In the bathroom, can you describe to me kind

20   of where the fight occurred?  We've had some description

21   about sinks on one side, the shower kind of on another

22   side.

23        A.    Yes, sir.  It's --

24        Q.    Where did the fight -- where did the fight

25   kind of occur in there?  Can you tell me?
```

Brandon Williams
October 25, 2024

Page 40

1       A.   It's, it's, it's -- it, it, it, it came from

2   the sink area to right there to on the other side of

3   the -- of the shower area.

4       Q.   So it started near the sink area and kind of

5   moved towards the shower area?

6       A.   Yes, sir.

7       Q.   And after the fight ended, did any of the

8   officers come out onto the wing or anything that you can

9   remember?

10      A.   What -- not -- when the first one ended,

11  nobody came out.

12      Q.   Nobody came out after the first one?

13      A.   No, sir.

14      Q.   Were they the same officers that just had done

15  count, or were they different officers?

16      A.   Yes, sir.  They was the same officers that did

17  count.

18      Q.   Do you remember which officers did count?

19      A.   No, sir.  No, sir.

20      Q.   So that's the end of the first fight.  When

21  the second fight began, and until the end of the second

22  fight, did any of the officers come out of the booth or

23  anything onto the wing?

24      A.   No, sir.

25      Q.   And was it still three officers, or was there

Brandon Williams
October 25, 2024

Page 41

```
 1   a less amount or more?
 2        A.   It was still three.
 3        Q.   So there were three officers in the booth.
 4   Was it the same three officers?
 5        A.   Yes, sir.
 6        Q.   These officers, what sex were they?  Do you
 7   remember?
 8        A.   Male, male and female.
 9        Q.   It was a combination of male and female?
10        A.   Yes, sir.
11        Q.   How many males?  How many females?
12        A.   I'd say one male and two females.
13        Q.   So one male officer and two female officers?
14        A.   Yes, sir.
15        Q.   Fight was going on.  While the fight was going
16   on, did any of the officers come out onto the wing?
17        A.   No, sir.
18        Q.   Did they say anything to anyone?
19        A.   No, sir.
20        Q.   After the fight finished, and when the
21   officers kind of came -- all the officers came in, did
22   any of them come out of the booth at that point?
23        A.   Well, I wasn't really paying attention to
24   them.  I was paying attention to the door, because
25   that's where -- that's where the captain and all them
```

Brandon Williams
October 25, 2024

Page 42

1  wanted our attention facing them.  They didn't want us

2  worrying about nothing else but them.  And when they got

3  our attention, they told us to go to our bunks and go

4  sit on our bunks.  And then they checked -- they checked

5  our hands to see who was injured.  It was -- it was easy

6  to find out who was injured and who was involved.  It

7  was easy to pick us out.

8      **Q.   Did you see any of the officers that were in**

9  **the booth -- were any of the officers in the booth --**

10 **were they in the dorm when everyone was being searched**

11 **and everything like that after the second incident?**

12      A.   I would say that they came out at that time.

13     **Q.   They did come out at that time?**

14      A.   I, I would say that they came out at the time.

15     **Q.   Can you describe the officers in the booth to**

16 **me?  What did the two female officers look like?**

17      A.   They, they was -- they was, like, my height.

18 There was one that was chubby.  And then there was one

19 that was real, real skinny, and she was light skinned.

20     **Q.   Were they both African American, white?**

21      A.   Yes, sir.  Yes, sir.

22     **Q.   Both of them were African American?**

23      A.   Yes, sir.

24     **Q.   Height-wise, how tall?**

25      A.   Like, five, five-eight, five-nine.

Brandon Williams
October 25, 2024

Page 43

1    Q.    Both of them?

2    A.    Yeah.  I'd give them around up in there.  They

3    was taller than me, and I'm five-seven.

4    Q.    What about the male officer?  What did he look

5    like?

6    A.    He was not, like, built, but he had a little

7    height to him, like 5-10.  He wasn't that -- he wasn't

8    that -- he wasn't that big of a dude.

9    Q.    Was he African American, white?

10    A.    No.  He was African American, too, sir.

11    Q.    Two female officers.  Did they have a

12    particular hairstyle that sticks out or anything like

13    that for you?

14    A.    No.  One had a short haircut, like a afro,

15    like they can't do their hair, like it won't braid or

16    nothing like that.

17    Q.    Would it --

18    A.    Then the other -- then the other one had,

19    like, braids or, or, or, like, like, some type of --

20    type of design in their hair.

21    Q.    Were either of them wearing hats or anything

22    during that time that you can remember?

23    A.    No, sir.

24    Q.    So neither of them were wearing hats or

25    anything?

Brandon Williams
October 25, 2024

Page 44

1       A.   No, sir.

2       Q.   **What about the male officer; what kind of**

3   **hairstyle did he have?  Do you remember?**

4       A.   Just the short haircut.

5       Q.   **Just a short haircut?**

6       A.   Yes, sir.

7            MR. KVERNE:  I'm going to go through a couple

8       of photos with you.

9            Mr. Tarjan and Mr. Cook, I'm going to show him

10      the photos that we've been using for the inmates

11      and stuff involved.  Okay?  So give me a sec.

12           I'm going to share my screen with you in a

13      second, and I'm going to show you some photos, see

14      if you remember any of them, okay, Mr. Williams?

15      Okay.  Give me one sec.

16           THE WITNESS:  All right.

17           (Pause in proceedings.)

18  BY MR. KVERNE:

19      Q.   **Can you see my screen?**

20      A.   Yeah, I see it now.

21      Q.   **Obviously, that's you, right?**

22      A.   Yeah, that's me right there, sir.

23           MR. KVERNE:  So that's you.

24  BY MR. KVERNE:

25      Q.   **Next photo.  Do you recognize this inmate?**

Brandon Williams
October 25, 2024

Page 45

1    A.    Yeah, I remember that inmate, sir.

2    Q.    Was he involved in the fight at all?

3    A.    No, sir, but he was in the dorm.

4    Q.    He was in the dorm?

5    A.    Yes, sir.

6    Q.    Where was he in relation to the two incidents?

7  Do you remember?

8    A.    That -- that's, that's Currie's best friend

9  right there.

10    Q.    So that's a good friend of Currie?

11    A.    Yes, sir.

12    Q.    And his name is Alfonza Ward, right?

13    A.    Yes, sir.

14    Q.    And his DC number, at least according to this

15  document, is 565863?

16    A.    Yes, sir.

17    Q.    And you said he was in the -- he was in the

18  dorm as well?

19    A.    Yes, sir.

20    Q.    Where was he when the first fight was

21  occurring?  Do you remember?

22    A.    Watching his tablet.

23    Q.    So he was watching his tablet?

24    A.    Yes, sir.

25    Q.    Do you remember if he saw the first fight?

Brandon Williams
October 25, 2024

Page 46

```
 1       A.   Yes, sir.
 2       Q.   What about the second fight; did he get
 3  involved in the second fight or anything like that?
 4       A.   No, sir.  But he was trying -- he was trying
 5  to prevent -- he was trying to prevent it from being a
 6  second one.
 7       Q.   How was he trying to do that?
 8       A.   Telling, telling, telling them -- telling them
 9  boys, just leave it alone.  Just, just leave him alone.
10  Just leave everything alone, man.  Y'all done beat him
11  up, stuff like that.  But they weren't hearing that.
12            MR. KVERNE:  Sorry.  Give me one second.
13  BY MR. KVERNE:
14       Q.   You can still see it, right?
15       A.   Yes, sir.
16       Q.   Where was his bunk in relation to where the
17  fight was going on?
18       A.   He's, like, four bunks -- four bunks away from
19  the bathroom.
20       Q.   So he could clearly see everything that was
21  going on?
22       A.   Yes, sir.
23       Q.   One question.  I just want to go back to the
24  first fight real quick.  Were there any other inmates in
25  the bathroom other than the Latin Kings and Mr. Currie?
```

Brandon Williams
October 25, 2024

1    A.    Yeah.  When they -- when -- before, before

2    then, yeah.  They, they ran up out of there, though.

3    **Q.    How many were in there?**

4    A.    Like, three.

5    **Q.    Three?**

6    A.    Yes, sir.

7    **Q.    Do you remember any of those?**

8    A.    No, I don't remember none (sic) of them.

9    They, they ran up out of there.

10    **Q.    Do you recognize this inmate?**

11    A.    I've seen him before, but I don't know where

12    I've seen this guy before.

13    **Q.    Was he involved in the fight?  Do you remember**

14    **him?**

15    A.    I remember seeing his face, but I don't know

16    where I remember him from.

17    **Q.    And his name is Richard Utria?**

18    A.    Yes, sir.

19    **Q.    And his DC number is 183499?**

20    A.    Yes, sir.

21    **Q.    After this incident, were you ever at**

22    **Charlotte?**

23    A.    No, sir.

24    **Q.    You never were at Charlotte?**

25    A.    No, sir.

Brandon Williams
October 25, 2024

Page 48

1    Q.   Were you ever involved in any type of fight

2  or anything involving this inmate at a different

3  institution?

4    A.   Not -- I was never at Charlotte, though.

5    Q.   You were never at Charlotte?

6    A.   No, sir.

7    Q.   What about this inmate; do you recognize him?

8    A.   I remember this dude.  I remember him.

9    Q.   Was he in the dorm at the time?

10   A.   Yes, sir.

11   Q.   How do you remember him?

12   A.   He slept in the second bunk from the officers'

13  station.

14   Q.   Was he involved in the fight at all?

15   A.   No, sir.

16   Q.   Do you know if he saw the fight or anything?

17   A.   Yeah, he seen it.

18   Q.   Was he an individual who -- one of the ones

19  that ran out of the bathroom or anything like that?

20   A.   He -- yeah, he probably would have seen that,

21  too, sir.

22   Q.   But was he one of the individuals that ran out

23  of the bathroom when that happened?

24   A.   Oh, no, sir.  No, sir.

25   Q.   What was he doing prior to the first fight?

Brandon Williams
October 25, 2024

Page 49

1   Do you remember?

2       A.   This, this is the dude that came and got me.

3   He, he the one came and got me to the incident.

4       Q.   So he told you that the first fight was going

5   down, and then he came and got you about it?

6       A.   Yes, sir.  Yes, sir.

7       Q.   So he came in and got your attention, and his

8   name is Chad Shaw?

9       A.   Yes, sir.

10      Q.   And his DC number is 347470?

11      A.   Yes, sir.

12      Q.   So he came and got you, and got you involved

13  in the second incident?

14      A.   Yeah.

15      Q.   Was he doing anything during the second

16  incident that you can remember?

17      A.   Not that I can remember.

18      Q.   Did he get involved in the fight or anything?

19      A.   No, sir.

20      Q.   Do you recognize this individual?

21      A.   Yeah, I remember that guy.

22      Q.   So that's one of the guys that was in a fight?

23      A.   Yeah, he was in the incident.

24      Q.   Is he one of the Latin Kings that you were

25  referring to?

Brandon Williams
October 25, 2024

Page 50

```
 1      A.   Yes, sir.

