UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE,**

    Plaintiff,

**vs.**                                                   **Case No.:** 5:23-cv-183-TKW/MJF

**SGT. MCKINNEY AND JANE DOE,**

    Defendants.
_____/

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**Michelle McKinnie** ("Defendant"), by and through undersigned counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, provides the following Responses and Objections to "Plaintiff's Interrogatories" directed to Defendant, and states the following:

1. Identify all persons who participated in responding to these Interrogatories by their full names, including yourself as the person who answered the Amended Complaint "McKinney" and if you have ever gone by any other names, provide those names and dates that you used them.

   **RESPONSE:** I responded to these questions with the assistance of my attorney, Erik Kverne. I have never gone by a different name.

2. Please state the name of the high school or school district and the year that you graduated high school, whether by diploma or GED.[1]

---

[1] The Interrogatory, as originally phrased, encompassed a separate discrete subpart which has been separated out as a separate interrogatory. *See* Fed. R. Civ. P. 33(a)(1). Two different questions were asked in the original interrogatory.

1

go to the hospital with one of the individuals that was involved after the fact. I also remember there being discussion about which individual needed to go the hospital first and that the hospital that the individual was sent to was in Tallahassee, Florida. I do not remember anything else about the incident or who the individuals were that were involved.

15-A. Describe everything you did prior to the incident.

**RESPONSE:** I remember conducting count in P-Dorm and leaving the dorm to conduct count in O-Dorm. While I was conducting count in O-Dorm, the incident began to occur.

16. Identify all corrections officers, including the names, ranks, and ID numbers who were involved in the July 20, 2022, incident that is the subject of this lawsuit, including backup officers, and its aftermath.[5]

**RESPONSE:** I do not remember the individuals involved, but I am certain that the officer in charge would have arrived after the fact, along with other officers who arrived in response.

16-A. Identify all corrections officers, . . . who were involved in the July 20, 2022, incident that is the subject of this lawsuit, . . . and specify in detail the full extent of their involvement.

**RESPONSE:** I do not remember the extent of the officers involvement because I do not remember who the officers were that arrived.

17. Describe in detail any communications that you had with Plaintiff Devon Currie, Charles Gaddis (DC# 127714), and Brandon Williams (DC# 130662) on or about July 20, 2022, or at any time relating to the events of July 20, 2022, in which Devon Currie was injured.

**RESPONSE:** I may have had conversations with one or more of the referenced people, but I do not remember the content of the conversations or when they occurred.

---

[5] The Interrogatory, as originally phrased, encompassed a separate discrete subpart which has been separated out as a separate interrogatory. *See* Fed. R. Civ. P. 33(a)(1). As with interrogatories # 2, 9, 11, and 15, multiple different questions were asked in the original interrogatory.

8

18. Identify and describe the contents of all reports you wrote or co-wrote and documents you created or co-created relating to the inmate-on-inmate assaults on July 20, 2022, including disciplinary reports, MINS reports, and witness statements you obtained.

    **RESPONSE:** To my knowledge, I did not create any reports related to the described incident.

For all Objections,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Senior Assistant Attorney General
Florida Bar No.: 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Responses and Objections to Plaintiff's Interrogatories* was furnished by e-mail to Plaintiff's counsel of record on August 8, 2024.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

9

**I understand that a false statement in these responses will subject me to penalty for perjury. I declare under penalty of perjury that the foregoing responses are true and correct.**

/s Michelle McKinnie
**Michelle McKinnie**

Executed on this 8th day of August, 2024.

10