UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al.*

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## **DECLARATION OF JOSHUA TARJAN**

I, Joshua Tarjan, pursuant to 28 U.S.C. § 1746, state as follows:

1.    I am co-counsel of record in this case for Plaintiff Devon Currie.

2.    I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3.    Pursuant to Court order [ECF 80], on January 14 James Cook and I Zoom conferenced with Mr. Currie and remotely showed him FDC photos of Sgt. Michelle McKinnie, Sgt. Antoinette Patterson and Officer Delisia Green.

4.    Mr. Currie confirmed that Sgt. McKinnie was the same McKinnie he testified about in his deposition [ECF No. 78-2].

5.    Mr. Currie identified Delisia Green as the Jane Doe he referenced in his deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2025 in Miami, Florida.

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Co-counsel for Plaintiff*

2