```
07/22/2022               FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:
MINO101                       MINS INCIDENT REPORT                  TIME 07:0
```

PREPARED BY: SMITH, JAMILA                   INCIDENT NUMBER: 0001131644
INCIDENT TYPE: 17Q AGGRAVATED BATTERY         STATUS OF INCIDENT: ENTERED
REPORT DATE:   07/21/2022                     REPORT TIME:    16:59
INCIDENT DATE: 07/20/2022                     INCIDENT TIME: 22:10
REPORTING FACILITY: 102 APALACHEE EAST UNIT   INCIDENT REGION: 1
INCIDENT FACILITY : 102 APALACHEE EAST UNIT   INCIDENT IG OFFICE: 02
INCIDENT LOCATION: 01 HOUSING AREA
DATE REPORTED TO MANAGEMENT: 07/21/2022       DAY CODE: 3      SHIFT CODE: 3
IG NUMBER:22-11227      UOF NUMBER:            W-B REVIEW BY:ωƐɲ
INJURIES: Y        STG/STI INVOLVEMENT: Y
USE OF FORCE: N    WEAPONS USED: Y            PHYSICAL EVIDENCE RECOVERED: Y
ELECTRONIC RESTRAINING DEVICES: N             INCIDENT VIDEO TAPED: Y
EVIDENCE LOC: DR EVIDENCE LOCKER              CHEMICAL AGENTS USED: N
                                              SEND TO IG OFFICE: Y


            NAME                TITLE           BIRTHDATE  R S    ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
COMPLAINANT (S)
  HEFFNER, ERIC A.    CORRECTIONAL OFFICER CA ██/██/████ 1 1 ███████
SUBJECT (S)
  CURRIE, DEVON R.    INMATE  TRD:LIFE SNT     02/17/1992 2 1 A51859
  RODRIQUEZ, WILSON A. INMATE TRD:02/09/2046   08/06/1992 2 1 K86552
  RODRIGUEZ, LUIS M.  INMATE  TRD:03/29/2032   10/08/1985 1 1 M53592
  PEDRO, ALFREDO A.   INMATE  TRD:02/27/2032   10/01/2001 7 1 S71334
  GADDIS, CHARLES R.  INMATE  TRD:11/12/2026   04/15/1975 2 1 127714
  WILLIAMS, BRANDON D. INMATE TRD:02/24/2027   11/05/1987 2 1 130662


CONTRABAND RECOVERED          TYPE      POSSESS     QUANTITY      UNIT MSR
------------------------      ------    -------    ----------    --------


DESCRIPTION OF PHYSICAL EVIDENCE:
     INCIDENT REPORT AND DIAGRAM OF INJURY.


MEDICAL DEPT. DESCRIPTION OF INJURIES:
     INMATE CURRIE - 1. 1.5 CM X 1 CM STAB WOUND TO LEFT UPPER
     CHEST. 2. 2 CM X 1 CM X 1 CM STAB WOUND TO POSTERIOR NECK,
     REQUIRED OUTSIDE MEDICAL TREATMENT.
     INMATE WILLIAMS - 1. 3 INCH LACERATION TO TOP OF LEFT
     SHOULDER. 2. 2 INCH LACERATION TO POSTERIOR RIGHT SHOULDER.
     3.  1/2 INCH SUPERFICIAL LACERATION TO CENTER BOTTOM CHEST.
     4. LARGE BRUISE TO POSTERIOR RIGHT UPPER ARM. ALL
     LACERATIONS GAPING AND DEPTH UNABLE TO DETERMINED, REQUIRED
     OUTSIDE MEDICAL TREATMENT.
     INMATE GADDIS - 1. LARGE, GAPING LACERATION TO LEFT FACE
     WITH UNCONTROLLED BLEEDING, REQUIRED OUTSIDE MEDICAL
     TREATMENT.
     INMATE RODRIGUEZ, LUIS - 1. BRUISING NOTED TO LEFT EYE.

07/22/2022                    FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:
MIN0101                         MINS INCIDENT REPORT                            TIME 07:0

DESCRIPTION OF INCIDENT:
    ON 072022 AT APPROXIMATELY 2210 HRS., CAPTAIN ERIC HEFFNER
    WAS ASSIGNED AS THE 3RD SHIFT SUPERVISOR AT APALACHEE EAST
    UNIT WHEN HE RESPONDED TO ICS PROTOCOL IN P-2 DORMITORY DUE
    TO MULTIPLE INMATES INVOLVED IN A GROUP ASSAULT AGAINST EACH
    OTHER, WITH WEAPONS PRESENT. CAPTAIN HEFFNER ARRIVED WITH
    ADDITIONAL STAFF AND INMATES CURRIE, DEVON DC# A51859;
    WILLIAMS, BRANDON DC# 130662; GADDIS, CHARLES DC# 127714;
    RODRIGUEZ, WILSON DC# K86552; PEDRO, ALFREDO DC# S71334 AND
    RODRIGUEZ, LUIS DC# M53592 WERE IDENTIFIED AS THE INMATES
    INVOLVED. ALL THE INMATES WERE RESTRAINED AND ESCORTED TO
    MEDICAL FOR ASSESSMENT.  DURING THE EVALUATION, IT WAS NOTED
    THAT INMATE GADDIS SUSTAINED LIFE-THREATENING INJURIES. EMS
    WAS ACTIVATED AT APPROXIMATELY 2253 HRS., PER DR. WILLIAMS
    AND INMATE GLADDIS WAS TRANSPORTED TO TALLAHASSEE MEMORIAL
    HOSPITAL. INMATE WILLIAMS SUSTAINED NON-LIFE-THREATENING
    INJURIES AND WAS TRANSPORTED TO JACKSON COUNTY HOSPITAL VIA
    DC VEHICLE AT APPROXIMATELY 2328 HRS., AT DR. WILLIAMS
    REQUEST. EMS WAS ACTIVATED AT APPROXIMATELY 2348 HRS., PER
    DR. WILLIAMS AND INMATE CURRIE WAS TRANSPORTED TO
    TALLAHASSEE MEMORIAL HOSPITAL FOR LIFE-THREATENING INJURIES.
    THIS INCIDENT APPEARS TO GANG RELATED. THE INMATES
    TRANSPORTED TO THE OUTSIDE HOSPITAL WILL BE PLACED IN
    ADMINISTRATIVE CONFINEMENT UPON THEIR RETURN PENDING AN
    INVESTIGATION.  INMATES RODRIGUEZ, WILSON; PEDRO AND
    RODRIGUEZ, LUIS WERE PLACED IN ADMINISTRATIVE CONFINEMENT
    PENDING AN INVESTIGATION. A SEARCH OF P-2 DORMITORY
    REVEALED, TWO HOMEMADE WEAPONS, A BROKEN BROOM STICK COVERED
    IN BLOOD.


ACTION TAKEN:
    FORWARDED TO THE OIG FOR REVIEW.