UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

     Plaintiff,

vs.

                                 Case No. 5:23-cv-00183-TKW/MJF

MICHELLE MCKINNIE, *et al*.

     Defendants.

## PLAINTIFF'S SECOND NOTICE OF FILING

Plaintiff Devon Currie gives notice of filing the following documents in connection with his response to Defendant Michelle McKinnie's motion for summary judgment [ECF No. 78]:

1. MINS report 07-22-22 (redacted)

Respectfully submitted on January 17, 2025,

                                  */s/ James V. Cook*
                                  JAMES V. COOK, ESQ.
                                  Florida Bar Number 966843
                                  Law Office of James Cook
                                  314 West Jefferson Street
                                  Tallahassee, FL 32301
                                  (850) 222-8080; 561-0836 fax
                                  cookjv@gmail.com

                                  */s/ Joshua Tarjan*
                                  Joshua Tarjan (FBN 107092)
                                  THE TARJAN LAW FIRM P.A.
                                  12372 SW 82 Avenue
                                  Pinecrest, FL 33156

(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*