UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNIE, *et al.*

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

**PLAINTIFF'S UNOPPOSED MOTION TO STRIKE
ELECTRONIC CASE FILE NUMBER 90-7**

    Plaintiff moves to strike ECF No. 90-7 titled "MINS report 07-22-22." On January 17, 2025, undersigned counsel inadvertently filed the aforementioned exhibit bearing the complete birth dates of six inmates and one correctional officer. Rule 5.2(a) requires birth dates within an electronic filing be redacted. Upon discovering the error, undersigned counsel filed a redacted version [ECF No. 91-1]. Tuesday morning, January 21, undersigned counsel attempted to call the Clerk's office to temporarily redact or seal the document but was unable to be connected. Plaintiff now moves to have the unredacted document stricken from the docket.

    For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and direct the Clerk to strike the unredacted document [ECF No. 90-7].

Respectfully submitted on January 21, 2025,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Co-counsel for Plaintiff*

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 136 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

*/s/ Joshua Tarjan*