UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE, et al.,

Case No. 5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: Plaintiff's Unopposed Motion to Strike

Doc. # 93

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jeremy Wright, Deputy Clerk

---

Plaintiff's unopposed motion is **GRANTED** to the extent that the clerk of the court shall **SEAL** ECF No. 90-7. *See* N.D. Fla. Loc. R. 5.5(E).

**SO ORDERED** this 21st day of January 2025.

/s/ *Michel J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**