

# FLORIDA DEPARTMENT OF CORRECTIONS

GOVERNOR
RON DESANTIS

SECRETARY
RICKY DIXON

January 16, 2025

United States District Court for the
Northern District of Florida
Joseph Woodrow Hatchett United States
Courthouse and Federal Building
111 North Adams Street
Tallahassee, FL 32301

**RE: Devon Currie, et al v. SGT. McKinney, et al; Case No.: 5:23cv183**

To Whom It May Concern:

　　Please find enclosed the Summons that was served to Delisia Green. Also enclosed is the Proof of Service that was filled out by mistake, by the Correctional Institution, please disregard the Proof of Service.

Thank you for your assistance.

Sincerely,

*Kimberly D. Cupp*

Kimberly Cupp
Paralegal Specialist
Office of General Counsel
850-717-3621

Enclosures

RCVD USDC FLND TL
JAN 21 '25 PM4:26

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| DEVON CURRIE, et al., ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:23-cv-00183-TKW/MJF |
| SGT. McKINNEY, et al., ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELISIA GREEN
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445
850-569-5260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 12/4/2024

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

FILED USDC FLND TL
JAN 21 '25 PM4:26

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-00183-TKW/MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dalisia Green__
was received by me on *(date)* __1/2/2025__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because __Employee is no longer employed w/ the Department of Corrections__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/2/2025

_Kathryn Bundy_
Server's signature

Kathryn Bundy
APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FL 32460
Printed name and title

Server's address

Additional information regarding attempted service, etc:

FL DEPT OF CORRECTIONS
OFFICE OF THE GENERAL COUNSEL
501 SOUTH CALHOUN STREET
TALLAHASSEE FL 32399

JACKSONVILLE FL 320
17 JAN 2025 PM 3
FIRST-CLASS



US POSTAGE ᴵᴹⁱ PITNEY BOWES

ZIP 32399 $ 000.69⁰
02 7W
0008033039 JAN 16 2025

JAN 21 2025

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
JOSEPH WOODROW HATCHETT UNITED STATES
COURTHOUSE AND FEDERAL BUILDING
111 NORTH ADAMS STREET
TALLAHASSEE FL 32301

32301-773097