IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

v.            **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

    **McKinnie** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file Motions for Summary Judgment, and in support states the following:

1. On December 11, 2024, Defendant filed her Motion for Summary Judgment. (Doc. 78).

2. On December 24, 2024, Plaintiff filed an unopposed Motion for Extension of Time to file a Response to Defendant's Motion. (Doc. 81). Plaintiff's Motion was granted, and Plaintiff was provided until January 17, 2025, to file a Response. (Doc. 83).

1

3.  On January 17, 2025, Plaintiff filed his Response to Defendant's Motion for Summary Judgment. (Doc. 92). Based on the filing of Plaintiff's Response, Defendant's Reply would be due on January 24, 2025.

4.  On Tuesday, January 21, 2025, Wednesday, January 22, 2025, and Thursday, January 23, 2025, state offices were closed based on inclement weather.[1] Undersigned counsel's office was closed on Tuesday 21, 2025, from 1:00 PM through Thursday, January 22, 2025. Based on the office closure, no work was able to be performed on the Reply or in any other case.

5.  Due to the inability to perform work on this case or any other case, a substantial amount of work, with immediate pending deadlines has backed up undersigned counsel's caseload. As a result, undersigned counsel has had to devote time to other cases which required immediate attention and has not been able to finalize the referenced Reply.

6.  As a result of needing the short extension, Defendant reached out to Plaintiff's counsel, who indicated that there was no objection to this request.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

---

[1] Undersigned counsel's office was also closed on January 20, 2025, for Martin Luther King's Birthday.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, due to office closures based on inclement weather, Defendant has not been able to work on or complete a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Based on the inability to complete the Reply, Defendant reached out to Plaintiff about an extension, and in response, Plaintiff's counsel indicated that there was no objection to this request.

**WHEREFORE**, Defendant respectfully requests until January 31, 2025, to file her Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**JOHN M. GUARD**
**ACTING ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Unopposed Motion for Extension of Time to File Reply to Response to Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on January 24, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General