AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  5:23-cv-00183-TKW/MJF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dalisia Green

was received by me on *(date)* 1/2/2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Employee is no longer employed ; or
W/ the Department of Corrections

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 1/2/2025

_____
*Server's signature*
Kathryn Bundy

APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FL  32460
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FILED USDC FLND PN
JAN 28 '25 AM 7:48

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Northern District of Florida

DEVON CURRIE, et al.,

_____

*Plaintiff*

v.                                      Civil Action No.  5:23-cv-00183-TKW/MJF

SGT. McKINNEY, et al.,

_____

*Defendant*

## ~~SUMMONS IN A CIVIL ACTION~~

To: *(Defendant's name and address)*   DELISIA GREEN
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445
850-569-5260

*B2) /94*
*01/2/2025*
*0:25pm*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  12/4/2024  _____          s/ Jeremy Wright, Deputy Clerk
                                                    *Signature of Clerk or Deputy Clerk*