# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE, *et al.*

Case No.  5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motion Referred: <u>Defendant Delisia Green's Unopposed Motion for Extension of Time to File Responsive Pleading</u>

Doc. # <u>88</u>

> JESSICA J. LYUBLANOVITS,
> CLERK OF COURT
>
> <u>s/ Jessica Bjerke-Owens, Law Clerk</u>

---

    Defendant Green's unopposed motion for an extension of time to file a responsive pleading, Doc. 88, is **GRANTED.** Green shall file an answer or responsive pleading on or before **February 6, 2025**.

    **SO ORDERED** this <u>29th</u> day of January, 2025.

> /s/ *Michael J. Frank*
> **Michael J. Frank**
> **United States Magistrate Judge**