# Exhibit LL

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT,
AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

Case No. 2015 CF 2378

vs.

DEVON CURRIE,

    Defendant.
_____/

## VERDICT

**WE**, the Jury, find as follows, as to **Count 1** (check only one letter choice as to this count):

    __✓__ a. The defendant is guilty of Burglary.

        If you have chosen a., please check all options that have been proven:

            __✓__ i. Defendant committed an assault.

            __✓__ ii. Defendant committed a battery.

            __✓__ iii. there was another human being in the conveyance.

            __✓__ iv. Defendant was armed with a dangerous weapon.

        If you have chosen a., please answer the following question:

During the commission of the offense, did Devon Currie actually possess a firearm?

        __✓__ yes             _____ no

    _____ b. The defendant is guilty of the lesser offense of Trespass.

        If you have chosen b., please check all options that have been proven:

            _____ i. there was another human being in the conveyance.

            _____ ii. Defendant was armed with a dangerous weapon.

    _____ c. The defendant is not guilty.

FILED IN
OPEN COURT
Date  1-19-17

**WE, the Jury, find as follows, as to Count 2** (check only one letter choice as to this count):

____✓____ a. The defendant is guilty of Armed Robbery with a Firearm.

    If you found Devon Currie guilty of Armed Robbery with a Firearm, please answer the following question:

    During the commission of the offense, did Devon Currie actually possess a firearm?

    ____✓____ yes          _____ no

_____ b. The defendant is guilty of the lesser charge of Robbery with a Deadly Weapon.

_____ c. The defendant is guilty of the lesser charge of Robbery with a Weapon.

_____ d. The defendant is guilty of the lesser charge of Robbery.

_____ e. The defendant is guilty of lesser charge of Attempted Robbery.

    If you have chosen e., please check all options that have been proven:

    _____ i. Defendant was armed with a Firearm. If you have selected this choice, please answer the following question:

    During the commission of the offense, did Devon Currie actually possess a firearm?

    _____ yes          _____ no

    _____ ii. Defendant was armed with a dangerous weapon.

    _____ iii. Defendant was armed with a weapon.

_____ f. The defendant is guilty of the lesser charge of Theft.

_____ g. The defendant is not guilty.

**WE**, the Jury, find as follows, as to **Count 3** (check only one as to this count):

____✓____ a. The defendant is guilty of Theft of a Firearm.

_____ b. The defendant is not guilty.


**WE**, the Jury, find as follows, as to **Count 4** (check only one as to this count):

____✓____ a. The defendant is guilty of Carrying a Concealed Firearm.

_____ b. The defendant is not guilty.


**SO SAY WE ALL** on January 19, 2017.

_____
FOREPERSON

**ATTEST**:

_____
ANGELA C. DEMPSEY
CIRCUIT JUDGE


FILED IN OPEN COURT
GWEN MARSHALL, CLERK OF COURT

BY:_____
DEPUTY CLERK