## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DEVON CURRIE,

  Plaintiff,

v.           Case No.  5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, *et al.*,

  Defendants.

_____/

## <u>ORDER</u>

  This matter is before this court on Defendant Delisia Green's motion to dismiss, Doc. 103.

  On October 23, 2024, the undersigned issued an order directing service on Green. Doc. 68. The order precluded the parties from filing pre-trial motions seeking to dismiss claims for punitive damages. Indeed, the undersigned ordered: "[t]he parties shall not file pretrial motions that seek to dismiss or preclude a particular remedy or demand for relief—**such as punitive damages**. The parties may move for limitations on particular remedies  and recovery after the District Court has adjudicated all dispositive motions." Doc. 68 ¶ 9; *cf.* Doc. 16 ¶ 8.

Contrary to this court's order, Green has moved to dismiss Plaintiff's request for punitive damages. Doc. 103 at 12–19. This clearly violates this court's order. Therefore, pursuant to the Local Rules, this court will strike Green's motion to dismiss. *See* N.D. Fla. Loc. R. 41.1 ("If a party fails to comply with an applicable rule or a court order, the Court may strike a pleading" or "take other appropriate action.").

Accordingly, it is **ORDERED**:

1.    The clerk of the court shall strike Defendant Green's motion to dismiss. Doc. 103.

2.    **On or before March 6, 2025,** Defendant Green shall:

a.    file a motion to dismiss that complies with this court's orders; or

b.    an answer to Plaintiff's second amended complaint.

**SO ORDERED** this <u>6th</u> day of February, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**