IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

### DEFENDANT MCKINNIE'S NOTICE OF WITHDRAWAL OF ARGUMENT RELATED TO PUNITIVE DAMAGES

Notice is hereby given that **McKinnie** hereby withdraws her argument related to punitive damages included within her outstanding Motion to Dismiss and Motion for Summary Judgment. *See* (Docs. 58 at 12-19; 78 at 32). Defendant mistakenly overlooked the language in this Court's Order. *See* (Doc. 16 at ¶ 8). *Cf.* (Doc. 104).

1

Respectfully submitted,

**JOHN M. GUARD**
**ACTING ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant McKinnie's Notice of Withdrawal of Argument related to Punitive Damages* was e-filed and served electronically through CM/ECF on February 6, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com