# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

**v.**                                      **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

## DEFENDANTS' NOTICE OF NON-OBJECTION

Notice is hereby given that **McKinnie** and **Green** ("Defendants") do not oppose Plaintiff's Time Sensitive Motion to Reopen Discovery for 60 Days to Serve Limited Discovery on Defendant Green. (Doc. 111).

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Notice of Non-Objection* was e-filed and served electronically through CM/ECF on March 27, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2