## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

      **Plaintiff,**

**v.**                         **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNEY, ET AL.,**

      **Defendants.**
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR PROPOSED DISCOVERY DEADLINE TO APPLY TO ALL PARTIES AND MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

      **Green** ("Defendant"), by and through undersigned counsel, hereby motions for Plaintiff's Motion to Reopen Discovery, (Doc. 111)[1], to apply to all parties and Motion for Leave to File a Motion for Summary Judgment on behalf of Defendant. Defendant's Motion is based on the following reasons:

      On April 23, 2024, this Court issued a Scheduling Order which required that Discovery be completed by July 22, 2024. (Doc. 27). The Scheduling Order was eventually amended, and Discovery was completed by November 4, 2024. (Docs. 38, 42).

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

On December 11, 2024, defendant McKinnie filed her Motion for Summary Judgment, consistent with this Court's Scheduling Order. (Doc. 78). While McKinnie's MSJ was pending, Defendant was served and provided a declaration in support of McKinnie's MSJ. (Docs. 84, 89-1).

On March 24, 2025, based on the inability to conduct Discovery on Defendant due to her recent service, Plaintiff filed a Motion to reopen Discovery as it relates to her, after conferring with Defendants. (Doc. 111). Plaintiff's Motion is unopposed. *See* (Doc. 112).

Like with Plaintiff, Defendant has likewise not been able to conduct her own Discovery in relation to this case. Defendant would like to conduct limited Discovery with Plaintiff as it relates to her, in addition to being available to respond to Plaintiff's Discovery.

Additionally, Defendant would also like to file her own Motion for Summary Judgment as the only motion currently outstanding was filed by co-defendant McKinnie and does not contemplate Defendant. Defendant believes that he is entitled to similar defenses to McKinnie, but her position is different from McKinnie's as well.

Based on Defendant's desire to conduct her own Discovery and file her own Motion for Summary Judgment considering Plaintiff's already-filed motion, Defendant reached out to Plaintiff about the contents of this Motion. Plaintiff

indicated that he did not oppose the relief sought in this Motion.

## CONCLUSION

**WHEREFORE**, Defendant respectfully requests that in the event this Court grants Plaintiff's unopposed Motion, she be given the opportunity to conduct her own discovery with Plaintiff and file her own Motion for Summary Judgment.

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Unopposed Motion for Proposed Discovery to Apply to all Parties and Motion for Leave to file Motion for Summary Judgment* was e-filed and served electronically through CM/ECF on Plaintiff's counsel of record on March 27, 2025.

/s Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion totals **389** words, not exceeding 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that he does not oppose the relief sought in this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General