UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**,

    **Plaintiff**,

v.                                              Case No. 5:23cv183-TKW-MJF

**MICHELLE MCKINNIE**, **et al.**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on Defendants' objection (Doc. 114) to the magistrate judge's order (Doc. 110) denying Defendants' motion for leave to file a motion for judgment on the pleadings. Federal Rule of Civil Procedure 72(a) does not address whether the other party may file a response to an objection to an order on a non-dispositive matter, but the advisory committee notes to the rule state that "[i]t is . . . contemplated that a party who is successful before the magistrate will be afforded an opportunity to respond to objections raised to the magistrate's ruling." Accordingly, it is

**ORDERED** that Plaintiff has 14 days from the date of this Order to file a response to Defendants' objection. No reply is authorized.

**DONE and ORDERED** this 28th day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**