UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE *et al.*,

Case No.  5:23-cv-183-TKW-MJF

## REFERRAL AND ORDER

Motions Referred: Plaintiff's "Unopposed Time Sensitive Motion to Reopen Discovery for 60 Days to Serve Limited Discovery on Defendant Green" and Defendant's "Unopposed Motion for Proposed Discovery Deadline to Apply to All Parties and Motion for Leave to File Motion for Summary Judgment." Docs. # 111 & 113

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Virginia Tharp, Law Clerk

---

Plaintiff's "Unopposed Time Sensitive Motion to Reopen Discovery for 60 Days to Serve Limited Discovery on Defendant Green," Doc. 111, is **GRANTED**.

"Defendant's Unopposed Motion for Proposed Discovery Deadline to Apply to All Parties and Motion for Leave to File Motion for Summary Judgment," Doc. 113, is **GRANTED IN PART** and **DENIED IN PART**. Defendant Green may conduct discovery relevant to Plaintiff's claim against Green. The motion is **DENIED** in all other respects.

The deadline for Plaintiff and Defendant Green to complete discovery regarding Plaintiff's claim against Green only is **May 27, 2025**.

Any dispositive motion relating only to Plaintiff's claim against Defendant Green shall be filed on or before **June 17, 2025**.

**SO ORDERED** this 28th day of March 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**