Outlook

### RE: Video Update - Currie Subpoena

**From** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Date** Wed 7/3/2024 8:55 AM
**To** cookjv@gmail.com <cookjv@gmail.com>
**Cc** josh@tarjanlawfirm.com <josh@tarjanlawfirm.com>

Good Morning,

I hope you both are doing well. As an update on the video, the institution stated that there was indeed a CD attached to the report. However, the CD was blank when they attempted to play the video. The Institution contacted the Captain to see if the video was saved on a computer in the institution and it (the video) was not. As a result, we do not have anything responsive to number 1 in the Currie subpoena.

Respectfully,

**Shirtrina Niquita Roberts**
Assistant General Counsel
Florida Department of Corrections
1407 South Orange Avenue
Green Cove Springs, Florida 32043
Office: 904-213-2930
Direct: 904-622-9705



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**From:** Roberts, Shirtrina
**Sent:** Tuesday, June 25, 2024 2:53 PM
**To:** cookjv@gmail.com
**Cc:** josh@tarjanlawfirm.com
**Subject:** RE: The protective order in Currie v. mcKinney

I will continue to look for the video and I will send you an update.

Respectfully,

**Shirtrina Niquita Roberts**

Assistant General Counsel
Florida Department of Corrections
1407 South Orange Avenue
Green Cove Springs, Florida 32043
Office:  904-213-2930
Direct: 904-622-9705



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

---

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Tuesday, June 25, 2024 2:50 PM
**To:** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Cc:** josh@tarjanlawfirm.com
**Subject:** RE: The protective order in Currie v. mcKinney

Understood that the IG's office does not create the report and just because the MINS report says that the video was provided to the OIG doesn't mean that it really was provided to them. I had another case where some nine hours of inculpatory video "disappeared." One thing is clear. Someone reported that there was video and someone reported that video was sent to the OIG. I will appreciate anything you can find out.

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*

---

**From:** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Sent:** Tuesday, June 25, 2024 2:29 PM
**To:** cookjv@gmail.com
**Subject:** RE: The protective order in Currie v. mcKinney

I understand your position. However, I was informed by the IG's office directly that they (IG Office) does not create the MINS report. The MINS report is completed by the institution not the IG Office. Therefore, it is possible that they never received or reviewed the video. I was also informed that the complaint review report did not mention obtaining or reviewing any videos for this case. As a result, I double checked with the institution and I am awaiting their response.

Thank you.

Respectfully,

**Shirtrina Niquita Roberts**
Assistant General Counsel
Florida Department of Corrections
1407 South Orange Avenue
Green Cove Springs, Florida 32043
Office:  904-213-2930
Direct: 904-622-9705



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

---

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Tuesday, June 25, 2024 2:22 PM
**To:** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Subject:** RE: The protective order in Currie v. mcKinney

The MINS says the videos were provided to the OIG.

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*

---

**From:** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Sent:** Tuesday, June 25, 2024 1:52 PM
**To:** cookjv@gmail.com
**Subject:** RE: The protective order in Currie v. mcKinney

Thank you for sending the attached document. The dorm logs were ordered and should have been added to the link we sent you today. The IG Office does not have possession of any videos, however, we are double checking with the Institution regarding the videos.

Thank you.

Respectfully,

**Shirtrina Niquita Roberts**
Assistant General Counsel

Florida Department of Corrections
1407 South Orange Avenue
Green Cove Springs, Florida 32043
Office:  904-213-2930
Direct: 904-622-9705



***Inspiring Success by Transforming One Life at a Time***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

---

**From:** cookjv@gmail.com <cookjv@gmail.com>
**Sent:** Tuesday, June 25, 2024 1:35 PM
**To:** Roberts, Shirtrina <Shirtrina.Roberts@fdc.myflorida.com>
**Subject:** The protective order in Currie v. mcKinney

Shirtrina: Here is the Protective Order for the rest of the records.

What is the word on the video. Also critical is the Dorm Logs.

## James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080 office
904-417-8087 voice mailbox
*A civil rights practice*