# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

v.                                            Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**Green** ("Defendant"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file her Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, and in support states the following:

1. On June 16, 2025, Defendant filed her Motion for Summary Judgment. (Doc. 78).

2. On July 7, 2025, Plaintiff filed his Response to Defendant's Motion for Summary Judgment. (Doc. 120). Based on the filing of Plaintiff's Response, Defendant's Reply is due today, July 14, 2025.

1

3. On July 10, 2025, Defendant conferred with Plaintiff about an extension of time to file her Reply, and on July 11, 2025, Plaintiff indicated he had no objection to the request.

4. Defendant requires additional time to draft her Reply to Plaintiff's Response.

5. The reason for the request is because undersigned counsel has had additional conflicting deadlines in other separate cases which have impacted the ability to draft Defendant's Reply. Defendant expects that her Reply will be able to be completed after a short extension and by the requested deadline.

6. Based on the above, Defendant requests until July 21, 2025, to file her Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). As described above, undersigned counsel's deadlines in other cases has impacted the ability to complete Defendant's Reply. Due to the impact on undersigned counsel's cases, Defendant requests a very short extension of seven (7) days to file Defendant's Reply. Additionally, Defendant reached out to

Plaintiff about an extension, and in response, Plaintiff's counsel indicated that there was no objection to this request.

**WHEREFORE**, Defendant respectfully requests until July 21, 2025, to file her Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**JAMES UTHMEIER**
**ACTING ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Second Unopposed Motion for Extension of Time to File Reply to Response to Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on July 14, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General