UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

v.

MICHELLE MCKINNIE *et al.*,

Case No. 5:23-cv-183-TKW-MJF

## ORDER

Defendant Delisia Green's unopposed motion for an extension of time, Doc. 121, is **GRANTED**. On or before, **July 21, 2025**, Defendant Delisia Green shall reply to Plaintiff's Response in Opposition to Defendant Green's Motion for Summary Judgment.

**SO ORDERED** this 16th day of July 2025.

/s/ *Michel J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**