UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                    Case No. 5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE *et al.*,

    Defendants.
_____/

## ORDER

On December 24, 2024, this court ordered Plaintiff to serve a summons and Plaintiff's second amended complaint on Defendant Antoinette Patterson. Doc. 82. Because Plaintiff apparently failed to effect service on Patterson, he will be required to show cause and explain why his claim against Patterson should not be dismissed.

### DISCUSSION

On September 24, 2024, Plaintiff filed a second amended complaint naming Antoinette Patterson as a Defendant in this action. Doc. 52. On October 23, 2024, this court ordered the United States Marshals Service to effect service upon Patterson at Apalachee Correctional Institution ("ACI"). Doc. 68. On November 5, 2024, Kathryn Bundy, the specially

appointed process server at ACI, returned the summons unexecuted because Patterson was no longer employed at the facility. Doc. 71.

On December 3, 2024, Plaintiff's counsel discovered an alternate address for Patterson and filed a notice asking the clerk of the court to reissue the summons. Docs. 74, 80. On December 4, 2024, the clerk of the court reissued a summons for Patterson for Plaintiff's counsel to serve. Doc. 75.

On December 24, 2024, Plaintiff requested a 30-day extension of the deadline to serve Patterson. Doc. 80. This court granted Plaintiff a permissive extension of time and ordered Plaintiff to serve the summons and second amended complaint on Patterson on or before January 22, 2025. Doc. 82. As of the date of this order, counsel has not submitted proof that service has been effected on Patterson, and Patterson has not filed an answer or motion in response to the second amended complaint.

## CONCLUSION

Accordingly, it is **ORDERED**, on or before **August 21, 2025**, Plaintiff shall:

1. show cause why Plaintiff's claims against Patterson should not be dismissed for failure to comply with a court order, failure to comply

with Rule 4(m) of the Federal Rules of Civil Procedure, and failure to prosecute; **OR**

2. file a motion to dismiss voluntarily Plaintiff's claims against Defendant Antoinette Patterson.

**SO ORDERED** this 14th day of August, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**