UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNIE, et al.,

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

### STIPULATION TO DISMISSAL WITH PREJUDICE

The Parties, DEVON CURRIE, and Defendants MICHELLE McKINNIE and DELISIA GREEN, hereby stipulate to the dismissal of ANTOINETTE PATTERSON with prejudice, all parties to bear their own fees and costs.

Respectfully Submitted on August 20, 2025,

*/s/ Erik Kverne*
ERIK KVERNE, ESQ.
Assistant Attorney General
Florida Bar No.: 99829
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erik.Kverne@myfloridalegal.com

*/s/James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*