# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNIE, et al.

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, DEVON CURRIE, responds to the Court's Order to Show Cause (Doc. 124) and would show as follows:

Undersigned Counsel apologizes to the Court for failure to file a Notice of Nonservice as to Antoinette Patterson when it was first received in January 2025. (Attached as Exhibit 1). Sgt. Antoinette Patterson left the employ of the Florida Department of Corrections shortly after the incident sued upon and apparently left the State of Florida. Plaintiff was able to track Patterson to an address in Dothan, Alabama, but at that point, the track went cold.

Plaintiff received an affidavit of non-service in January of 2025, but at that point still considered making further efforts to serve Patterson. Through the process of discovery, Plaintiff came to the conclusion that Patterson had, at most, a tangential relationship to the events sued upon and gave up thoughts of litigating against her but did not think to file the affidavit of non-service.

Plaintiff, through undersigned counsel, regrets the failure to follow up with efforts to remove Antoinette Patterson from consideration as a defendant in this case.

Plaintiff, together with the Defendants, have stipulated to Dismissal of Antoinette Patterson with prejudice in a separate filing (Doc. 126).

Respectfully Submitted on August 20, 2025,

/s/James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY the foregoing was filed electronically on 8/20/25 and served on all counsel registered with the CM/ECF electronic mail system:

/s/James V. Cook