## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 5:23-CV-00183-TKW/MJF

Plaintiff:
**DEVON CURRIE, et al.,**
vs.
Defendant:
**SGT. McKINNEY, et al.,**

For: James Cook
    Law Office of James Cook

Received by Vause's Process Service on the 6th day of December, 2024 at 8:58 am to be served on **ANTOINETTE PATTERSON, 3055 Flynn Road, Dothan, AL 36303** I, ___Terry_____Davis___, do hereby affirm that on the __17th__ day of __January__, 2025 at _7_:25 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION , SECOND AMENDED COMPLAINT FOR DAMAGES** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By serving a copy of the above Document(s) to the defendant's usual place of abode on a person permanently residing there who is 15 years of age or older and informing said person of the contents. Served _____ as _____.

( ) SUBSTITUTE SERVICE AT A BUSINESS WITH A SUBPOENA OR NON-LEGAL DOCUMENT: By delivering documents at the named entity's place of business at the request of the client, by Serving: _____ as _____ who is authorized to accept on behalf of the named entity for service.

[(  ) POSTING] - By posting the copies in a conspicuous manner to the address of the person/entity being served

✓ NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** I spoke with the current occupant, an unidentified male, who advised nobody named Antoinette Patterson resides at this address.

_____
_____
_____

I am over the age of 18 and not a party to this action. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

_____

PROCESS SERVER # ___N/A_____
Appointed in accordance with State Statutes

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: 2024009710

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a