UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                               Case No. 5:23-cv-183-TKW/MJF

SGT. MCKINNEY and DELISIA
GREEN,

    Defendants.
    _____/

## ORDER

This matter is before this court on Plaintiff's joint stipulation of dismissal of his claim against Antoinette Patterson with prejudice.

A plaintiff may voluntarily dismiss all claims against a single defendant without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). A properly filed stipulation of dismissal requires the signature of all parties that have appeared in the action, including those parties that have appeared and been dismissed. *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023). A properly filed stipulation of dismissal is self-executing and is generally effective upon filing. *Love v.*

*Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

All parties that have appeared in this action have signed the stipulation of dismissal. Furthermore, the stipulation of dismissal does not condition its effectiveness upon any subsequent occurrence. Therefore, the stipulation is effective upon filing and self-executing. Fed. R. Civ. P. 41(a)(1)(A)(ii). This order simply confirms that Plaintiff's claim against Antoinette Patterson is dismissed with prejudice.

Accordingly, it is **ORDERED**:

1. In accordance with the parties' "Stipulation of Dismissal," Doc. 126, Plaintiff's claim against Antoinette Patterson is **DISMISSED with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The clerk of the court shall update the docket to reflect that only two Defendants, Michelle McKinnie and Delisia Green, remain in this civil action.

**SO ORDERED** on August 21, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**