# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                                     Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO OUTSTANDING REPORT AND RECOMMENDATION

    **McKinnie** and **Green** ("Defendants"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., moves this Court to allow for extension to file Objections to the outstanding Report and Recommendation ("R&R"), (Doc. 129), and in support states the following:

1. On August 28, 2025, this Court filed its outstanding R&R which recommended denial of Defendants' Motions for Summary Judgment due to outstanding disputes of fact. *See* (Doc. 129). Based on the date of filing of the R&R, Defendants' due date to file Objections is September 11, 2025.

2. Defendants require additional time to further investigate whether any viable Objections exist to the outstanding R&R.

3. The reason why Defendants require additional time is because undersigned counsel is currently preparing for a trial which is set to begin on September 9, 2025, and is expected to be completed by September 11, 2025. The trial is a bench trial to be conducted in front of District Judge Hinkle.

4. Additionally, undersigned counsel has also been dealing with medical issues since Friday, August 29, 2025, which has impacted the ability to manage his currently outstanding cases.

5. Based on the above issues, undersigned counsel contacted Plaintiff's counsel about an extension of time, and Plaintiff's counsel indicated that there was no objection to the requested extension.

**WHEREFORE**, Defendants respectfully request until September 25, 2025, to file their Objections to the outstanding R&R. *See* (Doc. 129).

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Objections to Outstanding Report and Recommendation* was e-filed and served electronically on counsel of record through CM/ECF on September 6, 2025.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General