UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                Case No.  5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, et al.,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' unopposed motion for extension of time (Doc. 130), it is

**ORDERED** that the motion is **GRANTED**, and Defendants have until September 25, 2025, to file objections to the magistrate judge's Report and Recommendation (Doc. 129).  Plaintiff has 14 days from the date the objections are filed to file a response.  *See* Fed. R. Civ. P. 72(b)(2).

**DONE and ORDERED** this 8th day of September, 2025.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE