IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

**v.**                                           **Case No.:** 5:23-cv-183-TKW/MJF

**MCKINNIE AND GREEN,**

    **Defendants.**
_____/

## DEFENDANTS' NOTICE OF NOT FILING OBJECTIONS TO REPORT AND RECOMMENDATION

**Green** and **McKinnie** ("Defendants") hereby provide notice that they do not intend to file Objections to the outstanding Report and Recommendation denying Defendants' Motions for Summary Judgment. *See e.g.* (Doc. 129).

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Notice of Not Filing Objections to Report and Recommendation* was e-filed and served electronically through CM/ECF on Plaintiff's counsel of record on September 24, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2