## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DEVON CURRIE,**

     **Plaintiff,**

**v.**                                                   **Case No.  5:23-cv-183-TKW-MJF**

**MICHELLE MCKINNIE, et al.,**

     **Defendants.**

_____/

## ORDER

This case is before the Court based on two Reports and Recommendation (R&R) issued by the magistrate judge.  The first R&R (Doc. 125) recommends dismissal of certain claims, and the second R&R (Doc. 129) recommends denial of summary judgment on the remaining claims.  No objections to either R&R were filed.

Upon due consideration of the R&Rs and the entire case file, the Court agrees with the magistrate judge's determinations that (1) the interference with medical treatment / deliberate indifference to serious medical need claims against Defendants McKinnie and Green should be dismissed because Plaintiff did not exhaust his administrative remedies with respect to those claims, and (2) genuine issues of material fact remain as to the other claims.  Accordingly, it is

Page 1 of 2

**ORDERED** that:

1.     The magistrate judge's R&Rs are adopted and incorporated by reference in this Order.

2.     Defendants' motions to dismiss (Docs. 58, 106) are **GRANTED**, and the interference with medical treatment / deliberate indifference to serious medical need claims against McKinnie and Green are **DISMISSED** for failure to exhaust administrative remedies.

3.     Defendants' motions for summary judgment (Docs. 78, 119) are **DENIED**.

4.     This case is returned to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 25th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**