UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                        Case No. 5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, *et al.*,

    Defendants.

_____/

## ORDER

    Consenting to have a Magistrate Judge conduct proceedings may result in a speedier resolution of this case. Any party who desires to consent to trial of this case being conducted by a Magistrate Judge should execute the attached consent form and return it to the clerk of the court. The clerk of the court will retain any such form and will refer the consent form to the District Judge only if all parties consent.

    A decision not to consent will not result in adverse consequences for any party. Of course, consenting to have a Magistrate Judge preside over the jury trial does not prevent the parties from having the jury decide the case.

    Accordingly, it is **ORDERED:**

1.     **On or before October 14, 2025**, the parties shall confer **in person or telephonically** regarding consent to having a Magistrate Judge handle this case.

2.     If the parties elect to consent to having a Magistrate Judge handle this case, they shall file their respective consent forms **on or before October 16, 2025.**

**SO ORDERED** this 6th day of October 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**