UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

MICHELLE MCKINNEY *et al*.

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

**JOINT NOTICE OF CONFERRAL**

The Parties give notice that pursuant to the Court's October 6, 2025, Order, (Doc. 134), the Parties on October 14 and 15, 2025 discussed by phone whether to consent to having a Magistrate Judge handle the case.

Respectfully Submitted on October 15, 2025,

/s/ *Erik Kverne*
ERIK KVERNE, ESQ.
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erik.Kverne@myfloridalegal.com

Attorney for Defendants

s/ *James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

/s/ *Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

Attorneys for Plaintiff

1