UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNIE, et al.

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

## PLAINTIFF'S EXHIBIT LIST

Plaintiff hereby gives notice of his intent to move to enter the following exhibits at trial in the above-styled case.

| No. | Exhibit | Witness sponsor | Description | Objection |
|---|---|---|---|---|
| 1. | Dorm P Photos | Plaintiff | Photographs of area where incident took place | |
| 2. | Dorm P Floorplan | Records custodian or agree to authenticity | Floor plan of Dorm P | |
| 3. | Dorm P housing logs | Records custodian or agree to authenticity | Chronological record of events for housing area by date/shift | |
| 4. | Security Rosters | Records custodian or agree to authenticity | Record of work assignments of prison staff | |
| 5. | Incident and investigation reports | Records custodian or agree to authenticity | Reports on incident by Office of Inspector General | |
| 6. | Inmate and officer photos | Records custodian or agree to authenticity | Photographs of inmates and officers for identification | |
| 7. | Prison staff communications | Records custodian or agree to authenticity | Relevant communications by prison staff | |
| 8. | Close Management reports | Records custodian or agree to authenticity | Report on close management of Plaintiff and other victims | |
| 9. | Master Roster Count Policy | Records custodian or agree to authenticity | Policies describing Master Roster Count procedure | |
| 10. | Policy extracts | Records custodian or agree to authenticity | Composite exhibit of extracts from relevant policy provisions | |
| 11. | MINS video reference | Records custodian or agree to authenticity | MINS report that shows that video was downloaded | |
| 12. | Medical records | Records custodian or agree to authenticity | Medical records for Plaintiff, Gaddis, and Williams | |
| 13. | Grievances | Author | Impeachment; recent invention | |

1

Respectfully submitted,   /s/James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
LAW OFFICE OF JAMES COOK
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
cookjv@gmail.com

/s/ Joshua Tarjan
JOSHUA TARJAN, ESQ.
Florida Bar Number 107092
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY a true copy hereof was filed and served by CM/ECF on 11/13/25.

*s/James V. Cook*

2