UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

vs.

SGT. McKINNIE, et al.

    Defendants.

Case No. 5:23-cv-00183-TKW/MJF

**PLAINTIFF'S WITNESS LIST**

    Plaintiff hereby gives notice of his intent to call the following witnesses to testify at trial in the above-styled case.

1.    DEVON CURRIE, DC # A51859 (Plaintiff, Inmate)

    Jackson Correctional Institution
    5563 10th Street
    Malone, FL 32445-3144
    and c/o his attorneys

    **Expected testimony**: Testimony will include but not be limited to: Due to his being gay, Currie was attacked by Latin King gang members while taking a "bird bath" in the dorm bathroom. Consequently, Currie suffered visible injuries. Then, during Master Roster Count, his face visibly bloody and his shirt visibly bloody and torn, he asked Ofc. Green and Sgt. McKinnie to "check in" for protection as Latin King gang members continued to make threats and yell for him and other homosexuals to leave the dorm. Despite the obvious threats to Currie from the Latin Kings, Green and McKinnie ignored Currie's requests for protection. Ofc. Green and Sgt. McKinnie then went to the neighboring wing, P1, to continue count, leaving Currie unprotected. Currie, Williams and Gaddis were then attacked and stabbed by Latin Kings. Currie was emergency evacuated with multiple injuries, including a punctured lung, to a nearby hospital where he spent five days. Upon returning to the prison he was placed in

1

disciplinary confinement and wrongfully punished for defending himself against the Latin Kings.

**Estimated testimony time:** Inmate. Direct, est. 90 min.

2. COURTNEY BRANCH

Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460

**Expected testimony**: He was the classification officer who referred Currie and other victims of the gang attack for Close Management I, an enhanced level of supervision for "An Act Causing Injury." Branch will state the combatants were "identified utilizing the camera system."

**Estimated testimony time:** Direct, est. 45 min.

3. HOWARD CHANDLER-SMITH, DC# J80527 (Inmate)

Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, Florida 34956-4397

**Expected testimony**: Testimony will include but not be limited to: Will testify as to Latin Kings attacking Currie in the bathroom, that a few inmates broke up the fight, that gang members grabbed weapons and sat on their bunks for master count, and that Currie was visibly bloody. Green and McKinnie performed master roster count, and Currie spoke with both of them during count. McKinnie nonchalantly walked away from Currie and also stated regarding Currie, "Oh, he better fuck or fight. Ain't no checking in." Will also testify as to the second attack, how Latin Kings attacked Currie, Gaddis and Williams, chasing them all over the dorm. Currie saw Latin Kings stabbing Williams by the officers station, went to help but was stabbed in the chest. Currie grabbed his chest and lay on his bunk. Will discuss timing of officers and medical staff arriving. Will testify this was the worst stabbing he witnessed, and he thought Currie died.

**Estimated testimony time:** Direct, est. 2 hours

4.     TABITHA L ECKERT, MD

    Tallahassee Memorial HealthCare
    1401 Centerville Rd
    Tallahassee, FL

    1300 Miccosukee Rd
    Tallahassee, FL 32308

    **Expected testimony**: Assisted Dr. Pennington in VATS decortication of the left chest. Physician progress note final report. Wrote discharge summary, including follow-up, conditions for discharge. Evaluated Currie.

    **Estimated testimony time:** Direct, est. 45 minutes

5.     IGNA FORDE, MD

    TMH Physician Partners, Pulmonary, Critical Care & Sleep
    1607 St James Ct Ste 2
    Tallahassee, FL 32308

    Tallahassee Memorial Healthcare
    1300 Miccosukee Rd
    Tallahassee, FL 32308

    **Expected testimony**: Attending physician for Currie. Reviewed investigations. Examined Currie independently.

    **Estimated testimony time:** Direct, est. 45 min.

6.     CHARLES R GADDIS III, DC#127714 (Inmate)

    Okaloosa Correctional Institution
    3189 Colonel Greg Malloy Road
    Crestview, FL 32539-6708

    **Expected testimony**: Testimony will include but not be limited to: Will testify to threats against Currie and Currie's physical condition from being attacked the first time, as well as the noise level and commotion occurring

in the dorm. Along with inmate Williams, Gaddis tried to diffuse the situation and help Currie. Gaddis was then attacked as well and received life threatening injuries. He was stabbed in the face, and needed 142 stitches. His intervention occurred because officers failed to do their job and failed to try to stop the violence, which led to him being brutally attacked and stabbed in the face.

