IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    **Plaintiff,**

v.                                    **Case No.: 5:23-cv-183-TKW/MJF**

**MCKINNIE, ET AL.,**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL FILINGS

**McKinnie** and **Green** ("Defendants"), through counsel, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., move this Court to allow for extension to file their Pre-Trial Filings, and in support state the following:

1. On September 25, 2025, this Court granted Defendants' Motions to Dismiss and denied their Motions for Summary Judgment. (Doc. 133).

2. On October 23, 2025, this Court issued an Order requiring that Pre-Trial Filings be submitted by Plaintiff by November 13, 2025. (Doc. 136). The Order also indicated that Defendants were required to submit their Pre-Trial Filings within 21 days after Plaintiff submitted his documents. *Id*. at 3.

1

3. Plaintiff submitted his Pre-Trial Filings on November 13, 2025. (Docs. 137-39). Based on the date of filing of his Pre-Trial Filings, Defendants' documents are due on December 4, 2025.

4. Defendants have been working on their Pre-Trial Filings but require a short additional period to finalize the documents. The reason why additional time is needed is because undersigned counsel has had issues arise which have interfered with the ability to complete the filings.

5. Additionally, undersigned counsel lost almost an entire week during Thanksgiving week. Thanksgiving Day and the following day were State of Florida holidays. The Attorney General also administratively closed all offices on the Wednesday of the week of Thanksgiving. Finally, undersigned counsel also had a pre-planned trip during the week of Thanksgiving and was traveling on the Tuesday of the week of Thanksgiving.

6. Based on the need for additional time, undersigned counsel reached out to Plaintiff's counsel about a seven (7) day extension, until December 11, 2025, to file Defendants' Pre-Trial Filings. Plaintiff's counsel indicated that there is no objection to the request.

**WHEREFORE**, Defendants respectfully request until December 11, 2025, to file their Pre-Trial Filings.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that there is no objection to this Motion.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Pre-Trial Filings* was e-filed and served electronically on counsel of record through CM/ECF on December 4, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General