IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

    Plaintiff,

v.                                      Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

    Defendants.
_____/

## DEFENDANTS' PRE-TRIAL NARRATIVE, EXHIBIT LIST, AND WITNESS LIST

In accordance with this Court's Order, (Doc. 136), **Green** and **McKinnie** ("Defendants"), hereby submit this Pre-Trial Narrative, Exhibit List, and Witness List with addresses and summaries of anticipated testimony:

## PRETRIAL NARRATIVE

Plaintiff is prisoner within in the custody of the Florida Department of Corrections ("FDC"). Plaintiff's allegations of injury are related to an incident which occurred on July 20, 2022.

   A. Layout of P-Dorm.

On July 20, 2022, Plaintiff was incarcerated at Apalachee Correctional Institution, East Unit ("Apalachee") and was housed within Dorm P-2 of the institution. Dorm P-2 is an open population dorm that has a unique layout. The dorm

1

itself is separated into two wings, P-1, and P-2, with the Officer Station located between the two wings. The Officer Station has clear glass, and inmates can see into the Office Station. Both wings have a physical wall in between them with a door that can be opened from the Officer Station which allows movement between both wings. The Officer Station has a door which opens into P-1, and a separate door that opens into P-2.

If an individual is situated inside the Officer Station, and looks out into P-2, the individual will see several bunk beds along the walls, with windows looking outside of the dorm. In the middle of the dorm, there are several individual bunks that inmates are assigned.

At the far end of P-2, across from the Officer Station, there are bathrooms starting from the left wall of P-2 and terminating in the middle of the Dorm. The bathroom is comprised of two entrances. First, an entrance to an area comprised of the shower and sinks, and additional row of sinks on the left wall. The row of sinks along the left wall will be referred to as the "bird bath area" because inmates often shower themselves in the area when the shower is otherwise occupied. The area comprising the shower, sinks, and bird bath area, has two windows, which allow the officers to see inside the area from the Officer Station. There is only a single entrance to the bird bath, sink, and shower area. Importantly, the bird bath area is partially

obstructed by the row of bunk beds along the left wall of P-2, if looking outwards from the Officer Station.

The second large area of the bathroom is where the toilets are located. The toilets are located on the right side of the bathroom and can be seen from inside of the Officer Station. Between the toilets and the shower and sink area is a closet, and inside the closet, cleaning materials are stored within, including mops and buckets.

B. <u>Background of individuals involved in the July 20, 2022, incident</u>.

There are several individuals involved in the July 20, 2022, incident. Many of the individuals involved either are members or associates of the Outkast gang (also known as "OKs") and the Latin Kings gang. One aspect to note about the Outkast gang is that it is comprised of LGBTQ individuals. Additionally, the Latin Kings have general animosity towards individuals who are gay. A brief description of the individuals is as follows:

- Plaintiff (alias "boots") is an LGBTQ individual who identifies as gay. Plaintiff is not a member of any gang but is an associate of the Outkast gang through Brandon Williams, DC# 130662 (alias "Blue") ("Williams") and Charles Gaddis, DC# 127714 (alias "Mississippi") ("Gaddis").

- Williams is a member of the Outkast gang. Williams is also a friend of Plaintiff.

- Gaddis is a member of the Outkast gang. Gaddis is also a friend of Plaintiff.

- Rascual Rentas, DC# B10151 (alias "King Pace" or "Pace") ("Rentas") is a member of the Latin Kings gang.

3

- Luis Rodriguez, DC# M53592 (alias "Peru") ("L. Rodriguez") is a member of the Latin Kings gang.

- Wilson Rodriguez, DC# K86552 (alias "King YG" or "YG") ("W. Rodriguez") is a member of the Latin Kings gang.

- Richard Utria, DC# 183499 ("Utria") is not a gang member and is not a known associate of any gang.

- Alfredo Pedro, DC# S71334 ("Pedro") may be a member of the Latin Kings or a different prison gang such as the Nietas, but it is not clear.

There are also several individuals who were present during the July 20, 2022, incident, but were not involved, and instead are only witnesses. There were also other individuals in P-2 that were gay, but only Plaintiff, Williams, and Gaddis were attacked.

C. The July 20, 2022, incident.[1]

On July 20, 2022, at around 10:00 PM, Plaintiff entered the shower, sink, and bird bath area through the doorway. Already in the bathroom were Rentas, L. Rodriguez, and Utria. Rentas was in the bathroom taking a shower, and L. Rodriguez was keeping watch on his behalf near the entrance. Utria was in the bird bath area utilizing the sinks.

---

[1] There has not been any video that has been obtained which records the incident on July 20, 2022. As a result, the facts gleaned about the July 20, 2022, incident have been obtained through the taking of depositions of the individuals involved and witnesses to the incidents.

