## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DEVON CURRIE,

     Plaintiff,

v.                                                  Case No.  5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE and
DELISIA GREEN,

     Defendants.

_____/

## ORDER

Plaintiff has filed a trial brief, exhibit list, and witness list. Docs. 137, 138, 139. Defendants have filed their pre-trial narrative, exhibit list, and witness list. Doc. 142.

Accordingly, it is **ORDERED** that the clerk of the court shall advise the United States District Judge that this case is ready to be set for a trial.

**SO ORDERED** on December 11, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**