# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 2:00 PM | Case No. | 5:23-cv-183-TKW-MJF |
| Time Concluded | 2:08 PM | Date | 12/18/2025 |

**DOCKET ENTRY:** Telephonic Case Management Conference held. Parties to schedule a Settlement Conference with Magistrate Judge by 1/9/2025. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE    **T. KENT WETHERELL, II**

Paula Cawby
Deputy Clerk

David Deik
(Lexitas)
Court Reporter

**Style of Case:** CURRIE v. MCKINNIE et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| JAMES VERNON COOK | DEVON CURRIE |

| Defendant Counsel Present | Defendant |
|---|---|
| ERIK DEWITT KVERNE | MICHELLE MCKINNIE |
| | DELISIA GREEN |

**PROCEEDINGS**