UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE,**

　　**Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No.  5:23-cv-183-TKW-MJF

**MICHELLE MCKINNIE, et al.,**

　　**Defendants.**
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

After the magistrate judge reported that this case was ready to be set for trial, *see* Doc. 143, the Court held a telephonic case management conference with counsel to schedule the trial and pretrial conference.  Counsel estimated that the case will require 5 to 7 trial days, and they represented that there is a good chance that the case could be settled in a settlement conference with the magistrate judge.  Counsel were directed to contact the magistrate judge's office after the holidays to schedule the settlement conference.  Accordingly, it is

　　**ORDERED** that:

　　1.　The Court defers scheduling this case for trial until after the parties make a good faith effort to resolve this case at a settlement conference with the magistrate judge.

2.	This case is referred to the magistrate judge for a settlement conference to be completed by March 31, 2026, if possible.  The magistrate judge may extend that deadline for a reasonable period of time if necessary to accommodate his or the parties' schedules.

3.	Counsel shall contact the magistrate judge's office on or before January 9, 2026, to schedule the settlement conference.

4.	If the case is not resolved at the settlement conference, the parties shall file a notice identifying several mutually agreeable dates and times over the two weeks following the settlement conference for a telephonic case management conference to schedule the trial.

**DONE and ORDERED** this 19th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**