IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

   Plaintiff,

v.                                                  Case No.: 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

   Defendants.
_____/

### MOTION FOR WAIVER OF PERSONAL APPEARANCE OF RISK MANAGER AND DEFENDANTS

**Green** and **McKinnie** ("Defendants"), through counsel, move this Court to allow the Risk Manager assigned to this case appear remotely for the February 12, 2026, Settlement Conference, and in support state the following:

1. On December 19, 2025, this Court issued and Order setting a Settlement Conference in this case for February 12, 2026, in Pensacola, Florida. (Doc. 147).

2. Based on the date of the Settlement Conference, undersigned counsel has consulted with Defendants and the Risk Manager for this case in preparation for the conference. During the conversations, the Risk Manager overseeing this case requested that waiver of her personal appearance be waived for the

1

upcoming, Settlement Conference, if possible. Defendants also desire to have their appearance at the Settlement Conference waived, if possible.

3. The Risk Manager requests to appear remotely to save state resources and be available in office for other issues that may arise within her responsibilities. The Risk Manager will be available by telephone or other electronic means to consult about settlement.

4. Additionally, Defendants likewise will have to travel for the Settlement Conference, if required to appear personally. Both Defendants live several hours away from the location of the Settlement Conference. The required travel would cause Defendants to incur expenses to be present for the conference, even though both parties have already provided consent for potential settlement in this case.

5. Further, undersigned counsel intends to be present in person for the Settlement Conference with full settlement authority. Undersigned counsel will be able to resolve this case, provided that a resolution can be reached.

6. Based on the above request, undersigned counsel reached out to Plaintiff's counsel, who indicated that Plaintiff takes no position on the relief sought in this Motion.

**WHEREFORE**, Defendants respectfully request that this Court waive the personal appearance of the Risk Manager and Defendants for the February 12, 2026, Settlement Conference.

> Respectfully submitted,
>
> **JAMES UTHMEIER**
> **ATTORNEY GENERAL**
> Office of the Attorney General
> The Capitol, PL-01
> Tallahassee, Florida 32399-1050
> Telephone: (850) 414-3300
> Facsimile: (850) 488-4872
>
> /s/ Erik Kverne
> Erik Kverne
> Special Counsel – Assistant Attorney General
> Florida Bar No. 99829
> Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. In response, Plaintiff's counsel indicated that he takes no position on the relief requested in this Motion.

> /s/ Erik Kverne
> Erik Kverne
> Special Counsel – Assistant Attorney General
> Florida Bar No. 99829
> Office of the Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *==Unopposed== Motion for Waiver of Appearance of Personal Appearance of Risk Manager and Defendants* was e-filed and served electronically on counsel of record through CM/ECF on January 14, 2026.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
