# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.                                                Case No.  5:23-cv-183-TKW/MJF

MICHELLE MCKINNIE, *et al.*,

    Defendants.
_____/

## SETTLEMENT CONFERENCE REPORT

On February 12, 2026, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b) and upon referral by the District Court. The conference did not result in settlement of this civil action.

At Pensacola, Florida, this 12th day of February 2026.

                                                      /s/ *Michael J. Frank*
                                                      **Michael J. Frank**
                                                      **United States Magistrate Judge**