# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 2:00 PM | Case No. | 5:23cv183-TKW |
| Time Concluded | 2:20 PM | Date | 3/2/2026 |

**DOCKET ENTRY:** Telephonic Case Management Conference hearing held: Jury Trial scheduled for 8/31/2026 – 9/4/2026 (5 days), Pre-trial conference set for 8/5/2026 at 2:00 PM (C.T.). Order to be entered.

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**   Paula Cawby   Julie Wycoff
                                                          Deputy Clerk   Court Reporter

**Style of Case:** CURRIE v. MCKINNIE et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| James Cook | Devon Currie |
| Joshua Tarjan | |
| James Slater | |

| Defendant Counsel Present | Defendant |
|---|---|
| Erik Kverne | Michelle McKinnie |
| | Antoinette Patterson |
| | Delisia Green |

**PROCEEDINGS**