## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DEVON CURRIE,**

    **Plaintiff,**

**v.**                                                   **Case No.  5:23-cv-183-TKW-MJF**

**MICHELLE MCKINNIE, et al.,**

    **Defendants.**

_____/

## ORDER SCHEDULING TRIAL AND ESTABLISHING RELATED DEADLINES

Based on the discussions with the parties at today's telephonic case management conference, it is **ORDERED** that:

1.    **Trial**. A jury trial is scheduled for August 31, 2026, at 8:30 a.m. Central Time in Courtroom Four North at the United States Courthouse, 1 North Palafox Street, Pensacola, Florida.  Five days have been reserved for the trial, but the parties are expected to use only so much of that time as they reasonably need to try this case.

2.    **Pretrial conference**.

    a.  The final pretrial conference is scheduled for August 5, 2026, at 2:00 p.m. Central Time in the same location as the trial.  Two hours are reserved for the conference.

b. Counsel who will conduct the trial shall be present for the pretrial conference. They shall be prepared to act with final authority in the resolution of all matters.

c. The court will ordinarily dispose of all motions and other matters then at issue. The court will review all matters contained in the parties' pretrial filings and consider any other matters which may be presented with a view towards simplifying the issues and bringing about a just, speedy, and inexpensive determination of the case.

d. If necessary or advisable, the court may adjourn the pretrial conference from time to time or may order additional pretrial conferences.

3. **Inmate witnesses**. The parties shall confer about the inmate witnesses that will need to be present at trial, and no later than July 15, 2026, the parties shall file a motion requesting the issuance of writs for those inmates and Plaintiff. The motion shall note any inmates that need to be separated from each other.

4. **Pretrial filings**.

a. Witness and exhibit lists have already been filed, *see* Docs. 138, 139, 142, and need not be re-filed.

b. No later than July 27, 2026, the parties shall jointly file:

   i. proposed jury instructions and a proposed verdict form, with any areas of disagreement noted; and

2

      ii.  proposed voir dire questions.

c.  Editable copies (in Microsoft Word format) of the proposed instructions and verdict form shall be emailed to flnd_wetherell@flnd.uscourts.gov when they are filed.

d.  For any instructions on which the parties do not agree, the proposed instructions shall identify the party proposing the instruction and include citations of supporting authorities. Upon good cause shown, supplemental requests for instructions may be submitted at any time prior to the final charge conference before closing arguments.

5.    **Motions in limine**.  Motions in limine and other pretrial motions shall be filed on or before July 20, 2026, with responses due 7 days after the motion is filed to allow for consideration of the motions at or before the pretrial conference.

6.    **Pretrial order**.  A pretrial order will be entered after the pretrial conference to memorialize the agreement reached and rulings made at the pretrial conference. After the pretrial order is entered, the pleadings will be merged therein and the pretrial order will control the course of the trial and may not be amended except by order of the court in the furtherance of justice. *See* Fed. R. Civ. P. 16(e).

7.    **Newly discovered witnesses and evidence**.

a.  Except as provided in this paragraph, witnesses not listed in the previously filed witness lists will not be allowed to testify, and exhibits not listed in previously filed exhibit lists will not be admitted into evidence.

b.  If any new witness is discovered, the party desiring to call the witness shall immediately file with the clerk and serve on all counsel notice of the witness's name and address and the substance of the witness's proposed testimony, together with the reason for the late discovery.

c.  If any new exhibit is discovered, the party desiring to use it shall immediately disclose the exhibit to the court and all other counsel together with the reason for late discovery.

d.  Use of any newly discovered witnesses or evidence shall be allowed only by court order in the furtherance of justice.

8.    **Other matters**.

a.  Plaintiff may wear civilian clothes at trial, but he is responsible for making advance arrangements to get the clothes to the courthouse before the first day of trial.  Trial will not be delayed because of Plaintiff's failure to make such arrangements.

b.  Attorneys shall familiarize themselves with the Court's evidence presentation system prior to the time of trial.  Any questions about the system or

other information technology matters should be directed to the Court's courtroom deputy clerk, Paula Cawby, at 850-470-8129 or paula_cawby@flnd.uscourts.gov.

      c.  If a party's attorney fails to appear at a pretrial conference or otherwise fails to comply with this order, a judgment of dismissal or default or other appropriate judgment may be entered, and sanctions or other appropriate relief may be imposed.

      d. The attorneys are expected to comply with the standards of professionalism in the American College of Trial Lawyers Code of Pretrial and Trial Conduct, which is available at the "attorneys" tab on the court's website.

      **DONE and ORDERED** this 2nd day of March, 2026.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**