UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEVON CURRIE,

    Plaintiff,

v.

MICHELLE MCKINNIE, et al.,

    Defendants.

Case No. 5:23-cv-183-TKW-MJF

## NOTICE OF APPEARANCE AS COUNSEL

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as counsel on behalf of Plaintiff Devon Currie. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 2296 Henderson Mill Rd NE #116, Atlanta, Georgia 30345, and james@slater.legal and eservice@slaterlegal.com.

Dated: March 6, 2026

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    2296 Henderson Mill Rd NE #116
    Atlanta, Georgia 30345
    james@slater.legal
    Tel.: (404) 458-7283

    *Counsel for Plaintiff Devon Currie*

## Certificate of Service

I hereby certify that on March 6, 2026, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: <u>*/s/ James M. Slater*</u><br>
James M. Slater