# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

DEVON CURRIE,

     Plaintiff,

v.                                 Case No. 5:23-cv-183-TKW-MJF

MICHELLE MCKINNIE, et al.,

     Defendants.

_____/

## <u>NOTICE OF APPEARANCE AS CO-COUNSEL</u>

Notice is given that undersigned counsel enters his appearance as co-counsel of record on behalf of Defendants **Michelle McKinnie** and **Delisia Green**. Counsel requests that he be served all future pleadings and correspondence in this case at the address below.

1

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
Civil Litigation – North Bureau
PL-01, The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Brian.Fallon@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

*Notice of Appearance* has been electronically filed through the CM/ECF system,

which will send notification to counsel of record, on April 13, 2026.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General

2