**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEVON CURRIE
DOC# A51859,**

      **Plaintiff,**

**v.**                                        **Case No.:** 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

      **Defendants.**
_____/

## NOTICE OF SETTLEMENT

    **Green** and **McKinnie** ("Defendants"), provides notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. Defendant and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendant will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendant.

1

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Settlement* was e-filed and served on Plaintiff's counsel of record on May 15, 2026.

/s Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

2