**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**DEVON CURRIE,**

    **Plaintiff,**

**v.**                              **Case No.  5:23-cv-183-TKW-MJF**

**MICHELLE MCKINNIE, et al.,**

    **Defendants.**

_____/

## ORDER

Based on Defendants' notice of settlement (Doc. 160), it is **ORDERED** that:

1.    The pretrial conference and trial are canceled.

2.    The parties shall file a status report 30 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal has not been filed by then.

**DONE AND ORDERED** this 18th day of May, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**