# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

      **Plaintiff,**

**v.**                                                    **Case No.:** 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

      **Defendants.**
_____/

## JOINT STATUS REPORT REGARDING SETTLEMENT

**Green** and **McKinnie** ("Defendants"), through counsel, and **Devon Currie** ("Plaintiff"), through counsel, provide additional information regarding the status of the settlement, as required by this Court. *See* (Doc. 161). The settlement is still in place, and the parties are continuing to proceed accordingly. The Joint Notice has not yet been filed because of mailing issues related to the required release of the claims against Defendants. It is expected that the case will be resolved in the next 30 days.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s James V. Cook                    /s Erik Kverne
James V. Cook                       Erik Kverne
Fla. Bar No. 966843                 Corrections Practice Manager – Assistant Attorney
Law Office of James Cook            General
314 West Jefferson St.              Florida Bar No. 99829
Tallahassee, FL 32301               Erik.Kverne@myfloridalegal.com
(850) 222-8080                      Attorney for Defendants
Attorney for Plaintiff


DATED: 6/15/2026                    DATED: 6/15/2026

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Status Report Regarding Settlement* was e-filed and served on Plaintiff's counsel of record on June 15, 2026.

/s Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

3