# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DEVON CURRIE**
**DOC# A51859,**

      **Plaintiff,**

**v.**                                                     **Case No.:** 5:23-cv-183-TKW/MJF

**MCKINNIE, ET AL.,**

      **Defendants.**

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      **Green** and **McKinnie** ("Defendants"), through counsel, and **Devon Currie** ("Plaintiff") hereby stipulate to the entry of an Order dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The issues between the above-mentioned parties have been resolved through settlement. As part of the settlement, all parties are to bear their own fees and costs.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

| | |
|---|---|
| /s James V. Cook | /s Erik Kverne |
| James V. Cook | Erik Kverne |
| Fla. Bar No. 966843 | Corrections Practice Manager Assistant Attorney |
| Law Office of James Cook | General |
| 314 West Jefferson St. | Florida Bar No. 99829 |
| Tallahassee, FL 32301 | Erik.Kverne@myfloridalegal.com |
| (850) 222-8080 | Attorney for Defendants |
| Attorney for Plaintiff | |

DATED: 7/16/2026                DATED: 7/16/2026

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Voluntary Dismissal With Prejudice* was e-filed and served on Plaintiff's counsel of record on July 16, 2026.

/s Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com