**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**DEVON CURRIE,**

    **Plaintiff,**

**v.**                                                               **Case No.  5:23-cv-183-TKW-MJF**

**MICHELLE MCKINNIE, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of voluntary dismissal with prejudice (Doc. 163), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE AND ORDERED** this 17th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**