 2      Q.   And his name is Wilson Rodriquez, right?

 3      A.   Yes, sir.

 4      Q.   And his DC number is K86552, right?

 5      A.   Yes, sir.

 6      Q.   What do you remember about him in the fights?

 7      A.   He was the one that was doing the stabbing.

 8      Q.   So he did the stabbing?

 9      A.   Yes, sir.

10      Q.   Who did he stab?

11      A.   He the one who stabbed Devon Currie.

12      Q.   He's the one that stabbed Devon Currie?

13      A.   Yes, sir.

14      Q.   Did he stab you, too, or was it just Currie?

15      A.   He, he probably stabbed me, too.

16      Q.   He probably did?

17      A.   I, I, I know that he stabbed Currie and, and,

18   and Gaddis.  I don't know if he stabbed me.  I, I didn't

19   have no vision, but I know he stabbed Currie and Gaddis.

20      Q.   How was he involved in the first fight?  Do

21   you remember?

22      A.   He was the one that was hitting him with the

23   mop bucket.

24      Q.   So he was utilizing a mop bucket to hit

25   Currie?
```

Brandon Williams
October 25, 2024

Page 51

1        A.   Yes, sir.

2        Q.   In the second fight, he used a knife, or did

3   he use any other weapons?

4        A.   He used a knife.  That's the one that stabbed

5   Gaddis and Currie.

6        Q.   Did he ever fight directly with you at any

7   point?

8        A.   No, sir.

9        Q.   So he was just with Currie and Gaddis

10  specifically?

11       A.   Yes, sir.

12       Q.   What about this individual?

13       A.   He was in the incident, too, sir.

14       Q.   And his name is Luis Rodriguez, right?

15       A.   Yes, sir.

16       Q.   And his DC number is M53592?

17       A.   Yes, sir.

18       Q.   And just to go back to the other individual,

19  Mr. Wilson Rodriquez, was he one of the -- was he a

20  Latin King that you know?

21       A.   Yes, sir.

22       Q.   So he is a Latin King gang member?

23       A.   Yes, sir.  Both of them.

24       Q.   Both him and Mr. Luis Rodriguez are Latin King

25  gang members?

Brandon Williams
October 25, 2024

Page 52

```
 1      A.   Yes, sir.
 2      Q.   How was Mr. Luis Rodriguez involved?
 3      A.   Me and him fought.
 4      Q.   You fought with him directly?
 5      A.   Yes, sir.
 6      Q.   Do you know him by any type of nickname or
 7  anything like that?
 8      A.   It was -- it's one of them that go by "YG"
 9  (phonetic).  I don't know.  It's either -- it's either
10  him or the other one that go by "YG".
11      Q.   So "YG" appears to be Mr. Wilson Rodriquez,
12  right?
13      A.   It's either one of them supposed to be going
14  by "YG".
15      Q.   But what I'm saying is, at least according to
16  the sheet, Wilson Rodriquez, under aliases, has "King
17  YG" or "YG", right; so it's possibly him?
18      A.   Okay.  That's who it is, then, sir.
19      Q.   You would agree that it appears that Mr.
20  Wilson Rodriquez is "YG"?
21      A.   Yes, sir.
22      Q.   Mr. Luis Rodriguez, do you know any nicknames
23  for him?
24      A.   No, sir.
25      Q.   Does the nickname "Lucho" or "Peru"?
```

Brandon Williams
October 25, 2024

Page 53

1      A.   I done heard of that name, "Peru".

2      Q.   So you said that he was fighting with you

3   directly.  Did he have a weapon or anything when he was

4   fighting with you?

5      A.   Not that I know of, though.

6      Q.   So he was actually fighting with you hand to

7   hand?

8      A.   Yeah.

9      Q.   In the first fight, the one that happened in

10  the bathroom, was he involved in that?

11     A.   Yeah.  He was involved in that, too.

12     Q.   Did he use any type of weapon or anything like

13  that?

14     A.   Yeah.  He had, like, a, a broomstick.

15     Q.   So he used a broomstick?

16     A.   Yes, sir.

17     Q.   Did he break the broomstick or anything like

18  that, or was it just the solid broomstick?

19     A.   It was just solid broomstick.

20     Q.   Do you remember him saying anything to anyone,

21  Mr. Luis Rodriguez?

22     A.   No, sir.  Not, not -- but just me and him --

23  me and his altercation.

24     Q.   What about Mr. Wilson Rodriquez, "YG"; do you

25  remember him saying anything to anyone?

Brandon Williams
October 25, 2024

Page 54

1    A.    Yeah.   He said something to Gaddis when they

2    got to medical.

3        Q.    What did he say?  Do you know?

4        A.    He told -- he told Gaddis that he should have

5    killed his ass.

6        Q.    So he was saying that he should have killed --

7    Mr. Wilson Rodriquez was saying he should have killed

8    Gaddis?

9        A.    Yes, sir.

10       Q.    Do you recognize this individual?

11       A.    No, sir.

12       Q.    You don't recognize him?

13       A.    No, sir.

14       Q.    He wasn't involved in the fight from your

15   recollection?

16       A.    You said he was involved, too?

17       Q.    No.  I'm asking, based on your recollection,

18   was he involved?

19       A.    I don't -- I don't remember him.  I don't

20   remember his face.  Probably, probably, probably Currie

21   and Gaddis do, but I don't remember his face.

22       Q.    So you don't remember him fighting

23   specifically?

24       A.    No.  Probably Gaddis or Currie do.

25       Q.    And this is Rascual Rentas, right?

Brandon Williams
October 25, 2024

Page 55

1      A.   Yes, sir.

2      Q.   And his DC number is B10151?

3      A.   Yes, sir.

4      Q.   Do you know him by any type of nickname, like

5   "King Pace", "Pace", or anything?

6      A.   Oh, that's -- yeah, I know who that is, sir.

7      Q.   Do you remember that alias now?

8      A.   I remember that name.  That's -- yeah, I

9   remember that name.

10     Q.   Did that refresh your memory about him being

11  in the fight at all?

12     A.   Yeah, yeah.  That -- he was part of it, too,

13  sir.

14     Q.   How was he involved, based on your

15  recollection?

16     A.   He, he was in the shower.

17     Q.   So he was one of the ones that was fighting in

18  the shower?

19     A.   Yes, sir.

20     Q.   Before the fight began, where was he?  Do you

21  remember?

22     A.   He was taking a shower.

23     Q.   He was taking a shower?

24     A.   Yes, sir.

25     Q.   Did he become involved in the first fight, or

Brandon Williams
October 25, 2024

Page 56

1    the second fight, or anything?

2         A.   He became involved in the second fight.

3         Q.   He became involved in the second fight?

4         A.   Yes, sir.

5         Q.   Did he use any type of weapon or anything?

6         A.   Yeah.  He used, like, a nail -- a nail or

7    something like that, like a -- like a -- like a screw,

8    or a nail, or a screw, or something like that.

9         Q.   You said you didn't fight with him

10   specifically, right?

11        A.   No, sir.

12        Q.   You think he was fighting with Gaddis or

13   Currie?

14        A.   Yes, sir.

15        Q.   Do you remember -- okay.  Nothing further

16   about him.  All right.  Let's keep going.

17        Do you recognize this individual?

18        A.   No, sir.

19        Q.   You don't recognize him?  His name is Alfredo

20   Pedro.  You don't recognize him at all?

21        A.   No.

22        Q.   And his DC number is S71334?

23        A.   Yes, sir.

24        Q.   But you don't recognize him?  He wasn't

25   involved in the fight or anything?

Brandon Williams
October 25, 2024

Page 57

 1        A.   No, not that I can recall.  Probably Gaddis

 2    or, or, or Currie -- I don't remember him.

 3        Q.   So you don't remember fighting him

 4    specifically?

 5        A.   Does he got a nickname?

 6        Q.   The only ones are Alfredo -- just his name.

 7    Alfredo Pedro, it looks like.

 8        A.   No, I don't remember him.

 9        Q.   You don't remember him at all?

10        A.   No, sir.

11        Q.   What about this individual; do you remember

12    him at all?

13        A.   I remember seeing this dude walking around in

14    the dorm.

15        Q.   Do you remember if he was in the fight or

16    anything?

17        A.   Not that I recall.

18        Q.   Do you know if he was a member of the Latin

19    Kings or anything like that?

20        A.   Not that I can see.

21        Q.   And you said you don't remember him being in

22    the fight or anything like that?

23        A.   No, sir.

24        Q.   And then his nicknames are "Flacko" (phonetic)

25    pretty much.  Does that ring a bell at all?

Brandon Williams
October 25, 2024

Page 58

1    A.  I heard of a "Flacko" that was there, but I
2  don't -- I don't -- I don't remember his face.  I can't
3  put that face with it.
4    **Q.  Was this individual around?  Do you remember?**
5    A.  Yeah, I remember that dude, but I remember him
6  from another dorm.
7    **Q.  Do you remember if he was there on that**
8  **particular day?**
9    A.  I, I can't -- I, I don't know, sir.
10    **Q.  Do you remember him being involved in the**
11  **fight or anything?**
12    A.  Not that I remember.
13    **Q.  Do you know if he was associated with any type**
14  **of gang or anything like that?**
15    A.  No, sir.
16    **Q.  And then he didn't really have a -- he didn't**
17  **really have any type of alias or anything.  And his name**
18  **is Michael Marceau; is that correct?**
19    A.  Yes, sir.
20    **Q.  And then his DC number is D37428?**
21    A.  Yes, sir.
22    THE REPORTER:  Mr. Kverne?
23    MR. KVERNE:  Yes?
24    THE REPORTER:  Sorry to interrupt.  I just
25    noticed Mr. Cook dropped off the platform.  I don't

Brandon Williams
October 25, 2024