**Estimated testimony time:** Direct, est. 1 hour

7. MELISSA GODBY, RN

   668 Coolsprings Road
   Bainbridge, GA 39819

   **Expected testimony**: On duty nurse at Apalachee C.I. who observed and evaluated Currie for transfer to outside hospital due to serious unstable medical condition after knife wound to chest, punctured lung, and documented injuries.

   **Estimated testimony time:** Direct, est. 1 hour

8. DELISIA GREEN (Defendant)

   802 2d Street
   Quincy, FL 32051
   and c/o her attorneys

   **Expected testimony**: Officer assigned to P dorm. Participated in Master Roster Count, together with Sgt. McKinnie. Observed Currie with bloody face and bloody torn clothing and heard him ask her for protection. Responded that she was not filling out any paperwork. Heard inmate gang members threatening gay inmates if they didn't get out of the dorm but did nothing. Put emergency traffic on standby and went to neighboring dorm with Sgt. McKinnie to continue count, leaving Currie and other gay inmates vulnerable to attack.

   **Estimated testimony time:** 2 hours.

9.     CAPT. ERIC A. HEFFNER

    Apalachee Correctional Institution, East Unit
    35 Apalachee Drive
    Sneads, FL 32460

    **Expected testimony**: Officer In Charge (OIC) at time of attack, directed Rapid Response Team responding to incident after alert. Reviewed video and reported on incident. Will testify as well to FDC procedures, including regarding video retention.

    **Estimated testimony time:** Direct, est. 45 min.

10.     JANINE L JONES, APRN

    TMH Physicians Partners – Pulmonary, Critical Care & Sleep
    1607 St James Ct Ste 2
    Tallahassee, FL 32308

    **Expected testimony**: Currie's medical condition. Performed ICU evaluation and formed medical plan for Currie.

    **Estimated testimony time:** Direct est. 30 min.

11.     KENNETH KENNEY, DC# 290005 (Inmate)

    Bay C.F.
    5400 Bayline Drive
    Panama City, FL 32404-5492

    **Expected testimony**: Testimony will include but not be limited to: That Currie tried to check in (get protection) but it was an unwritten rule that staff would not allow inmates to check in anymore. Kenney saw Latin Kings packing up their belongings, which meant they knew they were going to confinement. He also saw Latin Kings chase Currie, Williams and Gaddis around the dorm. Williams' stab wound was leaking blood next to his bunk. Latin Kings were trying to kill Currie, Williams and Gaddis. Kenney will identify Luis Rodriguez, DC#M53592 as one of the Latin Kings.

**Estimated testimony time:** Direct, est. 45 min.

12. ERIC L MARTIN, DC# K59836 (Inmate)

   Charlotte Correctional Institution
   33123 Oil Well Road
   Punta Gorda, FL 33955-9701

   **Expected testimony**: Testimony will include but not be limited to: Martin bunked near Currie and witnessed the attack. He will testify that two officers were there. He saw Currie talk to the officers about the issue with gang members. Officers knew what was happening and let it happen. Captain Heffner doesn't like gay inmates.

   **Estimated testimony time:** Direct, est. 30 min.

13. ANTHONY MCCLOUD, DC# 063660 (Inmate)

   Liberty Correctional Institution
   11064 N.W. Dempsey Barron Road
   Bristol, Florida 32321-9711

   **Expected testimony**: Testimony will include but not be limited to: McCloud was in the dorm and witness to the events. Green did count. McCloud slept by the shower. Incident started with a gang member saying Currie looked at him in the shower. YG, the stabber, thought Currie looked in on his brother in the shower. Officers could see everything. Cameras are like broad daylight in the officers station. Officers could have used chemical agents but didn't. McCloud witnessed several times at Apalachee where there were stabbings officers could have stopped and didn't.