4

Within P-2, there was an unwritten agreement between the Latin Kings and other LGBTQ individuals that while a Latin King was in the bathroom, any LGBTQ individual was not allowed in the bathroom. Despite knowing the agreement, and Rentas being in the shower, Plaintiff insisted on entering the bird bath, sink, and shower area.

Upon entering the area, and heading towards the bird bath area, L. Rodriguez approached Plaintiff and told him he needed to leave the area. In response, Plaintiff refused to leave and continued to utilize the sinks in the bird bath area. Based on Plaintiff's actions, a fight began between himself and L. Rodriguez. During the fight, W. Rodriguez became involved, and Rentas may have also become involved in the fight after finishing up in the shower. The fight occurred in the bird bath area. During the fight, Plaintiff ended up punching and knocking unconscious, Utria, who was not involved in the fight. Plaintiff also was getting the better of his attackers, despite being outnumbered. Eventually the fight subsided as Master Roster Count was announced in the dorm.[2] Based on Master Roster Count, Plaintiff, and the other

---

[2] Master Roster Count is a process conducted by security staff which is intended to count all the inmates in a prison to ensure that none of the inmate population is missing. Two officers need to be involved in count as both officers confirm the number of inmates. Normally, movement during count is suspended until count is cleared.

inmates, returned to their beds as required. After the fight, Plaintiff had no significant injuries that required immediate medical attention.[3]

Upon returning to his bunk, Plaintiff began to pack his property and put on his shoes. Plaintiff performed these actions not because he expected to leave the leave the dorm, but to prepare for further altercations with the Latin Kings. Plaintiff packed his property so that no one else would pack it and nothing would be missing as he expected to be leaving the dorm after a further altercation. The Latin Kings also began packing their property and preparing for further altercations. At this point, one of the two female officers exited the Officer Station into P-2, and began to count the inmates. The female officer then reentered the Officer Station, and the second female officer conducted her count of the dorm as well. The second female officer then reentered the Officer Station.

Shortly after Master Roster Count was concluded, the Latin Kings, including L. Rodriguez, Rentas, and W. Rodriguez, approached Plaintiff, and began to fight with him. During the fight, the Latin Kings utilized weapons to attack Plaintiff. The weapons consisted of knives and mops. The fight occurred at the back of P-2 by the entrance to the showers, sink, and bird bath area. Additionally, Williams and Gaddis

---

[3] The parties dispute whether Plaintiff had any injuries at all at this point. However, at a minimum, Plaintiff did not have any significant injuries that required immediate medical attention.

joined in during the fight to fight for Plaintiff. Other Latin Kings also became involved in the fight, as did Parker and Pedro.[4] The fight resulted in L. Rodriguez seriously injuring Plaintiff by stabbing him multiple times in the chest, neck, and back.

At approximately 10:20 PM, Emergency Traffic was documented by "DG" in the Housing Unit Log. Around the time the Emergency Traffic was documented, a large group of officers, including Captain Heffner ("Heffner"), entered P-2. By the time the officers entered P-2, the fight had ended, and all inmates, including Plaintiff, had returned to their bunk.

Upon returning to his bunk, Plaintiff sat down, and then lay down on his bunk, and was bleeding profusely, to the point that some witnesses believed Plaintiff may have died. Plaintiff became unconscious and only woke up later in medical. Based on Plaintiff's clear injuries, Heffner approached Plaintiff's bunk and began to render assistance until medical arrived sometime later.

Once medical arrived, Plaintiff was placed on a stretcher and was escorted out of the wing. Medical additionally escorted Williams and Gaddis out of the wing as well. As a result of the incident, Plaintiff received serious stab wounds and Williams and Gaddis also received serious injuries.

---

[4] During this time, additional unidentified inmates may have also been attempting to distract the officers in the Officer Station or otherwise obstruct their view.

D.  Officers present during the July 20, 2022, incident.

During the incident on July 20, 2022, the officers assigned to P-Dorm were Delisia Green and Antoinette Patterson ("Patterson"). Defendant Green was assigned as the Dorm Office and Patterson was assigned as the Dorm Seargent. Both Green and Patterson would have been the individuals tasked with conducting Count for the Master Roster Count between the first fight and the second fight. Green was present in P-Dorm during the first and second fights. However, Green did not witness the first fight. Green witnessed the second fight and is responsible for the arrival of Heffner and the other backup at the scene. Patterson was somewhere near P-Dorm when the fights occurred but was not physically in the officer station during either fight. Patterson was initially named as a defendant but was voluntarily dismissed from this case after Plaintiff determined that he could not effect service on her.