```
 1        know if he wanted to --
 2                MR. TARJAN:  He left.
 3                THE REPORTER:  I didn't know if that was
 4        intentional or not, so I just want to make sure.
 5                MR. TARJAN:  Thanks for asking.
 6                THE REPORTER:  Yeah
 7   BY MR. KVERNE:
 8        Q.    Now, you recognize this individual, right?
 9        A.    That's Gaddis right there.
10        Q.    That's Mr. Gaddis?
11        A.    Yes, sir.
12        Q.    That was the individual that was -- he had a
13   huge gash on his face, right?
14        A.    Right.
15        Q.    And he was a friend of yours and Currie's?
16        A.    Yes, sir.
17        Q.    And he was also the individual that walked
18   Currie from the bathroom to his bunk, right?
19        A.    Yes, sir.
20        Q.    And Charles Gaddis III is his name, right?
21        A.    Yes, sir.  Yes, sir.
22        Q.    And then his DC number is 127714?
23        A.    Yes, sir.
24        Q.    And do you know if he has any nicknames?
25   Looks like he has a lot.  Do you recognize any of those
```

Brandon Williams
October 25, 2024

Page 60

1   nicknames?

2       A.   Yes, sir.

3       Q.   Which one?

4       A.   "Iceman" (phonetic).

5       Q.   Which one was it?  I'm sorry.

6       A.   "X Ice".

7       Q.   "X Ice"; you recognize that one?

8       A.   Yes, sir.

9       Q.   Any other nicknames there that you recognize?

10      A.   "Mississippi", "Mississippi".

11      Q.   Mississippi; you recognize that as well?

12      A.   Yes, sir.

13      Q.   Do you know why he's called "X Ice", or

14  "Mississippi", or anything?

15      A.   No, sir.  That -- I know he's from

16  Mississippi.

17      Q.   He's from Mississippi?

18      A.   Yes, sir.

19      Q.   Do you know why he's called "X Ice"?

20      A.   No, sir.

21      Q.   But you recognize those nicknames?

22      A.   Yes, sir.

23      Q.   And then the last person, this is Mr. Currie,

24  right?

25      A.   Yes, sir.

Brandon Williams
October 25, 2024

Page 61

1       Q.   And then, obviously, his name is Devon

2   Currie, and his DC number is A51859, right?

3       A.   Yes, sir.

4       Q.   And he was the individual that was attacked

5   initially, and then also was involved in the second

6   fight, right?

7       A.   Yes, sir.

8       Q.   And he was sent to the hospital with multiple

9   stab wounds?

10      A.   Yes, sir.

11      Q.   And then do you know him by the alias "Boots"?

12      A.   Yes, sir.

13      Q.   Is that a common alias that he's given that

14  he's known as?

15      A.   Yes, sir.

16      Q.   Do you know why he's named "Boots"; do you

17  know anything about that?

18      A.   Because he can you fight real good.

19      Q.   Because he can fight real well?

20      A.   Yes, sir.

21          MR. KVERNE:  Now, I want to talk with you a

22      little bit about yourself, about Mr. Currie, and

23      about Mr. Gaddis.

24  BY MR. KVERNE:

25      Q.   Was Mr. Currie in any type of gang or

Brandon Williams
October 25, 2024

Page 62

1    anything?

2        A.   No, sir.  But we lived in a different

3    lifestyle than the rest of the people that was in the

4    dorm.

5        Q.   What do you mean by that?

6        A.   We live a, a gay lifestyle.

7        Q.   So you, Mr. Currie, and Mr. Gaddis are all

8    gay?

9        A.   Yes, sir.

10       Q.   Do you know if Mr. Currie had any type of

11   significant other or anyone in the dorm at the time?

12       A.   No, sir.

13       Q.   Beyond you, Mr. Currie, and Mr. Gaddis, were

14   there any other individuals in that dorm that were also

15   gay?

16       A.   Yes, sir.

17       Q.   Were any of them involved in this fight or

18   anything?

19       A.   No, sir.

20       Q.   Mr. Currie, you said, was not a member of a

21   gang, right?

22       A.   No, sir.

23       Q.   What about Mr. Gaddis; was he a member of any

24   type of gang or anything?

25       A.   No, sir.  Not that I know of.

Brandon Williams
October 25, 2024

Page 63

1    Q.   So he's not a member of any type of gang that

2   you know of?

3        A.   No, sir.

4        Q.   And then what about yourself; are you a member

5   of any type of gang?

6        A.   I just live with -- I just live a gay

7   lifestyle.  That's just it.

8        Q.   Are you a member of any type of gang called

9   the Outcasts (phonetic) or anything like that?

10       A.   No, sir.  They, they, they, they, they just --

11   they just -- they just different people.  They just live

12   different.  So they, they label them as Outcasts.

13       Q.   We've heard from a couple different people

14   about a gang that is either the Outcasts or the Okay

15   Gang (phonetic).  Were you or any of the other

16   individuals members of that type of gang or anything?

17       A.   Yes, sir.

18       Q.   You were?

19       A.   Yes, sir.

20       Q.   Was Mr. Currie and Mr. Gaddis as well, or is

21   it just you?

22       A.   No.  It was just me.

23       Q.   It was just you.  After speaking with me here,

24   do you remember any other individuals that I haven't

25   shown you by name that would have been present?

Brandon Williams
October 25, 2024

Page 64

1       A.   Not that I can remember right now and here.

2       Q.   **Is there any other information that you can**

3  **share that my speaking with you has jogged your memory**

4  **about or anything?**

5       A.   No, sir.

6       Q.   **Is there anything else that you want to share**

7  **related to this incident that we haven't talked about?**

8       A.   Not, not really, sir.

9            MR. KVERNE:  Mr. Tarjan, I don't have any

10           further questions.  I'm sure you have some

11           questions for him.

12           MR. TARJAN:  Does anyone need a break before I

13           continue?

14           MR. KVERNE:  Actually, can we take a five-

15           minute break?  I need to go to the bathroom real

16           quick.

17           MR. TARJAN:  Yeah, sure.

18           THE REPORTER:  We're off the record at 3:14.

19           (Off the record.)

20           THE REPORTER:  And we're on the record at 3:20

21           p.m.

22                      CROSS-EXAMINATION

23  BY MR. TARJAN:

24       Q.   **Mr. Williams, earlier in the deposition you**

25  **were asked about whether you had any interaction or**

Brandon Williams
October 25, 2024

Page 65

1    interactions with Sgt. McKinnie.  Do you remember that?

2        A.   Yes, sir.

3        Q.   And you said you'd had no encounters or no

4    interactions, but had you had any encounters with her at

5    any point, whether negative or positive?

6             THE WITNESS:  You, you, you talking about just

7        period of being at ACI?

8             MR. TARJAN:  Yeah.

9             THE WITNESS:  Yeah.  I done -- I done -- I

10       done seen Ms. McKenzie (sic).  I done talked to Ms.

11       McKenzie at -- like, like, in the chow hall and

12       stuff like that.  I just spoke to her.

13            MR. TARJAN:  I'm going to just share my screen

14       with you.  One second.  All right.

15   BY MR. TARJAN:

16       Q.   Do you see on your screen a picture of an

17   officer?

18       A.   Yes, sir.

19       Q.   This is Officer Michelle McKinnie.  You were

20   referring to, I think, maybe Ms. McKenzie.

21       A.   Yes.

22       Q.   Is this the officer you're referring to?

23       A.   Yes, she a sergeant now.

24       Q.   So when earlier you were asked about McKinnie

25   or McKenzie, this is the person you were referring to?

Brandon Williams
October 25, 2024

Page 66

1      A.    Yeah.

2            THE WITNESS:  Can you hear me, sir?

3            MR. TARJAN:  Yes.

4            THE WITNESS:  She, she don't -- she don't wear

5      her hair like that no more.  Yeah.  She wear her

6      hair real, like, short, like an afro.

7   BY MR. TARJAN:

8      Q.    So back then, she wore her hair like an afro?

9      A.    No.  Right now she wear her hair like a afro.

10     Q.    So you'd had encounters with her, just routine

11  encounters with her at Apalachee?

12     A.    Yeah.  I done -- not, not in that incident.

13  But as of me being at ACI, I done -- I done talked to

14  her before, like spoke to her.  Good morning, good

15  afternoon, stuff like that.

16           MR. TARJAN:  I'm going to show you, actually,

17     one other person.  All right.

18  BY MR. TARJAN:

19     Q.    Do you see on your screen a photo of a woman?

20     A.    Yes, sir.

21     Q.    Now, this is from LinkedIn.  This is a picture

22  of Delicia Green.  Do you recognize this person?

23     A.    Yes, sir.

24     Q.    She's not in uniform.  You recognize her?

25     A.    Yes, sir.

Brandon Williams
October 25, 2024

Page 67

1      Q.    How do you recognize her?

2      A.    She was working that night.  She was doing

3   master roster count.

4      Q.    And I showed you a picture of Sgt. McKinnie

5   earlier.  Was Sgt. McKinnie involved in master roster

6   count?

7      A.    Yes, sir.

8      Q.    That night at Apalachee?

9      A.    Yes, sir.

10      Q.    Earlier you said something about "get on the

11   door".  What does that mean?

12      A.    That, that means that you have to get out the

13   dorm, like they, they forcing you out the dorm, like the

14   inmate's forcing you out of the dorm.

15      Q.    Where would you go?

16      A.    You, you would have to go to the police.  You

17   would have to tell the police that, hey, man, you don't

18   feel safe inside this dorm.  And then, then they would

19   have to send you to confinement or somewhere.

20      Q.    Now, earlier you and Mr. Kverne were both

21   using the word "fight".  Did you fight in defense of Mr.

22   Currie?

23      A.    Yes, sir.

24      Q.    And did you fight in self-defense for

25   yourself?

Brandon Williams
October 25, 2024

Page 68