   **Estimated testimony time:** Direct, est. 45 min.

14. MICHELLE MCKINNIE (Defendant)

   Apalachee Correctional Institution
   35 Apalachee Drive

Sneads, FL 32460
and c/o her attorneys

**Expected testimony**: Was assigned to Security Nine. According to past statements she does not remember much of what occurred, but can confirm she was in the dorm that day. Will testify as to visibility from the officers stations. Will confirms officers can see on the cameras if inmates are running or jumping around. Will testify one can generally hear yelling from inside the officers station. She has no personal recollection of Currie's stabbing and just remembers people being taken to medical. Will claim she didn't observe any of the fighting, just went to the hospital with an inmate afterward, but doesn't recall which inmate. Will testify she has no recollection as to her participating in the dorm P master count.

**Estimated testimony time:** Direct, est. 1 hr.


15.   SEAN M O'NEILL, MD

   Radiology Associates of Tallahassee
   1600 Phillips Rd
   Tallahassee, FL 32308

   Tallahassee Memorial Healthcare
   1300 Miccosukee Rd
   Tallahassee, FL 32308

   **Expected testimony**: Will testify as to medical care he provided to Currie after the attack, including a CTA chest angiography.

   **Estimated testimony time:** Direct, est. 45 min.


16.   GEORGE PENNINGTON II, MD

   Tallahassee Memorial Healthcare
   1401 Centerville Rd
   Azalea Building, Suite G-02
   Tallahassee, FL 32308

**Expected testimony**: Will testify as to medical care he provided to Currie, including VATS and decortication, and his observations, including significant hemorrhaging.

**Estimated testimony time:** Direct, est. 60 min.

17.  RECORDS CUSTODIAN

Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, FL 32399

**Expected testimony**: Authenticate corrections and medical files as needed.

**Estimated testimony time:** Direct, est. 45 min.

18.  ANTHONY ROSE, DC# C06011 (Inmate)
Graceville C.F.
5168 Ezell Rd.
Graceville, FL 32440

**Expected testimony**: Testimony will include but not be limited to: McKinnie and Capt. Heffner would not let inmates go to protective management and would instead lock the inmate up for disobeying if the inmate said he was not going back to his dorm out of safety concerns. Will testify as to McKinnie's, Patterson's, and Heffner's character. Rose's bunk was close to Currie's. Was not present during the incident.

**Estimated testimony time:** Direct, est. 30 min.

19.  PAUL SHADOWEN, MD

Tallahassee Memorial HealthCare
1401 Centerville Rd. Suite 107
Tallahassee, FL 32308

**Expected testimony**: Will testify as to medical care he provided Mr. Currie, including assisting Dr. Pennington in VATS decortication of left chest.

**Estimated testimony time:** Direct, est. 30 min.

20. ELIOT SIELOFF, MD

    1775 One Healing Place
    Tallahassee, FL 32308

    4771 Lancashure Lane
    Tallahassee, FL 32309

    **Expected testimony**: Will testify as to medical care he provided Mr. Currie including left chest tube thoracostomy for left hemothorax.

    **Estimated testimony time:** Direct, est. 45 min.

21. BRANDON D. WILLIAMS, DC# 130662 (Inmate)

    Gulf C.I.
    500 Ike Steele Road
    Wewahitchka, FL 32465-0010

    **Expected testimony**: Testimony will include but not be limited to: Williams helped Currie to his bunk after Currie was attacked in the bathroom. Was present for Currie during Latin King threats. Tried to intervene and diffuse situation, along with inmate Gaddis, to protect Currie, but was attacked as well. Stabbed twice in the back while trying to get away. Witness to the noise level and physical chaos that occurred during the incidents. Witness to lack of help despite clear need. Ended up trying to diffuse the situation, which should have been the officers' job, resulting in him being stabbed.

    **Estimated testimony time:** Direct, est. 60 min.

22. JAMES WINTERBURN

    2153 McCollough Rd.
    Slocomb, AL 36375

**Expected testimony**: As an inspector he investigated the incident and collected the incident on video on DVD disk, which subsequently disappeared. He told prosecutor Currie's injuries were not serious, resulting in no prosecutions of the attackers.

**Estimated testimony time:** Direct, est. 60 min.

Respectfully submitted,   /s/James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080
(850) 561-0836 fax
cookjv@gmail.com

/s/ Joshua Tarjan
JOSHUA TARJAN, ESQ.
Florida Bar Number 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY a true copy hereof was filed and served by CM/ECF on 11/13/25.

*s/James V. Cook*