Also named as a defendant in this case is Defendant McKinnie. McKinnie was the Sergeant tasked with overseeing M-Dorm. M-Dorm is not connected to P-Dorm and is found across the prison compound. Between M-Dorm and P-Dorm are multiple gates and locked doors which would need to be opened to gain access to P-Dorm.

As the Sergeant of M-Dorm, McKinnie would not normally be involved in the count of P-Dorm. At the same time as Count was occurring in P-Dorm, Count would

8

also occur in M-Dorm, with McKinnie being one of the officers tasked with completing Count in the dorm.

Now, McKinnie did respond to the incident that occurred in P-Dorm at around the time Count was being conducted. McKinnie responded to the dorm with the group of officers that had been gathered by Heffner. After arriving at P-Dorm, McKinnie did ultimately assist with count in P-Dorm since the Count had to be paused due to the fights. McKinnie also did escort either Plaintiff, Williams, or Gaddis to the hospital, though it is unclear which individual she assisted.

## **EXHIBIT LIST**

1. P-Dorm photographs.
2. P-Dorm floorplan.
3. MINS Report Log # 1131644.
4. Inspector General Case Master Report Log # 22-11227.
5. July 20, 2022, P-Dorm Housing Unit Log.
6. July 20, 2022, M-Dorm Housing Unit Log.
7. July 20, 2022, Control Room Log.
8. July 20, 2022, Formal Count Sheet.
9. July 20, 2022, Duty Roster.
10. Plaintiff's Close Management documentation.
11. Inmate and officer photographs.
12. Plaintiff's medical records.

13. Security Threat Group Records for Plaintiff.

14. Security Threat Group Records for inmate witnesses (expected to be utilized for impeachment only).

15. Plaintiff's Disciplinary Reports (expected to be utilized for impeachment only).

16. Disciplinary Reports for inmate witnesses (expected to be utilized for impeachment only).

17. Plaintiff's grievances and appeals (expected to be utilized for impeachment only).

18. Plaintiff's deposition testimony (expected to be utilized for impeachment only).

19. Inmate witness's deposition testimony (expected to be utilized for impeachment only).

20. Any exhibit listed by Plaintiff (subject to Defendants' objections).

## **WITNESS LIST**

1. Delisia Green
   a. Address: care of counsel.
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

2. Michelle McKinnie
   a. Address: care of counsel.
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

3. Antoninette Patterson
   a. Address: Unknown – attempting to locate.[5]
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

---

[5] This address will be amended upon identification of an appropriate address.

4. Chad Shaw, DC# 347470
   a. Address: 35 Apalachee Drive, Sneads, FL 32460-4166
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

5. Michael Marceau, DC# D37428
   a. Address: 5850 East Milton Rd., Milton, FL 32583-7914
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1-2 hours.

6. Richard Utria, DC# 183499
   a. Address: 5168 Ezell Rd., Graceville, FL 32440
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 30 minutes.

7. Luis Rodriguez, DC# M53592
   a. Address: 8501 Hampton Springs Road, Perry, FL 32348
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1 hour.

8. Rascual Rentas, DC# B10151
   a. Address: 5964 U.S. Highway 90, Live Oak, FL 32060
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1 hour.

9. Wilson Rodriguez, DC# K86552
   a. Address: 568 N.E. 255 Street, Cross City, FL 32628
   b. Anticipated testimony: Regarding incident at issue.
   c. Approximate testimony time: 1 hour.

10. Howard Chandler-Smith, DC# J80527
    a. Address: 1150 S.W. Allapattah Road, Indiantown, FL 34956-4397
    b. Anticipated testimony: Regarding incident at issue.
    c. Approximate testimony time: 1 hour.

11. Captain Eric Heffner
    a. Address: 35 Apalachee Dr., Sneads, FL 32460
    b. Anticipated testimony: Knowledge of incident at issue.
    c. Approximate testimony time: 1 hour.

12. Wes Kirkland or Michael Harrel
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.
    b. Anticipated testimony: Regarding policies and procedures which control how the incident at issue should be handled by staff.
    c. Approximate testimony time: 1 hour.

13. Kellie Caswell, RN, BSN
    a. Address: 501 South Calhoun Street, Tallahassee, FL 32399-2500.
    b. Anticipated testimony: Regarding summary testimony of Plaintiff's Medical Records.
    c. Approximate testimony time: 2 hours.

14. Any record custodian necessary for Defendants' Exhibits from Florida Department of Corrections or Medical providers.

15. Any witness included on Plaintiff's Witness List (subject to Defendant's objections).

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Pre-Trial Narrative, Exhibit List, and Witness List* was e-filed and served electronically through CM/ECF on Plaintiff's counsel of record on December 11, 2025.

        /s Erik Kverne
        Erik Kverne
        Special Counsel – Assistant Attorney General
        Florida Bar No. 99829