```
 1      A.   Yes, sir.
 2      Q.   Did you ever initiate any kind of fight
 3   against anybody else that night?
 4      A.   No, sir.
 5      Q.   Was Mr. Currie ever armed?
 6      A.   No, sir.
 7      Q.   Were you ever armed?
 8      A.   No, sir.
 9      Q.   Was Mr. Gaddis ever armed?
10      A.   No, sir.
11      Q.   You said something earlier:  "We was there for
12   a minute".  What did you mean by that?
13      A.   Like, down here, "a minute" could be like --
14   instead of saying -- because we don't know the exact
15   time, we'll just say "a minute", and a minute could be
16   from, from 5 minutes to 10 minutes.  That's just how we
17   talk down here.
18      Q.   Now, also, Mr. Kverne showed you a number of
19   inmates on screenshare, right --
20      A.   Yes, sir.
21      Q.   -- on your screen?
22      A.   Yes, sir.
23      Q.   Now, other than Mr. Gaddis and Mr. Currie, did
24   you know any of those individuals by their first and
25   last name?
```

Brandon Williams
October 25, 2024

Page 69

1    A.   No, sir.  I, I, I know that, that one -- that
2    one "YG" dude; I remember that name.  That, that was his
3    nickname.  And that "Peru" dude and that "Pace" dude.
4         Q.   So when you were asked about the DC numbers,
5    did you know those off the top of your head, or were you
6    just saying that because you could see them on the
7    screen?
8         A.   I, I could, could see them on the screen, sir.
9         Q.   And the same with the names; when you saw
10   their full names like that, did you say that those were
11   the full names because you saw them on the screen, or
12   you actually knew their full names?
13        A.   No, I didn't know their full names.
14        Q.   Now, you and Mr. Kverne talked about two
15   fights, right?
16        A.   Yes, sir.
17        Q.   One's in the bathroom?
18        A.   Yes, sir.
19        Q.   And another one was --
20        A.   In the bed area.
21        Q.   Now, there was also a master roster count that
22   night, correct?
23        A.   Yes, sir.  Yes, sir.
24        Q.   Did the bathroom incident begin before -- did
25   the bathroom fight happen before or after master roster

Brandon Williams
October 25, 2024

Page 70

1    count?

2         A.   It happened after master roster count.

3         Q.   **I want to ask you about -- has anyone**

4    **threatened you regarding this case?**

5         A.   No, sir.

6         Q.   **Have you seen possible -- have you seen face**

7    **sheets about yourself anywhere else in the prison**

8    **system?**

9         A.   I've been hearing inmates coming here --

10   inmates been coming here to this institution, and

11   they've been telling me about that incident.

12        Q.   **And where did you see face sheets?**

13        A.   No, no, no.  I ain't never seen no face sheet.

14   There was an inmate that had came here not too long ago,

15   and he told me that, that, that, that, that it's face

16   sheets and it's, it's, it's memos about that ACI

17   incident.  And he was telling me about the incident.

18   And I'm like, dude, how do you know about that?  He was

19   like, man, this, all that -- all that reception centers

20   and all that Butler (phonetic) and stuff.  So I'm like,

21   whoa.

22        Q.   **So do you believe that someone posted face**

23   **sheets about this incident at other facilities?**

24        A.   Yes, sir.

25        Q.   **Now, Mr. Kverne mentioned that you and he had**

Page 71

1   a discussion previously?

2           THE WITNESS:  Me and who?

3           MR. TARJAN:  You and Mr. Kverne, the other

4       attorney on this deposition.

5           THE WITNESS:  Yes, sir.

6   BY MR. TARJAN:

7       Q.   Now, did Mr. Kverne at any point ask you

8   whether you were represented by attorneys or an

9   attorney?

10      A.   No.  I had to tell him that.

11      Q.   When did you tell him that; at the beginning

12  of your conversation or at the end?

13      A.   I told him at both the beginning and the end.

14      Q.   So at the beginning of the conversation, did

15  you tell him -- well, what did you tell him?

16      A.   I had told him that I got an -- I got an

17  attorney.  And he had told me, when, when -- next time

18  you talk to him, let him know that, that -- to call him.

19      Q.   Were you suggesting that that attorney was

20  linked to this particular case?

21      A.   Yeah.  I was thinking about this attorney that

22  I got right here, James A. Cook (sic).

23      Q.   Did you mention Mr. Cook by name?

24      A.   Yeah, I had told him.  I told him I got an

25  attorney named James A. Cook.

Brandon Williams
October 25, 2024

Page 72

1       Q.    And did you say that at the beginning of the

2  call?

3       A.    I, I told him that I got an attorney.  I don't

4  know if I told him at the beginning or the end, but I

5  know I had told him at -- James A. Cooks (sic) at the

6  end or the beginning.

7       Q.    And whether it was James Cook at the beginning

8  or the end, did you tell him that you had an attorney at

9  the beginning of the call?

10       A.    Yes, sir.

11            MR. TARJAN:  I have no further questions.

12                      REDIRECT EXAMINATION

13  BY MR. KVERNE:

14       Q.    You're sure you told me at the beginning of

15  the call that you had an attorney?

16       A.    I told you I had a -- I told you I had an

17  attorney.  I don't know if I -- in, in the specific

18  words, I don't know if I told you that I had an

19  attorney, but I told you that I had an attorney.  I

20  don't know if I told you James A. Cooks (sic) at the

21  beginning or the end, or I told you that I had an

22  attorney.  But I know I told you I had an attorney.  I

23  told you I had somebody on this case.  Because when you

24  mentioned Ms. -- what her name is, the, the DOC lady.

25       Q.    McKinnie?

Brandon Williams
October 25, 2024

Page 73

1      A.   Yeah.  When you mentioned Ms. McKinnie.

2      **Q.   You're sure you told me at the beginning of**

3   **the call that you had an attorney?**

4      A.   I know I told you at that call.  I don't know

5   if it was beginning or the end.  I know I told you I had

6   an attorney, because you had told me to let know -- when

7   I talked to him again, let him know that you are calling

8   on behalf of Ms. McKinnie.

9      **Q.   I just want to make this clear because this is**

10  **actually kind of important.  You're sure you told me at**

11  **the beginning of the call, before I spoke with you about**

12  **anything, that you had an attorney at that point in**

13  **time?**

14     A.   I don't know if I told you at the end or the

15  beginning, but I told you in that call.

16          MR. KVERNE:  You absolutely did.  I agree with

17      you.  You did tell me that you had an attorney.

18          THE WITNESS:  I don't know if I told you at

19      the beginning or the end.  I'm not -- I'm not

20      fixing to -- I'm not fixing to do that.  I don't --

21      I'm not fixing to do that.  But I know I told you

22      in that call I had an attorney.

23          MR. KVERNE:  I agree with you.  You did.  You

24      did tell me that.

25          THE WITNESS:  I don't -- I don't know if I

Brandon Williams
October 25, 2024

Page 74

1        told you at the beginning or the end, but I

2        know -- I'm not going to lie on you.  I'm not going

3        to do -- that's one thing I'm not going to do.  I'm

4        not going to make up nothing (sic).  That's why I

5        can't tell you if I told you at the beginning or

6        the end.  But I know I told you that, during that

7        call, I had an attorney.

8              MR. KVERNE:  I appreciate that.  I appreciate

9        that clarification.

10   BY MR. KVERNE:

11        **Q.   Now, one thing I wanted to talk with you about**

12   **was you said Ms. McKinnie was involved in count on that**

13   **particular day, right?**

14        A.   Yes, sir.

15        **Q.   How was she involved; what did she do?  Do you**

16   **remember?**

17        A.   She did master roster count.  She did a head

18   count.

19        **Q.   She what?**

20        A.   She did a head count.  I walked --

21        **Q.   So she helped --**

22        A.   I walked through a master roster count,

23   however you -- these people call it, DOC count, head

24   count, a walk-through.  She did that.

25        **Q.   So she walked into the dorm, and assisted with**

Brandon Williams
October 25, 2024

Page 75

1    the count, and counted everyone in there?

2        A.   Yes, sir.

3            MR. TARJAN:  Objection as to form.

4    BY MR. KVERNE:

5        Q.   Mr. Williams, what I just said, which is she

6    walked into the dorm, counted everyone, and assisted

7    with the counting of that, is that correct?

8        A.   Yes, sir.

9        Q.   When she left, how did she leave?

10       A.   She left through the doors.

11       Q.   Through the doors.  Through the main entrance?

12       A.   Yes, sir.

13       Q.   She didn't go into the officer station?

14       A.   No, sir.

15       Q.   Did you see her again at any point after that?

16       A.   No, sir.

17           MR. KVERNE:  One moment, please.

18           I don't have any further questions.

19           Mr. Tarjan, do you have any follow up?

20           MR. TARJAN:  No further questions.  Thank you.

21           MR. KVERNE:  Thank you, Mr. Williams.  I

22       appreciate you assisting with this deposition and

23       everything.

24           Mr. Court Reporter, we can go off the record

25       at this point.

Brandon Williams
October 25, 2024

Page 76

1    THE REPORTER:  And we're off the record at

2  3:35 p.m.

3    (Off the record.)

4    THE REPORTER:  Could you say that again?  My

5  recorder wasn't recording.

6    MR. KVERNE:  Want me to say it again?  I'm

7  sorry.

8    THE REPORTER:  Yeah, if you would.  I

9  apologize

10    MR. KVERNE:  Yep.

11    Defendant will order a electronic copy of the

12  transcript.  I do not need a hard copy of it.

13    MR. TARJAN:  Same for plaintiff.

14    THE REPORTER:  Got it.  Thank you very much.

15    MR. KVERNE:  Thank you.

16    Back off the record now.

17    THE REPORTER:  Off the record at 3:36.

18    (Deposition concluded at 3:36 p.m.)

19

20

21

22

23

24

25

Brandon Williams
October 25, 2024

Page 77

1                    CERTIFICATE OF TRANSCRIBER

2

3          I, Hunter Conley, a digital transcriber, do

4    hereby certify that I was authorized to and did

5    transcribe the foregoing proceedings and that the

6    transcript is a true and correct record of said

7    proceedings.

8          DATED this 31st day of October, 2024.

9

10

*Hunter Conley*

11    _____

12    Hunter Conley,
      Digital Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25

Brandon Williams
October 25, 2024

Page 78

1                    CERTIFICATE OF DIGITAL REPORTER

2

3              I, JEFFREY BREWER, a Digital Reporter, do

4        hereby certify:

5

6              That the foregoing proceeding hereinbefore set

7        forth was accurately captured with annotations by

8        me during the proceeding

9

10             I further certify that I am not related to any

11       of the parties to this action by blood or marriage,

12       and that I am in no way interested in the outcome

13       of this matter.

14

15             IN WITNESS THEREOF, I have hereunto set my

16       hand this 31st day of October, 2024.

17

18

19       _Jeff Brewer_

20       _____

         Jeffrey Brewer
21       Digital Reporter
         CER-2044
22

23

24

25

Brandon Williams
October 25, 2024

Page 79

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA   )

4    COUNTY OF LEON     )

5

6        I, Jeffrey Brewer, Notary Public, State of Oregon,

7    certify that BRANDON WILLIAMS remotely appeared before

8    me on October 25, 2024 and was duly sworn.

9

10       Signed this 25th day of October, 2024.

11

12

13   *Jeff Brewer*

14   _____
     Jeffrey Brewer
15   Notary Commission No.: OR/RON 1037578
     Commission Expires: June 4, 2027
16

17

18

19

20

21

22

23

24

25

Brandon Williams
October 25, 2024

Page 80

1   OCTOBER 25, 2024

2   BRANDON WILLIAMS c/o JOSHUA TARJAN, ESQ.
    12372 SOUTHWEST 82 AVENUE
3   MIAMI, FLORIDA 33156

4

5   IN RE: DEVON CURRIE DC# A51859 VS. SERGEANT MCKINNEY
    CASE NO.: 5:23-cv-183-TKW/MJF
6
    Please take notice that on the 25th day of OCTOBER 2025,
7   you gave your deposition in the above cause. At that
    time you did not waive your signature.
8
    Please contact my office (888-811-3408 or
9   fl.production@lexitaslegal.com) for access to a
    read-only PDF transcript and PDF-fillable Errata Sheet
10  which will be found on the last page of the transcript.
    Once the Errata Sheet is completed, please email it to
11  fl.production@lexitaslegal.com for distribution to all
    parties.
12
    If you do not read and sign the deposition within 30
13  days, the original, which has already been forwarded to
    the ordering attorney, may be filed with the Clerk of
14  the Court.

15  If you wish to waive your signature now, please sign
    your name in the blank at the bottom of this letter and
16  return it to the address listed below.

17  Very truly yours,

18  Jeff Brewer
    Lexitas Legal
19  fl.production@lexitaslegal.com
    I do hereby waive my signature.
20  _____
    BRANDON WILLIAMS
21
    Job No.: 382060
22

23

24

25

Brandon Williams
October 25, 2024

Page 81

1                          ERRATA SHEET

2                  DO NOT WRITE ON THE TRANSCRIPT
                   ENTER CHANGES ON THIS SHEET
3

4    DEVON CURRIE DC# A51859 VS. SERGEANT MCKINNEY
     Deponent: BRANDON WILLIAMS
5    Date of Deposition: OCTOBER 25, 2024
     Case No.: 5:23-cv-183-TKW/MJF
6

7    PAGE      LINE              REMARKS

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have
     read the foregoing document and that the facts
20   stated in it are true.

21

22   Signature of Witness _____

23   Dated this _____ day of _____, _____.
     Email to: fl.production@lexitaslegal.com
24

25   Job No.: 382060

**1**

**1**
37:9,
10,13,
14
**10**
68:16
**12**
21:25
**127714**
59:22
**130662**
4:10
7:11
**183499**
47:19

**2**

**20**
17:16,
17
18:14,
15
28:14
**2022**
7:21
11:7,18
12:6
13:3
**2024**
4:3
7:19
**20th**
7:21
11:7,17
12:6
13:3

**24**
37:6
**25th**
4:3
7:18,19
**2:08**
4:1,3

**3**

**30**
28:6,15
29:2
**347470**
49:10
**3:00**
36:20
**3:14**
64:18
**3:20**
64:20
**3:35**
76:2
**3:36**
76:17,
18

**4**

**4**
13:13
**40**
28:18
**4:00**
13:14

**5**

5

68:16
**5-10**
35:18
43:7
**5-11**
35:18
**5-7**
35:17
**565863**
45:15
**5:23-cv-
183-tkw/
mjf**
6:24

**8**

**8:00**
13:15,
17

**A**

**A51859**
4:11
61:2
**absolute
ly**
73:16
**accurate**
10:8,19
**ACI**
5:25
65:7
66:13
70:16
**actual**
23:4

**addition
al**
26:17
**adrenali
ne**
27:24
**affirm**
5:11
**African**
42:20,
22
43:9,10
**afro**
43:14
66:6,8,
9
**afternoo
n**
4:4,21
5:19
66:15
**agree**
4:7,18
5:4
52:19
73:16,
23
**ahead**
5:2,5
20:10
**alcohol**
9:21
**Alfonza**
45:12
**Alfredo**
56:19
57:6,7
**alias**
55:7

**58:17**
61:11,
13
**aliases**
52:16
**alive**
26:3
31:13
**altercat
ion**
53:23
**alternat
ing**
32:15
**American**
42:20,
22
43:9,10
**amount**
41:1
**Apalache
e**
6:1
11:6
37:24
38:1,2
66:11
67:8
**apologize**
76:9
**appearan
ce**
4:17
**appears**
52:11,
19
**area**
18:18,

**21**
22:23
40:2,3,
4,5
69:20
**armed**
16:14
68:5,7,
9
**arms**
31:8
**arrange**
10:13,
18,20
**arrive**
21:8,11
32:23,
24
**arrived**
21:13
32:25
33:3
36:15
**ass**
54:5
**assigned**
4:6
**assisted**
74:7
75:6
**assistin
g**
75:22
**assuming**
27:25
**attacked**
26:10,
11 61:4

Brandon Williams
October 25, 2024

2

**attackers**
  30:5
**attacking**
  27:9
**attention**
  41:23,
  24
  42:1,3
  49:7
**attorney**
  4:22
  5:3,21
  71:4,9,
  17,19,
  21,25
  72:3,8,
  15,17,
  19,22
  73:3,6,
  12,17,
  22 74:7
**attorneys**
  9:9
  71:8

————
  **B**
————

**B10151**
  55:2
**back**
  24:13
  26:7,16
  31:7
  36:14,
  15
  38:1,2,

12
46:23
51:18
66:8
76:16
**bald**
  29:14
  35:24
**base**
  20:11,
  13
**based**
  9:10
  54:17
  55:14
**basically**
  8:4
**bathroom**
  13:5,8
  14:8,9,
  10
  15:10,
  11,21
  16:2,25
  17:3,5,
  7,14,
  17,20
  18:13
  19:11,
  12
  20:8,14
  23:20
  25:11
  38:16
  39:17,
  19
  46:19,
  25
  48:19,
  23

53:10
59:18
64:15
69:17,
24,25
**beat**
  13:6
  14:1
  15:18
  25:4
  46:10
**beaten**
  16:24
**bed**
  18:18,
  21
  19:11,
  15
  25:13
  69:20
**began**
  4:1
  13:23
  14:9
  16:1
  25:14
  40:21
  55:20
**begin**
  5:18
  13:22
  69:24
**beginning**
  14:25
  15:1,2,
  20 29:3
  71:11,
  13,14
  72:1,4,

6,7,9,
14,21
73:2,5,
11,15,
19
74:1,5
**behalf**
  73:8
**bell**
  57:25
**big**
  43:8
**bit**
  6:6,14,
  16 11:1
  13:10,
  21
  27:18
  61:22
**black**
  35:8,9,
  10,15
**blacking**
  32:14
**bleeding**
  22:22
  23:3,
  11,12
**blood**
  17:21,
  23,24
  18:8
  23:17
  30:2,7,
  11
**bloodiest**
  30:9,10
**bloody**

29:25
**booth**
  38:20,
  21
  39:12
  40:22
  41:3,22
  42:9,15
**Boots**
  61:11,
  16
**boys**
  46:9
**braid**
  43:15
**braids**
  43:19
**Brandon**
  4:9,13
  5:15
  7:9
**break**
  9:1,3
  18:17
  32:8
  53:17
  64:12,
  15
**breathe**
  31:15
**Brewer**
  4:5
**broom**
  16:9
**brooms**
  13:7
  14:2,8,
  13 16:8
  27:2,3

**broomstick**
  53:14,
  15,17,
  18,19
**bucket**
  14:12
  50:23,
  24
**buckets**
  13:7
  14:1
  15:24
  16:6,7,
  8 27:3
**build**
  35:20,
  21
**building**
  38:10
**built**
  43:6
**bunch**
  29:6
**bunk**
  19:10
  20:23
  21:2,6,
  9,12,22
  26:7,9
  46:16
  48:12
  59:18
**bunks**
  29:22,
  23
  42:3,4
  46:18
**business**
  25:25

**bust**
 22:8
**Butler**
 70:20

———————

C

———————

**cage**
 31:7
**call**
 71:18
 72:2,9,
 15
 73:3,4,
 11,15,
 22
 74:7,23
**called**
 60:13,
 19 63:8
**calling**
 73:7
**camera**
 6:9,14
**captain**
 29:13,
 14,15
 41:25
**card**
 4:14
**carried**
 18:22,
 25 33:9
**carry**
 18:23
**carrying**
 19:2
**case**
 4:10

6:23
7:2
11:5
70:4
71:20
72:23
**caused**
 15:6,8
 26:22
**cell**
 36:22
**centers**
 70:19
**centimeters**
 20:18
**Chad**
 49:8
**chance**
 12:16
 23:22
 29:12
 31:12
 33:21
 34:24
 36:19
 37:20
 39:4
**change**
 10:23
**chaos**
 22:11
 25:3
**Charles**
 19:6,8
 59:20
**Charlotte**
 47:22,

24
48:4,5
**check**
 29:23
**checked**
 42:4
**cheek**
 30:16
**chow**
 65:11
**chubby**
 42:18
**City**
 6:25
**clarification**
 74:9
**clarify**
 14:14
**clean**
 23:20
 30:6,7
**cleaned**
 32:5,6
**clear**
 20:19
 33:1
 73:9
**close**
 6:8
**closer**
 6:8
**CM**
 37:1,2,
 5,6,9,
 10,13,
 14

**co-counsel**
 5:6
**combination**
 41:9
**common**
 61:13
**complete**
 10:7
**compound**
 21:17
**concluded**
 76:18
**conducted**
 28:11
**confinement**
 36:22,
 24 38:9
 67:19
**conscious**
 32:12,
 16
**continue**
 17:8
 64:13
**conversation**
 71:12,
 14
**Cook**
 5:3 7:3
 9:4
 10:10
 12:24

44:9
58:25
71:22,
23,25
72:7
**Cooks**
 72:5,20
**copy**
 10:8
 76:11,
 12
**corner**
 38:6
**corners**
 38:7
**correct**
 7:4,13,
 16 11:7
 58:18
 69:22
 75:7
**Correctional**
 11:6
**Corrections**
 4:15
**Counsel**
 4:16
 5:18
**count**
 13:16,
 18
 28:8,9,
 13,19
 40:15,
 17,18
 67:3,6
 69:21

70:1,2
74:12,
17,18,
20,22,
23,24
75:1
**counted**
 75:1,6
**counting**
 75:7
**couple**
 7:20
 8:8
 11:14
 44:7
 63:13
**court**
 8:11
 9:5
 75:24
**covered**
 30:2
**covering**
 15:17
**creating**
 8:11
**CROSS-EXAMINATION**
 64:22
**Currie**
 4:10
 5:7
 6:24
 13:6
 14:5,6,
 7
 15:15,
 20

16:3,24
18:9,
10,21
19:15
20:22
21:4
22:2,9,
18
23:25
26:1
30:10
31:5,
11,23
32:10,
11
33:6,14
37:11
38:17
45:10
46:25
50:11,
12,14,
17,19,
25
51:5,9
54:20,
24
56:13
57:2
59:18
60:23
61:2,
22,25
62:7,
10,13,
20
63:20
67:22
68:5,23
**Currie's**
21:6,8,
11

22:13
32:3
45:8
59:15
**cut**
23:4,14
30:13

———

**D**

D37428
58:20
Dakota
7:9
**date**
11:25
12:4,8,
10,13
13:12
**day**
17:6,9,
11 58:8
74:13
**days**
37:21,
22
DC
4:9,10
7:10
45:14
47:19
49:10
50:4
51:16
55:2
56:22
58:20
59:22
61:2
69:4

**dealt**
16:22
**decent**
31:9
**deep**
30:24
**defendant**
4:23
5:22
11:18
12:7
76:11
**defense**
67:21
**Delicia**
12:2,10
66:22
**Department**
4:14
**deposed**
7:25
**deposition**
4:9
7:12,15
64:24
71:4
75:22
76:18
**describe**
30:14
35:6
39:19
42:15
**description**
39:20

**design**
43:20
**Devon**
4:10
6:23
13:6
14:6,7
50:11,
12 61:1
**difficulty**
6:6
DIRECT
7:5
**directly**
20:14
51:6
52:4
53:3
**discussion**
71:1
District
6:25
Division
7:1
DOC
34:14
72:24
74:23
**document**
45:15
**door**
17:13
18:20
19:21
41:24
67:11

**doors**
75:10,
11
**dorm**
5:25
11:9
17:13
20:5,6,
12
21:15
24:23
25:2
42:10
45:3,4,
18 48:9
57:14
58:6
62:4,
11,14
67:13,
14,18
74:25
75:6
**dripping**
23:9
**dropped**
58:25
**drugs**
9:20
**dude**
13:25
14:3
35:8
43:8
48:8
49:2
57:13
58:5
69:2,3
70:18

**duly**
5:15

———

**E**

———

**ear**
30:18
**earlier**
5:20
6:7
64:24
65:24
67:5,
10,20
68:11
**Eastern**
4:4
**easy**
42:5,7
**effect**
15:25
**electronic**
76:11
**electronically**
4:25
**encounters**
65:3,4
66:10,
11
**end**
15:3
17:8
36:3
40:20,
21
71:12,
13

Brandon Williams
October 25, 2024

5

72:4,6,
8,21
73:5,
14,19
74:1,6
**ended**
17:10
19:14
20:22
28:18
31:10
40:7,10
**entire**
15:4
17:2
**entrance**
75:11
**Eric**
4:21
5:20
**et al**
4:11
**evaluation**
37:1
**eventually**
21:8,11
28:21
37:2
**exact**
68:14
**EXAMINATION**
7:5
72:12
**examined**
5:16

**explain**
10:16
22:21
25:6
34:10
**expressed**
23:24,
25

———————
**F**
———————

**F-L-I-P-P-E-D**
24:11
**face**
6:15
23:14
30:13,
20
31:20,
21
33:10
39:6
47:15
54:20,
21
58:2,3
59:13
70:6,
12,13,
15,22
**faces**
39:7
**facilities**
70:23
**facing**
42:1

**fat**
12:21
35:19
**feel**
8:23
67:18
**feet**
19:3
**female**
29:7
35:2,3,
4  41:8,
9,13
42:16
43:11
**females**
29:8
41:11,
12
**fight**
13:5,22
14:25
15:1,6,
9,15,19
16:1
17:14,
17,20
18:13
19:12,
14
20:15,
22
25:5,7,
9,11,14
26:8
27:21
28:4,
14,18,
21
29:3,20
31:10

38:15
39:10,
16,20,
24
40:7,
20,21,
22
41:15,
20
45:2,
20,25
46:2,3,
17,24
47:13
48:1,
14,16,
25
49:4,
18,22
50:20
51:2,6
53:9
54:14
55:11,
20,25
56:1,2,
3,9,25
57:15,
22
58:11
61:6,
18,19
62:17
67:21,
24 68:2
69:25
**fighting**
27:7
53:2,4,
6 54:22
55:17
56:12

57:3
**fights**
50:6
69:15
**fill**
10:22
**find**
42:6
**fine**
6:22
**finished**
41:20
**firm**
4:17
**five-**
64:14
**five-eight**
42:25
**five-nine**
42:25
**five-seven**
43:3
**fixing**
24:4,15
73:20,
21
**Flacko**
57:24
58:1
**flip**
24:9,13
**flip-flop**
24:12

**flipped**
24:4,
11,14,
15
**floating**
32:13
**floor**
14:1,13
17:24,
25
18:1,6
**flopping**
31:2
**Florida**
6:25
**fluctuate**
27:18,
19
**follow**
75:19
**forcing**
67:13,
14
**form**
75:3
**fought**
52:3,4
**free**
8:23
**Friday**
7:18
**friend**
19:24
22:6
45:8,10
59:15
**front**
20:6

Brandon Williams
October 25, 2024

6

**full**
69:10,
11,12,
13
**fully**
18:25
**future**
9:15

_____

G

**Gaddis**
19:5,6,
8 20:23
21:1,4,
21
22:10,
12
23:24
26:4
27:4
30:10,
12
31:18,
23
32:10
33:7,15
50:18,
19
51:5,9
54:1,4,
8,21,24
56:12
57:1
59:9,
10,20
61:23
62:7,
13,23
63:20
68:9,23

**Gaddis'**
32:3
**gang**
14:16
51:22,
25
58:14
61:25
62:21,
24
63:1,5,
8,14,
15,16
**gash**
30:22,
24
59:13
**gave**
36:10,
11,14
**gay**
62:6,8,
15 63:6
**General**
4:23
5:21
**give**
5:12
6:4
28:20
35:18
43:2
44:11,
15
46:12
**good**
4:4,21
5:19
20:17,
18

23:22
35:14
45:10
61:18
66:14
**grab**
25:19
27:5
**grabbed**
25:17,
21
**Green**
12:2,
10,15,
17,18
66:22
**ground**
8:8
**guy**
35:9
47:12
49:21
**guys**
49:22
**guys'**
30:7

_____

H

**hair**
35:23,
24,25
36:1
43:15,
20
66:5,6,
8,9
**haircut**
43:14
44:4,5

**hairstyle**
43:12
44:3
**half**
28:19
**hall**
65:11
**hand**
5:10
33:8
53:6,7
**handles**
16:9
**hands**
29:24
42:5
**happen**
10:17
69:25
**happened**
13:3,4,
18
14:10
16:1
22:2
24:19
25:8
29:20
36:23,
24
37:12
48:23
53:9
70:2
**happening**
13:23
**happy**

8:19
9:2
**hard**
29:25
76:12
**hats**
43:21,
24
**he'll**
10:20
**head**
8:14
26:12
29:14
69:5
74:17,
20,23
**heading**
21:5
**hear**
6:11
38:6
66:2
**heard**
53:1
58:1
63:13
**hearing**
6:6
46:11
70:9
**Heffner**
29:14,
15
**height**
42:17
43:7
**Height-wise**

42:24
**hell**
19:22
**helped**
19:15
20:22
74:21
**helping**
21:1
**hey**
67:17
**hit**
14:13
16:3,5,
6,8
26:12
50:24
**hitting**
15:23
50:22
**hold**
6:20
28:2
**holding**
31:20,
21 33:9
36:22
**hollering**
31:14
**hoping**
26:2
**hospital**
33:18,
20
36:3,4,
5
37:18,
19 61:8

Brandon Williams
October 25, 2024

7

hour
28:6,
15,19
29:3
hours
36:6
huge
59:13
hurting
32:1

———— I ————

ibuprofen
36:14
Ice
60:6,7,
13,19
Iceman
60:4
ID
4:14
identified
4:13
identify
12:25
39:8
III
59:20
important
6:10
73:10
inaccuracies
10:22

incident
7:20,21
11:5,
14,17
17:2,7
19:20
20:2,4
36:23
38:12
42:11
47:21
49:3,
13,16,
23
51:13
64:7
66:12
69:24
70:11,
17,23
incidents
45:6
individual
48:18
49:20
51:12,
18
54:10
56:17
57:11
58:4
59:8,
12,17
61:4
individuals
48:22
62:14
63:16,

24
68:24
influence
9:20
information
64:2
initial
38:15
initially
15:7
61:5
initiate
68:2
injured
30:12
31:5,6
42:5,6
injuries
22:24
23:2
26:17
31:4
inmate
44:25
45:1
47:10
48:2,7
70:14
inmate's
67:14
inmates
18:16
23:19
44:10
46:24
68:19

70:9,10
inside
15:10,
11
23:7,10
31:1,3
67:18
institution
11:6
36:15
37:25
48:3
70:10
intentional
59:4
interaction
8:2
64:25
interactions
11:18,
24
12:3,7
65:1,4
interrupt
58:24
involved
19:8,9,
12,17,
19 20:1
22:9,10
38:16
42:6
44:11
45:2
46:3

47:13
48:1,14
49:12,
18
50:20
52:2
53:10,
11
54:14,
16,18
55:14,
25
56:2,3,
25
58:10
61:5
62:17
67:5
74:12,
15
involves
11:5
involving
16:15
48:2
issued
4:14
issues
30:3
item
16:15
items
16:3,11

———— J ————

jailhouse
34:11

James
5:2,3
71:22,
25
72:5,7,
20
Jeff
4:4
jogged
64:3
Josh
5:5,6
judge
9:9
July
7:21
11:6,17
12:6
13:3
jump
27:15
jumped
14:4,7
jumping
13:24
27:20

———— K ————

K86552
50:4
killed
54:5,6,
7
kind
21:22
25:19
30:18
39:19,

21,25
40:4
41:21
44:2
68:2
73:10

**King**
51:20,
22,24
52:16
55:5

**Kings**
14:17,
18,24,
25
16:2,
11,17
21:14,
18 24:1
25:16,
23
26:6,23
27:6
46:25
49:24
57:19

**knew**
69:12

**knife**
19:19
51:2,4

**knives**
24:5
25:20,
21
26:22,
25

**Kverne**
4:21,22
5:19,20

6:1,4,
12,19,
21 7:6
8:8,17,
22 9:1,
8,17
10:2,6,
13,16,
25
11:4,
13,16
12:23
13:2,9,
11
24:10
38:12,
14
44:7,
18,23,
24
46:12,
13
58:22,
23 59:7
61:21,
24
64:9,14
67:20
68:18
69:14
70:25
71:3,7
72:13
73:16,
23
74:8,10
75:4,
17,21
76:6,
10,15

———————
**L**
———————

**label**
63:12

**lady**
12:22
72:24

**lasted**
18:15
28:5

**Latin**
14:17,
18,24,
25
16:2,
11,17
21:14,
18 24:1
25:16,
23
26:6,23
27:6
46:25
49:24
51:20,
22,24
57:18

**laying**
31:16,
17

**leave**
46:9,10
75:9

**left**
25:1
26:15
59:2
75:9,10

**Lexitas**

4:6
**lie**
10:1
74:2

**lifestyle**
e
62:3,6
63:7

**lift**
6:13,15

**light**
42:19

**linked**
71:20

**Linkedin**
66:21

**lip**
23:8,9

**live**
62:6
63:6,11

**lived**
62:2

**long**
17:14
27:21
28:4
30:22
35:23
36:5
37:5,19
70:14

**looked**
35:6

**lot**
25:4
30:2
59:25

**Lucho**
52:25

**Luis**
51:14,
24
52:2,22
53:21

**lungs**
31:14

———————
**M**
———————

**M53592**
51:16

**main**
75:11

**make**
8:19
10:3,8,
19
21:25
26:2
59:4
73:9
74:4

**male**
29:7
35:1,3,
4,10
41:8,9,
12,13
43:4
44:2

**males**
29:8
41:11

**man**
19:24
22:5,6,
7 35:9,

15
46:10
67:17
70:19

**Marceau**
58:18

**master**
13:16,
18
24:25
25:6,8,
10
28:8,
11,13,
19
67:3,5
69:21,
25 70:2
74:17,
22

**Mckenzie**
65:10,
11,20,
25

**Mckinnie**
4:11,24
5:23
6:24
11:19
12:8,
20,21
65:1,
19,24
67:4,5
72:25
73:1,8
74:12

**means**
8:1
67:12

meant
    24:16
medical
    32:5,9,
    11,22
    33:2,3,
    12 54:2
medicati
ons
    9:18
Medium
    35:20,
    21
member
    51:22
    57:18
    62:20,
    23
    63:1,4,
    8
members
    14:16
    51:25
    63:16
memory
    55:10
    64:3
memos
    70:16
mention
    71:23
mentione
d
    70:25
    72:24
    73:1
messed
    22:20,
    21

Michael
    58:18
Michelle
    4:11,24
    5:22
    11:19
    12:7
    65:19
military
    20:11,
    13
minute
    27:22,
    23
    64:15
    68:12,
    13,15
minutes
    17:16,
    18
    18:14,
    15
    28:6,
    15,19
    29:2
    68:16
Mississi
ppi
    60:10,
    11,14,
    16,17
mixture
    29:9
moment
    6:4
    75:17
months
    37:6
mop
    13:7

14:1,12
15:24
16:6,8
27:3
50:23,
24
mops
    14:8
    16:6,15
    27:2
morning
    36:20
    66:14
mouth
    22:23
    23:2,3,
    4,5,7,
    10,11,
    15
    30:18
    31:1,3
moved
    40:5
moving
    25:1
multiple
    61:8
muscles
    35:22

—————
    N
—————

nail
    56:6,8
named
    61:16
    71:25
names
    16:18,
    19

69:9,
10,11,
12,13
neck
    31:7
needed
    21:15
negative
    65:5
nickname
    52:6,25
    55:4
    57:5
    69:3
nickname
s
    16:20
    52:22
    57:24
    59:24
    60:1,9,
    21
night
    13:19
    67:2,8
    68:3
    69:22
nods
    8:14
nondescr
ipt
    34:12
Northern
    6:25
nose
    22:22
    23:2,9,
    10,11,
    14

notary
    4:5
noticed
    58:25
number
    4:10,11
    7:2,10
    28:3
    45:14
    47:19
    49:10
    50:4
    51:16
    55:2
    56:22
    58:20
    59:22
    61:2
    68:18
numbers
    69:4
nurse
    34:3
nurses
    34:1

—————
    O
—————

oath
    4:19
    8:3
objectio
n
    9:13
    75:3
objectio
ns
    9:8,10
obvious
    29:24

occur
    13:12
    25:6,7
    28:9,10
    39:25
occurred
    7:20
    11:6
    13:5
    18:13
    25:10
    39:20
occurrin
g
    45:21
October
    4:3
    7:18,19
Office
    4:22
    5:21
officer
    6:1
    11:23
    12:12
    20:8,13
    41:13
    43:4
    44:2
    65:17,
    19,22
    75:13
officer'
s
    20:7
officers
    12:16
    28:24
    29:5,7,
    11,19,

20
31:10
32:2,23
33:4,23
34:20,
23
35:1,6
38:19,
23 39:3
40:8,
14,15,
16,18,
22,25
41:3,4,
6,13,
16,21
42:8,9,
15,16
43:11
**officers'**
48:12
**One's**
69:17
**opportunity**
10:7
**order**
76:11
**Oregon**
4:5
**Outcasts**
63:9,
12,14

_____
**P**
_____
**p.m.**
4:1,3
64:21

76:2,18
**P2**
11:10
**Pace**
55:5
69:3
**paddy**
32:7
34:9,15
**pain**
31:25
**Panama**
6:25
**paramedics**
32:6
33:15
**part**
17:4
23:17
55:12
**parties**
4:7
**past**
13:15
**patched**
36:13
**Patterson**
11:24
12:12,
15
**Paul**
11:11
**pause**
44:17
**paying**
41:23,

24
**Pedro**
56:20
57:7
**pending**
36:25
37:1
**people**
16:14
21:21
25:1,3
62:3
63:11,
13
74:23
**period**
65:7
**person**
8:6
60:23
65:25
66:17,
22
**Peru**
52:25
53:1
69:3
**phonetic**
7:9
11:9,
10,24
29:14
37:9
52:9
57:24
60:4
63:9,15
70:20
**photo**
44:25

66:19
**photos**
44:8,
10,13
**pick**
29:25
42:7
**picture**
65:16
66:21
67:4
**pictures**
12:24
**place**
4:19
17:2,3,
5
27:13,
14
**plaintiff**
5:4,7
76:13
**platform**
58:25
**point**
14:10
17:8,11
20:25
25:17
31:19
41:22
51:7
65:5
71:7
73:12
75:15,
25
**police**
67:16,

17
**pooled**
17:25
18:6
**popped**
19:24
**positive**
65:5
**positively**
4:13
**possibly**
52:17
**posted**
70:22
**power**
18:22,
23
**present**
63:25
**preserved**
9:15
**pretty**
34:12
57:25
**prevent**
46:5
**previously**
71:1
**prior**
11:25
12:3
15:15,
19
48:25
**prison**

70:7
**problem**
6:9
**procedure**
36:7
**proceeding**
4:20
**proceedings**
4:1
44:17
**protected**
37:1
**pumping**
27:24
**punched**
25:3
**punctured**
31:6
**purposes**
9:15
**put**
18:17
58:3

_____
**Q**
_____
**question**
8:18,
23,24
9:14
32:22
46:23

**questioned**
  8:4
**questions**
  7:19,20
  8:10
  9:10,12
  10:3
  11:15
  64:10,
  11
  72:11
  75:18,
  20
**quick**
  10:17
  33:3
  38:13
  46:24
  64:16

---

**R**

**RA**
  28:22
**raise**
  5:10
**ran**
  28:23,
  24 29:5
  47:2,9
  48:19,
  22
**Rascual**
  54:25
**read**
  8:14
  10:7,
  12,14,

  21
**reading**
  10:9
**real**
  10:17
  38:13
  42:19
  46:24
  61:18,
  19
  64:15
  66:6
**realized**
  23:1
**reason**
  9:23
  10:1
**recall**
  57:1,17
**reception**
  70:19
**recognize**
  44:25
  47:10
  48:7
  49:20
  54:10,
  12
  56:17,
  19,20,
  24
  59:8,25
  60:7,9,
  11,21
  66:22,
  24 67:1

**recollection**
  54:15,
  17
  55:15
**record**
  4:2,12,
  17 7:8
  64:18,
  19,20
  75:24
  76:1,3,
  16,17
**recorder**
  76:5
**recording**
  76:5
**REDIRECT**
  72:12
**referring**
  7:22
  14:3
  49:25
  65:20,
  22,25
**refresh**
  55:10
**related**
  64:7
**relation**
  20:8
  25:5,7
  45:6
  46:16
**remained**
  37:19
**remember**

  8:9
  12:15,
  17,18,
  20,21
  13:22
  14:20
  15:21,
  22
  16:10,
  17
  17:15
  19:4
  20:16
  22:25
  23:21
  27:7
  28:3,9
  29:5,11
  30:12,
  20,21
  32:12
  33:23
  34:1,
  21,23
  35:1,
  12,13,
  15
  36:18
  38:24
  39:3,5
  40:9,18
  41:7
  43:22
  44:3,14
  45:1,7,
  21,25
  47:7,8,
  13,15,
  16
  48:8,11
  49:1,
  16,17,

  21
  50:6,21
  53:20,
  25
  54:19,
  20,21,
  22
  55:7,8,
  9,21
  56:15
  57:2,3,
  8,9,11,
  13,15,
  21
  58:2,4,
  5,7,10,
  12
  63:24
  64:1
  65:1
  69:2
  74:16
**remote**
  4:9
**remotely**
  4:20
**Rentas**
  54:25
**rephrase**
  8:18
**report**
  4:19
**reporter**
  4:2,5
  5:8,17
  8:11
  9:5
  58:22,
  24
  59:3,6

  64:18,
  20
  75:24
  76:1,4,
  8,14,17
**represent**
  4:18,23
  5:22
**represented**
  71:8
**request**
  4:7
**response**
  24:1
  32:2
**rest**
  62:3
**return**
  29:22,
  23
**returned**
  37:24
  38:1,2
**rib**
  31:7
**Richard**
  47:17
**ring**
  57:25
**Rodriguez**
  51:14,
  24
  52:2,22
  53:21

Rodrique
z
  50:2
  51:19
  52:11,
  16,20
  53:24
  54:7
room
  17:6,9,
  11
roommate
  37:16
roster
  13:16,
  18
  24:25
  25:6,8,
  10
  28:8,9,
  11,13,
  19
  67:3,5
  69:21,
  25 70:2
  74:17,
  22
round
  38:6,7
routine
  66:10
rules
  8:8

_____
S
_____

S71334
  56:22
safe
  67:18

scrapes
  26:18,
  19
scratche
s
  26:18,
  19
screen
  44:12,
  19
  65:13,
  16
  66:19
  68:21
  69:7,8,
  11
screensh
are
  68:19
screw
  56:7,8
searched
  42:10
sec
  44:11,
  15
seconds
  33:1
self-
defense
  67:24
send
  32:7
  67:19
sergeant
  5:25
  65:23
sex
  41:6

Sgt
  65:1
  67:4,5
share
  44:12
  64:3,6
  65:13
Shaw
  49:8
sheet
  10:21
  52:16
  70:13
sheets
  70:7,
  12,16,
  23
short
  35:23,
  25 36:1
  43:14
  44:4,5
  66:6
shoulder
  18:24
  19:2
  26:15,
  16
shoulder
s
  26:22
show
  12:24
  44:9,13
  66:16
showed
  67:4
  68:18
shower

39:21
40:3,5
55:16,
18,22,
23
showers
  20:14
shown
  63:25
sic
  8:5
  15:25
  16:5
  18:4
  19:22
  21:25
  26:2
  27:8
  30:3
  47:8
  65:10
  71:22
  72:5,20
  74:4
side
  30:20,
  21
  39:21,
  22 40:2
sight
  20:19
signific
ant
  62:11
sink
  40:2,4
sinks
  15:12,
  13
  18:2,4

39:21
sir
  5:14
  6:3
  7:14,
  17,23
  8:1,7,
  21,25
  9:7,16,
  19,22,
  25 10:5
  11:8,
  12,20,
  22
  12:1,5,
  9,11,
  14,17
  13:20
  15:5,8,
  11,14
  16:4,
  16,19,
  21,23
  17:1,
  19,22
  18:4,7,
  12,15
  19:7,
  13,16
  20:3,
  21,24
  21:7,20
  22:17
  23:1
  24:18,
  22
  25:12,
  15,18,
  22,24
  26:5,
  12,24
  27:11,

22
28:1,
13,17
29:1,4,
6,10
30:4,6,
19,21,
23,25
31:17,
22
32:17,
21
33:5,
13,16,
19,22,
25
34:3,
19,25
35:5,8
36:2,4,
13,17
37:4,8,
10,15,
17,23
38:2,
18,22
39:2,5,
9,12,
15,18,
23
40:6,
13,16,
19,24
41:5,
10,14,
17,19
42:21,
23
43:10,
23
44:1,6,
22

Brandon Williams
October 25, 2024

13

| | | | | | |
|---|---|---|---|---|---|
| 45:1,3, 5,11, 13,16, 19,24 46:1,4, 15,22 47:6, 18,20, 23,25 48:6, 10,15, 21,24 49:6,9, 11,19 50:1,3, 5,9,13 51:1,8, 11,13, 15,17, 21,23 52:1,5, 18,21, 24 53:16, 22 54:9, 11,13 55:1,3, 6,13, 19,24 56:4, 11,14, 18,23 57:10, 23 58:9, 15,19, 21 59:11, 16,19, 21,23 60:2,8, | 12,15, 18,20, 22,25 61:3,7, 10,12, 15,20 62:2,9, 12,16, 19,22, 25 63:3, 10,17, 19 64:5,8 65:2,18 66:2, 20,23, 25 67:7,9, 23 68:1,4, 6,8,10, 20,22 69:1,8, 16,18, 23 70:5,24 71:5 72:10 74:14 75:2,8, 12,14, 16 **sit** 6:8 42:4 **sitting** 25:13 31:16 **situation** | 15:25 29:25 **skinned** 42:19 **skinny** 35:19 42:19 **slashed** 30:15 **slept** 48:12 **slung** 18:24 **solid** 53:18, 19 **somebody 's** 19:1 **someone' s** 18:24 **sounds** 7:4 **speaking** 63:23 64:3 **specific** 29:11 72:17 **specific ally** 27:7 51:10 54:23 56:10 57:4 **spoke** | 65:12 66:14 73:11 **stab** 26:21 50:10, 14 61:9 **stabbed** 25:3 26:13, 14,15 31:9 50:11, 12,15, 17,18, 19 51:4 **stabbing** 50:7,8 **standing** 21:22 **staples** 36:11 **start** 11:13 15:9 **started** 16:25 17:5 25:3 26:13 37:9 38:16 40:4 **starting** 16:3 **state** 4:16 7:7 | **statemen ts** 32:3 **station** 20:7,9, 13 48:13 75:13 **stay** 6:18,19 31:13 **sticks** 43:12 **stipulat e** 4:7,18, 24 5:4, 7 **stitched** 36:9 **stitches** 36:10, 11 **stood** 29:18 **stop** 28:21 **stopped** 18:14, 16 28:24 29:20 **straight** 20:10 **stretche r** 32:19, 20 33:6 | **stuff** 12:25 13:7 25:4 27:4 44:11 46:11 65:12 66:15 70:20 **suggesti ng** 71:19 **supposed** 5:25 52:13 **swear** 4:25 5:9,11 **sworn** 5:16 8:3 **system** 70:8 ───── **T** **tablet** 45:22, 23 **taking** 7:12,15 34:3 55:22, 23 **talk** 10:25 13:9 38:7 61:21 |

68:17
71:18
74:11

**talked**
64:7
65:10
66:13
69:14
73:7

**talking**
11:13
65:6

**tall**
35:15
42:24

**taller**
35:17
43:3

**Tarjan**
5:2,6
6:7
7:2,4
9:4
10:10,
12,13,
15,18
12:23
24:7
44:9
59:2,5
64:9,
12,17,
23
65:8,
13,15
66:3,7,
16,18
71:3,6
72:11
75:3,
19,20

76:13

**team**
28:22

**technolo gy**
4:8

**telling**
21:14,
18 22:1
46:8
70:11,
17
73:13

**testifie d**
5:16

**testimon y**
5:11

**thing**
74:3,11

**thinking**
71:21

**threaten ed**
70:4

**throwing**
14:11

**time**
4:3,4
8:9
11:1
13:10
15:4
20:5
24:24
25:2
26:1
27:25
28:13

31:12,
24
32:23
36:18
39:14
42:12,
13,14
43:22
48:9
62:11
68:15
71:17
73:13

**today**
4:3
7:12,15
9:9,14,
21,24

**told**
17:12
18:19
19:20,
21
20:12
21:16
22:2,4
29:22,
23 42:3
49:4
54:4
70:15
71:13,
16,17,
24
72:3,4,
5,14,
16,18,
19,20,
21,22,
23
73:2,4,

5,6,10,
14,15,
18,21
74:1,5,
6

**top**
26:15
69:5

**transcri pt**
8:12
76:12

**transcri pts**
10:6,8,
9,19

**transpor t**
34:16,
21

**transpor ted**
34:8

**transpor ting**
33:24
34:2

**truth**
5:12,13

**truthful**
9:24,25

**turn**
6:5

**type**
16:15
36:7
43:19,
20 48:1
52:6

53:12
55:4
56:5
58:13,
17
61:25
62:10,
24
63:1,5,
8,16

**types**
30:3

―――――
U
―――――

**ultimate ly**
36:24

**unconsci ous**
32:15

**understa nd**
8:17

**understa nding**
33:17

**uniform**
66:24

**utilizing**
50:24

**Utria**
47:17

―――――
V
―――――

**van**
34:5,7,
11,12,

14,16,
17,19

**verbally**
8:10,13

**video**
8:5

**videocon ference**
4:8

**vision**
50:19

**volume**
6:5

―――――
W
―――――

**wagon**
32:7
34:9

**wagons**
34:15

**waive**
10:9

**walk**
18:21
33:10

**walk-through**
74:24

**walked**
59:17
74:20,
22,25
75:6

**walking**
18:25
21:3,4,
6 57:13

Brandon Williams
October 25, 2024

| | | |
|---|---|---|
| **wall** | **wielded** | **working** |
| 18:5 | 26:23 | 20:6 |
| **walls** | **Williams** | 67:2 |
| 18:2 | 4:9,14 | **worrying** |
| **wanted** | 5:10, | 42:2 |
| 18:16 | 15,19 | **wounds** |
| 42:1 | 6:14 | 26:21 |
| 59:1 | 7:7,9, | 61:9 |
| 74:11 | 13 9:6 | **written** |
| **Ward** | 10:17 | 10:20 |
| 45:12 | 44:14 | |
| **watching** | 64:24 | _____ |
| 45:22, | 75:5,21 | **Y** |
| 23 | **Wilson** | |
| **weapon** | 50:2 | **y'all** |
| 53:3,12 | 51:19 | 22:7 |
| 56:5 | 52:11, | 46:10 |
| **weapons** | 16,20 | **years** |
| 24:17, | 53:24 | 37:7 |
| 21 | 54:7 | **yellow** |
| 25:17, | **wing** | 14:12 |
| 19 26:7 | 28:25 | **YG** |
| 27:1 | 32:18 | 52:8, |
| 51:3 | 38:5,8, | 10,11, |
| **wear** | 11,19 | 14,17, |
| 66:4,5, | 40:8,23 | 20 |
| 9 | 41:16 | 53:24 |
| **wearing** | **woman** | 69:2 |
| 43:21, | 35:11 | |
| 24 | 66:19 | _____ |
| **whistle** | **word** | **Z** |
| 30:6 | 67:21 | |
| **white** | **words** | **Zoom** |
| 34:12 | 72:18 | 7:13,15 |
| 42:20 | **wore** | |
| 43:9 | 66:8 | |
| **whoa** | **work** | |
| 70:21 | 4:22 | |
| | 5:20 | |